# EXHIBIT A

# Соглашение

г. Москва                                                                                             15 марта 2013г.

Компания «Zeeland Deveiopnet Corp.», далее именуемая "**Продавец**", в лице собственника Мусаиба Исмаилова, с одной стороны и

Группа компаний «БИН», именуема в дальнейшем «**Покупатель**», в лице совладельца Гуцериева Михаила Сафарбековича, с другой стороны

Открытое акционерное общество «Сбербанк России», именуемое в дальнейшем «**Кредитор**», в лице Председателя Правления Банка Кузнецова Станислава Константиновича, с третьей стороны, действующего на основании доверенности №1205-Д от 13.11.2012г.

1. Продавец передает в собственность Покупателя 23,736% акций ОАО «Красная поляна» в количестве 817 штук оценочной стоимостью 189 800 000 $ (Сто восемьдесят девять миллионов восемьсот тысяч долл. США) (далее Акции) по цене 200 000 000 $ (Двести миллионов долл. США).
2. Покупатель обязуется оплатить Продавцу 200 000 000 $ (Двести миллионов долл. США) в счет приобретенных акций указанных в п.1 настоящего Соглашения в течение 30-ти дней.
3. Покупатель приобретает Акции по поручению и в интересах Кредитора (ОАО Сбербанк России) в рамках реализации проекта предоставления кредитной линии последним в пользу предприятий Покупателя – Группы компаний «БИН».
4. Настоящим соглашением, после передачи Покупателем Акций Кредитору, приобретенных по его поручению и в его интересах, Кредитор гарантирует предоставление Группе компаний «БИН» кредитной линии на общую сумму 15 000 000 000 $ (Пятнадцать миллиардов долл. США) в течение десяти дней.
5. В случае возникновения каких-либо споров, которые возникают с этого соглашения и/или связаны с фактом исполнения обязанностей по этому соглашению, стороны оставляют за собой право разрешить такие спори в соответствии с национальным законодательством стран СНГ и/или законодательством штата Нью-Йорк на протяжении 10 (десяти) лет з даты подписания этого соглашения.
6. Настоящее соглашение составлено в трех экземплярах по одному для каждой из сторон.

Продавец
Компания «Zeeland Deveiopnet Corp.»                                  Мусаиб Исмаилов

Покупатель
Группа компаний «БИН»                                                         Гуцериев Михаил Сафарбекович

Кредитор
ОАО «Сбербанк России»                                                         Кузнецов Станислав Константинович

# Agreement

Moscow                                                                                       March 15, 2013

Zeeland Development Corp., hereinafter referred to as "**Seller**", represented by Musayib Ismailov, the Owner, the first party, and

BIN Group of Companies, hereinafter referred to as the "**Buyer**", represented by co-owner Mykhailo Safarbekovych Hutseriiev, the second party

Open Joint Stock Company Sberbank of Russia, hereinafter referred to as "**Lender**", represented by Stanislav Konstiantynovych Kuznetsov, Chairman of the Bank's Management Board, the third party, acting in accordance with Power of Attorney No. 1205-D dated 13.11.2012

1. The Seller transfers into the ownership of the Buyer 23.736% of shares of OJSC Krasnaya Polyana in the amount of 817 units with an estimated value of $189,800,000 (One hundred and eighty-nine million eight hundred thousand US dollars) (hereinafter referred to as the Shares) at the price of $200,000,000 (Two hundred million US dollars).

2. The Buyer undertakes to pay the Seller $200,000,000 (Two hundred million US dollars) on account of the acquired shares specified in Clause 1 of this Agreement within 30 days.

3. The Buyer acquires the Shares on behalf and in the interests of the Lender (OJSC Sberbank of Russia) within the framework of the project of granting a credit line by the latter in favor of the Buyer's companies – BIN Group of Companies.

4. The Lender hereby agrees that upon transfer by the Buyer of the Shares to the Lender acquired on its behalf and in its interests, the Lender guarantees to provide BIN Group of Companies with a credit line totaling $15,000,000,000 (Fifteen billion US dollars) within ten days.

5. In the event of any disputes arising out of this agreement and/or related to the fact of performance of obligations under this agreement, the parties reserve the right to resolve such disputes in accordance with the national laws of the CIS countries and/or the laws of the State of New York for a period of ten (10) years from the date of this agreement's signing.

6. This agreement has been drawn up in three copies, one for each party.

| | | |
|---|---|---|
| **Seller**<br>Zeeland Development Corp. | **Stamp**: [CORPORATE SEAL, Zeeland Development Corp., BVI]<br>[*Signature*] | Musayib Ismailov |
| **Buyer**<br>BIN Group of Companies | | Mykhailo Safarbekovych Hutseriiev |
| **Lender**<br>OJSC Sberbank of Russia | **Stamp**: [Open Joint Stock Company SBERBANK, Moscow]<br>[*Signature*] | Stanislav Konstiantynovych Kuznetsov |



[True translation from **Russian** into **English**]

Director of LLC Translation Bureau "TRIS"
Kasian Vadym Mykolaiovych

01.03.2024

**CERTIFICATE OF TRANSLATION**

1. **Koroviakovska Maryna Volodymyrivna,** am competent to translate from
   *(name of translator)*

   **Russian** into **English**, and certify that the translation of
   *(language)*

   Agreement
   *(titles of documents)*

   is true and accurate to the best of my abilities.

   _____     Koroviakovska Maryna Volodymyrivna
   *(translator's signature)*      *(typed/printed name of translator)*

   01054, Ukraine, *Kyiv, Volodymyrska Str., 40/2, office 5*
   *(address of translator agency)*

Бюро перекладів "ТРІС", 01054, Україна, м. Київ, вул. Володимирська 40/2, офіс 5.
Тел.: (093) 590-59-00, +380681322157

LLC Translation Bureau "TRIS", 01054, Ukraine, Kyiv, Volodymyrska Str. 40/2, office 5.
Tel.: (093) 590-59-00, +380681322157