UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

MUSAIB ISMAILOVYCH ISMAILOV and AKHMED HADZHYIOVYCH BILALOV,

               Plaintiffs,

     -v-

MYKHAILO SAFARBEKOVYCH HUTSERIEV, STANISLAV KOSTIANTYNOVYCH KUZNETSOV, and PUBLIC JOINT STOCK COMPANY "SBERBANK OF RUSSIA,"

               Defendants.

Civ. No. 1:24-cv-03287-AT

------------------------------------------------------------------------x

**AFFIRMATION OF JAKE NACHMANI REGARDING
SERVICE ON MYKHAILO SAFARBEKOVYCH HUTSERIEV**

JAKE NACHMANI, an attorney duly admitted to practice before the bar of the United States District Court for the Southern District of New York, does hereby affirm under penalty of perjury:

1. I am a Partner at Seiden Law LLP and represent plaintiffs Musaib Ismailovych Ismailov and Akhmed Hadzhyiovych Bilalov (together, "Plaintiffs") in the above-captioned action pending before the United States District Court for the Southern District of New York (the "Action").

2. On April 30, 2024, Plaintiffs commenced the Action by filing the complaint (ECF 1; "Complaint") against defendants Mykhailo Safarbekovych Hutseriev, a/k/a Mikail Safarbekovich Gutseriev, a/k/a Mikhail Safarbekovich Gutseriev ("Hutseriev"), Stanislav

1

Kostiantynovych Kuznetsov ("Kuznetsov"), and Public Joint Stock Company "Sberbank of Russia" ("Sberbank"; and collectively with Hutseriev and Kuznetsov, "Defendants").

3. On May 7, 2024, Plaintiffs filed a letter motion pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure requesting the Court's permission for Plaintiffs to serve Defendants by alternative means, including by email. ECF 14 ("Plaintiffs' Motion").

4. On June 6, 2024, the Court granted Plaintiffs' Motion and authorized Plaintiffs to effectuate service of process on Defendants by serving Defendants a summons and the Complaint by email (ECF 17; "June 2024 Order").

5. On June 10, 2024, pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs filed their first amended complaint against Defendants. ECF 18 ("First Amended Complaint").

6. On June 12, 2024 and pursuant to the Court's June 2024 Order, I served on defendant Hutseriev true and correct copies of: (i) the Summons in a Civil Action to Hutseriev; (ii) Plaintiffs' First Amended Complaint and its contemporaneously-filed exhibits; (iii) Electronic Case Filing Rules & Instructions for the United States District Court for the Southern District of New York; (iv) the Individual Practices in Civil Cases for of the Honorable Analisa Torres; (v) the Court's Initial Pre-Trial Scheduling Order (ECF 6); (vi) the Court's May 2, 2024 Order concerning magistrate judges in this Action (ECF 7); and (vii) the Court's June 2024 Order concerning alternative service.

7. Plaintiffs effectuated such service on defendant Hutseriev pursuant to the Court's June 2024 Order by emailing on June 12, 2024 the above-referenced documents to the following individuals and entities:

- pr@russneft.ru;
- russneft@russneft.ru;

- hr@russneft.ru;
- bsk@russneft.ru;
- m.s.guceriev@gmail.com

8. Attached hereto as **Exhibit A** is a true and accurate copy of the June 12, 2024 email identified in the above paragraph by which Plaintiffs effectuated service on defendant Hutseriev.

Dated: June 13, 2024
New York, New York

**SEIDEN LAW LLP**

 */s/ Jake Nachmani*
Jake Nachmani
322 Eighth Avenue, Suite 1200
New York, NY 10001
jnachmani@seidenlaw.com
(646) 766-1723

*Attorneys for Plaintiffs*

3