# EXHIBIT A

# MarcAnthony Bonanno

| | |
|---|---|
| **From:** | Jake Nachmani |
| **Sent:** | Wednesday, June 12, 2024 4:19 PM |
| **To:** | pr@russneft.ru; russneft@russneft.ru; hr@russneft.ru; bsk@russneft.ru; m.s.guceriev@gmail.com |
| **Cc:** | MarcAnthony Bonanno; Lily Dempsey |
| **Subject:** | Ismailov et al. v. Hutseriev et al., 1:24-cv-03287-AT (S.D.N.Y.) |
| **Attachments:** | Ex. D-Ukrainian Judgement and Translation, May 25, 2023.pdf; Ex. E- Certified and Translated Notice of Hearing to Sberbank.pdf; Ex. F- Ukrainian Court Resolution, April 21, 2023.pdf; Ex. G- Ukrainian Court Resolution, May 11, 2023.pdf; First Amended Complaint.pdf; Redlined Amended Complaint.pdf; Ex. A - Sales Agreement and Translation, March 15, 2013.pdf; Ex. B- Ukrainian Court Resolution, March 2, 2023.pdf; Ex. C- Ukrainian Lawyers' Affidavit.pdf; ECF Rules 20230724 FINAL.pdf; USDJ Torres - Rules of Practice for Civil Cases.pdf; Civil Case Management Plan and Scheduling Order 06.25.2019.pdf; ECF 6_Initial PreTrial Scheduling Order.pdf; ECF 7_Order re Magistrate Judge.pdf; ECF 17_Order on Alternative Service.pdf; Hutseriev Amended Summons.pdf |

Mr. Hutseriev & To Whom Else It May Concern:

We represent plaintiffs Musaib Ismailovych Ismailov and Akhmed Hadzhyiovych Bilalov (together, "Plaintiffs") in the above-captioned action pending in the United States District Court for the Southern District of New York against defendants Mykhailo Safarbekovych Hutseriev (a/k/a Mikail Safarbekovich Gutseriev, a/k/a Mikhail Safarbekovich Gutseriev), Stanislav Kostiantynovych Kuznetsov, and Public Joint Stock Company "Sberbank of Russia" (collectively, "Defendants"; and as to the action, the "Action"). In connection with the Action, attached please find the following documents:

- Summons in a Civil Action;
- Plaintiffs' First Amended Complaint and contemporaneously-filed exhibits (ECF 18);
- The Court's May 2, 2024 Initial Pre-Trial Scheduling Order (ECF 6);
- Electronic Case Filing Rules & Instructions for the United States District Court for the Southern District of New York;
- Individual Practices in Civil Cases of the Honorable Analisa Torres, United States District Judge;
- Judge Torres' sample Civil Case Management Plan and Scheduling Order; and
- The Court's June 6, 2024 Order granting Plaintiffs permission to serve Defendants by alternative means (ECF 17; "June 2024 Order").

Pursuant to the Court's June 2024 Order, Plaintiffs' emailing to you the summons and the First Amended Complaint constitutes the proper effectuation of service of process on you, defendant Mykhailo Safarbekovych Hutseriev a/k/a Mikail Safarbekovich Gutseriev, a/k/a Mikhail Safarbekovich Gutseriev. As to the Court's May 2, 2024 Initial Pre-Trial Scheduling Order, please get back to us as soon as practical so that the parties can submit a joint letter and a proposed scheduling order prior to the July 3, 2024 deadline.

Regards,

**Jake Nachmani |** *Partner*

**SEIDEN | LAW**

Seiden Law LLP
322 Eighth Avenue, Suite 1200
New York, NY 10001 USA
(646) 766-1723 (O)
jnachmani@seidenlaw.com
www.seidenlaw.com


Confidentiality Statement:  This email (including any attachments may contain confidential information and is protected by law.  If you are not the correct recipient, please notify the sender immediately and delete the email.  Please do not copy this email for any other purpose or disclose the contents of this email.

2