

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/18/2024___

July 17, 2024

**VIA ECF AND E-MAIL**

Hon. Annalisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov.

     Re:    *Ismailov, et al. v. Hutseriev, et al.*, No. 24-cv-03287 (AT) (S.D.N.Y.)

Dear Judge Torres:

We write on behalf of Defendants PJSC Sberbank of Russia ("Sberbank") and Stanislav Kostiantynovych Kuznetsov (collectively, the "Sberbank Defendants") in the above-titled action and jointly with Plaintiffs Musaib Ismailovych Ismailov ("Ismailov") and Akhmed Hadzhyiovych Bilalov ("Bilalov"; and with Ismailov, "Plaintiffs"; and collectively with Defendants, the "Parties").

Pursuant to Rules I.B and I.C of the Court's Individual Practices in Civil Cases (the "Individual Rules") the Parties write to request an indefinite adjournment of the Court's July 19, 2024 deadline to submit a joint proposed case management plan (ECF No. 32), to be rescheduled if necessary following the Court's ruling on the Sberbank Defendants' anticipated motion under the Foreign Sovereign Immunities Act ("FSIA"). Plaintiffs consent to this request, subject to the reservation set forth below.

As indicated in their pre-motion letter to the Court dated July 15, 2024 (*see* ECF No. 37), the Sberbank Defendants intend to move to dismiss under Rule 12(b)(1) for lack of subject matter jurisdiction under the FSIA, among other grounds. Because the Court must be "circumspect" in authorizing discovery from a foreign state under the FSIA prior to a determination of immunity, the Parties ask the Court to indefinitely adjourn the July 19, 2024 deadline for the submission of a joint proposed case management plan, unless and until the Court resolves the issue of sovereign immunity against the Sberbank Defendants. *See, e.g., EM Ltd. v. Republic of Argentina*, 473 F.3d 463, 486 (2d Cir. 2007).

Plaintiffs consent to this request and to a stay of merits discovery, but reserve and do not waive their right to move for and take jurisdictional discovery. *See Chevron Corp. v. Donziger*, 296 F.R.D. 168, 220 (S.D.N.Y. 2013) ("[A] court may order a party that contests the exercise of personal jurisdiction over it to provide discovery relevant to deciding the jurisdiction issue."). The Sberbank Defendants reserve their right to oppose such discovery.



Hon. Annalia Torres
July 17, 2024
Page 2

This is the first request by the Sberbank Defendants to adjourn the case management plan (or any deadline) and the first request by any party for an adjournment since counsel for the Sberbank Defendants noticed their appearances on July 3, 2024. (*See* ECF Nos. 33-36). Plaintiffs previously made a single request to adjourn the deadline in a letter to the Court dated June 26, 2024, which was made as required by Individual Rule II.B prior to any defendant appearing in the action. (*See* ECF No. 31). The Court granted that request in part in a minute order dated June 27, 2024. (*See* ECF No. 32).

Respectfully submitted,

**Wilk Auslander LLP**                                    **Seiden Law LLP**

*/s/ Jay S. Auslander*                                    */s/ Jake Nachmani*

Jay S. Auslander                                         Jake Nachmani
Natalie Shkolnik                                         MarcAnthony Bonanno
Aari Itzkowitz                                           322 Eighth Avenue, Suite 1200
Michael Van Riper                                        New York, NY 10001
825 Eighth Avenue, Suite 2900                            jnachmani@seidenlaw.com
New York, New York 10019                                 mbonanno@seidenlaw.com
Tel.: 212.421.2902                                       (646) 766-1723
jauslander@wilkauslander.com
nshkolnik@wilkauslander.com
aitzkowitz@wilkauslander.com                             *Attorneys for Plaintiffs*
mvanriper@wilkauslander.com

*Attorneys for Defendants Public Joint Stock Company Sberbank of Russia and Stanislav Kostiantynovych Kutznetzov*

GRANTED.

SO ORDERED.

Dated: July 18, 2024
       New York, New York

ANALISA TORRES
United States District Judge