USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _07/31/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUSAIB ISMAILOVYCH ISMAILOV and
AKHMED HADZHYIOVYCH BILALOV,

                Plaintiffs,

-against-

MYKHAILO SAFARBEKOVYCH HUTSERIEV,
STANISLAV KOSTIANTYNOVYCH
KUZNETSOV, and PUBLIC JOINT STOCK
COMPANY "SBERBANK OF RUSSIA,"

                Defendants.

24 Civ. 3287 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated July 15 and 19, 2024. ECF Nos. 37, 40. Accordingly:

1. Defendants Public Joint Stock Company Sberbank of Russia and Stanislav Kostiantynovych Kuznetsov's (collectively, the "Sberbank Defendants") request for leave to move to dismiss Plaintiffs' complaint is GRANTED;

2. The Sberbank Defendants shall file a **single motion addressing all the bases for their motion**;

3. As proposed by the parties, by **August 12, 2024,** the Sberbank Defendants shall file their motion papers;

4. By **October 11, 2024**, Plaintiffs shall file their opposition papers; and

5. By **November 25, 2024,** the Sberbank Defendants shall file their reply, if any.

    With respect to Defendant Mykhailo Safarbekovych Hutseriev, by **August 20, 2024**, Plaintiffs shall move for default judgment or otherwise indicate their intentions concerning the prosecution of this action.

    SO ORDERED.

Dated: July 31, 2024
       New York, New York

                                        ANALISA TORRES
                                 United States District Judge