UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUSAIB ISMAILOVYCH ISMAILOV, and AKHMED HADZHYIOVYCH BILALOV,<br><br>Plaintiffs,<br><br>v.<br><br>MYKHAILO SAFARBEKOVYCH HUTSERIEV, STANISLAV KOSTIANTYNOVYCH KUZNETSOV, and PUBLIC JOINT STOCK COMPANY "SBERBANK OF RUSSIA,"<br><br>Defendants. | Case No. 1:24-cv-03287 (AT)<br><br>**NOTICE OF MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br><u>**ORAL ARGUMENT REQUESTED**</u> |

**PLEASE TAKE NOTICE** that, by and through the undersigned counsel, defendants Public Joint Stock Company Sberbank of Russia ("Sberbank") and Stanislav Kostiantynovych Kuznetsov (collectively, the "Sberbank Defendants"), upon the accompanying Memorandum of Law, the Notice of Intent to Rely Upon Foreign Law Pursuant to Rule 44.1, the Declaration of Michael Van Riper, and the exhibits thereto, hereby move this Court before the Honorable Analisa Torres, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date and at a time to be determined by the Court, for an order, pursuant to Federal Rule of Civil Procedure 12(b), dismissing the First Amended Complaint of Plaintiffs Akhmed Hadzhyiovych Bilalov and Musaib Ismailovych Ismailov in its entirety and with prejudice for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1), lack of personal jurisdiction under Rule 12(b)(2), improper venue under Rule 12(b)(3), insufficient service of process under Rule 12(b)(5), failure to state a claim under Rule 12(b)(6), and Rule 12(b)(7) for failure to join a required party under Rule 19.

2

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's order of July 31, 2024 (ECF No. 41), opposition papers are to be served by October 11, 2024, and reply papers are to be served by November 25, 2024.

Date:   August 12, 2024
        New York, New York

                                            Respectfully submitted,

                                            /s/ Jay S. Auslander
                                            Jay S. Auslander
                                            Natalie Shkolnik
                                            Aari Itzkowitz
                                            Michael Van Riper
                                            Wilk Auslander LLP
                                            825 Eighth Avenue, Suite 2900
                                            New York, New York 10019
                                            Tel: (212) 981-2338

                                            *Attorneys for Defendants Stanislav Kostiantynovych Kuznetsov and Public Joint Stock Company Sberbank of Russia*