UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUSAIB ISMAILOVYCH ISMAILOV, and AKHMED HADZHYIOVYCH BILALOV,<br><br>  Plaintiffs,<br><br>  v.<br><br>MYKHAILO SAFARBEKOVYCH HUTSERIEV, STANISLAV KOSTIANTYNOVYCH KUZNETSOV, and PUBLIC JOINT STOCK COMPANY "SBERBANK OF RUSSIA,"<br><br>  Defendants. | Case No. 1:24-cv-03287 (AT)<br><br>**NOTICE OF MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL PURSUENT TO FEDERAL RULE OF CIVIL PROCEDURE 11** |

**PLEASE TAKE NOTICE** that, by and through the undersigned counsel, defendants Public Joint Stock Company Sberbank of Russia ("Sberbank") and Stanislav Kostiantynovych Kuznetsov (collectively, the "Sberbank Defendants"), upon the accompanying Memorandum of Law, the Declaration of Michael Van Riper, and the exhibits thereto, hereby move this Court before the Honorable Analisa Torres, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order, pursuant to Federal Rule of Civil Procedure 11(c)(1): (i) finding Plaintiffs Akhmed Hadzhyiovych Bilalov and Musaib Ismailovych Ismailov and their counsel in violation of Rule 11(b); (ii) striking the First Amended Complaint in this action with prejudice and without leave to amend; (iii) authorizing an award of attorney fees' to the Sberbank Defendants in an amount yet to be determined and contingent upon a specific license authorizing such award from the Office of Foreign Assets Control; (iv) enjoining Plaintiffs from bringing any future litigation in the United States arising out of or connected to the First Amended Complaint; (v) further ordering Plaintiffs to inform the Sberbank Defendants of their intention to commence any such litigation before any

court, arbitral tribunal, or other judicial or adjudicatory body via regular mail, electronic mail, and telephone to the undersigned counsel, and to the Court by filing a letter on the docket in this action; and (vi) for such other and further relief as the Court deems just.

Date:   September 16, 2024
        New York, New York

Respectfully submitted,

<u>/s/ Jay S. Auslander</u>
Jay S. Auslander
Natalie Shkolnik
Aari Itzkowitz
Michael Van Riper
Wilk Auslander LLP
825 Eighth Avenue, Suite 2900
New York, New York 10019
Tel: (212) 981-2338

*Attorneys for Defendants Stanislav Kostiantynovych Kuznetsov and Public Joint Stock Company Sberbank of Russia*