UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUSAIB ISMAILOVYCH ISMAILOV and
AKHMED HADZHYIOVYCH BILALOV,

                Plaintiffs,

        -against-

MYKHAILO SAFARBEKOVYCH HUTSERIEV,
STANISLAV KOSTIANTYNOVYCH
KUZNETSOV, and PUBLIC JOINT STOCK
COMPANY "SBERBANK OF RUSSIA,"

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  09/23/2024
```

24 Civ. 3287 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letters dated September 11, 13, 17, and 20, 2024. ECF Nos. 63–65, 67, 71–72. Accordingly:

1. Defendant Mykhailo Safarbekovych Hutseriev's request for leave to move to dismiss Plaintiffs' complaint is GRANTED;

2. By **October 18, 2024**, Hutseriev shall file his motion to dismiss;

3. By **November 19, 2024,** Plaintiffs' shall file a consolidated opposition not to exceed 45 pages to the Sberbank Defendants' motion to dismiss, ECF No. 50, the Sberbank Defendants' motion for sanctions, ECF No. 68, and Hutseriev's motion to dismiss;

4. By **December 10, 2024**, the Sberbank Defendants shall file their reply, if any, to Plaintiffs' opposition to the Sberbank Defendants' motion to dismiss; the Sberbank Defendants shall file their reply, if any, to Plaintiffs' opposition to the Sberbank Defendants' motion for sanctions; and Hutseriev shall file his reply, if any, to Plaintiffs' opposition to Hutseriev's motion to dismiss.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 63.

      SO ORDERED.

Dated:  September 23, 2024
        New York, New York

                          ANALISA TORRES
                    United States District Judge