

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/27/2024
```

September 26, 2024

**VIA ECF AND E-MAIL**

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov.

    Re:    *Ismailov, et al. v. Hutseriev, et al.*, No. 24-cv-03287 (AT) (S.D.N.Y.)

Dear Judge Torres:

    Pursuant to Rules I.A-C of the Court's Individual Practices in Civil Cases (the "Individual Rules"), all Parties in the above-referenced matter write jointly to request the following two modifications to the September 23, 2024 Scheduling Order (ECF No. 73) (the "Scheduling Order"):

    i.    A 14-day extension of the deadline for the Sberbank Defendants and Hutseriev to file their respective reply briefs in support of the following three motions: (1) the Sberbank Defendants' motion to dismiss (ECF No. 50); (2) the Sberbank Defendants' motion for sanctions (ECF No. 68); and (3) Hutseriev's forthcoming motion to dismiss (due October 18, 2024) (the "Moving Briefs"); and

    ii.    An expansion of Plaintiffs' consolidated opposition to the Moving Briefs from 45 pages to 60 pages.

    In support of that request for extension of time, and in accordance with Rule I.C of the Individual Rules, the Parties set forth that: (1) the current date for Defendants to file their reply briefs is December 10, 2024 and the new proposed date is December 24, 2024; (2) the Parties believe that their requests are in the interest of judicial economy and justice; (3) there have been no previous requests for an adjournment or extension of the Scheduling Order; and (4) all of the Parties consent to the requested relief.

GRANTED.

SO ORDERED.

Dated: September 27, 2024
       New York, New York

                                          ANALISA TORRES
                                  United States District Judge