# EXHIBIT 1

| | |
|---|---|
| **From:** | Michael Van Riper |
| **To:** | Jake Nachmani |
| **Cc:** | MarcAnthony Bonanno; Jay S. Auslander; Natalie Shkolnik; Aari Itzkowitz |
| **Subject:** | Ismailov, et al. v. Hutseriev, et al., No. 24-cv-03287-AT (S.D.N.Y.) |
| **Date:** | Wednesday, July 3, 2024 7:55:02 PM |
| **Attachments:** | WA-Logo-exteneded-2-color_128.png |

Dear Mr. Nachmani,

As you have seen, we entered our appearances today on behalf of Defendants PJSC Sberbank of Russia ("Sberbank") and Stanislav Kostiantynovych Kuznetsov. Please be advised that we may represent Defendant Mykhailo Safarbekovych Hutseriev in connection with this matter, but have not finalized the terms of that engagement. If and when we do so, we will file appearances on behalf of Mr. Hutseriev.

Mr. Hutseriev does not intend to default. Mr. Hutseriev does not waive, and expressly reserves, all other defenses, objections, rights, and remedies.



**Michael Van Riper**
**Associate**

T: 212.421.2902
wilkauslander.com
Worldwide Plaza
825 Eighth Avenue, Suite 2900
New York, NY 10019

Disclaimer:

This message and any attachments are confidential to the ordinary user of the e-mail address to which it was addressed and may also be privileged. If you are not the addressee you may not copy, forward, disclose or use any part of the message or its attachments. If you have received this message in error, please notify the sender immediately by return e-mail and delete this message from your system. Wilk Auslander LLP reserves the right to monitor and review the content of all e-mail communications sent to and received by its employees

Internet communications cannot be guaranteed to be secure or error-free as information could arrive late or contain viruses or be intercepted, corrupted, or lost. The sender, therefore, does not accept liability for any errors or omissions in the content of this message which arise as a result of Internet transmission. If verification is required please request a hard-copy version.