# EXHIBIT 2

 For: **MUSAYIB ISMAILOV**



**Note to employers, local, state or federal agency granting benefits:**
Please visit the CBP I-94 Public Website and click on the tab for "Get Most Recent I-94" to perform a search for the applicant to confirm that the biographic and travel information displayed on this I-94 printout matches the "Get Most Recent I-94" returned results for this applicant.

## Most Recent I-94

**Admission (I-94) Record Number :** ▮
**Arrival/Issued Date :** 2023 October 29
**Class of Admission :** B2
**Admit Until Date :** 04/28/2024
**Details provided on the I-94 Information form:**

| | |
|---|---|
| **Last/Surname :** | **ISMAILOV** |
| **First (Given) Name :** | **MUSAYIB** |
| **Birth Date :** | **1970 January 15** |
| **Document Number :** | ▮ |
| **Country of Citizenship :** | **Ukraine** |

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No 1651 0111
Expiration Date

Privacy   Terms