# EXHIBIT 3



Document Number █████████

Document Country of Issuance : **Ukraine**

| | Date | Type | Location |
|---|---|---|---|
| 1 | 2023-11-04 | Departure | MIA |
| 2 | 2023-10-29 | Arrival | MIA |
| 3 | 2023-08-16 | Departure | NYC |
| 4 | 2023-08-12 | Arrival | NYC |
| 5 | 2023-06-03 | Departure | NYC |
| 6 | 2023-05-31 | Arrival | NYC |