# EXHIBIT 4

SBER BANK                                                                                     Sber Shareholder



# SberBank today

SberBank is the largest bank in Russia, Central and Eastern Europe, and one of the leading financial institutions worldwide

# SberBank's Mission

We instill confidence, provide reliability and make people's lives better by helping them fulfill their aspirations and dreams.

About the bank's mission and values

## Brand

SberBank is the most expensive Russian brand and the strongest banking brand around the globe, according to Brand Finance.

Our goal is to make SberBank one of the best finance and technology companies in the world.

## Sberbank's Development Strategy

**Key goal of the 2023 Strategy** is to achieve a whole new level of competitiveness to compete against global technology companies, while maintaining our status as the best bank for individuals and companies.



Best customer experience and ecosystem



Technological leadership



New quality people working as efficient teams

# SberBank in Russia

SberBank's national network features 11 regional banks with 12,600 branches in Russia's regions



## Team
## 210K employees

SberBank ranks among Top 5 largest employers in Russia.

SberBank for Students

## History

On November 12, 1841, Nicholas I, Emperor of Russia, signed a decree creating savings banks. This date is considered as the date of founding of SberBank.

Learn more on the bank's history

8 800 500 87 43
Hotline (toll free in Russia)

+7 495 957-57-21
Public relations

| Individual Clients | Press Centre | Compliance | Insider information | Anti-Corruption Policy |
| Registrar | SberIndex | Bank Details | Contacts | Contacts for press |

Русская версия

19 Vavilova St., 117997 Moscow, Russia

© 2024 Sberbank

Disclosure of information about the Bank as a professional participant in the securities market