# EXHIBIT 8

# BNY Mellon Appointed as Sponsored Depositary Bank by Sberbank

NEWS PROVIDED BY
**BNY Mellon** ➞
Jun 28, 2011, 06:35 ET

NEW YORK, June 28, 2011 /PRNewswire/ -- BNY Mellon, the global leader in investment management and investment services, has been appointed by Sberbank as the depositary bank for its American depositary receipt (ADR) program.  One Sberbank ADR represents four ordinary shares.  The ADRs trade on the over-the-counter (OTC) market under the symbol "SBRCY."  Sberbank's ordinary shares trade on MICEX under the symbol "SBER03" and on RTS under the symbol "SBER."

Sberbank is the largest credit institution in Russia and CIS.  Established in 1841, Sberbank has grown into a universal commercial bank with diversified businesses.  Sberbank is the biggest taker of deposits in the country and a key lender to Russia's national economy.  The company has the largest countrywide branch network with 17 regional head offices and more than 18,880 retail outlets with approximately 241,000 employees.  Sberbank operates subsidiary banks in Kazakhstan, Ukraine and Belarus, and also has a representative office in Germany and a branch in India.

"As part of our plan to increase Sberbank's international visibility and gain further access to the global capital markets, we decided to establish a sponsored ADR program," said Herman Gref, CEO of Sberbank. "By selecting BNY Mellon we have partnered with an institution that will assist us in providing the support necessary to achieve these objectives."

"The establishment of an ADR program for Sberbank is a landmark transaction. Much like BNY Mellon, Sberbank's heritage as a key player in its nation's development and economy spans centuries, and we look forward to expanding our relationship," said Robert P. Kelly, Chairman and CEO of BNY Mellon.

BNY Mellon acts as depositary for more than 2,100 American and global depositary receipt programs, acting in partnership with leading companies from 67 countries. With an unrivaled commitment to helping securities issuers succeed in the world's rapidly evolving financial markets, the company delivers the industry's most comprehensive suite of integrated depositary receipt, corporate trust and stock transfer services. Learn more at **www.bnymellon.com/dr**.

BNY Mellon is a global financial services company focused on helping clients manage and service their financial assets, operating in 36 countries and serving more than 100 markets. BNY Mellon is a leading provider of financial services for institutions, corporations and high-net-worth individuals, offering superior investment management and investment services through a worldwide client-focused team. It has $25.5 trillion in assets under custody and administration and $1.2 trillion in assets under management, services $11.9 trillion in outstanding debt and processes global payments averaging $1.7 trillion per day. BNY Mellon is the corporate brand of The Bank of New York Mellon Corporation (NYSE: **BK**). Learn more at **www.bnymellon.com**.

This release is for informational purposes only. BNY Mellon provides no advice nor recommendation or endorsement with respect to any company or securities. Nothing herein shall be deemed to constitute an offer to sell or a solicitation of an offer to buy securities. Depositary Receipts: Not FDIC, State or Federal Agency Insured; May Lose Value; No Bank, State or Federal Agency Guarantee.

SOURCE BNY Mellon

WANT YOUR COMPANY'S NEWS

## FEATURED ON PRNEWSWIRE.COM?

## GET STARTED

**440k+**
Newsrooms &
Influencers

**9k+**
Digital Media
Outlets

**270k+**
Journalists
Opted In