# EXHIBIT 12

10/14/24, 4:35 PM
Case 1:24-cv-03287-AT    Document 86-12    Filed 11/19/24    Page 2 of 19
Bank of Russia begins reform of payment market - Vedomosti

Subscription | Newspaper | Telegram | Podcast




Login

BusinessEconomyFinanceInvestmentsTechnologiesMediaReal estatePolicySocietyManagementLifestyleInterviewOpinionsPhoto galleries

rtAnalyticsCountryBusiness regattaImpulse AwardInnovations and technologiesCapitalIndustrySus

GBITR 553.77 +0.26% ↑    CNY Exchange 13.526 +0.42% ↑    YAKG 65.95 +1.54% ↑    RENI 95.82 -0.64% ↓

Investment boom: the main thing about Russian IPOs, issuers and candidates

August 24, 2021, 11:51 PM / Finance

## The Bank of Russia begins reform of the payment market

*It threatens banks with the loss of part of their commission income.*

I'll read it later    Ekaterina Litova



*The peculiarity of the card business in Russia is the dominance of one player, Sberbank. In the photo: Central Bank Chairwoman Elvira Nabiullina and Sberbank President German Gref / Evgeny Razumny / Vedomosti*

The Bank of Russia has announced a planned reform of the payment market, which could result in banks losing part of their commission income: the regulator will allow any non-financial company to handle payments for Russians. This is stated in the Central Bank's report.

In Russia, payments and transfers can be made by banks or non-bank credit institutions (for example, the Zolotaya Korona service or Western Union) - no other financial or, especially, non-financial institution can engage in this business. This is a large market: in 2020, citizens made card payments worth 29.4 trillion rubles, according to the Central Bank. The Central Bank proposes to give non-financial and non-bank financial institutions the right to initiate transfers on behalf of clients - to draw up orders with their consent and send them to banks where accounts are opened. And also to carry out these transfers - to aggregate non-cash payments, provide the acquiring function (acceptance of card payments), open electronic wallets and carry out transfers between them.

BusinessEconomyFinanceInvestmentsTechnologiesMediaReal estatePolicySocietyManagementLifestyleInterviewOpinionsPhoto galleries

Microfinance companies, brokers, Internet search engines, retail stores and supermarkets have already shown interest in providing payment services, Vladimir Chistyukhin, Deputy Chairman of the Bank of Russia, told journalists. According to him, non-financial players want clients not only to buy something from them, but also to make payments through them - this will reduce costs. The exact timing of the reform is not yet known; first, the idea needs to be discussed with the market, Chistyukhin said.



**The Central Bank will allow any company to provide payment services**

Finance

The high costs of companies for accepting bank cards is a long-standing problem that the Central Bank hopes to solve with its reform. Currently, in order for a company to be able to accept payments on its website or in a store, it enters into a bank acquiring agreement. When a client pays with a card, the bank takes an acquiring commission for this. Its main part - the interbank commission, or interchange - is set by the payment system. The bank servicing the outlet (the acquirer) transfers it to the issuing bank whose card was used to pay. The average acquiring commission is 0.3-3.2% depending on the type of card or product category. The higher the interchange, the more expensive it is for the outlet to accept the card.

For several years, Russian retailers have been fighting to reduce the cost of accepting cards, and payment systems have been fighting for banks' income so that they can invest more in the card business. In 2019, the dispute reached the president: sellers complained that they were charged too much for accepting cards, and Vladimir Putin called it a "quasi-tax" on business. On August 16, the largest Russian marketplace Wildberries even offered customers to pay an extra 2% for accepting Visa and Mastercard cards or pay with a card from the Russian payment system Mir, make a payment through the Fast Payment System (FPS) or Sberpay (Sberbank service). The company clarified that it did not introduce additional fees, but provided discounts for payments through Russian payment systems.

The change in such a business model, when non-financial organizations will be able to independently engage in acquiring, should reduce the costs of accepting payment cards, the Bank of Russia believes. The consumer will be able to make payment transactions directly in the company's mobile application - for example, send a request to their bank account through it to make a transfer or payment.

