# EXHIBIT 13

|  | You pay the fee | No fee |
|---|---|---|
|  | If you spend less than ₽5,000 or have less than ₽20,000 on your accounts | If you spend ₽5,000 or or have ₽20,000 or more accounts |
| Monthly fee | ₽150 | **Free of charge** |
| Card notifications per month | ₽70 | ₽70 |
| Cash at ATM commission-free | in Sberbank | in Sberbank |
| Fee for international wire transfers |  | 1% of the transfer am |
| Cash withdrawal limit | ₽50,000 per day ₽500,000 per month | ₽150,000 per da ₽1,500,000 per mo |
| Increased bonus points in cafes and restaurants |  |  |
| Increased bonus points for taxi rides |  |  |
| Increased bonus points at petrol stations |  |  |