# EXHIBIT 16

Quick Links  Stocks  Currencies  Commodities  Rates & Bonds  Sectors  Watchlist

RECENTLY VIEWED COMPANIES

| SBERBANK | TESLA INC | NVIDIA CORP | US TREASURY N/B | APPLE INC | TRUMP MEDIA & TE |
|---|---|---|---|---|---|
| Data Unavailable | 217.80 ▼ -20.97 | 134.80 ▼ -0.01 | 98.25 ▼ -0.25 | 227.55 ▼ -1.49 | 25.28 ▲ +1.16 |

# Sberbank CIB USA Inc

Sberbank CIB USA, Inc. operates as an investment banking firm. The Company provides integrated financial solutions and investment advisory services to its clients which includes corporations, financial institutions, sovereign states, and federal and sub-federal government bodies and organizations. Sberbank CIB USA serves customers worldwide.

| SECTOR | INDUSTRY | SUB-INDUSTRY | INCORPORATED |
|---|---|---|---|
| Financials | Financial Services | Institutional Financial Svcs | 01/17/1997 |

| ADDRESS | WEBSITE | NO. OF EMPLOYEES |
|---|---|---|
| 152 West 57th Street 44 Floor New York, NY 10019 United States | www.sberbank-cib.ru | -- |

**STOCKS. OPTIONS. FUTURES. MORE.**

# Most Popular

TSLA:US
**TESLA INC**
**217.80** USD ▼ -20.97 -8.78%

NVDA:US
**NVIDIA CORP**
**134.80** USD ▼ -0.01 -0.01%

GT10:GOV
**US TREASURY N/B**