# EXHIBIT 18

Learn more about  **LSEG**



My News    🔍    RS    ☰

World

# Russia's Putin tells Sberbank to keep lending

By **Reuters**

July 22, 2009 9:51 AM EDT · Updated 15 years ago

 

MOSCOW, July 22 (Reuters) - Russian Prime Minister Vladimir Putin on Wednesday told the country's largest lender, state-controlled Sberbank to keep growing its loan portfolio and to refrain from closing loss-making branches.

"A significant part of the (branch) network is not profitable but you cannot abandon it. This is your payment for the state support," Putin said during a visit to Sberbank's headquarters.

"Of course you need to improve the quality of loans, but you cannot close your portfolio either. It's very easy to just shut the box, it is harder to work with clients and understand which of them are reliable and have prospects."

> The Reuters Daily Briefing newsletter provides all the news you need to start your day. Sign up <u>here.</u>

Reporting by Gleb Bryanski and Dmitry Sergeyev, Writing by Toni Vorobyova

Our Standards: **The Thomson Reuters Trust Principles.** ↗

Purchase Licensing Rights

## Read Next

Middle East

**At least 39 Palestinians killed in Israeli strikes, hospital hit, says Gaza ministry**

ago

Asia Pacific

**North Korea leader says longest ICBM test 'appropriate military action' against enemies**

5:13 PM UTC

Europe

**Ukraine's Zelenskiy blasts allies for 'zero' response to N.Korean deployment**

9:26 PM UTC

Environment

**Death toll in Spain floods tops 155, close to Europe's worst this century**

ago