# EXHIBIT 33

**Sberbank's Assets In The Southern District Of New York**

| Sberbank Asset | Location of Sberbank Asset | Source of Identification | Asset Description |
|---|---|---|---|
| Sberbank U.S.D. Correspondent Account | Bank of New York Mellon New York, NY, SWIFT IRVT US 3N<br><br>240 Greenwich Street, New York, NY 10286 | December 27, 2012<br><br>SEC.gov | In Sberbank's first amended agreement to its Non-Revolving Loan Facility Agreement No. 5594, Sberbank identifies its correspondent account for payment in U.S. dollars to be paid by debtor South Kuzbass Coal Company OAO, to Bank of NY Mellon New York, NY. Sberbank identifies the following account number: No. 30301840800001000014. |
| Sberbank U.S.D. Correspondent Account | Bank of New York Mellon New York, NY, SWIFT IRVT US 3N<br><br>240 Greenwich Street, New York, NY 10286 | September 27, 2013<br><br>SEC.gov | In Sberbank's fourth amended agreement to its Non-Revolving Loan Facility Agreement No. 5594, Sberbank identifies its correspondent account for payment in U.S. dollars to be paid by debtor South Kuzbass Coal Company OAO, to Bank of NY Mellon New York, NY. Sberbank identifies the following account number: No. 30301840800001000014. |
| Sberbank U.S.D. Correspondent Account | Bank of New York Mellon, New York, NY SWIFT IRVT US 3N<br><br>240 Greenwich Street, New York, NY 10286 | *Sberbank of Russia, PJSC v. Southern Kuzbass Coal Company, PJSC*, Case No. A40-187416/15<br><br>The Arbitration Court of Moscow, August 16, 2019<br><br>SEC.gov | In Sberbank's Amicable Agreement between itself and Southern Kuzbass Coal Company submitted in the Arbitration Court of Moscow, Sberbank identifies payments to the Bank of New York Mellon, located in New York, New York as its correspondent account to be paid in U.S.D. Sberbank identifies receiver information as: /BNF/ 30301840300006000014. |

**Sberbank's Assets In The Southern District Of New York**

| Sberbank Asset | Location of Sberbank Asset | Source of Identification | Asset Description |
|---|---|---|---|
| Sberbank U.S.D. Correspondent Account | JP Morgan Chase Bank<br>383 Madison Avenue,<br>New York, NY 10017<br><br>Citibank, N.A.<br>388 Greenwich Street<br>Trading Building<br>New York, NY 10013<br><br>Bank of America<br>115 West 42nd street<br>New York, NY 10036<br><br>Bank of New York Mellon<br>240 Greenwich Street, New York, NY 10286<br><br>Deutsche Bank<br>1 Columbus Circle, New York, NY, 10019 | *Schansman et al. v. Sberbank of Russia PJSC et al.*, Index No. 1:19-CV-02985-ALC-GWG (S.D.N.Y.), ECF 156<br><br>November 17, 2021 | In Sberbank's Answer to the Schansman party's Second Amended Complaint, Sberbank admits that Sberbank maintains correspondent bank accounts at JP Morgan Chase, Citibank N.A., Bank of America, The Bank of New York Mellon, and Deutsche Bank Trust Company Americas, which have offices in New York City that facilitate transfers of funds in U.S.D. for Sberbank. Dkt. 226 at ¶48. |

**Sberbank's Assets In The Southern District Of New York**

| Sberbank Asset | Location of Sberbank Asset | Source of Identification | Asset Description |
|---|---|---|---|
| $1,879,991.64 U.S.D. | Deutsche Bank Trust Company Americas<br><br>1 Columbus Circle, New York, NY, 10019 | *United States of America v. $1,879,991.64 Previously Contained in Sberbank of Russia's interbank or correspondent bank account numbers 0004403077 and 0004169401, held at Deutsche Bank Trust Company Americas*, 2:15-cv-6442-WJM-MF (D.N.J.), ECF 4<br><br>October 15, 2015 | In this civil forfeiture action, Sberbank files a Notice of Claim to the seized $1,879,991.64 by the United States Government. Sberbank identifies that this money is contained in its Deutsche Bank correspondent account numbers 0004403077 and 0004169401 held at Deutsche Bank in New York to facilitate transactions in the United States. The money seized by the United States government, "is the property of Sberbank." Dkt. 4 at 1. |
| Office of Foreign Asset Control General License 8I and 8K | The United States, *generally* | Office of Foreign Asset Control | General License 8K, which replaced General License 8I, extended Sberbank's ability to conduct transactions with U.S. persons' for energy related transactions (e.g., the extractions, transport or purchase of petroleum) which is an exception to Executive Order 14024, which restricted and sanctioned a multitude of Russian individuals, entities, and the Russian government. |