# EXHIBIT 35

## User login

## Navigation

Contact (/contact)

My points (/myuserpoints)

Popular content (/prpage)

Shopping cart (/cart)

## Tags

**Location:**
Russia (/russia-2)

# Sberbank wins annual Award in Recognition of Outstanding Payment Formatting and Overall Technical Performance in STP Processing

*Submitted by Sberbank (/user/sberbank) on Thu, 06/18/2009 - 00:34*

Like      Share     Sign Up to see what your friends like.

02.04.09
A delegation from The Bank of New York Mellon, NY, USA, headed by Mr. Sergei Kotov, Managing Director, Head of Eastern Europe Division, visited Sberbank's Central Head Office to present Sberbank with the Award in Recognition of Outstanding Payment Formatting and Overall Technical Performance in STP Processing.


(/user/sberbank)

Sberbank has been awarded for excellent quality of formatting payments routed via its Nostro correspondent account in USD with The Bank of New York Mellon during 2008.

It was emphasised at the award ceremony that with almost 99% of straight-through processed payments, Sberbank achieved one of the best results among all of The Bank of New York Mellon's correspondents. Previously, The Bank of New York Mellon (which is Sberbank's main correspondent bank for US Dollar payments) repeatedly singled out Sberbank for excellence in STP payments. These awards are a testimony to Sberbank's achievements in the quality of payments and its unfailing attention to the customer needs.

Case 1:24-cv-03287-AT   Document 86-35   Filed 11/19/24   Page 3 of 3

The Bank of New York Mellon is the oldest bank in the USA, established in 1784 by Mr. Alexander Hamilton, the first Secretary of the US Treasury. It is included in top twenty of the biggest US banks by assets. At present Sberbank cooperates with The Bank of New York Mellon in settlements, syndications and documentary business.



*Photo: The Bank of New York Mellon's officials Mr. Sergei Kotov, Managing Director, Head of Eastern Europe Division, (fourth from the left) and Ms. Natalia Mikhaleva, Vice-President, Deputy Head of Moscow Representative Office, (first from the left) presenting the award to Sberbank's representatives : Ms. O lga Kanovich, Senior Vice-President (third from the left); Ms. Tatyana Matveeva, Director, Main Settlement Centre, (second from the left); Ms. Tatiana Gudyrya, Acting Director, International Operations Department, (second from the right); Mr. Yuri Loginov, Deputy Director, Main Settlement Centre, (fourth from the right) ; Ms. O lga Lopatina, Head of Division, Main Settlement Centre, (third from the right) and Mr. Alexander Savchenkov, Head of International Correspondent Banking (first from the right).*

News Source : Sberbank wins annual Award in Recognition of Outstanding Payment Formatting and Overall Technical Performance in STP Processing from The Bank of New York Mellon (USA) ()

230 reads      Printer-friendly version (/print/260687)

## Add new comment

**Your name ***

**E-mail ***

**Homepage**

**Subject**