# EXHIBIT 37

We use cookies to give you the best online experience. By using our website you agree to our use of cookies in accordance with our privacy policy (https://www.theglobaltreasurer.com/cookie-policy)   Continue ()

THE GLOBAL TREASURER (https://www.theglobaltreasurer.com)

Subscribe (https://www.theglobaltreasurer.com/subscribe-newsletter/)

(https://www.theglobaltreasur

**Regions (https://www.theglobaltreasurer.com/category/regions/) > Baltics (https://www.theglobaltreasurer.com/category/regions/baltics/) > Deutsche Bank to Showcase Liquidity Manager at Sibos**

# Deutsche Bank to Showcase Liquidity Manager at Sibos

**Author**
The Global Treasurer

**Date published**
October 29, 2012

**Categories**
Baltics (https://www.theglobaltreasurer.com/category/regions/baltics/)
Cash Management (https://www.theglobaltreasurer.com/category/cash-liquidity-management/cash-management/)
India (https://www.theglobaltreasurer.com/category/regions/india/)
Regions (https://www.theglobaltreasurer.com/category/regions/)

Deutsche Bank said that it will showcase its new Liquidity (https://www.theglobaltreasurer.com/2019/01/21/control-over-cash/) Manager app and over 150 other apps at this year's Sibos conference, being held in Osaka, Japan from 29 October to 1 November.

The Liquidity Manager allows clients to access and manage daily liquidity analysis, planning and management processes in one convenient location. The app also improves the accuracy of local and worldwide forecasting, improves the transparency into branch account positions and centralises control of liquidity management through shared views and workflows. It is part of the bank's Autobahn App Market, the first app-based electronic offering for clients in the financial services industry, claims the bank.

In separate announcements to mark the opening of Sibos, Deutsche Bank also reported that:

- Axis Bank, India's third largest private bank, has signed a Memorandum of Understanding to offer FX4Cash, Deutsche Bank's global cross-currency payments solution, as part of Axis Bank's suite of payment services to its corporate and retail clients. Headquartered in Mumbai, Axis is a retail and commercial bank with over 1,700 branches and one of the largest ATM networks in India.

- The bank has presented Sberbank, the largest bank in Russia, Central and Eastern Europe, with its prestigious Straight-Through Processing (STP) Excellence Award for US dollar and euro payments. Deutsche Bank recognises Sberbank for excellen?? in formatting payments routed in 2011 through Sberbank's Nostro correspondent accounts in both currencies with Deutsche Bank Trust Company Americas and Deutsche Bank, respectively. It marks the 10th consecutive year Sberbank has been honoured with the Deutsche Bank STP Excellence Awards.

- The bank's early investments in its centralised pan-European single euro payments area (SEPA) infrastructure is paying off and Deutsche Bank claims to be well-positioned to manage the mandatory SEPA migration with its platform. The bank's 'Ultimate Guide to SEPA Migration' is available for download on iPhone, iPad or iPod touch with iBooks and on computer with iTunes or from Deutsche Bank's website.

Comments are closed.

## Subscribe to get your daily business insights