# EXHIBIT 38

Oreanda-News.com › Industry › Sberbank Awarded by Deutsche Bank for STP Excellence

НОВОСТИ ПАРТНЁРОВ

10.06.2013, 04:02

# Sberbank Awarded by Deutsche Bank for STP Excellence

Industry



**International School in Moscow**
In the center of Moscow. Intern…
Ad
mcs-school.ru

**Download Pixelsee media player. Easy to use**
Download New Video Player …
Ad
promo.pixelsee.app

**Short Styles for Women**
Discover a world of creativity w…
Ad
select.womanstrong.net

**Become the grea…**
Take part in epic ba…
Ad • 16+
supermmorpg.s…







AD • 16+

**Play now! Chess with computer**

AD

**Luxury Real Estate in the UAE from 200 000$**

**OREANDA-NEWS.** June 10, 2013. A delegation from Deutsche Bank presented "2012 USD STP Excellence Award" and "2012 EUR STP Excellence Award" to Sberbank on the premises of its Central Head Office for excellence in formatting payments routed through Sberbank's Nostro correspondent accounts with Deutsche Bank Trust Company Americas (USA) и Deutsche Bank AG (Germany) respectively.

The Straight-Through Processing (STP) is a broadly recognised initiative of the international banking community aimed to optimise the speed at which transactions are processed, and substantially decrease settlement risk, by allowing information that has been electronically entered to be transferred from one party to another in the settlement process without manual intervention.

As it was emphasized at the award ceremony, with the outstanding annual volume of commercial payments, Sberbank's STP rate in 2012 reached 99.7% in US Dollars and 98.8% in Euro, which is one of the best results amongst all banks maintaining correspondent accounts with Deutsche Bank.

In the preceding years Deutsche Bank also repeatedly distinguished Sberbank for high quality of payment formatting.

**Подпишитесь на каналы ИА "Ореанда-Новости":**

ВКОНТАКТЕ    Новости    Google News

**LATEST NEWS IN SECTION**

Russian Stock Market (MOEX): Share prices of development enterprises 15.10.2024, 16:29 MSK
15.10.2024 16:30

Russian Stock Market (MOEX): Share prices of chemical enterprises 15.10.2024, 14:59 MSK
15.10.2024 15:00

Russian Stock Market (MOEX): Share prices of metallurgy and mining enterprises 15.10.2024, 12:30 MSK
15.10.2024 12:30

**Transfers in Georgia**
Private Transfers in Georgia! B…
Ad
gotrip.ge

**Avianity.com Cheap Flights**
Search cheap flights and comp…
Ad
avianity.com

**EBYTE, a famous brand with 10+ years of history**
R&D agency manufacturer sup…
Ad
ru-ebyte.com

**Clean salvage ph… your vehicle from…**
Clean photos of you…
Ad
carcheck.by