# EXHIBIT 41

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
--------------------------------------------------------------------- X
UNITED STATES OF AMERICA,

      Plaintiff,

v.

$1,879,991.64 PREVIOUSLY CONTAINED IN
SBERBANK OF RUSSIA'S INTERBANK OR
CORRESPONDENT BANK ACCOUNT NUMBERS
0004403077 AND 0004169401, HELD AT DEUTSCHE
BANK TRUST COMPANY AMERICAS.

      Defendant *in rem*.
--------------------------------------------------------------------- X

Hon. William J. Martini

Civil Action No. 15-6442

NOTICE OF CLAIM

## NOTICE OF CLAIM

By this Notice of Claim, Sberbank of Russia ("Sberbank") hereby asserts an interest in the $1,879,991.64 seized by the United States government on or about June 26, 2014. See Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, Federal Rules of Civil Procedure and 18 U.S.C. § 983(a)(4)(A).

### The Property Claimed

The $1,879,991.64 seized by the United States government on or about June 26, 2014 was, at the time of the seizure, contained in Sberbank's interbank or correspondent bank account numbers 0004403077 and 0004169401, held at Deutsche Bank Trust Company Americas ("Deutsche Bank").

### The Claimant and the Claimant's Interest in the Property

The Claimant is Sberbank of Russia. The Central Head Office of Sberbank is located at 19 Vavilova St., 117997 Moscow, Russia.

Sberbank has an interest in the $1,879,991.64 because at the time of the seizure that money was contained in Sberbank's interbank or correspondent bank account numbers 0004403077 and 0004169401, held at Deutsche Bank. Sberbank has no physical presence in the United States. Sberbank maintains interbank or correspondent accounts at Deutche Bank in New York to facilitate transactions in the United States. Sberbank has held accounts with Bankers Trust since at least 1995 (Bankers Trust was acquired by Deutsche Bank in 1998). The money contained in the Sberbank interbank or correspondent accounts – including the $1,879,991.64 seized by the United States government – is the property of Sberbank. It was deposited into

those accounts by wire transfer (as is common practice in international banking), for use in transactions in the United States that would be conducted for the benefit of Sberbank or its customers.

The money seized from the interbank or correspondent bank accounts has no connection to "any property, real or personal, involved in a transaction or attempted transaction in violation of Title 18, United States Code, Sections 1956 and/or 1957." (See Verified Complaint for Forfeiture *In Rem*, dated August 25, 2015, ¶ 6.)

Signature of the Claimant Under Penalty of Perjury

I, Igor Kondrashov, am the Vice-President Director of the Legal Department at Sberbank of Russia. As an authorized agent of Sberbank, I declare under penalty of perjury (under the laws of the United States of America) that the foregoing is true and correct.

Service on the Government Attorney Designated

This Notice of Claim will be served on Assistant United States Attorney Peter W. Gaeta of the United States Attorney's Office for the District of New Jersey.

Dated: October 15, 2015
New York, NY

Igor Kondrashov
Vice-President Director of the Legal Department
Sberbank of Russia

Filed by:

Gerald L. Shargel
Ross M. Kramer
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
*Attorneys for Sberbank of Russia*

Power of Attorney of
Igor Kondrashov
Vice-President Director of the Legal Department
Sberbank of Russia




117997, Москва, ул. Вавилова, д. 19
Телефон: +7 (495) 500-55-50, 8 (800) 555-55-50
Факс: +7 (495) 957-57-31, +7 (495) 747-37-31
sberbank@sberbank.ru, www.sberbank.ru

11 февраля 2014г.   № 90-Д

на № _____ от _____

## ДОВЕРЕННОСТЬ

г. Москва

одиннадцатое февраля две тысячи четырнадцатого года

(число, месяц, год выдачи – указывается прописью)

