# EXHIBIT 43

EX-4.14 17 d654123dex414.htm EX-4.14

<strong>Exhibit 4.14</strong><br>English translation

## AMENDING AGREEMENT No. 4

### to Non-Revolving Loan Facility Agreement No. 5594 dated October 9, 2012

The City of Moscow                                                                                                                                         September 27, 2013

**SBERBANK OF RUSSIA**, an open joint stock company, organized and existing under the laws of the Russian Federation (company name in Russian: Открытое акционерное общество "Сбербанк России" ) (the "**Lender**"), as represented by Andrei Yu. Goncharenko, Managing Director and Deputy Director of the Lending and Project Financing Group of the Financing Department of Sberbank of Russia, acting by virtue of the Lender's Articles of Association and under Power of Attorney No. 259-D dated June 7, 2013, on the one hand; and

**SOUTHERN KUZBASS COAL COMPANY OAO**, an open joint stock company, organized and existing under the laws of the Russian Federation (company name in Russian: Открытое акционерное общество "Угольная компания "Южный Кузбасс" ) (the "**Borrower**"), as represented by Stanislav A. Ploshchenko acting under a Power of Attorney dated February 27, 2013, certified by Olga S. Davydova, a notary public of the City of Moscow, and registered by the said notary in the register under Number 1-198, on the other hand;

the Lender and the Borrower being hereinafter collectively referred to as the "**Parties**" and, each individually, as a "**Party**";

have entered into this amending agreement (the "**Amending Agreement**") to the Non-Revolving Loan Facility Agreement No. 5594 dated October 9, 2012 (the "**Loan Agreement**").

THE PARTIES HAVE AGREED AS FOLLOWS:

1. To restate Schedule 2 to the Loan Agreement in the form of Schedule 1 hereto.

2. Schedule 1 hereto shall be deemed incorporated unto and constitute an integral part hereof.

3. All the other terms and conditions of the Loan Agreement which are not amended hereby shall remain in full force and effect.

4. This Amending Agreement shall take effect as of the date it is executed by both Parties and shall be deemed incorporated unto and constitute an integral part of the Loan Agreement. Pursuant to Clause 2 of Article 425 of the Russian Civil Code, the Parties have agreed that Clause 1 hereof shall apply to the relations between the Parties starting from June 29, 2013.

5. This Amending Agreement is made in two (2) counterparts having equal legal force, one for the Lender and one for the Borrower.

1

## PARTIES' LOCATION AND BANK DETAILS

**LENDER:**

Location and mailing address: 19 Vavilov Str., Moscow 117997, Russia ( РФ, 117997, г. Москва, ул. Вавилова, дом 19 )
Taxpayer Number (*INN*): 7707083893
Company Number (*OGRN*): 1027700132195
Taxpayer Record Validity Code (*KPP*): 775001001
Russian National Company and Business Classification Code (*OKPO*): 00032537
For payments in RUR: Account No. 30301810500001000014; Correspondent Account No. 30101810400000000225 with OPERU of the Moscow GTU of the Bank of Russia; BIC 044525225

For payments in USD:

Account No. 30301840800001000014 with Sberbank, Moscow, SWIFT SABRRUMM
(HEAD OFFICE – ALL OFFICES in RUSSIA)
BANK OF NEW YORK MELLON NEW YORK, NY, SWIFT IRVT US 3N

For payments in EUR:

Account No. 30301978400001000014 with Sberbank, Moscow, SWIFT SABRRUMM
(HEAD OFFICE – ALL OFFICES in RUSSIA)
DEUTSCHE BANK AG FRANKFURT AM MAIN, SWIFT DEUTDEFF
Tel: (495) 747-3381; 957-5563; Fax: (495) 957-5561

**BORROWER:**

Location: 6 Yunosti Str., Mezhdurechensk, Kemerovo Region, 652877, Russia ( РФ, 652877, Кемеровская область, г. Междуреченск, ул. Юности, д.6 )
Mailing address: 6 Yunosti Str., Mezhdurechensk, Kemerovo Region, 652877, Russia ( РФ, 652877, Кемеровская область, г. Междуреченск, ул. Юности, д.6 )
Taxpayer Number (*INN*): 4214000608
Company Number (*OGRN*): 1024201388661
Ruble Account No. 40702810026070100405 with Mezhdurechensky Branch No. 7763 of the Siberia Bank of the Sberbank of Russia
Tel: (384) 757-4370; Fax: (384) 757-4397
Email: mechel@mechel.com

## PARTIES' SIGNATURES

| LENDER | BORROWER |
|---|---|
| Managing Director<br>Deputy Director of the Lending and Project Financing Group<br>of the Financing Department<br>Sberbank of Russia | Under Power of Attorney |
| /s/ Andrei Yu. Goncharenko | /s/ Stanislav A. Ploshchenko |
| /seal/: | /seal/: |

