# EXHIBIT 47

# US temporarily approves energy transactions with major Russian banks



Stock photo: getty Images

**Ukrainska Pravda**
April 30, 2024 • 1 min read

  

**In This Article:**

ROSB.ME 0.00%

The US Treasury Department has allowed operations with Russian banks, including VTB, Central Bank, Sberbank and Alfa-Bank, for energy-related transactions until 1 November 2024.

**Source:** Radio Liberty, citing a licence from the US Treasury Department

**Details:** The banks that have received temporary licences are also named banks, such as Otkritie, Sovcombank, Rosbank, VEB.RF, Zenit Bank, and Bank Saint-Petersburg.

The department's resolution clarified that transactions related to the extraction, production, processing, liquefaction, transportation, or purchase of oil and a range of other energy resources, including LNG, timber, coal, and uranium, would be considered energy-related.

The licence also allows transactions with Russian banks associated with the production, supply, or exchange of energy in any form.

**Background:**

- Some Russian banks are likely trading gold in the United Arab Emirates and Türkiye to bypass the ban on importing dollars and euros into the country.

Support UP or become our patron!

View Comments

Terms and Privacy Policy   Privacy Dashboard



# Melania Trump Says Barron Was Blocked From Opening A Bank Account, Pointing To 'Cancel Culture'