**How it will work**

The Bank of Russia is creating an institution of non-bank payment service providers (NPSP) and plans to develop legislation for this. It will not be necessary to obtain a payment license - it is enough to enter the register, which will be maintained by the Central Bank. To do this, the company will have to comply with the minimum requirements for the value of net assets (the Central Bank has not yet named their size), anti-money laundering legislation, and its top managers will have to meet the requirements for

qualifications and business reputation. When admitting a non-bank financial organization (insurers, brokers, professional participants, etc.) to payment activities, current regulatory requirements will be taken into account, including financial stability.

All NPUs will have to comply with the requirements for the organization of a risk management system, ensuring information security, and business continuity. Client funds for the provision of payment services will have to be kept in separate bank accounts and used only for the provision of payment services - this will allow separating client funds from the NPU's own funds both during their activities and in the event of the company's bankruptcy. Separate funds will not be included in the general bankruptcy estate and can only be used to satisfy client claims. Non-bank financial companies are offered to provide payment services in the status of non-bank credit institutions - to make transfers without opening bank accounts.

In their activities, NPPUs will be able to use the payment infrastructure if necessary. For this purpose, they will be granted the right to participate in payment systems. As special participants, NPPUs will be able to initiate transfers of clients through open APIs on their bank accounts in participating organizations, and as participants in payment systems, send orders and receive transfers of funds, including in the SBP.

It is planned that the company, which combines its activities with payment services, will separate clients' funds for the provision of payment services only in a correspondent account with the Bank of Russia.

**A market unto itself**

The Central Bank reform is also aimed at improving the conditions of competition in the payment market. A feature of the card business in Russia is the dominance of one player, Sberbank (its representative declined to comment). It is a leader in both card issuance and acquiring. At the end of 2020, the number of active cards (credit and debit) in Sberbank was 138 million units - this is 66% of all active cards, according to Central Bank data. Although back in 2018, the bank's share in cards was 51%. At the beginning of 2019, the state bank's share in the acquiring market by turnover was 67.1%, but by the end of last year, according to the FAS, it had decreased to 65%. Thus, Sberbank has many operations where it is both a bank servicing a merchant and an issuer of a card used to pay. A large share of income from acquiring is received by those who combine the functions of an acquirer and an issuer. In such cases, the bank can process transactions itself, without contacting the payment system, but only by sending it reports on transactions.

The largest bank has disclosed in detail for the first time the volume of card payments that go through its network of merchant terminals and online: RUB 9.4 trillion in the first half of the year, which is 42% higher than last year, according to the bank's IFRS presentation. The number of acquiring transactions increased by 34.3% to RUB 15.6 billion. The total volume of transfers, payments and acquiring reached RUB 27 trillion (+31.6%). Thanks to the growth in transaction activity, the bank's net commission income is growing - by 18.3% to RUB 291 billion.

The share of the other leaders of this market – VTB , Alfa-Bank , Tinkoff Bank and Gazprombank – both in terms of issuance and acquiring volumes does not exceed 23% in total, according to the FAS report on competition. Representatives of these four banks did not respond to Vedomosti's request.

**What does the market think?**

There are already examples in world practice when settlements are carried out not only by banks, points out Sergey Lebedev, Deputy Director for Business Development at OpenWay. In its pure form, this will not make acquiring itself cheaper, if we talk about card payments - the rules of payment systems will not be affected and interchange fees will not go anywhere. But this can spur non-card forms of payment, the trend towards moving away from card-to-card payments has already begun: the SBP, thanks to low fees, is gaining momentum and will eat up the share of transfers from payment systems - it is only a matter of time, the expert believes. This also gives way to a lot of possible ideas or the emergence of those already implemented abroad - for example, something similar to Revolut. This is a British fintech startup with Russian roots, which offers a multi-currency debit card and allows you to convert funds from one currency to another at the interbank rate, exchange cryptocurrencies, make free money transfers to anywhere in the world.



**Visa and Mastercard threaten banks with fines over Wildberries fees**

Finance

The Central Bank's proposal will attract new players to the market and improve payment instruments through technology, says a Yandex representative. Wildberries hopes that the Central Bank's initiative will reduce commissions for online payments, which are currently excessively high compared to tariffs in Europe and the US, says the company's financial director Vladimir Bakin.