Настоящей доверенностью Открытое акционерное общество «Сбербанк России», ОАО «Сбербанк России», далее по тексту - Банк, расположенное по адресу: Россия, 117997, город Москва, улица Вавилова, дом 19, имеющее Генеральную лицензию на осуществление банковских операций, выданную Центральным банком Российской Федерации (Банком России) 08 августа 2012 года № 1481, зарегистрированное в Едином государственном реестре юридических лиц за основным государственным регистрационным номером 1027700132195, в лице Президента, Председателя Правления Банка Грефа Германа Оскаровича, действующего на основании Устава Банка, уполномочивает директора Правового департамента Банка **Кондрашова Игоря Валерьевича** (паспорт 45 09 478557, выдан отделением по району Тверской ОУФМС России по г. Москве в ЦАО 06.03.2008, дата рождения 21.05.1973, адрес регистрации: г. Москва, ул. Долгоруковская, д.40, кв.126) от имени и в интересах Банка

- представительствовать (вести дела) в любых судах, в том числе за пределами Российской Федерации, в арбитражных, третейских судах и судах общей юрисдикции (всех судебных инстанциях), пользуясь правами, предоставленными арбитражным процессуальным, гражданским процессуальным и иным законодательством, в том числе правом предъявления в суды и подписания исковых заявлений и отзывов на них, жалоб, встречных исков, заявлений: о вынесении судебных приказов, об обеспечении иска и встречном обеспечении, о признании нормативных правовых актов недействующими, ненормативных правовых актов недействительными, решений и действий (бездействия) государственных органов, органов местного самоуправления, иных органов, должностных лиц незаконными, об оспаривании решений административных органов о привлечении к административной ответственности, об установлении фактов, имеющих юридическое значение, об оспаривании решений и действий (бездействия) судебного пристава-исполнителя, передаче дела в третейский суд, о полном или частичном отказе от исковых требований, признании иска, об изменении предмета или основания иска, увеличении или уменьшении исковых требований, о пересмотре судебных актов по вновь открывшимся обстоятельствам, об отмене заочного решения, о возврате госпошлины, возражения по делам, рассматриваемым в порядке упрощенного производства, передаче спора на рассмотрение третейского суда, об отмене решений третейского суда, о выдаче исполнительного листа на принудительное исполнение решения третейского суда, о признании и приведении в исполнение решения суда, решения третейского суда, решения иностранного суда, иностранного арбитражного решения, о признании потерпевшим и гражданским истцом, обжаловать судебные акты и подписывать апелляционные и кассационные жалобы, а также заявления об отказе от них, заявления о пересмотре судебных актов в порядке надзора (надзорные жалобы), ходатайства об их возвращении, отзывы на апелляционные и кассационные жалобы, а также на заявления и представления о пересмотре судебных актов в порядке надзора (надзорные жалобы); заключать и подписывать мировые соглашения, третейские соглашения и соглашения по фактическим обстоятельствам и иные необходимые документы;

Открытое акционерное общество «Сбербанк России». ОКПО 00032537. ИНН 7707083893, КПП 775001001.

- участвовать во всех процедурах банкротства, в том числе в арбитражном процессе по делу о банкротстве, пользуясь правами, предоставленными законодательством кредитору; предъявлять в суды и подписывать заявления (жалобы) о признании должника несостоятельным (банкротом), об установлении требований к должнику, об обжаловании действий ликвидационной комиссии и арбитражного управляющего, решений собрания кредиторов и комитета кредиторов, а также совершать иные действия, предусмотренные законодательством о банкротстве;

- представлять интересы Банка на собраниях (комитетах) кредиторов, в отношениях с иными кредиторами, арбитражными управляющими, саморегулируемыми организациями арбитражных управляющих, пользуясь правами кредитора, а также конкурсного кредитора, предусмотренными законодательством о банкротстве, в том числе голосовать по вопросу утверждения мирового соглашения;

- представлять интересы Банка в процессе ликвидации юридических лиц, подписывать и предъявлять требования кредитора ликвидируемого юридического лица, в том числе в ликвидационную комиссию, обжаловать действия (бездействие) ликвидационной комиссии;