2

**Schedule 1 to Amending Agreement 3**
**dated September 27, 2013 to**
**Non-Revolving Loan Facility Agreement No. 5594**
**dated October 9, 2012**

**Schedule 2 to Non-Revolving Loan Facility Agreement No. 5594**
**dated October 9, 2012**

| Name of account holder | Company Number (OGRN) | Location | Type of account (current account in RUR / current account in a foreign currency / transit account) | Account number | Lender branch maintaining the account |
|---|---|---|---|---|---|
| Accounts with respect to which the parties are to execute agreements providing the Lender with direct debit authority to recover payment amounts overdue under this Agreement / Novation Agreement | | | | | |
| Southern Kuzbass Coal Company OAO | 1024201388661 | 6 Yunosti Str., Mezhdurechensk, Kemerovo Region, 652877, Russia (652877, Россия, Кемеровская область, г. Междуреченск, ул. Юности, д. 6) | Current account in RUR | 40702810026070100405 | Mezhdurechensk Branch of Kemerovo Branch 8615 of Sberbank of Russia (Междуреченское отделение Кемеровского отделения № 8615 ОАО "Сбербанк России") |
| Southern Kuzbass Coal Company OAO | 1024201388661 | 6 Yunosti Str., Mezhdurechensk, Kemerovo Region, 652877, Russia (652877, Россия, Кемеровская область, г. Междуреченск, ул. Юности, д. 6) | Current account in a foreign currency | 40702978526070100009 | Mezhdurechensk Branch of Kemerovo Branch 8615 of Sberbank of Russia (Междуреченское отделение Кемеровского отделения № 8615 ОАО "Сбербанк России") |

3

| Southern Kuzbass Coal Company OAO | 1024201388661 | 6 Yunosti Str., Mezhdurechensk, Kemerovo Region, 652877, Russia (652877, Россия, Кемеровская область, г. Междуреченск, ул. Юности, д. 6) | Current account in a foreign currency | 40702840426070100020 | Mezhdurechensk Branch of Kemerovo Branch 8615 of Sberbank of Russia (Междуреченское отделение Кемеровского отделения № 8615 ОАО "Сбербанк России") |
|---|---|---|---|---|---|
| Mechel Mining OAO | 1085406013846 | 1 Krasnoarmeyskaya Str., Moscow 125993, Russia (125993, г. Москва, ул. Красноармейская, д. 1) | Current account in RUR | 40702810100020008879 | OPERU of the Moscow Bank of Sberbank of Russia (ОПЕРУ Московского банка ОАО "Сбербанк России") |
| Mechel OAO | 1037703012896 | 1 Krasnoarmeyskaya Str., Moscow 125993, Russia (125993, г. Москва, ул. Красноармейская, д. 1) | Current account in RUR | 40702810900020008639 | OPERU of the Moscow Bank of Sberbank of Russia (ОПЕРУ Московского банка ОАО "Сбербанк России") |
| OJSHC Yakutugol | 1021401009057 | 3 Lenin Str., Bld. 1, Neryungri 678960, Sakha Republic (Yakutia) (678960, г. Нерюнгри, пр. Ленина, д. 3/1) | Current account in RUR | 40702810376350000904 | SRKO of the Neryungri Branch No. 8155 of the Northeastern Bank of the Sberbank of Russia (СРКО Нерюнгринского отделения №8155 Северо-Восточного банка ОАО "Сбербанк России") |
| **Mechel Mining Group companies' accounts the sales proceeds credited to which shall be taken into account when determining the interest rate under Clause 4.1 hereof** ||||||
| Southern Kuzbass Coal Company OAO | 1024201388661 | 6 Yunosti Str., Mezhdurechensk, Kemerovo Region, 652877, Russia (652877, Россия, Кемеровская область, г. Междуреченск, ул. Юности, д. 6) | Current account in RUR | 40702810026070100405 | Mezhdurechensk Branch of Kemerovo Branch 8615 of Sberbank of Russia (Междуреченское отделение Кемеровского отделения № 8615 ОАО "Сбербанк России") |