Back in the 1980s, the American investment bank Merrill Lynch offered a combination of a brokerage account with a traditional checkbook and a credit account, recalls Irina Krivosheeva, CEO of the Alfa Capital management company. Since 2012, Fidelity, one of the three leading global management companies, has had such an account. According to Krivosheeva, the management company should be fully integrated into the client's life cycle: pay dividends, coupons, have the ability to send these payments to pay for an apartment, children's education, etc. "Why can't we link cards or simply give clients the opportunity to use trust management accounts more flexibly, pay from them in stores, etc.?" she reasons. In Russia, this can be implemented and in demand by clients - it will increase their loyalty to the management company, reduce transaction and time costs, Krivosheeva believes. This topic is also very relevant with the advent of the digital ruble.

For brokers, the offer may be interesting, not only in terms of cost price, but also in terms of implementing new services related to automatic account replenishment, lending against assets in a brokerage account, etc., believes Vladislav Kochetkov, Chairman of the Board of Finam. Another thing is that most large brokers have banks in their groups and can implement such solutions. And for small companies, the technological and regulatory burden associated with the implementation of new opportunities may be too expensive, he notes. The main cost price for card payments is the commission fees of payment systems, so in this part the financial gain will not be so significant and it is more about service flexibility, Kochetkov believes.

Competing with banks in terms of commissions for payment transactions will be difficult, since transfers via the SBP and cash withdrawals from banks are currently free, and building an infrastructure for accepting payments is a difficult task, says Sergey Berestovoy, Chairman of the Board of Directors of Russian Standard Bank. According to him, special attention will need to be paid to ensuring the security of transactions, since it has already been built in the banking sector, while other service providers will need to create it from scratch or bring it to the same level.

Providing companies with the opportunity to provide payment services, in turn, will affect the profitability of banking operations in terms of income from acquiring, says Anatoly Perfilyev, Junior Director for Bank Ratings at Expert RA. But the impact will not be strong due to the low share of commissions from payment services in the structure of the overall financial result of banks.

*Alena Trigubko contributed to the preparation of this article*

### READ ALSO


14.10.2024
**The Federal Tax Service has explained the principles of taxation of mining**


14.10.2024
🔒 **Major banks have waived commissions for developers**


14.10.2024
🔒 **Russia holds first interregional financial transaction in accordance with Sharia law**


13.10.2024
**Throwaway Art and the Fight Against Miners: News You Might Have Missed**

### SPECIAL PROJECT. 25 WONDERS OF RUSSIA

**Physical Culture of Cancellation: How Russian Sport Develops Despite Sanctions**

**Maternity capital has depreciated over the years, but is still important for Russian families**

**The lines between IT companies continue to blur**

3 hours ago / Politics



### Putin submitted to the State Duma a bill on ratification of the partnership agreement with the DPRK

*The document was signed during the Russian President's visit to Pyongyang in June.*

🔖 I'll read it later          Vedomosti

Russian President Vladimir Putin submitted to the State Duma a bill on ratification of the treaty on comprehensive strategic partnership between the Russian Federation and the DPRK. The document was published in the Duma database.

According to the document, the decision to ratify the treaty was made "based on the common desire and aspiration to preserve the historically formed traditions of Russian-Korean friendship and cooperation" with the goal of building "interstate relations of a new era," thereby "promoting the prosperity and well-being of the peoples of the two countries."



### What does the Russia-DPRK Comprehensive Strategic Partnership Agreement mean?

Politics / International Relations

The decision on the partnership of the countries "meets the fundamental interests of their peoples" and contributes to ensuring peace, regional and global security and stability", confirming their commitment to the purposes and principles of the UN Charter and the generally recognized principles and norms of international law.

Article 3 of the treaty states that Russia and North Korea shall cooperate with each other to ensure "lasting regional and international peace and security." In the event of an immediate threat of an act of armed aggression against one country, the other must, upon request, immediately engage bilateral channels to "coordinate their positions and agree on possible practical measures to assist each other in facilitating the elimination of the threat that has arisen."

"If one of the parties is subjected to an armed attack by any state or several states and thus finds itself in a state of war, the other party will immediately provide military and other assistance with all means at its disposal," states Article 5 of the treaty.