- представительствовать по делам об административных правонарушениях в органах, уполномоченных рассматривать дела об административных правонарушениях, осуществляя все права и обязанности, предусмотренные законодательством об административных правонарушениях, в том числе знакомиться со всеми материалами дела, представлять доказательства, заявлять ходатайства и отводы, участвовать в рассмотрении дела, обжаловать применение мер обеспечения производства по делу, постановления и предписания по делу, представлять объяснения и замечания по содержанию протокола, подписывать протокол об административном правонарушении;

- осуществлять представительство по уголовным делам на стадиях предварительного расследования и судебного производства в качестве потерпевшего и гражданского истца, пользуясь правами, предоставленными уголовно-процессуальным законодательством, в том числе правом предъявления в следственные органы и суды заявлений о признании потерпевшим и гражданским истцом и подписания в связи с этим необходимых документов;

- участвовать в исполнительном производстве, пользуясь правами взыскателя или должника, в том числе правом получения исполнительного документа и предъявления его к взысканию в организации, подразделения служб судебных приставов, Министерство финансов Российской Федерации и органы Федерального казначейства при исполнении судебных актов по обращению взыскания на средства бюджетов бюджетной системы Российской Федерации, отзыва исполнительного документа, получения присужденного имущества (в том числе денежных средств и ценных бумаг), отказа от взыскания по исполнительному документу, заключения мирового соглашения на стадии исполнительного производства, обжалования действий (бездействия) органов, исполняющих судебные акты, в том числе судебных приставов-исполнителей либо отказа в совершении таких действий, а также подписания в связи с этим необходимых документов;

- осуществлять представительство в государственных, муниципальных органах и иных организациях, в отношениях с юридическими и физическими лицами;

- осуществлять представительство в нотариате, обращаться к нотариусам за совершением нотариальных действий, в том числе просить нотариуса об обеспечении доказательств, подписывать соответствующие заявления, просьбы и иные необходимые документы;

- подписывать и направлять заявления о возврате госпошлины, уплаченного тарифа и иных платежей;

При осуществлении полномочий, предусмотренных настоящей доверенностью, вправе подписывать необходимые документы, делать заявления, запрашивать, получать, представлять необходимые сведения и документы, заверять копии документов, а также заявлять ходатайства.

Настоящая доверенность выдана сроком на три года с правом передоверия.


Президент,
Председатель Правления
ОАО «Сбербанк России»                                                                                           Г.О. Гре

Город Москва. Одиннадцатого февраля две тысячи четырнадцатого года.

Настоящая доверенность удостоверена мной, Казановой Еленой Юрьевной, нотариусом города Москвы.

Доверенность совершена от имени Открытого акционерного общества «Сбербанк России» Президентом, Председателем Правления ОАО «Сбербанк России» Грефом Германом Оскаровичем, подписавшем ее в моем присутствии.

Правоспособность Открытого акционерного общества «Сбербанк России» и полномочия его представителя проверены. Личность подписавшего доверенность установлена, дееспособность проверена.

Зарегистрировано в реестре за № 1е-57

Взыскано по тарифу: 300 руб. 00 коп.

Удостоверено вне помещения нотариальной конторы с выездом по адресу: город Москва, улица Вавилова, дом 19.

Нотариус





Город Москва, Российская Федерация

Двадцатого февраля две тысячи четырнадцатого года

Я, Любочкина Елена Александровна, временно исполняющая обязанности нотариуса города Москвы Казановой Елены Юрьевны, свидетельствую верность этой копии с подлинником документа. В последнем подчисток, приписок, зачеркнутых слов и иных неоговоренных исправлений или каких-либо особенностей нет.

Зарегистрировано в реестре за N _____
Взыскано по тарифу: _____
ВРИО нотариуса

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2015, the foregoing statement pursuant to Rule G the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure was served upon the following counsel of record via the Court's electronic filing system:

Peter W. Gaeta
Assistant United States Attorney
Asset Forfeiture Coordinator
District of New Jersey
970 Broad St., 7th Fl.
Newark, NJ 07102
(973) 645-2927
Email: peter.gaeta@usdoj.gov


Dated: October 15, 2015

_____
Ross M. Kramer