4

| Southern Kuzbass Coal Company OAO | 1024201388661 | 6 Yunosti Str., Mezhdurechensk, Kemerovo Region, 652877, Russia (652877, Россия, Кемеровская область, г. Междуреченск, ул. Юности, д. 6) | Current account in a foreign currency | 40702978526070100009 | Mezhdurechensk Branch of Kemerovo Branch 8615 of Sberbank of Russia (Междуреченское отделение Кемеровского отделения № 8615 ОАО "Сбербанк России") |
|---|---|---|---|---|---|
| Southern Kuzbass Coal Company OAO | 1024201388661 | 6 Yunosti Str., Mezhdurechensk, Kemerovo Region, 652877, Russia (652877, Россия, Кемеровская область, г. Междуреченск, ул. Юности, д. 6) | Current account in a foreign currency | 40702840426070100020 | Mezhdurechensk Branch of Kemerovo Branch 8615 of Sberbank of Russia (Междуреченское отделение Кемеровского отделения № 8615 ОАО "Сбербанк России") |
| Southern Kuzbass Coal Company OAO | 1024201388661 | 6 Yunosti Str., Mezhdurechensk, Kemerovo Region, 652877, Russia (652877, Россия, Кемеровская область, г. Междуреченск, ул. Юности, д. 6) | Transit account in a foreign currency | 40702978426070200009 | Mezhdurechensk Branch of Kemerovo Branch 8615 of Sberbank of Russia (Междуреченское отделение Кемеровского отделения № 8615 ОАО "Сбербанк России") |
| Southern Kuzbass Coal Company OAO | 1024201388661 | 6 Yunosti Str., Mezhdurechensk, Kemerovo Region, 652877, Russia (652877, Россия, Кемеровская область, г. Междуреченск, ул. Юности, д. 6) | Transit account in a foreign currency | 40702840326070200020 | Mezhdurechensk Branch of Kemerovo Branch 8615 of Sberbank of Russia (Междуреченское отделение Кемеровского отделения № 8615 ОАО "Сбербанк России") |
| Mechel Mining OAO | 1085406013846 | 1 Krasnoarmeyskaya Str., Moscow 125993, Russia (125993, г. Москва, ул. Красноармейская, д. 1) | Current account in RUR | 40702810100020008879 | OPERU of the Moscow Bank of Sberbank of Russia (ОПЕРУ Московского банка ОАО "Сбербанк России") |

5

| Company | Registration No. | Address | Account Type | Account Number | Bank |
|---|---|---|---|---|---|
| OJSHC Yakutugol | 1021401009057 | 3 Lenin Str., Bld. 1, Neryungri 678960, Sakha Republic (Yakutia) (678960, г. Нерюнгри, пр. Ленина, д. 3/1) | Current account in RUR | 40702810376350000904 | SRKO of the Neryungri Branch No. 8155 of the Northeastern Bank of the Sberbank of Russia (СРКО Нерюнгринского отделения №8155 Северо-Восточного банка ОАО "Сбербанк России") |
| Mechel Coke OOO (ООО "Мечел-Кокс") | 1027700132195 | 14 2nd Paveletskaya Str., Chelyabinsk 454047, Russia (454047, г. Челябинск, ул. 2-я Павелецкая, д. 14) | Current account in RUR | 40702810672000061121 | OPERU of the Chelyabinsk Branch No.8597 of the Urals Bank of the Sberbank of Russia (ОПЕРУ Челябинского отделения №8597 Уральского банка ОАО "Сбербанк России") |
| Korshunov Mining Plant ОАО (ОАО "Коршуновский ГОК") | 1023802658714 | 9A/1 Ivashchenko Str., Zeleznogork-Ilimsky 665651, Russia (665651, г. Железногорск-Илимский, ул. Иващенко, д. 9А/1) | Current account in RUR | 40702810318090103662 | VSP No. 8586/285 of Inkutsk Branch No. 8586 of the Sberbank of Russia (ВСП № 8586/285 Иркутского отделения № 8586 ОАО "Сбербанк России") |
| Korshunov Mining Plant ОАО (ОАО "Коршуновский ГОК") | 1023802658714 | 9A/1 Ivashchenko Str., Zeleznogork-Ilimsky 665651, Russia (665651, г. Железногорск-Илимский, ул. Иващенко, д. 9А/1) | Current account in a foreign currency | 40702840318350014131 | of Inkutsk Branch No. 8586 of the Sberbank of Russia (ВСП № 8586/285 Иркутского отделения № 8586 ОАО "Сбербанк России") |
| Korshunov Mining Plant ОАО (ОАО "Коршуновский ГОК") | 1023802658714 | 9A/1 Ivashchenko Str., Zeleznogork-Ilimsky 665651, Russia (665651, г. Железногорск-Илимский, ул. Иващенко, д. 9А/1) | Transit account in a foreign currency | 40702840618351014131 | of Inkutsk Branch No. 8586 of the Sberbank of Russia (ВСП № 8586/285 Иркутского отделения № 8586 ОАО "Сбербанк России") |

6

| Moscow Coke and Gas Plant OAO (ОАО "Москокс") | 1025000657660 | Vladeniye 13, Belokamennoye Shosse, Vidnoye, Moscow Region 142703, Russia (142703, Московская область, г. Видное, Белокаменное шоссе, владение 13) | Current account in RUR | 40702810240020002230 | OPERU of the Srednerussky Bank of the Sberbank of Russia (ОПЕРУ Среднерусского банка ОАО "Сбербанк России") |

## PARTIES' SIGNATURES

| **LENDER** | **BORROWER** |
|---|---|
| Managing Director<br>Deputy Director of the Lending and Project Financing Group of the Financing Department<br>Sberbank of Russia | Under Power of Attorney |
| /s/ Andrei Yu. Goncharenko | /s/ Stanislav A. Ploshchenko |
| /seal/: | /seal/: |

7