## Shoigu held talks with Kim Jong-un in the DPRK

Politics / International Relations

On October 14, Putin appointed Deputy Foreign Minister of the Russian Federation Andrei Rudenko as his representative in the consideration of the ratification of the treaty on comprehensive strategic partnership between the Russian Federation and the DPRK in the chambers of the Federal Assembly.

On June 19, Putin and Kim Jong-un signed a treaty on comprehensive strategic partnership between Russia and the DPRK in Pyongyang. It is concluded indefinitely. If one of the parties wants to suspend it, it will have to notify the other party in writing. In this case, the treaty will cease to be in effect one year after receiving the notification.

Putin was on an official visit to the DPRK on June 18-19. During the head of state's visit to Pyongyang, Russian-Korean talks were held in narrow and expanded formats.

Спецпроект 16+

**Разбор инструмента от Т-Банка: ПИФы для юрлиц**

Эффективное управление свободными средствами компании с помощью инвестиций в финансовые инструменты может увеличить доход бизнеса

Одним из самых простых способов долгосрочных вложений является покупка паев

Инвестиции в ПИФ – способ получения дохода при невысоких рисках за счет диверсификации активов

 Реклама / АО «ТБАНК»

### СПЕЦПРОЕКТ. 25 ЧУДЕС РОССИИ

| Физкультура отмены: как российский спорт развивается вопреки санкциям | Маткапитал с годами обесценился, но все еще важен для российских семей | Грани между ИТ-компаниями продолжают стираться |

2 часа назад / Финансы

**В ФНС рассказали о принципах налогообложения майнинга**

*Налог на прибыль для отраслевых компаний будет оплачиваться в два этапа*

🔖 Прочту позже     Наталья Заруцкая



*Евгений Разумный / Ведомости*

Читать полностью

### ДРУГИЕ МАТЕРИАЛЫ В СЮЖЕТЕ →

 14.10.2024
**Книга заявок на IPO «Озон фармацевтика» покрыта**

 11.10.2024
**«Ламбумиз» объявила о намерении провести IPO в октябре**

 11.10.2024
**«Озон Фармацевтика» установила ценовой диапазон IPO на уровне 30–35 рублей**

 10.10.2024
**Рассматривающая IPO ГК «Монополия» продлила сбор заявок на дебютные бонды**

 09.10.2024
**Финансовые власти обменялись предложениями по развитию рынка капитала**

 08.10.2024
**«Рольф» планирует выйти на IPO до 2026 года**

 08.10.2024
**Компания «Озон фармацевтика» объявила о намерении провести IPO**

08.10.2024
Холдинг Ultimate Education планирует выйти на биржу в ближайшие три года


07.10.2024
ТГК-14 привлекла в рамках SPO 1,5 млрд рублей


04.10.2024
«СПБ Биржа» намерена провести не менее пяти IPO в 2025 году


03.10.2024
ЦБ разрешил частным фондам участвовать в небольших IPO


02.10.2024
Цена за акцию в рамках SPO ТГК-14 составит 0,01 рубля


02.10.2024
Брокер «Финам» даст российским инвесторам доступ к pre-IPO SpaceX


01.10.2024
Arenadata провела IPO по верхней границе ценового диапазона


30.09.2024
«Высокая ключевая ставка и конъюнктура на бирже на нас никак не влияют»


27.09.2024
Аналитики оценили справедливую стоимость Arenadata в 2 раза выше уровня IPO


26.09.2024
Книга заявок на IPO Arenadata переподписана несколько раз


24.09.2024
Зачем ТГК-14 проводит SPO


24.09.2024
Группа Arenadata объявила даты сбора заявок на IPO

| Subscription | Our projects |
|---|---|
| Advertising | Management ideas |
| RFRIT | Sport |
| Directory of companies | Technology and Innovation |
| Subscription for legal entities | Sustainable development |
| About the company | Ecology |

| | |
|---|---|
| Editorial | Vedomosti North-West Lifestyle |
| Management | Conferences |
| Archive | Impulse Award |
| Feedback | City |
| Help Center | Right |
| | Capital |
| | Science |
| | Import substitution |
| | Vedomosti South |
| | Forum |
| | Business regatta |
| | Vedomosti& |
| | Country |
| | Industry |
| | Health |
| | Vedomosti North-West |
| | How to spend |
| | Tourism |

## Contacts

127018, Moscow, st. Polkovaya, 3, building 1

On the map

+7 495 956-34-58
info@vedomosti.ru

→ **Vedomosti newsletters — the main business news to your email**

Subscribe to the newsletter



     

 Download for iOS    ▷ Download for Android

Online publication Vedomosti

Decision of the Federal Service for Supervision of Communications, Information Technology, and Mass Media (Roskomnadzor) dated November 27, 2020 EL No. FS 77-79546

Founder: JSC Business News Media

Chief editor: Irina Sergeevna Kazmina

Email: news@vedomosti.ru

Phone: +7 495 956-34-58

The site uses IP addresses, cookies and geolocation data of the Site Users, the terms of use are contained in the Personal Data Protection Policy

Any use of materials is permitted only in compliance with the rules of reprinting and with a hyperlink to vedomosti.ru

News, analytics, forecasts and other materials presented on this site are not an offer or recommendation to buy or sell any assets.

The information resource uses recommendation technologies (information technologies for providing information based on the collection, systematization and analysis of data related to the preferences of Internet users located on the territory of the Russian Federation).

Rules for the use of recommendation technologies in widgets of the advertising exchange network "SMI2" posted on the website vedomosti.ru

All rights reserved © AO Business News Media, INN/KPP 7712108141/771501001, OGRN 1027739124775, 127018, Moscow, inner-city municipal district Maryina Roshcha, Polkovaya st., 3, building 1 1999—2024



Подписка Газета Телеграм Подкаст ВЕДОМОСТИ ПРЕДСТАВЛЯЮТ Войти

БизнесЭкономикаФинансыИнвестицииТехнологииМедиаНедвижимостьПолитикаОбществоМенеджментСтиль жизни

едомости&СпортАналитикаСтранаБизнес-регатаПремия ИмпульсИнновации и технологииКап

БизнесЭконом                                                                                                                                нтСтиль жизни

VEON-RX 24,95 +2,89% ↑   BSPBP 54,8 -1,35% ↓   IMOEX 2 763,53 -0,72% ↓   RTSI 896,12 -0,61% ↓   RGBI 10

Инвестиционный бум: главное о российских IPO, эмитентах и кандидатах

24 августа 2021, 23:51 / Финансы

# Банк России начинает реформу платежного рынка

*Она грозит потерей банками части их комиссионных доходов*

Прочту позже   Екатерина Литова



Особенность карточного бизнеса в России – доминирование одного игрока, Сбербанка На фото: председатель ЦБ Эльвира Набиуллина и президент Сбербанка Герман Греф / *Евгений Разумный / Ведомости*

Банк России объявил о готовящейся реформе платежного рынка, которая может обернуться для банков потерей части комиссионных доходов: регулятор даст возможность любой нефинансовой компании заниматься платежами россиян. Об этом говорится в докладе ЦБ.

В России проводить платежи и переводы могут банки или небанковские кредитные организации (например, сервис «Золотая корона» или Western Union) – никакая другая финансовая и тем более нефинансовая организация не может заниматься этим бизнесом. Это большой рынок: в 2020 г. граждане совершили платежей по картам на 29,4 трлн руб., следует из данных ЦБ. Центробанк предлагает дать нефинансовым и небанковским финансовым организациям право инициировать переводы от имени клиентов – составлять с их согласия распоряжения и направлять их в банки, где открыты счета. А также эти переводы осуществлять – агрегировать безналичные платежи, обеспечивать функцию эквайринга (прием платежей по карте), открывать электронные кошельки и проводить перечисления между ними.

К предоставлению платежных услуг уже проявили интерес микрофинансовые компании, брокеры, интернет-поисковики, розничные магазины и супермаркеты, рассказал журналистам зампред Банка России Владимир Чистюхин. По его словам, нефинансовые игроки хотят, чтобы клиенты у них не только что-то приобретали, но и проводили через них платежи – это снизит издержки. Точные сроки проведения реформы пока не известны, сначала надо обсудить идею с рынком, сообщил Чистюхин.



**ЦБ разрешит любой компании оказывать платежные услуги**

Финансы

---

Высокие издержки компаний на прием банковских карт – давняя проблема, которую своей реформой надеется решить ЦБ. Сейчас, чтобы компания могла на своем сайте или в магазине принимать платежи, она заключает договор банковского эквайринга. Когда клиент платит картой, банк берет за это эквайринговую комиссию. Основная ее часть – межбанковская комиссия, или интерчейндж, – устанавливается платежной системой. Ее банк, обслуживающий торговую точку (эквайер), перечисляет банку-эмитенту, картой которого расплатились. Средний размер комиссии за эквайринг составляет 0,3–3,2% в зависимости от типа карты или категории товара. Чем выше интерчейндж, тем дороже для торговой точки стоит прием карты.

Российские ритейлеры несколько лет борются за снижение стоимости приема карт, а платежные системы – за доходы банков, чтобы те могли больше вкладывать в карточный бизнес. В 2019 г. спор дошел до президента: продавцы пожаловались, что за прием карт с них берут слишком много, и Владимир Путин назвал это «квазиналогом» на бизнес. 16 августа крупнейший российский маркетплейс Wildberries и вовсе предложил покупателям доплачивать 2% за прием карт Visa и Mastercard либо расплатиться картой российской платежной системы «Мир», провести платеж через Систему быстрых платежей (СБП) или Sberpay (сервис Сбербанка). В компании уточняли, что не вводили дополнительные комиссии, а предоставили скидки при оплате российскими платежными системами.

Изменение такой бизнес-модели, когда нефинансовые организации смогут самостоятельно заниматься эквайрингом, должно снизить издержки на прием платежных карт, считает Банк России. Потребитель сможет совершать платежные операции напрямую в мобильном приложении компании – например, направлять через него запрос к своему счету в банк для совершения перевода или платежа.

### Как это будет работать

Банк России создает институт небанковских поставщиков платежных услуг (НППУ) и планирует разработать под это законодательство. Получать платежную лицензию не придется – достаточно войти в реестр, который будет вести ЦБ. Для этого компания должна будет соблюдать минимальные требования стоимости чистых активов (их размер ЦБ пока не называет), антиотмывочное законодательство, а ее топ-менеджеры – соответствовать требованиям к квалификации и деловой репутации. При допуске

небанковской финансовой организации (страховщики, брокеры, профучастники и т. д.) к платежной деятельности будут учитываться действующие регуляторные требования в том числе к финансовой устойчивости.

Все НППУ должны будут соблюдать требования об организации системы управления рисками, обеспечении информационной безопасности, непрерывности деятельности. Средства клиентов для оказания платежных услуг должны будут находиться на отдельных банковских счетах и использоваться только для оказания платежных услуг – это позволит отделить средства клиентов от собственных средств НППУ как в ходе их деятельности, так и в случае банкротства компании. Обособленные средства не будут включаться в общую конкурсную массу и смогут направляться только на удовлетворение требований клиентов. Небанковским финансовым компаниям предлагается оказывать платежные услуги в статусе небанковских кредитных организаций – делать переводы без открытия банковских счетов.

В своей деятельности НППУ смогут при необходимости использовать платежную инфраструктуру. Для этого им будет предоставлено право участия в платежных системах. В качестве специальных участников НППУ смогут инициировать через открытые API переводы клиентов по их банковским счетам в организациях-участниках, а также в качестве участников платежных систем направлять распоряжения и получать переводы денежных средств, в том числе в СБП.

Планируется, что компания, совмещающая свою деятельность с платежной, будет обособлять средства клиентов для оказания платежных услуг только на корреспондентском счете в Банке России.

**Сам себе рынок**

Реформа ЦБ направлена еще и на улучшение условий конкуренции на платежном рынке. Особенность карточного бизнеса в России – доминирование одного игрока, Сбербанка (его представитель отказался от комментариев). Он является лидером и в эмиссии карт, и в эквайринге. На конец 2020 г. количество активных карт (кредитных и дебетовых) в Сбербанке составляло 138 млн шт. – это 66% всех активных карт, следует из данных ЦБ. Хотя еще в 2018 г. доля банка в картах была 51%. В начале 2019 г. доля госбанка на рынке эквайринга по обороту была 67,1%, но по итогам прошлого года, по данным ФАС, она снизилась до 65%. Таким образом, у Сбербанка много операций, где он одновременно и банк, обслуживающий торговца, и эмитент карты, которой расплатились. Большую долю доходов от эквайринга получают те, кто совмещает функции эквайера и эмитента. В таких случаях банк может обрабатывать транзакции сам, не обращаясь к платежной системе, а лишь направляя ей отчеты об операциях.

Крупнейший банк впервые детально раскрыл, какой объем платежей по карте проходит через сеть его торговых терминалов и онлайн: 9,4 трлн руб. в первом полугодии, что на 42% выше показателя прошлого года, следует из презентации банка к МСФО. Количество транзакций эквайринга выросло на 34,3% до 15,6 млрд. Совокупный объем переводов, платежей и эквайринга достиг 27 трлн руб. (+31,6%). Благодаря росту транзакционной активности у банка растет чистый комиссионный доход – на 18,3% до 291 млрд руб.

Доля остальных лидеров этого рынка – ВТБ, Альфа-банка, «Тинькофф банка» и Газпромбанка – как по эмиссии, так и по объемам эквайринга не превышает 23% суммарно, говорится в докладе ФАС о конкуренции. Представители этих четырех банков не ответили на запрос «Ведомостей».

**Что думает рынок**

В мировой практике уже есть примеры, когда расчеты осуществляют не только банки, указывает заместитель директора по развитию бизнеса OpenWay Сергей Лебедев. В чистом виде сам эквайринг это не удешевит, если говорить о карточных платежах – правила платежных систем это не затронет и комиссии интерчейнджа никуда не денутся. Но это может подстегнуть некарточные формы расчета, тренд на уход от платежей с карты на карту уже начался: СБП благодаря низким комиссиям набирает обороты и долю переводов у платежных систем она отъест – это лишь вопрос времени, считает эксперт. Это также дает дорогу массе возможных идей или появлению уже реализованных за рубежом – например, чего-то похожего на Revolut. Это британский финтех-стартап с российскими корнями, который предлагает мультивалютную дебетовую карту и позволяет конвертировать средства из одной валюты в другую по межбанковскому курсу, обменивать криптовалюты, совершать бесплатные денежные переводы в любую точку мира.



**Visa и Mastercard пригрозили банкам штрафами из-за комиссий Wildberries**

Финансы

Предложение ЦБ позволит привлечь на рынок новых игроков и усовершенствовать платежные инструменты за счет технологий, говорит представитель «Яндекса». Wildberries надеется, что инициатива ЦБ позволит снизить комиссии при проведении онлайн-платежей, которые сегодня являются чрезмерно высокими по сравнению с тарифами в Европе и США, говорит финансовый директор компании Владимир Бакин.

Американский инвестбанк Merrill Lynch еще в 1980-х предложил комбинацию брокерского аккаунта с традиционной чековой книжкой и кредитным счетом, напоминает гендиректор управляющей компании «Альфа-капитал» Ирина Кривошеева, с 2012 г. такой счет есть у Fidelity – одной из трех ведущих мировых УК. По мнению Кривошеевой, УК должна быть полностью вписана в жизненный цикл клиента: выплачивать дивиденды, купоны, иметь возможность посылать эти выплаты на оплату квартиры, обучения детей и проч. «Почему нельзя привязать карточки или просто дать клиентам возможность более гибкого использования счетов доверительного управления, платить с них в магазинах и т. п.?» – рассуждает она. В России это может быть реализовано и востребовано со стороны клиентов – повысит их лояльность УК, снизит транзакционные и временные затраты, полагает Кривошеева. Также эта тема очень актуальна при появлении цифрового рубля.

Для брокеров предложение может быть интересным, причем не только в части себестоимости, но и в плане реализации новых сервисов, связанных с автопополнением счетов, кредитованием под активы на брокерском счете и проч., считает предправления «Финама» Владислав Кочетков. Другое дело, что большинство крупных брокеров имеют в составе своих групп банки и могут реализовывать подобные решения. А для небольших компаний технологическая и регуляторная нагрузка, связанная с реализацией новых возможностей, может оказаться слишком дорогой, отмечает он. Основная себестоимость при оплате картой приходится на комиссии платежных систем, поэтому в этой части финансовый выигрыш будет не столь существенным и речь скорее о сервисной гибкости, считает Кочетков.

Конкурировать с банками в части комиссий за платежные операции будет сложно, поскольку переводы по СБП и снятие наличных в банках сейчас бесплатны, а выстроить инфраструктуру для приема платежей – задача непростая, говорит предправления банка «Русский стандарт» Сергей Берестовой. Отдельное внимание, по его словам, будет необходимо уделить обеспечению безопасности операций, поскольку в банковском секторе она уже выстроена, а у других поставщиков услуг ее будет необходимо создавать с нуля или доводить до того же уровня.

Предоставление компаниям возможности оказывать платежные услуги, в свою очередь, скажется на прибыльности банковских операций в части доходов от эквайринга, говорит младший директор по банковским рейтингам «Эксперт РА» Анатолий Перфильев. Но влияние не будет сильным из-за невысокой доли комиссий от платежных услуг в структуре всего финансового результата банков.

*В подготовке статьи участвовала Алена Тригубко*

Спецпроект 16+

**Как оптимизировать логистику?**

За последние годы российская логистическая отрасль серьезно изменилась

Спрос на перевозки растет, а перевозчиков и транспорта не хватает. Отсюда рост цен на услуги

Для владельца груза при выборе перевозчика решающими становятся ценовой фактор и решения, повышающие прозрачность услуг

Реклама / ООО «ТН ЦИФРОВАЯ ЛОГИСТИКА»

**НОВОСТИ СМИ2**

"Уничтожим". Во Франции выступили с призывом после кадров из Львова

Брошенная на поле боя техника ВСУ поразила российских бойцов

Найденное в схр[оне] ВСУ привело российских морпехов в ярост[ь]

Отвлекает реклама? С подпиской вы не увидите её на сайте →

| **Подписка** | **Наши проекты** |
|---|---|
| Реклама | Идеи управления |
| РФРИТ | Спорт |
| Справочник компаний | Технологии и инновации |
| Подписка для юр.лиц | Устойчивое развитие |
| О компании | Экология |
| Редакция | Ведомости Северо-Запад Стиль жизни |
| Менеджмент | Конференции |
| Архив | Премия Импульс |
| Обратная связь | Город |
| Справочный центр | Право |
| | Капитал |
| | Наука |
| | Импортозамещение |
| | Ведомости Юг |
| | Форум |
| | Бизнес-регата |
| | Ведомости& |
| | Страна |
| | Промышленность |
| | Здоровье |
| | Ведомости Северо-Запад |
| | Как потратить |
| | Туризм |

**Контакты**

127018, г. Москва, ул. Полковая, д. 3, стр. 1

На карте   G   Я

+7 495 956-34-58
info@vedomosti.ru

→ **Рассылки «Ведомостей» — главные деловые новости на ваш email**

Подписаться на рассылку





 Скачать для iOS        ▶ Скачать для Android

Сетевое издание Ведомости (Vedomosti)

Решение Федеральной службы по надзору в сфере связи, информационных технологий и массовых коммуникаций (Роскомнадзор) от 27 ноября 2020 г. ЭЛ № ФС 77-79546

Учредитель: АО «Бизнес Ньюс Медиа»

Главный редактор: Казьмина Ирина Сергеевна

Электронная почта: news@vedomosti.ru

Телефон: +7 495 956-34-58

Сайт использует IP адреса, cookie и данные геолокации Пользователей сайта, условия использования содержатся в Политике по защите персональных данных

Любое использование материалов допускается только при соблюдении правил перепечатки и при наличии гиперссылки на vedomosti.ru

Новости, аналитика, прогнозы и другие материалы, представленные на данном сайте, не являются офертой или рекомендацией к покупке или продаже каких-либо активов.

На информационном ресурсе применяются рекомендательные технологии (информационные технологии предоставления информации на основе сбора, систематизации и анализа сведений, относящихся к предпочтениям пользователей сети «Интернет», находящихся на территории Российской Федерации).

Правила применения рекомендательных технологий в виджетах рекламно-обменной сети «СМИ2», размещенных на сайте vedomosti.ru

Все права защищены © АО Бизнес Ньюс Медиа, ИНН/КПП 7712108141/771501001, ОГРН 1027739124775, 127018, г. Москва, вн.тер.г. муниципальный округ Марьина Роща, ул. Полковая, д. 3, стр. 1 1999—2024

