# EXHIBIT 51

ANNUAL
REPORT
2022



SBER

# About the Report

## Report overview

This Annual Report of Sberbank of Russia[1] for 2022 (hereinafter, the Report) contains information on Sber performance[2] for the reporting period from 1 January 2022 to 31 December 2022[3]. Structurally this Annual Report has two parts, the Management Report and the ESG Report.

**The Report was prepared in accordance with the Russian law, including:**

- Federal Law No. 208-FZ (208-ФЗ) dated 26 December 1995 "On Joint-Stock Companies"

- Bank of Russia Regulation No. 714-P (714-П) dated 27 March 2020 "On Disclosing Information by Securities Issuers"

- Bank of Russia Information Letter No. IN/KH/I-06-28/49 dated 12 July 2021 "On Recommendations for Public Joint-Stock Companies to Disclose Non-Financial Information Regarding Their Operations"

- Bank of Russia Information Letter No. IN/KH/I-06-28/02 dated 27 December 2021 "On Disclosing the Report on Compliance with the Principles and Recommendations of the Corporate Governance Code in the Annual Report of a Public Joint-Stock Company"

- Information Letter No. IN/KH/I-06-28/57, dated 11 December 2017, "On the Recommendations for a Public Joint-Stock Company to Disclose Information on Remuneration of Members of the Board of Directors (Supervisory Board), Executive Bodies and Other Top Management of the Public Joint-Stock Company in its Annual Statement"

- The Moscow Exchange requirements to annual reporting by joint stock companies

To minimize the impact of restrictions imposed by foreign states against the Bank, this Report was made compliant with the new restricted disclosure procedure, in effect until 1 July 2023, based on provisions of the following documents:

- Resolution of the Government of the Russian Federation No. 2131 dated 24 November 2022 "On Amending Resolution of the Government of the Russian Federation No. 351 dated 12 March 2022"

- Resolution of the Bank of Russia Board of Directors dated 29 December 2022 "On Requirements to Disclosure of Statements and Information by Credit Institutions (Parent Credit Institutions of Banking Groups) in 2023"

To ensure quality and comparability of disclosed data, the Report was prepared in accordance with the Consolidated Set of the GRI Standards 2021 and the Sustainability Accounting Standards Board (SASB): Commercial Banks 2018.

The Bank engaged TSATR—Auditing Services LLC for auditing 13 material sustainable development performance indicators collected for Sberbank and disclosed in the ESG section of the Annual Report for 2022. The audit was conducted in accordance with ISAE 3000 standard (revised) with limited assurance level. The material indicators were collected, prepared and included in the report in accordance with requirements set forth in the GRI Standards, unless otherwise stated in the report. Details on the Report audit scope is available in the sections "Independent Practitioner's Opinion" and "Table of GRI Indicators".

**In addition, the content of this Report complies with provisions of the following initiatives:**

- UN Global Compact principles
- Sustainable Development Goals adopted by the UN General Assembly in 2015
- Recommendations of the Task Force on Climate-Related Financial Disclosures (TCFD)
- Principles for Responsible Banking UNEP FI

## Report scope

Financial data in this Report are presented in accordance with audited consolidated IFRS financial statements, unless otherwise expressly stated.

Operational data presented in this Report refers to Sberbank, unless otherwise expressly stated.

The ESG Report data is consolidated for subsidiaries and affiliates that produce a significant impact on the environment, society and economy, and refers to Sberbank and/or the Group. The consolidation perimeter of quantitative ESG data lacks uniformity due to differences in data recording systems used by subsidiaries and affiliates.

## Report approval

This Report was given an approval by the Annual General Meeting of Sberbank shareholders (Minutes No. 36 dated 21/04/2023).

---

[1] Sberbank of Russia (Sberbank), hereinafter also referred to as Sberbank or the Bank

[2] Sberbank and its subsidiary banks and other subsidiaries, hereinafter collectively referred to as the Group or Sber

[3] This Report covers events that took place in calendar year 2022, except as otherwise expressly stated



ESG-REPORT

MANAGEMENT
REPORT

SBER



MANAGEMENT
REPORT

SBER

# Table of Contents

## 2022 for Sber in Facts and Figures

Mission and Values ............................................................. 7
Client-Centric Business Model ........................................... 8
B2C Ecosystem .................................................................... 9
B2B Ecosystem .................................................................... 10
Sales Network ..................................................................... 11
Risk Management ................................................................ 12
Technology Leadership ....................................................... 13
Key Financial Indicators ..................................................... 14

## Review of Results

Message of the Chairman of the Supervisory Board ......... 16
Message of the CEO, Chairman of the Executive Board ... 17
Market Overview ................................................................. 19
B2C Ecosystem. Retail Business ........................................ 22
B2C Ecosystem. Wealth Management ................................ 35
B2B Ecosystem. Corporate and Investment Business ....... 39
Sales Network ..................................................................... 48
Technology Leadership ....................................................... 52

## Financial Performance

Sber Financial Highlights .................................................... 60
Analysis of the Statement of Profit and Loss .................... 62
Analysis of the Assets Structure ........................................ 68
Analysis of the Liabilities and Equity of the Group ........... 70

## Risks Report

Risk Management System .................................................... 73
Group Key Risks Management Approaches ........................ 77
Loan Portfolio Quality and Risk-Weighted Assets ............. 83

## Corporate Governance

Corporate Governance System ........................................... 87
General Meeting of Shareholders ....................................... 93
Supervisory Board .............................................................. 94
Supervisory Board Committees .......................................... 101
Executive Bodies. Executive Board .................................... 107
The Corporate Secretary ..................................................... 108
The Control and Audit System ............................................ 108
Compliance .......................................................................... 110
Share capital and securities ................................................ 111
Investor Relations ............................................................... 113
Major deals and related party transactions ........................ 114

## Appendices

Report on Compliance with Principles and Recommendations
of the Bank of Russia Corporate Governance Code ........... 116
Summary Consolidated Financial Statements ..................... 136

SBER

# 2022 for Sber
## in Facts and Figures

Mission and Values — 7

Client-Centric Business Model — 8

B2C Ecosystem — 9

B2B Ecosystem — 10

Sales Network — 11

Risk Management — 12

Technology Leadership — 13

Key Financial Indicators — 14





# Mission and Values

Sber culture is based on our mission and values

**Mission**

We give people confidence and reliability, we make their lives better by helping them to make their aspirations and dreams come true

**Our values are represented every day in everything we do**

Compliance with values is assessed regularly based on a 5+ system, rewarded and taken into account when decisions concerning personnel are made (career progression / salary revision), equally with performance

**5+**

## I AM THE LEADER

- I am responsible for myself and concerned with everything that is going on
- I am honest with colleagues and customers and speak frankly about problems and mistakes
- I make myself, Sber and my environment better because I do my best

## WE ARE THE TEAM

- I promote personal and professional development of my colleagues and give useful feedback
- My relations with colleagues are based on respect, trust and transparency
- I am ready to help colleagues and work to achieve a common goal

## EVERYTHING FOR CUSTOMERS

- I show genuine interest in customers, and I am always sympathetic and amiable to them
- I look for opportunities to improve my work and ask for feedback from customers
- I make every effort to handle customers' requests by doing my best to find an appropriate solution

⊘ SBER

# Client-Centric Business Model

## Real situations

We identify all significant moments in customers' lives

## Needs

We analyze problems faced by clients during interaction with various counterparties as part of real situations

## Services

Digital services are designed so as to create the most convenient ways to support customers as part of satisfying all their needs



# B2C Ecosystem

## Customers

**Active retail customers**
106.7 MN  +2.9 mn YoY

**Active SberPrime subscribers**
5.7 MN  +3.3 mln YoY

## Digital clients

**SberBank Online MAU (app+web)**
78.6 MN  +3.3% YoY

**SberBank Online DAU (app+web)**
40.9 MN  +5.4% YoY

**Share of sales in digital channels**
>60 %

## Financial and non-financial services

### Loans
**Retail loan portfolio volume**
12.4 TN RUB

**Record retail loan issuances**
4.9 TN RUB

### Bank cards
**Active debit cards**
137 MN

**Active credit cards**
17.8 MN

### Brokerage service
The Bank ranks among the top 3 banks in terms of customers' assets in the market of brokerage for individuals
Top 3

### Insurance
**Relaunch of investment life insurance** as the first Russian unit-linked insurance product (i.e. investments in the form of the long-term life insurance policy)

Growth of charges in the mandatory vehicle liability insurance (OSAGO) marketplace
×3 YOY

### Funds of individuals
**Balance of funds of individuals**
18.5 TN RUB

### Non-financial products
E-COMMERCE
ENTERTAINMENT
FOODTECH&MOBILITY
HEALTH

## Market shares

**Mortgage lending**
53.8 %

**Consumer lending**
37.7 %

**Brokerage services**
19.1 %

**Credit cards**
46.4 %

## Awards

**The Nilson Report**
Acquirer in the world
No.3

**The Nilson Report**
Acquirer in Europe
No.1

**Frank Payroll Award**
in the High Loyalty of Payroll Customers category
No.1

**Frank Mortgage Award**
in the Best Digital Mortgage Service category
No.1

**Frank RG Award**
for the "Best credit card for mass segment"
No.1



# B2B Ecosystem

2022 FOR SBER IN FACTS AND FIGURES > B2B ECOSYSTEM

## Clients

Active corporate clients
**>3** TN RUB — +3% YoY

CSI—Client Satisfaction Index
**82.8%** — +11% p.a. YoY

SberBusiness MAU (web + app)
**2.7** MN — +3% YoY

## Financial and non-financial services

Leader in lending for corporate customers with share in the Russian market
**32%**

Share in the Russian SME lending market
**46%** — +5 p.a. YoY

Residential real estate developer loan portfolio
**>3** BN RUB — >17 YoY

Provider of RMB liquidity in the interbank market
**No.1**

All new business cards on the MIR payment system
**100%**

Launch of a platform to issue digital financial assets

Non-financial services, including:
- PLATFORM OF KNOWLEDGE AND SERVICES FOR BUSINESS
- E-COMMERCE MANAGEMENT SERVICE
- GEOPLATFORM FOR BUSINESS AND GOVERNMENT
- HIGH-TECH BUSINESS PROCESS OUTSOURCING SERVICES

## Business growth tools

Growth of digital transformation projects for large and medium-sized businesses
**>540** — +2 YoY

Industry solutions available for all customers
- REAL ESTATE
- TRANSPORT
- WHOLESALE
- RETAIL
- HOUSING AND UTILITIES
- SERVICES

## Channels

Corporate client service branches
**>5.2** THSD — +2 YoY

New platforms to download SberBusiness mobile app

SberBusinessAPI integrations with customers
**519** — +2 YoY

## Awards

**FinAward**
Industry Solutions is the best product for marketplaces or B2B ecosystem
**No.1**

**Stolypin Economy and Finance Awards**
Leader in the category For Support of Small and Medium-Sized Businesses during the Economic Recovery
**No.1**

**Digital Corporate Banking Rank 2022**
In the digital banking products ranking for large business customers with turnover of RUB 2 billion and higher
**No.1**

# Sales Network



Sber branches
**12.6** THSD

Client satisfaction with the network service quality
**93.1%**

ATMs
**45.2** THSD

## New services for individuals

- Cash deposits/withdrawals at card-free ATMs using a QR code via SberBank Online
- Cash deposits to third-party MIR cards

## The first islamic financing branch was opened

- The branch is designed in accordance with all Sharia rules

## In 2022, the whole network used proprietary software

- All branches were migrated to a new SBOL.pro automated system, which does not depend on external vendors
- All self-service terminals use proprietary software

## Twofold increase in client applications for non-financial services at branches

- With a growing number of non-financial products and services offered

# Risk Management

In 2022, Sber faced unprecedented challenges, when many business lines of both Sber and its customers were at risk. In these crisis conditions, Sber's risk management system was once again tested and proved to be stable and reliable.

Sber promptly adapted to risk assessment models, offered its own ones and participated in government programs to support borrowers. It withstood a record number of powerful hacker attacks. It created new payment solutions. It maintained availability and full functionality of SberBank Online. It became the first Russian bank to develop its own software for ATMs, etc.

## Sber's retail lending process is among the most technologically advanced ones in the world



Speed of decision-making for 99% of applications does not exceed 30 seconds



1.2 million applications per day—the organized risk management system can withstand significant surges in the load on scoring

As part of retail lending, Sber was the first bank in Russia to implement its own in-house credit risk management tool without using vendor solutions.

## Corporate and investment risk: quick response to new challenges

Reduction of provisions and risk-weighted assets by RUB 100 billion and RUB 1.5 trillion respectively during the year—an effect from implementation of a new model for assessing corporate credit risk

Adaptation of the lending policy in response to changes in the external environment (including changes in risk-return parameters, limitation of foreign currency lending)

## ESG Risk Management System operates at the client and portfolio levels



The lending process uses industry guidelines for detailed analysis of corporate customers' ESG risks



The Bank has developed and is implementing models for climate risks forecasting and assessing credit losses from their materialization



It conducts regular stress testing and reassessment of ESG risks of the corporate and retail portfolios







SBER

# Technology Leadership

## IT AS A SERVICE

### Vendor substitution
Sber operates normally after ~85% vendors have left. Foreign solutions are being substituted with proprietary ones

### Platform V and migration
Share of critical IT landscape in the target state
**~80%**

Platform V tools were used to develop solutions for substitution of foreign vendors in the largest Russian companies

### Reliability and production process
Changes per year
**1.6** MN  +35% YoY

Decrease in High+ priority incidents
**−6%** YOY

### R&D
Patents
**133**

### Team
Technology Hubs opened
**2**

### IT Bootcamp
Training provided for
**7.8** THSD

Training provided for external clients
**~1.3** THSD

### Data
Transactions per second: real-time data processing
**1+** MN

Reduction of 1 TB storage costs during the year
**x1.9** YOY

### Infrastructure
98% of infrastructure product deployment operations take no more than
**60** MINUTES

### SberID—a single login to Sber and partners' services
Clients with Sber ID
**>55** MN  +70% YoY

Services of Sber ecosystem and partners
**>150**

## IT AS A BUSINESS

### Salute Assistant
Salute virtual assistant MAU
**15.7** MN

### Smart Devices
Devices sold by the end of 2022
**1.3** MN

### GovTech
Sber's digital platform formed the basis for a state platform GosTech



# Key Financial Indicators[1]

SBER | 2022 FOR SBER IN FACTS AND FIGURES > KEY FINANCIAL INDICATORS

**Net interest margin** — 5.3 %

**Net fee and commission income to operating income ratio before provisions** — 35.3 %

**Operating expenses to income before provisions** — 41.6 %

**Cost of risk[3]** — 1.9 %

**Net interest income** — 1,875 BN RUB (+6.6% YoY)

**Net fee and commission income** — 697 BN RUB (+15.4% YoY)

**Operating expenses** — −822 BN RUB (−1.5% YoY)

**Provision expenses[2]** — −555 BN RUB (+4 YoY)

**Tier I capital adequacy for the Group** — 14.8 %

**Equity** — 5.8 TN RUB

**Earnings per share** — 12.39 RUB

**Net profit** — 270.5 BN RUB

**Retail customer funds,** billion RUB
- 2022: 18,499 (+5.9% for 2022)
- 2021: 17,466
- +7.4%[4]

**Corporate clients funds,** billion RUB
- 2022: 11,377 (+14.6% for 2022)
- 2021: 9,926
- +17.0%[4]

**Retail loans,** billion RUB
- 2022: 12,430
- 2021: 11,078
- +12.2%

**Corporate loans,** billion RUB
- 2022: 18,608 (+11.4% for 2022)
- 2021: 16,711
- +13.2%[4]

1   All on-balance-sheet items, including those for comparable periods, are shown taking into account withdrawal of Sberbank Europe and the subsidiary bank in Kazakhstan
2   Provision expenses (net expenses due to changes in credit quality)
3   Cost of risk (loans at amortized and fair value)
4   The growth rate is shown without foreign currency revaluation

# Review
## of Results

| | |
|---|---|
| Message of the Chairman of the Supervisory Board | 16 |
| Message of CEO, Chairman of the Executive Board | 17 |
| Market Overview | 19 |
| B2C Ecosystem. Retail Business | 22 |
| B2C Ecosystem. Wealth management | 35 |
| B2B Ecosystem. Corporate and Investment Business | 39 |
| Sales Network | 48 |
| Technology Leadership | 52 |

SBER





# Message of the Chairman of the Supervisory Board

## Dear clients and shareholders!

In 2022, Russia's banking sector encountered unprecedented external pressures. Through sanctions, hostile countries attempted to crush our financial system and our economy. However, Sber's results demonstrate that our financial system withstood the hit.

Well-coordinated and prompt response by the Government, the Bank of Russia, other authorities from and financial institutions allowed us to keep the situation under control, protect interests of the public and provide the business community with much-needed support in a timely fashion.

As a crucial achievement, I would like to highlight the tremendous progress toward technological sovereignty. The technological transformation pursued by the Bank in the recent years has proven its value. As foreign vendors left, Sber immediately reacted by offering clients Sber's in-house technological solutions in settlements and payments. The Bank successfully thwarted numerous cyber attacks against its infrastructure, even as their frequency and strength multiplied.

Shareholders above all value earnings. Despite substantial provisions, Sber was able to turn to positive earnings in the second half of the year, and ended the year with net profit over RUB 270 billion. Completion of the heavy provisioning cycle gives hope for further earnings growth in 2023.

On behalf on the Supervisory Board, I would like to thank all Sber's employees, who all this time provided uninterrupted operations of all services, and supported our citizens, business and the financial system.

**Anton Siluanov**
Chairman of the
Supervisory Board



# Message of the CEO, Chairman of the Executive Board

## Dear shareholders, clients, and partners!

2022 was a testing and challenging year. There were forebodings that the Russian economy was doomed to collapse under the pressure of sanctions. However, the Russian economy was standing up to external pressure, proving itself even more resilient than in the year of the pandemic, GDP fell 2.1% in full-year terms. That kind of resilience was supported by business activity, including the efforts to find new export markets, as well as import substitution and government support.

Sber was also significantly affected by the external environment, 2022 became a test for our business model, technological capabilities, and for our team. The situation was developing rapidly, bringing more and more restrictions and challenges and dramatically changing the familiar business landscape. Sber's international business was frozen.

The foreign vendor withdrawal put our technological capabilities to a pressure test. Each member of the team had to deal with a whole range of new tasks day in and day out—many of them were unexpected and unconventional. On many occasions, we not just provided client services, but rather acted to save our clients' business and, sometimes, lives of the whole teams. We thwarted and forestalled not only cyberattacks against Sber infrastructure but also threats that targeted government institutions and services.

**We have seen that our transformation made us well-positioned to face the challenges we encountered in 2022.**

- Platform V and our own technological solutions were our response to the departure of ~85% of vendors. We initially designed our platform architecture so as to be independent from third-party solutions. Our technological maturity allowed us to successfully pass this challenge. The number of incidents went down by 6%, and the amount of implemented IT changes was almost 1.5 times higher.

- Our timely effort to set up the Security Operations Center, made up of Russian solutions, 90% of which are Sber innovations, and our proprietary products in all key areas of cybersecurity allowed us to thwart more DDoS attacks than over the past seven years together.

- Agile transformation helped us react faster and deploy changes in response to external challenges in a timely fashion.

# Message of the CEO, Chairman of the Executive Board

**2022 was a year of hard but necessary decisions.**

- We built a safety cushion following our underlying principle of a balanced approach to risk assessment: in the first half of 2022, we set aside about 550 billion rubles in loan provisions, on top of all necessary provisions on frozen assets.

- We reduced operating and capital expenditures by 240 billion rubles, combining this effort with unprecedented cost optimization program, which should positively affect our long-term efficiency.

- We worked hard to reduce the FX exposure of our balance sheet value, reducing our FX portfolio by half.

- The Group perimeter went through a serious transformation: we withdrew from a number of joint partnerships, and optimized certain areas of business. We sold assets in Europe and Kazakhstan, quickly closed our global market divisions abroad and wound up trading operations on international markets. As a result, we managed to return more than 6 billion US dollars from abroad.

We have earned more than 270 billion rubles of net profit.

**What I am particularly proud of is that we have never stopped developing innovations.**

- We carry on with our applied research in artificial intelligence and were the first in the world to use a transformative model in the banking sector. This model analyzes information from multiple data sources (images, audio, video, text).

- We launched a recommendation platform AmazMe to make more relevant offers to our clients.

- We brought back convenient and customary payment methods for our customers: SberPay now enables payments with Android-powered phones. And we launched new payment solutions: stickers and payment by biometrics, expanded the possibilities of payment using QR codes.

- We continued to build up our line of smart devices: we finalized development of SberBoom and SberBoom Mini, bringing them to market in 2023, and the Salute TV platform for proprietary and partner TVs.

- We offered a number of new technology projects to the external market, with the computing power of our super computers, Christofari and Christofari Neo at their core.

Having coped with the challenges of 2022, we move on towards meeting the goals of our Strategy 2023. We stay committed to our paramount goal that of building a client-centric company capable of offering best-in-class client experience and service based on proprietary technology.

This unfailing commitment to our strategy is one of the reasons for which our clients choose Sber. Last year we added 2 million retail clients and 100 thousand corporate clients to our base. These results reflect your trust in the Sber team and the belief in our ability to navigate through crises to manage while maintaining uninterrupted and reliable service, never stopping and carrying on with our pursuit of innovation.

I am infinitely grateful to every member of our team for their commitment and preparedness to follow this difficult path hand-in-hand, moving towards a common goal.

I am sincerely grateful to our investors and shareholder for the belief in our team and being by our side. Moreover, I thank our clients that you consistently inspiring us to create the best services and the most advanced technology for the benefit of society, the business community and the entire country!



**Herman Gref**
CEO, Chairman of the Executive
Board of Sberbank

# Market Overview

## Global economy

According to IMF estimates, global economic growth slowed down to 3.4% in 2022. In 2021, the global economy grew by 6%. Such a high growth rate was due to the recovery from recession caused by COVID-19 pandemic. In 2022, the slowdown affected both developed and developing countries.

The global GDP slowdown in 2022 was caused by very high inflation, and by rapid and concurrent tightening of monetary policy all over the world, including major developed economies. Although this tightening of monetary policy was necessary to stabilize prices, it also contributed to a significant deterioration of financial conditions in the global market. The global composite Purchasing Managers' Index has remained below the threshold of 50 since August 2022, reflecting the economic downturn.

In 2022, the global economy faced the largest energy crisis since the 1970s. According to the Organization for Economic Cooperation and Development, energy costs reached almost 18% of the global GDP. To compare, in 2021, this figure was about 10% of the global GDP.

Price growth in commodity markets was driven by persistently high demand after recovery from the 2020 crisis (over the first six months), and an extremely challenging geopolitical situation. Many commodity markets suffered from a lack of investment that had existed since COVID-19 crisis.

At the beginning of the year oil prices were supported by the recovering global demand as restrictions related to the pandemic were gradually lifted. The slowdown in global demand and economic activity in the second half of 2022 put prices for many commodities under pressure. Along with this, sanctions that prevented the purchase of Russian oil and the introduction of a price ceiling put pressure on Urals prices. At the same time, the average price level was USD76 per barrel compared to USD69 per barrel in 2021.

In 2022, the global economy saw considerable transformation of supply chains. Tanker freight costs for crude oil and fuel transportation skyrocketed to a historical high. Russia diverted its energy export routes to Asia, Europe increased its liquefied natural gas imports considerably, and several countries imposed price ceilings.

IMF preliminary estimates are that the global economic growth will slow down to 2.9% in 2023. Asia will be the primary driver of global growth. To a large extent, easing of China's strict lockdown measures is likely to support global demand. Both IMF and the World Bank expect weakening of inflation pressures. At the same time, risks associated with the energy crisis and geopolitical tensions remain high, which could significantly worsen the global economic outlook.



**GDP growth rate, IMF data,** % year-on-year

Developing economies   • Developed economies





SBER  REVIEW OF RESULTS > MARKET OVERVIEW

# Russian economy

In 2022, the Russian economy faced the introduction of considerable foreign trade and financial restrictions by a number of countries. As a result of imposed sanctions and high uncertainty, the economic downturn was 2.1% in 2022 after the 5.6% growth in 2021. The decline in GDP was related mainly to reserves, which decreased significantly at the beginning of the year due to imposed sanctions and disruption of supply chains. There was also a decline in consumption by individuals, with falling disposable income, shrinking lending volumes and worsening of consumer sentiment. At the same time, the economy was supported by investment activity, underpinned by previously approved investment projects and increased government spending.

The weakening ruble, feverish demand and import restrictions caused a 17.8% price hike in April 2022. At the same time, slackening consumer activity and subsequent ruble appreciation slowed down the inflation rate to 11.9% (in annualized terms) in December 2021.

In response to increased financial market volatility and growing inflation expectations, the Bank of Russia raised the key rate to 20% in February 2022, imposed capital flow control and other stabilization measures. As the situation stabilized, the regulator lifted some of the restrictions and gradually reduced the key rate to 7.5% per annum in September 2022.

In February and March 2022, the ruble exchange rate volatility increased as geopolitical risks became higher. Nevertheless, capital flow restrictions enabled stabilization of the exchange rate. The exchange rate strengthened from 103.7 rubles per dollar on average in March to 57.2 rubles per dollar on average in June against a historically high surplus on the current account. The average exchange rate was RUB 68.5 per US dollar in 2022, compared to RUB 73.7 in 2021.

## GDP growth rate, % year-on-year
(Rosstat data, according to the Federal State Statistics Agency Service)

## Consumer activity, % growth rate

- Retail sales
- Fee-based public services

## Core industries of the economy, % growth rate

- Mining
- Manufacturing industries
- Agriculture
- Construction

## Banking system and Sber's market position

In 2022, the Russian banking system suffered an unprecedented adverse impact associated with sanctions against both major players in the sector and the regulator. There were freezing of a considerable part of foreign currency assets, disruption in the existing mechanism of formation of the exchange rate on the foreign exchange market, and there was also deterioration of quality in the ruble component of assets. The situation required introduction of countermeasures by the regulator, as well as implementation of crisis management strategies by credit institutions, which eventually allowed maintaining the stability and functionality of the banking sector.

In 2022 the number of operating credit institutions (credit institutions with banking license) decreased from 370 (as of 01/01/2022) to 361 (as of 01/01/2023).

Banks' assets increased by 11.8% in 2022 (vs 14.7% growth in 2021).

In 2022, the loan portfolio of the banking industry (taking into account the assignment of rights of claim, loans to government agencies and other placed funds) increased by 11.3% compared to the same period in 2021. Retail lending increased by 9.5%. Growth of the corporate lending market, on the contrary, remained at the level of 2021 and amounted to 11.2% vs 12.5% in 2021.

Banks' investments in securities grew by 12.7% from January to December 2022, while the previous year saw an increase of a mere 6.5%.

Funds of legal entities (those on settlement accounts and deposits of legal entities) raised by banks increased by 17.5% in 2022 (in 2021 they showed a 17.1% increase).

Retail deposits (including escrow accounts) grew by 7.7% (vs 10.9% in 2021). At the same time, without taking into account escrow accounts, the growth would be comparable — 5.5% and 5.7% respectively.

## Sberbank in the Russian market

Sberbank maintains its leading positions in all main segments of the Russian banking market.

### Sberbank's share in the main segments of the Russian banking market, %[1]

|  | 2021 | 2022 |
|---|---|---|
| Loans to corporate customers | 32.6 | 32.1 |
| Retail loans | 43.3 | 44.6 |
| Funds of corporate customers | 20.8 | 17.0 |
| Funds of individuals | 44.6 | 44.2 |

1. The shares were calculated using Sberbank's internal methodologies

# B2C Ecosystem. Retail Business

REVIEW OF RESULTS ▸ B2C ECOSYSTEM. RETAIL BUSINESS

**Active retail clients**

## 106.7 MN

## Lending

**Balance of retail loan portfolio**

## 12.4 TN RUB  +12.2% YoY

**Market share[1]**

## 45.4 %  1.3 p.p. YoY

### Sber's lending process is among the most technologically advanced ones globally

**Loan applications are processed on a fully automated basis in just 2 minutes**

## 99 %

**Share of loans issued without loan review documents**

## 95 %

**Share of consumer loans issued via Sberbank Online**

## 89 %

**Share of mortgages sold via digital channels**

## 46 %

## Mortgages

In 2022, Sber implemented 150+ product launches and mortgage product updates. Mortgage loans tailored to the needs of IT specialists were launched.

**Sber's share of the mortgage lending market, according to the Bank of Russia**

## 53.8 %

Sber leads the market in terms of single-family house construction transactions. In 2022, 25,000 families received RUB 102 billion from Sber for these purposes, 4 times the past year's figure:

| SINGLE-FAMILY HOUSE CONSTRUCTION LOANS | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Disbursements, RUB bn | 5.0 | 7.0 | 24.3 | 102.0 |
| Transactions, thsd | 2.8 | 3.1 | 8.0 | 24.6 |

The share of automatically approved loan applications in respect of a newly built property reached 90%. This was accomplished as the bank applied its new construction-cost prediction models that cover 80% of all properties being built in the country.

1. According to the Bank of Russia, including car loans of Drive Click Bank.



## DomClick real estate platform

**DomClick.ru** SBER

**DomClick is a service for searching, selling, renting real estate and for conducting secure real estate transactions.**

DomClick is the number one service for real estate transactions in terms of the number of property purchase and sale announcements. Platform popularity grew in 2022: during the peak months, traffic reached 14 million users, and the number of announcements grew to 2.5 million from 1.9 million. The platform incorporates a market price widget powered by smart algorithms that take into account both announcements and real transactions; the widget shows how well the price in a given announcement matches the market level.

In 2022, Sber offered a free-of-charge simplified tax deduction service directly integrated with the Federal Tax Service; the service was used by over 20,000 customers.

### DomClick's customer service level remains high:

Average call waiting time — **1** MIN

Average customer decision waiting time — **6** MIN

Average manager response waiting time in the chat — **6** MIN

Average property decision waiting time — **1** DAY

### Awards:

**FRANK MORTGAGE AWARD 2022**

- The fastest mortgage approval.
- Best Digital Mortgage Service

Balance of the mortgage portfolio
**7.5** TN RUB   +17.7% YoY

---

## Structure of mortgage lending by Sber under state programs in 2022

Legend: ● Rural mortgage   ● Far East mortgage   ● Family mortgage   ● Government program 2020   ● Without government support   ● IT mortgage

Without government support: 74.5%, 62.7%, 51.6%, 59.4%, 52.1%

Government program 2020: 32.5%, 25.0%, 22.0%, 12.0%

Family mortgage: 17.2%, 18.3%, 11.4%

Far East mortgage: 16.7%, 11.4%, 11.1%

Far East / Family: 3.3%, 3.0%, 4.1%, 4.1%, 3.3%, 2.5%

Rural mortgage: 0.0%, 0.3%, 0.0%, 0.9%, 0.7%, 0.2%

0.0%, 0.0%, 0.0%

Months: jan, mar, jun, sep, dec

## Consumer lending

Competitive interest rates, broad product capabilities with a unique range of options and high service level allowed Sber to restore its disbursements and portfolio volumes to the pre-crisis level and grow its share of the lending market in 2022.

Balance of the consumer loan portfolio

### 3.5 TN RUB

**CREDIT POTENTIAL SERVICE**

A free service that calculates the maximum loan amount available to a customer and the monthly payment the customer can spend on loan equipment. Every month, about 4.5 million customers look up their credit capabilities. Since 2022, the Bank's decisions have become more transparent: the service explains the basis applied by Sber to calculate available limits and provides customers with recommendations on how they can improve the situation.

Volume of consumer loans issued

### >2 TN RUB

Customers can learn about their credit potential on a preliminary basis, without having to fill out the questionnaire. Branch personnel will describe the service in detail, so that customers can make optimal choices underpinned by a comprehensive knowledge about all of the Bank's loan products.

Sber's share of the consumer lending market, according to the Bank of Russia

### 37.7%

The Bank offers loans for various life situations that customers may encounter at some points in their lives. For example, highly popular educational loans with government support were granted to 47,000 customers, as demand for this product effectively doubled in 2022. Renovation loans are becoming popular among mortgage borrowers. Some products are intended for people in distressed situations: assistance with repaying a loan on behalf of active relative, assistance to customers that fell victims to loan fraud, protection of social subsidies against foreclosure on loans.

**Consumer product awards:**



**Stolypin Economy and Finance Award**

Won by the Education Loan with State Support product



**Stevie Awards**

The Payday Loan product won a Bronze Award at international award



**Retail Finance Awards 2022**

The Credit Potential product won the award in the Best Retail Finance Product category

**Retail Finance Awards 2022**

The Loan Assistance to a Relative service won the award in the Best Social Project category

---

## Credit cards

Sberbank holds a leading position in the credit card market:

Every third issued credit card in the country is credit SberCard

Sber's share in the Russian credit card market, according to Sberbank

### 46.4%

Active credit cards

### 17.8 MN

Credit card debt portfolio

### 1.1 TN RUB

The start of Credit SberCard issuance based on a payment system "Mir", credit holidays introduced, refinancing cards of other banks with Credit SberCards, customer age reduced to 18, increased card limits, Credit SberCard is included in the subscription SberPrime+, and for purchases on it increased Spasibo bonuses are charged.

REVIEW OF RESULTS > B2C ECOSYSTEM. RETAIL BUSINESS

## POS lending

The Bank actively develops its POS lending operations via the Buy with Sber service. During the year, another 9,500 partners joined the service, and their total number exceeded 40,000.

A new BNPL[1] service from Sber was launched to the market under the brand "Pay in installments".

POS loans issued by Sber during the year

> 34 BN RUB

Loan portfolio at year end

21.3 BN RUB

## Auto lending

The market changed considerably over the year. Customer preferences continued to drift towards used cars and Chinese makes.

In 2022, the Group increased its car loan portfolio by 14%, having issued loans in the amount of RUB 117.5 billion.

Sber's share of the auto loan market, according to Frank RG

14.2 %

Position in disbursements across all popular classifieds platforms: Avito, Auto.ru and Drom.ru.

No.1

In the used cars segment, 156,000 customers were acquired in 2022, and a record number of loans were disbursed: over 8,500 loans, worth RUB 9.7 billion.

## Transaction business

Total volume of payments, transfers and acquiring

> 73 TN RUB

+22% YoY

### Payments

A new fast mobile bill payment scenario was implemented in SberBank Online: already at the first payment step, the customer enters the phone number by searching in their contact book, including overseas contacts.

For two of the mobile operators, algorithms were developed that calculate recommended telephony payment amounts tailored to every customer's needs so that account top-up payments can be made less frequently.

For convenient utility payments, Sber implemented the Payment Basket in the SberBank Online mobile app, an automatically generated selection of utility bills for a property with a specific address. The Basket may be used to transmit meter readings and pay multiple bills in one batch. The service is gaining popularity, with an audience of 4+ million.

## Acquiring and cashless world

Sber successfully overcame hardships it encountered early in the year, and improved the efficiency of payment terminal hardware, reduced the share of inefficient terminals and optimized procurement and maintenance costs. Sber ensured high reliability and uninterrupted acceptance of payments for all of its acquiring partners. The bank carried on with the development of cashless infrastructure.

### Money transfers

As the relevance of SberBank Online web version grew last year, Sber added the popular Fast Payments System money transfer service to the app. 35.9 million of Sber customers transfer money via FPS every month. Sber account top-ups from third-party bank accounts via FPS are gaining popularity, too.

Share of cashless turnover in Sber's retail operations[2]

76.2 %

[1]  BNPL (buy now, pay later) is a service that allows customers to pay for purchases in equal installments during short period of time

[2]  Ratio between cashless turnover at POS, payments, transfers and the entire turnover, both cash and non-cash at POS, payments, transfers at Sber

# Transaction business

## Acquiring and cashless world

| | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| Active points of sale, thsd | 1,162 | 1,339 | 1,425 | 1,504 | 1,882 |
| POS terminals¹ in the acquiring network, thsd | 1,683 | 1,956 | 2,187 | 2,337 | 2,367 |
| Smart terminals² in the acquiring network, thsd | | | 137 | 162 | 198 |

| | 2020 | 2021 | 2022 |
|---|---|---|---|
| Public transport fare payments with bank cards, mn | 967 | 1,801 | 2,200 |
| Cash withdrawals via retail chain cash registers, RUB mn | 1,172 | 1,175 | 3,029 |

## Share of cashless turnover in Sber's retail operations, %

64.0 — 68.2 (2018–2019)
73.1 (2020)
76.5 (2021)
76.2 (2022)

| 2018 | 2019 | 2020 | 2021 | 2022 |

---

**2.2 BN**  +22% YoY

Trips paid via Sber's transport acquiring service over the year

For several years, Sber has been successfully increasing the penetration of cashless payment services in new projects implemented in the capital and across regions.

Sber carries on with its Troika card-based project. This innovative transport ticket system is available in 25 regions. In total, 220 million trips were paid with SberTroika across the country during the year. In the cities of Novy Urengoy, Perm and in the Moscow Oblast, Troika cards are available for purchase at Sber branches.

---

**24 REGIONS**

Residents of this regions use their MIR bank cards to enjoy public transport benefits

17 commuter passenger companies are connected to Sber's acquiring service, so that train fares charged by these companies can be paid with bank cards.

Over 18,000 points of sale across federal and regional retail chains offer the cash withdrawal feature when making in-store purchases.

---

**54 TERRITORIES**

Connected to the Social ID payment technology that, depending on the resident's region, allows to pay public transport fares, pay for school meals, or open a social benefits account

In 2022, Sber implemented a large-scale project aimed at accelerated development of its proprietary payment service, SberPay, which allows to make payments without a physical bank card or bank card details. The service instantly became relevant after ApplePay and GooglePay services were disabled in Russia.

---

### SberPay QR

A service that enables cashless payments by scanning a QR code from a sticker, a terminal, a screen or by reading a QR code, generated by the cash register operator, inside the SberBank Online app. By year end, QR generation on terminal screens was implemented in 50% of the entire device fleet. SberPay QR turnover doubled over the year.

A number of partnering banks has connected to the QR payment infrastructure.

### SberPay online

A method of accepting payments via a website or application without the need to enter bank card details. The service's monthly audience is 24.4 million. More than 72,000 partners that have entered into internet acquiring agreements with the bank offer payments for purchases via SberPay. Increasingly, customers choose this payment tool, so that SberPay share of e-com has reached 38%. Since October, SberPay has been connected to NetMonet (Contless), one of the leading cashless payment services.

**37 MN**  +2 YoY

Number of customers paid via SberPay in 2022

### SberPay NFC

The service became unavailable to customers starting from February because of sanctions and the vendor's refusal to service tokenised transactions. The long-awaited payment by phone made a comeback in November for Android users, so that by 31 December the number of active service users reached 1.7 million.



---

¹ A POS terminal is an electronic device used to accept payment cards. It can accept chip cards, magnetic-stripe cards and contactless cards, as well as other devices with a contactless capability.

² A smart terminal is a ready-made solution for businesses that allows to accept various payment methods, as well as to automate the processes of transmitting payment, shipping, marking, control, and other information to oversight authorities.

# Debit cards

**Debit cards**

## 137 MN

**Holders of Debit Sber Cards**

## 103.4 MN PEOPLE

Like other Russian banks, Sber faced serious external challenges early in the year. After international payment systems had left the Russian market, Sber offered its customers solutions that allowed them to use bank cards seamlessly: card validity periods were extended, all new debit and credit Sber Cards issued were based on the Mir system, a noticeable part of the services were moved to the SberBank Online web channel, and an updated proprietary payment solution, Sberpay.NFC, was launched for Android customers.

A phased replacement of the old line cards with "Mir" cards is underway at the time of re-issuing.

Sber continues to increase the volume of issuance of the flagship SberCard product with flexible pricing depending on customer's spending, balances, segment, credits and subscriptions.

A new service has been added on Sberbank Online app, allowing you to switch to the flagship product SberCard without the need to change the card.



**According to Frank RG**

"The most profitable debit card for premium segment"

---

## FPS, the Fast Payments System

SberBank Online app users can pay for their purchases using an FPS QR code by selecting a debit card or account and confirming the payment. The application allows to top up a card by requesting funds from one's own accounts with other banks via FPS by phone number, as well as to transfer money to other banks via FPS.

In Q2, Sber enabled its customers to pay with a bank card via the National Payment Card System. All Sber customers can link their cards in that app and make contactless payments using an FPS QR code generated in the SBPay app.



**A'Design Award**
Mobile application



**Peйтинг Pyнета**
**Runet Rating**
Finance, Investment, Banking

**Bolshoy Oborot (Great Turnover) 2022**
Payments / Payment Solutions

**Innovation Time**
Import substitution: Project of the Year, Breakthrough of the Year

**DIGITAL LEADERS**
Russia's Digitization Contribution Award



**FINAWARD**
B2B Payment Service

**Best social projects**
Social services, Sports and Healthy Lifestyle Support

**Regional development**
Best for Russia/ Social projects and sustainable development, Digital Economy

**Quality of service and consumer rights**
Payment Systems



# SberBank Online

## SberBank Online (app+web):

The SberBank Online app has been available to bank customers for 11 years already. In April, 2022, the mobile app became inaccessible for download or update in App Store and Google Play due to sanctions. Sber offered its customers solutions that use alternative distribution channels and allow to fully retain the app operability.

In 2022, several innovations were added to SberBank Online mobile app:

■ "Savings"—for deposit and investment products

■ "Payments" screen—instead of selecting the transfer type, you can simply enter the payment details you have in a single field

■ "Dialogues" on the Main page—transfers by phone number are now one click closer

■ Shared notifications allow you to share information about expenses and income on the card with a close one

■ Artistic screensavers with rare animals, anime, the country's cultural objects



### The A' Design Award & Competition

SberBank Online mobile app's emotional design won silver at industry-leading A' Design Award & Competition.



**MAU**
+3.3% YoY
78.6 MN

**DAU**
+5.4% YoY
40.9 MN

**Customer Satisfaction Index (CSI)**
75.2%




# SberSpasibo

SberSpasibo is Russia's largest bank loyalty program. The program's bonus fund is financed by Sberbank and partners; the collaborative format implies benefits for everyone involved.

SberSpasibo program participants

## 66.2 MN

**+9.7 mn over the year**

MAU of SberSpasibo

## 34.1 MN

including:

MAU of SberSpasibo website

## 1.5 MN

MAU of SberSpasibo mobile app

## 2.26 MN

MAU of SberSpasibo section in the SberBank Online mobile app

## 29.7 MN

Over the year, more than 1,100 campaigns with program partners were carried out, including such federal projects as Back to School, Green Day, and New Year. The total campaign coverage exceeded 27 million, with more than 1.3 billion bonus credits earned via partners.

Spasibo bonuses accrued to customers in 2022

## 63.6 BN

**+3.7 bn YoY**

Partners connected to SberSpasibo program

## 1,390

**+520 YoY**

SberSpasibo program bonus points:

**Loyalty Awards Russia**

## Loyalty Awards Russia 2022

winners in the nominations (No. 1):

- Best Coalition Loyalty Program
- Leader of Russia's Loyalty Marketing Market
- Gamification of the Year, the SberPrimeCity project

**Рейтинг Рунета**

## Runet Rating

No. 1 in the Best Websites nomination in the Finance, investments, Banks category



## SberPrime

**Sber continues to develop its flagship product, the SberPrime subscription to services offered by SberBank and its partners:**

In 2022, the SberPrime subscription, which combines improved terms and conditions for Sberbank's financial products and partner services, gained particular popularity. Subscribers are awarded increased Spasibo bonuses when paying for purchases with a debit or credit SberCard, as well as leverage an increased deposit rate and special loan terms, free SberCard service, cash withdrawals without commission, a favorable foreign exchange rate and other advantages.

The non-financial services component of the subscription changed, too: subscribers now can get up to 10% cashback in SberSpasibo bonus credits as they pay for their purchases on SberMarket, up to 7% on Samokat, 4% on SberMegaMarket, 10% as they pay public transport fares; the SberMobile telecommunication service offer was improved, with free 500 minutes and 5 Gb of Internet, the discount on medical tests and online medical advice in SberHealth was increased to 25%, subscribers also can send parcels via SberLogistics with a 10% discount.

For the convenience of subscribers, a new personal account has been launched, which allows to view personal benefits from using the subscription, special offers and selections. Customers can now apply for SberPrime directly via subscription services and pay with Spasibo bonus points.

**Active SberPrime subscribers**

**5.7** MN

**Subscribers' benefit for the year**

**10.1** BN RUB

## Self-employed persons

Self-employed individuals registered on Sber's My Business platform

**1.27** MN

In 2022, a number of customer-friendly features were added to the My Business service in SberBank Online: a demo mode for new customers, a multi-line entry sales check, a free-format service description, repeated issuance of earlier created checks, the ability to view the user's current income. A statistics section was added, where the user can see analytics of their revenues. The balance of tax bonus is displayed in the Pay Tax section.

The My Business channel, available to customers in SberBank Online via a special widget, is updated on a weekly basis with articles and news useful for self-employed persons.

In addition, the self-employed section offers a showcase of useful services, including legal advice from DocsLegal, available since 2022, a special free training course for the self-employed, the Sber Jazz videoconferencing service, a version of SberCRM for the self-employed, the oprosnik24.ru service allowing to earn extra money by participating in surveys, the SberDoka service, and a special offer for the self-employed from SberPrime.

## Funds of individual customers

Share of the Russian market

**44.2** %

Customer behaviors have changed since late February 2022, when cash withdrawals, including deposit withdrawals, increased several fold. In response to this increased demand, the regulator raised the key rate to 20%. Sberbank was quick to react and offered its customers deposits at rates close to the key rate already the next day. This offer not only stabilized money outflow, it helped to draw cash back into the bank. Thereafter, as the regulator reduced the key rate, the market deposit rates went down, too. This helped to normalize deposit rates so that the individual customer funds portfolio balance grew by 5.9% YoY at year-end.

**To attract customer funds, Sber ran a number of ruble product promos during the year. Customers were offered:**

- Best 1k line of deposits for all customer categories
- Active Age account for 50+ and 60+ female and male customers, respectively
- +2 p.p. interest rate increment as the customers open their first Savings Account with the bank, or transfer pensions to their Active Age account with the bank
- increased Green Day deposit rates

Term and current account opened via SberBank Online

**67.6** %

Balances of individuals

**18.5** TN RUB  +5.9% YoY

Taking into account customers' need for an alternative to those currencies that either became unavailable or no longer satisfied the yield or convenience criteria, Sber launched a Line of deposits in RMB. These new products allowed the customers to continue building their currency portfolios and diversify savings.

The Launch of the New Opportunities deposit became the year's important milestone. The bank offered its customers with accounts in dollars that could no longer be withdrawn without conversion into rubles a deposit with higher interest rates on RUB and RMB for customers to transfer their dollar savings.

Customers in all segments display interest towards deposits in RMB. This helps diversify risk and preserve savings in alternative instruments.

## FX conversion operations

Starting from March 9, 2022, the Bank of Russia imposed restrictions on cash withdrawal from currency accounts of all individuals without exception, at the same time permitting to withdraw any amount of money in Russian rubles within the account balance. In an environment when restrictions were imposed on sales of cash foreign currency by banks[1] while an import of foreign currency banknotes into Russia became impossible, SberBank applied flexible and dynamic pricing to support cash currency liquidity and to make sure that customers' needs for cash US dollars, euros, and other currencies were satisfied seamlessly. For the first time ever, bank branches bought cash dollars and euros from private individuals at above-market rates.

Up-to-date information for customers on cash currency withdrawal restrictions and currency exchange terms and conditions is posted on the bank website and in SberBank Online. Cash rubles can be withdrawn from foreign currency accounts at SberBank branches at the exchange rate equal to the Central Bank's official exchange rate on the transaction date. In SberBank Online, customers can sell US dollars and euros at the exchange rate fixed by SberBank.

In 2022, the bank consistently expanded the geography of its cash currency exchange operations in friendly country currencies, including Belarussian rubles, Kazakh tenges.

1 From March 9, 2022, the Bank of Russia prohibited cash currency sales by banks. From April 18, 2022, the Bank of Russia permitted cash currency sales. At the same time, sales of cash US dollars and euros remain partly restricted: until March 9, 2022, individuals can buy only US dollars and euros received by bank cash desks after April 9, 2022.

## Safe deposit box leases

The Bank offers safe deposit box rent service to individuals and legal entities at almost 900 branches across the country. In 2022, the safe deposit box occupancy rate grew to 58%, reaching 70% in Moscow and the Moscow region.

SberBank offers its customers the opportunity to book a safe deposit box or remotely renew existing lease via the SberBank Online app. 62% of safe deposit box lease contracts are renewed remotely.

## Precious metals operations

Amount of the portfolio of individual unallocated bullion accounts (gold, silver, platinum and palladium)

**305** TONS    +3.7% YoY

Bullion sales reached 25.8 tons in 2022, of which 18 tons was gold.

In 2022, customers' demand for bullion increased as VAT on bullion sales was abolished and demand for dollars and euro as savings currencies declined. SberBank offered its customers new methods of bullion payment: now bullion can be bought not only for cash rubles or against the card balance, but also from ruble and foreign currency deposits, as well as for cash foreign currency. Besides, the bank website now allows to book bullion for later purchase at a branch of the customer's schooling.

Over the year, the bank sold 357,000 precious metal coins, worth in aggregate RUB 11.6 billion. The majority of these were golden investment coins. Special prices for investment coins are offered to SberPrime+ subscribers. Coin booking at a bank branch of customer's choosing is also available via the bank website.

## Improving financial literacy

**SberCat's audience**

Subscribers on VKontakte
**14.1** MN

Listeners to audio podcasts
**1** MN

Players of the financial literacy training game on VKontakte
**1.3** MN

**Traditionally, Sber has supported the government in the implementation of the Financial Literacy Development National Strategy 2023.**

The SberCat project continues on the VKontakte social network. 14 million active readers follow this character as it helps children and young people adapt to the world of finance, talking to them in a comprehensible language on their home social network.

SberCat was first introduced in the Salute virtual assistant and in a series of audio streaming service podcasts that was played back more than 1 million times. 1.3 million users are involved in SberCat's financial literacy training game on the VKontakte platform.

SberCat supports Sber's educational programs: it educates users in programming and artificial intelligence, embeds itself into the metaverse and offers users to launch a virtual business in a simulator format.

Sber delivered face-to-face lectures on personal data protection and cybersecurity for volunteers, including students, active retirees, and teachers. The project covered 5,000 volunteers and was shortlisted for Znaniye (Knowledge) National Educational Award.

On Financial Literacy Days, webinars were held for school students on such topics as "How our emotions affect our money", "Faceless: Protection of biometric personal data". The project covered 31,000 grade 7–11 school students from 1,248 Russian schools.

The bank carries on with its project of tailored customer training in prudent approaches to savings and responsible investment. A financial literacy index was calculated for all Sber customers based on an internationally recognized methodology of the Organization for Economic Cooperation and Development, which includes 21 parameters in such areas as knowledge about finance, financial behavior and attitude to finance. The AI model selects a training program tailored to each customer taking into account the customer's propensity to financial instruments and their current level of financial literacy, based on an analysis of 15,000 parameters in respect of each customer. Training is offered via a convenient channel and at a convenient time.

The digests generated as part of the training program are unique to each customer and contain sections on finance, cybersecurity, lifestyle articles selected according to the customer's interests, and up-to-date information where important parafinancial topics are explained in plain language. In 2022, over 25 million customers received personal digests about 19 of the bank's financial products on a monthly basis.





SBER    REVIEW OF RESULTS > B2C ECOSYSTEM. RETAIL BUSINESS

## Quality of service

High-quality customer service and customer care remain Sber's steadfast priorities.

To improve its quality of service, Sber carried out 550 activities aimed at eliminating root causes of complaints in 2022, while process automation allowed us to noticeably accelerate complaint processing.

New technology plays an important role in improving the quality of service. For example, the smart conversation prompter helps contact center operators serve customers faster.

Customer queries and complaints compared

−10 % YOY

Percentage of complaints addressed

| in 2 days | in 5 days |
| --- | --- |
| >60 % | >80 % |

Willingness to recommend Sber to friends and acquaintances

53 % NPS

AT THE SAME TIME, CUSTOMERS HAVE BECOME MORE LIKELY TO MENTION THE IMPORTANCE OF "RELIABILITY AND TRUST" TOWARDS THE BANK IN THEIR COMMENTS TO THE SURVEYS

## Services for different customer segments

### Children and Parents

SberCard for Children is a fully functional personal free-of-charge debit card in a physical (plastic) form for children aged 6 to 14. Parents initiate card issuance for their child and use services available in the SberBank Online app to control the child's expenses. Children use the SberKids mobile app.

In the SberBank Online app, parents monitor their children's spending and manage their children's banking products in a single space. In that same space, parents can access useful tips on parenting, education, health, and financial literacy depending on the child's age.

The Parental Benefits Calculator is one of the most popular services among parents. The service page was visited by over 8 million parents and 4 million of them calculated their benefit entitlements. The service is also available via the virtual assistant across all Salute surfaces. Information on new and existing federal and state benefits is updated on a regular basis.

In Sber's communications for parents, experts pay much attention to the topics of child safety, cybersecurity, the ESG agenda, focusing not only on environmental, but also on social responsibility. A special financial literacy section for parents has been created on SberSova resource.

In these uncertain times, Sber supported parents through its own channels, such as Happy Parent, SberBank Online, the SberSova website. Practical recommendations were given on how to maintain psychological resilience, to remain a support for their children, to cope with mounting information flows and increased anxiety, etc.

Sber also supports recipients of social benefits. In 2022, customers who received social allowances for children aged 8 to 17 also received promo codes for shopping on SberMarket and SberMegaMarket. Sber's automated systems have been updated to comply with the legal requirements for protection of social payments against foreclosure on loans.

Got a SberCard for Children as of the end of 2022

>1.8 MN CHILDREN

In the SberKids app, children can choose from 12 available card designs

### Young People

In 2022, Sber actively supported the ambitions and needs of its young but already financially independent customers, and, in particular, developed loan products so that they became more affordable for young people.

Now, our 18+ customers can use an extended line of loan products, have a credit card issued in their name, or take out a consumer loan from RUB 1,000. Young people no longer have to go to microfinance institutions for quick payday loans.

Important changes were made to Sber's education loan product. Since 1 November 2022, higher school and vocational school students alike have been able to pay for their tuition with a government-supported education loan. Students can use the loan provided at just 3% per annum to pay for their college, technical school, or vocational school studies. During studies, they only have to pay interest on the loan, while the loan principal is deferred until after graduation.

Credit SberCard is used by

>200 THSD YOUNG PEOPLE

Consumer loans taken by

>300 THSD YOUNG PEOPLE

# Services for different customer segments

## The elder generation

Sber continues developing its retirement-related services for elderly customers.

Pension delivery, issuance of retiree and pre-retiree status certificates, pension entitlement calculation are available in the mobile and web versions of SberBank Online and at bank branches. A pension application may be submitted via the app web version, without visiting the Pension Fund of Russia. The bank abandoned the practice of paper-based pension transfer application filing at branches, having switched to electronic-only applications, which has a positive impact on Sber's environmental agenda.

**Sber helps customers to find their bearings in the convolute retirement process on the Active Age portal:**

- 5 years before the retirement age, Sber educates customers on the pre-retiree status, federal and regional benefits available, the cumulative pension amount and how to have it paid to a SberCard, how to order the pre-retiree status certificate. Over the year, the service was used by 500,000 people.

- One year before retirement, Sber introduces the customer to retirement-related services and provides detailed instruction on how to get ready for retirement; this instruction was used by 690,000 people.

- For those already retired, the bank offered a detailed guide on tax, transport, and other federal and regional benefits. The service's annual audience is 450,000 people.

In 2022, Sber improved its product terms and conditions for retirees. Customers were offered a new Active Age account, with an interest rate of 2 p.p. above the base rate if the customer receives their pension in Sber. The minimum loan disbursement amount was reduced to RUB 1,000. The accrual of Spasibo bonuses was increased to 3% in the Pharmacies category.

Sber helps pensioners to adopt ecosystem products as well. In 2022, the Receipts service was added to the mobile SberBank Online app, where retirees can not only see the amount of accrued credits, but also make use of the ecosystem discount offers. For example, take out insurance with a 20% discount. Ecosystem offers and discounts that may be of interest for retirees are also posted on the Active Age portal.

The Receipts service in the SberBank Online mobile app for pension and social benefit recipients won the Digital Leaders Award in the Socially Important Project category.

## Payroll solutions

All payroll customers have access to a section in the SberBank Online mobile app that contains information on payments, payroll slips, statements, the charity service and privileges available on a purchase of Sber's financial and non-financial services (reduced rates on consumer loans and DomClick mortgage loans, the Payday Money service, etc.).

In 2022, Sber offered payroll privileges to private individuals who confirmed their income through the Public Services portal and transfer money to Sberbank on their own. Customers in this Like Payroll category are offered privileges on a purchase of Sber's financial and non-financial services.

Sber also interacts with non-earners. A separate page on the bank's website provides them with useful information and indicates that, once in employment, they can make their card a payroll card or become a self-employed person with Sber. Appropriate communications are sent to customers who are in search of employment and receive unemployment benefits.

In the spring of 2022, Sber was quick to respond to a change in the market situation: the bank abandoned plastic when issuing payroll cards and supported issuance of cards to refugees.

It became much easier to pay salaries to SberBank accounts. An employer just needs to notify the company of the client's phone number, the employer will enter the recipient's phone number and full name and the funds will be credited to the employee's account to which the phone is linked.



**Frank Payroll Award 2022**

High loyalty of payroll customers

**Markswebb Business Mobile banking rank 2022**

The most functional app-based payroll project in the market

**Digital Leaders Award**

The Digital Leaders Award in the Service of the Year category was won by the service of online pay slip generation and delivery (by employer to employee) via SberBank Online for individuals and via SberBusiness for legal entities

# SberFirst

SberFirst is a premium service network for affluent individual customers. SberFirst offers customers optimal capital multiplication solutions, special deposit rates, currency exchange rates, insurance offers, etc.; it also provides customers with the opportunity to be served at premium branches, access to a personal manager and a financial advisor. In addition, SberBank First is actively developing digital banking that allows to make transactions and get premium service without a branch visit.

SberFirst adapted its products and services to its clients' needs.

| Customers | VIP branches |
|---|---|
| 121 TH SD `+18% YoY` | 149 |

| Cities | |
|---|---|
| 103 | CSI of SberFirst channel, a historical high |
| | 99.1% |



Category winner "The best bank for clients Top Affluent", according to Frank Premium Banking Awards 2022

# B2C Ecosystem.
# Wealth Management

## In 2022, Sber increased its share of the key Russian markets[1]

| PRODUCT | 2021 | 2022 | CHANGE | PLACE IN THE MARKET 2022 |
|---|---|---|---|---|
| Life insurance market | 29.4% | 32.7% | +3.3 p. p. | 1 |
| Investment & Endowment Life insurance market | 28.3% | 33.3% | +5 p. p. | 1 |
| Property insurance market for individuals | 19.4% | 22.8% | +3.4 p. p. | 1 |
| KASKO (MOD) market | 0.3% | 1.3% | +1 p. p. | 15 |
| OSAGO (CMPTL) market | 0.3% | 1.5% | +1.2 p. p. | 14 |
| Corporate insurance market | 1.2% | 2.6% | +1.4 p. p. | – |
| Mandatory pension insurance market | 22.9% | 21.9%[2] | –1.0 p. p. | – |
| Non-state pension Support market | 4.9% | 5.0%[2] | +0.1 p. p. | – |

[1] According to the Bank of Russia
[2] 9M 2022

## NON-CREDIT RISK INSURANCE

### Private customers insurance

In 2022, we launched a number of new products and modified the existing offers in all categories of non-credit insurance.

#### Universal protection

In 2022, a comprehensive insurance product for funds on the card, property and health called Universal Protection became available to customers. Within the product concept, customers choose themselves, which risks to insure, while the Bank allows them to do that with benefits.

#### Awards won by SberInsurance's Universal Protection program

- Innovation Time award in the Product of the Year category
- 18th Annual International Stolypin Economy and Finance Awards in the Best Insurance Product category

#### Personalized insurance storefront

The SberBank Online mobile app now features a personalised insurance storefront where customers can see all the personal discounts for insurance and give feedback using the comments service.

For Injury Protection, Card Protection and Home Protection products, you can manage automated payments via the app.

#### Sports protection

The number of sports available for insurance in the Sports Protection program has increased from 120 to 256.

Sports Protection program offered by SberInsurance won the Innovation Time award in the Service Solution of the Year category.

### Travel insurance

Travel Insurance program was enhanced for customers with premium service packages and now includes persons of up to 75 years old, parents and children of majority age as insured persons, bigger risk limits for certain options, new risks related to trip cancellations.

The SberBank Online mobile app features some modifications of Travel Insurance product: age limits have been removed, insurance territory can be selected by indicating a specific country; customers can choose their insurance program to include only Russia with the cover of up to RUB 3 million. Customers can buy the policy even during their trips. New risks added to the Trip Cancellation option give even wider protection: a road accident on the way to an airport; denied or delayed visa; an injury suffered while under the influence of alcohol (including medical and transportation aid). Personalized program selection is now available for the product.

### Auto insurance

In 2022, motor insurance in Russia was characterized by the shortage of spare parts, rising costs and longer periods of auto service. Over the last year, the average cost of spare parts rose by 25% resulting in higher OSAGO tariffs, which were further modified due to the expansion of the tariff corridor by 26% up and down.

14 insurance companies are now operating through Sber's OSAGO marketplace, while top 3 insurers work as Sber's directly integrated partners. Over the last year, the revenues received through Sber's marketplace more than tripled.

MyCASCO is a new insurance product for personal cars covering both pledged and non-pledged motor vehicles. The new automated CASCO underwriting functionality allows making fast insurance decisions and calculating tariffs.

## Credit insurance

**Sberbank Life Insurance is Sber's company operating in this market. Over the 10 years that the company has been in the domestic insurance market, every one in five Russians became its customer: overall, 25 million people bought 65 million insurance policies. The company made 800,000 payments to customers in the amount of over RUB 200 billion.**

Full coverage for the risks of death and disability is now available for customers aged 65–75, while previously such customers could only choose the basic coverage. Payouts for temporary disability and involuntary job loss risks were increased due to the replacement of unconditional franchises with conditional ones, while the conditions themselves became more aligned with customer expectations.

In 2022, Sber redesigned its insurance products for consumer loan customers and credit card holders and is now offering them in the SberBank Online app.

Mortgage insurance process has become more convenient for customers: the bank does not require additional inspection of the real estate property in policy documentation; auto payments are available for long-term policies; property may be insured based on its assessed value instead of pledge value; a virtual assistant makes personal offers for those customers who purchased their policies in other insurance companies.

## Customer service

In 2022, Sber continued to focus on improving customer service in the area of insurance products.

For example, a virtual assistant can help to apply for contract termination and settlement of an insured event under the Universal Protection program. The same is true for insured events under Job Loss Protection program, where customers can even request their electronic record of employment seamlessly navigating to the Gosuslugi portal.

The virtual assistant can also give after-sales consultation support: the scripts developed for policy termination and insured events reduced the number of calls to the contact center.

When applying for a new OSAGO policy in SberBank Online, customers can get their existing policies recognised thus significantly reducing the time needed to apply.

Support for external SberInsurance customers applying offline (by email, through Russian Post, on the feedback page of the company's website, in the company office) has been integrated into the Sber Unified Customer Care Service.

Sber won Innovation Time 2022 award in the Technological Innovation of the Year (Insurance Services) category for its application process in case of an insured event implemented in the SberBank Online for the Job Loss Insurance product.

Together with SberInsurance and Sber Life Insurance, the bank won Naumen top places for telephone service in insurance products: the 1st place for telephone service availability and quality and the 3rd—for availability and quality of digital channels.

## INVESTMENT AND UNIVERSAL INSURANCE PRODUCTS

In 2022, due to realized infrastructure risks, Sber redesigned its investment products shelf: it focused on investment approaches to investment portfolios, and also satisfied one of the most common need among customers—to receive the intermediate income.

External restrictions also dictate the need to offer new products enabling customers to invest in currencies of "friendly" countries.

## Investment and universal life insurance

According to Sber, the market of investment and universal life insurance contracted by 2% in 2022, although Sber's share increased by 5 p. p. The key factor behind the market slump is that the number of investment insurance products in the market in the segment of up to RUB 1.5 million premium declined by over 50% due to regulatory restrictions taking effect according to the Bank of Russia Ordinance No. 5968-U (5968-У).

At the same time, the market demonstrated some correction in favor of fixed-income universal life insurance products.

Sber Life Insurance launched the Managed Capital product, similar to unit-linked programs popular abroad. The product involves investments in model portfolios and provides insurance protection. The program is essentially a mutual fund with insurance coverage as it combines the advantages of traditional financial instruments and insurance protection. There are model portfolios for different industry sectors and types of assets. They include portfolios focused on stock and bonds of Russian companies specializing in ESG and national projects.

<div style="background:#d4e9dc; padding:8px;">
The Managed Capital program offered by Sber Life Insurance won the Investment Leaders Award in the Best Investment Insurance Product category.
</div>

In 2022, the bank offered its customers an RMB product. Insurance products with a variable denominated income combine the benefits of insurance and traditional investment tools. Customers conclude contracts and invest their capital in life insurance policies. These funds may be invested in various types of assets, including in bonds denominated in RMB. The product is designed for affluent customers.

The Bank has launched a new universal life insurance program called Life Formula. With this program, you can protect your family and yourself from unforeseen circumstances as well as achieve your financial goals, i.e. save money for major purchases, pension or to transfer capital.

Salute, Sber's virtual assistants can now top up investment life insurance (ULI) accounts. You can say: "Salute, I want to top up my ULI account", and our virtual assistants will check the current contracts with Sber Life Insurance.

Sber Life Insurance is actively engaged in implementing artificial intelligence in its operations: computer vision digitize documents, while neural networks assist in generating policies and processing customer files. The next step is to teach AI to make correct decisions on insurance claims, automate routine work and accelerate insurance payouts. Large-scale implementation of AI is planned for 2023.

For the second year in a row, Sber Life Insurance was recognized as the best Russian insurer according to the jury at Wealth Navigator Awards 2022.

Expert RA Agency assigned ESG-III(a) rating to Sber Life Insurance. It is the part of strict compliance with sustainable development principles in the process of key decision-making. The rating outlook is positive.

The company's achievements were recognized in each of the ESG areas—Environmental, Social, Governance.

SBER

## Personal Financial Planning

Finance Analysis and Total Funds services now offer personal financial advice helping customers to save money.

Financial Advisor feature based on the Salute virtual assistant allows you to check your finances. The feature gives customers all the essential financial information on a single screen—total account balances, nearest payments to make, earning/spendings during this month. Financial Advisor is able to tell you about different types of tax credits and ways to receive them, as well as to apply for a tax credit using SberSolutions service.

The Wealth Analysis feature allows you to check your entire assets, including those held outside of Sber—both financial and property assets. It allows customers to estimate the value of their portfolios more accurately.

Share of SberBank Online customers using the personal financial planning service

78.6 %
+38 p.p. YoY

DAU of all personal financial planning services

12.2 MN
+108% YoY

MAU of all personal financial planning services

61.3 MN
+46% YoY



## Pension products

- The number of non-state pension contracts has exceeded 62,000. The gross premium written of the non-state pension funds is RUB 14.3 billion

- The number of contracts concluded via Sber's digital platforms and the website of Sberbank Private Pension Fund continued to grow and exceeded 26,000 in 2022. Gross premiums written through digital channels amounted to RUB 1.6 billion, i.e. +23% YoY

- The total amount of pensions paid under mandatory pension insurance and non-state pension schemes rose twice YoY to RUB 8.4 billion

In 2022, the functionality for receiving and processing applications from successors under mandatory pension insurance policies appeared on personal account page of the Sberbank Private Pension Fund website, and a service for updating personal data through Gosuslugi portal was introduced.

The customers of Sberbank Private Pension Fund can now apply for after-sales service via SberBank Online.

Pension Storefront now features a Tips tab with answers to the most popular questions about pensions: what is insurance seniority and insurance pension? what does a fixed payment depend on? and what is a "state pension"? In 2022, the Bank's customers used the Pension Storefront more than 22 million times.

**The digital Pension Storefront offered by Sberbank Private Pension Fund won the Digital Leaders Award 2021 in the Solution of the Year category. Experts highly rated the innovative developments that help increase the efficiency of internal processes and improve customer experience.**

Sberbank Private Pension Fund was the first of all private pension funds to become among the leaders of a new ESG index prepared by RBC and the NCR rating agency. Experts have included the fund into a group of companies whose ESG indicators are above the average.

## Private Banking—private wealth management





Net promoter score (NPS)

86 %

The vast experience and expertise accumulated by Sber Private Banking during the 10 years of its operation, as well as caring attitude to customer requests played an important role in 2022, when the bank's opportunities were limited by external circumstances. The customer base growth and high NPS reflect Sber Private Banking's ability to adapt quickly and provide the best service in any situation.

**In 2022, Sber Private Banking won CX World Awards, an annual award in the customer experience industry, and was recognized by its colleagues and partners as the Partner Bank in the Ideal Storm as part of the annual Wealth Navigator Awards 2022.**

The structure of customer portfolio changed in 2022. The share of investments in the portfolio decreased, and the currency structure also changed.

2022 was marked by opening of the Sber Private Banking office in St. Petersburg, as well as the release of a major study in the charity market. Developing systemic philanthropy in Russia and supporting customers in their charitable projects is one of the focuses of Sber Private Banking and a part of its long-term development strategy.

SBER    REVIEW OF RESULTS > B2C ECOSYSTEM: WEALTH MANAGEMENT

## Brokerage business

### BEST FINCOME 2022

CIB financial skills of Saluto virtual assistants ranked third in two categories:

- the Best Proprietary Fee and Commission Product
- the Best Digital Product

During 2022, Sber continued to develop brokerage services, meeting customer needs and improving reliability.

The system's capacity to process brokerage transactions improved—it can handle up to 2 million transactions per day, while cash-in/cash-out transactions now take 3 minutes instead of 3 hours. These technical improvements helped us to go through the turbulent period without critical incidents.

Thanks to a number of innovations, we streamlined customer journey meeting basic customer needs more efficiently. In particular, customers can now open and close brokerage accounts, receive simplified tax credits and brokerage reports in the SberBank Online mobile app.

In terms of new products and launches, the last year saw some important events: the introduction of local bonds in the SberBank Online mobile app and SBOL_pro app for branch managers; the start of RMB trading on the stock section; teaching the Saluto assistant the brokerage services skills—they can now advise customers on exchange rates, key quotes, and stock market behavior.

Sber retained its market leadership by assets and customer base:

- with 195,000 actively trading customers, Sber is among Top-3 players

## Depository

The Depository took measures related to the availability of financial instruments to protect the interests of customers.

The Depository's functionality has been expanded to enable it to process new formats of electronic mortgages—electronic mortgages issued for mortgage loans with several mortgage items, with shared ownership, under co-investment agreements.

We improved customer service in terms of corporate actions with securities: customers receive personalized SMS messages in the event of dividend and coupon payments with detailed information about the amount of payment, tax, and the account to which the money was paid.

Automated processing of notary requests by the Depository is now available.

In 2022, the depositary functionality of SberBank Online successfully migrated to the target Sber Unified Front-End System. During the migration, the interface was updated to improve customer journey for a number of depository services.

## SberInvestor mobile app

MAU
**280.5** THSD
+81% YoY

DAU
**81.2** THSD
+92% YoY



In 2022, Sber continuously adapted the SberInvestor app to new external conditions. The improvements are related to changes in access to financial markets.

Key MOEX and RTS indicators were added to the Market section. Customers are now provided with thematic collections put together by SberCIB Investment Research analysts, containing state-of-the-art investment ideas, descriptions of asset drivers and prospects. These improvements boosted the app popularity, increasing its MAU by 15,500 customers.

Asset cards have been complemented with issuers' operating and financial indicators, which helps the customers in their decisions to buy or sell assets.

In December, a new feature was added to the app that allowed to maintain cash positions by broker account rather than by trading platform; this simplified broker account top-up and the buying process as now asset do not have to transfer money between trading platforms to manage their cash positions.

The new multi-block architecture implemented in 2022 allows to support large numbers of customers and provides a flexible scale-up capability.

The crash free rate, i.e. the share of sessions that were not abnormally aborted, increased to

**99.8** %

# B2B Ecosystem. Corporate and Investment Business

The client has always been and remains Sber's topmost priority. Sber has helped customers adapt to new realities just like it has done itself: Sber started offering corporate loans in yuan, launched bi-currency deposits via SberBusiness online bank, expanded the list of currencies available for conversion, launched SberTrade, a securities trading platform. Sber always remains a reliable partner for its clients: in spring of 2022, Sber refrained from raising loan rates, remaining the primary conduit of government support.

Our corporate loan portfolio grew by 11.4% over the year, exceeding RUB 18.6 trillion (with exchange rates factored in, this growth was 13.2%). Portfolio growth was mainly underpinned by active lending to housing development companies, as well as by channeling government support monies. Over the year, more than RUB 15.1 trillion worth of loans was extended to corporate customers, up 5.1% year-on-year; Sber retained its lending market share at above 32%.

**Active corporate customers[1]**

\> 3 MN

+3% YoY



**Corporate loan portfolio**

18.6 TN RUB    +11.4% YoY

**Share of Russia's corporate lending market**

\> 32%

**Index of customer satisfaction with B2B products and services**

82.8%    +11p.p. YoY

AI-based predictive routing allowed us to reduce the waiting time on the corporate customer support line to **17 seconds**

×2

AI algorithms allowed to identify and resolve outstanding client issues **in real time**

**Frank RG:**
No. 1 in the "Best Micro and Small Business Advisory Service" category

No.1



1 Using a methodology comparable to 2021

SBER

# GOVERNMENT SUPPORT PROGRAMS WITH SBER'S INVOLVEMENT

In 2022, a number of anti-crisis programs were launched, the most prominent of these being:

**The Government Support 1.5% Program,** a temporary special vehicle whereby the Bank of Russia provided liquidity at 9.5% for on-lending to SME at 13.5% for medium-sized businesses and 15% for small businesses, with a funds availability period of 365 days. In 2022, the cost of contracts concluded as part of this program amounted to RUB 117 billion.

**The Russian Agricultural Ministry's soft lending program for system anchor businesses** (Government Resolution No. 375): the cost of concluded contracts was RUB 70 billion.

**The anti-crisis program aimed at stimulating lending by credit institutions of systemic importance:** the Bank of Russia rate is 4%, with on-lending to SME at rates not exceeding 8.5%. In 2022, the cost of concluded contracts amounted to RUB 9 billion.

**The Russian Industry and Trade Ministry's soft lending program for system anchor businesses** (Government Resolution No. 393): in 2022, the cost of concluded contracts amounted to RUB 515 billion.

**The program aimed at stimulating investment lending by credit institutions of systemic importance (currently covers investment loans, working capital loans, and revolving loans):** the CBI rate is 9.3%, with on-lending to SME at 13.5% for medium-sized businesses, and at 15% for small businesses, with a funds availability period of 1,095 days. In 2022, the cost of concluded contracts amounted to RUB 26 billion.

**Sber continues to develop its Government Program Builder,** a convenient tool to assess whether a company qualifies under any existing government support programs; customers may use this tool to apply for program enrolment.

At the end of 2022, 22 government support programs, including 5 federal ones and 17 regional ones, were available to Sber customers via this service. In 2022, due to the service transactions of more than RUB 105 billion were realized.

Government-supported small and medium business loan portfolio, taking into account the restructuring programs

> 1 TN RUB

# SMALL AND MICRO BUSINESSES

## Small and Micro Businesses remains a priority segment for us

The partner channel plays an important role in customer acquisition, accounting for up to 40% of new customers. Customers may also use this channel to sign up remotely for bank services: 67% of acquiring service agreements and 20% of salary project agreements are executed and 22% of guarantees (by value of commitments) are issued without a bank visit.

As a trusted provider of the Russian Federal Tax Service's Certifications Center, Sber issues qualified electronic signatures to corporate executives and individual entrepreneurs. In 2022, over 200 thousand electronic signatures (ES) were issued to Sber's corporate customers (93 thousand in 2021). ES issuance was extended onto executives of non-customer legal entities and non-customer individual entrepreneurs: over 60 thousand ES certificates were issued to such entities. Over 30% of non-customers that applied for an ES later signed up for Sber's cash management services.

**Active SMB customers**

**2.7** MN   +3% YoY

### Lending



**SMB loan portfolio[1]**

**>4.4** TN RUB   +14 tn RUB

**Share of SMB lending on the Russian market**

**46** %   +5 p.p.

**Share of small and microbusiness customer loans extended online**

**65** %   +9 p.p. YoY

Sber endeavours to make the lending process simple and easy for the customer under any circumstances. Based on 2022 results, online loan issuance grew by 6 p. p., for which a number of improvements and modifications had to be made. New implementations included online signing of tender bonds and automatic appraisals of specialized machinery, as well as the online signing option for LLCs with multiple founders.

Non-customer individual entrepreneurs now have the ability to calculate their credit potential in SberBank Online, without the need to open a current account or to file documents. This option is available to 320 thousand non-customer individual entrepreneurs via SberBank Online mobile app. A similar service is available to existing SberBusiness customers; over the year, 123 thousand customers used this tool.

The Installment for Businesses service allows smaller companies to access bank tools for the procurement of goods on large marketplaces. To do so, the customer should choose the installment option at check-out and use its SberBusiness ID to sign in. The bank will make a decision on the installment request in just 3 minutes. The Installment for Businesses service was used to open RUB 19 billion worth of limits, 12 times more than the 2021 total.

[1] According to the lists of SMEs included in the register of the Federal Tax Service as of December 31, 2022

## Convenient business growth tools

An updated service package line was implemented. Double Accelerator for those who actively grow their business, and Double Full Speed for those with very high acquiring activity. Another package launched was the Individual Business package for customers who have individual accounts of up to RUB 500 thousand a month, transfer funds to third-party legal entities and deposit cash via ATMs. All packages incorporate the most popular non-financial services across Sber's B2B ecosystem: Business Lawyer, Individual Entrepreneur Accounts, Staff Sourcing and Recruitment, Electronic Document Flow Management.

### 6 industry solutions became available to all corporate customers:

Over 90 thousand companies are already actively using these solutions

### SberBusiness. Wholesale solutions

Many labor-intensive processes faced by wholesale companies are now automated. The solutions are three-dimensional. The first one is sales, platform integrations with email, messengers, website and telephony allow to control order delivery deadlines and quality, including, among other things, counterparty screening. The second one is order and document handling automation, a special wizard helps to generate invoices, contracts, and sales proposals, while the marketing block enables automated trigger-driven mailouts across the customer base. The third dimension is sales analysis that allows to evaluate the quality and speed of managers' work, sales funnels, forecast revenues, and do many other things.

### SberBusiness. Services

The service solution for such businesses as beauty salons and barber's shops helps to keep an electronic visits log, manage floor staff work, gather statistics, and analyze business indicators. It also provides shop customers with the capability to make appointments online making it easier to engage with the customer base. Either shop staff or the business owner may keep the visits log, put together work schedules, manage automated customer messaging via Telegram. The manager gets shop operations reports and detailed analytics on key company indicators. The product is available via the Internet Bank and the mobile app.

### SberBusiness. Retail solutions

The retail solution enables entrepreneurs that use Sber's current account and acquiring services, monitor the free point-of-sale analytics (number of unique buyers, repeat customer rate, revenues, average check). This is an unparalleled market tool that allows entrepreneurs in the small and micro business segment to visualize their buyer profile: their gender, age, total spend levels, and industry-specific spend for those visitors that bought anything at the customer's store. With this tool, business owners can conveniently benchmark themselves against competitors. All analytics are presented in the form of dashboards, and the data gathering process is fully automated. The solution will give a timely alert on any meaningful fluctuation in sales parameters and will offer tailored advice on business development. The built-in location evaluation service may help find an optimal place to open a new store or deploy an advertisement.

### SberBusiness. Real estate

The commercial real estate rent solution provides a company with a "one-stop shop" for running a real estate renting business. Landlords manage properties, post TO LET announcements, source tenants, automate the billing processes, they can also download a legally correct lease agreement template pre-filled with their own details and tenant's details, and remind debtors of any bills outstanding. Landlords can also book viewings and track their status, and for new rentable properties and analyze tenants' business status at existing ones.

### SberBusiness. Transport

The transport solution is a useful cargo transportation management tool for business owners and drivers. The business owner passes orders over to drivers online, tracks order statuses, monitors traffic fines expenditure, insurance expiry dates and vehicle maintenance costs. A complete set of accompanying documents is generated with one click of a button. The solution is convenient for drivers as well: they receive orders and track their status in the SberBusiness mobile app, monitor transit, loading and unloading points, assess trip durations and distances.

### SberBusiness. Housing and communal services

The automation service for management companies and condos is somewhat different in form. The Housing Services solution comprises three elements: the online platform, the service provider's app, and the resident's app. The online platform keeps a single database of managed properties, residents, metering devices and management company personnel. It also helps to manage residents' complaints, assign them to personnel members responsible for doing the job, and monitor completion deadlines and quality of work. The service provider's app tracks and processes new complaints in near-real mode, keeps residents informed of the complaint status, even when there is no Internet connection. Finally, the resident's app allows residents lodge complaints and track their status, submit meter readings and pay utility bills online.

# SMALL AND MICRO BUSINESSES

## Key awards

### CX World Awards 2022

Real Estate industry solution—winner in the Best User Experience (UX) category

### Golden Mercury (Chamber of Commerce and Industry)

Sberbank's industry solutions won in the Best Banking Application for SME 2022 Award. Sberbank also won two special awards, Leading the Time (entrepreneurs' choice) and Breakthrough of the Year (expert jury's choice)

### FinAward 2022

Industry Solution Launches, No. 1 in the B2B Marketplace or Ecosystem Solution category

### Company of the Future 2022

Sber's industry solutions won in the Digitalization category

### Stolypin Economy and Finance Awards

Measures of business support from the bank and the state:
No. 1 in the category For Support of Small and Medium-Sized Businesses during the Economic Recovery

## Sber develops transactional services for customers and convenient channels

Since April 2022, Sber has offered MIR debit business cards to individual entrepreneurs and legal entities. Debit, premium, credit business cards, whether physical or digital-only, are activated in just 30 minutes on the day of issue. The MIR business card allows to pay for offline purchases with a smartphone via the MirPay service for NFC-enabled Android devices, purchase things in online stores, transfer money to business cards and private cards of Sber's individual customers. From 1 October, Sber became a banking member of the Fast Payments System for legal entity payments to private individuals; to make a payment, one only has to know the recipient's mobile number.

Improvements were made to the process for automatic closure of a zero-balance account that remained dormant for two years; the bank system analyzes accounts on a monthly basis and sends account closure notifications to customers by email; the account will be closed after 60 days.

**Active business cards**

909 THSD

**Share of business cards in non-cash settlements effected by corporate customers**

50%

## SberBusiness

Sber has grown the number of active users of SberBusiness online banking.

Maintaining accessibility and retaining the digital bank's active customer base became our focus after the app was removed from App Store and Google Play in the spring of 2022. Sber provided users with the opportunity to download the app for Android devices from alternative platforms.

In July 2022, the automated simplified taxation system service, AutoUSN, was added to SberBusiness. The service became available to the Bank customers in four of the Russian regions where the Federal Taxation Service is piloting this special tax regime: Moscow, the Moscow and the Kaluga Oblasts, and the Republic of Tatarstan. A business owner can use the SberBank service to file the application for switching to AutoUSN, get information on tax assessments and pay taxes, all with just a few clicks. Besides, the service allows to relay to the bank some of the tax agent's functions, e.g. as regards assessment of the individual income tax on behalf of the business owner's employees. The Federal Tax Service will assess the tax on the basis of the data transmitted by the bank or the taxpayer via the cash register or the personal account. In Q4, Sber became the first to make the AutoUSN service available via the SberBusiness mobile app.

Starting from July, a new service, Invoices Receivable in SberBusiness, became available. It allows to quickly generate invoices and send them to counterparties via email or the SberBusiness personal account section.

**SberBusiness MAU (web + app)**

+3% YoY

2.7 MN

For iPhone users, Sber was quick to offer a modified web version adapted for smartphone use. This version has a lightweight home page, easier to handle within the confines of a mobile device display, and enables fast switching between the adapted and the regular web version. Therefore, customers with iOS-powered smartphones received a convenient and accessible alternative app. The year's average MAU for the SberBusiness app version adapted for mobile devices was 220,000 users.

The printable invoice form contains a QR code for scanning during payment, and a summary of the goods for which payment is made. The sender's electronic signature can also be displayed. Once the invoice notification is received, the counterparty's personal account section allows to make payments instantly. All this significantly reduces the time spent on payment order processing, along with the number of payments failing due to errors in payment details. After payment, the invoice status will change automatically both on the sender's side, and the recipient's side.

In December, the long-awaited functionality became available to SberBusiness users: individual entrepreneurs can now transfer money from SberBusiness to their private individual cards with just one click. The data will be pulled in automatically, only the transfer amount needs to be entered. This option was among the top-requested ones: 15% of customer support calls referred to the ability to transfer funds to one's own private card, as most of individual entrepreneurs use Sber services both as businesses and as private individuals.

# MAJOR, LARGE AND MEDIUM-SIZED BUSINESSES

## Lending

Decisions on short-term loans and bank guarantees for large and medium-sized businesses made using the Online Lending technology

**+14 p.p.**

**78 %**

Customers involved in public procurement have access to online guarantees with 100% electronic document flow, issued within 3 hours. The amount of guarantees issued over the year amounted to RUB 53 billion. In addition, the Bank introduced automatic online publication of bank guarantees on the Federal Treasury website, which is convenient for companies involved in the contract-based public procurement as they can now quickly use the guarantee received.

Amount of continuing agreements issued using the Online Lending methodology

**801 BN RUB**

A new service, Collateral Self-Inspection, was offered to Sber customers: those maintaining long-term relations with the bank may inspect the pledged property themselves without the Bank officer's visit. Self-Inspection is performed with the help of Aspect, a dedicated mobile app, that reads geolocation and prompts how to short photos and videos correctly. 88% of customers surveyed find this service to be very convenient due to noticeable time savings.

In 2022, Sber offered its corporate customers a service unique on the country scale, that is online issuance of electronic tax and customs guarantees based on the offer acceptance scheme.

Sber carried on with the development of digital credit monitoring powered by AI models and aimed at reducing the human factor in credit risk assessments. Two new features were added: identification of manipulations with financial statements (this AI model is a pilot) and identification of beneficiaries' conduct risks. A retrospective test showed a high accuracy of fraud detection by these models, up to 90%.

## Residential construction financing using escrow accounts

Residential real estate developer loan portfolio

**+17**

**>3 TN RUB**

Sber continued to participate in the Low-Margin Housing Construction Subsidy Program, developed by the Russian Ministry of Construction, as well as in a new program for residential developers that was in effect in 2022 and allowed to provide affordable loan rates amid high volatility. In total, over 1,100 loan agreements with aggregate lending limit of RUB 2.1 trillion received government support under the Ministry of Construction Programs in 2022.

Customer digital transformation projects by the end of 2022

**+2 YoY**

**>540**

Customers are provided with both tailored and off-the-shelf digital solutions with Sber service embedded. By year end, the Bank's portfolio included over 540 digital transformation projects that use both Sber nonfinancial services and IT partners' solutions. In addition to projects aimed at the digitalization of individual technological or business processes, Sber helped a number of its customers to develop a full-fledged digital strategy encompassing the customer's entire business model.

For example, Sber, together with an IT partner, implemented a unique app-based online service project for the Migration Center in one of Russia's major regions; the app is highly popular among work migrants coming to Russia and allows them to avoid waiting in the line.

## Non-financial projects

Sber continues to evolve towards digital transformation of both its own business and its customers' business. All necessary infrastructure was put in place:

- a partnership program was launched for digital solution integrator IT companies; a total of 139 partners provide complete coverage of the Russian territory

- the SberPRO media resource was created that provides customers with useful information on business tools via experience exchange and leading industry expertise

- a proprietary training course was developed that discusses digital transformation methodology and real-life cases; 23 Listeners are customers on their digital transformation journey together with Sber

- Winner in the nomination "Service of the Year in the B2B segment" (according to TAdviser)

- CIO/CIO/CTO Award 2022 for "Digital project of the year"

For example, Sber remained a reliable partner and a provider of digital solutions.

2022 became a major challenge for our customers as they need to assure business continuity against the backdrop of western IT vendors leaving the market.

In this situation, Sber remained a reliable partner and a provider of digital solutions.

- Winner in the Oil and Gas Industry Digitalization Partner of the Year 2022 category

For example, a major transport company received Platform-V, Sber's cloud-based digital platform that fully covered the IT needs at the level of technological software and enabled development of all kinds of application products.

The cloud infrastructure was fully localized and access to a virtual data center was provided for the Russian division of a major international company.

Sber offered its proprietary HR platform to one of Russia's largest financial institutions, allowing it to abandon foreign solution.

## Mezzanine and equity financing

**556** BN RUB  +50% YoY
Sber's investment portfolio

In 2022, Sber increased its mezzanine financing.

Sber successfully exited 50 investments of RUB 120 billion in aggregate, twice the 2021 volume.

In 2022, Sber actively developed other IB market areas, refocusing on local investors, including retail ones, launching the IPO/SPO functionality in the Sberinvestor mobile app, and issuing "replacement" bonds in lieu of Eurobonds. Sber completed several major transactions in RMB on behalf of Russian companies in the local debt market.

After western companies left the Russian market in 2022, Sber almost immediately started actively offering a "financing + consulting" package internally, in particular, for the financing of business buyouts from foreign shareholders.

In terms of investment business automation, Sber launched a new product, the Out-of-the-Box M&A, that will help to increase the number of closed M&A transactions. The first M&A transaction within this new product was closed in the end of 2022.

## GLOBAL MARKETS

In 2022, despite the realization of external factors, Sber retained its platform for issuing investment products and became the No. 1 issuer on the Russian market. Despite the departure of foreign counterparties, Sberbank fulfilled all its obligations under interest rate risk hedging deals and continued to offer the full range of interest rate derivatives. Thanks to the use of Sber's algorithmic pricing tools, the interest rate derivatives market on the Moscow Exchange was relaunched successfully.

Provider of liquidity in RMB in the interbank market, with share of 83%
**No. 1**

Market maker in the OTC market of currencies of friendly countries
**No. 1**

Sber is the largest market maker on the Russian market of % derivatives with a market share of
**50%**

In 2022 Sber reoriented the FX business to work with currencies of friendly countries, in which new financial instruments of placement, financing and hedging were launched. The turnover in the RMB also increased.

For financial markets, Sber is developing its platform solutions:

- SberTrade platform for financial institutions for securities trading

- platform SberCIB Terminal for managing currency risk and liquidity, with the ability to trade on the interbank market, with indicative quotations for the bank's products and with relevant analytics

## TRADE FINANCE

In 2022, Sber actively developed its escrow account services for real estate transactions:

Escrow account balances
**2** TN RUB  +36% YoY

Customers who bought apartments using an escrow account, thereby enjoying secure transaction settlements
**238** THSD

Transferred from escrow accounts to developers
**>1** TN RUB

Individuals who got their apartments
**380** THSD

Sber pioneered a transaction where construction of a non-residential social real estate facility was financed using an escrow account.

All escrow agreements under Federal Law No. 214-FZ (214-ФЗ) are signed electronically; developers can execute transactions either via SberBusiness online bank or using the API technology.

Increase in the volume of transactions with domestic letters of credit for legal entities
**×1.4** YoY

Sber's process of opening domestic letters of credit for legal entities is fully automated. The small and micro business segment has access to uncovered letters of credit that allow to settle partner accounts securely without drawing on the business's working capital. In transactions with real estate, automatic opening of letters of credit based on electronic statements from Rosreestr has been implemented.

Growth in the number of small and micro business customers that used domestic letters of credit
**×2.3** YoY

Sber plays an active role as a conduit of government support measures for importers and exporters. The volume of contracts entered into within the Russian Industry and Trade Ministry's importer support program was RUB 57 billion, while the government-supported exporter financing volumes exceeded RUB 50 billion.

# COOPERATION WITH THE GOVERNMENT

Sber actively develops its cooperation with the government that has already surpassed plan lending and government support conduit roles. The capacity of Sber's technological platform makes it useful for the digital transformation of public sector.

Sber actively develops cross-border electronic document flow with neighboring countries to reduce costs and administrative barriers to cross-border trade. Two pilot projects were undertaken together with executive authorities and the business community to implement electronic documentation accompanying deliveries of goods in mutual trade with the Republic of Belarus and the Republic of Armenia.

Sber remains actively engaged in projects that meaningfully affect the quality of human lives, financing upgrades and development of modern communal infrastructure and social facilities in Russian cities.

A Sber's subsidiary acted as a financial advisor to the **Housing and Utilities Sector Reform Facilitation Fund** (a Government Corporation), within the communal infrastructure upgrade program of RUB 150 billion, financed out of the National Wealth Fund.

**75**

Number of public-private partnership projects approved in 2022

FOR THE TOTAL AMOUNT
OF OVER 60 BN RUB

Sber is actively involved in the development of the **municipal solid waste** (MSW) handling industry in Russia. As of 1 January 2023, the aggregate amount of credit limits approved by Sber for the financing of MSW handling facility construction projects exceeded RUB 62 billion.

Sber is the key lender to the **Development of Education** government program of concession-based school construction projects. By the end of 2022, 14 schools were set in operation and 44 financing decisions were made to provide RUB 56 billion.

Sber is an active participant of investment projects focused on the sustainable development of **domestic and inbound tourism**. In 2022, the financing of 247 projects was approved, including RUB 45 billion for the creation and modernization of state-supported tourist infrastructure. Sber remains one of the key partners in the Travel Cashback government program, providing more than half of payments as part of it. Bank customers received over RUB 12 billion in cashbacks for their travels on their MIR cards.

he Bank is actively involved in the development of the **Physical Culture and Sports Promotion government program**. The Bank helped to draft 13 applications within the first program "wave" of federal subsidies. The total volume of financing raised for the development of sports facilities exceeds RUB 20 billion.

# NEW TECHNOLOGY

## Blockchain    New technology in data

Sber launched a platform for trading DFA

Effect from applying artificial intelligence in Sber's Corporate and Investment Business

**>60** BN RUB

The platform is working in the pilot mode, the pioneering issues of monetary claim DFAs for legal entities, worth RUB 2.6 billion, were successfully implemented.

In addition, issuance of gold DFAs for business was launched on the basis of Sber's proprietary blockchain platform. Investors can purchase an equivalent of a traditional instrument, i.e. an unallocated bullion account, in a convenient digital format and earn investment income depending on gold price movements. The advantage of this new instrument is in a fast and convenient process of making a transaction which is initiated in the data system at the investor's request with the use of a smart contract and without intermediaries. Investors can also transfer their DFAs to other platform users.

Over 23,000 attributes were identified in transactional data. These are served by more than 150 models, validated on a case-by-case basis. This helps to predict credit quality, set prices, assign individual tariffs to customers for different products, and create services that help customers to avoid dubious transactions. All this enables seamless, instant and paperless interaction between customers and the Bank.

## OpenAPI

**519**

SberBusinessAPI integrations

+2 YoY

In 2022, more than 200 new customers were connected to SberBusinessAPI, our convenient bank integration service. The service is popular across all segments, from small and micro businesses to major customers, from marketplaces to the public sector.

All available API services are now showcased together on the bank's website, so that customers can conveniently choose the one they need. About 40% of our corporate customers sign up for the SberBusinessAPI digital channel services in the SberBusiness online bank on their own initiative. Once signed up, they can quickly access a set of basic SberBusinessAPI integration services without having to negotiate complex contracts.

**12** MN

Transactions performed by corporate customers using SberBusinessAPI every day

As a result, customers handle their salary projects, create ruble-denominated payment orders, obtain bank statements and do other things.



**Digital Leaders**

SberBusinessAPI won the nomination "Platform of the Year " in the category "Automation of internal and general corporate business processes"

⊘ SBER

# NON-FINANCIAL SERVICES

In 2022, Sber continued to actively develop its non-financial products and services for legal entities. Helping and supporting businesses in the context of an economic downturn became our focus.

**Analytical products** developed on the basis of big data gathered from bank and partner sources with the application of machine learning, data processing and visualization technologies are popular among large and medium-sized businesses in the spheres of trade, manufacturing, real estate, agro-industrial sector, pharmaceutical industry, as well as executive government authorities. Customers are offered products enabling assortment analytics, retail, production and wholesale analysis, value chain and business market analysis.

Dozens of regional development projects were implemented, aimed at increasing the regional tourist traffic, improving the infrastructure and investment climate, monitoring regional economic indicators and improving the quality of human life.

We offer high-tech **business process outsourcing services** for companies in any industry. These include outsourcing of accounting functions, financial consulting, preparation of RAS-based financial statements in Russia, legal consulting, tax consulting.

Sber conducted trainings and webinars on anti-crisis strategies for business, developed product lines catering for present-day needs and objectives, provided various free-of-charge services to customers as part of the overall business support agenda that enhanced efficiency and helped to find new growth points.

**The platform for performing electronic trading procedures** in accordance with Federal Laws No. 44-FZ (44-FZ) and No. 223-FZ (223-FZ), Sber issues bank guarantees via the electronic channels of the platform. Bids are scored using AI.

**The platform for entrepreneurs** provides a wide range of services and knowledge for business. In 2022, the average platform traffic increased by 16% exceeding 190,000 users.

During the year, more than 500 new materials were released, aimed at promoting entrepreneurship in Russia, assisting start-ups and accomplished businesses in solving their day-to-day issues. We delivered several free marathons and launched 7 synchronous courses on topics related to business adaptation to the new environment, sales growth, and the personal brand. These free events were attended by over 30,000 people.

**All digital products and services for doing and growing business comfortably with regard to document flow** are continuously adapted to regulatory changes as part of the digitalization agenda.

One of these services is maintenance of the electronic transportation documents data system. Another one is a latest generation product for filing government reports via a secure data center.

The electronic document exchange system is used by 560 merchant networks and 3,200 of their suppliers.

**The e-commerce management platform** allows entrepreneurs to easily launch and manage an online business, trade through an online store, marketplaces, social networks, or other storefronts. In December, a new product was offered where customers get an online store with a ready-to-go set of minimal e-commerce functions up and running in just 15 minutes. To get registered, new entrepreneurs can use their SberBusinessID or a one-time SMS/email code.

**Business automation IT solutions** in the area of marketing, analytics, and sales; it also implements off-the-shelf solutions for rapid embedment into customers' IT architecture. Development of AI-based services aimed at business efficiency improvement is another key focus for the Bank.

The CRM SaaS system offered is software of domestic origin registered with the Ministry for Digital Development that fully substitutes imported analogs. A marketplace of external applications (telephony, fintech, ecosystem sales connector, messengers, etc.) has been launched that allows to connect all services necessary for business automation within one SaaS platform. In 2022, over 190,000 new customers signed up for this service.

This **geoplatform for business and government** applications and a developer toolkit is an efficient advertising platform and a product that allows management of a business's digital footprint. For 88,000 advertisers, this platform became an important advertising tool after foreign companies left the Russian market.

# DEPOSITORY SERVICES FOR CORPORATE CLIENTS

According to the decrees of the President of the Russian Federation and resolutions of the Bank of Russia, we complied with the regulatory requirements for restricting the debiting of Russian securities from the accounts of non-resident customers and for crediting yield on their Russian securities.

The Depository's functionality has been expanded to enable it to process new formats of electronic mortgages issued for mortgage loans with several mortgage items, with shared ownership, under co-investment agreements.

We provided the infrastructure and participated in two securitization transactions of Sberbank's electronic mortgages for the amounts of RUB 155 billion and RUB 61 billion.

The first was the largest transaction of that type in Sberbank history.

# SERVICE MODEL AT SBER BRANCHES

Starting from 2022, legal entities are served at all Sber business offices that process banking transactions (deposit, card, and lending transactions). The number of offices that offer the most popular services to companies and organizations, doubled over the year, reaching 3,245.

The most popular services include current account opening, SberBusiness online bank, business cards, salary projects, self-service cash collection, merchant acquiring, as well as non-banking services such as personnel sourcing and recruitment, Business Lawyer, Electronic Document Flow Management, Individual Entrepreneur Accounts, Secure Business.

With the help of the SBOL.pro tool, the office salesperson may use his or her tablet to open a current account, sell service packages and satellite products.

2022 saw an increased traffic of corporate customers that visited bank branches to register their businesses, open current accounts and sing up for other banking and non-banking products. The majority of this incremental customer traffic in cities of 500,000+ people was observed starting from June when we expanded service availability to corporate customers.

# Corporate insurance

In 2022, we continued to improve our product range and integrate corporate insurance products into digital sales channels, including SberBusiness digital bank platform. As a result, today we can offer the entire corporate insurance product range in our digital channels: from entering into an insurance contract to paying for the policy and its renewal, to submitting documents and settling losses.

Personal Protection product on SberBusiness platform is incorporated into the lending process allowing to reduce the interest rate for the customer.

While migrating to target platforms, we created proprietary infrastructure which will support all the stages of business processes related to the corporate insurance on Sber Business platform.

## B2B car insurance

In 2022, the product range of corporate motor insurance products was reinforced with MiniKASKO, a new product with coverage of RUB 1 million including evacuation and accident manager services and no limits on customers and vehicles.

## Trade credit and bank guarantee insurance

Sber is actively developing new specialised insurance products. Thus, in 2022, trade credit (accounts receivable) insurance became available to corporate investment business customers. This insurance is an efficient risk management tool for managing credit risks of corporate customers.

To mitigate SberBank's own risks, we developed and launched pilot bank guarantee insurance for major, large and medium-sized corporate customers. This type of insurance is beneficial both for the bank and the corporate customers as it guarantees the reimbursement of bank's losses upon execution of a bank guarantee.

## 360 Protection

In 2022, we proceeded with major redesign of 360 Protection, an insurance constructor product for individual entrepreneurs and small and micro businesses. The product includes four blocks where customers can insure their property, finances, personnel health and civil liability, as well as reimburse legal fees for contesting a tax inspection report. The product is deployed in digital environment and serves as a one stop shop for corporate customers wishing to insure their business risks online. In each block, customers can select the coverage amount. Risks blocks can also be selected depending on a customer's business profile.

In 2022, the insured amount Limits in every block were increased to RUB 15 million for property risks and RUB 5 million for personal risks for every insured person. Customers can also add some risks of their choice to selected blocks. The number of objects that may be insured has been increased to include 5 locations.

## 360 Protection constructor product for small and micro business and individual entrepreneurs

- 96.1%—customer satisfaction index (CSI) of Protection 360, +37 p. p. (the index measured the speed and, ease of service delivery, as well as the quality of interaction with the Bank's employees)

- CX World Awards finalist in Innovative Services/Products category

- the prestigious international Bronze 2022 Stevie Winner award in the Business Intelligence Solution category of The Stevie® Awards for Sales & Customer Service contest.

## Save Health

In 2022, Sberbank Insurance launched the sales of Save Health, its own voluntary health insurance program for small and micro businesses. Sberbank customer managers help entrepreneurs to apply for a policy. The program reflects the most common needs of this segment and offers several options to be selected by customers.

Over 4,500 private and public medical institutions throughout Russia are among the program partners. The minimum cost of the program is RUB 6,400 depending on the options selected, the number of employees and the region. With this program, customers can insure even a single employee.

SBER  REVIEW OF RESULTS > SALES NETWORK

# Sales Network

## Sber branch network

| | 2020 | 2021 | 2022 |
|---|---|---|---|
| **Branches and service offices[1]**, thsd | 14,162 | 13,637 | 12,618 |

The number of Bank branches within the city network shrank by 510, which accounted for 3.7%, as a result of lumping together branches with low customer traffic while maintaining financial service accessibility.

As for the rural network, the number of branches there was reduced by 515, or 3.8%, as agreed with the Bank of Russia, and alternative service outlets were set up instead: self-service terminals, a mobile service point, and a banking payment agent. The branches were closed when we were unable to find space and (or) personnel for six months.

In 2022 the flow of customers visiting Sber for basic, i.e. financial, services decreased by 6% year-over-year. The main reason for it is the Bank's years-long trend towards digitization of its most popular services. Additionally, customer interest in branch servicing was suppressed by the restrictions imposed in 2022 on foreign currency withdrawal. March and June saw upticks in visits to Bank branches in connection with deposit operations amid significant interest rate volatility, an increased demand for MIR cards following the pull-out of international payment systems from Russia, and an increased demand for cash.

The flow of customers coming to branches with non-financial needs doubled in 2022 due to a greater amount of parcels, ecosystem product sales, and pharmacy outlets in branches. In 2022 the Bank started offering additional reasons to visit its branches, such as coffee points and pickup lockers.

That same month, Sber opened its first branch based on Islamic finance standards and Shariah religious principals in Kazan. Individual and corporate customers gained access to partner finance products: Mudarabah (trusted asset management), Khilal investment instruments, trade finance, bank guarantees, settlement and current accounts, cash management services, and others.

## Service model at Sber branches

In 2022 Sber migrated all its branches to a new queueing system, which is centrally configured and flexibly managed. It helps make advance appointments and do smart rerouting, reduces the workload of the support team and is compatible with sales assistants' tablets. The menu of the new system has fewer buttons, is more intuitive and positions priority products at the top.

A universal manager role pilot was launched in 2022 across 164 business offices with low customer traffic (under 250 customers per day). It is intended to improve service quality and network efficiency. The pilot resulted in a 30% productivity boost and will be replicated in other offices with similar customer traffic.

The Bank revised its rural network. It created a separate role of a universal rural network employee and a technology of seamless transition from the legacy automated system to the new SBOL.pr platform, which makes it possible to customize service offering to customers willing to perform a transactional operation.

Sber continues expanding the range of non-financial products and services offered by the Bank and its partners in rural areas, including telemedicine products specially designed for rural residents and available at prices starting from RUB 399.

Sber's banking payment agent plan remains, with over 3,500 retail outlets offering an option to withdraw cash from a bank card in the checkout area. People in more than 3,100 remote and hard-to-reach areas are already taking advantage of this service. Cash is withdrawn in stores more than 50,000 times every month.

| | 2020 | 2021 | 2022 |
|---|---|---|---|
| **Agent network outlets**, thsd | 4.2 | 4.2 | 3.7 |

### Customer traffic in Sber branches, mn tickets in the queueing system



● 2021  ● 2022

| | jan | mar | jun | sep | dec |
|---|---|---|---|---|---|

36
34
25
23
28
27
31
29
33
28

[1] Branches and service offices include: Head branches and branches of the Bank, cash management and collection centers, business offices (performing banking operations with deposits, cards and loans), operational offices (performing transactional operations: payments, transfers, currency exchange, mobile service points, premium service offices, and specialized additional offices for corporate customers

# SBOL.pro platform in branches

SBOL.pro is a new platform used at Sber for prompt customer service. It helps demonstrate and flat applications for products on a tablet as well as a personal computer. With its default configurations, it guides employees through each step of the service process to minimize errors. In addition, the platform uses knowledge about the customer to suggest products they might like.

SBOL.pro platform is also fitted with a training module for employees to review a presentation about any product without a customer, practice their selling skills and leave a comment about the product.

## Teal culture

| Teal branches, thsd | 2020 | 2021 | 2022 |
|---|---|---|---|
| | 1,563 | 783 | 1,489 |

The principles of trust and openness among team members, which underlies teal branches based on a flexible management model, remain a major component in Sber's system of values. Teal branches are exempt from oversight and approval procedures by the Central Head Office; they are in charge of their own headcount, motivation, and business. The share of teal branches increased over the year due to meeting established sales indicators.

> Today SBOL.pro, which does not depend on other technological solutions, hosts employees across all roles in all Sber branches and is used for issuing products and performing certain types of transactions.

## Smart Management System (SMS)

SMS is the main tool for Sber sales network management. In 2022 it was enhanced with end-to-end signals combining sales, technology, and level of expertise for employees at all levels. SMS uses an ML-based city clusterization model, which informs the task potential identification. The number of tasks per employee was reduced in 2022, meanwhile focus product sales gained 20%. A new performance module called "5Ye" empowers employees to manage their own development.

These additions to the SMS allowed managers to oversee the execution of complex tasks, receive timely updates about employees' key results, and centrally manage priorities across problem areas in line with their criticality.



# Sales outside of Sber branches

Sber continues to develop mechanisms for product sales outside its branches through external distribution channels, financial delivery, agent and partner networks.

## Financial delivery

In 2022, 263,000 deliveries of financial products and services were completed—thrice the 2021 amount. Over 9,000 deliveries were made to corporate customers. The most popular services were bank card delivery, including payroll cards, on-site signature of mandatory pension insurance and cash management agreements, and amendment of a customer's legal file.

## External distribution

External distribution employees process Sber products outside branches, including SberPrime subscriptions, pre-approved credit cards, consumer loans, non-financial services, etc. In 2022, the external distribution range was supplemented with new products: As Payroll, All Doctors Online Light, KASKO, OSAGO, SberBox Time, Family Health+, Business Environment, Digital SberCard MIR, SberLegal and others. SberPrime annual subscription, the ecosystem flagship, is sold everywhere in Russia.

A pilot was successfully completed to engage employees in arranging direct sales of the payroll plan to new companies as well as new salary earners in companies that already are Sber customers. The pilot helped attract 335,000 new retail customers in total.

## Sber's presence outside branches

We continue to explore the idea of locating Sber employees in zones of customer flow concentration—in shopping malls, food courts, airports, etc. In 2022 this format was somewhat transformed to cut rental costs and test such elements as a coffee shelf, a SberDevice shelf, a charging station, tables and chairs for operations that take a long time.

2022 was a year of transformation in response to changing customer needs. In particular, Sber started offering a new service for quick, "single-touch" filing and processing of applications for credit and debit Momentum Sbercards issued on site. 73,000 credit cards and 3,000 debit cards of the Sbercard Momentum variety have been issued since day one of the offer.

2022 made it possible to apply for an education loan without going to a branch, including for minors. The service is provided by a Bank employee on a tablet using the SBOL.pro platform. It became popular right away—the number of yearly sales grew by sevenfold; almost 11,000 education loans were disbursed

# Service quality in the sales network

Decrease in the number of customer queries related to services in the network over the year

## − 9 % YOY

Customer satisfaction with the network service quality

## 93.1 %  + 1 p. p. YoY

### Main steps taken by Sber to improve customer service quality in the network:

- Service quality management in the SMS using specially added tools
- Transfer of customer service processes to the SBOL.pro platform, customer experience audit, and fraud audit during the enhancement of products sold in the network
- Analysis of feedback from customers and employees about products that generate the most negative customer response, cooperation with product teams to follow up on customers' criticisms
- Employment of a Voice Simulator, a training tool for developing the skills of quality service and sustainable sales.

# Sber Premier

SberPremier is one of Sber's premium service channels. The channel format and technology were majorly transformed in 2022.

Customer service quality in this channel remained consistently high throughout 2022: the Customer Satisfaction Index (CSI) over the year climbed from 94% to 97%. The number of complaints and queries in the channel went down 10% over the year.

SberPremier product range was also modified. In 2022 the Bank launched a new Premier service package with better cashback terms, bonus point conversion into rubles, and a SberPrime subscription.

We changed the investment portion of the channel product range: the share of protection products was reduced, while the share of investment products rose from 45% to 68%, particularly due to financial planning tool recommendations. The result was a 16% increase over the year in assets under management.

The channel optimization helped maintain a high quality of service without increasing the headcount of customer managers.

We made some other organizational changes, which had a positive effect on the channel. The Bank started offering premium service support to SberPremier customers, who were transferred directly to the designated call center line.

# ATMs

| ATMs, thou. pcs | 2020 | 2021 | 2022 |
|---|---|---|---|
|  | 51.6 | 48.4 | 45.2 |
| • of which ATMs with cash recycling | 32.0 | 35.0 | 44.8 |

Network technical accessibility level

## 96 %

### All self-service terminals are now using software created at Sber

Sber continued to upgrade its ATM network: 8,184 ATMs in a new #BlendEdition design with intuitive interface were installed in 2022. The average ATM age across Sber network is 3.5 years. All ATMs feature a contactless technology and offer a personalized home screen.

Sber kept the possibility for its customers to use ATMs without a card and offered to withdraw cash by a QR code without a card as an alternative to SberPay mobile wallets. Cash can also be deposited at Sber ATMs into MIR cards issued by other banks.

Salute voice assistants in the SberBank Online mobile app can help to find the nearest self-service terminal or branch.



# Risk reduction in the sales network

## Operational risk management

**Sber performed a risk audit of 350 products and processes in 2022**

Sber is working hard to reduce operational risks. As a result, we are now able to proactively identify up to 82% of risk at the first and second lines of defense. The share of proactive internal fraud detection grew thanks to Risk Atmosphere tools. The Bank approved an internal fraud counteraction program.

To reduce operational risk together with the cybersecurity unit, we expanded the list of operations with embedded "smart oversight" mechanisms (it includes all operations performed on the new SBOL.pro platform), which brought down the need to call for a "second pair of hands" by 23% in the Bank branches.

Operational quality controls is carried out for financial and non-financial products and services of Sber's ecosystem. We cut by half the number of defects in the process of accepting/releasing Sber Logistics parcels in branches.

To prevent operational risks in the network, we introduced a complex Risk Atmosphere goal in the SMS along the management vertical.

We created new algorithms for Risk Atmosphere and Fraud Monitoring to monitor abnormal money crediting into accounts of employees or third parties and detect theft from cash registers.

Cash register counting mistakes in branches are corrected automatically; a robot-operator calls a customer from 900 to invite them to the branch and settle the cash shortage. We were able to correct 3,815 counting mistakes worth RUB 95 million over the year.



**Amount of settled cash miscalculations for 2022**

## 95 MN RUB

## Conduct risk

Sber is taking action to minimize behavioral risk. The number of complaints against hard-selling or connecting products without the customer's knowledge decreased by 38% over the year. The main improvement concerned our top products: SberPrime (complaints went down 62%) and SberPremier package (complaints went down 26%, 20% fewer complaints).

## Social engineering prevention in Sber's network

**Branch employees saved over RUB 1 billion in customer accounts in 2022 as part of the social engineering fraud prevention using Fraud Monitoring system tips. They repelled 99% of attacks against branch customers in cooperation with the cybersecurity team.**

Bank branch employees can now quickly report suspected fraud against a customer with a social engineering element if they are unable to talk the customer out of making rush decisions. In 2022, the Report F-raud button pushed in time helped prevent fraud worth additional RUB 150 million.

Moreover, in 2022 Sber started monitoring high-risk customers across its network, whose accounts are marked as highly likely to be used for potential fraud, judging by different criteria: age, account balance, operational activity with the bank, personal data leaks, etc. The monitoring is done jointly by sales network employees, the security, cybersecurity, and retail business teams. The purpose of these activities is to protect customers from illegal operators with their accounts involving fake or counterfeit execution documents, or people posing as attorneys or heirs. Over the year, we prevented fraud worth RUB 224 million for high-risk customers.

SBER | REVIEW OF RESULTS > TECHNOLOGY LEADERSHIP

# Technology Leadership

**IT AS A SERVICE**

## Vendor substitution at all technology stack levels

In 2022, we faced unprecedented pressure: 85% of vendors broke off their relationships with Sber, the bank was cut off from international payment systems, applications were removed from AppStore and GooglePlay stores, our services were under continuous DDoS attacks.

Sber, however, successfully mitigated the consequences of this, enabled by technological transformation and a number of initiatives. Our bank continues to operate normally. The vendor substitution initiative was expanded to a considerable extent.

Most of our technological strategy areas remain relevant:

- IT AS A SERVICE is the strategy pursued by Sber Group's technology service provider, focused on reliability, speed, and efficiency.

- IT AS A BUSINESS is the technology business development strategy, focused on the creation, development and market introduction of high-class products.

| | ~85% vendors broke of their relationships with Sber | Sber substitutes vendor solutions with proprietary solutions and offers them to the market |
|---|---|---|
| **EXTERNAL SERVICES** | Adobe  miro | пульс *HR platform*   Салют *Voice assistant*   DISK *Cloud storage*   Apps.Sber.ru *App store* |
| **APPLICATION SOFTWARE** | experian.  SAS | LINUX *ATM migration to proprietary software (instead of Windows)*   Platform V *Migration to platform*   Lending Machine *On Sber's platform* |
| **WORKSTATIONS** | Microsoft  HP  DELL | Polly *Survey service (substitutes Mentimeter)*   SBER Browser *Browser*   SBER JAZZ *Videoconferencing service*   SBER CHAT *Messenger* |
| **HARDWARE AND SOFTWARE SYSTEMS** | ORACLE  teradata. | *Proprietary devices:*  SBER BOX TOP    SBER BOX TIME   Platform V *PaaS services platform*   SBER DataPlatform *Data platform* |
| **DATA CENTER ENGINEERING SYSTEMS** | BOSCH  Schneider Electric | Supercomputers   Data Center |

**IT AS A SERVICE**

# Technology platform

## Platform V products

Platform V, our cloud-based digital platform, is a collection of PaaS services for fast development and launch of enterprise-class applications.

Platform reliability

**99.99+**

Platform V is the vital element of Sber's technological independence. This product is a full substitute of reported analogs, certified by regulators.

Products included in the Russian Software Register

**38**

Platform V complies with the requirements of the Russian law 166 FZ[1]

Platform V products

**70+**   +7 in 2022

| SberLinux OS Server | IDM |
| DropApp | Synapse Messaging |
| Synga | SberLinux OS Core |
| Search | |

## Sber business migration to Platform V

Sber kept the pace of its core business migration to Platform V, reaching the Strategy 2023 goal by the end of 2022: **80% of critical IT landscape is now in the target state**

Such across-the-board migration of key services improved customer experience by shortening transaction execution time:

Growth of transaction speed in the settlement center

**×10** YOY

Platform V processing capability underpinned a three-fold growth in card issuance and seamless transition to MIR cards after Visa/MasterCard left Russia:

Bank cards issued on the basis of Platform V processing capability over the year

**80+** MN

Platform V and the Data Factory corporate analytical platform served as the basis for a number of advanced solutions for businesses, fully implemented on our proprietary technology stack: the operational risk management system, the private individuals scoring platform, etc.

Platform V became the underlying system for Sber Bank Online, in particular, for card-to-card transfers:

Card-to-card transfers per day in Russia

**30+** MN

**IT AS A BUSINESS**

## Platform V for the market

Sber offers different Platform V formats to the market, depending on the business size and customer needs:

• Platform V Enterprise for large companies

• Platform V in Public Cloud for small and medium-sized businesses, individual developers

In 2022, Platform V tools became the basis on which various technological solutions were developed with the aim of substituting foreign vendors at Russia's largest companies (e.g., in the airline industry, etc.)

Platform V products used

| DataSpace | Synapse | Pangolin |

† Decree of the President of the Russian Federation No. 166 dated 30 March 2022 "On Measures to Ensure Technological Independence and Security of Critical Information Infrastructure of the Russian Federation"

## IT AS A SERVICE

Faced with a mounting number of modifications and transactions, Sber brought down the customer impact incident, achieving 99.99% reliability of core transactional services.

**Modifications,** mln



+35%

1.2 — 2021

1.62 — 2022

**Incidents**



–6%

2021 — 2022

### Reliability

IT service reliability is Sber's strategic focus

**94%** OF INCIDENTS

Eliminated proactively, without impact on customer service

**Vendor substitution**

Vendor substitution is a systemic risk mitigation effort. Sber operates normally after 85% foreign vendor's have left.

**Autonomous operations**

Transition from automated to autonomous operation was implemented for 80% of Platform V deployments, with the human factor completely eliminated from the operational decision-making process. All key critical systems and 230,000 infrastructure components switch to backup autonomously in case of a failure.

**Mission Control Center**

Mission Control Center for prompt incident response and resolution. The "IT health" of Sber ecosystem is monitored on a 24/7 basis. In 2022, GovTech was included in the monitoring perimeter and geographic redundancy was implemented for main reliability assurance tools to allow uninterrupted monitoring even in the case of a failure.

**Sber's initiatives aimed at continuous reliability improvements in the growing transaction load environment**

### Production process

The software production process is one of Sber's most extensive processes. It is critical to balance the ease of development with control over change. This is achieved through:

**Automation**

Manual applications for SberWorks tools, including contractors, were eliminated.

**Simplification**

Canary releases are deployed to test functionality on smaller user groups in a light scenario, with speed gains reaching ×2.5.

**Security**

A tool was implemented that allows external libraries to be securely downloaded and tested for vulnerabilities: 11+ million downloads in 2022.

**Convenience**

100% of development and testing were transitioned to the external segment, i.e. developers on distant working arrangements can provide support over the entire release cycle.

### Data

Development of the proprietary corporate analytics platform called Data Factory brought about an explosive growth in data usage at Sber

Transactions per second – near real-time data processing

**1+** MN

Increase in amount of data

**150** PB    +16 YoY

Data Factory users

**15** THSD

### Information Lifecycle Management

Disk space optimized in 2022 as part of ILM

**50** PB

### Data in Sber ecosystem

**Sber has launched a single platform to build personal recommendations**

The platform meets the security requirements for personal data handling imposed by the Federal Technical and Export Control Service. Algorithms improve the quality of recommendations, taking into account real-time user activity and the overall context.

### Migration to proprietary stack

**To ensure uninterrupted data handling, Sber migrated ~90% of services to the proprietary technology stack, thereby reducing data storage cost:**

2021 — 2022

×1.9 — Cost of storage 1 TB of data

×1.6 — Data volume

Work continues on the Information Lifecycle Management project launched in 2021. The project optimizes the use of and access to data storage resources at minimal cost. This approach in an environment of limited hardware supply allows dynamic growth of necessary data storage capabilities.

SBER  REVIEW OF RESULTS > TECHNOLOGY LEADERSHIP

## IT AS A SERVICE

# Infrastructure

Sber has all necessary IT equipment:

**Standard equipment with spare parts coverage**

## 100%

---

As foreign vendors move away, Sber maintains a high level of internal customer service:

- 98% of infrastructure product deployment operations take not more than 60 min
- automation of processes continues, reducing the scope of manual operations (-43% YoY)

---

Sber carried on with the construction of Russia's largest Data Center with the floor area of more than 55,000 square meters. It will be located in the special economic zone of Balakovo.

**Innovation Time**

RLM, our infrastructure change automation product, is the winner of the Innovation Time Award in the Infrastructure Project of the Year category. This solution allows Sber to implement new products and update system software faster

---

## IT AS A BUSINESS

# GovTech digital platform

Sber's digital platform for GosTech is a secure and fully imported technological solution based on Platform V. With this platform, customers can focus on the development of high-quality services for citizens without having to bother about choosing development or infrastructure support tools.

- It is deployed on the cloud-based infrastructure
- All security services passed the Federal Technical and Export Control Service certification
- It supports the multi-tenant operation mode
- It assures reliability through existence of geographically distributed data centers
- It is certified to the highest class and security level
- It assures operational cybersecurity and information protection tools management

**The platform will allow to:**

- Expedite development of digital public services
- Reduce geoinformation system maintenance costs with the help of state-of-the-art cloud architecture that re-uses common services and components
- Build a community of professional developers on the GovTech platform

**Platform accessibility level**

## 99.9%



The partner program has been launched

---

**Successful completion of pilot public services migration to Sber's digital platform for GovTech**

**Federal Compulsory Health Insurance Fund**
National Digital Platform for Compulsory Health Insurance

**Federal Agency for State Property Management**
The public system for federal property management passed Federal Technical and Export Control Service (FSTEC) certification

**Ministry of Sports**
The Physical Culture and Sports geoinformation system with services for the general public and athletes passed FSTEC certification

IT AS A BUSINESS    REVIEW OF RESULTS > TECHNOLOGY LEADERSHIP



## Smart Devices

Devices sold in 2022
**700+** THSD

Devices sold since launch
**1.3** MN



**SberBox Top**
TV media center

**Sbe**
Set-top box

**SberBoom Mini**
Compact smart speaker

**SberBox Time**
Smart media speaker

**Salute TV**
Smart TV sets on the Salute TV platform

**SberBoom**
Smart speaker with powerful sound

## The Salute Assistant and digital services

**The Salute Assistant**
is the key consolidating element of the ecosystem that enables access to a wide range of services

MAU of Salute across all surfaces, i.e. SberBank Online, smart devices, IVR, etc.
**15.7** MN

Calls to 900 processed automatically
**70**%

Assistant calls
**>1** BN

P2P transfers made through the assistant
**>2.7** MN



**TAGME**

**TagMe**
Data tagging platform for AI training

Objects tagged on the platform
**43** MN

**Jazz by Sber**
Videoconferencing service

MAU
×7 since the launch
**420** THSD

**Developers.sber.ru**
Allows third-party developers to access Sber tools

Developers creating products and expanding the Sber ecosystem on the basis of Sber tools
**>75** THSD

SBER

## IT AS A BUSINESS

# Sber is the attraction point for IT specialists

Sber employs ~40 thousand IT specialists with expertise in key technology areas, i.e. Cloud, AI&ML, Data, etc.

**Number of specialists trained at the Architects School (on cumulative basis),** thsd people

8.2 (2021) → 14.7 (2022)

**Number of specialists trained at IT Bootcamp (on cumulative basis),** thsd people

7.1 → 13.6
1.5 → 2.9

● Employees   ● Third-party clients

To attract and retain Russia's best talent, Sber launched two technology hubs, in Kazan and Yekaterinburg




## IT AS A SERVICE

# Research and Innovation: investing in long-term competitive advantage

Alongside with the world's leading technology companies, Sber is actively involved in the innovation and research activity which is an important driver of growth and competitive advantage for our technologies and services.

**133**

Patents obtained in such areas as artificial intelligence, virtual reality, cybersecurity, robotics

Our deepfake recognition patent is among the top 10 2022 inventions, according to the Russian Patent Authority (Rospatent)

**154**

Articles published in leading international and Russian scientific journals together with AIRI[1]

**60 MN RUB**

The prize fund of the annual Sber Academic Award established in 2021

## Implemented project examples

### СБЕР | Ethereum Masterchain

### Sber's blockchain platform

Enables clients to deploy smart contracts, issue digital financial assets and trade in them. Going forward, developers will have the ability to move smart contracts and entire projects between the bank's proprietary blockchain network and open blockchain networks.

**>1 BN RUB**

First issues of the gold-backed digital financial asset, with participation of Sberfactoring and third-party clients

In 2022, the Blockchain Lab won the Blockchain Life Award 2022, a global blockchain and cryptocurrency award, in the Best Blockchain Implementor in Real Economy category

### LAMA: LightAutoML

Automatic machine learning tool that allows end-to-end process automation, from data preparation and model building to commercial operation.

**Top 3**

Open source solutions for OpenML, the public AutoML benchmark, from Silicon Valley companies

1  Artificial Intelligence Research Institute

# AI transformation at Sber in 2022

| Financial effect from AI application in 2022 | Data scientists, data analysts and ML engineers working at Sber | Share of operations at Sber leveraging artificial intelligence |
|---|---|---|
| **235+** BN RUB | **>1.4** THSD | **75**% |

## Examples of AI application at Sber

An AI-powered algorithm that enables instant account credits in case of an ATM failure

Models identifying anomalies in energy consumption that allowed to reduce electricity consumption at client service branches by 3%.

Models estimating physical climate risks and the amount of related loan losses across the corporate portfolio

Sber's open-source library, eco2AI, that proposes carbon footprint measurements in the model training process. The Most Sustainable Solution Award was launched on the basis of eco2AI at the AIJourney Contest 2022 Conference; this award is designed to motivate model developers towards high-quality and computation-efficient solutions.

## The AI Journey Conference

Artificial intelligence is a core technology that to a large extent sets the direction for the development of the society, the government, and the business community. To exchange best practices and demonstrate cutting-edge developments in our country, Sber delivers the annual international AI Journey Conference under the "Journey into the World of Artificial Intelligence" slogan.

In 2022, the AI Journey brought together leading researchers and developers for the seventh time. The conference received 55 millions of views from 193 countries worldwide. 150 speakers from 50 academic and business organizations made their presentations at the conference; the total duration of these presentations was 60 academic hours.

In 2022, the Conference focused on the AI science development: leading experts presented their reports on AI/ML, a journal titled "The Reports of the Russian Academy of Sciences. Mathematics, Information Science, Governance Processes" was issued that covers cutting-edge research in the area of artificial intelligence. As part of the AI Journey Junior event, school students attended lectures on machine learning methods, thematic workshops and master classes. The results of the international AI Journey Contest, administered with support from the Artificial Intelligence Institute, the AIRI, were announced.

## The AI Alliance

In 2019, the AI Alliance Agreement was signed in the presence of the President of the Russian Federation by top executives of six technology companies: Sber, Gazprom neft, Yandex, MTS, VK, and the Russian Direct Investment Fund (RDIF).

Today, Sber, together with its partners, actively develops the Alliance that demonstrates important business synergies in the areas of education, regulation, and AI popularization. The business relationships among the participating companies are strengthening across a wide range of issues.

In 2022:

- creation of an AI industry talent development tool in the form of a DS/AI Training Quality University Rating was initiated

- 740 tutors from 64 universities across the country completed the Alliance's professional development program

- 61 master's and bachelor's degree programs passed the Alliance's expert review; 5 thousand people are expected to enroll over next 5 years

- the AI track of the "I, Professional" Olympics was completed with the Alliance's support; 11,479 contenders participated

- the Alliance initiated deployment of interactive AI simulators across technology parks for children, to be available to 150 thousand school students in 80 of Russia's regions

- 170 thousand school teachers upgraded their AI skills

- an online catalog of best educational practices in the sphere of AI was put together for school students

- the Alliance supported the National AI Olympics, in which 20 thousand school students participated

- several rounds of the AI Ethics Code accessions were held across of the country's regions: in total, over 120 businesses and government agencies have already acceded

- over 50 AI application standards for various areas, such as health care, education, automotive transport, and others, passed the Alliance's expert review

- the number of AI use cases in the AI Russia online library exceeded 90

- the President of the Russian Federation signed the law, developed on the basis of the Alliance's proposals, that lifts barriers to AI implementation under public-private partnership arrangements

The Alliance mission is to be the AI Development Hub in Russia, underpinning the country's technological leadership on the global technology market.

# Financial Performance

Sber Financial Highlights 60

Analysis of the Statement of Profit and Loss 62

Analysis of the Assets Structure 68

Analysis of the Liabilities and Equity of the Group 70

SBER

# Sber Financial Highlights

## Summary Consolidated Statement of Profit & Loss

| RUB BN | 2022 | 2021 | CHANGE |
|---|---|---|---|
| Operating income before credit loss allowance charge and revaluation of loans at fair value due to change in credit quality from continuing operations | 1,976.8 | 2,452.9 | -19.4% |
| Credit loss allowance charge for debt financial assets | (450.1) | (138.7) | 224.5% |
| Operating income | 1,386.7 | 2,289.6 | -39.4% |
| Staff and administrative expenses | (822.0) | (834.4) | -1.5% |
| Profit before tax | 564.7 | 1,455.2 | -61.2% |
| Net profit | 270.5 | 1,245.9 | -78.3% |

## Summary Consolidated Statement of Financial Position

| RUB BN | 2022 | 2021 | CHANGE |
|---|---|---|---|
| Loans and advances to customers, net | 29,373 | 27,096 | 8.4% |
| Loans and advances to customers before provision for loan impairment | 31,038 | 28,518 | 8.8% |
| Total assets | 41,872 | 41,166 | 1.7% |
| Due to individuals and corporate customers | 29,876 | 28,312 | 5.5% |
| Total liabilities | 36,057 | 35,521 | 1.5% |
| Total equity | 5,815 | 5,645 | 3.0% |

## Per share

| RUB | 2022 | 2021 | CHANGE |
|---|---|---|---|
| Basic and diluted earnings per ordinary share | 12.39 | 56.98 | -78.3% |
| Basic and diluted earnings from continuing operations per ordinary share | 19.08 | 53.25 | -64.2% |
| Net assets per ordinary share | 270.46 | 262.53 | 3.0% |

SBER   FINANCIAL PERFORMANCE > SBER FINANCIAL HIGHLIGHTS

# Financial ratios

| PROFITABILITY RATIOS, % | 2022 | 2021 | CHANGE |
| --- | --- | --- | --- |
| Return on assets (ROA) | 0.7 | 3.3 | –2.6 p. p. |
| Return on equity (ROE) | 5.2 | 24.2 | –19.0 p. p. |
| Net interest margin[1] | 5.3 | 5.4 | –0.1 p. p. |
| Operating expenses to operating income before allowances (CIR) | 41.6 | 34.0 | 7.6 p. p. |
| Net loans and advances to customers to current accounts and term deposits of individuals and corporate customers (net loans-to-deposits ratio) | 98.3 | 95.7 | 2.6 p. p. |

| CAPITAL ADEQUACY RATIOS, % | 2022 | 2021 | CHANGE |
| --- | --- | --- | --- |
| Common equity Tier 1 capital adequacy ratio (Basel 3.5 / Basel 3) | 14.8 | 13.9 | 0.9 p. p. |
| Total capital adequacy ratio (Tier I and Tier II) (Basel 3.5 / Basel 3) | 15.7 | 14.8 | 0.9 p. p. |
| Equity to total assets | 13.9 | 13.7 | 0.2 p. p. |
| ASSET QUALITY RATIOS, % | | | |
| Non-performing loans to total loans outstanding (NPL ratio) | 2.6 | 2.9 | –0.3 p. p. |
| Share of Stage 3 and POCI loans in total loans at amortized cost | 3.9 | 4.9 | –1.0 p. p. |
| Credit loss allowance to total gross loans to customers at amortized cost | 5.6 | 5.2 | 0.4 p. p. |

1. Net interest income to average earning assets

# Analysis of the Statement of Profit and Loss

## General trends

The net profit of the Group under IFRS in 2022 comprised RUB 270.5 billion, which is 78.3% lower than in 2021. The Group's net profit from continuing operations comprised RUB 413.8 billion, a 64.5% decrease compared to 2021. The Group's operating income from continuing operations before credit loss allowance charge for debt financial assets and credit-related commitments and revaluation of loans at fair value due to changes in credit quality in 2022 decreased by 19.4% to RUB 1,976.8 billion.

In 2022, net credit loss allowance charge for debt financial assets increased by 224.5% to RUB 450.1 billion against RUB 138.7 billion in 2021. Staff and administrative expenses decline comprised 1.5% y-o-y, amount of expenses reaching RUB 822.0 billion.

| RUB BN | 2022 | 2021 | CHANGE |
|---|---|---|---|
| Profit for the year | 270.5 | 1,245.9 | –78.3% |
| Profit from continuing operations | 413.8 | 1,165.9 | –64.5% |
| Operating income before credit loss allowance charge[1] | 1,976.8 | 2,452.9 | –19.4% |
| Staff and administrative expenses | –822 | –834.4 | –1.5% |
| Net credit loss allowance charge for debt financial assets | –450.1 | –138.7 | 224.5% |

1 Including charge for credit-related commitments and revaluation of loans at fair value due to change in credit quality

## Net interest income

| RUB BN | 2022 | 2021 | CHANGE |
|---|---|---|---|
| Net interest income | 1,874.8 | 1,759.4 | 6.6% |
| Interest income | 3,677.1 | 2,699.1 | 36.2% |
| Interest expense (including deposit insurance expenses) | –1,802.3 | –939.7 | 91.8% |

The Group's net interest income increased by 6.6% in 2022 to RUB 1,874.8 billion. Interest income of the Group increased by 36.2% to RUB 3,677.1 billion. Mostly this trend was supported by an increase in loan portfolio volumes. Thus, the increase in interest income on loans to individuals comprised 23.5%, backed by the growth in volumes of retail lending by 8.4% in 2022 with simultaneous increase in yield on retail loans from 11.3% in 2021 to 11.9% in 2022. Yield on corporate loans portfolio increased from 7.0% in 2021 to 9.0% in 2022. Totally interest income on corporate loans grew by 44.4%. This growth was largely supported by the growth in volumes of corporate loan portfolio by 9.1% in 2022.

Interest expenses including deposit insurance expenses increased by 91.8% in 2022 compared to 2021 and comprised RUB 1,802.3 billion. This increase was supported by the increase in volumes of interest-bearing liabilities, growth in cost of customer funds attracted compared to previous year on the back of market interest rates increasing dynamics. At the same time the cost of corporate term deposits increased from 5.3% in 4Q 2021 to 6.0% in 4Q 2022. However interest expenses on amounts due to individuals which are the key source of financing for the Group, continues to be the main component of total interest expenses. The share of these expenses comprised 43.9% in the total amount of interest expenses compared to 39.1% in 2021.

## Loan portfolio profitability analysis

| RUB BN | 2022 | | | 2021 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | AVERAGE AMOUNT FOR THE YEAR | INTEREST EXPENSES | AVERAGE YIELD | AVERAGE AMOUNT FOR THE YEAR | INTEREST EXPENSES | AVERAGE YIELD |
| Loans to corporate customers[1] | 16,788.5 | 1,546.1 | 9.2% | 14,894.2 | 1,043.7 | 7.0% |
| Loans to individuals[1] | 11,140.4 | 1,377.7 | 12.4% | 9,467.2 | 1,115.4 | 11.8% |

## Funding costs analysis

| RUB BN | 2022 | | | 2021 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | AVERAGE AMOUNT FOR THE YEAR | INTEREST EXPENSES | AVERAGE COST | AVERAGE AMOUNT FOR THE YEAR | INTEREST EXPENSES | AVERAGE COST |
| Due to individuals | 16,981.2 | (742.6) | -4.4% | 16,451.7 | (388.4) | -2.4% |
| Due to corporate customers | 10,572.4 | (591.2) | -5.6% | 9,973.4 | (312.9) | -3.1% |

1. Adjusted for the amount of provisions created against Stage 3 loans

## Factors that affected net interest margin in 2022

| | |
|---|---|
| 2021 NIM | 5.4% |
| Return on corporate loans | 1.0% |
| Return on retail loans | 0.2% |
| Cost of amounts due to corporate customers | -0.8% |
| Cost of amounts due to individuals | -0.9% |
| Other factors | 0.4% |
| 2022 NIM | 5.3% |

Net interest margin amounted to 5.3%, showing a 0.1 p. p. decrease for the year. This trend was driven by an increase in cost of interest-bearing liabilities from 3.1% in 2021 to 5.4% in 2022. Thus, as for interest-bearing liabilities, the largest increase was observed for cost of due to individuals and due to corporate customers, which led to net interest margin losing 0.8 p. p. and 0.9 p. p. respectively since the beginning of 2022. This decline was partially offset by an increase in the yield on corporate loans (impact on net interest margin +1.0 p. p. since the beginning of 2022).

## Fee and commission income and expense

| RUB BN | 2022 | 2021 | CHANGE | |
|---|---|---|---|---|
| Operations with banking cards | 491.6 | 482.9 | 8.7 | 1.8% |
| Acquiring, commissions of payment systems and other similar commissions | 411.7 | 415.7 | (4.0) | -1.0% |
| Service fees | 62.1 | 61.9 | 0.2 | 0.3% |
| Other | 17.8 | 5.3 | 12.5 | 235.8% |
| Cash and settlements transactions | 283.8 | 265.7 | 18.1 | 6.8% |
| Client operations with foreign currencies and precious metals | 80.4 | 55.6 | 24.8 | 44.6% |
| Documentary commissions | 36.0 | 30.5 | 5.5 | 18.0% |
| Agent commissions | 8.6 | 10.0 | (1.4) | -14.0% |
| Securities and commodities brokerage, custodian and investment banking (including syndications) commissions | 7.2 | 16.6 | (9.4) | -56.6% |
| Other | 33.0 | 37.3 | (4.3) | -11.5% |
| Fee and commission income | 940.6 | 898.6 | 42.0 | 4.7% |
| Commission expense on operations with banking cards | (222.8) | (270.3) | 47.5 | -17.6% |
| Other commission expense | (20.7) | (24.1) | 3.4 | -14.1% |
| Fee and commission expense | (243.5) | (294.4) | 50.9 | -17.3% |
| Net fee and commission income | 697.1 | 604.2 | 92.9 | 15.4% |

In 2022, the commission income of the Group increased by 4.7% to RUB 940.6 billion. Net fee and commission income of the Group increased by 15.4% to RUB 697.1 billion. The main driver of commission income growth was commission income from Client operations with foreign currencies and precious metals. These commissions increased by 44.6% in 2022 to RUB 80.4 billion. Commission income from operations with banking cards grew by 1.8% to RUB 491.6 billion. Their share in commission income comprised 52.3% (53.7% for 2021). Documentary commissions also grew by 18.0% to RUB 36.0 billion as well as income from Cash and settlements transactions grew by 6.8% to RUB 283.8 billion.

## Other net operating income/loss

Other net operating expenses (loss revaluation of loans at fair value due to changes in credit quality) which include net income / expenses from operations with securities, derivative financial instruments, foreign currency, net income / expenses from insurance and pension fund operations and charges for other provisions and allowances amounted to RUB 609.4 billion in 2022 showing decrease compared to 2021 (Other net operating income: RUB 67.6 billion). The main drivers of other net operating expenses for 2022 were the net charge for provisions for restricted assets, the negative revaluation of financial instruments, impairment of non-financial assets, net charge for other provisions and allowances and net effect from disposal of subsidiaries.

## Provision expenses for credit losses on a portfolio of loans

**Credit loss allowance charge for loan portfolio at amortized cost,** RUB bn

| 2022 | 2021 |
|---|---|
| 429.7 | 138.6 |

**Loans revaluation at fair value due to change in credit quality,** RUB bn

| 2022 | 2021 |
|---|---|
| 125.7 | 2.9 |

**Cost of credit risk on loans at amortized cost, quarterly,** bps

| 2022 | 2021 |
|---|---|
| 154 | 58 |

**Combined cost of credit risk (including revaluation of loans at fair value) quarterly,** bps

| 2022 | 2021 |
|---|---|
| 192 | 56 |

In 2022, the credit loss allowance charge for loan portfolio at amortized cost increased by 209.9% from RUB 138.6 billion in 2021 to RUB 429.7 billion in 2021. In accordance with IFRS 9, a part of loan portfolio is accounted for in the financial statements at fair value through profit or loss. Negative revaluation due to change in credit quality for amount of RUB 125.7 billion was recorded for loans at fair value in 2022 (in 2021—RUB 2.9 billion).

The cost of credit risk based on credit loss allowance against loans at amortized cost increased by 96 b. p. during 2022 from 58 b. p. in 2021 to 154 b. p. in 2022. Taking into account negative revaluation of loans at fair value combined cost of risk increased by 136 b. p. during 2022 from 56 b. p. in 2021 to 192 b. p. in 2022.

## Staff and administrative expenses

FINANCIAL PERFORMANCE > ANALYSIS OF THE STATEMENT OF PROFIT AND LOSS

In 2022, a decrease in total staff and administrative expenses amounted to 1.5%. Staff costs — the main component of operating costs — decreased by 2.9% in 2022. Amortization of intangible assets increased by 45.9%. At the same time, telecommunication expenses decreased by 28.7%, administrative expenses by 24.1%, cost of repairs and maintenance of premises and equipment by 21.1%. Operating expenses to operating income before allowances increased by 7.6 p. p., up to 41.6%, according to the results of 2022, compared with 34.0% for the results of 2021.

| RUB BN | 2022 | 2021 | CHANGE | |
|---|---|---|---|---|
| Staff costs | 491.3 | 506.1 | (14.8) | -2.9% |
| Depreciation of premises and equipment | 102.1 | 90.5 | 11.6 | 12.8% |
| Repairs and maintenance of premises and equipment | 35.2 | 44.6 | (9.4) | -21.1% |
| Administrative expenses | 35.3 | 46.5 | (11.2) | -24.1% |
| Taxes other than on income | 27.9 | 33.0 | (5.1) | -15.5% |
| Telecommunication expenses | 24.9 | 34.9 | (10.0) | -28.7 |
| Amortization of intangible assets | 47.7 | 32.7 | 15.0 | 45.9% |
| Advertising and marketing services | 20.4 | 20.8 | (0.4) | -1.9% |
| Consulting and assurance services | 14.6 | 6.5 | 8.1 | 124.6% |
| Short-term, low value and variable lease expenses | 6.2 | 6.3 | (0.1) | -1.6% |
| Other | 16.4 | 12.5 | 3.9 | 31.2% |
| **Total staff and administrative expenses** | **822.0** | **834.4** | **(12.4)** | **-1.5%** |

SBER

# Analysis of the Assets Structure

## General trends

In 2022, the Group's assets increased by 1.7%—to RUB 41.9 trillion—compared to RUB 41.2 trillion as at December 31, 2021. Loans and advances to customers remain the largest category of assets: their share at the end of 2022 amounted to 70.2% of total assets.

The total loan portfolio of the Group before credit loss allowance increased by 8.3%—to RUB 31.0 trillion. The proportion of liquid assets, including cash and cash equivalents, due from banks, securities portfolio including securities pledged under repo transactions comprised 24.0%.

## Liquid and other assets breakdown

**DECEMBER 31, 2022**

70.2% Loans and advances to customers

24.0% Liquid assets

5.9% Other assets

**DECEMBER 31, 2021**

65.8% Loans and advances to customers

25.8% Liquid assets

8.4% Other assets

## Loans and advances to customers

Corporate loans (at amortized cost and at fair value) increased by 9.1% in 2022. The share of corporate loans in the total loan portfolio slightly increased and comprised 60.0% (2021: 59.8%).

Retail loan portfolio expanded by 8.4% in 2022 to RUB 12.4 trillion. The share of retail loans in the total loan portfolio increased to 40.0% compared to 40.2% in 2021. The main driver of growth was the credit cards and overdrafts mortgage loan portfolio, which grew by 26.5% in 2022. Mortgage loans to individuals also showed significant growth in 2022 by 14.3% in 2022.

## Loans at amortized cost and fair value



**DECEMBER 31, 2022**

60.0% Loans to legal entities

24.3% Consumer loans

11.4% Mortgage loans

3.7% Credit cards and overdrafts

0.6% Car loans

40.0% Total loans to individuals

**DECEMBER 31, 2021**

59.8% Loans to legal entities

23.1% Consumer loans

13.2% Mortgage loans

3.2% Credit cards and overdrafts

0.7% Car loans

40.2% Total loans to individuals

● Mortgage loans   ● Consumer loans   ● Credit cards and overdrafts   ● Car loans

## Loans and advances to customers

### Loans at amortized cost and fair value

| | DECEMBER 31, 2022 | | DECEMBER 31, 2021 | |
| --- | --- | --- | --- | --- |
| | RUB BN | % | RUB BN | % |
| Commercial loans to legal entities | 11,694.7 | 37.7% | 11,628.5 | 40.8% |
| Project finance loans to legal entities | 6,913.2 | 22.3% | 5,427.3 | 19.0% |
| Mortgage loans to individuals | 7,545.0 | 24.3% | 6,598.9 | 23.1% |
| Consumer and other loans to individuals | 3,549.1 | 11.4% | 3,763.3 | 13.2% |
| Credit cards and overdrafts | 1,145.1 | 3.7% | 905.3 | 3.2% |
| Car loans to individuals | 190.4 | 0.6% | 194.2 | 0.7% |
| Total loans and advances to customers before provision for loan impairment | 31,037.5 | 100.0% | 28,517.5 | 100.0% |

### Loans at amortized cost

| | DECEMBER 31, 2022 | | DECEMBER 31, 2021 | |
| --- | --- | --- | --- | --- |
| | RUB BN | % | RUB BN | % |
| Commercial loans to legal entities | 11,596.6 | 38.7% | 11,485.9 | 42.4% |
| Project finance loans to legal entities | 5,957.7 | 19.9% | 4,245.4 | 15.7% |
| Mortgage loans to individuals | 7,545.0 | 25.2% | 6,598.9 | 24.3% |
| Consumer and other loans to individuals | 3,533.8 | 11.8% | 3,685.8 | 13.6% |
| Credit cards and overdrafts | 1,145.1 | 3.8% | 905.3 | 3.3% |
| Car loans to individuals | 190.4 | 0.6% | 194.2 | 0.7% |
| Total loans and advances to customers at amortized cost before provision for loan impairment | 29,968.6 | 100.0% | 27,115.5 | 100.0% |

### Loans at fair value

| | DECEMBER 31, 2022 | | DECEMBER 31, 2021 | |
| --- | --- | --- | --- | --- |
| | RUB BN | % | RUB BN | % |
| Commercial loans to legal entities | 98.1 | 9.2% | 142.6 | 10.2% |
| Project finance loans to legal entities | 955.5 | 89.4% | 1,181.9 | 84.3% |
| Consumer and other loans to individuals | 15.3 | 1.4% | 77.5 | 5.5% |
| Total loans and advances to customers at fair value | 1,068.9 | 100.0% | 1,402.0 | 100.0% |

## QUALITY OF THE LOAN PORTFOLIO

By the end of 2022, the share of NPL90+ (non-performing loans with interest payments and/or principal overdue more than 90 days) in the Group's total loan portfolio decreased to 2.6% from 2.9%. The share of Stage 3 and POCI ("purchased or originated credit-impaired") loans in loan portfolio at amortized cost came down by 1.0 p.p. in 2022 to 3.9%.

At the same time total provision coverage of Stage 3 and POCI loans comprised 142.5% as at the end of 2022 (108.0% as at the end of 2021).

# Analysis of the Liabilities and Equity of the Group

## General trends

The Group's liabilities structure is dominated by amounts due to individuals and corporate customers, total amount of which comprised RUB 29.9 trillion as at 31 December 2022, or 82.9% of liabilities. The Group's total liabilities reached RUB 36.1 trillion with a 1.5% increase y-o-y.

Amounts due to customers increased by 5.5% to RUB 29.9 trillion in 2022. Amounts due to individuals increased by 3.6% to RUB 18.5 trillion. In 2022, the current accounts of individuals continued to grow: their volume increased by 12.6%. The share of term deposits in the total amount of due to individuals in 2022 decreased from 55.4% to 51.5%. In 2022, the share of due to individuals in the total structure of the Group's liabilities increased, from 50.3% to 51.3%. Nevertheless, amounts due to individuals continue to remain the main source of financing for the Group accounting for the largest share in the total Group's liabilities. In 2022, amounts due to corporate customers demonstrated significant increase by 8.8% to RUB 11.4 trillion. Their share in the total structure of the Group's liabilities increased from 29.4% to 31.6%.

## Customer deposits

| | DECEMBER 31, 2022 | | DECEMBER 31, 2021 | |
|---|---|---|---|---|
| | RUB BN | % | RUB BN | % |
| **DUE TO INDIVIDUALS** | | | | |
| Current / demand accounts | 8,963.4 | 30.0% | 7,961.1 | 28.1% |
| Term deposits and repo agreements | 9,535.9 | 31.9% | 9,893.7 | 34.9% |
| Total due to individuals | 18,499.3 | 61.9% | 17,854.8 | 63.1% |
| **DUE TO CORPORATE CUSTOMERS** | | | | |
| Current / settlement accounts | 3,621.2 | 12.1% | 3,610.2 | 12.8% |
| Term deposits and repo agreements | 7,755.4 | 26.0% | 6,847.4 | 24.2% |
| Total due to corporate customers | 11,376.6 | 38.1% | 10,457.6 | 36.9% |
| **Total** | 29,875.9 | 100.0% | 28,312.4 | 100.0% |

## Equity of the Group

The Group's equity increased by 3.1% to RUB 5.8 trillion in 2022. The growth is attributed primarily to the Group's profit earned for the year.

| RUB BN | DECEMBER 31, 2022 | DECEMBER 31, 2021 | CHANGE | |
|---|---|---|---|---|
| Share capital and share premium | 320.3 | 320.3 | – | – |
| Perpetual subordinated loan | 150.0 | 150.0 | – | – |
| Treasury shares and other reserves | (109.1) | (32.0) | (77.1) | – |
| Retained earnings | 5,453.5 | 5,200.3 | 253.2 | 4.9% |
| Total equity attributable to shareholders of the Bank | 5,814.7 | 5,638.6 | 176.1 | 3.1% |
| Non-controlling interest | 0.1 | 5.9 | (5.8) | –98.3% |
| **Total equity** | **5,814.8** | **5,644.5** | **170.3** | **3.0%** |

## Capital adequacy ratio of the Group

Common equity Tier 1 capital adequacy ratio under Basel 3.5 comprised 14.8% as at the year-end of 2022. Total capital adequacy ratio under Basel 3.5 amounted to 15.7% as at the year-end 2022 with a 0.9 p.p. increase y-o-y. Nevertheless the ratio is significantly higher than the baseline set by Basel Committee (8%). The increase is due to the decline of the Group's risk-weighted assets by 3.5% in 2022 to RUB 36.4 trillion. Risk-weighted assets density came down to 83.8%.

| CAPITAL ADEQUACY RATIO | DECEMBER 31, 2022[1] | DECEMBER 31, 2021[1] |
|---|---|---|
| Common equity Tier 1 capital adequacy ratio (Common equity Tier 1 capital to Total RWA) | 13.9 | 14.8 |
| Tier 1 capital adequacy ratio (Tier 1 capital to Total RWA) | 14.3 | 15.2 |
| Total capital adequacy ratio (Total capital to Total RWA) | 14.8 | 15.7 |

[1] Ratios for 2021 and 2022 are presented in accordance with the new approach for operational risk calculation in line with Basel 3.5 requirements (applied to operational risk in relation to the Bank).

# Risk Report

Risk Management System 73

Group Key Risks Management Approach 77

Loan Portfolio Quality and Risk-Weighted Assets 83

SBER

# Risk Management System

The Group risk management system is governed by the Risk and Capital Management Strategy of Sberbank Group and by policies for relevant risks management. The risk management system has been proved to be stable and reliable by standing the test of several crises.

The Group constantly improves its approaches to risk identification and management, develops existing instruments (risk assessment models, instruments for stress testing and scenario analysis, decision-making tools including those powered by AI technologies) and expands the range of new instruments in line with the challenges of the external environment and regulatory demands by building a system for conduct risks management, integrating ESG factors into the Group risk management, etc.

The Group is engaged in active dialogue on regulatory development with the Bank of Russia. Focus areas for this year are ecosystem regulation, expansion of macro-prudential instruments and conduct risks. Furthermore, Sber Group is an active participant of various working groups on regulation non-banking activities: insurance, non-state pension funds, brokerage, etc.

In the past few years, Sber has been successfully transforming itself into a tech company. All risk management tools and processes are based on a scalable technological platform and enabled by cutting edge IT solutions.

## Risk management as part of the control and audit system

Sberbank's Internal Control Organization Policy considers risk identification and assessment as one of the key principles of organizing the Bank's internal control and audit system.

It includes, in particular, controlling the operation of the risk management system and risk assessments.

### Sber's Internal Control System functions according to the three lines of defense

**01 First line**

units responsible for efficient daily internal control and taking risk management measures, being a part of their everyday work, in order to ensure constant risk identification, assessment and control

**02 Second line**

units responsible for the development and implementation of internal control procedures which define risk management standards, monitor risk levels, draft reports, check the compliance between risks and the Bank's risk appetite, as well as model and aggregate the general risk profile

**03 Third line**

internal audit units which independently assess the effectiveness of the Bank's internal control and risk management systems

# RISK MANAGEMENT POWERS AND RESPONSIBILITIES

## Supervisory Board

**Audit Committee**
- Increases the efficiency of risk management
- Ensures the management and control functions of the Supervisory Board regarding the risk management system operation

**Staff and Remuneration Committee**

**Strategic Planning Committee**

**Risk Management Committee**
- Comprehensively examines risk management issues
- Drafts and presents risk management recommendations to the Supervisory Board.
- Reviews risk reports

**Information Technology Committee**

- Approves the Group's Risk and Capital Management Strategy, as well as the procedures for managing the most significant risks
- Sets the risk appetite level for itself and target risk levels for the Group and the Bank
- Assesses the risk management system effectiveness
- Approves stress testing scenarios
- Approves the Long-Term Remuneration Program for the key employees accepting risks
- Reviews risk reports

## Executive Board

- Approves the Bank's organizational structure
- Approves the Group's business plan
- Establishes collegial working bodies and defines their powers
- Enable efficient implementation of the Bank's Risk Management Policy and organizes the relevant process
- Reviews reporting statements drafted as part of internal capital adequacy assessment procedures, including risk reports

**Group Risk Committee**
- Ensures implementation of the Group's Risk Management Strategy
- Manages the Group's aggregate risk level
- Distributes functions of the Group's risk management among the Bank's collegial working bodies and structural units
- Performs the Group's risk management functions not distributed among other collegial working bodies

**Market Risks Committee**
- Manages the market risk in the banking book and the equity risk in the banking book

**Assets and Liabilities Committee of Sberbank**
- Manages the liquidity risk, the interest and exchange risks in the banking book, the market credit spread risk of securities in the banking book
- Manages the Bank's and Group's capital structure and adequacy level
- Manages the Bank's balance sheet structure and net interest income, as well as makes decisions on internal transfer pricing

**Compliance Committee**
- Manages the compliance risk and ensures that the Bank's and Group's activities are in line with the legislation, regulatory requirements and best practices

**Loan and Investment Committee**
- Manages the Group's credit and country risks

### First line of defense
- Treasury
- Business units

### Second line of defense

- Risks Block
  - Integrated risk management, retail and corporate and investment business risks, wealth risks, international business risks, market risks, operational risks, technology risks, model risk
- Legal Department
- Cybersecurity Department
- Compliance Division
- Strategy and Development Department
- Marketing and Communications Department
- GR Center
- Tax Department
- Real Estate and Operation Department

In transactions with financial institutions, it manages the financial institution credit risk, country risk and operational risk within the powers delegated

### Third line of defense
- Risk Management System audit

## Integrated risk management

The Group's system for integrated risk management involves risk identification and risk materiality assessment procedures. These are carried out once a year to be completed prior to the start of the annual business planning cycle. Should there occur any considerable changes in the external environment of within the Group that may affect its risk level, the Group can launch unscheduled risk identification and risk materiality assessment procedures.

For each risk type, the Group / a Group member define the approach to capital requirement assessment, in order to then determine the aggregate risk level and the relevant amount of the capital requirements for all risks.

To contain its risk exposure, the Group has approved the risk appetite, or a system of indicators that describe the Group's maximum aggregate risk level acceptable in achieving strategic goals. The Group conducts its aggregate risk assessment at least quarterly.

In accordance with the Strategy of Risk and Capital Management of Sberbank Group adopted by the Bank and Capital Adequacy Management Policy of Sberbank Group, the goal of the capital adequacy management is to ensure that the Bank and the Group are able to meet the targets in the sphere of strategic growth of assets with the unconditional compliance with the capital adequacy requirements in the conditions of current operating activities and in the conditions of stress.

**In capital adequacy management at the level of the Bank and Group, the following are applied:**

- business planning
- plan of capital adequacy management
- dividend planning and capitalization of subsidiaries
- a system of limits for capital adequacy ratios
- a plan of capital adequacy management in a crisis situation

**In capital adequacy assessment, the following are applied:**

- forecasting capital adequacy ratios
- a system of indicators for early warning about capital adequacy decrease
- capital adequacy stress testing

Capital adequacy indicators are forecasted at least monthly on a time line of at least one year, taking into account relevant assumptions of changes that can affect them, e.g., increase in assets, attraction of capital sources, payment of dividends, investments to subsidiaries, amendments to regulatory requirements. Forecasting capital adequacy, volume and target structure allows to proactively identify violations of standards and make timely management decisions.

The Group has been implementing a set of actions aimed at risk culture development, in order to ensure stable and efficient operation of the risk management system. A developed risk culture implies that all the Bank's employees, even not formally responsible for risk management, are aware of their important role in risk handling and perform first-line functions with a strong sense of responsibility.

To promote the Bank's risk culture, employees' risk-oriented conduct patterns are shaped within a certain business unit through personal example of the manager, as well as through Bank-wide communications and training.

The Bank pays special attention to psychological security, striving to create an environment that would allow employees to publicly admit their mistakes, report problems, criticize the status quo, ask questions and suggest ideas. To achieve this, the Bank has a hotline in place, as well as a direct line with the Bank's executives, which leave no query overlooked.

To improve the understanding of risks and their implications for the Bank's activities, employees of all levels are trained in educational risk management programs.



## List of Sber's material topics in 2022

**CREDIT RISKS**
- Credit risk
- Country risk

**MARKET RISKS**
- Market risk in the trading book
- Currency risk in the banking book
- Interest rate risk in the banking book
- Credit spread risk in the banking book

**LIQUIDITY RISKS**
- Liquidity risk

**OPERATIONAL RISKS**
- Operational risk
- Legal risk
- Compliance Risk
- Regulatory risk
- Technology risk
- Cybersecurity risk
- Conduct risk
- Model risk

**BUSINESS RISKS**
- Strategic Risk
- Participation and forced support risk
- Legislation change risk

**OTHER RISKS**
- Insurance risk
- Reputational risk
- ESG risks
- Tax risk
- Real estate risk
- Guaranteed return risk

## In 2022, in developing its risk management system, Sber Group focused on:



**1** Group's risks: building a risk management system for the Group's companies based on the fundamental risk management principles of the Group

**2** Stress testing and scenario analysis tools: improving the methodology, automation and acceleration of calculations

## AI integration in risk assessment models

To ensure operative control over the model risk, the Group carried on with a regular auto-monitoring of applied models. In 2022, over 550 models were monitored automatically, which resulted in 88% coverage of all models subject to auto-monitoring.

**In operation at the end of 2022**
>2 THSD MODELS

**Validated in 2022**
>2.3 THSD MODELS

The most significant models are automatically monitored to ensure operative control over the model risk
>800 MODELS

The organized risk management system can withstand significant surges in the load on scoring
1.2 MN DAILY APPLICATIONS



# Group Key Risks Management Approach

| | Risk description | Risk management committees and policies | Risk management and assessment |
|---|---|---|---|
| **Credit risk** | Credit risk is a risk of losses related to complete or partial loss of an asset value or increase of liabilities due to default or deterioration of credit quality (migration) of the counterparty (issuer / third party for the following instruments (including those obtained as security): <br>• for a financial instrument in a transaction with a counterparty <br>• for the issuer's security <br>• for a derivative financial instrument linked to a credit event of a third party | **Policy:** <br>• Credit Risk Management Policy <br>• Loan Products Collateral Handling Policy <br><br>**Committee responsible for managing this risk:** <br>• Loans and Investments Committee of Sberbank <br>• Market Risks Committee of Sberbank, Bad Assets Committee of Sberbank and other collegial working bodies of the Bank and its branches (regional banks, GOSB) regarding the delegated powers | **Key credit risk management methods:** <br>• credit risk prevention by identifying, analyzing and assessing potential risks <br>• credit risk level planning through estimation of expected loss levels <br>• limiting credit risk by setting risk limits and / or restrictions <br>• building of loan loss provisions <br>• managing transaction security <br>• monitoring and control of credit risk level <br><br>Risk level assessment is performed using credit risk estimation statistical models, i.e. PD, LGD, EAD. <br><br>**Credit exposures to Group counterparties in transactions with inherent credit risk are assessed depending on the counterparty type:** <br>• corporate clients—on the basis of a credit rating system depending on the counterparty risk segment, as well as by building expected cash flow models <br>• individual—based on the counterparty solvency assessments, express assessments, behavioral data and information from external sources available to Sberbank <br><br>A multi-level system of limits is used to contain credit risk, including Group-level risk appetite limits. |
| **Market risk in the trading book** | Risk of losses or a reduction in earnings as the consequence of an unfavorable change in the market value of financial instruments, commodities, foreign currencies, metals. | **Policy:** <br>• Credit Risk and Market Risk Management Policy for Financial Market Transactions <br><br>**Committee responsible for managing this risk:** <br>• Market Risks Committee of Sberbank, Bad Assets Committee of Sberbank and other collegial working bodies of the Bank and its branches (regional banks, GOSB) regarding the delegated powers | Risk identification, assessment and subsequent management are at the core of the market risk management system. <br><br>The primary risk management tool is market risk limit setting at the portfolio level. Market risk limits are set at four levels of the portfolio hierarchy, from the aggregate level down to limits at the level of individual sub-portfolios or strategies. The top-level limits are Group risk appetite metrics. <br><br>VaR (value-at-risk) is the primary market risk measurement metric. The bank measures VaR using the historical modelling method with a confidence level of 99% on a 10-days horizon. |

SBER | RISK REPORT › GROUP KEY RISKS MANAGEMENT APPROACH

| Definition of risk | Risk description | Risk management committees and policies | Risk management and assessment |
|---|---|---|---|
| **Interest rate and currency risks in the banking book** | Interest rate risk in the banking book is a risk of losses, a reduction in earnings, capital or capital adequacy due to an adverse change in interest rates on financial instruments in the banking book and/or market interest rate that affect the value of financial instruments in the banking book. | **Policy:**<br>• Banking Book Interest Rate Risk and Currency Risk Management Policy<br><br>**Committee responsible for managing this risk:**<br>• Assets and Liabilities Committee of Sberbank | The interest rate and currency risks in the banking book (hereinafter, IRCRBB) are managed on a centralized basis, taking into account the position consolidation principles and three lines of defense.<br><br>The key IRCRBB management procedures include:<br>• IRCRBB identification and assessment<br>• IRCRBB containment through building a system of limits<br>• management of interest rate and currency positions in the banking book<br>• IRCRBB stress testing<br>• control of IRCRBB level and observance of existing limits<br>• IRCRBB reporting<br>• validation of models used for IRCRBB estimation purposes<br>• assessment of the IRCRBB management system quality and effectiveness (internal audit)<br><br>The Group predominantly uses the following metrics for IRCRBB estimation:<br>• change in net interest income ($\Delta$NII)<br>• regulatory open currency position<br>• economic capital<br><br>A multi-level system of limits is used to contain IRCRBB, including Group-level risk appetite limits. |
| | Currency risk in the banking book is the risk of financial losses, a reduction in capital or capital adequacy as the result of a change in foreign exchange rates and precious metal prices on items in the banking book. | | |
| **Credit spread risk in the banking book** | A risk of losses or capital decrease due to falling market prices for securities in the banking book, acquired according to such business models as "acceptance of contractual cash flows" and "acceptance and sale of contractual cash flows" and measured at fair value, as a result of an adverse change in market credit spreads. | **Policy:**<br>• Banking Book Market Credit-Spread Risk Management Policy<br><br>**Committee responsible for managing this risk:**<br>• Assets and Liabilities Committee of Sberbank | Key methods for managing the credit spread risk in the banking book (hereinafter, CSRBB):<br>• CSRBB identification and measurement, including economic capital measurement<br>• CSRBB containment (building a system of limits)<br>• CSRBB stress testing<br>• control of CSRBB level and observance of existing limits<br>• managing CSRBB level, in particular, developing and implementing measures required to assure adherence to existing CSRBB limits<br>• validating models used for CSRBB estimation<br><br>Value-at-risk (VaR) metric is used for CSRBB estimation which is an estimate of a maximum loss of the fair value of securities in the banking book, caused by a change in market credit spreads over a defined period of time with a defined probability (confidence level). A multi-level system of limits is used to contain CSRBB, including Group-level risk appetite limits. |

SBER

| Definition of risk | Risk description | Risk management committees and policies | Risk management and assessment |
|---|---|---|---|
| Liquidity risk | The liquidity risk is the risk that manifests itself in an inability to finance own operations, i.e. ensure asset growth and/or discharge obligations as they fall due, or in a failure to comply with regulators' liquidity requirements. | **Policy:**<br><br>• Liquidity Risk Management Policy<br><br>**Committee responsible for managing this risk:**<br><br>• Assets and Liabilities Committee of Sberbank | **Key liquidity risk management methods:**<br><br>• business planning and Funding Plan development<br>• a system of limits and trigger limits on risk metrics that contain the liquidity risk<br>• product pricing<br>• transfer pricing<br>• coordination of conditions for new products<br>• coordination of major transactions<br>• maintaining the liquidity buffer<br>• development of a financial stability recovery plan for a liquidity crisis situation<br><br>**Key liquidity risk assessment methods:**<br><br>• calculation of risk metrics to control and measure the liquidity risk<br>• bottom-up balance sheet forecasting<br>• top-down balance sheet forecasting<br>• scenario analysis<br>• stress testing<br><br>A multi-level system of limits is used to contain the liquidity risk, including Group-level risk appetite limits. |

RISK REPORT > GROUP KEY RISKS MANAGEMENT APPROACH

| Definition of risk | Risk description | Risk management committees and policies | Risk management and assessment |
|---|---|---|---|
| **Operational risk** | A risk that a credit institution will suffer direct or indirect losses as a result of imperfect or erroneous internal processes, acts of employees or third parties, failures or flaws of information, technological or other systems, or as the result of external events.<br><br>In accordance with Basel II, it includes the following event categories:<br>• External fraud<br>• Internal fraud<br>• HR policy and labor safety<br>• Clients, products, and business practice<br>• Damage to tangible assets<br>• Business interruptions and system failures<br>• Execution, service delivery and personnel management | **Policy:**<br>• Operational Risk Management Policy<br><br>**Committee responsible for managing the risk:**<br>• Group Risk Committee of Sberbank<br>• Payment System Risk Management Steering Committee | **Key management methods:**<br>• operational risk identification<br>• operational risk assessment<br>• analysis of problem areas in processes, formulation and adoption of decisions on optimizing/changing processes to reduce the level of operational risk<br>• monitoring of operational risk<br>• operational risk control and/or reduction, including:<br>  – holistic regulation of business processes and procedures<br>  – segregation of authority<br>  – internal control of compliance with the established procedure for making deals and transactions, of limit observance discipline<br>  – a system of measures aimed at assuring information security and business continuity<br>  – improvement of automated systems and hardware functioning audit and quality control procedures<br>  – property and asset insurance<br><br>**Key risk identification methods:**<br>• daily analysis of data on realized operational risk events and damage suffered<br>• analysis of information provided by units during self-assessment with respect to operational risks, as well as based on the results of scenario analysis on a quarterly annual basis<br>• analysis of business processes<br>• scenario analysis<br>• stress testing<br><br>To contain the operational risk, loss limits are established within risk appetite at the Group level. |
| **Country risk** | Country risk is the risk of losses associated with the inability or unwillingness of counterparties that:<br>• are residents of a foreign state (including sovereigns)<br>• hold assets in a foreign state<br>  • bearing the ultimate risk in a foreign state (i.e. when foreign residents are related to forming counterparty obligation/discharge sources)<br><br>to perform their obligations as a consequence of economic, political, social developments in such foreign state, or as a consequence of that foreign state's currency potentially becoming unavailable to the counterparty due to the specifics of local and/or national law (irrespective of the counterparty's financial position as such) | **Policy:**<br>• Country Risk Management Policy<br><br>**Committee responsible for managing this risk:**<br>• Loans and Investments Committee of Sberbank | To manage the country risk, the bank has developed limits and warning indicators that restrict the aggregate concentration of operations involving country risk for the bank as a whole, as well as by the individual country or by a group of countries.<br><br>The country risk belongs to the credit risk group that covers the estimation of losses from events related to country risk realization. |

| Definition of risk | Risk description | Risk management committees and policies | Risk management and assessment |
|---|---|---|---|
| **Cybersecurity risk** | Cybersecurity risk means realization of information security threats caused by flaws in the information security processes, and in particular in technological and other activities, flaws in the application software of automated systems and applications, as well as inconsistency of these processes with the activities of the organization. | **Policy:**<br>• Cybersecurity Risk Management Policy of Sberbank Group<br><br>**Committee responsible for managing this risk:**<br>• Group Risk Committee of Sberbank | The Group applies a process-oriented approach to cybersecurity (CS) risk management. The CS risk management process involves understanding the context, the CS risk is assessed and then handled according to the adopted plan.<br><br>Before a decision is made as to what and when has to be done to reduce the CS risk to an acceptable level, a forecast will be carried out of what may happen and what possible consequences may be. |
| **Model risk** | Model risk is the risk of adverse consequences arising from model inaccuracies (errors) and/or incorrect model application in the bank processes. | **Policy:**<br>• Model Risk Management Policy of Sberbank Group<br><br>**Committee responsible for managing this risk:**<br>• Group Risk Committee of Sberbank | Accepting model risk management responsibility, a clear distinction between three lines of defense.<br>• Model developers endeavour to minimise model inaccuracies (errors)<br>• Model owners:<br>  – make decisions on whether the model is to be implemented in Bank or Group processes<br>  – participate in activities necessary for the compliance with the existing model risk limits<br>• Validation Division:<br>  – maintains the model risk assessment methodology framework<br>  – validates models<br>  – assesses the model risk<br>  – drafts model risk level reports<br>  – advises to developers, owners, and users on model risk assessment matters<br>• Audit services-independent assessment of the model risk management system effectiveness and compliance with internal and external requirements |
| **Participation and forced support risk** | Participation and forced support risk means the risk that the Bank or a Group member may suffer losses due to adverse changes in the financial position / market value of investments in equity securities that enable the exercise of control or significant influence over an issuer / the authorized capital of an organization, or caused by the Bank being forced to provide financial support to organizations that are not taken into account for the Group capital adequacy ratio calculation purposes. | **Policy:**<br>• Participation Risk Management Policy<br><br>**Committee responsible for managing this risk:**<br>• Group Risk Committee of Sberbank | The Participation Risk management goals are to:<br>• ensure financial stability, limit possible financial losses and negative impact of the assumed Participation Risk on the Group<br>• comply with the regulatory requirements imposed by the Bank of Russia and local regulators with regard to Participation Risk management and control<br>• contain risk by determining the Participation Risk appetite and other Participation Risk Limits<br>• keep the Participation Risk level within the boundaries of the determined Risk Appetite and other Limits<br><br>The Participation Risk management system covers all Group investments and limits the risk through:<br>• established investment limits<br>• control of NI2 and NI23 ratios prescribed by the Bank of Russia<br>• the economic capital buffer available for the coverage of risks of participants beyond the Group's regulatory perimeter |

| Definition of risk | Risk description | Risk management committees and policies | Risk management and assessment |
|---|---|---|---|
| **Technology risk** | The technology risk is the risk of direct or indirect losses as a result of IT systems unavailability, data quality and integrity breaches, contractor / partner business interruptions, errors in the development of and upgrading IT systems. | **Policy:**<br>• Technology Risk Management Policy<br>**Committee responsible for managing this risk:**<br>• Group Risk Committee of Sberbank | Four lines of defense are deployed to manage the technology risk. The first line of defense is provided by the owner of the technology risk inherent in Group automated systems and automated business services. It ensures observance of the risk appetite. The second line provides support with goal-setting and risk management independently from the first line. It develops the methodology and exercises control over any risk minimization activities. The third line performs an independent assessment of whether the risk management system complies with internal and external requirements. Regulators and external auditors act as the fourth line of defense and control. |
| **Conduct risk** | Conduct risk—a risk of using by the Bank, Group members and their employees of unfair business practices at all stages of the product lifecycle and the customer journey, including product substitution (misselling), non-transparent pricing (mispricing), unfair informing (misinforming), related sale, sale of inappropriate products, sale without the client's knowledge that violate the business ethics principles and can affect the Bank together with its clients or clients alone, including their financial interests and expectations. | **Policy:**<br>• Conduct Risk Management Policy of Sberbank Group<br>**Committee responsible for managing this risk:**<br>• Group Risk Committee of Sberbank | The Group's conduct risk management process comprises the following 4 main stages:<br>• Conduct risk identification and analysis—identifying potential / realized conduct risk events, defining and analyzing their reasons and prerequisites, as well as record-keeping of all transactions exposed to such risk.<br>• Conduct risk assessment means analysis of information obtained at the risk identification stage, check a product / service for conduct risk factors, determination of the probability of events that would result in losses, and the scope of potential and effective damage.<br>• Risk mitigation decision making means the making of a management decision in respect of the conduct risk identified, follow-up on the agreed conduct risk mitigation and process soft spot elimination measures.<br>• Conduct risk level and losses monitoring and control—overseeing conduct risk events, their evolution and change trends. |

SBER

# Loan Portfolio Quality and Risk-weighted Assets

## Regulatory amendments to risk management and RWA effects

Optimization of risk-weighted assets (RWA) is crucial to capital adequacy management. In 2022, the Bank of Russia had introduced a number of amendments that significantly influenced the RWA dynamics. In particular, in the early 2022, the Bank of Russia cancelled all types of macroprudential add-ons (additional risk-weighting buffer for RWA calculation) for consumer and mortgage loans, credit cards and foreign currency loans to legal entities granted prior to March 1, 2022, which allowed to slow down the RWA growth. Furthermore, Sber carried on with implementing an approach to credit risk amount assessment based on internal ratings, which also enabled a partial compensation for the RWA growth, driven by an increase in the loan portfolio.

**Sber managed to achieve its financial results for 2022 without using any sizes offered by the Bank of Russia to credit institutions, such as fixed exchange rate and securities value, preferential loan provisioning for certain companies, etc.**

## Operational risk management

In 2022, Sberbank continued to align to its operational risk management system with the new requirements of the Russian regulator[1]. To this end, the Group's Risk Identification and Materiality Assessment Report includes the business continuity risk into the operational risk. To date, a quality operational risk assessment always includes critical processes.

**In 2022, Sber implemented SberORM AS, its own automated solution for operational risk management. The system is powered by the cloud Platform V and the Corporate Analytics Platform, completely independent from foreign software. SberORM AS ensures the compliance of Sber companies with the regulator's requirements, including for capital calculations and drafting mandatory statements taking into account their risk handling specifics.**

In 2022, the Group implemented the following measures in order to reduce operational risks and improve the risk management system:

- ML models were implemented to optimize identifying and registering operational risks

- new algorithms were introduced to automatically register incidents by digital trackers, with the auto-registration share exceeding 80%

- operational risk appetite values and operational risk limit losses were established for all Group members

- conduct risk limits were approved

- a single edge-to-edge operational risk management system maturity indicator was set for all Group members

The Group uses a system of reports to managers and collegial bodies involved in the processes of risk management to monitor operational risk. Reports are formed on daily, monthly and quarterly basis. Data about risk assessments and the incurred losses allows for the identification of areas with concentrated risks for further development of measures aimed at reducing the level of Group's risks.

## Credit risk costs

In 1H2022, Sber managed to create significant reserves due to realized and potential risks. At the end of the year, the cost of risk amounted to 1.9%. Aggregate provisioning expenses and re-measurements of loans measured at fair value amounted to RUB 555 billion, which was 4 times higher compared to 2021.

---

1   Regulation of the Bank of Russia No. 716-P, dated 8 April 2020, "On the Requirements to the Operational Risk Management System of Credit Institutions and Banking Groups" and Ordinance of the Bank of Russia No. 6303-У (6303-U), dated 25 March 2022, "On Amendments to Regulation of the Bank of Russia No. 716-P (716-P), dated 8 April 2020, "On the Requirements to the Operational Risk Management System of Credit Institutions and Banking Groups"



# Loan portfolio quality

## Quality of corporate loans (Sberbank)

As of December 31, 2022, the default portfolio share amounted to 3.9% (4.9% decrease over the year), while loans with repayment delays longer than 90 days amounted to 1.9% of the default portfolio (2.3% increase over the year). In 2022, the provision coverage of bad loans increased from 102.2% to 155.6%, while the same indicator for the default loan portfolio grew from 65% to 75%.

In 2022, the introduction of a new model for probability of default estimation, applied for 40% of the portfolio, resulted in the improved average credit rating. However, the provision coverage of the loan portfolio has received a conservative estimate.

During 2022, the loan portfolio share in foreign currency decreased from 25% to 17% under the program for converting debts into national currency, allowing to decrease both the credit and currency risks.

In 2022, the loan portfolio became more concentrated in the Real Estate Transactions sector. The Bank applies comprehensive approaches to credit risk concentration management. According to the regular stress testing results, the Bank would remain considerably stable in this industry in the case of the stress scenario implementation.

After significant changes in the economic situation, the Bank takes all relevant information into account in credit risk assessments. Sber's Macroeconomic Research Center regularly updates economic situation scenarios. In turn, updated forecasts are taken into account in determining the credit risk level.

## Quality of loans to individuals (Sberbank)

In the face of macroeconomic shocks, Sberbank promptly responded to external factors by adjusting the strategy for granting loans to retail customers. Notwithstanding the difficulties occurred, Sber did not suspend the lending process, staying close to its clients even in the toughest times. In addition to state programs for debt rescheduling, Sberbank launched its own initiatives adapted to the new conditions. In the mortgage segment, the Bank refused from cancellation of mortgage applications submitted by clients prior to the significant increase in the key rate (since August 26, 2022).

In general, following the results of 2022, Sber has increased its retail loan portfolio by 12.2% over the year to RUB 12.4 trillion. Flexible regulation of the risk appetite allowed to maintain the share of loans with repayment delays longer than 90 days that amounted to 3.8% as of December, 2022 (3.7% as of December 31, 2021). Non-performing loan coverage ratio increased from 118.1% to 126.6% during 2022 year.



## Risk culture and risk conduct development in 2022

In order to ensure stable and efficient operation of the entire risk management system, the Group constantly implements measures aimed at risk culture development with the following primary tasks:

- development risk management knowledge and skills in the Bank's employees and Group members through systematic training

- appropriate use of risk management tools by managers and employees of the Bank's units in their daily work

- development skills of appropriate and timely use of risk management tools in employees

- open active Group-wide communications on risk culture principles and values

Therefore, the risk culture promotes a climate of openness, right attitudes towards risks and a mature organization as a whole.

Conduct risk assessment at the product / service lifecycle stages is carried out on the aggregated basis subject to the following indicators:

- propensity of a product / service for unfair business practices, such as misinforming, misselling, mispricing, related sale, sale without the client's knowledge, sale of inappropriate products

- novelty, complexity, consumer value of a product / service

- number of planned sales of a product / service, number of customer complaints related to similar products / services and losses incurred by the Bank / Group members / a client from realization of the conduct risk for similar products / services of the Group

## ESG transformation in Sber's risk management in 2022

The ESG Risk Management System has been based on the best practices and subject to the specific features of the Russian economy. Key management tools:

- regular stress tests based on the global scenarios and own forecast models that take into account climate and derivative social and economic risks

- industry-specific credit strategies and guides developed by Sber's industry teams

- Customer-level ESG screening and environmental risks review for major transactions

A large toolset allows to identify the counterparty risk exposure, assess their business practices and suggest mitigation measures.

Tools implemented by Sber are also scalable due to the interaction with the regulator, stakeholders, partners and clients of the Company.

Sber's ESG scoring is available for free to all clients and partners of the Bank on its corporate portal.

## Technology risk under sanctions in 2022

In 2022, the technology risk management model proved its effectiveness.

- Notwithstanding the fact that over 80% of Sber's IT vendors refused to cooperate, the Bank continues its normal operation.

# Corporate governance

| | |
|---|---|
| Corporate governance system | 87 |
| General Meeting of Shareholders | 93 |
| The Supervisory Board | 94 |
| Supervisory Board Committees | 101 |
| Executive Bodies. Executive Board | 107 |
| The Corporate Secretary | 108 |
| The Control and Audit System | 108 |
| Compliance | 110 |
| Share capital and securities | 111 |
| Investor Relations | 113 |
| Major deals and related party transactions | 114 |

# Corporate governance system

[GRI 2-9]

Sberbank's system of corporate governance is a system of relations among its shareholders, the Supervisory Board, management and other stakeholders, complemented by an array of rules and standards of conduct that govern the management and control of the Bank's operations. Corporate governance is made effective by maintaining the right balance between entrepreneurship and oversight, and between performance and compliance with established norms.

## The goals of corporate governance at Sberbank include:

➤ growing the Bank's shareholder value and investment appeal

➤ ensuring that the Bank and Group companies' operations are profitable

➤ enabling long-term, sustainable and balanced development, taking into account the interests of a wide range of stakeholders through the implementation of the Development Strategy objectives and priorities

➤ ongoing and consistent improvement of the CG system taking into account the interests of stakeholders, including reasonable and differentiated cascading of CG standards and practices across other Group companies

## The principles of corporate governance at Sberbank are as follows:



**1** Absolute observance of shareholders' rights and interests

**2** Division of business management powers and responsibilities among the Bank's management and executive bodies

**3** Effective conduct of the Supervisory Board

**4** Accountability of the executive bodies

**5** Effective operation and independence of the Corporate Secretary

**6** A transparent and balanced remuneration system for members of the Supervisory Board and the executive bodies

**7** Strong corporate culture and business ethics standards

**8** Balanced and effective internal controls and management systems

**9** Establishment of adequate corporate governance mechanisms at companies under control

**10** Information transparency

**11** Compliance with international standards and principles in the area of sustainable development and with ESG principles

⊘ SBER   CORPORATE GOVERNANCE › CORPORATE GOVERNANCE SYSTEM

## Sberbank's CG priorities for 2022 included:

▲ Preservation of the foundation underlying the Bank's CG

▲ Adaptation of the Bank's CG practices to the current situation

▲ A special procedure for information disclosure

## CG System Characteristics

| Characteristic | Value |
| --- | --- |
| Total number of unique shareholders as of 01/01/2023 | more than 1.5 million |
| The Committee for Minority Shareholder Relations | Established in, and in operation since, 2008 |
| Shares listed at | The Moscow Exchange |
| National Corporate Governance Rating | 8+ · Best CG Practice |
| Supervisory Board | ✓ |
| The collegial executive body (the Executive Board) | ✓ |
| The sole executive body (CEO, Chairman of the Executive Board) | ✓ |
| External audit | ✓ |
| The Internal Audit Commission | ✗ |
| The Corporate Secretary | ✓ |
| Separate risk management units | ✓ |
| Separate internal control units | ✓ |
| Separate internal audit units | ✓ |
| Development Strategy | ✓ |
| Dividend Policy | ✓ |
| Code of Corporate Governance | ✓ |
| Code of Ethics | ✓ |
| Anti-Corruption Policy | ✓ |
| Conflict of Interest Management Policy | ✓ |
| Information Policy | ✓ |
| A Supervisory Board and Executive Board member in charge of ESG | ✓ |

SBER

CORPORATE GOVERNANCE > CORPORATE GOVERNANCE SYSTEM

# Corporate Governance System Elements

**General Shareholder Meeting**

Controlling shares of Sberbank are owned by the Russian Federation

**Supervisory Board**

▲ The Supervisory Board members are appointed at the General Shareholders Meeting

▲ The Chairman is appointed by the Supervisory Board members

**14** MEMBERS

12 MEN AND 2 WOMEN

**Executive Board**

▲ The Executive Board members are appointed by the Supervisory Board

▲ The President, Chairman of the Executive Board are appointed by the Supervisory Board

**7** MEMBERS

5 MEN AND 2 WOMEN

SB Staff and Remuneration Committee

SB Strategic Planning Committee

SB Technology Committee

The Corporate Secretary

The external auditor

Audit Committee

SB Risk Management Committee

Internal Audit Service

Internal Control Service

The Risks Block

accountable to

appoints and dismisses

reports to

elects / appoints and supervises

appoints

internal and external control vertical

SBER    CORPORATE GOVERNANCE  >  CORPORATE GOVERNANCE SYSTEM

# Corporate governance level assessment

**Sberbank has been assigned a National Corporate Governance Rating (NCGR) since 2016.**

## 8   [2016]

Advanced corporate governance practices

At the end of 2022, Sberbank's corporate governance rating stood at 8++ (out of 10), despite legislative initiatives that restricted the financial institutions' ability to disclose their financial statements or other information. According to the NCGR scale, a company with a NCGR of 8++ complies to a considerable extent with the recommendations of the Russian Corporate Governance Code and sustainable development standards. Stakeholder risks stemming from the quality of corporate governance and sustainable development management are insignificant. Sberbank's corporate governance practices in terms of protection of shareholder rights are assessed as good. Sberbank's corporate governance practices in terms of activities of its management and supervisory bodies, sustainable development and ESG, and information disclosure have been given high marks.

## 8+   [2019]

Advanced corporate governance practices

Despite the prevalence of high sanction risks in 2022 and a forced tendency of companies towards less disclosure (a newfound statutory right not to disclose a large amount of material information), Sberbank has retained many of its key CG practices:

- its shareholders elected a new Supervisory Board of 14 members (two executive directors, five non-executive directors and seven independent directors (including two female directors)

- a Senior Independent Director and an Officer in Charge of ESG and Sustainable Development were appointed from among the independent Supervisory Board members

## 8++  [2021]

Advanced corporate governance practices

- following the election of the new Supervisory Board, Committees were formed (the Audit Committee included four independent directors, including the Committee Chairman, and one non-executive director; the HR and Remuneration Committee included three independent directors, including the Committee Chairman, and one non-executive director)

- the Bank adopted a new version of its Code of Corporate Ethics and Business Conduct, supplemented with a number of new sections on sustainable development and ESG matters

- the Bank released its first report on compliance with the Principles for Responsible Banking of the United Nations Environment Program Finance Initiative (UNEP FI), the UN Global Compact Principles, the UN Sustainable Development Goals, and the recommendations of the Task Force on Climate-Related Financial Disclosures (TCFD)

- the Bank provides shareholders with electronic means of communication to send in requests for convening a General Shareholders' Meeting, nominate their candidates to the company's management and supervisory bodies, or propose items for the General Meeting agenda, and maintains this capability

- the Bank enables shareholders to vote electronically

- the Bank selects its external auditors based on the results of an open tender

- the Bank has developed an External Auditor Independence Management Policy

- the Bank has established a Minority Shareholder Relations Committee that is operating in an active manner

- the Bank has a Supervisory Board Members Succession Policy in place and compiles a target competency matrix

- the Bank has developed an onboarding program for newly elected Supervisory Board members, and holds professional development and additional knowledge training sessions for Supervisory Board members on a regular basis

- the majority of important matters recommended by the Corporate Governance Code for consideration at an in-person meeting are considered by the Bank's Supervisory Board at in-person meetings (the requirement is set forth in the Bank's internal regulations)

- the Supervisory Board assesses the performance of the internal control system and the risk management system on an annual basis

- the Bank has established a structural unit, to perform internal audit functions, the Internal Audit Service, whose functions comply with the recommendations of the Corporate Governance Code and that reports to the Supervisory Board / the Audit Committee

- the Bank has developed and implemented a regulatory and methodological risk management framework and created the Risk Management Service, a combination of internal business units in charge of key risk management functions

- the Bank identifies and assesses cybersecurity risks, with the Supervisory Board monitoring this process

- the Bank has established a special Corporate Secretary position whose responsibilities and powers are fully in line with recommendations of the Russian Corporate Governance Code

- the Bank has approved an ESG strategy and set strategic goals for its three components (E, S and G)

- the Supervisory Board is duly involved in ESG management, while its Strategic Planning and Sustainable Development Committee conducts preliminary reviews of ESG matters

- the Bank has implemented an ESG risk management system that is integrated into its overall risk management system; the Supervisory Board monitors ESG risks

- the Bank has developed a Climate Strategy and set targets for carbon footprint reduction, while the Supervisory Board monitors climate risks

- the Bank is actively involved in various projects as part of its environmental policy, and develops the concept of a "green officer" and various "green finance" tools

- the Bank has implemented a Procurement Corporate Social Responsibility Code and imposes environmental and ethical requirements on its suppliers

# Compliance with the Bank of Russia Corporate Governance Code

**Sberbank has a well-balanced and transparent corporate governance system in place.**

The Bank's shares have been included in first-tier quotation lists at Russian stock exchanges since 1997, a testament to the high quality of Sberbank's corporate governance and its compliance with the requirements imposed by stock exchanges on securities of top-listed issuers.

Sberbank has had a Corporate Governance Code since 2002 that reflects its established corporate-relations traditions as well as the basic guidelines for implementing the best corporate governance practices. After the Bank of Russia issued recommendations on application by Russian public companies of the new Bank of Russia Corporate Governance Code in 2014, Sberbank has developed and approved a new Corporate Governance Code taking these recommendations into account.

Sberbank revised its Corporate Governance Code in 2020 following the adoption of its new Development Strategy, while preserving the best practices it had used for years.

The scope of Sberbank's compliance with recommendations stipulated in the Company Information Disclosure, Information Policy section of the Bank of Russia Corporate Governance Code decreased in 2022 for objective reasons, due to restrictions imposed during the year on public disclosure by securities issuers of accounting (financial) statements, insider information or any other sensitive information in order to minimize the impact of the restrictive measures imposed on the Bank and its officers by a number of foreign countries. Certain information about the Bank was removed from the public domain (including its corporate website and the Bank's web page at a news agency). The regulatory disclosure essentially took the form of notifications during the year[1].

In light of holding the annual General Shareholder meeting of Sberbank in 2022 by absentee voting (as in 2021), there was a scope of compliance by the Bank with the recommendations under the Shareholder Rights and Shareholder Equality in Exercising Their Rights section related to shareholder's meeting procedures.

The decrease in the scope of compliance by Sberbank with the Code recommendations did not come as a result of a deterioration in the quality of corporate governance at Sberbank ( Sberbank has in fact retained many of its key CG practices—see the Corporate Governance Level Assessment section above), but it was rather caused by external factors. Sberbank will resume the practice of full compliance with the applicable recommendations once the relevant regulatory and epidemiological restrictions are lifted.

→   For Sberbank's report on compliance with the Bank of Russia Corporate Governance Code, refer **to page 116**

## Compliance by Sberbank with the Bank of Russia Corporate Governance Code recommendations

● 2021   ● 2022



| | Shareholder rights and shareholder equality in exercising their rights | Board of Directors | Corporate Secretary | Remuneration system for members of the Board of Directors, executive bodies and other key executives | Risk management and internal control system | Company information disclosure, information policy | Significant corporate actions |
|---|---|---|---|---|---|---|---|
| 2021 | 97% | 96% | 100% | 100% | 100% | 97% | 93% |
| 2022 | 97% | 96% | 100% | 100% | 100% | 96% | 93% |

---

[1] Sending of notifications to the Bank of Russia in accordance with Ordinance No. 5096-U (5096-U), dated 27 March 2019, "On the Form and Procedure for Issuers to Submit to the Bank of Russia Notifications Regarding Information Which Cannot Be Disclosed and (or) Provided" and Ordinance No. 5130-U (5130-U), dated 22 April 2019, "On the Procedure for Insiders to Submit to the Bank of Russia Notifications Containing Insider Information Not Subject to Disclosure".

# Sberbank's Corporate Governance System Development

The key areas of Sberbank's corporate governance development in 2022 were as follows:

 Transformation of shareholder relations

 Development of the Supervisory Board operating standards and practices

Preservation of CG best practices, the ESG agenda and sustainable development in the Bank's operations

## MEASURES TAKEN BY THE BANK IN 2022

### Protection of Shareholder Rights

- Development of electronic services for shareholders to exercise their rights comfortably:
  - The development of the Sber Shareholder mobile app continued in 2022; training courses for shareholders and the Benefits from Sber section were introduced; the Benefits from Sber section was developed; an administrative dashboard for content management was developed; the Android app was restored following the introduction of sanctions; the app can now be downloaded from RuStore and lapps.sber.ru
  - The Shareholder Personal Account mobile app of the STATUS JSC registrar was redesigned: a solution for signing in to personal accounts using ESIA (Gosuslugi) digital electronic signatures, Sber ID or Sber Business ID (for legal entities) was implemented; a one-click voting solution for General Meetings of Shareholders was introduced; the customer journey was improved; and a web version of the app was rolled out.
  - Active steps were taken during the year to identify inactive shareholder details; the STATUS Online Shareholder's Personal Account features were improved to enable remote updating of shareholder details; individual/group work with shareholders was conducted, including phone calls, letters, text messages, keeping shareholders informed during various events

- The Sber Shareholder community was created on the Bank's internal resources in August 2022 as a platform for informal communication and exchange of ideas between the Bank's employees on the subject of corporate governance. The community offers the latest corporate governance news; information on services available for shareholders; and answers to frequently asked questions

- The first Shareholder's Time online program for Sber employees was held in October 2022 (with more than 1,500 online participants and 5,000+ subsequent views). The purpose of the program is to build an in-house community and establish relations of trust among shareholders who are employees of the Bank. Bank representatives and Minority Shareholder Relations Committee members took part in the program. During the program, participants learned about the development of an omnichannel approach and digital services for shareholders; and answers were given to shareholders' pertinent questions

### Incorporation of Best Practices in the Supervisory Board's Activities

- Candidates to the SB were selected taking into account the personnel needs of the SB (in terms of their knowledge and skill set offering the necessary competencies) identified as a result of a survey

- The Supervisory Board action plan for 2022–2023 has been drafted taking into account matters that the Supervisory Board members identified as ones to focus on

- 2022 saw 13 events that facilitated professional development for SB members based on suggestions and feedback received from them

- An action plan for improvement of CG procedures was developed based on the results of an independent performance assessment of the Supervisory Board and its Committees

- New features were added to the SberBoard mobile app in 2022. These included an interactive SB action plan, a new version of the SB Member Book, and a cross-link from the Bank's internal systems to the app and back; the app's operability was restored following the imposition of sanction restrictions

- Necessary steps were taken to organize an SB performance self-assessment for 2022

### Integration of the ESG agenda and sustainable development into the Bank's practices

- The Bank's internal regulatory documents were updated in 2022

- SB members became more deeply involved in the ESG agenda as an end-to-end approach was implemented throughout the corporate year where matters were considered throughout the priority of the ESG; the SB was monitoring the outcomes of the Bank's ESG transformation; SB members took part in events organized by the Global Climate Initiative for Boards in order to build additional in-house ESG expertise; an Officer in Charge of ESG and Sustainable Development was elected from among SB members (this practice had been in place since 2020)

- The ESG Alliance was established (an association of Sberbank and some of Russia's largest industrial enterprises into an autonomous ESG organization that is unparalleled in Russia or the world)

- A new version of the Code of Corporate Ethics and Business Conduct was adopted

## GENERAL LINES OF IMPROVEMENT OF THE BANK'S CORPORATE GOVERNANCE PRACTICES FOR 2023

### Protection and Enablement of Shareholder Rights

- Transformation of relations with the Bank's shareholders under the current circumstances:
  - Development of the Sberbank Shareholder Community for shareholders who are the Bank's employees
  - Development of electronic services for the Bank's shareholders to exercise their rights comfortably; adding new features to the Sber Shareholder mobile app PWA
  - Taking steps to identify unknown persons listed in the Bank's shareholders register in order to update their details
  - Conducting the Shareholder Time program for shareholders who are Sberbank employees
  - Updating the Bank's Charter

### The Supervisory Board and its Committees

- Introducing the practice of SB members participating in shareholder events
- Adding new features to the SberBoard mobile app
- Organizing sessions for SB members on specific areas of the Bank's operations to discuss and exchange ideas with one another
- Developing the practice of an ESG Round Table for BoD members, an external platform for board members at Russian companies to discuss the ESG agenda
- Building a competency matrix for SB members

### Integration of the ESG agenda and sustainable development into the Bank's practices

- Plans for 2023 include the preservation and ongoing development of the best corporate governance practices and the ESG agenda in the Bank's operations, keeping SB members involved in the ESG agenda, and continuing cooperation and implementing joint projects with the ESG Alliance

SBER    CORPORATE GOVERNANCE  >  GENERAL MEETING OF SHAREHOLDERS

# General Meeting of Shareholders

A General Meeting of Shareholders is the Bank's highest management body that makes decisions on key matters of its operations.

The procedure for preparing and holding a General Meeting of Shareholders is governed by the Regulation on the General Meeting of Shareholders.

One general meeting of Sberbank shareholders was held in 2022.



| Type of meeting | Annual general meeting |
|---|---|
| Date of meeting | 29 June 2022 |
| Form of meeting | Absentee voting |
| Meeting agenda | 1. Approval of the 2021 Annual Report |
| | 2. On distribution of profits and payment of dividends for 2021 |
| | 3. Appointment of an auditing organization |
| | 4. Election of Supervisory Board members |
| | 5. Related-party transaction |

In line with recent legislative initiatives, the Bank's Annual General Meeting of Shareholders (hereinafter, the AGM) was held by proxy in 2022. To ensure the exercise by shareholders of their rights to participate in the AGM and for convenience of voting on the agenda items, the LKA and E-voting digital electronic voting services developed by NSD JSC were used.

Given the increased number of cyberattacks against the Russian digital infrastructure in 2022, the Bank's high level of cybersecurity ensured the continuity and efficiency of its digital services for shareholders on an ongoing basis.

The number of shareholders who took part in the AGM remotely increased by 10% compared to 2021 and has risen four-fold since e-voting was introduced in 2019.

## Number of Sberbank shareholders,

as of the date of closing the shareholders register for AGM[1]



- Holders of ordinary shares
- Holders of preferred shares

1  Based on number of shareholder accounts in the Register

## AGM quorum




- Total votes
- Number of votes held by shareholders who took part in the Annual General Meeting of Shareholders

## Electronic voting



- Total shareholders who took part in the AGM
- Shareholders who voted electronically



# Supervisory Board

GRI 2-9

The Supervisory Board exercises overall management of the Bank's operations and reports to the General Meeting of Shareholders.

The Supervisory Board's activities are governed by the Regulation on the Supervisory Board of Sberbank approved by the General Meeting of Shareholders.

## Supervisory Board. Characteristics

| | |
|---|---|
| Number of SB members | 14 |
| Number of independent directors | 7 |
| Number of women | 2 |
| Number of SB Committees | 5 |
| Annual SB elections | Yes |
| Succession Policy for Supervisory Board Members | Yes |
| Independent Chairman of the SB | No |
| Senior Independent Director | Yes |
| Officer in Charge of ESG | Yes |
| Annual assessment of directors' independence | Yes |
| Annual assessment of the SB and its Committees | Yes |
| Independent directors may hold meetings without participation of other SB members | Yes |
| Members of the collegial executive body (Executive Board) cannot chair the SB simultaneously | Yes |
| Directors' Liability Insurance | Yes |
| The Audit Committee is fully formed of independent directors | No |
| % of independent directors in the Committee | 80% |
| The HR and Remuneration Committee is fully formed of independent directors | No |
| % of independent directors in the Committee | 75% |
| A policy on remuneration and compensation for SB members | Yes |
| Remuneration of SB members in non-cash form, including stock (or stock-based) | No |
| Number of SB meetings held in 2022 | 49 |

## Selection of candidates and their appointment to the Supervisory Board

GRI 2-10

Candidates are selected and an efficient and professional composition of the Supervisory Board is ensured in accordance with the Bank's Succession Policy for Supervisory Board Members, which enables succession planning for Supervisory Board members in the short (up to one year) and medium (up to three years) term.

Common candidate selection criteria include an impeccable business and personal reputation, knowledge, skills and experience in the areas of the Bank's core activities, as well as available time to be dedicated to earnest performance of duties. Candidates may not serve on the boards of more than four other public companies at the same time.

In addition, candidates claiming the independent director status must have the ability and desire to serve on the Supervisory Board for at least three years, be willing to avoid any conflict of interest, have no connection with the Bank, the state, the principal shareholder, or a competitor of the Bank, and be capable of forming a position of their own free of the influence of the executive bodies, groups of shareholders or any other stakeholders. The number of independent directors on the Board is determined in order to enable the formation of an objective and bona fide position on issues under consideration through a wide range of opinions.

To ensure succession and maintain an effective operation of the Supervisory Board, annual simultaneous rotation may not exceed 1/3 of total Board members.

The HR and Remuneration Committee draws up a list of potential candidates to the Supervisory Board and evaluates any candidates nominated by shareholders.

Within 75 days of the end of a reporting year, shareholders with at least two percent of voting shares in aggregate may nominate candidates to the Supervisory Board whose number may not exceed the total number of members of the Board. The Bank's Charter limits the Supervisory Board to 14 members.

Supervisory Board Members are elected once a year at an Annual General Meeting of Shareholders by cumulative voting.

The powers of Supervisory Board members may be terminated prematurely. A premature termination of powers is possible only in respect of all members of the Supervisory Board simultaneously. A resolution on premature termination of the powers of members of the Board is adopted by a General Meeting of Shareholders.

# Governance structure. Supervisory Board Committees

The Supervisory Board is a collegial management body of the Bank. The competence of the Supervisory Board is determined by the Russian legislation and the Bank's Charter. Issues falling within the purview of the Supervisory Board may not be delegated to the Bank's executive bodies for resolution.

The Supervisory Board establishes Supervisory Board Committees from among its members for preliminary consideration of issues falling within the purview of the Supervisory Board. The Supervisory Board has five Committees. The Committees operate on the basis of the Regulation on the Supervisory Board Committees approved by the Supervisory Board.

**Supervisory Board**
Competence Matrix

1. Definition of strategic goals and directions of development, ESG questions

2. Definition of principles and approaches to the organisation of risk management systems and internal control

3. Control of executive bodies' activity

4. Formation, development and monitoring of corporate management efficiency

5. Ensuring information transparency of activities

6. Talent management system development and formation of a personnel reserve for Executive bodies

# SUPERVISORY BOARD

## COMPETENCE MATRIX

### AUDIT COMMITTEE

- Reporting
- Risks, internal controls, corporate governance
- Internal and external audit
- Counteracting unscrupulous activities of the Bank's employees and of third parties

### STAFF AND REMUNERATION COMMITTEE

- Succession planning, forming a professional composition of the Bank's management bodies and appointing other key executives of the Bank
- Establishing an effective remuneration system for members of the Supervisory Board, executive bodies and other employees of the Bank

### STRATEGIC PLANNING AND SUSTAINABLE DEVELOPMENT COMMITTEE

- Setting the Bank's strategic sustainable development goals and targets, including ESG goals
- Overseeing the Development Strategy implementation and developing measures for its adjustment together with the executive bodies
- Determining priority areas for the Bank's operations
- Identifying priority industries for the development of new business models (acquisition of promising businesses)
- Reviewing the financial model and the Bank's business valuation model, including its business segments

### RISK MANAGEMENT COMMITTEE

- Overseeing the development and conducting preliminary reviews of matters related to the Group's risk and capital management
- Reviewing reporting statements, including as part of internal capital adequacy assessment procedures
- Overseeing compliance with Russian law in the field of risk management
- Overseeing compliance risk management and the activities of the Bank's Internal Control Service

### TECHNOLOGY COMMITTEE

- Addressing pertinent matters of technology development at the Bank
- Overseeing the organization of technology management
- Using information to preserve and increase the Bank's intellectual capital

SBER    CORPORATE GOVERNANCE  >  SUPERVISORY BOARD

## Chairman of the Supervisory Board

GRI 2-11

The Supervisory Board is headed by the Chairman who is elected from among Supervisory Board members by a majority vote of the total number of members of the Board.

The Chairman of the Supervisory Board has no executive role (he/she may not be simultaneously the CEO, Chairman of the Executive Board, or a member of the Bank's Executive Board).

The Chairman directs the proceedings of the Supervisory Board and organizes the development of its action plan, approves the agenda of the Board meetings, has the right to convene a meeting of the Supervisory Board at his / her own initiative, and presides over General Meetings of Shareholders.

During Board meetings, the Chairman ensures a free discussion of agenda items, facilitates well-balanced decision-making, and maintains a constructive and friendly atmosphere at the meetings.

## Members of the Bank's Supervisory Board

Independent, non-executive directors (i. e. external persons who are not employees of the Bank) and executive directors (members of the Bank's management) are elected to the Supervisory Board.

A Senior Independent Director is elected from among independent directors.

An Officer in Charge of ESG and Sustainable Development is selected from among Supervisory Board members.

### Supervisory Board Structure by type of director



● Independent directors  ● Non-executive directors  ● Executive directors (management)

## Independent Directors Structure



Senior Independent Director

ESG and Sustainability Curator

Independent Directors

Independent Director

### Gender Diversity



● Men  ● Women

### Length of Service on the Board



● More than 7 years  ● 4–7 years  ● 1–3 years

### Supervisory Board Members by Age



● Older than 70 years  ● 61–70 years  ● 51–60 years  ● 35–50 years

### Education



● Law  ● Physics  ● Maths & Technology
● Doctoral Degrees  ● Economics, finance & tax

## Independent Directors

In order to ensure the effectiveness of decisions and maintain a balance of interests between various groups of shareholders, independent directors are elected to the Supervisory Board. A member of the Supervisory Board who possesses sufficient professionalism, experience and independence to form an opinion and is capable of making objective and honest judgments that are free from influence by executive bodies, groups of shareholders or any other stakeholders is recognized as an independent director.

Representation of independent directors in the Supervisory Board fully complies with the requirements of the Moscow Exchange Listing Rules and the recommendations of the Bank of Russia Corporate Governance Code. Seven out of the 14 Supervisory Board members are independent directors.

A Senior Independent Director is appointed from among independent directors and is mainly responsible for assisting the Chairman of the Supervisory Board, facilitating his / her performance assessment, coordinating interaction among independent directors and developing, where necessary, a consolidated opinion of independent directors on issues under consideration.

The Supervisory Board assesses the independent status of candidates, and it may recognize a candidate (a director) to be independent despite him / her meeting a formal, non-independence criterion if meeting any such criteria does not impact the director's ability to make independent and objective judgments.

## On the Supervisory Board's Activities in 2022

The Bank has created all necessary conditions for an effective operation of the Supervisory Board. The most advanced, technology-driven solutions are employed for this purpose. Supervisory Board Members can participate in Board meetings remotely and vote remotely using the AS Senat decision-making platform.

They can also vote using the SberBoard mobile app, which offers a wide range of other features as well.

The Supervisory Board held 49 meetings in 2022, including 9 in-person meetings and 40 meetings by proxy. A total of 104 agenda items were discussed at the meetings.

During the reporting year, the Supervisory Board considered the following matters related to the Bank's priority activity areas: clarification of Strategy 2023 metrics, review of matters related to specific business areas (lending to small and medium enterprises, development of retail, corporate and investment business projects), ESG matters, including the approval by the Supervisory Board of a new version of the Code of Corporate Ethics and Business Conduct, risk and capital management, internal controls, compliance and audit, HR matters (including changes in the Bank's Executive Board), the status of and outlook for information technology development, corporate governance matters, management reports on the Bank's financial performance and on approval of related-party transactions, approval of new versions of the Regulation on the Committees of the Supervisory Board and the Conflict of Interest Management Policy of Sberbank Group, as well as the Policy for Managing the Independence of Sberbank's External Auditor When Purchasing Non-Audit Services.

## Supervisory Board Activity Statistics

### Meetings held by the Supervisory Board



| | "In-person" | Online |
|---|---|---|
| 2020 | 11 | 36 | 47 |
| 2021 | 7 | 32 | 39 |
| 2022 | 9 | 40 | 49 |

### Issues considered by the Supervisory Board



Legend:
- Control, compliance, audit
- Risk management
- Corporate governance, incl. issues related to GOSA preparation
- Strategy, priority business areas, ecosystem
- Related party transactions
- Financial results
- Approval of regulatory documents
- Securities emission
- ESG
- Corporate culture, HR-questions
- Executive bodies
- Cybersecurity & IT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2020 | 19 | 16 | 33 | 14 | 11 | 7 | 3 3 3 2 2 1 | 114 |
| 2021 | 19 | 22 | 21 | 17 | 5 | 6 | 9 | 4 3 1 5 | 116 |
| 2022 | 18 | 19 | 22 | 16 | 3 4 5 | 3 7 | 4 3 | 104 |

## Directors' Liability Insurance

The liability of all members of the Supervisory Board as it relates to performance of their duties at the Bank is insured under a Directors, Officers and Companies Liability Insurance Agreement.

D&O Liability Insurance is insurance against damage resulting from wrongful acts of persons in charge in order to cover any losses that the Bank may suffer as a result of such erroneous acts.

### Key terms and conditions of the D&O Liability Insurance Agreement

| PARAMETERS | PREVIOUS D&O AGREEMENT | EXISTING D&O AGREEMENT |
|---|---|---|
| Insurer | SOGAZ JSC | SOGAZ JSC |
| Insurance period | 01/07/2021–30/06/2022 | 01/07/2022–30/06/2023 |
| Insurance premium | 115 RUB million | at most RUB 155 million |
| Coverage amount | RUB 6 billion | RUB 6 billion |
| Additional limit per Independent Director | RUB 30 million in total—RUB 150 million | RUB 30 million in total—RUB 150 million |

## Avoiding Conflicts of Interest

The Bank has implemented and is operating a conflict of interest management system, which is an integral part of its anti-corruption efforts. According to Russian law and the Bank's Charter, the Supervisory Board's purview includes approval of a conflict of interest prevention policy and overall oversight of the process and measures taken to manage conflicts of interest, including potential ones. The Supervisory Board approved a new version of the Conflict of Interest Management Policy of Sberbank Group in 2022.

As part of the Bank's existing policies and procedures in the area of conflict of interest management, Supervisory Board members should refrain from any actions that will or could lead to a conflict arising between their own personal interests and the interests of the Bank.

A member of the Supervisory Board must refrain from discussing and voting on an agenda item if a Supervisory Board meeting with regard to which he / she has a conflict of interest.

Whenever a conflict of interest arises, a member of the Supervisory Board must immediately report it to the Chairman of the Supervisory Board via the Bank's Corporate Secretary or verbally declare that there is a conflict of interest during a Supervisory Board meeting before the relevant agenda item is considered.

At the beginning of an in-person meeting, the Chairman of the Supervisory Board will announce any declared conflicts of interest or a lack thereof. Information on any conflict of interest, including an interest in any transaction, must be included in the materials of a Supervisory Board meeting and recorded in the minutes of the meeting.

Where the nature of the matter under consideration or the specifics of a conflict of interest so require, the Chairman of the Supervisory Board may suggest to a member of the Supervisory Board who has the conflict of interest not to be present during the discussion of such matter at the meeting.

## Onboarding of Directors. Development of collective knowledge of Supervisory Board members

`GRI 2-17`

Sberbank pays strong attention to onboarding newly elected members of the Supervisory Board. For this purpose, a special introductory event called the Introductory Course is offered to them on an annual basis.

During the Introductory Course, the Bank's key executives, top managers in charge of the functional blocks and other key employees of the Bank familiarize newly elected members of the Supervisory Board with the Development Strategy, ESG development and ESG transformation, how the corporate governance system works, the division of responsibilities among the executive bodies, the fundamentals of the risk management and internal control system, and much more on the Bank and its ecosystem companies.

Once elected, an annual professional development program is created for Supervisory Board members taking into account their wishes and the suggestions of management, including visits to the Bank's business units, conferences on various topics or strategic sessions, including those involving external experts.

SB members took part in the following events organized for them in 2022 that contributed to additional development of their competencies:

- An introductory course for SB members covering the Bank's key activities, including the Bank's Strategy and the development of ESG and ESG transformation

- Sessions for SB members on important matters, such as sanctions, operation practices and objectives of the Audit Committee, and the Bank's strategy and strategic risks

- An Internal Audit Service gemba for the Audit Committee members

SB members also participated in ESG and corporate governance development events, including those organized by the Climate Governance Initiative and the also National Corporate Secretaries Association (NCSA):

- The 16th International Forum "Corporate Governance: New Normal"

- "The Importance of an Effective Board of Directors for a Company Value: Challenges for 2022", "The Place of ESG in the Context of Restructuring the Economy", "New Challenges for Remuneration and Nomination Committees", "Climate Projects: Risks and Opportunities", "Changes in the Climate Agenda: a Board's Action Plan", and "CGI Russia 2022 on a Path to Sustainability" online discussions

- "Green Transition" (Zelyony Perekhod) TV program on Russia 24 TV channel

## Supervisory Board performance assessment

`GRI 2-18`

Assessment of the Supervisory Board performance is an important tool for maintaining and improving its effectiveness. The Corporate Governance Code contains recommendations on conducting independent external assessment at least once in three years, and self-assessment of the quality of Sberbank work is to be carried out in the meantime.

Sberbank regularly conducts external assessment for which an independent adviser is engaged.

### Key takeaways from self-assessment

- The performance of the Supervisory Board and its Committees is strong both in general and in specific aspects

- The Supervisory Board members have clear understanding of strategic approaches to developing the Bank's business (necessary changes, competitive advantage and new lines of business)

- The membership of the Supervisory Board and its Committees meets the Bank's current needs in terms of skills, experience and collective competence

- The Supervisory Board members fully understand their roles, powers and areas of responsibility

- Independent directors are very active in the Supervisory Board work

- Professional development programs for the Supervisory Board members ensure that experience and skills of the Supervisory Board members are maintained and developed properly (including periodicity and content of programs, as well as their topics)

- Information technologies used for ensuring the Supervisory Board activities promote improvement of its performance and interaction of the Supervisory Board members with each other and with the Bank

In the meantime, the Supervisory Board conducts self-assessment of its performance (using questionnaires).

Self-assessment of the Supervisory Board and its Committees performance for 2022 was carried out. The purpose of self-assessment was to monitor the dynamics of changes in the activities of the Supervisory Board and its Committees, to develop approaches to refining their practices, and to determine areas for improvement and development.

It was also identified that the practices of the Supervisory Board and its Committees have improved considerably in recent years. However, there are areas which require additional attention.

# Supervisory Board Committees

GRI 2-9

Five committees have been established within the Supervisory Board for preliminary consideration of the most important matters within the purview of the Supervisory Board and for drafting recommendations for decision-making on such matters.

## The Supervisory Board Committees, number of members



**Audit Committee**
4 80%
1 20%
5

**HR and Remuneration Committee**
3 75%
1 25%
4

**Strategic Planning and Sustainable Development Committee**
2 33%
3 50%
1 17%
6

**Risk Management Committee**
4 66%
1 17%
1 17%
6

**Technology Committee**
4 80%
1 20%
5

● Independent directors   ● Non-executive directors   ● Executive directors (management)

The Committees report to the Supervisory Board. Committee Chairmen submit reports to the Supervisory Board on the work completed by the Committees, on the substance of matters considered and resolutions adopted.

Committee meetings are usually held in person (in the form of joint presence, telephone or video conference) with the following periodicity:

● The Audit Committee: at least four times a year

● The HR and Remuneration Committee, the Strategic Planning and Sustainable Development Committee, the Technology Committee and the Risk Management Committee: at least two or three times a year

Some resolutions can be adopted by the Committees at meetings held by absentee voting.

Committee action plans are drafted by the Chairmen of the relevant Committees based on the Supervisory Board Action Plan and on suggestions made by Committee members and the Bank's relevant business units in line with the responsibilities of each Committee.

# Audit Committee

**The Audit Committee has been established for preliminary consideration of any matters related to supervision of the Bank's financial and business operations.**

The Audit Committee's main responsibilities include improving the performance of internal control, risk management and corporate governance systems, ensuring that the Supervisory Board performs its management and supervisory functions regarding operation of those systems, checking the accuracy of accounting (financial) statements, and overseeing the activities of external auditors and the Internal Audit Service. As part of selecting an auditor, the Audit Committee assesses the independence of the auditors and the absence of any conflict of interest, evaluates the criteria for selecting an auditor and candidates for being an auditor, and drafts recommendations for the Supervisory Board on selection of an auditor for approval by the General Meeting of Shareholders and on the terms of the agreement to be concluded with the auditor. The Audit Committee's functions also include reviewing the Bank's Annual Report and drafting recommendations on its preliminary approval by the Supervisory Board.

The Audit Committee considered the following matters as part of its brief in 2022:

- on the results of audits carried out by the Internal Audit Service of Sberbank
- on performance assessment of the Internal Audit Service and independence assessment of the Internal Audit Service, and on assessment of the Head of the Internal Audit Service of Sberbank
- on consolidated IFRS financial statements of Sberbank
- on assessment of the auditor's opinion on the annual accounting (financial) statements of Sberbank for 2021
- on preliminary approval of the Annual Report of Sberbank for 2021
- on Sberbank Group's performance in 2022

- on distribution of Sberbank's profit and recommendations on the amount of dividends to be paid
- on appointment of an auditor for Sberbank
- on key matters of external audit for 2022
- on approval of the Action Plan of the Internal Audit Service of Sberbank for 2023
- on approval of the Action Plan of the Audit Committee of the Supervisory Board of Sberbank for 2022–2023
- other matters

## Audit Committee

Four of the five members of the Audit Committee are independent directors (including the Committee Chairman), while one member is a non-executive director

- Men
- Women

## Activities of the Audit Committee in 2022

- "In person"
- Online

# HR and Remuneration Committee

The HR and Remuneration Committee has been established for creating an effective remuneration system, succession planning and forming professional membership of the Supervisory Board, executive bodies and other key executives of the Bank.

The key responsibilities of the HR and Remuneration Committee include improving the staffing and performance of the Supervisory Board and drafting proposals for establishing an effective remuneration system for members of the Supervisory Board, the Bank's executive bodies and other key executives. The Committee's functions include preparing onboarding and professional development programs for the Supervisory Board members that would take into account the individual needs of each of them, as well as supervising implementation of those programs. The HR and Remuneration Committee carries out regular performance assessment of members of the Bank's executive bodies, taking into account ESG indicators, and drafts recommendations regarding a candidate for the position of a supervisor for ESG and sustainable development matters who should be selected from the Supervisory Board members.

## HR and Remuneration Committee Membership

Three of the four members of the HR and Remuneration Committee are independent directors (including the Committee Chairman), while one member is a non-executive director



4

● Men   ● Women

## Activities of the HR and Remuneration Committee in 2022

8

8

● "In person"   ● Online

The HR and Remuneration Committee considered the following matters as part of its brief in 2022:

● on the results of independent performance assessment of Sberbank's Supervisory Board for 2021

● on considering proposals regarding candidates for the Supervisory Board to be elected at the Annual General Meeting of Shareholders of Sberbank over 2021 performance

● on approving a plan for improving the operating procedures of the Supervisory Board and its Committees, including based on the results of the 2021 independent performance assessment of the Supervisory Board and its Committees

● on the corporate governance system of Sberbank and self-assessment of the performance of the Supervisory Board of Sberbank and its Committees for 2022

● on remuneration for members of executive bodies and other employees assuming risks in Sberbank

● on approval of the Action Plan of the HR and Remuneration Committee of the Supervisory Board of Sberbank for 2022–2023

● other matters

# Strategic Planning and Sustainable Development Committee

The key responsibilities of the Strategic Planning and Sustainable Development Committee include drafting and presenting recommendations (opinions) to the Supervisory Board on matters related to the Bank's business strategy and policy on sustainable development that are within the purview of the Supervisory Board or are considered by the Supervisory Board as part of monitoring the activities of the Bank's executive bodies.

The Strategic Planning and Sustainable Development Committee's functions include drafting recommendations for the Supervisory Board as part of setting strategic goals and targets for the Bank in the area of sustainable development, including goals in the area of social and environmental responsibility and corporate governance (ESG), monitoring implementation of the Bank's Development Strategy and developing measures for its adjustment jointly with the Bank's executive bodies, and other matters.

## Strategic Planning and Sustainable Development Committee membership

Two of the six members of the Strategic Planning and Sustainable Development Committee are independent directors, three members are non-executive directors, and one is an executive director. The Committee Chairman is a non-executive director.



● Man   ● Women

## Activities of the Strategic Planning and Sustainable Development Committee in 2022



● "In person"   ● Online

The Strategic Planning and Sustainable Development Committee considered the following matters as part of its brief in 2022:

- on refining the metrics of Strategy 2023
- on the results of meeting and on approving the KPI values for the dynamics of lending to small and medium-sized businesses
- on the status of implementing projects involving the development of corporate and investment business in Sberbank
- on the status of implementing retail business projects in Sberbank
- on the performance of the Wealth Management Business Block

- on the current situation in Sberbank
- on the performance of non-financial business of Sberbank Group
- on ESG development in Sberbank
- on approval of the Action Plan of the Strategic Planning and Sustainable Development Committee of the Supervisory Board of Sberbank for 2022–2023
- other matters

# Risk Management Committee

The Risk Management Committee has been established for the purpose of drafting and presenting risk management recommendations to the Supervisory Board.

The key responsibilities of the Risk Management Committee include preliminary review of the risk management strategy of the Bank and its Group, risk appetite, and monitoring implementation of the risk management strategy and compliance with risk appetite. The Risk Management Committee's functions include overseeing the development and preliminary review of matters related to the Group's risk and capital management, review of statements, including as part of internal capital adequacy assessment procedures, and review of matters related to management of certain key types of risks, including the social and environmental risk (the ESG risk) and the technology risk.

The Risk Management Committee considered the following matters as part of its brief in 2022:

- Sberbank Group risk reports
- reports on the current situation at Sberbank
- reports on the level of model risk in Sberbank Group
- on a related-party transaction
- on updating the risk appetite of Sberbank and Sberbank Group
- report on the development level of the compliance system and performance of the Internal Control Service in 2022

- on updating the risk appetite of Sberbank and Sberbank Group and the Risk and Capital Management Strategy of Sberbank Group (annually, in accordance with regulatory requirements)
- on approval of the stress testing scenario and review of the results of its application
- on the results of ESG risk management system development and plans for 2023
- on approval of the Action Plan of the Risk Management Committee of the Supervisory Board of Sberbank for 2022–2023
- other matters

## Risk Management Committee membership

The majority of the Risk Management Committee members (four of six) are independent directors (including the Committee Chairman). The Committee also includes one non-executive director and one executive director.

4

2

• Men    • Women

## Activities of the Risk Management Committee in 2022

5

17

• "In person"    • Online

# Technology Committee

The key responsibility of the Technology Committee is to draft and present recommendations to the Supervisory Board on technology implementation, use, development and management. The Technology Committee's functions include overseeing organization of monitoring processes and appropriate response to new technology developments, including taking into account their potential capabilities, assessment of their potential impact on the Bank's operations and its Development Strategy, and creating new opportunities for further strategic development of the Bank; consideration, jointly with the Risk Management Committee, of matters related to technology risk management.

**The Technology Committee considered the following matters as part of its brief in 2022:**

- on cybersecurity in Sberbank and on measures designed to counteract violations of Sberbank customers' cybersecurity rights and interests

- on the status of and outlook for IT development in the banking business of Sberbank

- on the development of artificial intelligence in Sberbank

- on innovations in Sberbank

- on approval of the Action Plan of the Technology Committee of the Supervisory Board of Sberbank for 2022–2023

- other matters

## Technology Committee membership

The majority of the Technology Committee members (four of five) are independent directors (including the Committee Chairman). One member is a non-executive director.

1

4

• Men   • Women

## Activities of the Technology Committee in 2022

3

• "In person"   • Online



# Executive Bodies. Executive Board

The Bank's Executive Board is a collegial executive management body headed by CEO, Chairman of the Executive Board, which performs overall management of the Bank's current operations.

At least once a year the Executive Board submits a report to the Supervisory Board on the status of implementing the Bank's strategy and on executing resolutions of the Supervisory Board and the General Meetings of Shareholders, and quarterly report on the Bank's financial and economic performance and the level of risks assumed by the Bank. The Executive Board members are appointed or dismissed by a resolution of the Supervisory Board.

The Bank's CEO, Chairman of the Executive Board heads and manages the activities of the Executive Board, carries out operational management of the Bank, ensures implementation of resolutions of the Supervisory Board and the General Meeting of Shareholders, organizes the activities of the Executive Board, distributes responsibilities among members of the Executive Board, and chairs meetings of the Executive Board. CEO, Chairman of the Executive Board is elected by the Supervisory Board for four years.

CEO, Chairman of the Executive Board is responsible for organizing a system of preparation and for accuracy of the Bank's accounting (financial) statements, timely disclosure of information and provision of information on the Bank's operations to shareholders, customers and other stakeholders.

# The Corporate Secretary

The Bank has the position of the Corporate Secretary to ensure compliance of the Bank's management bodies and officers with corporate governance procedures, requirements of the existing legislation, the Bank's Charter, the Corporate Governance Code and the Bank's internal documents that guarantee exercising rights and legitimate interests of shareholders.

The Corporate Secretary's activities are governed by the Regulation on the Corporate Secretary approved by the Bank's Supervisory Board.

**The Corporate Secretary:**

- is appointed by a resolution of the Supervisory Board, reports and is accountable to the Supervisory Board, and is administratively subordinate to the Bank's CEO, Chairman of the Executive Board

- submits a report on improving the Bank's corporate governance system to the Supervisory Board on an annual basis

- is the head of the Corporate Secretary Service, one of the Bank's structural units

**Key responsibilities:**

- improving the Bank's corporate governance system and practices

- interacting with shareholders to ensure compliance with corporate procedures and protection of their rights and legitimate interests

- organizing interaction between the Bank's shareholders and members of the Supervisory Board as part of activities of the Committee for Minority Shareholder Relations

- participating in organization of preparation for and holding general meetings of shareholders

- supporting the activities of the Bank's Supervisory Board, including:

  - creating a modern technological and organizational framework for Supervisory Board members

  - providing for effective communication among the Supervisory Board members and with the Bank's shareholders and management

  - developing and updating the procedure for drafting and executing materials on agenda items of the Supervisory Board meetings

  - drafting clarifications on issues related to corporate law and governance, the content of the Bank's constituent documents, and the form and procedure of decisions taken at the Supervisory Board meetings

- participating in implementation of the information disclosure policy and ensuring storage of corporate documents

- monitoring compliance with the law, the Charter and internal documents within the purview of the Corporate Secretary

# The Control and Audit System

## Internal Audit Service

The Internal Audit service is to assist Sberbank management bodies in achieving goals, ensuring effectiveness and performance. The Internal Audit Service operates in full compliance with the Regulator's requirements and adheres to the principles of business continuity, independence, impartiality, and professional competence.

The Internal Audit Service reports to the Bank's Supervisory Board and is administratively subordinate to CEO, Chairman of the Executive Board. The Service head is appointed or dismissed by the Bank's Supervisory Board.

The Bank takes the necessary steps to ensure independence and impartiality of the Internal Audit Service and creates conditions for unimpeded and effective performance of the Service functions. The Service conducts audits in all areas of the Bank's operations and monitors the effectiveness of measures taken by the Bank's business units based on the results of the audits to reduce the level of identified risks.

As part of the Internal Audit Service's reports to the Bank's Supervisory Board, the Service head informs it of implementation of the Service's Action Plan approved by the Bank's Supervisory Board, about any deficiencies identified in the performance of internal control, risk management and corporate governance systems, and about actions taken to resolve them.

The Bank's management gave more than 600 instructions aimed at resolving comprehensive problems with the Bank's processes in 2022 based on the results of audits conducted by the Service.

So 314 processes were improved based on the results of the instructions executed by various business units.

In the course of its audits, the Service pays special attention to the Bank's compliance with the customer service standards and customer data security requirements, and to detecting any fraud schemes.

SBER    CORPORATE GOVERNANCE > THE CONTROL AND AUDIT SYSTEM

## Internal Control Service

The Internal Control Service is a team of employees of the Bank's Compliance Division that are not part of a separate structural unit and whose brief includes performance of functions stipulated in the Regulation on the Internal Control Service. Some Internal Control Service functions can also be performed by employees of various structural business units of the Bank, whose brief includes tasks and functions related to internal control and regulatory risk management.

The Internal Control Service reports to the Bank's CEO, Chairman of the Executive Board.

The Internal Control Service adheres to the principles of independence, impartiality, objectivity and professional competence, non-involvement in any illegal activities, and timely submission of information to government authorities and the Bank of Russia in accordance with the Russian law.

**The key functions of the Internal Control Service include:**

- identifying and monitoring regulatory risk

- recording events associated with regulatory risk, determining the probability of their occurrence, and quantitative assessment of any potential implications

- making recommendations on regulatory risk management to the leaders of the Bank's structural business units and management bodies

- coordinating and participating in the development of a set of measures aimed at regulatory risk mitigation in the Bank

- keeping the Bank's employees informed on matters related to regulatory risk management

- identifying any conflict of interest in operations of the Bank or its employees and participating in drafting of internal documents aimed at its mitigation

- participating in drafting of internal documents and development of measures designed to ensure compliance with the rules of corporate conduct and standards of professional ethics, and countering commercial bribery and corruption

- participating in the Bank's interaction with supervisory authorities, self-regulatory organizations, associations and financial market participants

## Risk Management Service

The Bank has established the Risk Management Service in order to manage risks, which is a combination of the Bank's structural business units and committees whose main function is risk management.

**The Risk Management Service:**

- is represented by the Risks Block

- reports to the Bank's Supervisory Board, CEO, Chairman of the Executive Board and the Executive Board

- submits reports to the Bank's Supervisory Board at least once a quarter and to the executive bodies at least once a month

**The key functions of the Risk Management Service include:**

- identifying risks and assessing their materiality

- assessing, aggregating and forecasting risk levels

- designing risk limits and restrictions

- monitoring and controlling the volume of assumed risk and implementing measures to mitigate the level of assumed risk in order to keep it within the established internal and external limits

- assessing capital adequacy to cover material risks that involve capital adequacy requirements, including under stress scenarios

- developing preventive and corrective measures aimed at maintaining capital adequacy and preventing / reducing losses under stress scenarios

- providing information about material risks and capital adequacy

- ensuring a uniform understanding of risks at the Group level

- building a risk culture and risk management competences taking into account the best international practices

## External auditor

To verify and confirm accuracy of financial statements prepared under both Russian and international standards, Sberbank engages an independent auditor.

Sberbank makes open tender to select an auditing firm which will provide audit services for the Bank. The notification and tender documents approved by Sberbank's Tender Commission for Procurement of Goods, Work and Services are published in accordance with the law. The auditing firm selected by open tender is approved by the Executive Board, the Audit Committee of the Supervisory Board and the Supervisory Board, and is appointed by the Bank's Annual General Meeting of Shareholders.

In 2022 Sberbank's auditing firm TSATR—AUDIT SERVICES LLC (former name: Ernst & Young LLC) conducted the following:

- audit of the annual accounting (financial) statements of Sberbank for 2022 prepared in accordance with the Russian law

- audit of Sberbank's consolidated IFRS financial statements for 2022

- review of interim condensed consolidated IFRS financial statements of Sberbank for the six and nine months of 2022

| Payments by the Sberbank Group to the group companies of the external Sber auditor | PAYMENTS, MILLION RUBLES, EXCLUDING VAT |
|---|---|
| Audit of annual statements (including audit of regular statements and IFRS statements) | 115.3 |
| Interim audit and review | 41.7 |
| Services related to audit | 0.8 |
| Advice regarding taxation | 23.9 |
| Other advisory services not related to taxation | 52.7 |

SBER  CORPORATE GOVERNANCE  >  COMPLIANCE

# Compliance

For the purpose of identification and response to compliance risks Sber has the Compliance Hotline which ensures anonymity and confidentiality of information communicated via various channels: telephone, form on Sber's website, email and mail.

The main documents governing Sber's compliance activities, principles and standards of business ethics are the following:

- Code of Corporate Ethics and Business Conduct
- Anti-Corruption Policy of Sberbank Group
- Conflict of Interest Management Policy of Sberbank Group
- Sberbank Policy on combating the Misuse of Insider Information and Market Manipulation
- Sberbank Group Policy on Anti-money Laundering, Combating the Financing of Terrorism and the Proliferation of Weapons of Mass Destruction

All the above documents are available to the public on the Bank's **official website.**

To complement the above documents, the following has been developed:

- Sberbank Group Standard for Handling Gifts and Business Hospitality Tokens
- Sberbank Group Standard on Employees' Disclosure of Conflicts of Interest
- Standard for Managing Conflicts of Interest Resulting from Sberbank Employees' Participation in External Committees Related to Financial Market Activities
- Sberbank Group Standard on Information Barriers and Checklist Making
- Sberbank Group Standard on Preparing and Distributing Analytical Materials
- List of Measures for Preventing Conflicts of Interest in Sberbank's Business on the Securities Market
- Rules for Making Transactions in Financial Instruments in Sberbank
- Sberbank List of Insider Information
- Flowchart for Organization of the Compliance Hotline
- Standard Requirements for Preparation and Distribution of Information Materials, Including Advertising, and Other Documents

# Share capital and securities

## Equity structure

Sberbank has operated as a joint-stock company in the Russian financial market since 1991. We completed 13 equity placements intended for Russian and international investors during that period. The Bank's charter capital totaling RUB 67.81 bn is composed of ordinary and preferred shares.

Sber's ordinary and preferred shares have been included in the first (top) tier quotation list of the Moscow Exchange.

## Equity breakdown by type of shares, as of 31.12.2022

| TYPE OF SHARES | SHARE PLACEMENT STATE REGISTRATION NUMBER | PAR VALUE | TOTAL SHARES ISSUED |
|---|---|---|---|
| Ordinary shares | 10301481B | 3 RUB | 21 586 948 000 |
| Preferred shares | 20301481B | 3 RUB | 1 000 000 000 |
| Equity amount | | | 67,760,844,000 RUB |

## American Depositary Receipts for shares

The London Stock Exchange delisted ADRs representing Sber's ordinary shares in 2022. Sber's depositary receipt program has ceased to exist after JPMorgan Chase Bank, N.A., resigned as our depositary bank.

The Sber team was actively involved in helping investors and shareholders convert their depositary receipts into ordinary Sberbank shares and took a direct part in developing a mechanism for converting depositary receipts kept within the National Settlement Depositary (NSD) perimeter and outside of the Russian infrastructure and in discussing this matter with representatives of the regulator and the NSD. In addition to a standard conversion procedure, investors were given a choice of an automatic and a forced procedure for converting their depositary receipts into ordinary shares in 2022.



# Dividend payouts

The mechanism for making decisions on dividend payouts and the amounts, procedures and terms of payment is stipulated in our Dividend Policy. Sberbank's Supervisory Board reviews and approves the Dividend Policy for a medium term of at least three years depending on external and internal economic factors affecting our business development.

At the end of 2020, the Supervisory Board approved and enacted a new version of the Dividend Policy that incorporates the provisions of Sberbank's Development Strategy 2023.

The document reiterates Sber's intention to keep the dividend payouts at 50% of the Group's net profit under IFRS subject to certain conditions affecting the amount of dividends.

## Conditions affecting the amount of Sberbank dividends

1. Availability and amount of a net profit under IFRS consolidated financial statements of the bank and its subsidiaries

2. The bank's capital needs for implementing its Development Strategy vs. dividend payouts

3. Maintaining a medium-term target base capital adequacy ratio of the Group under IFRS taking into account the systemic importance add-on established by the Bank of Russia at 1.0% or less

4. The economic situation and other external or internal factors having or potentially having a substantial adverse effect on the Group's future operations

5. Striking a balance of interests between the Group, Sberbank and its shareholders subject to the need to improve its investment appeal and observe the rights of the bank's shareholders

On 29 June 2022, an Annual General Meeting of Shareholders of Sberbank voted by proxy to approve the recommendations of the Supervisory Board to refrain from distributing Sberbank's net profit for 2021 and from proceeding with a dividend payout on its shares.

The recommendations were based on the provisions of Sberbank's Dividend Policy that require taking into account any factors affecting its capital and the need for sufficient resilience, as well as on the Directive of the Government of the Russian Federation dated 20.05.2022 No. 1252-r and Recommendation of the Bank of Russia dated 15.04.2022.

## Dividend payout history

| YEAR OF PAYOUT | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| | 2017 | 2018 | 2019 | 2020 | 2021 |
| Annual | | | | | |
| Ordinary shares, RUB per share | 12.0 | 16.0 | 18.70 | 18.70 | – |
| Par value per ordinary share, RUB | 3 | 3 | 3 | 3 | 3 |
| Preferred shares, RUB per share | 12.0 | 16.0 | 18.70 | 18.70 | – |
| Par value per preferred share, RUB | 3 | 3 | 3 | 3 | 3 |
| Dividend payout ratio, % of net profit under IFRS | 36.2 | 43.5 | 50 | 50 | – |

SBER   CORPORATE GOVERNANCE > INVESTOR RELATIONS

# Investor Relations

International institutional investors, including sovereign wealth and pension funds, asset managers and index funds, have traditionally prevailed in Sber's shareholder structure. They cut their positions in Russia assets last year. The remaining non-resident investors have become "frozen" within the Type C account perimeter. Retail investors have thus become dominant, now accounting for some 80% of all market trading.

A challenging external environment, coupled with the introduction of sanctions against Sber and a ban on publication of financials by Russian credit institutions, took a substantial toll on our investor and shareholder relations in 2022.

Sber's team transformed its communications strategy in response to the new environment as we launched our proprietary channels in investor-facing social media and communications in relevant Telegram channels and other social media were substantially expanded.

Sber was the first Russian bank to resume publication of abridged financials for Sberbank in November 2022, sending an important signal to the entire market that Sber remained financially sound.

Since trading resumed on March 24, Sber stock had gained 8% by the end of 2022, substantially outperforming the MOEX index, which had lost 13% over the same period of time.

By the end of the year, Sber had made it to the top spot on the Moscow Exchange's People's Choice Portfolio, a list of the most popular securities among retail investors, by expanding its weight there to 29.1%.



### Sber_Official

Sber is your trusted companion and navigator in a changing world. We are helping people, businesses and the nation grow steadily by building a fully integrated ecosystem.

## Committee for Interaction with Minority Shareholders (CIMS)

This is an advisory and deliberative body established to maintain constructive and effective ties with Sberbank's minority shareholders and improve the Group's investment appeal.

The Committee strives to facilitate the protection of the rights and legitimate interests of shareholders in every possible manner.

- The Committee held four meetings in 2022 after it resumed in-person meetings
- Sber continued improving Sber shareholders' client path. Individual investors can now get the information they need not only from the individual investors section of Sber's website, but also from the updated Sber Shareholder mobile app
- The PWA version of the Sber Shareholder mobile app can now be accessed from the Home screen on a mobile device using the link
- The Sber Shareholder app offers one-stop access to all information of interest to our shareholders, including financial statements, research, market studies, news, a calendar of key events, instant feedback, and much more

### People's choice portfolio at 2022 year-end



People's Choice Portfolio, or Private Investor's Portfolio, an analytical product designed by the Moscow Exchange to gauge the preferences of individual equity investors, is made up of ten most popular stocks. The percentages shown in the diagram include both ordinary and preferred shares.

- SBER + SBERP — 29.1%
- GAZP — 25.0%
- LKOH — 11.5%
- GMKN — 10.1%
- ROSN — 5.3%
- SNGSP — 5.3%
- YNDX — 5.2%
- NVTK — 4.5%
- MTSS — 4.0%

---

1   Resolution of the Board of Directors of the Bank of Russia establishment of a Type C account regime for the purpose of discharge of a resident's obligations owed to a non-resident specified in the Decree of the President of the Russian Federation dated 5 March 2022 No. 95 On Temporary Procedure for Discharge of Obligations Owed to Foreign Creditors

# Major deals and related party transactions

## Major deals

During 2022, Sberbank did not make any transactions recognized in accordance with with the Federal Law "On Joint Stock Companies" major transactions, as well as other transactions, execution of which, in accordance with the charter of Sberbank, is subject to the procedure of major transactions approval.

## Related party transactions

In 2022, Sberbank made three transactions recognized in accordance with the Federal Law "On joint-stock companies" transactions in which there was an interest.

## Key investor and shareholder communication channels

Sber has a well-developed shareholder and investor relations system that is intended to maintain the bank's transparency and investment appeal. Investors and shareholders are free to choose any of the communication channels available to them.

We continue to pay special attention to the development and building of new technology solutions into our shareholder and investor communications process to make it more effective, easy-to-use and convenient.



**SBER**

- SBER OFFICIAL WEBSITES AND THE SBER SHAREHOLDER MOBILE APP
- GENERAL MEETING OF SHAREHOLDERS
- A PHONE HOT LINE FOR SHAREHOLDERS
- COMMITTEE FOR INTERACTION WITH MINORITY SHAREHOLDERS
- ONGOING COMMUNICATIONS DURING THE YEAR ON A REGULAR BASIS, INCLUDING EVENTS ATTENDED BY SENIOR EXECUTIVES

**SHAREHOLDERS AND INVESTORS**

# Appendices

116  Report on Compliance with Principles and Recommendations
of the Bank of Russia Corporate Governance Code

136  Summary Consolidated Financial Statements



# Report on compliance with the Bank of Russia Corporate Governance Code

SBER

This Report on compliance with the Bank of Russia Corporate Governance Code principles and recommendations was considered by Sberbank's Supervisory Board at the meeting held on March 17, 2023, Minutes No. 7.

Sberbank's Supervisory Board confirms that the data in this report contain complete and accurate information on Sberbank's compliance with the Bank of Russia Corporate Governance Code principles and recommendations for 2022.

| No | CORPORATE GOVERNANCE PRINCIPLES | COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE | STATUS OF COMPLIANCE WITH A CORPORATE GOVERNANCE PRINCIPLE | EXPLANATIONS FOR DEVIATIONS FROM COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE |
|---|---|---|---|---|
| 1.1 | **The Company must ensure equal and fair treatment for all shareholders when they exercise their right to take part in the Company management** | | | |
| 1.1.1 | The Company shall create the most favorable conditions for shareholders for participation in the general meeting, for developing a reasonable position on agenda items | 1. The Company shall create an easy means of communication with the Company, such as a hotline, an email address or an Internet forum, which shall enable the shareholders to express their opinion and send their questions about the agenda as part of the preparation for the general shareholder meeting<br><br>The Company arranged the above means of communication and made it available to the shareholders as part of the preparation for each general shareholder meeting that took place in the reporting period | Met | Criterion 1 is met. |
| 1.1.2 | For holding a general meeting and providing materials therefor enable the shareholders to prepare for participation in the meeting in a proper way | 1. In the reporting period, a notice of the general shareholder meeting was placed (published) on the Company's website in the Internet at least 30 days prior to the date of the general meeting unless the law provides for a longer notification period<br>2. The notice of the meeting contains a list of documents, which are required for access to the meeting premises<br>3. The information about the persons who suggested agenda items or nominated candidates to the Board of Directors and the Audit Committee of the Company (if its formation is provided for by the Company Charter) | Partially met | Criterion 2 is not met.<br><br>In 2022, this criterion could not be applied in full measure as the annual General Shareholder Meeting was held by absentee voting under Federal Law No 25-l3 (25-FZ) On Amendments to the Federal Law "On Joint-Stock Companies" and Suspension of Certain Provisions of Legislative Acts of the Russian Federation dated 25 February 2022 (hereinafter referred to as Law 25-FZ).<br><br>The Regulation on General Meeting of Sberbank Shareholders (pp.11-4) stipulates a list of documents required to participate in the General Shareholder Meeting in the form of joint attendance. The practice of making the information about the documents required for the access to the premises of the General Shareholder Meeting available to the shareholders will be resumed starting from the first shareholder meeting held by Sberbank in the form of joint attendance.<br><br>Criterion 3 is met. |
| 1.1.3 | During the preparation and holding of the general meeting the shareholders had the option to receive the information about the meeting and materials thereto freely and in a timely manner, to direct their questions to the executive bodies and the Company's Board members and to communicate with each other | 1. In the reporting period, the shareholders had the opportunity to direct their questions to the executive bodies and the Company's Board members during the preparation for the meeting and during the general meeting<br>2. The position of the Board, including special opinions on each agenda item of the general meetings in the reporting period, which had been entered into the protocol (if any), was included into the materials to the general meetings<br>3. The Company provided access to the list of persons having the right to participate in the general meeting to all the shareholders who have the right thereto, starting from the date of the Company's receipt of the list, in case of all general meetings in the reporting period | Partially met | Criterion 1 is partially met.<br><br>In 2022, this criterion could not be applied in full measure as the annual General Shareholder Meeting of Sberbank was held by absentee voting under Law 25-FZ.<br><br>In 2022, the shareholders had the opportunity to direct their questions to the executive body and Supervisory Board members of Sberbank using the Sber Shareholder mobile application (further referred to as the "application") and the Bank's corporate website on the Internet (further referred to as the "corporate website") during the preparation for the meeting. The shareholders will have the opportunity to ask their questions during the meeting once the practice of personal meeting attendance is resumed.<br><br>Criterion 2 is met.<br><br>Criterion 3 is met. |

| No | CORPORATE GOVERNANCE PRINCIPLES | COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE | STATUS OF COMPLIANCE WITH A CORPORATE GOVERNANCE PRINCIPLE | EXPLANATIONS FOR DEVIATIONS FROM COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE |
|---|---|---|---|---|
| 1.1.4 | The shareholder's right to request the convening of the general meeting, to nominate candidates to the governing bodies and to propose agenda items for the general meeting was exercised without unnecessary difficulties | 1. The Company's Charter sets time limits for shareholders' proposals of agenda items for their annual general meeting amounting to at least 60 days after the end of the respective calendar year<br><br>2. During the reporting period, the Company did not refuse to accept proposals of agenda items or candidates to the Company's bodies due to clerical errors and other non-material defects in shareholders' proposals | Met | |
| 1.1.5 | Each shareholder had an opportunity to freely exercise the voting right in the easiest and the most convenient manner | 1. The Company's Charter provides for an opportunity to fill in an electronic ballot form on the website specified in the general meeting notification | Met | |
| 1.1.6 | The general meeting procedure established by the Company provides an equal opportunity for all the meeting participants to give their opinions and ask their questions | 1. When holding general meetings of shareholders in the form of meeting (joint attendance of shareholders) during the reporting period, there was sufficient time provided for reports on agenda items and for discussion of such items, and the shareholders' ability to give their opinions and ask their questions on agenda items<br><br>2. The Company has brought in the candidates to its management and control bodies and taken all the reasonable steps to ensure their participation in the general meeting of shareholders, where their candidates were put to vote. The candidates to the Company's management and control bodies attendant at the general meeting of shareholders were available to answer the shareholders' questions<br><br>3. The sole executive body, a person responsible for accounting, the chairman and other members of the audit committee of the board of directors were available to answer the shareholders' questions at general meetings held during the reporting period<br><br>4. During the reporting period, the Company used telecommunication facilities to ensure the remote access for shareholders to participation in general meetings or the board of directors made an informed decision that there was no need (possibility) to use such facilities during the reporting period | Partially met | Criterion 1 is partially met.<br><br>Sberbank's Regulations for General Meeting of Shareholders (clause 12) has formalized the procedure for the General Meeting of Shareholders providing for sufficient time for reports on agenda items and discussion of such items, and the shareholders' ability to give their opinions and ask their questions on agenda items. In 2022, since the Sberbank's annual General Meeting of Shareholders was held in the form of absentee voting, the shareholders were afforded an opportunity to ask their questions via the app for shareholders and the corporate website. Corporate procedures for meetings in the form of joint attendance of shareholders will be returned after recommencement of attendee meetings of shareholders.<br><br>Criterion 2 is not met.<br><br>In 2022, this criterion could not be applied in full since the annual General Meeting of Shareholders was held in absentia in accordance with the Law 25-FZ (25-503). According to Sberbank's Regulations for General Meeting of Shareholders (clause 10.4) and the standard practice, Sberbank's annual General Meetings of Shareholders held in the form of joint attendance are attended by members of the Bank's Supervisory Board, CEO, Chairman of the Bank's Executive Board, representatives of the Bank's auditor, the Bank's chief accountant, candidates to the Bank's bodies elected at the Bank's General Meeting of Shareholders; members of the Bank's Executive Board, the Bank's corporate secretary, and other persons invited by the meeting chairman. This practice will be recommended starting from the first meeting of shareholders held by Sberbank in the form of joint attendance.<br><br>Criterion 3 partially met.<br><br>In 2022, this criterion could not be applied in full since the Sberbank's annual General Meeting of Shareholders was held in the form of absentee voting. In this context, it was impossible to ensure the attendance of CEO, Chairman of the Sberbank's Executive Board, the Bank's chief accountant, and members of the Audit Committee of the Bank's Supervisory Board. The attendance of these persons at general meetings in accordance with Sberbank's Regulations for General Meeting of Shareholders will be recommenced starting from the first meeting of shareholders held in the form of joint attendance.<br><br>Criterion 4 is met. |

| No | CORPORATE GOVERNANCE PRINCIPLES | COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE | STATUS OF COMPLIANCE WITH A CORPORATE GOVERNANCE PRINCIPLE | EXPLANATIONS FOR DEVIATIONS FROM COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE |
|---|---|---|---|---|
| **1.2** | **The shareholders were afforded an equal and fair opportunity to share the Company's profits through dividends** | | | |
| 1.2.1 | The Company has developed and implemented a transparent and easily understandable mechanism for determination of dividend amount and its payment | 1. The regulations for the Company's dividend policy was approved by the board of directors and disclosed on the Company's website | Partially met. | Criterion 1 is partially met. |
| | | 2. If the dividend policy of the Company preparing consolidated financial statements uses indicators from the Company's statements to determine the dividend amount, the respective provisions of the dividend policy take into account the consolidated indicators from financial statements | | Sberbank has the Dividend Policy approved by the Supervisory Board in 2020. |
| | | | | In 2022, due to imposition of sanctions on Sberbank, the Dividend Policy and some other internal regulatory documents of the Bank were removed from the public domain, including the Bank's corporate website, with allowance for provisions of the Resolution of the Government of the Russian Federation dated 12 March 2022 No. 351 "On Specifics of Disclosure and Provision of Information Subject to Disclosure and Provision in accordance with Requirements of the Federal Law "On Joint Stock Companies" and the Federal Law "On Securities Market"". In 2022, and Specifics of Disclosure of Insider Information in accordance with Requirements of the Federal Law "On Countering the Misuse of Insider Information and Market Manipulation and Amending Certain Laws of the Government of the Russian Federation" (hereinafter, the Resolution of the Government of the Russian Federation No. 351). In 2023, Sberbank is planning to resume the availability of the Dividend Policy on the Bank's corporate website. |
| | | 3. During the reporting period, the justification of proposed net profit distribution, including for dividend payment and for the Company's own needs, and assessment of its compliance with the dividend policy adopted by the Company, with explanations and economic justification of the need for application of a certain part of net profit for own needs, were included in materials for the general meeting of shareholders with the agenda including an item concerning profit distribution (including dividend payment (announcement)) | | Criterion 2 is met. |
| | | | | Criterion 3 is met. |

| No | CORPORATE GOVERNANCE PRINCIPLES | COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE | STATUS OF COMPLIANCE WITH A CORPORATE GOVERNANCE PRINCIPLE | EXPLANATIONS FOR DEVIATIONS FROM COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE |
|---|---|---|---|---|
| 1.2.2 | The Company does not make decisions to pay dividends, if such decisions, without formal violation of restrictions set by law, are economically unjustified and may result in misrepresentation of the Company's operations | 1. In addition to restrictions set by law, the regulations on the Company's dividend policy specify financial / economic circumstances where the Company should not make decisions to pay dividends | Partially met | **Criterion 1 is partially met.** |

Criterion 1 is partially met.

Sberbank has the Dividend Policy approved by the Supervisory Board in 2020. In 2022, due to imposition of sanctions on Sberbank, the Dividend Policy and some other internal regulatory documents of the Bank were removed from the public domain, including the Bank's corporate website, with allowance for provisions of the Resolution of the Government of the Russian Federation dated 12 March 2022 No. 351 "On Specifics of Disclosure and Provision of Information Subject to Disclosure and Provision in accordance with Requirements of the Federal Law "On Joint Stock Companies" and the Federal Law "On Securities Market" in 2022, and Specifics of Disclosure of Insider Information in accordance with Requirements of the Federal Law "On Countering the Misuse of Insider Information and Market Manipulation and Amending Certain Laws of the Russian Federation" (hereinafter, the Resolution of the Government of the Russian Federation No. 351). In 2023, Sberbank is planning to resume the availability of the Dividend Policy on the Bank's corporate website.

Criterion 2 is met.

Criterion 3 is met.

In November 2020, Sberbank's Supervisory Board approved a new version of the Dividend Policy for 3 years. The new Dividend Policy records the Bank's intention to maintain the share of dividend payments at the level of 50% of the Bank Group's net profit according to IFRS.

The Dividend Policy does not contain any specific references to circumstances where the Bank should not pay dividends, but contains a list of internal and external conditions that should be analyzed by the Bank when making a decision to pay (or not pay) dividends:

* availability and amount of net profit based on the consolidated financial statements of the Bank and its subsidiaries (hereinafter, the Group) in accordance with the International Financial Reporting Standards (IFRS) for the respective period

* the Bank's capital requirement for implementation of Sberbank's Development Strategy with allowance for dividend payment to comply with both existing and future requirements set forth in Russian laws and by the Bank of Russia, local regulators in countries of operation, as well as recommendations of the Basel Committee, including with allowance for an amount of systemic importance buffer and Russian national countercyclical buffer to capital adequacy ratios, with allowance for a risk appetite approved by the Bank's Supervisory Committee and a stress testing procedure according to requirements set forth by the Bank of Russia for internal procedure of capital adequacy assessment

* the possibility to maintain the medium-term Tier I capital adequacy ratio of the Group calculated in accordance with Basel 3.5 requirements (Common Equity Tier I) and based on the Group' consolidated financial statements according to IFRS, with allowance for the conservative forecast of the Group's business development in the next reporting period, at the level of not less than 12.5 percent with allowance for the systemic importance buffer set by the Bank of Russia in the amount of no more than 1.0 percent

* the economic situation, other internal and external changes having or potentially having the material negative impact on the Group's operating activities, force majeure circumstances, including natural disasters and wars

* striking the balance of interests for the Group, Sberbank and its shareholders, with due regard to the need for improving the investment prospects and respect for rights of the Bank's shareholders

The approach to meeting this criterion will not be reconsidered within the next three years.

| No | CORPORATE GOVERNANCE PRINCIPLES | COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE | STATUS OF COMPLIANCE WITH A CORPORATE GOVERNANCE PRINCIPLE | EXPLANATIONS FOR DEVIATIONS FROM COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE |
|---|---|---|---|---|
| 1.2.3 | The Company avoids the deterioration of dividend rights of existing shareholders | 1. During the reporting period, the Company did not take actions resulting in deterioration of dividend rights of existing shareholders | Partially met | With a view to maintain the capital adequacy of the Russian banking system in the context of sanctions pressure on the Russian economy, the Bank of Russia recommended banks and non-credit financial institutions to suspend dividends in 2022. The same position was formulated by Sberbank's majority shareholder when preparing for Sberbank's annual General Meeting of Shareholders at year-end 2021.<br><br>Taking into account the above circumstances, Sberbank's Supervisory Board, when considering the item "On distribution of Sberbank profits and recommendations for the amount of dividends paid for 2021" has made a decision to recommend the annual General Meeting of Shareholders not to distribute Sberbank's net profit for 2021 and not to pay dividends.<br><br>On 29 June 2022, Sberbank's annual General Meeting of Shareholders made a decision not to pay dividends on the Bank's shares.<br><br>It is essential to note that the 2022 situation is abnormal for the Bank. Since 1991, the Bank has adhered to the policy of regular dividend payments and paid dividends on the annual basis. In the future, the bank is planning to recommence the regular dividend payments in accordance with the Dividend Policy. |
| 1.2.4 | The Company seeks to prevent shareholders from using other ways to make profit at the Company's expense, except for dividends and disposal value | 1. During the reporting period, other ways to make profit at the Company's expense, except for dividends (for example, with the use of transfer pricing, unreasonable provision of services to the Company by a controlling person at an over price, through dividend-replacing internal loans to a controlling person and/or its controlled persons), were not used by persons controlling the Company | Met | |
| **1.3** | **The corporate governance system and practice ensure equal conditions for all shareholders holding shares belonging to one category (type), including minority and foreign shareholders, and their equal treatment by the Company** | | | |
| 1.3.1 | The Company has created conditions for fair treatment of each shareholder by the Company's management bodies and controlling persons, including conditions ensuring that major shareholders cannot abuse minority ones | 1. During the reporting period, persons controlling the Company did not abuse their rights with regard to the Company's shareholders and there were no conflicts between the Company's controlling persons and its shareholders, and if there were any, the board of directors paid the proper attention to them | Met | |
| 1.3.2 | The Company does not take any actions that result or may result in artificial redistribution of corporate control | 1. There are no quasi-treasure shares or they did not take part in voting during the reporting period | Met | |
| **1.4** | **The shareholders are provided with reliable and efficient ways to record their rights to shares, as well as an opportunity for free and easy disposal of their shares** | | | |
| 1.4.1 | The shareholders are provided with reliable and efficient ways to record their rights to shares, as well as an opportunity for free and easy disposal of their shares | 1. Technologies and service conditions used by the Company's registrar comply with the needs of the Company and its shareholders, and ensure that rights to shares are recorded and shareholders' rights are exercised in the most efficient manner | Met | |

| No | CORPORATE GOVERNANCE PRINCIPLES | COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE | STATUS OF COMPLIANCE WITH A CORPORATE GOVERNANCE PRINCIPLE | EXPLANATIONS FOR DEVIATIONS FROM COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE |
|---|---|---|---|---|
| 2.1 | **The board of directors provides the strategic management of the Company, determines basic principles and approaches to organization of the risk management and internal control system in the Company, controls the activity of the Company's executive bodies, and implements other key functions** | | | |
| 2.1.1 | The board of directors is responsible for making decisions related to appointment and dismissal of members of executive bodies, including due to improper performance of their duties. The board of directors also controls the Company's executive bodies act in accordance with the approved development strategy and core areas of the Company's business | 1. The board of directors has the powers enshrined in the charter to appoint and dismiss members of executive bodies and to determine the terms and conditions of agreements with regard to them<br>2. During the reporting period, the nomination (appointment, HR) committee considered whether the professional qualification, skills and experience of members of executive bodies comply with current and expected needs of the Company dictated by its approved strategy<br>3. During the reporting period, the board of directors considered the report(s) from the sole executive body and the collegial executive body (if any) about implementation of the Company's strategy | | |
| 2.1.2 | The board of directors sets key long-term targets for the Company's operations, assesses and approves key performance indicators and basic business goals of the Company, assesses and approves the strategy and business plans for core activities of the Company | 1. During the reporting period, the board of directors addressed matters related to implementation and updating of the Company's strategy, approval of its financial and economic plan (budget), as well as consideration of criteria and indicators (including intermediary zones) used for implementation of the Company's strategy and business plans | Partially met | In general, the principle 2.1.2 is met by Sberbank according to all specified criteria. However, the approval of the Bank's business plan and budget, as well as monitoring of their implementation is reserved to the Executive Board. Such distribution of responsibilities emerged historically, since Sberbank is a multibranch credit institution and the general business plan and budget of the Bank are formed through consolidation of business plans and budgets of the Bank's branches (operating activities) after the mandatory procedure of presentation before the Bank's Executive Board. The Executive Board also monitors the further implementation of business plan and budget, including as part of regular reports from heads of the Bank's branches. These functions are assigned to the Executive Board in the Bank's internal regulatory document (Regulations on the Executive Board).<br>The Supervisory Board, in its turn, is regularly provided with information about intermediate implementation indicators of the Bank's Strategy, business plan and budget, with a view to control such implementation. |
| 2.1.3 | The board of directors determines principles and approaches to organization of the risk management and internal control system in the Company | 1. The principles and approaches to organization of the risk management and internal control system in the Company are determined by the board of directors and enshrined in the Company's internal documents determining the policy in risk management and internal control<br>2. During the reporting period, the board of directors approved (reconsidered) the acceptable risk magnitude (risk appetite) of the Company, or the audit and risk committee (if any) considered whether it is practicable to escalate the reconsideration of the Company's risk appetite to the board of directors | Met | |
| 2.1.4 | The board of directors determines the Company's policy with regard to remuneration and/or compensation for the board members, the Company's executive bodies and its other key executives | 1. The Company has developed, approved (by the board of directors) and implemented the policy(ies) with regard to remuneration and compensation for the board members, the Company's executive bodies and its other key executives<br>2. During the reporting period, the board of directors addressed the matters related to the above mentioned policy(ies) | Met | |

SBER

| No | CORPORATE GOVERNANCE PRINCIPLES | COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE | STATUS OF COMPLIANCE WITH A CORPORATE GOVERNANCE PRINCIPLE | EXPLANATIONS FOR DEVIATIONS FROM COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE |
|---|---|---|---|---|
| 2.1.5 | The board of directors plays the key role in prevention, detection and settlement of internal conflicts between the Company's bodies, shareholders and employees | 1. The board of directors plays the key role in prevention, detection and settlement of internal conflicts<br>2. The Company has created a system for identification of transactions related to conflicts of interest, and a system of measures aimed at settlement of such conflicts | Met | |
| 2.1.6 | The board of directors plays the key role in ensuring the Company's transparency, timeliness and completeness of information disclosure by the Company, easy shareholders' access to the Company's documents | 1. The Company's internal documents specify persons responsible for implementation of the information policy | Met | |
| 2.1.7 | The board of directors controls the corporate governance practice in the Company and plays the key role in its material corporate events | 1. During the reporting period, the board of directors considered the results of self-assessment and/or external assessment of the corporate governance practice in the Company | Met | |
| **2.2** | **The board of directors is accountable to the Company's shareholders** | | | |
| 2.2.1 | Information about the board of directors work is disclosed and provided to shareholders | 1. The Company's annual report for the reporting period contains information about attendance of each board member at meetings of the board of directors and its committees<br>2. The annual report contains information about key results of assessment (self-assessment) of the board performance during the reporting period | Partially met | Criterion 1 is not met.<br>In 2022, due to imposition of sanctions on Sberbank and members of the Bank's management bodies, the information about members of the Bank's management bodies was removed from the public domain in accordance with provisions of the Resolution of the Government of the Russian Federation No. 351. Disclosure of such information in any form (format) could result in imposition of new sanctions on the Bank and above mentioned persons.<br>When the situation is stabilized, the Bank is planning to recommence the practice of information disclosure about members of management bodies, including as part of the Bank's Annual Report.<br>Criterion 2 is met. |
| 2.2.2 | The chairman of the board of directors is available for communication with the Company's shareholders | 1. The Company has a transparent procedure affording shareholders an opportunity to send requests to the board of directors (and, if applicable, senior independent director) and receive the respective feedback | Met | |
| **2.3** | **The board of directors is an efficient and professional management body of the Company being able to make objective independent judgments and make decisions meeting the interests of the Company and its shareholders** | | | |
| 2.3.1 | Only persons having unblemished business and personal reputation, as well as knowledge, skills and experience required for making decisions being reserved for the board of directors and required for the efficient exercise of its functions may be elected as the board members | 1. During the reporting period, the board of directors (or its nomination committee) assessed candidates to the board of directors in terms of the required experience, knowledge, business reputation, absence of conflict of interest, etc. | Met | |

| No | CORPORATE GOVERNANCE PRINCIPLES | COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE | STATUS OF COMPLIANCE WITH A CORPORATE GOVERNANCE PRINCIPLE | EXPLANATIONS FOR DEVIATIONS FROM COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE |
|---|---|---|---|---|
| 2.3.2 | Members of the Company's board of directors are elected using a transparent procedure allowing shareholders to get the information about candidates, which is sufficient to imagine their personal and professional qualities | 1. In all cases when the general meeting of shareholders was held during the reporting period with the agenda including items regarding the election of the board of directors, the Company provided shareholders with the biographic information about all candidates to the board of directors, results of assessment of professional qualification, experience and skills of candidates for their compliance with current and expected needs of the Company conducted by the board of directors (or its nomination committee), as well as information about the candidates' compliance with independence criteria in accordance with recommendations 102–107 from the Code and information about the candidates' written consent to election to the board of directors | Not met | Due to imposition of sanctions on Sberbank and members of the Bank's management bodies, the information about candidates to the Supervisory Board members was not disclosed in accordance with provisions of the Resolution of the Government of the Russian Federation No. 351. Disclosure of information about candidates to Sberbank's Supervisory Board members could result in imposition of sanctions on such persons. The "Materials presented for information to persons having the right to participate in Sberbank's annual General Meeting of Shareholders at year-end 2021" included the anonymized information confirming that all candidates have unblemished business and personal reputation, as well as knowledge, skills and experience required for making decisions being reserved for the Supervisory Board. When the situation is stabilized, the Bank is planning to recommence the disclosure of information about candidates to the Supervisory Board members to shareholders in accordance with the Code recommendations. |
| 2.3.3 | The composition of the board of directors is balanced, including in terms of qualification of its members, their experience, knowledge and business qualities, and enjoying the shareholders' confidence | 1. During the reporting period, the board of directors analyzed its own requirements in the field of professional qualification, experience and skills, and determined competences needed for the board of directors in short and long terms | Met | |
| 2.3.4 | The number of the board members makes it possible to organize its activities in the most efficient manner, including the possibility to form the board committees, and provides substantial minority shareholders of the Company with an opportunity to elect the candidate for whom they vote | 1. During the reporting period, the board of directors considered the compliance of the board composition with the Company's needs and shareholders' interests | Met | |
| 2.4 | **The board of directors includes the sufficient number of independent directors** | | | |
| 2.4.1 | A person who possesses sufficient professionalism, experience and independence to form an opinion and is capable of making objective and honest judgments that are free from influence by executive bodies of the Company, groups of shareholders or any other stakeholders is recognized as an independent director. At the same time, it is necessary to bear in mind that under normal circumstances a candidate (elected member of the board of directors) who is related to the Company, its substantial shareholder, substantial counterparty or competitor or related to the government cannot be considered an independent director | 1. During the reporting period, all independent members of the board of directors complied with all independence criteria from the Code recommendations 102–107, or were recognized as independent by the resolution of the board of directors | Met | |

| No | CORPORATE GOVERNANCE PRINCIPLES | COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE | STATUS OF COMPLIANCE WITH A CORPORATE GOVERNANCE PRINCIPLE | EXPLANATIONS FOR DEVIATIONS FROM COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE |
|---|---|---|---|---|
| 2.4.2 | The candidates to the board of directors are assessed for their compliance with independence criteria, and such compliance is regularly analyzed. In case of such assessment, the content predominates over the form | 1. During the reporting period, the board of directors (or its nomination committee) formed an opinion about the independence of each candidate to the board of directors and presented the respective conclusion to shareholders 2. During the reporting period, the board of directors (or its nomination committee) at least once considered the independence of existing board members (after their election) 3. The Company has developed procedures specifying the required actions of board members if they cease to be independent, including obligations for timely notification of the board of directors about that | Met | |
| 2.4.3 | Independent directors constitute at least one third of the elected composition of the board of directors | 1. Independent directors constitute at least one third of the board of directors | Met | |
| 2.4.4 | Independent directors play the key role in prevention of internal conflicts in the Company and in its major corporate actions | 1. During the reporting period, independent directors (without the conflict of interest) conducted the preliminary assessment of major corporate actions related to the possible conflict of interest, and results of such assessment were presented to the board of directors | Met | |
| **2.5** | **The Chairman of the Board of Directors contributes to the most effective performance of the functions assigned to the Board of Directors** | | | |
| 2.5.1 | An independent director is appointed as Chairman of the Board of Directors, or a senior independent director is appointed from among the elected independent directors to coordinate their activities of and interact with the Chairman of the Board of Directors | 1. The Chairman of the Board of Directors is an independent director, or a senior independent director is appointed from among the elected independent directors? 2. The role, rights and duties of the Chairman of the Board of Directors (and, if applicable, senior independent director) are duly defined in the internal documents of the company | Met | The Chairman of the Supervisory Board is a non-executive director (representative of the majority shareholder). The position of senior independent director has been introduced to strengthen the role of independent directors, to coordinate their interaction in formulating a consolidated opinion as necessary, as well as to assist the Chairman of the Supervisory Board. |
| 2.5.2 | The Chairman of the Board of Directors ensures the meaningful nature of meetings, free discussion of items on the agenda, as well as control over the implementation of decisions made the Board of Directors | 1. The performance of the Chairman of the Board of Directors has been assessed as part of the procedure for assessing the Board of Directors' performance (self-assessment procedure) in the reporting period | Met | |
| 2.5.3 | The Chairman of the Board of Directors takes all necessary measures to timely provide the members of the Board of Directors with the information required to make decisions on agenda items | 1. The Chairman of the Board of Directors is obliged to take measures to ensure the timely provision of complete and reliable information to members of the Board of Directors on the agenda of the meeting of the Board of Directors is enshrined in the company's internal documents | Met | |

🟢 SBER

| No | CORPORATE GOVERNANCE PRINCIPLES | COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE | STATUS OF COMPLIANCE WITH A CORPORATE GOVERNANCE PRINCIPLE | EXPLANATIONS FOR DEVIATIONS FROM COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE |
|---|---|---|---|---|
| **2.6** | **Members of the Board of Directors act in good faith and reasonably for the benefit of the Company and its shareholders on the basis of sufficient awareness, with due care and diligence** | | | |
| 2.6.1 | Members of the Board of Directors make decisions taking into account all available information, the absence of conflicts of interest, equal treatment of the company's shareholders, as part of ordinary business risk | 1. The company's internal documents establish that each member of the Board of Directors is obliged to notify the Board of Directors, if he/she has conflicts of interest related to any issue on the agenda of the Board of Directors' meeting, before discussing the relevant issue<br>2. Internal documents of the company provide that each member of the Board of Directors shall refrain from voting on any issue, in relation to which he/she has conflicts of interest<br>3. The Company has established a procedure that allows the Board of Directors to receive professional advice on matters within its competence at the Company's expense | Met | |
| 2.6.2 | The Board of Directors' rights and obligations are clearly stated and enshrined in the company's internal documents | 1. The Company has adopted and published an internal document clearly defining the rights and obligations of members of the Board of Directors | Met | |
| 2.6.3 | Members of the Board of Directors have enough time to perform their duties | 1. The individual attendance of meetings of the Board and committees, as well as the sufficient time for performing their duties, has been analyzed as part of the procedure for assessing the Board of Directors' performance (self-assessment procedure) in the reporting period<br>2. In accordance with the company's internal documents, members of the Board of Directors are obliged to notify the Board of Directors of their intention to join the governing bodies of other organizations (in addition to organizations controlled by the company), as well as of such appointment | Met | |
| 2.6.4 | All members of the Board of Directors have equal access to the company's documents and information. Newly elected members of the Board of Directors are provided with sufficient information about the company and the Board of Directors' activities as soon as possible | 1. In accordance with the company's internal documents, members of the Board of Directors have the right to receive information and documents regarding the company and its controlled organizations, required to perform their duties, and the company's executive bodies are obliged to ensure the provision of such relevant information and documents<br>2. The Company implements a formalized program of getting acquainted sessions aimed at newly elected members of the Board of Directors | Met | |
| **2.7** | **Meetings of the Board of Directors, their preparation and participation of members of the Board of Directors ensure the effective performance of the Board of Directors** | | | |
| 2.7.1 | Meetings of the Board of Directors shall be held as necessary, taking into account the scope of the company's activities and tasks at a certain period of time | 1. In the reporting year, the Board of Directors held at least 6 meetings | Met | |

| No | CORPORATE GOVERNANCE PRINCIPLES | COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE | STATUS OF COMPLIANCE WITH A CORPORATE GOVERNANCE PRINCIPLE | EXPLANATIONS FOR DEVIATIONS FROM COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE |
|---|---|---|---|---|
| 2.7.2 | The company's internal documents stipulate the procedure for organizing and holding meetings of the Board of Directors, providing its members with the opportunity to properly prepare for them | 1. The Company has approved an internal document defining the procedure for organizing and holding meetings of the Board of Directors, which, among other things, establishes that notice of the meeting should be made at least five days before the meeting date. 2. In the reporting period, members of the Board of Directors absent from the meeting place were given the opportunity to participate in the discussion of agenda items and vote remotely—by conference and video conferencing | Met | |
| 2.7.3 | The form of the meeting of the Board of Directors shall be determined taking into account the importance of the agenda items. The most important issues are considered at in-person meetings | 1. The company's charter or internal document provides that the most important issues (including those listed in recommendation 168 of the Code) should be considered at in-person meetings | Met | |
| 2.7.4 | Decisions on the most important matters related to the company's operations shall be made at a meeting of the Board of Directors by a qualified majority or by a majority vote of all elected members of the Board of Directors | 1. The company's charter stipulates that decisions on the most important issues, including those set forth in recommendation 170 of the Code, shall be taken at a meeting of the Board of Directors by a qualified majority of at least 3/4 of all votes or by a vote majority of all elected members of the Board of Directors | Met | |
| **2.8** | **The Board of Directors establishes committees for preliminary consideration of the most important issues related to the company's activities** | | | |
| 2.8.1 | An Audit Committee consisting of independent directors has been established to review matters related to controlling the company's financial and business operations | 1. The Board of Directors has formed an Audit Committee consisting of independent directors only. 2. The company's internal documents determine the objectives of the Audit Committee, including those listed in Recommendation 172 of the Code. 3. At least one member of the Audit Committee, being an independent director, has experience and knowledge in the preparation, analysis, evaluation and audit of accounting (financial) statements. 4. In the reporting period, the Audit Committee held meetings at least quarterly | Partially met | Criterion 1 is not met. The majority of the Audit Committee (4 out of 5 members) are independent directors. The Audit Committee is chaired by an independent director. This practice is compliant to the requirements set in the MOEX Listing Rules. However, Sberbank's full compliance with this recommendation largely depends on the majority shareholder's readiness to nominate and elect more independent directors to the Supervisory Board of Sberbank, as well as its consent to the replacement of its representatives on the Audit Committee with independent directors. Criterion 2 is met. Criterion 3 is met. Criterion 4 is met. |

| No | CORPORATE GOVERNANCE PRINCIPLES | COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE | STATUS OF COMPLIANCE WITH A CORPORATE GOVERNANCE PRINCIPLE | EXPLANATIONS FOR DEVIATIONS FROM COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE |
|---|---|---|---|---|
| 2.8.2 | For preliminary consideration of matters related to establishing an effective and transparent remuneration practice, a Remuneration Committee has been established, consisting of independent directors and chaired by an independent director who is not the Chairman of the Board of Directors | 1. The Board of Directors has formed a Remuneration Committee, consisting of independent directors only<br>2. The Remuneration Committee is chaired by an independent director who is not the Chairman of the Board of Directors<br>3. Internal documents of the Company define the Remuneration Committee's objectives, including those specified in Recommendation 180 of the Code, as well as conditions (events) under which the Remuneration Committee shall consider revising the Company's remuneration policy aimed at members of the Board of Directors, executive bodies and other key executives | Partially met | Criterion 1 is not met.<br>The Supervisory Board has established an HR and Remuneration Committee. The majority of the Committee composition (3 out of 4 members) are independent directors. The HR and Remuneration Committee is chaired by an independent director. Currently, the company has no opportunity to form the specified Committee of independent directors only. This practice is compliant to the requirements set in the MOEX Listing Rules.<br>However, Sberbank's full compliance with this recommendation largely depends on the majority shareholder's readiness to nominate and elect more independent directors to the Supervisory Board of Sberbank, as well as its consent to the replacement of its representatives on the HR and Remuneration Committee with independent directors.<br>Criterion 2 is met.<br>Criterion 3 is met. |
| 2.8.3 | For preliminary consideration of matters related to HR (continuity) planning, professional composition and performance of the Board of Directors, a Nomination (Appointment, HR) Committee has been established, mostly consisting of independent directors | 1. The Board of Directors has established a nomination committee (or its tasks specified in Recommendation 186 of the Code are solved by another committee), most of whose members are independent directors<br>2. The company's internal documents define the objectives of the nomination committee (or the relevant committee that performs these functions), including those specified in Recommendation 186 of the Code<br>3. In order to establish the Board of Directors that most fully meets the company's goals and objectives, the Nomination Committee in the reporting period independently or together with other committees of the Board of Directors or the company's authorized shareholder engagement unit has organized shareholder engagement with shareholders, not limited to the largest ones, with the view to selection of candidates for the Board of Directors | Met | An HR and Remuneration Committee has been established under the Supervisory Board, combining the functions of the Remuneration Committee and the Nomination Committee. The majority of the Committee composition (3 out of 4 members) are independent directors. |
| 2.8.4 | Based on the company's scale of activities and risk level, the Board of Directors has ensured that the composition of its committees fully meets the company's goals. Additional committees have either been established or are not deemed necessary (Strategy Committee, Corporate Governance Committee, Ethics Committee, Risk Management Committee, Budget Committee, Health, Safety and Environment Protection Committee, etc.) | In the reporting period, the company's Board of Directors considered the compliance of the Board of Directors' structure with scope, nature, objectives of the company's activities, as well as the company's needs and risk profile. Additional committees were either established or not deemed necessary | Met | |
| 2.8.5 | The composition of the committees has been determined so that it allows for a comprehensive discussion of previously considered matters, taking into account various opinions | 1. In the reporting period, the Audit Committee, the Remuneration Committee (or the corresponding committee with combined functions) were chaired by independent directors<br>2. Internal documents (policies) of the company stipulate provisions under which persons not being members of the Audit Committee, Nomination Committee and Remuneration Committee (or the corresponding committee with combined functions) may attend meetings only at the invitation of the chairman of the relevant committee | Met | |

| No | CORPORATE GOVERNANCE PRINCIPLES | COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE | STATUS OF COMPLIANCE WITH A CORPORATE GOVERNANCE PRINCIPLE | EXPLANATIONS FOR DEVIATIONS FROM COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE |
|---|---|---|---|---|
| 2.8.6 | The Chairman of the Committees regularly inform the Board of Directors and its Chairman of their Committees' performance. | 1. In the reporting period, the Chairman of the Committees regularly reported their performance to the Board of Directors | Met | |
| **2.9** | **The Board of Directors ensures the performance assessment of the Board of Directors, its committees and members** | | | |
| 2.9.1 | The performance assessment of the Board of Directors is aimed at determining the efficiency level of the Board of Directors, its committees and members, the compliance of their activities with the the Company's development needs, intensifying the Board of Directors' activities and identifying areas in which these can be improved | 1. The company's internal documents define the procedures for performance assessment (self-assessment) of the Board of Directors <br> 2. In the reporting period, the performance assessment (self-assessment) of the Board of Directors covered the committees' activities, an individual performance of each member and the overall performance of the Board of Directors <br> 3. The results of the performance assessment (self-assessment) of the Board of Directors carried out during the reporting period were considered at an in-person meeting of the Board of Directors | Met | |
| 2.9.2 | The performance of the Board of Directors, its committees and members is regularly assessed at least once a year. To conduct an independent performance assessment of the Board of Directors, an external organization (consultant) is involved at least once in 3 years | 1. To conduct an independent performance assessment of the Board of Directors in the last three reporting periods, the company attracted an external organization (consultant) at least once | Met | |
| **3.1** | **The company's Corporate Secretary ensures effective and ongoing shareholder engagement, coordination of the Company's actions to protect the rights and interests of shareholders, and support the effective activities of the Board of Directors** | | | |
| 3.1.1 | The Company's Corporate Secretary has sufficient knowledge, experience and qualifications to perform his/her duties, has an impeccable reputation and is trusted by shareholders | 1. The Company's website and the Annual Report contain the background of the Corporate Secretary (including data on his/her age, education, qualifications, experience), as well as information on positions in other legal entities' governance bodies held by the Corporate Secretary in at least 5 past years | Not met | Due to imposition of sanctions on Sberbank and members of the Bank's management bodies, the information about Sberbank's corporate secretary in 2022 was not disclosed on the Bank's corporate website and in its Annual report in accordance with provisions of the Resolution of the Government of the Russian Federation No. 35l. Disclosure of information could result in imposition of sanctions on such person. <br><br> When the situation is stabilized, the Bank is planning to recommence the practice of disclosing the background of the Corporate Secretary on the company's website and in the Bank's Annual Report in accordance with the recommendations of the Code. |
| 3.1.2 | The Corporate Secretary is sufficiently independent of the company's executive bodies and has the necessary powers and resources to solve his/her tasks | 1. The company has adopted and disclosed an internal document— the Corporate Secretary Regulation <br> 2. The Board of Directors approves a candidate for the position of Corporate Secretary, terminates his/her powers, as well as considers paying him/her additional remuneration <br> 3. The Company's internal documents stipulate the Corporate Secretary's right to request and obtain company documents and information from management bodies, structural units and company officials | Partially met | Criterion 1 is partially met. <br> In 2014, the Supervisory Board of Sberbank approved the Regulation on the Corporate Secretary of Sberbank, which was publicly available on the Bank's corporate website until 2022. <br> In 2022, due to imposition of sanctions on Sberbank and members of the Bank's management bodies, some corporate information, including Sberbank's regulatory documents, was removed from the public domain in accordance with provisions of the Resolution of the Government of the Russian Federation No. 35l. <br> When the situation is stabilized, the Bank is planning to recommence public access to its corporate information and regulatory documents by posting them on the Bank's website. <br> Criterion 2 is met. <br> Criterion 3 is met. |

| No | CORPORATE GOVERNANCE PRINCIPLES | COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE | STATUS OF COMPLIANCE WITH A CORPORATE GOVERNANCE PRINCIPLE | EXPLANATIONS FOR DEVIATIONS FROM COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE |
|---|---|---|---|---|
| 4.1 | **The remuneration paid by the company is sufficient to attract, motivate and retain persons with the necessary competence and qualifications. Remuneration to members of the Board of Directors, executive bodies and other key executives of the company is paid in accordance with the adopted remuneration policy** | | | |
| 4.1.1 | The remuneration paid by the company to members of the Board of Directors, executive bodies and other key executives provides sufficient motivation for effective work, allowing the company to attract and retain competent and qualified specialists. At that, the company avoids excessive remuneration and an unreasonably large gap between the remuneration amounts of these and ordinary employees | 1. The remuneration of members of the Board of Directors, executive bodies and other key executives of the company has been determined based on the results of a comparative analysis of remuneration amounts in comparable companies | Met | |
| 4.1.2 | The company's Remuneration Policy has been drafted by the Remuneration Committee and approved by the Board of Directors. The Board of Directors, supported by the Remuneration Committee, ensures control over the implementation and adoption of the remuneration policy within the company, and, if necessary, reviews it and makes adjustments | 1. In the reporting period, the Remuneration Committee reviewed the remuneration policy (policies) and/or their implementation practices, assessed their effectiveness and transparency, and, where applicable, submitted appropriate recommendations to the Board of Directors on revising these policies (policies) | Met | |
| 4.1.3 | The company's remuneration policy contains transparent mechanisms designed to determine the remuneration of members of the Board of Directors, executive bodies and other key executives of the company, also regulating all types of payments, benefits and privileges granted to such persons | 1. The company's remuneration policy (policies) contains (contain) transparent mechanisms designed to determine the remuneration of members of the Board of Directors, executive bodies and other key executives of the company, also regulating all types of payments, benefits and privileges granted to such persons | Met | |
| 4.1.4 | The company determines the reimbursement (compensation) policy that specifies the list of expenses subject to reimbursement, and the level of service to which members of the Board of Directors, executive bodies and other key executives can apply. Such policy can be part of the company's Remuneration Policy | 1. The company's Remuneration Policy (policies) or other internal documents establish rules for reimbursement of expenses incurred by members of the Board of Directors, executive bodies and other key executives | Met | |
| 4.2 | **The remuneration system aimed at members of the Board of Directors ensures the convergence between the financial interests of directors with the long-term financial interests of shareholders** | | | |
| 4.2.1 | The company pays fixed annual remuneration to members of the Board of Directors. The company does not pay remuneration for participation in separate meetings of the Board of Directors or its committees | 1. In the reporting period, the Company paid remuneration to members of the Board of Directors in accordance with the adopted Remuneration Policy<br><br>2. In the reporting period, the Company did not apply to members of the Board of Directors any forms of short-term motivation or additional material incentives, which depend on the company's results (indicators). No remuneration was paid for the participation in separate meetings of the Board of Directors or its committees | Met | |

| No | CORPORATE GOVERNANCE PRINCIPLES | COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE | STATUS OF COMPLIANCE WITH A CORPORATE GOVERNANCE PRINCIPLE | EXPLANATIONS FOR DEVIATIONS FROM COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE |
|---|---|---|---|---|
| 4.2.2 | The Company does not apply any forms of short-term motivation or additional material incentives to members of the Board of Directors | 1. If an internal document (documents)—the company's remuneration policy (policies)—stipulates (stipulate) providing the company's shares to members of the Board of Directors, the company must establish and disclose clear share ownership rules for the Board of directors, aimed at promotion of the long-term ownership of such shares | Met | |
| 4.2.3 | Long-term ownership of the company's shares contributes most to the convergence between the financial interests of members of the Board of Directors with the long-term interests of shareholders. At that, the company does not link the right to sell shares to achieving certain performance indicators, and members of the Board of Directors do not participate in option programs | 1. The Company does not provide for any additional payments or compensation in the case of early termination of the powers of Directors due to the transfer of the control over the company to a third party or other circumstances | Met | |
| 4.3 | **The company's remuneration system for members of its executive bodies and other key executives provides for the relationship between remuneration, the company's results and their personal contribution** | | | |
| 4.3.1 | The remuneration for members of the company's executive bodies and other key executives is determined in such a way as to provide a reasonable ratio of the fixed part of the remuneration and the variable part thereof, which depends both on the company's results and personal (individual) contribution of an employee | 1. In the reporting period, annual effectiveness indicators approved by the Board of Directors were used to determine the amount of the variable remuneration for members of the company's executive bodies and other key executives<br><br>2. In the last assessment of the company's remuneration system for members of the executive bodies and other key executives, the Board of Directors (remuneration committee) ensured that the variable parts of remuneration applies an effective ratio of fixed and variable parts of remuneration<br><br>3. In determining the remuneration amount to be paid to members of the executive bodies and other key executives, the company takes into account the risks borne in order to avoid creating incentives for making too risky management decisions | Met | |
| 4.3.2 | The Company has implemented a long-term incentive program for members of its executive bodies and other key executives, based on the Company's shares (options or other derivative instruments for which the underlying asset is the Company's shares) | 1. If the company has implemented a long-term incentive program for members of its executive bodies and other key executives, based on the Company's shares (financial instruments based on the company's shares), such program stipulates that the right to sell these shares and other financial instruments becomes effective at least 3 years after their provision. At that, their exercise right depends on achieving the certain performance indicators by the company | Met | |
| 4.3.3 | The amount of compensation ("golden parachute") paid by the company to members of its executive bodies and other key executives in case of early termination of their powers at the company's initiative and in the absence of bad faith actions, shall not be more than twice the size of the fixed part of the annual remuneration | 1. In the reporting period, the amount of compensation ("golden parachute") paid by the company to members of its executive bodies and other key executives in case of early termination of their powers at the company's initiative and in the absence of bad faith actions, did not exceed twice the size of the fixed part of the annual remuneration | Met | |

| No | CORPORATE GOVERNANCE PRINCIPLES | COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE | STATUS OF COMPLIANCE WITH A CORPORATE GOVERNANCE PRINCIPLE | EXPLANATIONS FOR DEVIATIONS FROM COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE |
|---|---|---|---|---|
| 5.1 | **The Company has established an effective risk management and internal control system aimed at ensuring reasonable confidence in achieving the goals set** | | | |
| 5.1.1 | The Board of Directors has defined the principles and approaches to organizing the risk management and internal control system within the company | 1. The functions of various management bodies and units of the company within its risk management and internal control system are clearly defined in the internal documents/relevant policies of the company approved by the Board of Directors | Met | |
| 5.1.2 | The company's executive bodies ensure the creation and maintenance of an effective risk management and internal control system | 1. The company's executive bodies ensured the distribution of risk management and internal control responsibilities, powers, and duties between the accountable heads (managers) of units and departments of the company | Met | |
| 5.1.3 | The company's risk management and internal control system provide an objective, fair and clear understanding of the company's current state and prospects, integral and transparent corporate reporting, reasonable and permissible risks accepted by the company | 1. The Company has approved an Anti-Corruption Policy<br>2. The company has a secure, confidential and accessible method in place (hotline) to inform the Board of Directors or its Audit Committee on violations of the legislation, internal procedures or the company's Code of Conduct | Met | |
| 5.1.4 | The company's Board of Directors takes all necessary measures to ensure that the current risk management and internal control system complies with the principles and approaches to its organization determined by the Board of Directors and operates effectively | 1. In the reporting period, the Board of Directors (Audit Committee and/or Risk Committee, if any) organized a reliability and effectiveness assessment of the company's risk management and internal control system | Met | |
| 5.2 | **For the purposes of the reliability and effectiveness assessment of the company's risk management and internal control system and corporate governance practices, the company organizes an internal audit** | | | |
| 5.2.1 | To conduct internal audits, the company has established a separate structural unit or attracted an independent external organization. The internal audit unit has separate functional and administrative accountability. The internal audit unit is functionally subordinate to the Board of Directors | 1. To conduct internal audits, the company has established a separate structure unit, responsible for internal audit and accountable to the Board of Directors, or attracted an independent external organization with the same accountability | Met | |
| 5.2.2 | The internal audit unit conducts the reliability and effectiveness assessment of the company's risk management and internal control system and corporate governance practices, applying generally accepted internal audit standards | 1. In the reporting period, the reliability and effectiveness assessment of the company's risk management and internal control system was conducted as part of the internal audit procedure<br>2. In the reporting period, the company assessed its corporate governance practice (separate practices) as part of the internal audit procedure, including information exchange procedures (in particular, on internal control and risk management) at all levels of governance, as well as stakeholder engagement procedures | Met | |

| No | CORPORATE GOVERNANCE PRINCIPLES | COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE | STATUS OF COMPLIANCE WITH A CORPORATE GOVERNANCE PRINCIPLE | EXPLANATIONS FOR DEVIATIONS FROM COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE |
|---|---|---|---|---|
| 6.1 | **The Company and its activities are transparent to its shareholders, investors and other stakeholders** | | | |
| 6.1.1 | The Company has developed and implemented an information policy that ensures efficient informational communications between the company, its shareholders, investors and other stakeholders | 1. The Board of Directors has approved the company's Information Policy, developed subject to the Code Recommendations. 2. In the reporting period, the Board of Directors (or one of its committees) considered the effectiveness of the company's information exchange with shareholders, investors and other stakeholders, as well as the feasibility (need) of revising the company's information policy | Met. | |
| 6.1.2 | The Company discloses its corporate governance system and practices, including detailed information on compliance with the principles and recommendations of the Code | 1. The Company discloses its corporate governance system and the applied general principles of corporate governance, including on the Company's website. 2. The Company discloses the composition of its executive bodies and the Board of Directors, independence of members of the Board of Directors and their membership in its committees (as defined in the Code). 3. If the company has a controlling person, the company publishes a memorandum of the controlling person regarding such person's corporate governance plans | Partially met. | Criterion 1 is partially met.<br>Sberbank discloses the Bank's corporate governance system and principles on its corporate website, in particular, by making the Corporate Governance Code of Sberbank publicly available. In 2022, after imposition of sanctions on Sberbank and members of the Bank's management bodies, some information about the Bank's corporate governance system was removed from the public domain.<br>When the situation is stabilized, the Bank is planning to recommence the practice of disclosing the corporate governance system in accordance with the Code recommendations.<br>Criterion 2 is not met.<br>Before imposition of sanctions on Sberbank and members of the Bank's management bodies, the information about members of the Bank's Supervisory Board and Executive Board was publicly available on its corporate website. Such information was removed from the website due to the risk of imposition of new sanctions on the Bank and such persons.<br>When the situation is stabilized, the Bank is planning to recommence the practice of disclosing the personal composition of the Bank's governance bodies on its corporate website in accordance with the Code recommendations.<br>Criterion 3 is met. The memorandum will be published if drafted by a controller. |
| 6.2 | **The Company makes timely, full, relevant and accurate disclosures to enable reasonable decisions of investors and shareholders** | | | |
| 6.2.1 | The Company makes disclosures in accordance with the principles of regularity, consistency, timeliness, availability, accuracy, completeness and comparability of disclosed data | 1. The Company has defined a procedure to ensure the coordination between all structural units and employees of the company related to disclosure, or whose activities may result in the need for such disclosures. 2. If the company's securities are traded in foreign organized markets, material disclosures in the Russian Federation and in such markets are made concurrently during the reporting period. 3. If foreign shareholders own a significant portion of the company's shares, then during the reporting year disclosures are made not only in Russian, but also in one of the most common foreign languages | Met. | |

| No | CORPORATE GOVERNANCE PRINCIPLES | COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE | STATUS OF COMPLIANCE WITH A CORPORATE GOVERNANCE PRINCIPLE | EXPLANATIONS FOR DEVIATIONS FROM COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE |
|---|---|---|---|---|
| 6.2.2 | To avoid a formal approach to disclosure, the company makes material disclosure of its activities, even if such disclosures are not provided for by law | 1. The company's Information Policy determines the approaches to disclosure of other events (actions) that have a significant impact on the value or quotes of its securities, disclosures of which are not provided for by law<br><br>2. The company discloses its capital structure in accordance with Recommendation 290 of the Code, in the annual report or on the company's website<br><br>3. The company discloses its controlled entities of material importance, including key areas of their activities, mechanisms that ensure accountability of controlled entities, powers of the Board of Directors with regard to determining the strategy and evaluating the performance of controlled entities<br><br>4. The company discloses its non-financial report—sustainability report, environmental report, corporate social responsibility report or other report containing non-financial information, including environment-related factors (in particular, environmental and climate change factors), the company (social factors) and corporate governance, except for the issuer's report of the issue-grade securities and the annual report of the joint stock company | Partially met | Criterion 1 is partially met.<br><br>In 2022, the Bank made amendments to its internal regulatory document regulating information disclosure. These determine approaches to disclosing information not provided for in Section V of Regulation of the Bank of Russia No. 714-П (714-P), dated 27 March 2020, "On Information Disclosure by Issuers of Issue-Grade Securities" (hereinafter, Regulation 714-P), that can have a significant influence on the value or quotations of Sberbank's securities (Chapter 50 of Regulation 714-P).<br><br>The feasibility of introducing relevant changes to Sberbank's Information Policy will be considered in 2023.<br><br>Criterion 2 is not met.<br><br>Before imposition of sanctions on Sberbank and members of the Bank's management bodies, the information about the number of Sberbank shareholders, the number of voting shares with a breakdown by share categories (types), the information about the person owning over 5% of Sberbank's charter capital and ordinary shares was disclosed on the Bank's corporate website and in the Annual Report.<br><br>After imposition of sanctions, some information about the share structure, including information about capital structure, was removed from the public domain.<br><br>When the situation is stabilized, the Bank is planning to recommence the practice of disclosing its capital structure in accordance with the Code recommendations.<br><br>Criterion 3 is not applicable at the moment.<br><br>Sberbank has no controlled organizations of material importance, according to the materiality criteria set in clause 1.14 of Regulation of the Bank of Russia No. 714-П (714-P), dated 27 March 2020, "On Information Disclosures by Issuers of Issue-Grade Securities". To this end, the information on material controlled organizations is not disclosed. |
| 6.2.3 | Being one of the most important tools for information exchange with shareholders and other stakeholders, the Annual Report contains information to assess the company's results for the year | 1. The company's annual report contains information on the results of the Audit Committee's effectiveness assessment of the external and internal audit processes<br><br>2. The company's annual report contains information on the company's environmental policy and social policy | Partially met | Criterion 1 is not met.<br><br>At its meetings, the Audit Committee constantly reviews the performance of the Internal Audit Service of Sberbank (hereinafter—IAS, the Service), quarterly hears information on the results of inspections conducted by the IAS, annually assesses the independence of the IAS and the performance of the Head of the Service, reviews the results the audit company's activities, monitors the provision of non-audit services by the auditor, considers draft audit reports in relation to the annual accounting (financial) statements and the annual consolidated (financial) statements of Sberbank. The share of the above issues on the agenda of the Audit Committee's meetings is 60%.<br><br>In 2022, due to imposition of sanctions on Sberbank and members of its management bodies, some information about the Bank's corporate governance assessment was not included in the Bank's Annual report.<br><br>When the situation is stabilized, the Bank is planning to recommence the practice of disclosing the results of the internal and external audit effectiveness assessment in the Annual Report in accordance with the Code recommendations.<br><br>Criterion 2 is met. |

| No | CORPORATE GOVERNANCE PRINCIPLES | COMPLIANCE ASSESSMENT CRITERIA IN ACCORDANCE WITH A CORPORATE GOVERNANCE PRINCIPLE | STATUS OF COMPLIANCE WITH A CORPORATE GOVERNANCE PRINCIPLE | EXPLANATIONS FOR DEVIATIONS FROM COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE |
|---|---|---|---|---|
| **6.3** | **The company provides information and documents at the request of shareholders in accordance with the principle of equal and unhindered access** | | | |
| 6.3.1 | The exercise by shareholders of their right to access the company's documents and information is not associated with unreasonable difficulties. | 1. The company's information policy (internal documents defining the information policy) determines the unhindered procedure for providing access to information and documents of the company at the request of shareholders<br>2. The company's information policy (internal documents defining the information policy) contains provisions stipulating that if a shareholder submits a request for information about companies controlled by the company, the company shall make all necessary efforts to obtain such information from the relevant organizations | Partially met | Criterion 1 is met.<br>Criterion 2 is partially met.<br>The Information Policy of Sberbank does not yet contain provisions establishing the practice of obtaining information from companies controlled by the Bank in order to provide it to shareholders upon their request.<br>The applied approach currently meets Sberbank's needs.<br>The Bank will not revise the approach to meeting the above criteria in the next 3 years.<br>Moreover, due to imposition of sanctions on some Sber Group companies in 2022, and in order to avoid the imposition of such sanctions on other Group companies, the information about the Sber Group members, was removed from the public domain |
| 6.3.2 | The Company provides shareholders with information, providing a reasonable balance between the interests of specific shareholders and interests of the company itself, which endeavours to maintain the confidentiality of important commercial information, capable of having a significant impact on its competitiveness | 1. In the reporting period, the company did not refuse to satisfy shareholders' information requests, or such refuses were reasonable<br>2. In cases determined by the company's information policy, shareholders are warned about the confidential nature of the information and assume the obligation to keep it confidential | Met | |
| **7.1** | **Actions that significantly affect or may significantly affect the structure of the company's share capital and financial standing and, accordingly, shareholders' standing (material corporate actions) are carried out on fair terms that ensure compliance with the rights and interests of shareholders, as well as other stakeholders** | | | |
| 7.1.1 | Material corporate actions include: reorganization of the company; acquisition by one shareholder of 30 percent or more of voting shares (merger); material transactions; increase or decrease in the company's share capital; listing and delisting of shares; as well as other actions that could lead to a significant change in the rights of shareholders and/or infringement of their interests. The Company's charter determines the list (criteria) of transactions and other actions considered material corporate actions within the purview of the Board of Directors. | The Company's charter determines the list (criteria) of transactions and other actions considered material corporate actions The Company's charter considers making decisions on material corporate actions as falling within the purview of the Board of Directors. If the legislation directly classifies the implementation of these corporate actions as falling within the purview of the General Meeting of Shareholders, the Board of Directors shall provide shareholders with appropriate recommendations | Partially met | Criterion 1 is partially met.<br>The Charter of Sberbank does not provide for the list of material transactions and actions or their identification criteria. The list of material corporate actions is provided for in the Corporate Governance Code of Sberbank.<br>Material corporate actions include: major transactions and related-party transactions; increase or decrease in the share capital; listing and delisting of shares; reorganization of the Bank; acquisition by one shareholder of 30 percent or more of voting shares, as well as other actions that could lead to a significant change in the rights of shareholders and/or infringement of their interests. The current legislation and the Bank's Charter stipulate that making decisions on material corporate actions falls within the purview of the General Meeting of Shareholders or the Supervisory Board. If a matter falls within the purview of the Supervisory Board, decisions on material corporate actions in most cases (in accordance with the Charter) shall be made by a qualified vote majority (at least three-quarters of the total number of votes). The applied approach currently meets Sberbank's needs, and the Bank considers its revision in the next 3 years unreasonable. |
| 7.1.2 | The Board of Directors plays a key role in making decisions or providing recommendations regarding material corporate actions, based on the position of the company's independent directors. | 1. The Company has a procedure in place that allows independent directors to declare their opinion on material corporate actions prior to the approval. | Met | The Supervisory Board plays an important role in making decisions on material corporate actions. For preliminary consideration of matters related to material corporate actions, the Corporate Governance Code of Sberbank stipulates the establishment of a special temporary committee under the Supervisory Board. |

| No | CORPORATE GOVERNANCE PRINCIPLES | COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE | STATUS OF COMPLIANCE WITH A CORPORATE GOVERNANCE PRINCIPLE | EXPLANATIONS FOR DEVIATIONS FROM COMPLIANCE ASSESSMENT CRITERIA FOR A CORPORATE GOVERNANCE PRINCIPLE |
|---|---|---|---|---|
| 7.1.3 | As material corporate action is taken that affects the rights and legitimate interests of shareholders, all company shareholders enjoy fair treatment, and where shareholder rights protection mechanisms provided by the law are insufficient, further action is taken to protect the rights and legitimate interests of the company shareholders.<br><br>In any such case, the company will be guided not only by the formal requirements of the law, but also by the corporate governance principles as stipulated in the Code. | 1. Taking into account the specific features of Company operations, the Company Charter empowers the Board of Directors to approve, in addition to those stipulated by the law, other transactions of material importance for the company.<br><br>2. In the reporting period, all material corporate actions passed the approval procedure before they were taken | Partially met | Criteria 1 and 2 are partially met.<br><br>Sberbank's Charter does not provide for minimal criteria for classifying transactions as material corporate actions that would be less stringent than those prescribed by the law. In matters related to material corporate actions, the Bank takes guidance in the requirements of the law, as well as in the provisions of the Charter whereby decisions on any material corporate actions are to be made by a qualified majority (at least three-quarters) vote by the Supervisory Board members which significantly reinforces corporate control of transactions and at present is consistent with Sberbank's requirements. It does not appear as expedient to revise the existing approach on a horizon of several nearest years. |
| 7.2 | The Company has in place a procedure for taking material corporate actions that allows shareholders to obtain full information on such actions in a timely fashion, while enabling them to influence such actions and making sure that their rights are respected and adequately protected as such actions are taken | | | |
| 7.2.1 | Information on material corporate actions is disclosed with explanations as to the reasons for taking such actions, the circumstances under which they were taken and the consequences thereof. | 1. Where any material corporate actions were taken by the company during a reporting period, the company ensured timely and detailed disclosure of information on such actions, including the reasons for taking such actions, the circumstances under which they were taken, and the consequences of such actions for the shareholders | Partially met | Interested-party transactions were entered into during the reporting year.<br><br>The information on one transaction brought before the Annual General Shareholders' Meeting of Sberbank (on insurance of the liability of Supervisory Board members and officers of the Bank / subsidiaries) was disclosed in a timely fashion in accordance with the requirements of the applicable law. Information on other transactions was not disclosed, in line with the provisions of Government Resolution No. 351.<br><br>As the situation stabilizes, the Bank plans to revert to the practice of public disclosures on interested-party transactions and other material corporate actions (if any) in accordance with the Code recommendations. |
| 7.2.2 | Rules and procedures related to the implementation by the Company of material corporate actions are stipulated in the Company's internal documents. | 1. The Company's internal documents define the cases and procedure for engaging an appraiser to determine the value of property alienated or acquired as part of a major transaction or a related-party transaction<br><br>2. The Company's internal documents establish a procedure for engaging an appraiser to determine the purchase or buyback value of the Company's shares<br><br>3. Failing formal interest in the Company's transactions on the part of a board director, a sole executive body member, a collegial executive body member of the Company or a person controlling the Company, and given a conflict of interest on another party to the Company's transactions, the Company's internal documents indicate that such persons must not vote on the approval of such transactions | Met | |

1   The "met" status is assigned only if the Company's corporate practices meet all the compliance assessment criteria for a corporate governance principle listed in Column 3 of the Report on compliance with the Code principles. If the Company's corporate practices meet only some or none of the compliance assessment criteria, Column 4 of the Report on compliance with the Code principles must indicate the status of compliance with the Code principles as "partially met" or "not met" respectively.

2   To be indicated for each assessment criterion (compliance criterion) for a corporate governance principle if the Company meets only some or none of the compliance assessment criteria

3   Hereinafter, the nomination committee

4   It is recommended to indicate which of the two alternative approaches permitted by the principle is adopted at the Company in Column 5 of the Report on compliance with the Code principles and explain the reasons for choosing this approach

5   If the nomination committee tasks are performed by another committee, please indicate its name

# Summary Consolidated Financial Statements

For the year ended 31 December 2022
with Independent Auditor's Report

---

### SBER

**Summary Consolidated Financial Statements with Independent Auditor's Report**

#### CONTENTS

Independent Auditor's Report

**Summary Consolidated Financial Statements**

Summary Consolidated Statement of Financial Position ............................ 1
Summary Consolidated Statement of Profit or Loss ............................ 2
Summary Consolidated Statement of Comprehensive Income ............................ 3

**Selected Notes to the Summary Consolidated Financial Statements**

1  Loans and Advances to Customers ............................ 4
2  Due to Individuals and Corporate Customers ............................ 5-6
3  Interest Income and Expense ............................ 7-8
4  Fee and Commission Income and Expense ............................ 9
5  Earnings per Share and Dividends ............................ 10
6  Capital Adequacy Ratios ............................ 11
7  Basis of Preparation of Summary Consolidated Financial Statements ............................ 12

---

### B1

B1 LLC • Registered office: Sadovnicheskaya nab., bld. 77, bld. 1
Moscow, 115035, Russia
Tel: +7 (495) 705 9700
+7 (495) 755 9700
Fax: +7 (495) 755 9701
www.b1.ru

## Independent auditor's report

To the Stakeholders and Supervisory Board
of Sberbank of Russia

### Opinion

The accompanying summary consolidated financial statements, which comprise the summary consolidated statement of financial position as at 31 December 2022, the summary consolidated statement of profit or loss and the summary consolidated statement of comprehensive income for 2022, and selected notes to the summary consolidated financial statements (the "summary financial statements"), are derived from the audited consolidated financial statements of Sberbank of Russia and its subsidiaries (the "Group") for 2022, prepared in accordance with International Financial Reporting Standards (the "audited consolidated financial statements").

In our opinion, the accompanying summary financial statements are consistent, in all material respects, with the audited consolidated financial statements in accordance with the criteria specified in Note 7 "Basis of preparation of Summary Consolidated Financial Statements" to the summary financial statements.

### Summary financial statements

The summary financial statements do not contain all the disclosures required by International Financial Reporting Standards. Therefore, reading the summary financial statements and the auditor's report thereon is not a substitute for reading the audited consolidated financial statements and the auditor's report thereon.

### Audited consolidated financial statements and our auditor's report thereon

We have expressed an unmodified audit opinion on the audited consolidated financial statements in our report dated 7 March 2023. That report also includes information on key audit matters.

### Management's responsibility for the summary financial statements

Management is responsible for the preparation of the summary financial statements in accordance with the criteria specified in Note 7 "Basis of preparation of Summary Consolidated Financial Statements".

---

### B1

### Auditor's responsibility for the audit of the summary financial statements

Our responsibility is to express an opinion on whether the summary financial statements are consistent, in all material respects, with the audited consolidated financial statements based on our procedures, which were conducted in accordance with International Standard on Auditing (ISA) 810 (Revised), *Engagements to Report on Summary Financial Statements*.

*[signature]*

E.V. Zabotkina,
acting on behalf of "B1" LLC — Audit Services Limited Liability Company
on the basis of the power of attorney dated 19 April 2022,
person in charge of the audit resulting in this independent auditor's report
(main registration number 21406101551).

7 March 2023

**Details of the auditor**

Name: "B1" LLC — Audit Services Limited Liability Company
Major made in the State Register of Legal Entities on 1 December 2002, State Registration number 1027739006056
Address: Russia 115035, Moscow, Sadovnicheskaya naberezhnaya, 77, building 1
"B1" LLC — Audit Services Limited Liability Company is a member of Self-regulatory organisation of auditors Association "Sodruzhestvo", main registration number in the register of auditors and audit organisations, main registration number 12006020327

**Details of the audited entity**

Name: Sberbank of Russia
Major made in the State Register of Legal Entities on 16 August 2002, Serial Registration Number 1027700132195
Address: Russia 117997, Moscow, ulitsa Vavilova, 19

SBER  APPENDICES  ›  SUMMARY CONSOLIDATED FINANCIAL STATEMENTS

# Summary Consolidated Financial Statements

For the year ended 31 December 2022
with Independent Auditor's Report

## Summary Consolidated Statement of Financial Position

## Summary Consolidated Statement of Profit or Loss

## Summary Consolidated Statement of Comprehensive Income

# Summary Consolidated Financial Statements

For the year ended 31 December 2022
with Independent Auditor's Report

SBER

## Selected Notes to the Summary Consolidated Financial Statements – 31 December 2022

### 1 Loans and Advances to Customers

### 1 Loans and Advances to Customers (continued)

# Summary Consolidated Financial Statements

SBER   APPENDICES > SUMMARY CONSOLIDATED FINANCIAL STATEMENTS

For the year ended 31 December 2022
with Independent Auditor's Report

SBER

**Selected Notes to the Summary Consolidated Financial Statements —
31 December 2022**

**Loans and Advances to Customers (continued)**

SBER

**Selected Notes to the Summary Consolidated Financial Statements —
31 December 2022**

**Loans and Advances to Customers (continued)**

SBER

**Selected Notes to the Summary Consolidated Financial Statements —
31 December 2022**

**Loans and Advances to Customers (continued)**

SBER  APPENDICES » SUMMARY CONSOLIDATED FINANCIAL STATEMENTS

# Summary Consolidated Financial Statements

For the year ended 31 December 2022
with Independent Auditor's Report

---

**SBER**

## Selected Notes to the Summary Consolidated Financial Statements – 31 December 2022

### 1 Loans and Advances to Customers (continued)

The table below shows the analysis of loans and advances to customers at amortised cost and credit loss allowance as at 31 December 2022 and 31 December 2021.

---

**SBER**

## Selected Notes to the Summary Consolidated Financial Statements – 31 December 2022

### 1 Loans and Advances to Customers (continued)

The table below shows the analysis of loans and advances to customers measured at fair value through profit or loss as at 31 December 2022 and 31 December 2021.

---

**SBER**

## Selected Notes to the Summary Consolidated Financial Statements – 31 December 2022

### 2 Due to Individuals and Corporate Customers

# Summary Consolidated Financial Statements

For the year ended 31 December 2022
with Independent Auditor's Report

---

**SBER**

## Selected Notes to the Summary Consolidated Financial Statements –
### 31 December 2022

**5  Interest Income and Expense**

**SBER**

## Selected Notes to the Summary Consolidated Financial Statements –
### 31 December 2022

**6  Fee and Commission Income and Expense**

**SBER**

## Selected Notes to the Summary Consolidated Financial Statements –
### 31 December 2022

**3  Earnings per Share and Dividends**

# Summary Consolidated Financial Statements

For the year ended 31 December 2022
with Independent Auditor's Report

## Selected Notes to the Summary Consolidated Financial Statements – 31 December 2022

### 6   Capital Adequacy Ratio

# Summary Consolidated Financial Statements

For the year ended 31 December 2022
with Independent Auditor's Report

---

## SBER

### Selected Notes to the Summary Consolidated Financial Statements – 31 December 2022

**7    Basis of Preparation of Summary Consolidated Financial Statements**

---

## SBER

### Selected Notes to the Summary Consolidated Financial Statements – 31 December 2022

**7    Basis of Preparation of Summary Consolidated Financial Statements (continued)**



ESG-REPORT

# Contents

## Sber's ESG Portrait

ESG Transformation Strategy and Management System — 147
Social Responsibility and Population Support in the Regions of Presence — 148
Care for Employees — 149
Respect for Human Rights and Financial Inclusion — 150
Responsible Finance and Non-Financial ESG Products — 151
Responsible Business Practices — 152
Climate Agenda — 153
Environmental Aspects — 154

## ESG Transformation Strategy and Management System

ESG Strategy 2023 — 156
ESG Transformation Management System — 157
Defining Material Topics — 164
ESG Compass — 165

## Social Responsibility and Population Support in the Regions of Presence

Supporting Federal and Regional Socially Significant Projects — 170
Charitable, Sponsorship and Social Activities — 171
Educational Initiatives — 177
Healthcare Initiatives — 179

## Care for Employees

Achievements — 182
HR management — 183
Diversity of Employees and Inclusion — 184
Decent Working Conditions — 186
Corporate Culture — 189
Training and Development — 191

## Respect for Human Rights and Financial Inclusion

Observance of Human Rights — 196
Provision of Equal Access to Financial Services — 197
Financial Literacy and Well-Being — 199

## Responsible Finance and Non-Financial ESG Products

ESG in Corporate Business — 203
ESG for Regions — 208
ESG for Retail Clients and Private Investors — 209

## Responsible Business Practices

Business Ethics, Compliance and Anti-Corruption — 213
Cybersecurity — 215
Sustainable Supply Chain — 219
Tax Strategy — 219
Government and Industry Relations — 220

## Climate Agenda

Climate Agenda Management — 223
Climate Risks and Opportunities — 224
Carbon Footprint Methodology and Calculations — 226
Climate Strategy — 228

## Environmental Aspects

Environmental Management — 231
Efficient Use of Resources — 232
Responsible Waste Management — 234
Energy Management — 236

## Appendices

ESG Data Book: Ecology — 238
ESG Data Book: Personnel — 242
Compliance with the UNEP Finance Initiative Principles for Responsible Banking — 248
GRI Indicator Table — 260
SASB Indicator Table — 265
Compliance with the TCFD Recommendations — 266
Compliance with the UN Global Compact Principles — 267
Contribution to the Achievement of the UN Sustainable Development Goals — 268
Independent Practitioner's Assurance Report — 272
Glossary — 273
Abbreviations — 274

SBER

# Sber's
# ESG Portrait

| | |
|---|---|
| ESG Transformation Strategy and Management System | 147 |
| Social Responsibility and Population Support in the Regions of Presence | 148 |
| Care for Employees | 149 |
| Respect for Human Rights and Financial Inclusion | 150 |
| Responsible Finance and Non-Financial ESG Products | 151 |
| Responsible Business Practices | 152 |
| Climate Agenda | 153 |
| Environmental Aspects | 154 |

SBER'S ESG PORTRAIT ▶ ESG TRANSFORMATION STRATEGY AND MANAGEMENT SYSTEM

# ESG Transformation Strategy and Management System

Sber's primary goal in ESG transformation is to become the leader of systemic ESG changes for the good of society and environment based on interest, cooperation and creativity of our employees, clients, investors, shareholders, partners, and the state.

## Foundations of ESG transformation

- ESG Strategy 2023
- Climate Strategy 2023
- Environmental, Social, Governance and Sustainability Policy
- ESG Policy Implementation Plan
- ESG Risk Management Policy

## Participation in the international ESG initiatives

- UN Global Compact
- UN Sustainable Development Goals
- UNEP FI Principles for Responsible Banking
- National ESG Alliance
- Climate Governance Initiative Russia

## Performance of the ESG management system in 2022

ESG issues **WERE CONSIDERED AT THE MEETINGS** of the Supervisory Board, the Executive Board and the ESG Committee

Of Sber employees were trained in ESG

**85**%

→ For more information, please see "ESG Transformation Strategy and Management System"

## ESG Management System

Management of ESG issues is integrated into Sber's organizational structure at all levels to ensure efficient decision-making.



**Supervisory Board**
Determination of strategic priorities in the field of ESG and sustainable development

**Executive Board**
Control over the ESG Strategy implementation

**ESG Committee**
- Ensuring compliance with the ESG principles
- Coordinating Sber Group's business units and companies

**ESG Directorate**
- Ensuring a systematic approach to ESG management
- Expert support

**Business units, regional banks and companies of Sber Group**
Implementation of the ESG initiatives

## Shaping the ESG agenda



**2020**
Establishment of the ESG Committee and the ESG Directorate

Approval of the ESG Strategy 2023

**2021**
Approval of the ESG and Sustainable Development Policy, as well as of the appropriate Implementation Plan

Approval of the ESG and Corporate Governance Standard

**2022**
Updating the ESG Policy Implementation Plan

Updating the Regulation on the ESG Committee and the Regulation on the ESG Directorate

**2023**
Development and approval of the ESG Strategy 2026 and the Climate Strategy 2026

# Social Responsibility and Population Support in the Regions of Presence

Sberbank provides support to systematically important social and charitable projects, as well as programs related to health, education, culture, construction and infrastructure modernization.

## Charity

- 11%
- 16%
- 34%
- 10%
- <1%  11%
- 3%
- 9%

- Culture and preserving cultural heritage objects
- Education
- Supporting projects related to social and public infrastructure and R&D activities
- Healthcare
- Environmental protection
- Supporting projects related to development of children and youth, fostering their capabilities and establishing inclusive environment
- Physical education and sports
- Supporting veterans and people with disabilities

## Educational projects

- Special projects for students "Start Your Career Without an Effort"
- "Entrepreneurship Workshop" for children and teenagers of 10-18 years
- "Digit Lesson" on using AI in startups
- Educational event "AI Day on the Far East"
- The Digital Occupations project
- The SberZ school accelerator

## Sustainable development in the regions of presence

- A memorandum of ESG cooperation was signed with Novgorod Region
- A ESG development strategy for the special economic zone "Orenburg Region" was developed
- Agreements on implementing standard ESG models were signed with the Republic of Buryatia, Zabaikalye Territory and other constituent entities of the Russian Federation
- Sber formed 85 ESG profiles of the constituent entities of the Russian Federation

## Sponsorship

### Cultural sponsorship projects:

- The largest theatre festival in Russia "Golden Mask" and the Golden Mask Award
- Award ceremonies for winners of Tefiy Kids 2022
- The New Year musical on ice "The Sleeping Beauty. A legend of the two kingdoms"
- Winter skating rinks in 8 Russian cities, as well as one in Luzhniki

## Healthcare development areas

- Telemedicine
- Drug delivery
- AI technologies in healthcare

## Charitable Foundation "Investment to the Future"

- Development of Personality Potential in Education
- Digital Skills and Competencies
- Financial Literacy program
- You Can Do It!
- Inclusive Museum

## SberVmeste

In 2022, the service raised RUB 190.7 million in the form of contributions from individuals and organizations, that made more than 208 donations. The funds raised allowed for completion of 250 charitable campaigns.

## Implementation of PPP projects

| Utilities | Education | MSW | Other urban infrastructure |
|---|---|---|---|
| 5 BN RUB | 56 BN RUB | 1 BN RUB | 0.2 BN RUB |

## Saving together

Sber organized more than 230 events with over 45,000 participants among its employees, while the number of unique users of the platform exceeded 900,000.

## SberSpasibo

- 9.8 million new participants with the total audience of more than 66 million people
- over 302 million bonuses debited for charitable purposes

→ For more information, please see "Social Responsibility and Population Support in the Regions of Presence"

## Awards

### Social Processing
winner of the "Regional Development. Everything Good for Russia" Award in the nomination "Social projects and sustainable development"

### Educational portal "SberSova"
in the nomination "ESG Innovation of the Year" and an educational marketplace Eduteria in the nomination "Discovery of the Year" — winners of the Innovation Time Award in the category "Sciences and Education"

### "Cybersecurity marathon" project
winner of the Efficient Education Award in the nomination "For Contribution to Development of Education" in the "Online Education" category

### Improving the privacy culture of Russian citizens
the Best ESG Projects in Russia 2022 Award in the "Quality Education" category

### "To be a parent. To be a cyberdefender"
winner of the Efficient Education Award in the nomination "Project of the Year" in the "Social Programs" category

### State-backed educational loan
winner of the Pyotr Stolypin Award in the nomination "For Successful Development of Educational Lending"

### "Challenges for Leaders: Mission Possible"
winner of the 2nd degree of the SMART Pyramide Award in the nomination "Best Corporate Education Project"

# Care for Employees

Sber cares about the happiness and well-being of its employees at all stages of interaction. The Group provides decent working conditions and makes every effort to improve the quality of working life. Its high financial and operational indicators are a merit of a team of professionals with a strong and healthy corporate culture.

Total headcount of Sberbank

**210.7** THSD PEOPLE

Employees were hired in 2022 in Sberbank

**33.6** THSD

Sberbank's turnover rate

**13.5** %

**Forbes**

**Platinum status in the ranking of best employers of Russia in all three categories:** "Employees and Society", "Ecology" and "Corporate Governance"

No. 1 in the ranking of best employers of Russia

## HR Strategy 2023

### Efficient teams

Reduction of labor costs of recruiters due to an automated recruitment system developed jointly with Skillaz

**40** %

### HR platform

The Pulse platform won the Grand Prix of the SMART Pyramid 2022 Award in the nomination "Best Digital Solution for Corporate Training of the Year"

**No.1**

### Training and development

Employees were trained in various fields in Sberbank

**~250** THSD

Average number of hours of training for each employee per year in Sberbank

**43**

### Sber's culture

Involvement index

**78** %

Social projects implemented

**>450**

### Diversity of employees and inclusion

Percentage of women among Sber employees

**64** %

Companies became external clients of the platform

**>40**

Percentage of women holding leadership positions

**65** %

Number of employees older than 55 years in Sberbank

**9.4** THSD

Sber provides every employee with equal opportunities for employment, career development, remuneration and training

→  For more information, please see **"Care for Employees"**

SBER'S ESG PORTRAIT > RESPECT FOR HUMAN RIGHTS AND FINANCIAL INCLUSION

SBER

# Respect for Human Rights and Financial Inclusion

Observance of human rights is the fundamental principle of Sber's activities

Sber's stance on human rights is enshrined in the Code of Corporate Ethics and Business Conduct

**Key aspects of Sber's activities as part of observance of human rights:**

- Providing equal opportunities and creating conditions for unlocking the potential of all the employees
- Developing the barrier-free inclusive environment for people with disabilities
- Participating in creation of standards and best practices in inclusion and protection of human rights
- Distributing high standards in observance of human rights for suppliers, customers and business partners

In case of questions or non-compliance with the Code of Corporate Ethics and Business Conduct, stakeholders may reach out to the Bank's whistleblowing lines. In 2022, there were no confirmed cases of human rights violation.



1 — In 2022, Sber arranged the GAP analysis of more than 30 internal documents of the Bank for coverage of human rights

2 — The integrated analysis showed the wide coverage of human rights aspects

3 — Results of this study served as the basis for development of recommendations for updating the Bank's internal regulatory documents

## Provision of equal access to financial services

In 2022, Sberbank continued its work aimed at increasing the availability of its services for visually and hearing-impaired people, and for people with physical and mental disabilities

- 5.7 thousands Sberbank branches are available for mobility impaired customers
- 43 thousands Bank's self-service terminals (95% of the network) are equipped with a voice assistant function for visually impaired people

- 6 thousands Sberbank's branches have a remote video service of sign language interpretation for hearing-impaired people
- Customers receiving disability pension in Sberbank and people aged 75 and older may order the home delivery of the Bank cards in 99 towns and cities of Russia
- RUB 3.9 trillions is the total monetary value of socially oriented products

→ For more details, see the "Respect for human rights and financial inclusion"

---

# Financial literacy and well-being

Sber won four prizes at the "Effective Education 2022" awards. Experts highly appreciated Sber's free educational programs developing financial and cyber literacy.

**Areas of Sber's work in improving financial literacy:**



1 — Informing about the importance of responsible attitude to personal data and fraud management

2 — Raising the level of financial knowledge and skills



3 — Training customers of various age and outlook in basics of financial literacy

4 — Promoting the formation of reasonable financial behavior

**Projects aimed at improving financial literacy in 2022:**

For children and youth
**5** PROJECTS

For parents and teachers
**2** PROJECTS

Inclusive
**2** PROJECTS

In basics of finance for the Bank's customers
**10** PROJECTS

For entrepreneurs
**1** PROJECT

# Responsible Finance and Non-Financial ESG Products

Sber is a leader of the ESG agenda in Russia and a pioneer of the responsible finance in Russia. The Bank offers its clients popular ESG products and services across all business segments, continuously improving its methodology and tools.

## 2022 results:

**Sberbank's responsible finance portfolio[1]**
**1.3** TN RUB

**Non-banking ESG product sales revenue**
**461** MN RUB

**ESG profiles of Russian regions were formed**
**85**

**The number of retail ESG clients doubled**
TO **15.2** MN

## Corporate business

| ESG RISK MANAGEMENT | | PRODUCTS | | |
|---|---|---|---|---|
| **ESG risks assessment and management procedures:** | | **Sustainable loan products:** | **Non-banking ESG products:** | **Investment products:** |
| • checking for unacceptably high level of ESG risk | | • ESG loans | • environmental insurance | • Sber's green bonds |
| • determining the industry-specific level of ESG risk and using the ESG Handbooks | | • green and transitional loans | • ESG consulting | • arrangement of client ESG bond offerings |
| • environmental due diligence and independent environmental risk assessment | | • social loans | | |
| • ESG screening | | | | |

## Retail business and private investors

Partner ESG products on SberInvestments and SberBank Online platforms:

- "Responsible Investment" Asset Management Strategy
- The Responsible Investment Fund
- The Halal Investment Fund

## Regions

ESG strategy
ESG profile
ESG ranking

**Regional ESG strategy**

A comprehensive solution for regional ESG transformation:

- > 300 recommendations
- > 100 Sber products

**Regional ESG profile**

Assessment of the region's current ESG agenda advancement level.

**ESG ranking is at the core of the line of ESG solutions for regions**

Benchmarking of the region's ESG agenda advancement level versus others on the basis of 16 factors and 62 metrics

→ For more information, please see **"Responsible Finance and Non-Financial ESG Products"**

1 Volume of sustainable loan products

⊘ SBER

SBER'S ESG PORTRAIT > RESPONSIBLE BUSINESS PRACTICES

SBER

# Responsible Business Practices

Being a responsible economic agent, Sber adheres to exclusively ethical standards of conduct and has zero tolerance towards any forms or manifestations of corruption among its employees and partners alike. Sber Group is a global leader in cybersecurity and cares about the integrity of their clients' personal data. Sber Group companies fully comply with the tax law and expect at least as high standards of corporate culture from its suppliers.

## Business ethics and compliance

- We updated our Code of Corporate Ethics and Business Conduct
- We updated our Policy for Conflict of Interest Management

- **2,145 calls** were received by the Compliance Hotline
- **62,000 new hires** passed the training course on the Code of Corporate Ethics and Business Conduct

## AI Ethics Principles developed by Sber

- Controllable and Manageable AI Systems
- Transparent and Predictable Functioning

- Stable and Reliable AI Systems
- Responsible AI Application
- Zero AI Bias (AI Equal for All)

↑ For more information, please see **"Responsible Business Practices"**

### COMPLIANCE HOTLINE PRINCIPLES

- Confidentiality
- Anonymity
- Availability
- Integrity
- No persecution
- Continuity of Operation
- Impartiality
- Promptness

**50 million clients** used the cybersecurity services offered via the SberBank Online app.

In 2022, Sberbank launched **the Cyberium,** the first and the most detailed **knowledge library** aimed at increasing the cybersecurity of Russian citizens

**As part of Sber's Digital Summer school 550 instructors** received training in cybersecurity.

Sber's Cybersecurity Lab published the Forecast of Emerging Technology Impact on Cybersecurity Threat Landscape (Hypovector 2022).

## Key cybersecurity metrics:


**1** — **0 minutes** of banking services downtime caused by cyberattacks


**2** — **0 leakages** of personal data, banking and trade secrets


**3** — **490** – all DDoS attacks were successfully thwarted


**4** — **Sberbank's fraud monitoring system** controls all customer service channels, with a 99.3% effectiveness rate, the world's best performance indicator


**5** — the number of Sberbank client complaints about cyberfraud **was reduced by 26% vs. 2021**


**6** — **RUB 173.1 billion** – the amount of fraud prevented in 2022



SBER'S ESG PORTRAIT > CLIMATE AGENDA

# Climate Agenda

Sber is committed to achieving Scope 1 and 2 carbon neutrality by 2030 and contributing to the nationwide transition to low-carbon development. To that end, Sber has built an efficient system of climate risk and opportunity management and is implementing a Climate Strategy.

### Involvement in the national climate agenda implementation

- participation in the Sakhalin experiment to regulate greenhouse gas emissions and achieve carbon neutrality regionwide
- participation in Russia's first carbon auction
- creation of an operational plan to implement the Strategy of Socio-Economic Development of the Russian Federation with Low Greenhouse Gas Emissions until 2050

### Sber's climate targets until 2023 vs 2019 baseline

- Reduce Scope 1 GHG emissions by 5%
- Reduce Scope 2 GHG emissions by 15%
- Estimate Scope 3 GHG emissions, including the portfolio carbon footprint

### Sber's GHG emissions in 2022, tCO2-eq

| | SCOPE 1 | SCOPE 2 |
|---|---|---|
| Sberbank of Russia | 106,530<br>21% less vs 2019 | 422,674<br>18% less vs 2019 |
| Sber Group | 128,153<br>10% less vs 2019 | 435,764<br>18% less vs 2019 |

→ For more information, please see "Climate Agenda"



SCOPE 1 AND 2 CARBON FOOTPRINT CALCULATIONS

CLIMATE STRESS TESTS

CLIMATE STRATEGY 2023

SCOPE 1 AND 2 CARBON NEUTRALITY BY 2030

SBER'S ESG PORTRAIT > ENVIRONMENTAL ASPECTS

# Environmental Aspects

Sber pays great attention to environmental aspects in its operating activities. The Group improves the material, energy and water efficiency, and implements an effective waste management system in order to reduce its own environmental impact. Sber supports multiple projects, events and campaigns to foster environmental thinking.

↑ For more information, please see "Environmental aspects"

## Sberbank's 2022 Key Results

| | | |
|---|---|---|
| **31%** Share of the waste generated sent for recycling — OF THE WASTE GENERATED | **90** THSD ECO-FRIENDLY PENS Number of eco-friendly pens made from plastic cups used in Sber offices | **69.7** MN KWH Amount of green energy supplied to 29 of Sberbank's facilities |
| **59%** Reduction in paper consumption since 2019 | **23%** Reduction in water consumption since 2019 | **400+** THSD Number of trees planted |
| **8%** Share of renewable energy in total electricity consumption | **13%** Reduction in waste generation compared to 2021 | |

# ESG Transformation

## Strategy and Management System

ESG Strategy 2023 — 156

ESG Transformation Management System — 157

Defining Material Topics — 164

ESG Compass — 165



# ESG Strategy 2023

GRI 2-22

Since the launch of Sber's systemic ESG transformation in 2020, a developed infrastructure has been created covering the entire Sber Group, including regulatory and strategic documents, management bodies at all levels of the Group and management processes.

## Stages of the formation of Sber's ESG agenda

**2020**
- Establishment of the ESG Committee and the ESG Directorate
- Approval of the ESG Strategy 2023

**2021**
- Approval of the ESG and Sustainable Development Policy, as well as of the appropriate Implementation Plan
- Approval of the ESG and Corporate Governance Standard

**2022**
- Updating the ESG Policy Implementation Plan
- Updating the Regulation on the ESG Committee and the Regulation on the ESG Directorate

**2023**
- Development and approval of the ESG Strategy 2026 and Climate Strategy 2026

The main approaches to the ESG agenda and sustainable development were enshrined in the **Environmental, Social, Governance and Sustainability Policy** (hereinafter—the ESG and Sustainability Policy, the ESG Policy).

The ESG Strategy 2023 has been approved and is being successfully implemented as part of Sber's Development Strategy. To effectively achieve its ESG objectives, Sber has developed the ESG Policy Implementation Plan, allowing to cascade objectives, consolidate responsibility and ensure the involvement of all employees and units. The ESG Policy Implementation Plan defines quantitative performance indicators in the field of ESG for the Executive Board and top management. In 2022, Sber achieved all its KPIs.

Despite the challenges of 2022 and changes in the external context, Sber remains committed to the ESG principles. In order to adapt to the new conditions, the Bank updated the ESG Policy Implementation Plan. The current opportunities for the implementation of the Plan were analyzed, including the availability of international certificates and technologies, the needs of customers and business partners, as well as changes in the national agenda. This revision helped Sber to continue 75% of ESG projects, while the remaining initiatives were postponed to a later date.

---

# Approach to ESG transformation management

## ESG Policy principles
- Sber follows ethical business approaches and introduces best corporate governance practices
- Sber improves information openness and transparency

## ESG Policy action lines
- VI. Improve practices of corporate governance, security, and ESG risk management, including along the supply chain
- VIII. Facilitate economic well-being and prosperity for all

## ESG Policy targets
- 29. Improve the integrated risk management system, including ESG risks
- 32. Assist with the development and distribution of ESG risks and sustainability management practices at the national and international level
- 35. Increase the ESG appeal of Sber for investors
- 40. Ensure the fulfillment of economic obligations to shareholders and investors
- 45. Contribute to the ESG transformation of the Russian economy

## Internal regulatory document
Environmental, Social, Governance and Sustainability Policy

## UN Sustainable Development Goals



---

# Key results 2022

GRI 2-23, 2-24

- Sber entered the highest category of the ESG rating by RBC and NCR
- 85% of Sber employees were trained in ESG
- Sber ranked 44th out of 155 banks in the global ranking World Benchmarking Alliance
- An integral methodology for assessing the materiality of ESG topics has been created
- Sber took an active part in all five committees and working groups of the National ESG Alliance

SBER

# ESG Transformation Management System

GRI 2-12, 2-13, 2-14

## Sber's activities architecture related to ESG and sustainable development

Sber's activities in the field of sustainable development are conducted in accordance with a multi-level architecture that links the goals, objectives and principles of the Bank's work in ESG areas. It covers all the elements necessary to fulfil the goals and obligations and ensure the long-term growth and development of Sber.

1 purpose

7 principles

3 spheres

8 action lines

45 targets

→ For more information about the role of the Supervisory Board in the management of ESG transformation, see the subsection "Assessment of the level of corporate governance" in the section "Corporate Governance" of the Management Report.



ESG and Sustainability Governance System

---

The ESG transformation management is integrated into Sber's corporate governance system at all levels. Sustainable development issues are considered at the meetings of the highest governance bodies. The Supervisory Board has appointed a curator for ESG and sustainable development.

## ESG topics in the agenda of the governance bodies' meetings in 2022

**Supervisory Board**
- Development of the ESG direction at Sberbank

**Executive Board**
- ESG Policy Implementation Plan and targets for 2022
- ESG 2.0: 2022 priorities in the new context

**ESG Committee**
- Development of the ESG direction at Sberbank
- Results of the ESG risk management system development and plans for 2023
- Development of the National ESG Alliance

In 2022, there were no significant changes in the organizational structure for managing ESG issues. Nevertheless, to maintain the relevance of the current system, Sber revised and made the necessary changes to its internal documents—the Regulation on the ESG Committee and the Regulation on the ESG Directorate. Moreover, ESG functionality was added to the Regulation on Regional Units.

→ For more information on elements of Sber's activities architecture related to ESG and sustainable development, please see ESG and Sustainability Policy

---

## Sber's ESG priorities for 2022—2023

**Russian Federation**
- Formation of ESG infrastructure

**Clients, population, regions**
- Assisting participants of both internal and external target markets in adapting to ESG requirements
- Responding to the social demand and shaping the market of the regional ESG agenda

**Sber**
- Saving resources
- Increasing employee engagement
- Improving the management system




## Organizational management structure in the field of ESG and sustainable development

**Risk Management Committee**

control over the development processes and preliminary consideration of issues related to managing capital and risks, including ESG risks

**Supervisory Board**

- determination of strategic priorities and benchmarks in the field of ESG and sustainable development
- approval of high-level documents

**Strategic Planning Committee**

developing recommendations for the Supervisory Board in order to determine the strategic objectives of Sber's activities, including the sustainable development strategy

**ESG Directorate**

- ensuring a systematic approach to managing ESG and sustainable development
- providing expert support to Sber Group's business units, regional banks and companies
- monitoring and provision of statements

**Executive Board**

control over the implementation of the ESG Strategy

**Sber Group companies**

- implementing unified corporation-wide principles
- developing approaches and policies in the field of sustainable development
- implementation of specific initiatives

**ESG Committee**

- ensuring compliance with the ESG and sustainable development principles
- coordinating Sber Group's business units, regional banks and companies

**Business units**

implementation of specific ESG initiatives

**Regional banks**

implementation of the regional ESG initiatives

**Risk Management Service**

- determination and assessment of materiality of Sber's ESG risks
- organizing the stress testing procedures to assess Sber's exposure to ESG risks

Responsibility for managing each of the ESG topics is assigned to specific units, and the Internal Audit Division regularly evaluates the effectiveness of the Bank's system for managing ESG aspects.

Strategic and annual planning is carried out within each area of activity. ESG objectives and initiatives are aggregated in the consolidated ESG Policy Implementation Plan, assigned to the members of the Executive Board and heads of the blocks, and then cascaded into responsible units.

## Examples of KPIs related to thematic ESG aspects

**Employees**

- Share of employees trained in ESG
- Increase in the number of volunteers registered at the platform

**Environment**

- Reducing GHG emissions
- Increase in the share of separately collected waste
- Purchasing green energy

**Clients**

- Increase in the responsible financing portfolio

# Management of thematic ESG aspects



**Climate agenda**

The Supervisory Board approves the Climate Strategy. The implementation of the Climate Strategy is controlled by the Executive Board, and the units carrying out Sber's operational activities are responsible for the implementation of the Climate Strategy measures. They provide information about the activities carried out by the ESG Directorate, the HR block and the Services block, which form reports and recommendations for higher bodies.



**Cybersecurity**

The Services block controls IT security of the Bank. The Internal Banking Security Division considers issues related to fraud, extortion, theft, and leakage of banking information. An important element of cybersecurity is the protection of personal data. The person responsible for organizing the processing and protection of personal data is appointed by order of the President and the Chairman of the Board. He manages and continuously improves the process of processing personal data, sets KPIs, analyzes, evaluates and forecasts risks, and develops measures to reduce these. The Legal Department is also involved in cybersecurity management by monitoring legislation in the field of personal data processing.



**HR management**

The area of responsibility of the Supervisory Board includes the approval of the Bank's staffing policy and the remuneration policy of Bank employees. HR strategy, control and accounting of personnel data, training and activities to increase employee involvement, development and motivation are implemented and carried out by the HR block. Its employees make every effort to provide colleagues with stimulating and inspiring working conditions. The Senior Vice President for Human Resources oversees the implementation of the HR Strategy and manages the Bank's operational activities in terms of HR management.



**Environmental aspects**

The unit responsible for managing environmental aspects—the Services block—annually forms a plan of organizational and technical measures, and according to its results, prepares a report on environmental activities to be submitted to the Executive Board for consideration. This report allows you to analyze the effectiveness of measures and make adjustments within the next planning cycle. The functions of the Services block also include control over the organization of environmental activities in regional banks.



**Responsible financing and non-financial ESG products**

The Corporate Investment Business block (hereinafter referred to as the CIB block), Retail block and Sales Network block are engaged in the development and implementation of responsible financing products. The Risks block and the CIB Block carry out the ESG risk assessment as part of credit and other business processes. The CIB Block, Wealth Management Block and the companies of Sber Group, with the methodological support of the ESG Directorate, develop and provide non-banking ESG products.



**Social responsibility and support of the population**

Charity projects in the regions of presence are implemented by the Services block through interaction with NGOs. Sponsorship is carried out by the Marketing and Communications Department by supporting major projects and events. Sber also actively supports vulnerable groups of the population by providing them with social products. In addition, Sber's Charitable Foundation "Investment to the Future" implements educational and inclusive projects.



**Respect for human rights and financial inclusion**

The HR Block and the Retail Block (part of the special unit "Special Bank") implement initiatives related to human rights and inclusion, aimed at employees and customers in Sber's branches.



**ESG risk management**

The Supervisory Board approves the Bank's risk and capital management strategy. At the operational level, ESG risk management is carried out by units responsible for credit analysis and methodological units that develop methodologies and processes. The credit process also involves a unit responsible for the ESG-oriented expert review of major transactions, in accordance with the best practices, functions are distributed between Sber units according to the principle of three lines of defense, when the functions of the first, second and third ones should be performed by different organizationally independent units.



**Business ethics, compliance and anti-corruption**

Responsibility for issues related to business ethics is assigned among the units in accordance with the Code of Corporate Ethics and Business Conduct and is set in relevant internal documents. The GRI block develops a general anti-corruption methodology, conducts anti-corruption expert reviews, and prepares training materials for staff. The Security Unit is responsible for carrying out measures to identify and prevent corruption. Reporting materials are submitted for consideration by the Compliance Committee, which makes decisions on issues in the field of anti-corruption.

The Compliance Division is responsible for reviewing issues related to violations in the field of corruption, conflict of interest, insider information, market manipulation, pseudo-trust management, HR-related units consider issues related to the team atmosphere and the unethical treatment between managers and employees or between colleagues.



SBER

# Sber's positions in ESG ratings

Sber's successes in the ESG agenda and the implementation of best practices of social and environmental responsibility are marked by high positions in the ESG ratings and rankings. The assessments obtained help to identify strengths and areas for development, which are taken into account when developing further steps in the field of ESG transformation.



## Sber in the ESG Index by RBC and NCR

According to the ESG index of Russian business, Sber entered category I—the group with the highest ESG indicators (460–800 points). Sberbank's Non-Governmental Pension Fund also showed a good result: 340–459 points, the level is above average.

The Bank managed to achieve such high results due to the formation of a green loan portfolio, implementation of social support measures for staff, compliance with the high corporate governance standards, and regular publication of transparent ESG reports.



## Sber Insurance in the ESG ranking by Expert RA

In November 2022, the rating agency "Expert RA" assigned the insurance company "Sberbank Life Insurance" a rating of ESGIII(ru) with a positive outlook. It confirms the high level of compliance with the principles of sustainable development when making key decisions.

Sberbank Life Insurance IC pays great attention to the introduction of responsible practices, including the use of energy-efficient equipment, waste sorting, and digitization of archives. The company takes care of its employees and is actively engaged in charity.

Like other companies of Sber Group, Sberbank Life Insurance IC follows the approved ESG Policy and continues to implement ESG practices.



## Sberbank in the ranking by the World Benchmarking Alliance (WBA)

Sberbank scored 22.2 points out of 100 and took 77th place out of 395 in the financial sector of the Financial System Benchmark—international rating by the World Benchmarking Alliance. It evaluates the contribution of the world's largest financial institutions to achieving global sustainable development goals. Among 155 banks, Sberbank ranks 44th. Sberbank received the highest score due to taking into account information about its impact on the economy, ecology and society and integrating it into its development strategy and management system.



## Sber Bank (Belarus) in the ranking by BIK Ratings

In November 2022, Sber Bank in the Republic of Belarus was rated by BIK Ratings as AA.esg with a stable outlook. The assigned rating is the highest among the financial institutions of the Republic of Belarus.

BPS-Sberbank's significant achievements in the field of ECG transformation include the introduction of electronic document management, the opening of green offices, the installation of energy-saving equipment, and a noticeable reduction in paper consumption.

Sber Bank's successes in the Republic of Belarus were also awarded a gold medal in the Brand of the Year competition. Sber Bank was recognized as the leader of systemic ESG changes at the national level.

# Stakeholder engagement

GRI 2-29

Stakeholder engagement is an integral part of Sber's sustainable development management system. Sber understands stakeholders as individuals or groups of persons whose interests are affected or may be affected by Sber's activities. Stakeholder groups were identified by Sber's ESG experts subject to the types of impacts on sustainable development and their recipients, as well as Sber's organizational structure for sustainable development management.

Regular communication with stakeholders allows Sber to receive information about the impacts it has on the economy, society and the environment, collect feedback on the implementation of the ESG initiatives and the ESG Strategy and take it into account upon evaluating the effectiveness and making plans for the following periods.

Sber interacts with stakeholders on a systematic basis, taking into account the requirements and recommendations of the Technical Committee on Sustainable Financing of the International Organization for Standardization ISO/TC 322 Sustainable Finance, AA1000SES (AccountAbility Stakeholder Engagement Standard) and other applicable standards. The List and approaches to interaction with stakeholders are provided for in ESG and Sustainability Policy.

Sber identifies 11 groups of stakeholders, for each of which its own channels of interaction have been identified, allowing the most effective identification and satisfaction of their needs.

## Description of the major stakeholder groups of Sber

| Stakeholder group | | Interaction mechanisms |
|---|---|---|
| Shareholders and investors | Communication with shareholders and investors is based on the principles of information transparency and reliability in accordance with best practices | • Holding of the General Meeting of Shareholders<br>• Annual study of the perception of the Bank by investors<br>• Discussion of topics relevant to private shareholders at meetings of the Committee on interaction with Minority Shareholders<br>• Holding meetings with investment funds and analysts to discuss current trends and questions about the Bank's activities<br>• Disclosure of information about activities in the Annual Report |
| Clients | Sber is trusted by both individuals and large businesses. The Bank strives to be a guarantor of stability and a driver of ESG transformation for its customers | • Sale of services through physical and digital channels<br>• Dealing with complaints and negative reviews<br>• Customer behavior research to develop a value proposition<br>• Monitoring customer relationships through the Net Promoter Score (NPS) and the Customer Satisfaction Index (CSI)<br>• Monitoring customer reviews in social networks |
| Employees | Employees are the primary value of Sber. Employees ensure the fulfilment of strategic goals and form the reputation of the Group. Sber is always focused on taking care of its employees. | • Corporate newsletters<br>• Corporate apps SberDrug and Pulse<br>• Corporate TV for employees—SberTV<br>• Screens and media/facades in offices<br>• Corporate events<br>• Involvement surveys<br>• Career portal Work at Sber<br>• Social networks<br>• Career events and special projects |
| Vendors and contractors | Through cooperation with suppliers and contractors, Sber has an indirect impact on ESG aspects. The formation of a sustainable supply chain with a focus on long-term cooperation makes it possible to increase the contribution of Sber to the formation of a responsible business space | • Applying the principles of corporate social responsibility in procurement activities |
| Regional and federal authorities of the Russian Federation | Sber acts as a major taxpayer and a partner of the state in the implementation of significant state projects and programs at the federal and regional levels, and many public authorities are clients of Sberbank. | • Participation in meetings of state authorities and the Bank of Russia on draft laws<br>• Sending proposals on improving legal regulation to federal authorities and the Bank of Russia<br>• Monitoring of the normative activity of the state, the Bank of Russia, the formation of the Bank's position on the upcoming changes<br>• Participation in meetings of government agencies on the transition to a green economy<br>• Participation in the meeting of the Expert Council of the State Duma Committee on the Financial Market on the development of responsible green financing<br>• Participation in public discussions of draft laws |
| Regulatory bodies | The regulatory authorities determine the scope of Sber's activities, compliance with which is one of the main principles of the Group | |
| Local communities and NGOs | In order to identify and solve social and environmental problems in the regions of its presence, Sber actively interacts with the local population, including vulnerable groups, as well as with non-profit organizations | • Implementation of sponsorship and charity projects<br>• Support and implementation of projects in the field of education and healthcare<br>• Implementation of social products |
| Media | The media help to cover Sber's activities in the information space, promote effective communication with stakeholders and the dissemination of information necessary for the successful implementation of programs and projects in the field of ESG and sustainable development | • Media activity: releases, speaker interviews, press tours<br>• Regular disclosure of information and reporting on the impact of the Bank on the economy, the environment and society |

Group of stakeholders significantly affected by Sber

## Description of the major stakeholder groups of Sber

| Stakeholder group | Interaction mechanisms | |
|---|---|---|
| Financial market participants | Cooperation with financial market participants (for example, with other companies in the industry, exchanges, insurance companies, financial and ESG analysts, etc.) allows Sber to develop responsible financing practices and effectively realize the potential of financial organizations to promote sustainable development | • Participation in events and consultations for the development of industry solutions<br>• Monitoring of the best industry and global practices for subsequent implementation in Sber business processes |
| International organizations in the field of ESG and sustainable development | Sber is attentive to the activities of international organizations and takes into account their guidelines when forming its own ESG agenda | • Partnership in implementing projects in the field of ESG and sustainable development<br>• Taking into account the standards and recommendations of international organizations in the ESG activities<br>• Participation in initiatives of international organizations, participation in the ESG rankings with the assignment of a certain rating |
| Professional community | Expert opinions are taken into account and form a common agenda in the field of ESG and sustainable development in the industry and the country | • Expert opinions are taken into account and form a common agenda for sustainable development in the industry and the country |

Group of stakeholders significantly affected by Sber

GRI 2-28

## Systemic ESG communications

Cooperation is an important aspect of Sber Group's ESG activities. Sber is actively involved in partnership projects to synchronize efforts in the field of sustainable development and promote the ESG agenda at the national level. In 2022, the Bank took part in various forums and conferences, at which it focused the attention of participants on the fact that sustainable development issues remain relevant both within Sber and at the national level.

**Strategic session "ESG made in Russia" at the congress "ESG-(R)Evolution"**

The speakers discussed the development of the ESG agenda in Russia under the new conditions, and also took part in interactive voting to identify priority areas for the development of the national ESG infrastructure.

**All-Russian ESG Forum "CO.KNOWLEDGE"**

The participants of the meeting "Challenges of sustainable development" discussed the relevance of the sustainable development agenda in the new realities both at the regional and federal levels.

Sber noted that it continues to help its corporate clients and authorities to carry out the ESG transformation, including through the use of concessional financing tools. Sber also spoke about the results of a study to improve the resilience of the constituent entities of the Russian Federation.

**Round table "International cooperation to achieve the SDGs during the coronavirus pandemic: current challenges and prospects" of the Eurasian Economic Commission of the EAEU**

Sber launched the Sustainable Eurasia initiative aimed at harmonizing climate and ESG policies and instruments across the EAEU countries. Sber demonstrated its readiness to share its knowledge and experience in the ESG with the participants in order to create a single space for sustainable development on the territory of the EAEU countries.

**Session "Ecology: how to keep the planet in the world without trust?" at EEF**

Sber representatives noted that despite the difficulties in the foreign policy situation, the ESG agenda remains relevant and is a strategic guideline for market leaders, including Sber Group.

Sber continues to actively participate in the formation of the national ESG infrastructure, develops a comprehensive line of ESG products for business, and analyzes opportunities for cooperation with new regions.

**Plenary session "Relevance of the climate agenda in the key economies of Eurasia" at SPIEF**

As part of the discussion, Sber noted that he remains committed to the principles of sustainable development and intends to achieve the stated goals of the ESG strategy, including achieving carbon neutrality of its operations by 2030.

SBER

# ESG training

Education and awareness in the area of the ESG are included in Sber's framework approaches to sustainable development. Sber is interested in sharing experience and best practices in the field of ESG transformation with its customers, partners and other market participants.

Number of Sber employees completed at least one ESG training course in 2022

## 85%

## Range of Sber's educational ESG products in 2022

| Training program | Target audience | Description |
| --- | --- | --- |
| ESG: Introduction. How can business stay on top in 30 years? | Clients | The course provides practical guidance on how to manage every aspect of the ESG and demonstrates best practices among Russian companies. |
| Leaders of ESG transformation | Clients | The training is aimed at improving the skills of project managers in the field of sustainable development. Program participants gain knowledge about current ESG trends and systemic thinking skills in organizing ESG projects. |
| ESG transformation. Crash course | Clients | This program for top managers of companies offers comprehensive training on how to conduct an ESG business transformation. Students gain knowledge on building a management system for ESG aspects, managing ESG risks, implementing responsible practices in the supply chain, and also participate in master classes and case studies. |
| ESG: choosing the future | Employees | The project is aimed at creating and scaling the ESG-oriented corporate culture and increasing employee involvement in the ESG agenda. The training is provided in the form of a game, where participants must simulate their own version of solving the situation, taking into account ESG factors. |
| Track "Sustainable Development" as part of Sber Digital Summer School | Teachers of leading universities and colleges in Russia | This professional development program aims to disseminate best practices and knowledge in academia. The program consists of environmental, social and governance modules and covers the ESG agenda in Russia, including climate change issues, inclusiveness and responsible management practices at the state and corporate levels. |

## Saving Together

In order to involve the general population, Sber is implementing the Saving Together project. It is a platform aimed at cooperation with ESG clients and developing useful habits. By the end of 2022, the number of unique platform users exceeded 900,000 people.

As part of the Saving Together program, Sber is participating in several federal eco-projects.

* "Save the Forest" (more than 500 hectares of seedlings planted)
* "Bboombattia" (175 tons of waste paper collected in two months)
* "Volga Day" (17,000 t) of valuable breeds were released, 50 tons of garbage were collected, water samples were taken in 15 cities along the Volga)
* "Clean games" (almost 15t of waste collected)

For a younger audience, Sber has released a book of environmental fairy tales, "These are all fairy tales", which is available free of charge in audio and text formats.

## National ESG Alliance

Sber is one of the founders of the National ESG Alliance, actively participating in its activities. In 2022, five specialized committees of the Alliance were formed to deal with the thematic issues of sustainable development.

Sber took an active part in the work of all five committees of the Alliance and discussed a wide range of topics, including:

* development of non-financial reporting, ESG ratings, ESG practices in the supply chain, responsible financing, as well as preparation of the ESG Infrastructure Atlas in the ESG Infrastructure Committee
* climate agenda of Russia and a report on climate risks at a meeting of the Committee on Ecology
* interaction with international organizations and the media in the course of the work of the Committee on International Cooperation

Sber will continue its active participation in the work of the National ESG Alliance in order to develop the ESG agenda in Russia.

SBER

# Defining Material Topics

GRI 3-3.2

Sber is guided by the principle of materiality in managing sustainable development and directs efforts to implement ESG initiatives in areas characterized by significant risks and impacts. Materiality assessment is an important step in determining strategic priorities and main topics for disclosure in Sber's non-financial reporting.

In 2022, Sber updated the materiality assessment methodology, taking into account current changes in applicable standards. When determining materiality, Sber is guided by the requirements of international standards GRI (2021), AA1000, UNEP FI Principles for Responsible Banking, as well as the recommendations of the Bank of Russia on the disclosure of non-financial information. In addition, the methodology takes into account the provisions of the prototype standard of the International Standards Board for Sustainable Development (ISSB) of the IFRS Foundation.

As part of the integral methodology for assessing materiality, Sber uses a double materiality approach, taking into account both the financial materiality of ESG factors (risks and opportunities) and the materiality of Sber's impacts on the economy, society and the environment. To assess the significance of ESG factors and impacts, Sber uses the criteria of significance and probability, while the significance is assessed taking into account the duration, scale, irreversibility and other parameters of the impact or risk event.

To identify material topics in 2022, Sber has formed a working group that brought together experts in the field of ESG and sustainable development with experience in preparing non-financial reporting, implementing ESG initiatives, analyzing and assessing impacts and risks. As part of regular meetings, the working group developed a methodology for assessing materiality, identified and assessed the materiality of impacts in the field of sustainable development, ESG risks and ESG opportunities, and also formed a list of integral material topics.

When assessing the impacts in the field of sustainable development, the experts took into account the current and potential, positive and negative impacts on the economy, society, including human rights, and the environment. For each impact, its characteristics were recorded, as well as the affected stakeholders. The entire value chain was considered, including suppliers, contractors, and customers using Sber's products and services.

The final list of ESG topics as part of the concept of the ESG report was approved at a meeting of Sber's ESG Committee chaired by the First Deputy Chairman of the Executive Board.

## Stages of the materiality assessment of Sber

> Analyzing sources, determining input parameters for the analysis

> Determining impacts and ESG factors with regard to opinions of experts and stakeholders

> Assessing the materiality of impacts and ESG factors with regard to opinions of experts and stakeholders

> Processing the materiality assessment results, ranking and determining the materiality threshold

> Determining the final list of material topics

## List of Sber's material topics in 2022

Based on the results of the materiality assessment in 2022, Sber identified 17 material topics for itself in the field of ESG and sustainable development.

**Environment**

- Climate agenda
- Environmental aspects
- Contribution to green and low-carbon development

**Social**

- Health and safety
- Labor relations and employment
- Human capital development
- Financial inclusion
- Contribution to social development

**Corporate Governance and Prosperity**

- Responsible financing
- Assisting clients in ESG transformation
- Responsible supply chain
- Security practices
- Customer satisfaction
- Contribution to economic development
- Corporate governance and business ethics
- Development of technology and innovation, digitization
- Risk management

---

In the list of material topics for 2022 compared to the list in the Impact Report for 2021, the following changes have occurred:

- Topics dealing with impacts on individual components of the environment have been merged into one topic "Environmental aspects", due to the Bank's limited direct impact. Issues related to managing the portfolio impacts have become part of the substantive theme "Contribution to Green and Low-Carbon Development".

- Social themes were also summarized as a result of applying impact analysis. Issues of support for employment, corporate culture, respect for the rights of employees, inclusion and diversity of employees have become part of the topic "Labor Relations and Employment". Charitable activities and issues of supporting health and longevity are disclosed within the framework of the material topic "Contribution to social development".

- In the governance aspect, the topic "Security Practices" combined the areas of business ethics and anti-corruption, information security and data protection. The contribution to economic development includes tax deductions to the budget, payment of dividends, as well as support for small and medium-sized businesses and local businesses.

For each of the material topics, GRI indicators were determined from thematic standards that characterize the impact of Sber on the economy, the environment and society.

→ For the GRI indicator table, see Appendix

SBER   ESG TRANSFORMATION STRATEGY AND MANAGEMENT SYSTEM › ESG COMPASS

# ESG Compass

When developing the ESG strategy, Sber takes into account the principles, requirements and recommendations of international ESG initiatives and standards. Sber's ESG Compass clearly shows the compliance of material topics disclosed in the Annual Report with the principles of the UN Global Compact, the UN SDGs, topics and indicators of the GRI and SASB standards, as well as elements of the ESG and Sustainability Policy.

| ASPECT | MATERIAL TOPICS | UN GC PRINCIPLES | UN SUSTAINABLE DEVELOPMENT GOALS | ESG POLICY ACTION LINES | ESG POLICY TARGETS | GRI STANDARDS | SASB STANDARDS | DISCLOSURE IN THE REPORT |
|---|---|---|---|---|---|---|---|---|
| Environment | Climate agenda | Principle 7: Businesses should support a precautionary approach to environmental challenges | 13 | II. Develop climate-related risk and opportunity management practices | 7  8  9 / 10  11 | GRI 305: Emissions | Systemic risk management: FN-CB-550a.2 | Climate agenda |
| | Environmental aspects | Principle 8: Businesses should undertake initiatives to promote greater environmental responsibility | 7  11  12 | I. Minimize the environmental impact | 1  2 | GRI 301: Materials | | Effective use of resources |
| | | | | | | GRI 302: Energy | | Energy management |
| | | | | | | | | Appendix "ESG Data Book: Ecology" |
| | Contribution to green and low-carbon development | | 12  13  3 | I. Minimize the environmental impact; II. Develop climate-related risk and opportunity management practices | 5  6  12 | GRI 303: Water and effluents | | Effective use of resources |
| | | | | | | GRI 306: Waste | | Waste management |
| | | | | | | | | Appendix "ESG Data Book: Ecology" |
| | | | | | | | | Environmental aspects |
| | | | | | | | | Climate agenda |
| | | | | | | | | Responsible finance and non-financial ESG products |
| Social | Health and safety | | 3 | III. Create decent working conditions and ensure development of human potential; V. Support local communities and assist social development | 13  25  26 | GRI 403: Occupational health and safety | | Decent working conditions |

● Sber as organization   ◆ Sber as fintech group   ■ Sber as the systemically important institution of Russian economy

 **SBER**

ESG TRANSFORMATION STRATEGY AND MANAGEMENT SYSTEM > ESG COMPASS

| ASPECT | MATERIAL TOPICS | UN GC PRINCIPLES | UN SUSTAINABLE DEVELOPMENT GOALS | ESG POLICY ACTION LINES | ESG POLICY TARGETS | GRI STANDARDS | SASB STANDARDS | DISCLOSURE IN THE REPORT |
|---|---|---|---|---|---|---|---|---|
| Social | Labor relations and employment | Principle 3: Businesses should uphold the freedom of association and the effective recognition of the right to collective bargaining. Principle 4: Businesses should uphold the elimination of all forms of forced and compulsory labor. Principle 5: Businesses should uphold the effective abolition of child labor. Principle 6: Businesses should uphold the elimination of discrimination in respect of employment and occupation | SDG 8, 5 | VIII. Facilitate economic well-being and prosperity for all | 38 | GRI 401: Employment; GRI 405: Diversity and equal opportunity | | Decent working conditions; Observance of Human Rights; Appendix "ESG Data Book: Personnel"; Diversity of employees and inclusion; Corporate culture |
| | Human capital development | | SDG 4 | III. Create decent working conditions and ensure development of human potential | 14, 15 | GRI 404: Training and education | | Training and development; Appendix "ESG Data Book: Personnel" |
| | Financial inclusion | Principle 1: Businesses should support and respect the protection of internationally proclaimed human rights. Principle 2: Businesses should make sure that they are not complicit in human rights abuses | SDG 10, 1 | IV. Ensure respect for and protection of humans rights, provide an inclusive environment and equal access to products and services | 18, 19, 17, 20 | | Financial inclusion and capacity building: FN-CB-240a.4 | Diversity of employees and inclusion; Observance of Human Rights; Financial literacy and well-being; Appendix "ESG Data Book: Personnel" |
| | Contribution to social development | | SDG 3 | V. Support local communities and assist social development | 23, 24, 22 | GRI 404: Training and education | | ESG in corporate business; Supporting federal and regional socially significant projects; Charitable, sponsorship and social activities |
| Corporate Governance and Prosperity | Responsible finance | Principle 9: Businesses should encourage the development and diffusion of environmentally friendly technologies | SDG 17 | VII. Develop sustainable finance practices | 37, 33 | | Integration of environmental, social and governance factors into credit analysis FN-CB-410a.2 | Responsible finance and non-financial ESG products |
| | Assisting clients in ESG transformation | | | VII. Develop sustainable finance practices; VIII. Facilitate economic well-being and prosperity for all | 35, 45 | | | Responsible finance and non-financial ESG products |



Legend: ● Sber as the systemically important institution of Russian economy · ◆ Sber as a fintech group · ■ Sber as organization

ESG TRANSFORMATION STRATEGY AND MANAGEMENT SYSTEM › ESG COMPASS

SBER

| ASPECT | MATERIAL TOPICS | UN GC PRINCIPLES | UN SUSTAINABLE DEVELOPMENT GOALS | ESG POLICY ACTION LINES | ESG POLICY TARGETS | GRI STANDARDS | SASB STANDARDS | DISCLOSURE IN THE REPORT |
|---|---|---|---|---|---|---|---|---|
| Corporate Governance and Prosperity | Sustainable supply chain | Principle 10: Businesses should work against corruption in all its forms, including extortion and bribery | 12, 16 | VIII. Facilitate economic well-being and prosperity for all | 42 | GRI 204: Procurement practices | | Sustainable supply chain |
| | Security practices | | 16 | VI. Improve practices of corporate governance, safety and ESG risks management, including along the supply chain | 30 | GRI 418: Customer privacy | Data security: FN-CB-230a.1, FN-CB-230a.2 | Management report; Cybersecurity |
| | Customer satisfaction | | | VIII. Facilitate economic well-being and prosperity for all | 40 | | | Management report; Financial literacy and well-being |
| | Contribution in economic development | | 8 | VI. Improve practices of corporate governance, safety and ESG risks management, including along the supply chain; VIII. Facilitate economic well-being and prosperity for all | 28, 42, 44 | | Financial inclusion and capacity building: FN-CB-240a.1 | Management report |
| | Corporate governance and business ethics | Principle 10: Businesses should work against corruption in all its forms, including extortion and bribery | 16 | VI. Improve practices of corporate governance, safety and ESG risks management, including along the supply chain | 27, 31, 49 | GRI 205: Anti-corruption | Business ethics: FN-CB-510a.2 | Management report; ESG transformation management system; Business ethics, compliance and anti-corruption |
| | Development of technology and innovation, digitalization | | 9, 16 | VIII. Facilitate economic well-being and prosperity for all | 39, 43 | | | Financial literacy and well-being |
| | Risk management | | | VI. Improve practices of corporate governance, safety and ESG risks management, including along the supply chain | 29, 32 | | | Management report |

Sber as organization    Sber as a fintech group    Sber as the systemically important institution of Russian economy

# Social Responsibility
## and Population Support in the Regions of Presence

Supporting Federal and Regional Socially Significant Projects — 170

Charitable, Sponsorship and Social Activities — 171

Educational Initiatives — 177

Healthcare Initiatives — 179



SOCIAL RESPONSIBILITY AND POPULATION SUPPORT IN THE REGIONS OF PRESENCE

Being a socially responsible company, Sberbank provides support to systemically important social and charitable projects. As an infrastructure bank, Sberbank provides financial support to socially significant projects both at the federal and regional levels.

# Sber's approach to social responsibility and supporting local communities

## Key results of 2022

- Under the "Saving Together" program, Sber organized more than 230 events with over 45,000 participants among its employees, while the number of unique users of the platform exceeded 900,000

- At the end of 2022, more than 18,000 people joined Sber's volunteering movement

- Over 200 projects took part in the Social Projects Contests 2022, organized by Sber

- Sber formed 85 ESG profiles of the constituent entities of the Russian Federation and processed almost 12 requests from regional authorities for developing sustainable strategies and tools

- Sberbank took part in the development and was one of the partners of the master's program "Management of Corporate Sustainable Development" of the one of the leading universities

## ESG Policy principle

- Sber is guided by the priority of creating long-term economic value for all stakeholders

## ECG Policy action lines

V. Support local communities and assist social development

VIII. Facilitate economic well-being and prosperity for all

## UN Sustainable Development Goals

## Internal regulatory documents

- Sberbank Charitable Activities Policy[1]

- Internal documents that govern major sponsorship projects

## ESG Policy targets

22. Support the systemic development of social and environmental projects with social importance

23. Develop corporate volunteering

24. Develop social partnership initiatives, including with clients

25. Assist growth in the accessibility of health care and educational services through the development of infrastructure and use of cutting-edge technology

26. Promote a healthy lifestyles, the health and longevity of the general population

44. Promote sustainable development in the regions of presence

## Material topic

- Contribution to social development

## Sber's awards and achievements in social responsibility in 2022

- Sber's projects became winners in 6 nominations of the Pyotr Stolypin National Economy and Finance Award, including "ESG: For Contribution into Design of Complex Solutions for Technologically Sustainable Development"

  ▸ The State-Backed Educational Loan won the golden medal in the nomination "For Successful Development of Educational Lending"

  ▸ The Laurels in the nomination "Best Insurance Product" went to the "Protection for Any Occasion" program

- Sber's project "Improving the privacy culture of Russian citizens" became a winner of the Best ESG Projects in Russia 2022 Award in the "Quality Education" category. The project is aimed at the social component of sustainable development, and its goal is to facilitate secure management of personal data

- For its major contribution to the organization and holding of the International Olympiad in Financial Security, Sber received a commendation from the director of Rosfinmonitoring

- The Russian society "Znanie" recognized Sberbank as the best educational company

- Sber's educational programs got prizes of the All-Russian Award "Efficient Education" in six nominations

- Social Processing won in the nomination "Social Projects and Sustainable Development" of the "Regional Development. Everything Good for Russia" Award

- 10 high tech projects by Sber became laureates of the Innovation Time Award

---

1  The document defines the principles, directions and approaches to Sberbank's charitable activities

# Supporting Federal and Regional Socially Significant Projects

GRI 203-1, 3-3

## Sustainable development in the regions of presence

Another important area of Sber's activities is supporting the sustainable development of the regions of the Group's presence through contributing to the creation of infrastructure, implementing social programs, as well as increasing the regional access to socially important services and cooperation with regional governments on the path to their ESG transformation.

In the reporting year, the pilot of a standard regional ESG model in Nizhny Novgorod Region was successfully completed: together with the regional government, Sber conducted ESG diagnostics of the region and developed recommendations for the implementation of strategic goals in ESG domains. In addition, the Group entered into new agreements on implementing ESG models in the Orenburg Region, the Republic of Buryatia, the Zabaikalye Territory and other constituent entities of the Russian Federation.

Under the long-term cooperation agreement with the government of Orenburg Region, Sber designed a ESG development strategy for the special economic zone "Orenburg Region" until 2026. Its goals are to stimulate the sustainable economic development of the region by involving partners, authorities and local communities in the ESG agenda, as well as to attract new residents from among investors.

### Memorandum on ESG cooperation with Nizhny Novgorod region

In August 2022, Sber and the government of Nizhny Novgorod region signed a memorandum of ESG cooperation and the implementation of green projects.

The Nizhny Novgorod region is one of the leading constituent entities of the Russian Federation in ESG transformation, and signing of the memorandum was a natural continuation of Sber's long-standing cooperation with the region. The goals are to improve the environmental culture, financial and digital literacy of the population, to develop paperless culture in institutions and organizations, to introduce sustainable development principles, to cooperate in greening, and to conduct the ESG assessment of enterprises and suppliers.

The memorandum allowed for bringing Sber's cooperation with Nizhny Novgorod Region to a new level, with anchor projects launched in 2022 confirming its prospects. Thus, the "ESG Volunteers" project aims to unite the authorities, business and NGOs into a single system of interaction.

Sber also contributes to the development of its regions of presence through financing of various projects related to social and industrial infrastructure.

In 2022, social loans appeared in Sberbank's portfolio, 100% of which were directed to the implementation of social projects corresponding to the internal lending taxonomy, formed on the basis of a draft document of the Government of the Russian Federation. For example, Sber issued a loan for the construction of a modern sports complex with an area of more than 5,000 sq.m in a district insufficiently provided with sports infrastructure facilities. The complex includes football fields, tennis courts, gyms and a massage room. Another example of social project financing is the restoration of the historical façade of a cultural heritage object in the construction of residential real estate.

In order to involve the general population, Sber is implementing the Saving Together project. This platform contains useful content and services aimed at caring for people and the environment, performing a strategic communication and educational function. Under the "Saving Together" program, Sber organized more than 230 events with over 45,000 participants among its employees. Under the program, Sber also participates in a number of federal environmental projects.

→  For more information, please see "Strategy and system for managing ESG transformation"



### Building of a unique wood processing plant in Pskov region

After the project completion, the plant will produce items from processed low-grade wood, being in demand on the market. The wood harvesting process meets the all-European environmental requirements of the FCS and PEFC standards for environmentally responsible, socially oriented and economically sustainable forest management. The construction financing amounted to RUB 2.8 billion.

### Funding for construction of schools

Sberbank is a key lender in projects for the construction of schools under the state program "Education Development". The concession agreement mechanism allowed Sber to provide financing for construction projects in a number of constituent entities of the Russian Federation, which enabled the construction of the first 64 schools out of 116 planned (24 schools—in 2022).

## Development of the public-private partnership institution

Public-private partnership (PPP) is one of the important Sber's activities. Sber's participation in the PPP institute development allowed for the prompt construction of socially significant objects in the fields of utilities, medicine, education, sports, transport infrastructure, etc.

To attract private investors to regional projects, Sber launched the online service "Concession Agreements Builder", which allows users to form a draft agreement with conditions pre-approved by

the Bank, applicable in 11 industries: healthcare, sports, utilities, transportation, tourism, culture, lighting, agriculture, social services, hydraulic structures, toll and free roads.

In 2022, Sber became the winner of the Rossifra National Infrastructure Award for the third time in the Best Financing Organization category. The award jury noted Sberbank's significant contribution to the development of public-private partnerships in the country.

Sberbank provides funding for socially significant projects in the regions of Russia, aimed at improving the quality of life of the population, increasing tax revenues to the budget, financing the modernization and construction of new infrastructure, creating jobs, as well as maintaining the domestic production development significantly contribute to the development of the country.

### Public-private partnership projects

1 | 0.2

| $ | 56 |

$  ● Housing and communal services   ● Education
    ● Municipal waste                ● Other urban astructure

# Charitable, Sponsorship and Social Activities

Charity and sponsorship are key areas of Sberbank's participation in public life. A wide range of Sber's social projects is aimed at supporting charitable foundations, developing social infrastructure, improving the quality of medicine and education, preserving cultural heritage, as well as ensuring the well-being of citizens.

The Bank does not support organizations that are involved in or influence political activities.

Sber's ESG and Sustainable Development Policy and ESG Strategy reflect areas and principles of its socially oriented activities. The Charity Policy defines the principles, directions and approaches to ensuring the Bank's charitable activities.

The goal is to respond quickly to the social and public challenges of a rapidly changing world, and the main task is to manage and effectively distribute charitable resources. In 2022, Bank focused its activities on supporting organizations for veterans and people with disabilities, providing assistance to educational institutions and financing systemically important projects aimed at building and creating social infrastructure to improve the life quality in different regions.

The Bank supported aid programs for veterans of the Great Patriotic War and other combat veterans, also providing systemic support to non-profit organizations that help people with disabilities develop and realize their social opportunities. The Bank supported key universities and educational programs that contribute to shaping the workforce potential of Russia.

Projects related to healthcare, science, culture, sports, environmental protection, support for children's institutions also were in focus.

Charity initiatives of the Bank undoubtedly affect the quality of life of people, and the geography of its charitable support covers the entire country. In order to provide effective and high-quality assistance, funds were allocated to charity projects relevant directly for the Bank's regions of presence.

## Areas of Sberbank's charitable activities

| Area of activity | Healthcare | Supporting veterans and people with disabilities | Physical education and sports |
|---|---|---|---|
| UN SDG | **3** GOOD HEALTH AND WELL-BEING | | |
| Strategic principles and objectives enshrined in the ESG Policy | Support the dissemination of healthy lifestyles, improving health and longevity of the population | Ensure compliance with and protection of human rights, inclusive environment and equal access to products and services | Support local communities and promote social development |
| Description of programs and key results of 2022 | The Bank provides support to healthcare institutions and non-profit organizations providing systemic medical care. It also supports charitable foundations whose activities are aimed at helping seriously ill children.<br><br>More than 120 medical institutions in different regions of the country received funds for the purchase of medical equipment, consumables for laboratory research and diagnostic systems. Over a thousand children from different regions were included in the programs of partner charitable foundations to receive comprehensive assistance—social, psychological, medical, rehabilitation, etc. | Over 110 NGOs and projects received support from the Bank. In cooperation with specialized charitable organizations, targeted assistance, social rehabilitation and adaptation programs were implemented. Together with the Bank's partner, Charitable Foundation "Memory of Generations", Sber provided assistance to veterans of the Great Patriotic War and other combat veterans— technical means of rehabilitation and medicines were purchased, treatment was organized. More than 800 people received various types of medical and social assistance.<br><br>With the Bank's support, the Curative Education Center is implementing a career guidance project "Gastronomic Model Workshop", which help young adults with mental disabilities to annually receive professional, household and social skills necessary for finding a job.<br><br>More than 80 regional NGOs received funds for the purchase of equipment necessary for working with people with disabilities (both adults and children), conducting medical and rehabilitation events. | In order to develop physical education and mass sports, as well as to promote healthy lifestyles, the Bank assisted more than 60 sports federations and schools. Donations were directed to the development of projects related to physical education and sports, creation of infrastructure for the development of youth sports, organizing sports events and competitions. Funds for holding regional competitions between children's sports and general education schools were transferred, sports equipment was purchased. In addition, the Bank supported therapeutic sports programs for children and adults with disabilities. |

SOCIAL RESPONSIBILITY AND POPULATION SUPPORT IN THE REGIONS OF PRESENCE > CHARITABLE, SPONSORSHIP AND SOCIAL ACTIVITIES

# Areas of Sberbank's charitable activities

| | | | | |
|---|---|---|---|---|
| **UN SDG** | SDG 4 — Quality Education | SDG 10 — Reduced Inequalities | SDG 11 — Sustainable Cities and Communities | SDG 15 — Life on Land |
| **Area of activity** | Education | Supporting projects related to development of children and youth, fostering their capabilities and establishing inclusive environment | Culture and preserving cultural heritage objects | Environmental protection |
| **Strategic principles and objectives enshrined in the ESG Policy** | Facilitate the availability of healthcare and educational services by developing infrastructure and using advanced technology. | Support local communities and promote social development | Develop partnership social initiatives, including together with clients | Minimize the environmental impact |
| **Description of programs and key results of 2022** | The Bank systematically supports the country's leading educational institutions and programs of higher, secondary and vocational education. The Bank's support allows for implementing projects aimed at improving the education system and shaping the country's workforce potential subject to relevant specialties. Charitable assistance was provided to more than 10 of the country's largest universities and higher education programs in order to shape the national workforce potential. In addition, the Bank provided assistance to regional educational institutions of higher and professional education to ensure the educational process. | In order to implement state policies aimed to facilitate childhood and youth, to support children in difficult life situations, as well as to promote the introduction of new methods of working with children, including those requiring special educational approaches, the Bank supports projects of specialized NGOs throughout the country. The Bank's key partner, the Charitable Foundation "Investment in the Future", implemented several projects in the categories "Modern Education" and "Inclusive Environment" with the Bank's support. Training programs were designed, aiming to develop new skills and learning approaches in children. For children who require a special educational approach, socialization, adaptation and career guidance programs were introduced. The Bank's charitable support allowed to implement more than 100 projects of NGOs, providing various assistance to 5,000 children from different regions. | The Bank's charitable support allowed leading Russian theaters, music groups and museums to stage new performances and hold music festivals, concerts and exhibitions. In order to preserve the country's cultural heritage, the Bank finances projects aimed at restoring unique sites. Regional cultural projects were implemented, including those aimed at developing inclusive practices for socio-cultural rehabilitation of people with disabilities. In total, the Bank supported more than 60 culture-related NGOs and projects in different regions of the country. With the Bank's charitable support, a memorial concert was held dedicated to the 80th anniversary of the first performance of the legendary Seventh Symphony by Dmitry Shostakovich in besieged Leningrad, played by the All-Russian Youth Symphony Orchestra with Yuri Bashmet as director. Prior to the celebration of the 80th anniversary of the victory in the Battle of Stalingrad, scheduled for 2023, a donation was transferred to the State Historical and Memorial Reserve Museum "Battle of Stalingrad" to restore the panorama "Defeat of Nazi troops near Stalingrad". | The Bank supports environmental protection projects. Together with the Charitable Foundation "Investment in the Future" and the ECA Foundation, the Bank organized planting of trees in all regions of the country as part of the "Save the Forest Together" campaign. In addition, the Bank's support allowed to implement major projects and programs aimed at helping to fight forest fires, as well as to restore forests, river ecosystem and territories. More than 10 projects throughout the country received donations from the Bank. |

The Bank implements projects for creation of unique urban and public spaces that contribute to the socio-economic development of the Russian regions and improve the quality of life of people. With the Bank's support, research was carried out on the problems of economic development and foreign trade business.

More than 30 NGOs in different regions of the country received funds to implement socially significant and R&D projects.

*(Note: the above two paragraphs appear under SDG 11 — Supporting social and public infrastructure and R&D activities / Promote the development and ethical application of research and recent developments, including those in artificial intelligence, to solve significant problems in ESG and sustainable development.)*



# Breakdown of Sberbank's charitable expenses

## Sberbank's charitable expenses, thsd RUB

| AREA OF ACTIVITY | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Supporting activities related to culture and preserving cultural heritage objects | 656,896 | 381,508 | 1,176,466 | 769,305 |
| Supporting educational activities | 749,655 | 718,111 | 961,986 | 1,061,225 |
| Supporting projects related to social and public infrastructure and R&D activities | 1,975,122 | 1,298,511 | 1,885,914 | 1,085,316 |
| Supporting healthcare activities | 305,091 | 2,900,456 | 1,378,544 | 726,797 |
| Supporting environmental protection | 0 | 58,270 | 104,220 | 33,500 |
| Support for children's institutions, activities aimed at the development of intellectual and creative abilities of children and teenagers, social support and protection of citizens, and creation of an inclusive environment | 1,035,518 | 1,775,705 | 936,863 | 598,261 |
| Supporting activities related to physical education and sports | 695,487 | 361,104 | 353,259 | 222,858 |
| Supporting activities of organizations for veterans and people with disabilities | 515,676 | 604,938 | 453,954 | 2,306,219 |
| **Total expenses** | **5,933,445** | **8,098,603** | **7,251,205** | **6,803,481** |

Sberbank's total charity costs in 2022 amounted to RUB 6 billion. Most of the funds (34%) were spent on supporting organizations that help veterans and people with disabilities.

To implement systemic projects, the Bank interacts with specialized non-profit organizations, such as the Charitable Foundation "Investment to the Future", the Charitable Foundation "Memory of Generations", the Charitable Foundation "Gift of Life", the Charitable Foundation for Seriously Ill Children, Orphans and Disabled People "Rusfond", the Curative Education Center "Special Childhood" and much more. Such synergy between the commercial sector and the non-profit one allows for expert identification of focus support areas and directing funds to where they are really needed.

16%
11%
16%
11%
<1%
9%
3%
34%

- Culture and preserving cultural heritage objects
- Education
- Supporting projects related to social and public infrastructure and R&D activities
- Healthcare
- Environmental protection
- Supporting projects related to development of children and youth, fostering their capabilities and establishing inclusive environment
- Physical education and sports
- Supporting veterans and people with disabilities

SBER

SOCIAL RESPONSIBILITY AND POPULATION SUPPORT IN THE REGIONS OF PRESENCE > CHARITABLE, SPONSORSHIP AND SOCIAL ACTIVITIES

# Sberbank Charitable Foundation "Investment to the Future"

The purpose of the foundation is to promote the social sector development subject to modern challenges by creating opportunities and conditions for everyone. The foundation implements projects in partnership with the Bank and other foundations.

Together with the ECA fund, Sberbank and Investment to the Future Charitable Foundation organized tree planting in all regions of the country as part of the Save the Forest Together! project and Sber ESG initiatives

## Key projects implemented by Sberbank Charitable Foundation "Investment to the Future"



**Research Consortium "Development of Personality Potential in Education"**

In July 2020, seven pedagogical Russian universities merged with the foundation to establish a consortium for joint research, development and implementation of methods aimed at fostering personal potential in the education system. The consortium sees its task as the renewal of the country's education system by changing the approach to preparing future educators in accordance with the advanced needs of society.



**Personality potential development program**

Theprogram is aimed at developing the personal potential of children. It helps modern kids learn to set and achieve goals in life, make informed choices, shape their learning and development trajectory, prepare for change and overcome difficult life situations, be responsible for their lives and effectively manage their resources, thinking, emotions, behavior and interaction with other people. The advanced training programs for educators developed by the consortium are included in the Federal Register of Additional Professional Programs of Pedagogical Education.

In 2022, the number of universities participating in the project increased to 16.

According to the competitive selection results, 11 new regions joined the program.



**Educational event "AI Day on the Far East"**

In December 2022, jointly with the Ministry for the Development of the Far East and Arctics and the Far Eastern AI Center, the foundation held an educational event "AI Day on the Far East".

Over 1,000 schools from different districts of the Far East took part in the event. A large-scale lesson was held during which schoolchildren learned what could be achieved with AI right now, and what opportunities it would unlock, in particular, for the development of the Russian Far East.





**"Digital Skills and Competencies" program**

Program for developing digital skills and popularizing AI technologies, machine learning and data analysis (AI Academy) The project aims to promote pupils' interest in AI and machine learning technologies, as well as to assist them in developing necessary skills.

**Financial Literacy program**

The program aims to shape a financially competent person and society as a whole. Under it, Sber creates accessible educational tools in finance, economy and law for teachers and parents and their children aged 5–18 years.

In 2022, the program covered 3 million schoolchildren, 90,000 teachers, 50 orphanages and 87 volunteer teams.

**"Inclusive museum"**

Cooperating with the fund, Sberbank supports the development of the best practices of socialization and creative rehabilitation of people with disabilities, also working with visitors with mental peculiarities.

 SBER

## SberSpasibo program

On the basis of its SberSpasibo loyalty program, the Bank runs a promotion that allows program participants to use their SberSpasibo bonuses as donations to charitable organizations. All projects within the program are implemented by specialized non-profit organizations.

In 2022:

- 9.8 million new participants registered in the program, with the total audience having exceeded 66 million people
- about 302 million SberSpasibo bonuses donated to charitable foundations (1 bonus = 1 RUB)
- more than 250 children and adults with serious illnesses received treatment, medical care and access to rehabilitation facilities
- more than 2,700 children with special needs, orphans and wards of social organizations were provided with almost 55,800 hours of training to adapt in society
- more than 18,000 volunteer donors were found for patients with hematological and oncological diseases
- more than 22,800 consultations were provided as part of psychological, legal, medical and social assistance and information support
- 4 regional clinics received 6 medical devices and funds to conduct more than 1,000 medical studies
- more than 980 packages with clothes and toys for low-income families that helped them to get through a difficult phase in life
- 13 veterans and disabled soldiers were provided with prostheses, hearing aids, wheelchairs and other necessary items

## Foundations participating in the charity event "Bonuses for good deeds"



### Rusfond

Assistance to seriously ill children, introduction of new medical technologies and research



### Galchyonok

Assistance to children with organic lesions of the central nervous system

### Gift of Life

Assistance to children with severe oncological and hematological diseases

### Oncologics

Assistance to adult cancer patients and their relatives



### Investment to the Future

Education for children with orphan experience and special needs



### Memory of Generations

Assistance to veterans of the Great Patriotic War and other military actions



### Sozidanie foundation

Assistance to orphanages, shelters, boarding schools, orphans and wards of social organizations



### Science for Children

Supporting research in pediatric hematology, oncology, and immunology, as well as helping children and adults under 21 years of age with rare hematological and immunological diseases

## SberVmeste service

SberVmeste is a charitable platform that represents 230 foundations verified by Sber in order to eliminate fraud and ensure that all raised funds are transferred to people who need help. The platform website also publishes information about campaigns conducted by charitable foundations and NGOs. Users can make a one-time donation to a certain charitable campaign or arrange a monthly donation to a selected foundation.

In 2022, the service allowed for raising RUB 190.7 million in the form of contributions from individuals and organizations, that made more than 208 donations. The funds raised allowed for completion of 250 charitable campaigns.

For the entire operation period of the service, almost RUB 700 million were donated and 545 campaigns were completed. The amount of funds raised is growing from year to year.

> In 2022, SberVmeste service in the form of contributions from individuals and organizations allowed for raising

## 190,7 MN RUB

## Sponsorship

Sberbank is traditionally engaged in cultural sponsorship:

- In 2022, the 28th season of the largest Russian theater festival, "Golden Mask" and the namesake award took place. Sberbank has already been acting as its general partner for 20 years. In the reporting year, more than 100 performances from all over Russia were shown as part of the festival program supported by the Bank. In addition, several special projects were implemented:

  ▸ Golden Mask Online: exclusive broadcast of 3 performances within the program and the festival closing ceremony on Okko resources

  ▸ Art.Verbally: info comments to five performances within the festival for blind and visually impaired participants of the inclusive program

Since 2021, Sber is a partner to the regional program of the festival. In 2022, 14 Russian cities saw performances by winners of the previous years. The Bank's support helps spectators from different regions watch the best productions of Russian theaters.

- Sberbank was the general partner of the award ceremony for the winners of the TV award "Taffy Kids 2022". The ceremony and its video broadcast version included the voice assistant Salute, which acted as co-host and presented the prize to one of the laureates.

- Sber's support allowed Saint-Petersburg to show New Year musical on ice "The Sleeping Beauty. A legend of the two kingdoms".

- Sber sponsored several winter skating rinks in 8 Russian cities, including the Novosibirsk one recognized as the longest in Russia. Moreover, the Bank was the general partner of the winter skating rink in Luzhniki.

In the reporting period, sponsorship was also provided in other areas, in particular:

- Sberbank acted as the title sponsor of the Far Eastern Marathon of Developers HACK-the-ICE 4.0 (Hackathon), where it presented its own track.

- Sber became the general partner of the screening of "Cheburashka", which appeared as the highest-grossing Russian blockbuster.

- The Bank traditionally acts as a title partner of the St. Petersburg Economic Forum and a partner of the business program of the Eastern Economic Forum.

- In 2022, Sberbank sponsored such industry events as the Russia Energy Week and the Moscow Financial Forum, as well as the Powerful Ideas for the New Times Forum, which primarily aims to select and implement 100 strong ideas that can significantly contribute to the country's development and achieve the national development goals until 2030.

- Sber is the general partner of the SberKidsCity platform that promotes the social adaptation of children to adulthood, as well as their intellectual, creative and emotional development.

> Sberbank has already been acting as the "Golden Mask" festival general partner

FOR **20** YEARS

## Support for the development of science in Russia

Sber supports talented researchers and develops scientific activities in Russia. Sber's annual Scientific Award in the field of S&T recognizes achievements of scientists and promotes their courage.

In 2022, the first three laureates were determined, and each of the winners was paid RUB 20 million. The winner of the "Physical World" nomination was awarded for work on the synthesis of superheavy chemical elements and contribution to the formation of the experimental base of accelerators that laid the foundation for prospects in the field of nuclear technology. The achievement of the laureate in the "Life Sciences" nomination was the discovery of the catalytic function of immunoglobulins in nature and the creation of artificial biocatalysts for the treatment of oncological and autoimmune diseases. Finally, the winner in "Digital Universe" nomination was awarded the prize for his fundamental contribution to quantum informatics.

## Sponsorship of social projects in Sber Group companies

| INDICATOR | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Amount of sponsorship expenses, RUB mn | 39 | 99 | 155 | 83 |

# Educational Initiatives

Sber's main educational goals are to increase the availability and quality of education. To achieve these, Sber offers innovative solutions related to the digitization of educational processes and the introduction of AI technologies into the learning process. The Group is also focused on the development of financial education and general improvement of the financial literacy of Russians of all ages.

In 2022, Sber's educational programs were awarded with plenty of prestigious prizes. Sber won the All-Russian Award "Efficient Education" in the following nominations:

- "Breakthrough of the Year" in the category "Corporate Programs" for its range of industry-specific expert review programs

- "Transformation of the Year" in the category "Business Education" for the Business Development Workshop aimed at customer-product teams (CPT)

- "Project of the Year" in the category "Financial Literacy" for its financial literacy improvement program

- "For the Contribution in Education Development" in the category "Online Education" for its project "Cybersecurity Marathon"

- "Platform of the Year" in the category "Innovation" for the project "Cybersecurity Hub"

The Innovation Time Award was given to 10 high-tech projects by Sber, among which the following innovative developments in the "Science and Education" category won the prize:

- the educational project "SberSova" in the nomination "Innovation of the Year": its goal is to increase the financial literacy of the population through training courses from corporate university

- the educational marketplace "Eductoria" in the nomination "Discovery of the Year": this online platform provides online courses on various learning trajectories from IT to creative ones, allowing experts in different fields to post their courses on the portal free-of-charge, and other participants — at the 75% discount

## Educational events organized by Sber



**1**

### Special project for students "Start Your Career With No Effort"

Sberbank is the most popular employer among young people, since many students decide to start a career in Sberbank's team. The purpose of the special project "Start Your Career Without an Effort" is not only to expand and test the knowledge of its participants, but also to help young specialists in choosing their future profession in the game format. In addition, the project makes it easier to get a paid internship SberSeasons in various domains: digital, finance, and business. It offers a free opportunity to take one of the educational programs, including those in data science, information securities and banking.



**4**

### Digital Occupations project

Sberbank actively supports state educational programs aiming to promote training in digital professions. The "Digital Profession" project increased access to the educational programs "Data Engineer", "Data Scientist", "Java Developer", "Data Analyst" and "Frontend Developer" providing 50% of participants with an opportunity to train in these courses free-of-charge, and other participants — at the 75% discount.

In 2022, more than 500 people completed training within the project, and the number of applications exceeded 2,300.

**2**

### SberStudent accelerator

SberStudent is an accelerator for students, postgraduates, researchers and university teachers that offers training in the basics of entrepreneurship and allows the participants to create their own startups. The program includes online training modules on how to create and launch a product, as well as working in a team supervised by mentors. Participants also receive bonuses if studying at a university, while winners and prize-winners can apply for a Presidential grant.

SberStudent was included in the list of events approved by the Ministry of Science and Higher Education of the Russian Federation for the academic year 2023/2024.

**5**

### SberZ school accelerator

The federal startup accelerator SberZ for pupils of 8–11 grades and students of secondary specialized colleges allows them to study the theory of technological entrepreneurship and apply it in practice when creating their own business projects.

The winners and finalists of the accelerator have the opportunity to receive preferences in the form of additional points to the Unified State Exam upon admission to one of 40 universities.



**3**

### "Entrepreneurship Workshop" for children and teenagers of 10-18 years

In cooperation with the "Big Break" project by the Federal Agency for Youth Affairs and the Russian Society "Znanie", Sber held the "Entrepreneurship Workshop" for pupils of 5–11 grades. The event included lectures on theoretical basics of doing business, and experienced entrepreneurs shared experience from their own practice with listeners.

According to the results of the Workshop, schoolchildren got the opportunity to apply the knowledge gained by creating business projects in Sber's school accelerator.

**6**

### "Digit Lesson" on using AI in startups

Regional banks of Sberbank conducted more than 120 open lessons "AI in Startups" in support of the federal project "Personnel for the Digital Economy" within the national program "Digital Economy of the Russian Federation". The program included familiarization with AI technologies, their development trends and applications in high-tech business.

The "Digit Lesson" was participated by more than 2.4 million pupils from Russia and 100 other countries.



# Interaction with universities

Sber's educational activities include the interaction and implementation of joint projects with universities aimed at training and retraining personnel, supporting scientific and innovative activities, improving the quality and accessibility of education in IT, finance, the date of sessions and the date of engineering, as well as the formation of highly qualified personnel potential for Sberbank Group and the whole country.

In 2022, charitable support was provided to more than 70 of the country's largest universities and higher education programs in order to build the country's workforce potential. More than 70 higher and professional education institutions were granted funds to ensure the educational process.

## Sber's events related to interaction with universities



### The "Digital Departments" project

The "Digital Departments" project is being implemented as part of the federal project "IT Workforce Potential Development" under the national program "Digital Economy of the Russian Federation". It provides an opportunity for students of the universities participating in the Priority 2030 program to obtain additional IT qualifications. The project includes a set of short-term intensive sessions dedicated to C, SQL, and Python. They can be accessed by students of such courses as "Data Analysis and Data-Based Management", "Creation of IT products", "Digital Marketing and Media", and "Digital Transformation Management".



### Course "Settlement of Corporate Problem Debts"

Sberbank developed for students of the Faculty of Economics of one of the largest university a course "Settlement of Corporate Problem Debts" with a final exam. During the course, students acquire skills of applying risk management procedures and returning problem assets, as well as negotiation techniques.

Three best graduates were offered to participate in a paid internship at Sber.

### Cooperation in youth entrepreneurship

In 2022, Sber and one of the technology university have agreed to cooperate in supporting youth entrepreneurship. The university provided the finalists of Sber's school accelerator with admission benefits, and SberStudent education programs became available to all university students.

## Russian Association of Digital Innovation in Education (RADIE)

In 2022, SberEducation and several other participants of the EdTech market signed an extended and constituent training Association for Digital Innovation in Education (ADIE).

The purpose of the Association is to provide the labor market with highly qualified specialists in information technology, information security and other priority areas. Its main tasks included developing industry standards for ensuring the quality of products, preparing methodological materials, providing assistance to market participants in conducting expert reviews, standardizing and developing educational technologies and content. The cooperation of EdTech companies will enable affordable and high-quality education.

## Environmental tale "The Amazing Holidays of Masha and Yasha"

Together with wards of the Charitable Foundation "Source of Faith", Sber published the book "The Amazing Holidays of Masha and Yasha", which teaches children to respect nature and take care of loved ones in the format of a fairy tale.

The characters learn about the need for responsible electricity consumption, biodiversity conservation, waste processing and other topics related to sustainable development. This allows to share knowledge about environmental protection even with the youngest schoolchildren.

The book was illustrated by the wards of the Charitable Foundation "Source of Faith", which supports families with children with special needs.

## Track "Sustainable Development" as part of Sber Digital Summer School

This professional development program aims to disseminate best practices and knowledge in academia. The program consists of environmental, social and governance modules and covers the ESG agenda in Russia, including climate change issues, inclusiveness and responsible management practices at the state and corporate levels.

# Improving financial literacy

Sberbank implements programs aimed at improving the financial literacy of the Russian population. The Bank's clients can learn the basics of finance via the portals "SberSova" and "Investment. Made simple". To promote the basics of financial literacy among kids and schoolchildren, Sber uses the SberKids mobile application and the SberCat community.

Parents and teachers have access to the SberClass digital platform and the Happy Parent channel. In the Sberbank Online mobile application, Other projects are aimed at promoting inclusion in financial literacy. For instance, the Active Age information portal was created to increase the financial literacy of pensioners.

→ For more details see the "Respect for Human Rights and Financial Inclusion"

# Healthcare Initiatives

Sber's social programs related to health are aimed at expanding access and improving the quality of medical services in order to preserve and promote the health of the Russian population. Sberbank seeks to introduce information technologies into the healthcare sector, including AI-based ones, and to popularize healthy lifestyles.

The Group successfully develops modern digital products and services in the following healthcare domains:

- Telemedicine
- Drug delivery
- AI technologies in healthcare

2022 saw a surge in the need for the development and implementation of digital services using AI, allowing remote monitoring of patients with chronic diseases, consultations with telemedicine doctors, online consulting of patients, issuing electronic prescriptions, applying voice-based filling of medical protocols, etc.

## Healthcare events organized by Sber



**1**

### Remote monitoring project in Khabarovsk Territory

In February 2022, together with the government of the Khabarovsk Territory, Sberbank launched a project that allows continuous monitoring of the health of people with chronic diseases and promptly provide them with medical care. At the 4th Eastern Economic Forum (EEF 2022), the first results of the program were summarized: over the six months of remote monitoring, about 5,000 online consultations with doctors were held, and more than 2,000 residents of the Khabarovsk Territory were provided with medical care.



**2**

### "Smart monitoring" for hypertensive patients

Sber developed a special product for hypertensive patients, including a medical tonometer and assistance of a personal doctor registered online, who is available for consultation throughout the year. The smart tonometer eliminates the patient's need to independently monitor pressure indicators, manually keep a measurements history and plans visits to the clinic to transfer the data to the doctor.



**3**

### Online drugstore

The drug delivery service is one of the largest Internet drugstores in Russia. In 2022, its mobile app ranked 1st in the ratings by the Russian Quality System among similar services. Furthermore, in the reporting period, the number of pick-up points exceeded 9,000. The service is actively working to ensure the availability of assortment for everyone in Russia.



**4**

### Digital rural health post (RHP) based on AI

A digital RHP is a connected diagnostic equipment assembled into a compact case to allow for safe and convenient transportation and storage. The device was successfully piloted in 59 Russian regions. The digital RHP ensures more efficient specialized medical care in rural and remote areas.



**5**

### Online consultations with oncologists

In cooperation with the "Not in Vain" foundation, medical care service attracted leading oncologists to deliver online consultations on various medical disciplines: from surgery to palliative care. Patients independently determined the amount they were willing to pay for the consultation, and part of the proceeds went to oncology training, cancer prevention programs and the operation of a free help desk "Just Asking".



**6**

### Congress "Orgzdrav 2022. Effective management in healthcare"

Sber took part in the 10th International Congress "Orgzdrav 2022. Effective management in healthcare". The Congress saw sessions with the participation of reputable representatives of the industry, executives and medical practitioners.

# Care
## for Employees

Achievements                              182
HR management                            183
Diversity of Employees and Inclusion     184
Decent Working Conditions                186
Corporate Culture                        189
Training and Development                 191



SBER

SBER | CARE FOR EMPLOYEES

## Key results 2022

**Employees are covered with collective agreements**

# 100%

**Employee involvement index**

# 78%

**Average number of hours of training for each Sberbank employee per year**

# 43

**Sberbank's turnover rate**

# 13.5%

**Employees were trained in various fields in Sberbank**

# ~250 THSD

**Employees would recommend Sber as an employer**

# 82%

## Approach to HR management in Sber

### ESG Policy principle

- Sber ensures respect for human rights, inclusivity, diversity, fair and equitable treatment of everyone.

### ECG Policy action lines

- III. Create decent working conditions and ensure development of human potential.
- IV. Ensure respect for and protection of human rights, provide an inclusive environment and equal access to products and services.
- VIII. Facilitate economic well-being and prosperity for all.

### Internal regulatory documents

- HR Policy
- Compensation Policy
- Code of Corporate Ethics and Business Conduct

### UN Sustainable Development Goals



### ESG Policy targets

- 13. Ensure decent working conditions, professional and personal growth, support the health and promote the healthy lifestyle among employees
- 14. Contribute to the development of high standards in the area of decent working conditions and human potential development among clients and partners
- 15. Assist with the development and promotion of national standards and best practices in the area of labor relations and human potential development.
- 16. Guarantee and protect human rights, ensure inclusivity and equal opportunities, including gender equality, for all the employees
- 38. Create and support jobs

### Material topics

- Labor relationships and employment
- Health and safety
- Human capital development

# Achievements



Sber is the leader of the Ranking of Russian Employers by HeadHunter



**DIGITAL LEADERS AWARD**

The marketplace Edutoria was recognized as the "Project of the Year" by Digital Leaders Award in the category "Distribution of Educational Content"

Премия Технологический Прорыв

The Edutoria marketplace was awarded as the "Technological Breakthrough"

It became a winner of the nomination "Technological Solutions that Have Made the Greatest Contribution to the Preservation and Improvement of the Education Quality—to the Development of HR Sovereignty"

## Forbes

Sber won the Platinum Award in the Ranking of Best Russian Employers 2022 by Forbes

Sber is the only holder of the highest platinum status in all three evaluated categories: "Employees and Society", "Ecology" and "Corporate Governance"

### ВРЕМЯ 2022 ИННОВАЦИЙ

Edutoria became a laureate in the "Science and Education" category of the Innovation Time 2022 Award



Sber took 2nd place in the rating of employers Future Today among the most in-demand faculties and entered the top 3 in the overall rating of companies

## ХРУСТАЛЬНАЯ ПИРАМИДА 2022

- **The Pulse platform became a winner of the nomination "HR Solution of the Year" of the Crystal Pyramid 2022 award**

- This joint project of Sber Private Banking and the Russian School of Economics also took **the top prize in the nomination "Corporate Education of the Year"**. Sber's and RSE experts were the first in Russia to introduce international wealth management programs: Associate Wealth Manager (AWM) and Certified International Wealth Manager (CIWM). They train and certify specialists who help clients invest, plan a budget and effectively manage their own capital.

- In the nomination "Best Human Capital Development Project", the silver **award** went to the project by School 21

- The situational game "ESG: choosing the future" became second in the nomination "Best Project / Program for Involving Youth in Positive changes", also having taken a special prize "ESG with a Human Face"

- Sber University won the bronze award in the nomination "Best Corporate University of the Year". The educational center allows thousands of specialists to develop the competencies of the future and build a successful career

- In the nomination "Technological Solution of the Year", the bronze medal **was awarded to the educational marketplace Edutoria.** It hosts educational courses developed by Sber University, SF Education, Moscow Business School, etc. The users can purchase the access to materials and then start training

## SMART Pyramide 2022



- **The Pulse platform won the Grand Prix of the SMART Pyramid 2022 Award** in the nomination "The Best Digital Solution for Corporate Training of the Year". The platform provides all employees with ample opportunities for training and helps Sber to build a culture of continuous self-development

- The corporate program "Challenges for Leaders: Mission Possible" **is the winner of the 2nd degree in the nomination "Best Corporate Education Project".** This comprehensive training solution combines different formats and innovative approaches to develop key skills and competencies of high-potential employees of Sber's Retail Business Block. In 2022, 540 people completed the program

# HR management

GRI 3-3

The Sber Group adheres to the principles of a sustainable HR policy, which include expanding employment opportunities and career development, maintaining a work-life balance, caring for staff and providing decent working conditions, as well as stimulating professional and personal growth by ensuring diversity and inclusion.

Sber applies the best digitization technologies in HR management. The entire cycle of key HR processes is automated within the Pulse platform: recruitment, selection, adaptation, training, goal setting, feedback, personnel evaluation, career and development, simple personnel services, HR analytics and reporting. All employees of Sber are active Pulse users. In 2022, the platform was marketed, and more than 40 companies became its external clients.

**In 2022, a segment model was introduced into the HR cycle**

All employees of Sber were grouped into four segments according to the type of product or value they created. HR processes and products are now adapted to the specific profile of each segment and its needs.

**iF Design Award 2022**

In 2022, the HR platform developed by Sber received international recognition, winning a prestigious iF Design Award as the best solution among user applications.

The award recognized the implementation of complex desktop products in a simple and intuitive interface of the mobile version, a unified design of all platform services and devices, as well as communication with the user by applying a client-oriented approach.

# Diversity of Employees and Inclusion

## Social and cultural diversity and equal opportunities for all

GRI 2-7, 405-1, 405-2

Sber provides its employees with equal opportunities for employment, promotion, remuneration and training, guarantees compliance with legislative norms and controls transparency of approaches to career development depending on the skills of employees' performance and compliance with Sber's values. These issues faced by Sberbank employees are regulated by the Code of Corporate Ethics and Business Conduct of Sberbank. The Group creates working conditions based on cultural diversity, gender, racial and other equality in accordance with the ESG and Sustainability Policy.

Sber guarantees its employees protection from any form of discrimination under the current legislation and applicable international standards. In 2022, there were no cases of discrimination in Sber.

Sber's corporate competency model includes behavioral indicators related to ESG topics. This allows managers and specialists to focus on the need to adhere to the key principles of socially responsible behavior. Along with other skills and competencies, ESG indicators underlie the criteria for assessing employees and choosing a development area. Recommendations for the ESG skills development in the Pulse catalog are formulated.

Sberbank conducts employee training in the field of diversity and inclusion. In particular, 85% of employees considered ESG courses. Also the "Sber for All" course is available for training, which describes the principles of diversity, equality and inclusiveness and helps employees communicate with people with disabilities.

**Sber implements the following key programs on diversity and equal opportunities:**

- women's leadership programs
- #SberTeamActiveAge for employees older than 55
- internship programs with further employment for young people
- employment program for orphans and people with disabilities

**Kaleidoscope of Cultures**

In 2022, Sber launched the image project "Kaleidoscope of Cultures", dedicated to the National Unity Day. In cooperation with specialists in ornamental art, ethnic ornaments symbolizing 187 peoples of Russia were collected. Then they were digitized using Sber AR/VR Lab technologies and became the cornerstone for a collection of unusual virtual clothes. The aim of the project is to show that cultural heritage can also be used in digital reality.

### Gender equality

Sber supports gender inclusion, which has a positive effect on the internal atmosphere in the team and on the results of activities in general. In 2022, women accounted for 64% of the total number of employees. Particular attention is paid to creating conditions for women's self-realization in their careers and personal lives, and overcoming gender stereotypes. The Group monitors the equality of remuneration for men and women in comparable positions, creates comfortable conditions for employees on maternity leave and their reintegration into the team upon leaving it. In 2022, a training course "In Harmony with Yourself" was launched to help women overcome barriers to self-realization, teach them to build personal boundaries and maintain a sense of security (more than 44,000 employees completed this course).



22%

The share of women in Sber's supreme management bodies reached

66%

The share of women in management positions in Sberbank*

### Composition of the Supervisory Board by gender, people



2020  12                              2
2021  11                              3
2022  12                              2

● Men  ● Women

### Composition of the Supervisory Board by age group, people



2020  3          3          3          5
2021  2          5          1  6
2022  3          6          1  4

● 35–50 years  ● 51–60 years  ● 61–70 years  ● 70+ years

→  For more information on the gender composition, please see Appendix "ESG Databook: Personnel."

* Indicators were verified within the Sberbank, PJSC boundaries.

CARE FOR EMPLOYEES > DIVERSITY OF EMPLOYEES AND INCLUSION

SBER

## Personnel structure ▲

As of December 31, 2022, the number of Sber staff was 210,661 employees. 88% of employees work under a permanent employment contract; 99% of employees are full-time. Compared to 2021, the number of employees of the Bank in the reporting period decreased by 5.6%.

### Actual headcount of Sberbank, people



| | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Sberbank | 240,730 | 235,062 | 223,451 | 210,661 |

### Total headcount by gender, people



| Sberbank | 71,431 | 139,230 |
|---|---|---|

● Men   ● Women

### Sberbank employees by age groups, %



10%   23%   67%

● Under 30 years   ● 30–50 years   ● 50+ years

### Group employees by age groups, %



25%   11%   64%

● Under 30 years   ● 30–50 years   ● 50+ years

▲ Indicators were verified within the Sberbank, PJSC boundaries

---

## Inclusive employment and support for employees older than 55

In accordance with the approved action plan to promote inclusive employment, a service to attract people with disabilities was implemented on the Rabota.ru portal, as well as support for employers in the field of inclusive employment.

The Group considers it important that employees of any age feel comfortable in their workplace.

In 2022, the tasks in this area were related to retaining and self-realization opportunities, for example, involvement in corporate volunteering.

Sber supports older employees in their desire to develop professionally. The Group offers training programs, including:

- "Restart 55+. New meanings and opportunities". It is implemented in cooperation with the SKOLKOVO business school. In 2022, more than 60 participants were trained under the program.

- The course "Theory of Generations: Truth and Myths" is oriented primarily at leaders.

Sber contributes to increasing the digital maturity of the older age group. The Sber Group has created an information portal "Active Age", which contains useful materials about active life in retirement, about health and finance. At the Digital Skills Collection School, older employees and customers can learn how to use all the digital products available today.

### "Special bank"

The goal of the "Special Bank" team is to create an accessible digital and physical environment for clients and employees of Sberbank. The company invites people with disabilities to the team and works with them to make Sber's services available for all. Employees with health problems successfully work in different departments of Sber's ecosystem and appreciate their job for the atmosphere of mutual assistance and the opportunity to improve millions of lives.

---

**#SberTeam Active Age**

The #SberTeam Active Age program for employees older than 55 years

Employees older than 55 years

## 9.4 THSD

Average period of work

## 15 YEARS

Employees of the retirement age

## 3.4 THSD

# Decent Working Conditions

GRI 3-3, 401-1, 401-2, 403-2, 403-3, 403-5, 403-6, 403-7, 403-8, 403-9

Sber provides and maintains decent working conditions and professional development for its employees. The improvement and introduction of new selection and adaptation tools, the provision of opportunities to unlock the potential of each employee, as well as the creation of safe working conditions are the primary tasks that Sber approaches with a high degree of responsibility.

## Hiring and onboarding

**In 2022, Sberbank hired 33,582 employees**

- New employees aged 18–30 years accounted for 57% of all those hired
- 41% accounted for the 30–50 age group
- 2% were over 50 years old
- Among the new employees, 60% were women

In order to increase the efficiency of the selection of candidates for the positions of specialists in data science, machine learning, java developers, devops engineers and other IT specialists, Sber uses the program One Day Offer. Applicants get acquainted with the development team and the project in one day, undergo a technical interview and receive a job offer. The event is held online and mainly on weekends, so that it is convenient for working candidates to take part in.

The professional Sourcing Center team helps to carry out the selection, which performs analytics of companies leaving the market, searches for and attracts rare specialists in the field of information technology for large-scale Sber projects.

Sber and HR Service Skillaz have developed an automated system for hiring staff through HeadHunter. The platform is able to adapt to changes in the needs of the Company in a turbulent market. The candidate reactivation tool allows recruiters to return after a while to applicants whose resumes have been updated to the relevant level of professional experience or other criteria. The tool made it possible to reduce the labor costs of recruiters by 40%. In 6 months, Sber increased the conversion rate on a cold base by 20% and eliminated 60% of ineffective contacts.

**To attract new employees, Sber continues to use its own career portals:**

- rabota.sber.ru — for experienced workers
- sbergraduate.ru — for graduates and students

In 2022, 1,100 career events took place across the country (more than 900 in 2021) with the participation of over 450,000 people. The number of unique visitors to the student portal has exceeded 1 million.

Groups in social networks "Career in Savings" allow applicants to learn about career events and current vacancies. The total number of participants exceeds 105,000 people.

For a quick introduction to the company and successful immersion in work for new employees, an adaptation track has been set up on the "Pulse" HR platform, which is passed by more than 80% of the target audience. More than 80% of newcomers have a buddy—an experienced employee-assistant in adaptation. The level of satisfaction with the adaptation process of new employees and managers is 4.6 out of 5.

**From the first days at the workplace, new employees get acquainted with the necessary labor aspects and gradually immerse themselves in the culture of the organization. Several useful options are built into the Pulse platform in the format of a social and business structure at once:**

- training materials about products and principles of operation
- functional profiles of each employee with information about the position, achievements, responsibilities
- transparent system of setting tasks and evaluating results
- communication and sharing best practices
- informing about Sber's plans and important events

### New employees by gender,[a] %



| | Men | Women |
|---|---|---|
| Group | 43 | 57 |
| Sberbank | 40 | 60 |

### New employees by age,[a] %

| | Under 30 years | 30–50 years | 50+ years |
|---|---|---|---|
| Group | 54 | 43 | 3 |
| Sberbank | 57 | 41 | 2 |

→ For more information, please see Appendix "ESG Databook: Personnel"

[a] Indicators were verified within the Sberbank, PJSC boundaries

## Motivation and reward

Sber provides a competitive salary level, provides a flexible schedule, a package of corporate benefits, including a preferential mortgage, a corporate pension program, relocation support, VMI and other social programs, continues to develop tangible and intangible motivators.

**Motivation tools applied to employees at Sber:**

- bonus scheme
- a 5+ staff assessment system that applies to all employees
- long-term remuneration programs¹ based on the provision of real Sberbank shares

**Corporate benefits system**

The Bank has a comprehensive approach to care and has a system of benefits and privileges for employees. In particular, in 2022 the main focus was placed on targeted corporate and social programs.

TARGET CORPORATE PROGRAMS

| | |
|---|---|
| Corporate pension scheme | RUB 802 mn |
| Voluntary medical insurance and insurance against accidents and serious illnesses | RUB 4,452 mn |

SOCIALLY ORIENTED PROGRAMS

| | |
|---|---|
| Preferential health resort treatment | RUB 4,5 mn |
| Benefits for moving to another region of presence of the Bank | RUB 338 mn |

**74 %**
Of employees consider the remuneration received for their work to be fair

Average salary at Sberbank per month

**>139** THSD RUB

The average salary exceeds the subsistence minimum in Russia for the working age population

**BY 10** TIMES

Average increase in salary after the revision of payroll principles¹ in 2022

**8.5 %**

¹ For key experts and middle and senior management (up to Vice Presidents)

## Retention and leaving

The Group studies the factors that influence decisions about retirement. In 2022, 28,450 people left the Bank's team. The staff turnover rate decreased compared to the last reporting period and amounted to 13.5% in the Bank and 16.5% in the Group.

Sber conducts dismissal interviews with all retiring employees and simulates staff outflow, which allows to more effectively apply employee retention methods and predict losses when they leave the Bank.

To support employees, Sber has created Schools of new professions, which since 2019 help to rebuild career paths, master a new specialty or successfully develop within a familiar sphere. The project includes nine trajectories developed by the SberUniversity together with Sber's experts in the following specialties: Java Developer, Kotlin Backend Developer, Frontend Developer, QA Engineer, Business Analyst, System Analyst, Data Scientist, Data Analyst and Data Engineer.

IT HR AWARDS 2022

Educational programs developed by SberUniversity together with Sber became winners in two categories: the project "Schools of New Professions" won in the "Development and Training of Employees" nomination, and the "Academy of Leaders of Digital Teams"—in the "Management Culture" nomination.

This is an IT award for achievements in HR management and work with the employee's brand. Every year, HR solutions for working with IT specialists or innovative IT solutions for interacting with all personnel are submitted to the competition.

**1,250** PEOPLE
Have already graduated from the "Schools of new professions" in IT specialists

In order to save jobs and ensure staff confidence in the future, Sber has developed programs that allow employees to change professions or find a new job in their field:

- The program "Restart 2.0", aimed at obtaining a promising specialty of Java Developer, Data Scientist, Data Analyst, Data Engineer and others in demand in Sber
- Relocation program for employees of ordinary positions to expand their employment opportunities in Sber

- 9% Started in a new profession
- 13% They received promotion
- 17% Apply a new skill in their current role
- 39% Were able to complete the tasks of retraining

**>5** THSD PEOPLE

Today, more than 5,000 people attend schools

▲ Indicators were verified within the Sberbank, RISC boundaries

↑ For more information on the turnover rate, please see Appendix "ESG Databook: Personnel"

# Occupational health management system

Sber strives to improve the quality of life and health of employees and ensure their safety. In the companies of the Sber Group, the positions of occupational safety specialists or the corresponding departments have been introduced. Sber regularly conducts a special assessment of working conditions at all workplaces and develops corrective measures to improve working conditions and occupational safety and reduce occupational risks. The Regulation on the Occupational Health and Safety Management System (OSS) regulates the procedures for carrying out contract work, ensuring optimal working and rest conditions in Sberbank.

Sber evaluates the effectiveness of work in the field of occupational safety by key indicators—the coefficients of frequency and severity of injuries. In 2022, the injury rate decreased by 10% (from 0.42 to 0.38), and the injury severity rate decreased by 1% (from 37.4 to 37.08). All accidents are investigated in accordance with regulatory requirements within the time limits established by law. In total, 84 cases of industrial injuries were recorded in 2022. In 2022, as in the previous reporting period, no fatal accidents were recorded.

## Accident severity rate and accident frequency rate of Sberbank

| RATE | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Accident frequency rate[1] | 0.56 | 0.32 | 0.42 | 0.38 |
| Accident severity rate[2] | 45.86 | 42.51 | 37.4 | 37.08 |
| Total accident frequency rate[3] | 25.68 | 13.6 | 15.71 | 14.09 |

Sber takes care of the health of the staff and promotes a healthy lifestyle among employees and their families, contributes to improving the availability of health services through the promotion of modern technologies.

### Gamification in occupational safety training

Sber provides its employees with additional training in occupational safety at SberUniversity. Line and middle managers, occupational safety specialists and other specialists who control occupational safety issues in Sberbank have the opportunity to take the course "Occupational Safety" in the format of a game quest.

### #SberTeam800 years

Sber continues the active development of the healthy lifestyle support program with a focus on promoting the idea of high-quality longevity #SberTeam100years. Its goal is to help employees stay healthy and energetic on their way to a prosperous and happy 100-year life. The program contains a variety of educational activities and training courses on health and healthy habits. Territorial banks hold the Healthy Savings competition, within which standards are set for taking care of the team's health and maintaining a healthy lifestyle, assessing the efforts of regions to create appropriate conditions and programs, and gathering practitioners to share experience.

In order to take care of the psychological health and develop the resilience of the team, work has begun on building and replicating a system for annual monitoring of the level and factors of burnout in Sberbank with personal recommendations for the employee and for the team leader.

## Medical insurance

In various life situations, Sber applies a personalized approach to its employees. From the first day of work, everyone is provided with free medical insurance, life insurance and accident protection (under the VHI and OMI programs). Since July 2022, insurance of employees under the VHI and OMI programs is carried out from the first day of work (previously—after passing the probationary period).

**Additional corporate insurance includes:**

- preventive screening
- psychological support service
- telemedical services
- preferential conditions for the purchase of medical policies for children and close relatives
- discounts on pregnancy and childbirth support programs

## Implementing anti-COVID measures

From the very beginning of the pandemic, Sber has been taking all measures to prevent and protect its employees and visitors from COVID-19. Air recirculators, antiseptics and masks have been provided for in all offices. In addition, Sber continues to vaccinate its employees against coronavirus infection.

---

1  AR = T×1000 / C, where T is the total number of accidents within the reporting period, and C is the headcount
2  Asr = D / T, where D is the number of days in the short-term disability period, and T is the number of accidents
3  Rtotal = AR×Asr, where AR is the accident frequency rate, and Asr is the accident severity rate

# Corporate Culture

## Comfortable working environment

Sberbank has an office space standard, according to which the Bank seeks to create the most comfortable working conditions for its employees in order to maintain a productive working atmosphere.

### Best Office Awards 2022

The new headquarters of Sber, located in Moscow, Kutuzovsky Prospekt, 32, won the Grand Prix of the most prestigious national award in the field of design of business spaces and public interiors, and also became a winner in the "Comfort and Ergonomics" nomination.

Since 2022, the Bank's central office has been located in the Sber City business cluster, which combines all business areas and is a place for innovation. Sber strives to make the office comfortable and safe for employees.

The new design of the office space is based on the abandonment of the outdated office system and the transition to a flexible Agile format with a variety of zones for collaboration and privacy. An open, sustainable, innovative work environment motivates employees to be creative and development.

---

Sber is a place where people matter. The corporate culture is aimed at creating a conscious attitude to work and life among employees, developing personal potential and self-realization, and increasing the efficiency and resilience of Sber's large team.

### Flexible working formats

Employees have access to various work formats: remote work, flexible hours, shift work, and others. According to an engagement survey, for 73% of employees, these options allow them to achieve a work-life balance.

#### Working remotely from other regions

From 2021, employees can work from another region of Russia for up to three months a year. At that, corporate benefits are preserved, including:

- voluntary medical insurance
- corporate pension program
- insurance against accidents and serious illnesses
- other social programs

### Sber for children and their parents

Paying respect to the desire of its employees to maintain a balance between work and family, Sber actively supports its employees in playing parental roles. The program "Sber for children and their parents" includes:

- support for employees (both women and men) on maternity leave and their adaptation after returning to work
- development of parental competencies, creation of a platform for dialogue between parents and children
- helping employees' children to acquire knowledge and skills that will be useful in the future
- career guidance events and services for teenagers

Employees on maternity leave retain access to corporate mail and the Pulse platform so they can stay in touch and continue to develop their competencies. All employees receive financial assistance upon the birth or adoption of a child.

In addition, employees on maternity leave have the opportunity to earn additional income by completing tasks on the data markup platform Elementary. To get started, one just need to register as a self-employed person and log in to the platform. Everyone chooses the appropriate volume of tasks and number of working hours. The results of data marked will be used to improve machine learning algorithms.

---

# Feedback handling

## Involvement survey

The involvement survey is conducted every two years. The last survey was conducted at the late 2021, participated by 165,000 employees of Sberbank (80%). Due to it, Sber managed to collect more than 370,000 comments.

## Employee involvement survey 2021

| | |
|---|---|
| Involvement index | 78% |
| Are proud of working for Sber | 85% |
| Recommend Sber as an employer | 82% |
| Like working for Sber due to its corporate culture and encouraging environment | 79% |

## Sentiment pools

In order to form the right focus areas of activity, Sber regularly monitors the state of employees through sentiment pools. The tool appeared in 2020 at the beginning of the COVID-19 pandemic, when it was important to quickly measure the state of the team and respond to emerging concerns. With the survey, the Bank can quickly collect information about what barriers to performance exist, where employees need support, and how you can help leaders take care of the team. In 2022, the share of those who highly appreciate support from Sber increased by 6% and amounted to 75% of employees.

Sber implemented a system of consulting on HR services. Each employee has the opportunity to ask a question or submit a query online in the internal system 24/7. For feedback, employee can use not only this internal portal, but also call the HR contact center, send letters in electronic or paper form. Furthermore, HR channels accept queries on issues related to sexual harassment and discrimination against employees. Sber ensures the anonymity of all queries.

In total, in 2022, 2,184 complaints were received about the practice of labor relations, material incentives, ethics, etc. The received complaints are accepted, processed, and provided with feedback.

# Feedback handling

## Corporate Ombudsman Service

If an employee or a client has encountered a problematic or controversial work situation and could not resolve it through any of the channels, he/she can apply for an independent expert review and support to the Corporate Ombudsman Service, the main task of which is to understand the situation and consider it from an objective point of view. The service reports directly to the President, the Chairman of the Executive Board of the Bank and is designed to solve the most complex problems and disputes that arise in the course of work.

## Number of HR-related complaints

| | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Number of HR complaints filed through formal feedback mechanisms during the reporting period, of which: | 1,640 | 2,243 | 2,335 | 2,184 |
| • number of complaints about labor practices submitted to the HR Unit in connection with corporate culture | 96 | 127 | 78 | 69 |
| processed and resolved within the reporting period | 100% | 100% | 100% | 100% |

# Corporate volunteering development

The support that Sber provides to local communities and social development includes strengthening of corporate volunteering, charitable initiatives, and cooperation with foundations and other non-profit organizations.

| Volunteer events realized in 2022 |
|---|
| **650** |

## Volunteers at Sber. Volunteering in 2022: statistics

| Total participants | 20 thsd |
|---|---|
| New participants | 30% increase per year |
| Visits to the Sber Volunteer Platform | ~23 thsd |
| Volunteer events | 650 |
| Current social projects of Sber volunteers | 450 |
| Meetings between managers and volunteers | >150 |

**Sber held the first conference "Corporate Volunteering and Environmental Projects" in Khabarovsk**

It was attended by 14 large companies from the Far East. During the event, the participants shared good practices implemented at their enterprises to minimize the impact on the environment. In addition, they discussed the formation of a pool of volunteers, motivation and participation in environmental projects. Leaders of volunteer movements in Khabarovsk plan to hold such meetings on a regular basis.

**Interregional Volunteer Forum in Irkutsk**

In 2022, the Bank organized a forum whose main goal and task was to combine the efforts and experience of corporate volunteer movements to involve more participants in partner volunteer activities. One of the key results of the forum was the creation of the Trans-Baikal Council for Corporate Volunteering, headed by Sberbank.

# Social Projects Competition

To support and develop corporate volunteering, Sber holds the Social Projects Competition. In 2022, more than 300 applications were accepted from candidates from many Russian regions, and 24 of the submitted projects became laureates.

**The Competition included the following categories:**

- "I care for older persons" projects aimed at improving well-being of vulnerable categories of citizens over working age, having disabilities and / or life-threatening diseases, older persons in a difficult life situation or with serious illnesses

- "I give hope": projects aimed at helping people being in a difficult life situation

- "I care about children'" projects aimed at improving well-being of vulnerable categories of children and families with children

- "I care about nature" projects aimed at protecting the environment, minimizing activities, helping animals and conscious consumption, including educational activities

- "I develop the environment and society'" projects aimed at developing the urban environment and social infrastructure, promoting a culture of safety among the population

- "Sports and Health": projects aimed at the development of blood donation, the preservation of mental and physical health, the promotion of physical culture and sports, as well as the values of a healthy lifestyle

- "Our memory and traditions'" projects aimed at preserving cultural values and traditions, historical memory, patriotic education

- "Intellectual Volunteering", or pro bono volunteering: projects presented in the main categories, where volunteers use their professional competencies to help beneficiaries, provide professional services to NGOs or individuals

**In addition to social projects initiated by volunteer employees, Sberbank has anchor federal projects**

| PROJECT NAME | PROJECT PURPOSE | TARGET AUDIENCE COVERAGE |
|---|---|---|
| Dementia.net in cooperation with the Foundation "Memory of Generations" | A project aimed at the preservation of cognitive health of older persons | 3,300 participants in 15 regions |
| Financial Literacy for orphans in cooperation with the Charitable Foundation "Investment to the Future" | A socialization project for children | Over 1,000 children from more than 70 orphanages in 54 cities |

SBER   CARE FOR EMPLOYEES > TRAINING AND DEVELOPMENT

# Training and Development

GRI 3-3, 404-1, 404-2, 404-3

Providing conditions for effective work and human development is Sber's key task in HR. Sber provides its employees with ample opportunities for professional development and personal growth, providing quality education.

One of the significant tasks of Sber is the creation of an adaptive training system for employees. In the reporting period, the number of Bank employees who completed training during the year increased by 8%, amounting to about 117%[1] of the average headcount.



| Employees were trained in various programs | Average number of hours of training for each Sberbank employee per year[1] |
|---|---|
| ~ 250 THSD | 43 |

## Training programs

Sber employees are continuously trained and develop the necessary professional skills and competencies.

Most training programs are available to employees remotely. High employee involvement is achieved through:

- recommendations of educational content based on artificial intelligence
- scale of Sberbank's existing programs for retraining and training employees in popular areas
- micro training
- wide range of tools for presenting information

In 2022, 97 new learning solutions have been developed, and 25% of Sber University's educational programs were updated, and key level-based programs were redesigned.

**Total number of hours of training of the Group's employees by gender,** million hours



**Average number of hours of training per employee by gender in 2022[2]**



| | Sberbank | Group |
|---|---|---|
| Men | 52.4 | 60.2 |
| Women | 37.7 | 38.5 |

**Average number of hours of training per employee by category in 2022[2]**



| | Sberbank | Group |
|---|---|---|
| Managers | 80.6 | 93.1 |
| Specialists | 38.2 | 40.7 |

**Total number of hours of training of Sberbank's employees by gender,** million hours[4]



| | Men | Women | Total |
|---|---|---|---|
| 2019 | 5.3 | 10.7 | 16.0 |
| 2020 | 5.7 | 14.2 | 19.9 |
| 2021 | 3.7 | 11.8 | 15.5 |
| 2022 | 3.7 | 5.3 | 9.0 |

**Total number of hours of training of the Group's employees by gender,** million hours

| | Men | Women | Total |
|---|---|---|---|
| 2019 | 5.3 | 10.8 | 16.1 |
| 2020 | 5.7 | 14.3 | 20.0 |
| 2021 | 3.8 | 12.0 | 15.8 |
| 2022 | 5.2 | 5.9 | 11.1 |

**Total number of hours of training of the Group's employees by category,** million hours



| | Managers | Specialists |
|---|---|---|
| 2019 | 2.5 | 13.6 |
| 2020 | 2.9 | 17.1 |
| 2021 | 2.2 | 13.6 |
| 2022 | 2.4 | 8.7 |

**Total number of hours of training of Sberbank's employees by category,** million hours[4]



| | Managers | Specialists |
|---|---|---|
| 2019 | 2.5 | 13.6 |
| 2020 | 2.9 | 17.0 |
| 2021 | 2.1 | 13.4 |
| 2022 | 1.8 | 7.2 |

none
▲ Indicators were verified within the Sberbank, PJSC boundaries
1 Average number of training for Sberbank employees
2 The number of employees trained during the year exceeds 100%, as a result of double counting of employees (if one person was trained twice, then he/she is counted twice)

# Career development

Sber continues to use the established system of personnel assessment and development.

Employees apply the following advanced tools for individual development:

- mentoring (work with a mentor)
- shadowing (internships with a manager)
- participation in cross-functional business projects
- in-person and online training programs

Sberbank is actively developing Peer-to-Peer tools. In particular, communities of mentors and coaches have been created, where conditions are created for maintaining and developing professional skills and competencies, training is organized, certification, development and support events are held. In 2022, 601 mentors and 150 coaches became participants (an increase of 1.5 times compared to 2021), which contributed to the development, increase in efficiency and improvement of the resource status of 800 mentees and 1,000 coaches from among Sber employees. Mentors and coaches are involved in the implementation of development activities, the formation of educational content and in the conduct of corporate university programs.

In 2022 the main career development focuses were:

- developing a culture of a career travel (portal "Career development in Sberbank", career marathons and multimedia courses, more than 6 thousand active participants)
- developing the Talent Search service (mandatory publication of vacancies, extended access for recruiters)
- starting career counseling for "Digital people" (coverage of ~25 thousand people)
- launching the Virtual Career Assistant in Pulse for all employees
- personnel commissions, the coverage of which was 90% for the managers of 12+ grades

The career development tools include:

- regular career dialogue with a manager
- career coaching
- automated service "My Career" (one can select the desired positions for the next career step, subscribe to them and send his/her resume profile as soon as a vacancy opens)
- service "Search for talents" for managers (the ability to search for candidates for their teams from among internal employees)

# Interaction with universities and search for talents

Cooperation with universities is an important aspect of Sber's HR policy, both when recruiting new employees and for improving the skills and competences of existing staff.

The President of the Bank is a member of the Council for Support of University Development Programs under the Priority 2030 State Support Program for Universities.

In 2022, Sber continued to develop cooperation with more than 300 Russian universities, of which 42 universities implement 64 joint educational programs. Key partnerships are carried out with key universities in the country. Four of them have Sberbank's basic departments.

Teachers of secondary specialized and higher educational institutions from all over the country had the opportunity to study at the Digital Summer School. In 2022, 775 teachers trained on 6 tracks, including the ESG track "Sustainable Development". The goal of the project is to develop skills in the field of digital transformation, cybersecurity, digital finance, sustainable development and financial literacy. Accordingly, the number of students who receive knowledge and experience formed by Sber increased by 2.6 times to 124,000 people.

In 2022, more than 6,000 students studied on the free youth program "Career of the Future", which has been implemented since 2021. The program consists of e-courses from the corporate university, which are aimed at developing soft, digital, cognitive and professional skills. The program also includes video clips with interviews from leading managers and experts of Sberbank and Rabota.ru about how professions are changing, about trends in the labor market with useful recommendations on how to successfully start a career.

Sber, together with the Ministry of Science and Higher Education of the Russian Federation, is transforming the work of career centers, as well as optimizing the process of student practice with the possibility of increasing student participation across the country. Today, coverage is 83% of the country's students.

→ For more information on interaction with universities, please see "Social Responsibility and Population Support in the Regions of Presence"

## Sberseasons

SberSeasons internships are designed to start a career at Sberbank. Graduate students in the field of Information Technology, as well as mathematical and economic specialties, together with the Bank's teams, work on real problems, launch new products and build mathematical models.

In 2022, students completed an internship at Sberbank

> 1.2 TH.SD

OF WHICH OVER 500 WERE LATER HIRED

In the reporting year, new employees joined Sber's team, 85% of whom are graduates of the best Russian universities and School 21. For digital areas, the contribution of academic partnerships to attracting young professionals is much higher: 46%, junior specialists became part of the team after participating in programs and projects for students (1.5 out of 3.4 thousand new employees).

## Popularization of technological entrepreneurship

The SberUp corporate accelerator provides an opportunity for each Sber employee to undergo intensive training in entrepreneurship, the basics of launching a startup, and to create a minimum viable product (MVP).

**Among SberUp winners:**

| Have high quarterly scores | Were promoted | Were appointed successors to become leaders in the future |
|---|---|---|
| 86% | 54% | 23% |

### In 2022, the projects presented by the finalists of previous seasons continued to evolve.

**Anywash**

Anywash is a comprehensive service for corporate vehicles; it aggregates the services of car washes, tire fitting services and related services for fleets. The project shows stable growth after the end of the accelerator, with the 20-fold increase in capitalization.

**PayZakat**

PayZakat is a digital platform for Sber and distribution of mandatory and voluntary payments collected by the Muslim community in favor of the poor and needy. The platform project is a laureate of the prestigious international award Global Islamic Finance Awards (GIFA), winning the Gran Prix in the nomination Social Finance Award.

**PharmInsurance**

The "PharmInsurance" program allows its participants to compensate from 5% to 90% of the money spent on the purchase of medicines prescribed by a doctor.

In 2022, the per-person policy cost was lowered and the cap on eligible medicines was increased. The age of the insured person was also increased to 69 years, while earlier insurance coverage was available only for persons under the age of 55. In addition, insurance is now available for children from 0 years old, while previously only adults from 18 years of age could be insured.

## Educational project "Business School"

In 2021, joint educational project "Business School" with one of the technical universities was created. Two programs are being implemented on the basis of the Business School.



**The master's program**

is aimed at students with education in the field of science and technology within the framework of the program "Creation and development of high-tech business". The corporate university accompanies the "Business School" in terms of curriculum development, methodological and organizational support, including training events. More than half of the academic disciplines are taught by corporate university teachers. NPS for the corporate university track ~90%. In total, the program enrolls 75 students who received Sber scholarships during the first year of study, 45 people are fully paid for by Sber, and 12 people are undergoing or have already completed internships at Sber.



**The bachelor's program**

prepares development leaders in various areas of business, management, research and development, capable of working with complex tasks in a situation where standard solutions are inapplicable, creators of real business projects, capable of multifactorial analysis of the situation, forming an image of the future and active internal and external entrepreneurship. The bachelor's program covers 25 students.



# Respect for Human Rights
## and Financial Inclusion

196  Observance of Human Rights

197  Provision of Equal Access to Financial Services

199  Financial Literacy and Well-Being



SBER

## Approach to respect for human rights in Sber

### Key results of 2022

- Sber has arranged the GAP analysis of its internal documents for coverage of basic human rights and generated recommendations for their updating
- 95% of self-service terminals in the network are equipped with a voice assistant function for visually impaired people
- RUB 3.9 trillion is the total monetary value of socially oriented products

### ESG Policy principles

- Sber ensures respect for human rights, inclusivity, diversity, fair and equitable treatment of everyone
- Sber follows ethical business approaches and introduces best corporate governance practices

### ESG Policy action lines

IV. Ensure respect for and protection of human rights, provide an inclusive environment and equal access to products and services

VI. Improve practices of corporate governance, safety and ESG risks management, including along the supply chain

### UN Sustainable Development Goals





### ESG Policy targets

16. Guarantee and protect human rights, ensure inclusivity and equal opportunities, including gender equality, for all the employees

    Create a barrier-free environment in Sberbank branches

17. Assist the implementation of best practices aimed at guaranteeing and protecting human rights, providing an inclusive environment and equal access to products and services among clients and partners

18. Improve access to financial and non-financial products and services, including socially significant products and services for vulnerable groups

19. Contribute to an improvement in the financial literacy of the general population

20. Participate in the development of national standards and best practices in inclusivity, guaranteeing and protecting human rights

### Material topics

- Financial inclusion
- Development of technologies and innovations, digitalization
- Customer satisfaction
- Contribution to social development

### Internal regulatory documents

- Code of Corporate Ethics and Business Conduct
- Code of Corporate Social Responsibility in Procurement Activities

# Observance of Human Rights

GRI 3-3

## Observance of human rights is the fundamental principle of Sber's activities.

Observance of human rights is the fundamental principle of Sber's activities. Being guided by the Universal Declaration of Human Rights, International Covenant on Civil and Political Rights, International Covenant on Economic, Social and Cultural Rights, declarations and conventions of the International Labour Organization (ILO) and respective provisions of Russian laws, Sber pays special attention to the issues of observance of and respect for human rights, inclusion, diversity, equal treatment for everyone both inside and outside the Group.

All Sberbank employees adhere to principles and provisions enshrined in the Code of Corporate Ethics and Business Conduct (hereinafter, the Code) designed to guarantee open, straightforward and fair approach to activities, which is compliant with the Bank's values. Sber Group is also guided by these principles and is committed to approve similar documents within the Group.

## Key aspects of Sber's activities as part of observance of human rights:



Providing equal opportunities and creating conditions for unlocking the potential of all the employees on the basis of cultural, gender and racial equality



Developing the barrier-free inclusive environment and increasing the availability of financial and non-financial products and services for people with disabilities

Participating in creation of standards and best practices in inclusion, observance and protection of human rights at the national level.

Distributing high standards in observance of human rights for suppliers, customers and business partners: auditing the compliance with them, in particular, as part of assessment of child labour and slavery risks

## Feedback mechanisms

Sber keeps the strict watch of respect for human rights, but in case of questions or non-compliance with principles of corporate ethics and business conduct, stakeholders may reach out to the Bank's communication channels presented in the "Whistleblowing Lines" section:

**Compliance hotline**

Compliance hotline, a confidential 24-hour information channel for reports from the Bank's employees and any third parties (including customers, counterparties, partners)

**Internal Security whistleblowing line**

Internal Security whistleblowing line, for online reports about illegal actions of the Bank's employees

**Your Cybersecurity**

Your Cybersecurity, contacts for communication in case of fraud, extortion, thefts, leakage of banking information

**Email of the HR unit**

For reports related to unethical conduct of executives or colleagues

**Email of Sberbank's Ombudsman Service,**

For reports about controversial and abnormal situations

In 2022, there were no confirmed cases of human rights violation recorded by these communication channels.

# Provision of Equal Access to Financial Services

Sber has analyzed its key internal regulatory documents for coverage of human rights with a breakdown into four key categories and respective rights:

## Corporate customers

- Right to personal data protection
- Labour rights of customers' employees:
  - right to freedom from slavery and forced labour
  - right to freedom from child labour
  - right to safe workplace
  - right to decent working conditions
- Right to freedom of association and collective bargaining
- Right to favourable environment of local communities
- Rights of indigenous peoples

## Retail customers

- Right to personal data protection
- Right to non-discrimination:
  - right to equal and inclusive access to financial services

## Employees

- Right to freedom from slavery, forced and child labour
- Right to equality and non-discrimination
- Right to health and a safe workplace
- Right for fair remuneration
- Right to vacation
- Right to privacy and personal data protection
- Right to education
- Right to freedom of association and collective bargaining

## Suppliers

- Right to personal data protection
- Labour rights of suppliers' employees:
  - right to freedom from slavery and forced labour
  - right to freedom from child labour
  - right to a safe workplace
  - right to decent working conditions
  - right to freedom of association and collective bargaining
- Rights of indigenous peoples

The integrated analysis showed the wide coverage of human rights aspects in Sberbank's documents. Results of this study served as the basis for development of recommendations for updating the Bank's internal regulatory documents with allowance for human rights.

As part of the continued work upon the project aimed at improvement of Sber's internal processes and practices with allowance for the human rights aspect, in the reporting period, the Bank arranged the GAP analysis of more than 30 its internal documents regulating such topics as employee compensation, personal data processing, social risks management, health and safety management, etc.

Sber respects the right of all stakeholders to equal opportunities and diversity; due to systematic activities aimed at respect for human rights, there were no confirmed cases of discrimination on the grounds of sex, nationality, age and any other grounds in the reporting year.

---

**Adaptation of all the Bank's products and services for a wide range of customers is an important area in Sber's activities in provision of equal access to financial services.**

Inclusive services being actively developed by the Group are not only convenient for users, but also ensure the independent conduct of operations by customers with disabilities and the confidential data security, which is especially important in the current context.

In 2022, Sberbank continued its work aimed at increasing the availability of its services for visually and hearing-impaired people, and for people with physical disabilities: at present, 5.7 thousands* Sberbank's branches are available for mobility impaired customers.

As part of developing the barrier-free environment, the Bank is adapting self-service terminals for visually impaired people: customers can conduct financial operations using audio prompts in headphones. At the same time, the self-service terminal screen is blacked out until the headphones are disconnected—with a view to ensure the security and confidentiality of customers' data.

As of the end of 2022, 43 thousands* Bank's self-service terminals are equipped with a voice assistant function for visually impaired people (95% of the network)¹.

Self-service terminals with the support of audio scenarios may be found with the use of Salute virtual assistants in the Sberbank Online mobile app, with localization of addresses of three nearest available terminals.

---

6,000 Sberbank's branches have a remote video service of sign language interpretation for hearing-impaired people. The customers can also contact the interpreter by themselves—with the use of a video call to the contact center from the Sberbank Online mobile app.

Customers receiving disability pension in Sberbank and people aged 75 and older may order the home delivery of the Bank cards in 99 towns and cities of Russia. The Bank has also developed and tested a new way to increase the availability of cash withdrawal service for wheelchair users—cashout (purchase with cash withdrawal)—in the nearest outlet.

In 2022, the Bank conducted more than 2,000 consultations concerning remote sign language interpretation

> 2 THSD

In 2022, the Bank launched a separate process for working with low ratings received from customers with disabilities. Now the employees should study the materials concerning services for customers with special needs before starting work with queries.

Sber takes care about customers with mental disabilities: in 2022, it developed such instructions as "I'm going to Sberbank's branch by myself" and "I'm going to Sberbank's branch with an attendant" with a detailed description of the sequence of actions that should be taken by customers to get required services in the Bank's branches. The instructions are published on Sber's website in the "Special Bank" section.

---

▲  Indicators were verified within the Sberbank, PJSC boundaries

¹  A point of service shall be recognized as adapted for people with disabilities if it meets the requirements set forth in SP 59.13330.2020 "SNiP 35-01-2001 Accessibility of buildings and structures for people with limited mobility". An ATM shall be recognized as adapted for people with disabilities if it is equipped with an audio output and supports a special mode with voice prompts allowing customers to conduct operations by ear

RESPECT FOR HUMAN RIGHTS AND FINANCIAL INCLUSION ▸ PROVISION OF EQUAL ACCESS TO FINANCIAL SERVICES

## Preferential products for vulnerable and special customers

| PRODUCT NAME | PRODUCT DESCRIPTION | PORTFOLIO OF PRODUCTS AS OF 31/12/2022 |
| --- | --- | --- |
| **Home loans** | | |
| "Government Support 2020" | Primary housing | RUB 1.1 trillion |
| "Young Family" | Secondary housing | RUB 9.4 trillion |
| "Mortgage plus Maternity Capital" | One of family members is aged 35 or younger | RUB 68.2 billion |
| | Maternity capital—initial mortgage payment (in whole or in part) | |
| "Military Mortgage" | Mortgage for the military | RUB 64.8 billion |
| Regional housing programs[1] | Primary housing | RUB 81 million |
| **Social deposits** | | |
| "Retirement Plan Plus" deposit | For customers receiving pension and aged 55 and 60 (older for women and men, respectively) | RUB 1.2 trillion |
| "Gift of Life" deposit | A fraction of income earned by depositor is given for charity | RUB 2.1 billion |
| "Social" deposit | For orphaned children, children without parental care, (disabled) veterans of the Great Patriotic War | RUB 10.9 billion |
| Special conditions for such deposits as "Save", "Save Online", "Add" and "Add Online" | For customers aged 55 and 60 and older (for women and men, respectively) | RUB 515.1 billion |
| "Active Age" deposit | For customers aged 55 and 60 and older (for women and men, respectively), for 6, 9 and 12 months | RUB 24.3 billion |
| "Active Age" account | Savings account for women aged 55 and older and for men aged 60 and older | RUB 640.3 billion |
| "SberKids" deposit | It may be opened by legal representatives of children (under 18) or by children themselves when they are 14 and older | RUB 226 million |

1. In 2022, there was only one regional program.



**In 2023, Sber sets the following objectives in provision of equal access to financial services:**

- to update the "Special Bank" strategy
- to undertake a study of financial behaviour and needs of people living in psychoneurology residential care facilities
- to implement a plan of actions aimed at protection of finances belonging to customers with disabilities and elderly customers
- to make consultations in Russian sign language more available, etc.

Sber acknowledges that inclusive environment should not be limited to Sber Group services, and therefore in 2022 it developed a series of materials regarding inclusive transformation for companies of any scale and profile.

**In November 2022, Sber made publicly available two free courses from SberUniversity:**

- "Sber for Everyone", teaching how to gain insight into the interaction with people with disabilities, understand the principles used for creation of inclusive environment and corporate culture, create the favourable climate in the team
- "Availability of Digital Content", a course for designers, developers and testers aimed at familiarization with standards and requirements related to availability of digital content for customers with disabilities when developing websites and applications.

Moreover, the corporate website features the Guidelines for creation of available services for people with disabilities.

### Sber won the prize at ESG Awards Russia 2022

Sber's team presented its project called "Development of inclusive entrepreneurship", which helps people with disabilities to receive training with tutors and supports them by adapting Sber's products and services to their specifics and needs. The project included "From hobby to creation of business", an educational course for people with disabilities aimed at training in entrepreneurial skills.

# Financial Literacy and Well-Being

SA58 FN-CB-240a.4

Sber is supporting the government in implementation of the Strategy for Improving Financial Literacy in the Russian Federation for 2017–2023. In 2022, Sber continued its large-scale work aimed at implementation of projects designed for improvement of financial literacy among the public.

**As the largest bank of Russia and significant financial institution, Sber makes its contribution to the development of social sphere by fulfilling the following socially important functions:**

- informing about the importance of responsible attitude to personal data
- raising the level of financial knowledge and skills
- training customers of various age and outlook in basics of financial literacy
- promoting the formation of reasonable financial behaviour

## Projects aimed at improving financial literacy

| PROJECT NAME | PROJECT DESCRIPTION |
| --- | --- |
| **For children and youth** | |
| SberKids mobile app | Free app where children can manage their money and improve their financial literacy |
| Fintest | Financial advice for the audience aged 14–21 |
| "SberCat" community | SberCat's test in basics of financial literacy, arranged on the Youth Day |
| "Peter and SberCat" podcast | Multi-episode fairy-tale podcast about a journey to the magical land of money |
| Webinars for school children | Webinars on Financial Literacy Days: "How our emotions affect our money", "No face. Protection of biometric personal data" |

| PROJECT NAME | PROJECT DESCRIPTION |
| --- | --- |
| **For parents and teachers** | |
| "Happy Parent" channel | Financial advice in parenting |
| SberClass | Modern digital platform for school |
| **Inclusive projects** | |
| #FinanceMadeSimple | Videos about finance for people using the sign language |
| Program for residents of children's homes | Residents of children's homes are taught how to deal with money correctly |
| **Basics of finance for the Bank's customers** | |
| SberOwl portal | Articles, courses and podcasts about attitude to money |
| Channel on Zen | Tips and tricks, basics of finance and information about Sber |
| Articles about finance on the corporate website | Articles with tips and tricks |
| Active Age | Information portal for retired people |
| "Investments. Made simple" program | Portal with information about independent investments |
| "Financial Literacy" program | Available educational tools in finance, economy and law |
| Financial Literacy courses at corporate university | Free online courses in taxes, investments and financial management |
| Financial literacy courses at Eduson | Online courses in taxes, green financing, cybersecurity and behavioural economics |
| Your Cybersecurity | Training course in the Sberbank Online mobile app and section with cybersecurity rules on the corporate website |
| Lectures for volunteers | Lectures about personal data protection and cybersecurity that covered 5,000 volunteers |
| **For entrepreneurs** | |
| Dasreda.ru platform | Platform of knowledge and services for business |

## Sber won four prizes at the "Effective Education 2022" awards

Experts highly appreciated Sber's free educational programs developing financial and cyber literacy:



**Program for development of financial literacy — "Project of the Year" in the "Financial Literacy" category**

The financial literacy platform SberОбраз and Sber University's School of Finance launched five online courses that covered 24,000 Sber employees and 150,000 external users.



**"To be a parent. To be a cyber-protector" project ("Cyber protection for the whole family")—"Project of the Year" in the "Social Programs" category**

The project describes potential cyber threats and shows how to set gadgets to protect children in the cyberspace.



**"Cybersecurity marathon" project—"For Contribution to Development of Education" in the "Online Education" category**

Using videos, tests and short instructions, the website offers its users to gain knowledge in cybersecurity.



**Cybersecurity Hub project—"Platform of the Year" in the "Innovations" category**

Section of the Sberbank Online mobile app including a training blocks and security settings.

The Bank continued to develop the "SberCat" project during 2022. SberCat is a character helping children and youth to adapt to the world of finance. During the year, the base of active readers expanded to 14.1 million; the number of subscribers in the group and in the channel in Sberbank Online mobile app increased to 4.2 million and 583,000, respectively.

In 2022, SberCat started the active support of Sber's educational programs—it trained users in programming and artificial intelligence, built itself into the metaverse, offered its users to open the virtual business in the simulator format.

## Instructions in financial management in case of relative's disablement

In 2022, Sber developed two instructions to help customers with disabilities and their relatives.

**"What to do with finances if your relative can't walk"**

Explains how to manage money if a person can't move or make financial decisions on a temporary or regular basis. The instruction describes how to complete a banking or notarized power of attorney allowing to represent relative's interests in the Bank.

**"How to apply for disability benefits"**

Contains information about actions to be taken to get social payments and benefits provided for people with disabilities. The step-by-step instruction describes all the stages of applying for disability benefits: how to start, where to get an order, what documents are needed.

Both instructions are published on Sber's website in the "Special Bank" section.

# Responsible Finance and Non-Financial ESG Products

ESG in Corporate Business — 203

ESG for Regions — 208

ESG for Retail Clients and Private Investors — 209



Responsible finance is a key vector of Sber's ESG strategy. Supporting clients in their ESG transformation efforts is an important element of Sber activity as this allows to promote adoption of best practices by the Russian market and reduce impacts of the Bank's loan and investment portfolio.

To achieve this, Sber offers its clients popular ESG products across all business segments and implements ESG risk assessment and management procedures. This vector of activity is complemented by continuous development and updating of internal approaches, policies, methodologies, and mechanisms in the area of responsible finance. Building on its own experience and expertise, Sber also endeavors to assist with the establishment of responsible finance standards, incentives, and tools at the national and international level.

As part of its tree-year strategies and annual plans Sber sets qualitative and quantitative Executive Board and top management-level KPIs in the field of responsible finance.

## Principles for Responsible Banking

In 2020 Sber became an official Signatory of the Principles for Responsible Banking of the UNEP Financial Initiative that set forth a unified approach to the banking industry sustainability improvement.

In 2022, in line with this initiative, Sber published its first Impact Report that reflects Sber's efforts in respect of each of the principles for 2021.

As a member of the UNEP Financial Initiative, in 2022 Sber continued to analyse the most significant impacts of the Bank's products and services on society, the environment and economic development and set goals that take into account the most significant impacts of the Bank's portfolio and are consistent with the UN Sustainable Development Goals and the Paris Climate Agreement. The results of the Sber impact analysis are presented in more detail in Appendix "Compliance with the Principles for Responsible Banking of the UNEP Financial Initiative".

## First office operating under the rules of Islamic banking

Responding to the growing demand for Islamic banking, Sber opened the first branch of this kind in Kazan in 2022 for both retail and corporate clients. The banking shelf displays such partner finance products as mudarabah (an analog of asset trust management), musharakah, halal investment tools, trade finance, bank guarantee, payment and current accounts, cash management services, and others. The Islamic banking service system is underpinned by the principles of Shariah that prohibit interest on loans, speculation, gambling, as well as investment in tobacco and alcohol manufacturing, processing of certain types of meat.

To put this practice forward, Sber team, jointly with the Sberbank corporate university, are developing a training course in Islamic finance.

GRI 3-3

---

RESPONSIBLE FINANCE AND NON-FINANCIAL ESG PRODUCTS

# Sber's approach to responsible finance and non-financial ESG products

## Key results 2022

### Sberbank's responsible finance portfolio[1]

**1.3** TN RUB

### ESG profiles of Russian regions were formed

**85**

### Non-loan ESG product sales revenue

**461** MN RUB

### The number of retail ESG clients doubled

TO **15.2** MN

1 Volume of sustainable loan products

---

### ESG Policy principle

- Sber develops responsible financing practices and effectively manages ESG risks

### ESG Policy action lines

- I.   Minimize the environmental impact
- VII.  Develop sustainable finance practices

### Internal regulatory documents

- ESG and Sustainability Policy
- ESG Risk Management Policy
- The Green Bond Framework
- Methodology for Environmental Due Diligence and Independent Assessment of the Bank's Environmental Risks
- Lending Policy
- Criteria and Specific Features of Business Processes in Connection with Sustainable Loan Products

---

### UN Sustainable Development Goals



### ESG Policy targets

- 4.   Finance green projects and the implementation of best available technologies
- 33.  Develop sustainable financing approaches, policies, methodologies and mechanisms
- 34.  Assist with the ESG transformation of the governance system and activities of clients, including through consultations
- 35.  Increase the ESG appeal of Sber for investors
- 36.  Provide highly sought ESG products and services in all business segments
- 37.  Assist with the establishment of national and international responsible finance standards, incentives and tools

### Material topics

- Responsible finance
- Assisting clients in ESG transformation
- Risk management

RESPONSIBLE FINANCE AND NON-FINANCIAL ESG PRODUCTS > ESG IN CORPORATE BUSINESS

# ESG in Corporate Business

Sber assists Russian businesses in carrying on with their ESG transformation in the new environment, offering sustainable loan and non-banking ESG products, and developing ESG risk management procedures.

| ESG RISK MANAGEMENT | PRODUCTS | | |
|---|---|---|---|
| ESG risk assessment and management procedures: | Sustainable loan products: | Non-banking ESG products: | Investment products: |
| • checking for unacceptably high level of ESG risk | • ESG loans | • environmental insurance | • Sber green bonds |
| • determining the industry-specific level of ESG risk and using the ESG Handbooks | • green and transitional loans | • ESG consulting | • arrangement of client ESG bond offerings |
| • environmental due diligence and independent environmental risk assessment | • social loans | | |
| • ESG screening | | | |

**ESG data mart**

Sber is working on creating an internal ESG data mart of legal entities that will store all available ESG indicators, including ESG ratings, outcomes of ESG risk assessments, details of sustainable loan products, borrower ESG news, ESG-related violations of the environment protection law, labor law or other branches of law, etc. The collected data will be used in the lending process for automated assessment and monitoring of ESG risks, as well as for the development of responsible finance portfolio.

## Procedures for ESG risk assessment and management in the lending process:

SASB FN-CB-410a.2

To enable management of ESG risks, an array of tools and procedures has been implemented in the corporate business lending process:



### Checking for unacceptably high level of ESG risk

Unacceptably high level of ESG risk includes such parameters as environmental risks, corruption, tax evasion, use of slave and child labor. The check applies to all borrowers as part of the standard lending process. If an unacceptable level of ESG risk is identified, the borrower may be denied funding.



### Determining the industry-specific level of ESG risk and using the ESG Handbooks

Sber factors in the client's industry, determining exposure to ESG risks for each of 200+ sub-industries. As regards sub-industries with increased risk exposure, further assessment is performed to clarify the ESG risk level of a particular client. To identify material ESG risks at the client level, the Bank uses ESG Handbooks—industry-specific manuals that contain questions for identification of ESG risks material for a given sub-industry and typical ESG terms and conditions that, if applied, will allow to address any material ESG risks identified.



### Bank's environmental due diligence and independent environmental risk assessment

Bank's internal environmental due diligence and independent environmental risk assessment is performed in connection with bankability reviews of the most significant projects undertaken by clients from industries with high to medium ESG risk exposure levels. Bank's internal environmental due diligence is the first assessment step that allows to identify any environmental risks inherent in the project. The independent environmental risk assessment that represents the second step in the risk assessment procedure is designed to provide independent control of the conclusions, made during the internal environmental due diligence, about the project category, materiality and assessment of the environmental risks involved.



### ESG screening

ESG screening procedure assesses the existence and quality of ESG management practices of the counterparties and the materiality of any adverse ESG events related to their activities. This procedure covers such topics as environmental protection, occupational health and safety, personnel management, social activities, public relations and corporate governance. ESG screening is applied to particularly large or significant loans.

If any of the ESG risk assessment procedures identifies an increased level of ESG risk, Sber has appropriate risk management mechanisms in place, including mitigation through incorporation of ESG-specific terms and conditions in the loan agreement that the borrower undertakes to perform during the effective period of the loan agreement.

Sber provides regular training for risk managers, loan managers and loan inspectors in matters of ESG risk assessment and responsible finance.

# Sustainable loan products

In 2020, Sberbank was one of the first in Russia to launch its sustainable loan products in line with the aim of promoting or contributing to ESG transformation of clients. By 2022, Sberbank expanded its product range, developed the business processes associated with product offerings, and made appropriate amendments to the Bank's regulatory documents aligned with national regulation.

Commencing from 2022, Sberbank's sustainable loan products include ESG, green, transitional and social loan products, available to corporate clients of a major, large and medium-sized business.

## Total volume of sustainable loan products by outstanding debt[1], RUB bn

2021: 186.8 | 198.1 | 1.0 | **385.9**

2022: 869.5 | 456.1 | 5.7 | 0.5 | **1331.8**

● ESG loan  ● Green loan  ● Green and ESG loan  ● Social loan

## Specific features of business processes in connection with sustainable loan products offering

**The following procedures are used to manage the risks of greenwashing in connection with sustainable loan product offering**

● approval of ESG-related terms by experts

● internal verification of green, transitional, social loans by the Bank

● marking a loan as sustainable in the Bank accounting systems

● verification of compliance with ESG-related terms, with the involvement of ESG experts

## Green and transitional loan products

**Green / transitional loan product**

A loan product the funds of which are directed to the implementation of a green transitional project.

This loan product is available in the following business lines: project finance, investment, contract-based lending and refinancing of respective products.

Green and transitional loans allow us to incentivize companies towards adoption of more environment-friendly technologies, facility upgrades and implementation of green projects that will allow to improve the country's environmental standing and minimize damage to the environment.

Taking guidance in the national regulatory framework in the area of responsible finance, Sber implemented, with effect from 1 January 2022, the criteria approved by Resolution of the Government of the Russian Federation dated 21/09/2021 No. 1587 "On approval of criteria of sustainable (including green) development projects in the Russian Federation and of requirements to the system of verification of sustainable (including green) development projects in the Russian Federation".

## Social loan products

**Social loan product**

A loan product the funds of which are directed to the implementation of a social project.

The loan product is available in the following business lines: project finance, investment, contract-based lending and refinancing of respective products.

To implement its social loan offering, Sberbank developed and adopted an internal taxonomy of social projects that will be synchronized with the national taxonomy once it receives governmental approval.

## ESG loans



**ESG loan product**
**(transaction with an ESG clause, ESG loan)**

A loan product containing in its structure requirements for improving non-financial conditions (through variable rate parameters and/or conditions) versus current state.

ESG loan terms and conditions are linked to the accomplishment, by borrower, of certain non-financial indicators that reflect the degree of the business's sustainability.

This loan product is available in the following business lines: project finance, investment, contract-based and working capital lending.

Some examples of ESG terms and conditions are: greenhouse gas emission reduction, environmental risks insurance, development of policies in the area of human rights, labor safety and others, ESG reporting, obtaining an ESG rating, and others.

---

1  The data for 2021 were revised compared to the disclosures in the Impact Report 2021 due to adjustments to the accounting methodology
▲  Indicators were verified within the Sberbank, PJSC boundaries

# Investment products

In 2021, Sber issued proprietary green bonds for a total amount of RUB 25 billion.

With this issue, Sber became the first green bonds issuer among Russia's major banks. The volume offered was heavily oversubscribed by investors, which reiterated the investors' demand for green financial instruments. The offering revenues were used to finance solar and wind power plant construction loans. The bonds were issued with a maturity of two years and an estimated yield of 8.99% p.a.

The issue is compliant with ICMA international standards and the requirements of the Bank of Russia and the Moscow Exchange, which is evidenced by an independent verification performed by the Analytical Credit Rating Agency (ACRA). The Moscow Exchange confirmed this issue as qualifying for the Sustainable Development Sector listing. In line with the above-mentioned requirements, the **Green Bond Framework** was developed for the purposes of this issue that sets forth Sber's approaches to verifying whether the funds are used as intended, the green project criteria and selection procedure, the management of the outstanding green bonds register, reporting, and external assessments. In accordance with the Framework, Sber publishes an investment report as part of its annual non-financial reporting.

Estimated yield p.a.

## 8.99%

MATURITY OF TWO YEARS

Sber continues to offer its clients ESG bond offerings (green, transition, social, sustainability bonds and sustainable kpi-linked bonds related). During 2022, Sber participated in all market placements of ESG bonds of non-financial organizations.

## Report on investment of green bond issue proceeds

All monies received from the exchange-traded green bonds offering were used to refinance (replenish) the amounts (RUB 25 mln in total) earlier spent on power plant construction project loans.

**The funds were spent to refinance construction of one 100 MW wind power plant for the Southern Unified Energy System (UES) and eight solar power plants:**

- one plant for the Mid-Volga UES with full design capacity of 75 MW

- five plants for the Southern UES with full design capacity of 180 MW

- two plants for the Urals UES with full design capacity of 50 MW

These facilities were set in operation, included in the list of qualified generation facilities powered by renewable energy sources (RES), and started supplying electricity to the wholesale electricity and capacity market (OREM).

RESPONSIBLE FINANCE AND NON-FINANCIAL ESG PRODUCTS > ESG IN CORPORATE BUSINESS

## Details of projects selected in connection with Sber green bond issuance

| PROJECT NAME | PROJECT SUMMARY | APPROVED VOLUME OF PROJECT FINANCING (REPLENISHMENT OF PAST GREEN PROJECT FUNDING) OUT OF THE BONDS OFFERING PROCEEDS, RUB BN | SHARE OF PROJECT FINANCING FROM OTHER SOURCES (SOURCES OTHER THAN THE ISSUER'S GREEN LOANS) | QUALITATIVE CRITERION | QUANTITATIVE CRITERION (POWER PLANT MAXIMUM POWER, MW) | PROJECT STATUS AT THE END OF THE REPORTING PERIOD (CONSTRUCTION STATUS) |
|---|---|---|---|---|---|---|
| Project 1 | Solar power plant construction | 5.01 | 38.1% | Renewable electricity generation (solar) | 75 | Completed |
| Project 2 | Solar power plant construction | 2.15 | 40.17% | Renewable electricity generation (solar) | 25 | Completed |
| Project 3 | Solar power plant construction | 2.21 | 39.13% | Renewable electricity generation (solar) | 25 | Completed |
| Project 4 | Solar power plant construction | 2.18 | 32.60% | Renewable electricity generation (solar) | 25 | Completed |
| Project 5 | Solar power plant construction | 1.30 | 33.85% | Renewable electricity generation (solar) | 15 | Completed |
| Project 6 | Solar power plant construction | 1.36 | 35.44% | Renewable electricity generation (solar) | 15 | Completed |
| Project 7 | Solar power plant construction | 2.16 | 32.84% | Renewable electricity generation (solar) | 25 | Completed |
| Project 8 | Solar power plant construction | 8.72 | 36.95% | Renewable electricity generation (solar) | 100 | Completed |
| Project 9 | Wind power plant construction | 6.08 | 43.7% | Renewable electricity generation (wind) | 100 | Completed |

# Non-banking ESG products and support of client ESG transformation

Sber provides comprehensive support of clients' sustainable development strategies with its non-banking ESG products. In 2022, revenues from sales of these products amounted to RUB 461 millions.



**1**

**Implementation of ESG transformation management system**

Sber facilitates client ESG transformation by offering such services as development of ESG policies, strategies, and roadmaps, sustainable development reports, and others. With its broad product line, Sber is prepared to support clients of any size and profile.



**2**

**ESG Supplier Assessment service "Green Supply Chain"**

"Green Supply Chain" is a tool that helps large companies to assess existing and potential suppliers from the viewpoint of ESG risks, while also helping suppliers to get to know basic ESG criteria for subsequent improvement of their own practices, obtain an ESG certificate and improve their competitiveness.



**3**

**Environmental insurance**

Environmental insurance is intended to provide cover against damage to the environment and population and in the case of unforeseen excessive pollution (such as an accident). Sber offers its corporate clients two environmental risk insurance products, the environmental liability insurance program and the "Green Umbrella Pro" product.



**4**

**Education products**

The "Leaders of ESG transformation" and "ESG transformation. Crash course" courses for clients help raise the competence level of line staff and top management alike.

→  For more information, please see **"ESG Transformation Strategy and Management System"**

In 2022, Sber prepared and published a series of materials dedicated to the ESG transformation of Russian business under new conditions:

- the **"Sustainable Development Workshop. How Russian Business Community Should Carry on with ESG Transformation under New Conditions?"** project contains materials on the ESG agenda status in Russia, corporate ESG risks, climate strategies in various sectors of the Russian economy and cross-border carbon regulation

- the **"Oriental Express: How Asian and Middle East Countries Are Pushing the ESG Agenda"** project highlights various aspects of the sustainable development agenda in the Asia-Pacific, Central Asia, Middle East, and North Africa countries that Russian companies need to take into account as they enter these markets

Besides, the **free ESG self-diagnostics service** remains available to medium-sized and large businesses.

The self-diagnostics allows to assess the status of environment protection and social responsibility practices, as well as the quality of corporate governance, with the use of artificial intelligence technologies. Together with such assessment, the client receives tailored improvement recommendations in each of the ESG areas which helps to improve sustainability and investment attractiveness of the business.





SBER

# ESG for Regions

Russian regions get increasingly involved in the ESG agenda. A growing number of Russian regions engage in systemic efforts aimed at region-specific ESG transformation and pursue sustainable development initiatives.

In 2022, Sber carried on with a number of joint ESG initiatives with several of the Russian regions, launched in 2021. The Bank helps Russian regions to implement changes on their ESG transformation. The line of tools developed by the Bank, such as ESG ranking, regional ESG profiles and regional ESG strategy (standard regional ESG model), allow to factor in individual characteristics of regions as they progress with their ESG transformations.

## Sber's line of ESG solutions for regions

**Regional ESG strategy**

A comprehensive solution for regional ESG transformation:

- > 300 recommendations
- > 100 Sber products

**Regional ESG profile**

Assessment of the region's current ESG agenda advancement level

**ESG ranking is at the core of the line of ESG solutions for regions**

Benchmarking of the region's ESG agenda advancement level versus others on the basis of 16 factors and 62 metrics



ESG strategy
ESG profile
ESG ranking

In 2022, ESG profiles of 85 Russian regions were formed: these profiles add structure to the information on the regional ESG agenda and allow to assess the region's current state, challenges and strengths in the sphere of ESG.

## Regional ESG profile structure

**Region's Consolidated Dashboard**

- Visualization of aggregated metrics, by factor
- Line in the consolidated regional ranking
- Region's challenges and strengths

**Annex**

- Details on all quantitative ESG profile metrics
- Indicator dynamics, region score, rank in the Russian Federation, leading region (benchmark)
- Another dashboard version

**SMBS, NPOS, PPPS**

- Analysis of SMB operations in the region (role in the economy, employment, SMB activity)
- NPO development (non-profit sector rating, public involvement)
- PPP development practices (regions league table, major projects)
- Additional information and bank products

**Introduction**

- Region in various ESG ratings
- Region's social profile
- Region's economic profile, coordinated with environmental metrics

**Strategies, documents, and programs**

- Analysis of key regional programs, the institutional environment, and ESG events
- Analysis of documents in the following areas: municipal solid waste, inclusivity, transport ecologization, eco tourism, financial literacy

**Enterprises and facilities**

- List of companies with the heaviest impact on the region's ESG agenda
- Regional ESG projects pursued by companies
- List of facilities impacting the environment

Strategies, documents, and programs

Enterprises and facilities

Introduction

SMBS, NPOS, PPPS

Consolidated dashboard

Annex

# ESG for Retail Clients and Private Investors

Sber pays much attention to the development of ESG products and services for retail clients and private investors whose behaviors and investment strategies are increasingly influenced by ESG aspects.

## Retail business

ESG transformation of the Russian economy would not be possible without a change in the public behaviors. In support of its retail operations, Sber has implemented and uses segmenting by ESG criteria in the retail business.

ESG clients are primarily responsible customers who are prepared to consciously change their habits, lifestyles and preferences so as to reduce their environmental footprint and to benefit the society. For example, such people choose eco-friendly products, sort their waste, turn in things for recycling, care for their health (exercise and eat healthy food), support vulnerable groups, sponsor charity organizations and projects.

Sber plans to develop specialized ESG products for retail clients. Plans for 2023 include at least two product launches of this kind, one of which is a green mortgage.

> Over 2022, the ESG segment of Sber's retail client base doubled
>
> TO **15.2** MN PEOPLE

**In 2022, Sber carried on with the improvement of its retail business ESG risk assessment and management system, namely:**

- Loan funds became more accessible to the "Young People" segments with pilots launched in credit cards, consumer and POS lending, and to the "Self-Employed People" segment in mortgage lending

- financial instruments designed to reduce clients' carbon footprint were created, such as the launch of reduced-rate green auto loans, and preparation of the risk infrastructure for the green mortgage launch

- to provide all clients with equitable access to Bank products, the anti-discriminatory approach was rolled out, with 100% of bank models were validated for the presence of characteristics protected by international and Russian law, such as gender, age, place of residence, marital status and others

- stress testing of physical climate risks was carried out for the retail portfolio until 2040

- the Lending Policy to private individuals was updated, taking into account the progress in managing ESG risks of the retail portfolio

## Examples of ESG transformation projects in Russian Federation regions:



**1** ESG cooperation agreements and related roadmaps were signed between the Bank and several Russian regions, including Yakut and Buryat Republics, Zabaykalsky Territory, Nizhny Novgorod Orenburg Regions, and others.

**2** Nizhny Novgorod Region—systemic work continued on the region's ESG transformation: the standard regional ESG model was tested jointly with the Regional Government in 2021, which gave a powerful push to the regional ESG transformation. In 2022, the ESG Center of Excellence was established at the Nizhny Novgorod Government's Corporate University; Sber is actively involved in the Center's projects.



**3** Voronezh Region—a strategic session on the region's ESG transformation was held with participation of the region's governor, representatives of the regional business and academic communities.

**4** Orenburg Region—Sber developed the ESG strategy for the "Orenburzhye" special economic zone.



**First National ESG Forum in Nizhny Novgorod**

In December 2022, the first National ESG Forum, "SO.ZNANIYE" took place in Nizhny Novgorod, bringing together over 1,200 individuals and 128 companies from 26 Russian regions. Sber was the event's general partner. This Forum is a unique discussion ground for a dialog between the state and the business community, intended to popularize the sustainable development principles across various Russian regions. The aim of this Forum is to facilitate involvement of the Russian regions in the ESG agenda implementation, support change, and promote a new cooperation model.



**5** Chuvash Republic and Sakha (Yakut) Republic— expert support was provided to the regional governments in connection with the development of those regions' strategy papers on ESG and sustainable development.

 More on Sber's cooperation with the regions, please see **"Supporting Federal and Regional Socially Significant Projects"**

SBER

## Private investors

In the wealth management business, Sber carried on offering partner ESG products to private investors on the SberInvestments and SberBank Online platforms in the reporting year:

**"Responsible Investments" Asset Management Strategy** is an option available in SberBank Online mobile app for investment in shares of sustainable, solvent, growing and ESG-compliant companies.

**The Responsible Investments Fund** is an exchange-traded fund that invests in shares comprising the "MOEX–RSPP¹ Sustainability Vector Total Return Index" calculated by the Moscow Exchange, with a high match to the index composition and structure.

**The Halal Investments Fund** is an investment fund that focuses on shares and depositary receipts of companies whose financial and economic activity complies with the Shariah principles, subject to liquidity and growth potential targets.

Clients invested in ESG products with the help of Sber, as at the end of 2022

**>30** THSD

As access to shares in international companies became limited in 2022, some of the wealth management products ceased to be available to clients. This relates to four Sber Private Banking ESG indices.

### Performance of ESG products for private investors as of 30/12/2022

| PRODUCT | NUMBER OF CLIENTS, THSD | NET ASSETS VALUE, RUB MN |
|---|---|---|
| "Responsible Investments" Asset Management Strategy | 1.1 | 57 |
| Responsible Investments Fund | 19.6 | 958 |
| Halal Investments Fund | 12.2 | 85 |

  

1  Russian Union of Industrialists and Entrepreneurs

# Responsible Business Practices

Business Ethics, Compliance and Anti-Corruption — 213
Cybersecurity — 215
Sustainable Supply Chain — 219
Tax Strategy — 219
Government and Industry Relations — 220



SBER

# SBER
RESPONSIBLE BUSINESS PRACTICES

## Key results 2022

- Sber Group's Code of Corporate Ethics and Business Conduct was updated
- Sber's Policy for Conflict of Interest Management was updated

Leakages of personal data, banking and trade secrets

**0** LEAKAGES

The amount of fraud prevented in 2022

**173.1** BN RUB

- Sber's Cybersecurity Lab published the Forecast of Emerging Technology Impact on Cybersecurity Threat Landscape (Hypervector 2022)

## Sber's Approach to Responsible Business

### ESG Policy principles

- Sber is guided by the priority of creating long-term economic value for all stakeholders
- Sber is responsible for its impact, complies with all applicable laws and meets commitments
- Sber follows ethical business approaches and introduces best corporate governance practices

### ESG Policy action lines

- VI. Improve practices of corporate governance, safety and ESG risks management, including along the supply chain
- VIII. Facilitate economic well-being and prosperity for all

### Internal regulatory documents

- Code of Corporate Ethics and Business Conduct
- Anti-Corruption Policy
- Sberbank's Personal Data Processing Policy
- Sberbank's Code of Corporate Social Responsibility in Procurement Activities
- Sber Group's Tax Strategy

### ESG Policy targets

- 27. Ensure the compliance of all Sber Group companies with requirements and best practices of corporate governance and business ethics
- 28. Facilitate the application among suppliers and contractors of high standards in the areas of human rights, labor relations, social responsibility and protection of the environment
- 30. Guarantee the information security and protection of client data, among others, from fraud
- 31. Ensure compliance with the legal requirements on combating corruption and preventing financial crimes
- 42. Contribute to the development of small and medium-sized enterprises and microbusinesses, the self-employed, expansion of the economic opportunities of vulnerable groups, among others, through integration in the supply chain
- 43. Contribute to the development and ethical application of research and the state-of-the-art developments, among others, in artificial intelligence and to address significant ESG and sustainability challenges

### Material topics

- Corporate governance and business ethics
- Responsible supply chain
- Contribution to economic development
- Security practices

### UN Sustainable Development Goals




## Achievements

**Russia's Best ESG Projects Award**

Sberbank became winner in the Quality Education—Raising the Privacy Culture of Russian People category

**Global Infosec Awards for 2022**

The "See Through the Trick" section of the CyberSecurity HUB won the Hot Company Award in the Raising the Cyber Security Awareness category

**Cyber Security Global Excellence Awards 2022**

- The "See Through the Trick" section of the SberBank Online mobile app won gold in the "Security Education and Platform" category
- Sberbank's anti-fraud system won silver in the "Behavior Analytics, Threat Detection, and Fraud Prevention" category

**"Attention Digital" National Contest**

Sberbank won gold for the following projects:

- The Cybersecurity Marathon website
- The "Beware of Fraudsters" channel
- The "See Through the Trick" section in the SberBank Online mobile app

# Business Ethics, Compliance and Anti-Corruption

GRI 3-3, 2-23, 2-24, SASB FN-CB-510a.2

By acting to high standards of corporate ethics and complying with compliance standards and rules, Sberbank positions itself not only as a responsible market player, but also as the guarantor of its clients' financial stability, an attractive partner and counterparty.

In March 2022, Sberbank's Supervisory Board approved the updated Code of Corporate Ethics and Business Conduct that reflects the corporate values and standards of business ethics adopted in the Bank. These updates mainly relate to the evolution of Sber Group and its external environment. On the basis of the approved principles, Sber Group companies will adopt their own codes of ethics compliant with local laws and business culture. The Bank also broadcasts the Code principles to its business partners, clients, suppliers, and counterparties and expects compliance with its standards and values.

Taking guidance in its mission, Sberbank applies the provisions of the Code to set up its interaction with both internal and external stakeholders, building on the principles of mutual respect and responsibility. The Code applies to 100% of employees; the Bank provides every employee with a productive working environment and makes sure that everyone's opinion is heard. Conversely, Sber expects that its employees will comply with the provisions of the Code not only in their professional activity at work, but also when being off work, receive training in ethics, and report any violations to the dedicated whistleblowing hotlines.

## Whistleblowing Hotlines

The Bank has in place the Compliance Hotline, available on a 24/7 and anonymous basis for calls by Sber employees and any third parties.

**The Hotline accepts calls on such issues as:**

- anti-corruption
- management of a conflict of interest
- abuse of insider information
- market manipulation
- countering unfair practices as regards pseudo-fiduciary management of client assets
- violations of the Code of Corporate Ethics and Business Conduct with regard to above-mentioned issues

### Sberbank's Compliance Hotline provides several forms of communication:

1. via the "Compliance" section of the Bank website (whether explicitly or anonymously)
2. by email to ethics@sberbank.ru
3. by phone at +7 495 665-86-09
4. by mail to the Sberbank Compliance Division address

The Compliance Hotline functioning is regulated by the Compliance Hotline Process Chart. More information about the Compliance Hotline may be found in the Declaration posted on the Bank's public website. The One-Stop Contact Center, available at +7 800 555-55-50, will assist callers on any issues arising.

The 24/7 Internal Security Whistleblowing Hotline is intended for reports on instances of fraud, extortion, theft, banking information leaks for which Bank employees are responsible. This hotline may be contacted by email at hotlinevo@sberbank.ru and by telephone at 8 800 555-13-35.

Bank employees report their concerns about unethical behaviors of colleagues to their line managers and the HR unit (culture.code@sberbank.ru), and their cybersecurity concerns, to the CyberSecurity Support Center (SCST@sberbank.ru). For Bank clients, the available facilities include the "Your Cybersecurity" section on the official website and the "Report Fraudster" form in the mobile app.

If a stakeholder's inquiry was not resolved through any of the channels for any reason, the Bank provides the opportunity to apply to the corporate ombudsman, including anonymously. The Ombudsman's Service reports directly to CEO, Chairman of the Executive Board. The service is accessible by email at corp.ombudsman@sberbank.ru.

Sberbank refines its processes and documents on the basis of the feedback collected via the existing whistleblowing lines.

The details of any calls received via the Compliance Hotline, the outcomes of their review and any follow-up action are brought to the attention of the Supervisory Board as Sberbank's supreme governance body in the reports prepared by the responsible unit, the Compliance Division, and are also submitted to the executive Compliance Committee for information purposes.

If a violation reported via the Compliance Hotline is confirmed, disciplinary action is taken against the offender in accordance with the personnel decisions matrix. The Bank provides protection for those who report their concerns. In addition, feedback is provided to reporting party following the review process.

The Code of Corporate Ethics and Business Conduct is available to Sberbank website visitors in the PDF format or as an easy-to-use interactive document. In September 2022, the Bank staged a massive employee communication campaign, aimed at the promotion of the Code. The campaign included six newsletters, a thematic screensaver, information on plasma display panels, a series of "questions of the day" in SberFriend, the corporate services navigator.

Other documents regulating business ethics matters in Sberbank are: the Development Strategy, the Corporate Governance Code, the Group Policy for Conflict of Interest Management (updated in 2022), the Sberbank Book of Values, The Compliance Risk Management Policy, the Anti-Corruption Policy, and others.

Furthermore, during the reporting period, the Bank updated the Procedure for Disclosure of Sberbank Insider Information not included in the Standard List of Insider Information Approved by the Bank of Russia, and the Internal Control Rules for Countering Money Laundering and Financing of Terrorism.

GRI 2-26, 2-23, 2-24

### Total number of Sberbank Compliance Hotline calls and the number of ethical violations reported

| INDICATOR | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Number of Compliance Hotline calls, of these | 377 | 971 | 1,544 | 2,145 |
| • number of ethical violations reported | n/a | n/a | 96 | 4 |

GRI 2-25, 2-27

The Group commits that it will remedy, and will cooperate in the remediation of, any negative consequences caused or contributed to by its activities. These commitments include reviews of complaints lodged via corporate mechanisms, and other processes. Stakeholders participate in the development, analysis, use and refinement of complaint review mechanisms.

SBER

**GRI 2-15**

In Sberbank, the chairman of the supreme governance body is not concurrently the chief executive officer: CEO, Chairman of the Executive Board is not the head of the Supervisory Board (for more details, see the "Corporate Governance" in the Management Report).

Sber puts special emphasis on the ethics of artificial intelligence (AI), since the Group comprises leading-edge innovation companies that create AI-powered products. To apply it securely and maintain clients' trust, the Bank formulated the AI ethics principles reflected in the *Code of AI Ethics*, including:

- Controllability and manageability of AI systems
- Transparency and predictability of operation
- Stability and reliability of AI systems
- Responsible replication of AI
- AI impartiality (AI equal for all)

**GRI 205-3**

To control and prevent corrupt practices, the Bank monitors and identifies all suspicious, potentially corrupt activity which is subject to mandatory inspections and investigations. In 2022, the Bank detected 62 instances of potentially corrupt violations, +3% y/y.

**GRI 205-2**

Sberbank makes sure that its managerial and line personnel stay aware of the Anti-Corruption Policy and corporate anti-corruption procedures. Besides these awareness efforts, the Bank requires from its line and managerial personnel to undergo mandatory training in anti-corruption.

In particular, Sberbank provides ongoing training as part of its Corporate University-based "Anti-corruption" professional development program, the "Anti-corruption and conflict of interests management" course, multimedia compliance courses that are mandatory for senior executives and new hires. The Bank delivers annual compliance education sessions for the members of its Supervisory Board.

**GRI 3-3**

For Sber, the corporate anti-corruption system and zero tolerance towards corrupt practices in any forms or manifestations are an integral element of responsible business conduct.

Sber's underlying document in this field is the **Anti-Corruption Policy**. The Policy applies to all Sberbank employees. The responsibility for making sure that every employee is made aware of the Policy rests with structural unit leaders.

The Policy defines the goals and objectives of the internal anti-corruption system, the concepts of corrupt activity, anti-corruption measures, the management structure and responsibilities in the field of anti-corruption.

Sber's anti-corruption system is aimed at the prevention, detection, and minimization of corrupt practices among employees. The Policy provides regulation of interaction with clients and partners, potential conflicts of interest, the Group's approach to the rules of handling gifts and hospitality, charitable, sponsorship, political and other activities.

Sberbank conducts regular assessments of corruption risks with regard to processes, documents, transactions according to the compliance management system assessment methodology, as well as anti-corruption reviews of non-standard contracts and service terms and conditions. Based on results of such reviews, the Bank process improvement action plans; the results are reported to the Compliance Committee. No high corruption risks were detected during the reporting period.

In 2022, the Bank engaged in the following anti-corruption activities:

- It updated the methodology framework for employee disclosure of their conflicts of interest.
- Units and processes were reviewed for compliance with the requirements set out in the anti-corruption legislation and internal documents; the results were reported to the Bank executives and the Compliance Committee.
- An electronic service enabling disclosure and approval of employee participation in entertainment and education events was implemented
- Control of conflicts of interest during employee transfers was automated
- A mechanism for automatic identification of co-employment of relatives was implemented
- Improvements were made to electronic services for employees, mobile service versions were launched, the level of automatic solutions increased

> Over 90% of Sberbank statutory reports are generated automatically, so as to eliminate the potential corrupting factor. In 2022, action was taken to make sure that the number of the Bank of Russia and self-regulated organizations are handled effectively, the number of such inquiries more than doubled year-on-year.

In addition, the Bank delivers online-competitions and quizzes on anti-corruption compliance issues, in particular, on the Compliance Day and the Anti-Corruption Day, for all Group members, publications, training video instructions and clips are posted in the corporate media space. The compliance culture is promoted through the involvement of compliance experts in Sberbank's business events. The Bank successfully develops its internal Compliance community, followed by more than 180,000 employees (+125% y/y).

In October 2022, the Bank launched the "Introduction to the Code of Corporate Ethics and Business Conduct" training course. Notifications requiring the recipient to pass this course are given to all Bank employees, with line managers making sure that the course is passed by their team members. In addition, the Bank delivered communication sessions inside Bank communities and posted advertisement on the Pulse HR platform.

The training course was included in Sberbank's onboarding program; at the beginning of 2023, 62,000 employees passed the course, with a satisfaction score of 4.9 out of 5 based on 20,000 comments.

The Group expects that its potential clients, counterparties and business partners will display a high level of anti-corruption culture comparable to that existing in Sber. To this end, the Bank keeps them informed about internal anti-corruption principles and requirements as represented by the anti-corruption clauses developed by Sberbank and included in agreements. Another method of broadcasting Sberbank's anti-corruption principles and standards is posting the information and documents on the Bank's official website, including the Anti-Corruption Policy and the Conflict of Interest Management Policy (also available in the English language).

In the reporting period, there were no confirmed instances that would result in the termination or non-renewal of agreements with business partners by reason of corrupt practices.

**GRI 205-2**

**Total number and percent of employees that passed anti-corruption training at Sberbank**

| INDICATOR | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Number of employees that passed anti-corruption training | >39,000 | >348,800 | >40,500 | >83,000 |
| The percent of trained employees in the total target audience | 97% | 95% | 97% | 97% |

**GRI 205-3**

**Total number of confirmed instances of potentially corrupt violations on the part of Sberbank employees**

| INDICATOR | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Number of instances | 28 | 50 | 60 | 62 |

**Total number of confirmed instances that resulted in the dismissal of or disciplinary actions against Sberbank employees for corrupt activity**

| INDICATOR | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Number of dismissals | 25 | 37 | 46 | 51 |
| Number of disciplinary actions | 25 | 44 | 51 | 15 |

# Cybersecurity

In 2022, Sberbank became one of the main targets of malicious cyberattacks. In 2022, 490 DDoS attacks against Sberbank's infrastructure were detected, x3 y/y. On 6 May 2022, cybercriminals broke record in terms of strength of their attacks against Sberbank: the most powerful attack ever was generated by a botnet, comprised of dozens of thousand devices at a speed rate of 454 Gbit/s. Sberbank successfully thwarted all 2022 attacks, no instances of financial services being brought down by such cyberattacks were detected.

As the geopolitical situation evolved, the number of cyberattacks on Russia's IT infrastructure increased dramatically in 2022. Such cyberattacks primarily targeted government authorities, major financial, industry and media sector organizations.

Cybercriminals intended to stage information influence campaigns impacting the public, as well as disrupt the country's critical IT infrastructure and socially important digital organizations and services. Guided by the recommendations issued by the Federal Service for Technical and Export Control (FSTEC) of Russia, the Federal Security Service (FSB) of Russia and the Bank of Russia, organizations and government authorities took action to improve the cyber defense system.

Since early 2022, nearly 50,000 cyberattacks have been successfully thwarted in Russia. 1,600 incidents were detected and remedied, and in March 2022, Sberbank faced 40% more DDoS attacks than throughout the whole of 2021. According to Sberbank, social engineering accounts for 90% of all financial crimes, and 94% of these are telephone fraud.

In 2022, Sberbank completed a project to connect the anti-fraud systems of key mobile network operators to its proprietary transaction anti-fraud system, which afforded full visibility of fraudulent calls. According to Sberbank, in 2022, fraudsters made 1.5 billion attempts to call bank clients with a view to steal money. During the second half-year of 2022, such attempts affected over 65% of the client base in Sberbank alone. About 5 million calls are made every day, including with the help of robotized virtual assistants used by cybercriminals in their fraud schemes. Clients used the SberBank Online mobile app facilities to complain about 1.8 million fraudulent calls.

Hackers and unsophisticated users are involved in cyberattacks against Russia's IT infrastructure

**>1** MN

Network cyberattacks were administered against Russian companies

**×100** TIMES MORE

Growth in the number of Russia-based cyber fraudsters

**~45**%

Downtime from cyberattacks at Sberbank in 2022

**0** MINUTES

## The Cybersecurity Center and the Cyberthreat Analysis System

Sberbank's Cybersecurity Center defends the Bank's infrastructure on a 24/7/365 basis. 2022 showed that Sberbank's cybersecurity system ensured business continuity and stability of Sberbank in the changed environment.

| THREAT TYPE | NUMBER OF ATTACKS IN 2022 | COMMENTS |
|---|---|---|
| DDoS | 490 | The number of DDoS attacks grew more than **three-fold**, while DDoS attacks strength increased **4 times** |
| Network attacks | 103,000 | The number of attempts to exploit vulnerabilities and scan the perimeter resources for vulnerabilities averaged to over 280 events per day. |
| Phishing | 30,000 | The number of phishing resources that imitate Sberbank resources **increased more than 1.5 times**. |

The exodus of foreign companies, complemented by sanctions, caused a potential growth in cybersecurity risks related to banking service interruptions and the need for swift substitution of whole solution classes earlier provided by foreign vendors.

Throughout 2022, Sberbank focused on the implementation of its earlier adopted strategy of import substitution of cybersecurity tools and migration to proprietary products. This strategy is based on agile development technologies, fast implementation of new technologies into the response processes and operational solutions, as well as the unique team expertise and competencies in both cybersecurity and IT. The Security Operation Center (SOC), Sberbank's cybersecurity incident monitoring and response center, is fully based on solutions of Russian origin, with Sberbank's proprietary developments accounting for 95%.

SBER   RESPONSIBLE BUSINESS PRACTICES > CYBERSECURITY

GRI 418-1, SASB FN-CB-230a.1

## Sberbank has in place a complex and sophisticated protection system that covers the following key areas

### INFRASTRUCTURE PROTECTION

- Key SOC subsystems that underpin incident processing and detection (Sberbank's "Event Analysis and Processing—RTCE" product) have achieved the high target level of maturity; the corresponding foreign product was fully substituted.
- The "TIP & VM—Threat Intelligence Platform & Vulnerability Management" product intended for proactive analysis of cyberthreat information and formulation of defenses was actively developing; in particular, risk scanning and management modules were improved. This product is a unique world-class development and a good example of a proprietary solution created from scratch.
- A network behavior analysis solution was implemented in the "NBA—Network Behavior Analysis" product that allows to monitor and analyze network activity across the entire infrastructure. Fully-functional substitution of the earlier used foreign product will be completed in 2023.

### LEAKAGE PROTECTION

- The automated "System for Protection of Confidential Electronic Documents and Correspondence" was implemented on the basis of a Microsoft solution that uses the IRM technology, allowing Sberbank's employees and products to protect confidential documents and emails through encryption and access rights differentiation.
- To have the opportunity to develop proprietary products in the above-mentioned areas, and to do AI-powered analytics, the Bank developed the Cybersecurity Platform that uses a single data storage in the cybersecurity context. The platform includes a set of unified services and represents the result of import substitution of several foreign solutions and analyzes a huge information flow, 6 million events per second, in real time.

### FRAUD MANAGEMENT

- All systems are already import-substituted, with an emphasis on their further development in partnership with a Russian developer, in particular, to secure the capability to provide state-of-the-art products for the protection of Russian citizens on the domestic market.

### CRYPTOGRAPHY

- A unique set of cryptographic services both for internal use and for the Bank clients was developed. In particular, Sberbank was the first in Russia to migrate to the Ministry of Digital Development and Communications Certification Center. As part of import substitution, the Bank launched a software cryptographic data protection client based on the Russian software, which is used for self-service terminals. Sberbank ensured continuity of service in a context where certificates from international certification centers could be withdrawn.

In the light of the prevailing realities, Sberbank's next steps will be focused on rolling out cybersecurity technologies and solutions on a national scale.

A hotline was provided for the Bank employees (with an email reporting capability) whereby they can report any cybersecurity incidents to the Cybersecurity Support Center.

## Key cybersecurity metrics

Downtime of banking services from cyber attacks
**0** MINUTES

Successfully thwarted DDoS attacks
**490**

The number of Sberbank client complaints about cyberfraud vs. 2021
**↓26%**

Leakages of personal data, banking and trade secrets
**0** CASES

The amount of fraud prevented in 2022
**173.1** BN RUB

Effectiveness rate of the Sberbank fraud monitoring system (all customer service channels)
**99.3%**   THE WORLD'S BEST PERFORMANCE INDICATOR

## Client Fraud Protection and Anti-Fraud Activity

**SBERBANK'S ANTI-FRAUD SYSTEM IS AMONG THE WORLD'S BEST ONES IN TERMS OF EFFECTIVENESS:**

|  | 2016 | 2021 | 2022 | WORLD 2022 |
|---|---|---|---|---|
| Effectiveness (%) | 85.8 | 99 | 99.3 | 70 |
| Fraud Basis Points | 0.51 | 0.13 | 0.11 | 6.75 |

Key performance indicators of the Cybersecurity Department in fraud management in 2022:

- The fraud monitoring system analyzes 16 billion financial transactions and 20 billion non-financial operations per month. 100% of clients are protected in the fraud monitoring system

- The Customer Satisfaction Index for fraud monitoring processes was 93%, one of Sberbank's best indicators

- Previously implemented algorithms aimed at the protection of such customers groups as incapacitated, partially incapacitated, orphaned children, disabled people, etc. were improved in the fraud monitoring system

- Mobile network operators and a marketplace are already connected to the fraud monitoring system

In 2022, the anti-fraud system blocked 530,000 spoofing attempts on the part of foreign online stores, for a total of over RUB 550 million. There was a dramatic increase in the number of cases when bank cards stolen by hackers on various e-commerce platforms and publicly exposed. In total, around 6.5 million with of Sberbank client cards were found to be compromised, with aggregate balances of RUB 34 billion. These cards were put on a special watch list so that the need for their re-issuance was excluded.

Sberbank has developed and now uses over 300 various AI models for effective fraud management and client protection.

The key cyberfraud management tool is the Cyberfraud Management Ecosystem, Sberbank's anti-fraud platform combined with similar platforms deployed by telecom operators. The platform processes up to 14,000 operations per second. Another cyberfraud management tool is a set of cybersecurity services in SberBank Online. Sberbank is the leader in the number of such services in online banking. In 2022, the respective section on the main screen of SberBank Online and the training section for Sberbank clients were radically redesigned, security tips when confirming risky operations were implemented, and categories of fraudulent calls to indicate at the time of filing a complaint were added.

## Personal Data Protection

SASB FN-CB-230a.2, GRI 418-1

Sberbank also has in place the **Confidentiality Policy**. This document sets forth general principles for data processing in the Bank. In 2022, the following indicators were achieved in the personal data processing and protection area:

 The number of customer inquiries related to the processing of their personal data was reduced by 18%.

 All projects and corporate events under the auspices of Sberbank were held in full accordance with the requirements of personal data protection laws.

Sberbank's best practices are included in the Big Data Association's White Book, a collection of examples or responsible data treatment. The Bank publishes the quarterly Sber Privacy Journal, Russia's first periodical dedicated to matters of personal data and privacy.

## Sber Employees Training in Cybersecurity

In 2022, Sberbank employees were targeted with over 1,500 phishing letters and over 200,000 malicious emails. All phishing letters and malicious emails were detected and blocked in a timely fashion. The cybercriminals' goal is to gain access to the company infrastructure via an employee. That is why the high level of cybersecurity culture among employees is of critical importance.

The Cybersecurity Department integrates the cybersecurity culture into Sberbank's corporate culture and works consistently to build the cybersecurity culture as a combination of elements that lay the foundation for efficient dissemination of knowledge and for the training of a habit to be guided by cybersecurity rules in the employees' everyday lives.

To train employees, Sberbank uses dedicated courses (the "Cybersecurity Agent", "Beware of Phishing!", etc.) and various information materials (newsletters, quick reference sheets, video-clips, articles) that touch upon various aspects of cybersecurity and apply to all employees (over 250,000). Once hired, each employee receives training in cybersecurity, the "Cybersecurity Agent" course. Besides, Sberbank conducts phishing cyber drills for employees by sending letters that imitate malicious phishing letters to employees' corporate email addresses.

In 2022, the Bank launched a new educational project called "Cybersecurity Highlights": these are regular email newsletters for all employees that cover the most pressing cybersecurity issues. In addition, with a view to improve the privacy culture among employees, in 2022, the Bank launched a training course called "Basics of Personal Data Management" that covers a wide range of expertise related to statutory and internal banking regulation of personal data processing at all life cycle stages, from collection to destruction.

# Compliance with International Standards



As evidenced by an external independent audit performed in 2022, Sberbank once again confirmed that its acquiring and issuance processes are compliant with the requirements of the international PCI DSS standard. Sberbank conducts regular assessments of compliance with the Bank of Russia requirements in the area of data protection; such assessments show that Sberbank is fully compliant with the regulator's requirements. In addition, Sberbank holds encryption licenses from FSB of Russia and confidential information technical protection licenses from FSTEC of Russia.

# Educational Projects for the General Public

The most reliable protection against cybercriminals is knowledge and that is why Sberbank continuously improves the clients' cyber literacy level, trying to make such training comprehensible, efficient and interesting for everyone.



In 2022, Sberbank launched the Cyberarium, the first and the most detailed knowledge library aimed at increasing the cybersecurity of Russian citizens. The goal of this portal is to raise the level of private individuals' knowledge and practical skills in the area of cybersecurity. As of the end of 2022, the Cyberarium comprises more than 150 materials in such sections as "Useful Information", "Investigations and Analytics", "Tips and Recommendations", "Training", "Cybersecurity Services" Training, information and analytical materials are provided in various categories, including young people, families, retirees, businessmen, and cybersecurity experts.

The Security section of the SberBank Online app is a hub for the development of a range of services aimed at client training, enabling flexible control of security settings of their financial instruments, online interaction with Sberbank on cyberfraud issues, as well as preventive detection of potential risks threatening their money. In 2022, almost 50 million clients used the cybersecurity services available in the SberBank Online app.

The Security section features the following training channels:

- "See Through the Trick", where people can learn about existing fraudulent schemes and how to be protected from them. This app contains training materials about fraud schemes and how avoid being hooked by cybercriminals.

- "Beware of Fraudsters!", with weekly publications describing the freshest fraud schemes and explanations how to stay protected from them. In terms of outreach, the "Beware of Fraudsters!" channel ranks the fourth among all SberBank Online app channels.

- "Nothing Personal", containing over 40 educational articles and materials with recommendations on personal data protection.

Moreover, in 2022, Sberbank provided users with the opportunity to train their knowledge on a simulator enabled by the Salute virtual assistants and to obtain information about popular tricks used by cybercriminals and lifehacks on how to protect their money and data. The simulators are available on the Salute surfaces, in the SberBank Online mobile app, on Sberbank website, and in the Zvuk (Sound) app.

**To improve the privacy culture of our clients and Russian citizens, a wide range of personal data protection literacy activities were implemented in 2022.**

### Training events

Together with the Central Bank, the Ministry of Finance and Russia's leading universities, dozens of training events were delivered that covered 24 million people (including disadvantaged groups such as secondary school students (over 1,250 schools) and elderly people).

### Student training

As part of the 2nd International Financial Security Context, training in the basics of secure storage and transfer of one's personal data was given to more than 150 students from 12 CIS and BRICS countries.

### SberBank Privacy

Sberbank website features a promo page called SberBank Privacy, where visitors can learn in layman's terms how Sberbank processes and protects personal data of its clients.

# Sustainable Supply Chain

GRI 3-3, 204-1

The Bank builds a responsible procurement system and cooperates with suppliers who comply with sustainable development principles. Sberbank's responsible approach to interaction with suppliers is set out in the **Code of Corporate Social Responsibility in Procurement Activities.**

The Code establishes the Bank's principles in procurement, i.e. transparency, compliance with laws, professionalism, mutual respect, and plan management. The Code also regulates such sustainable development matters as HSE, anti-corruption, conflict of interest and ethical standards.

→  For more information, see the **"Business Ethics, Compliance and Anti-Corruption"**

Sber endeavors to cooperate with those suppliers who have an irreproachable business reputation, operate in accordance with ESG requirements, care for the health and safety of their employees, demonstrate care for the environment and act to high standards of business ethics and honest partnership. For these purposes, the Bank signs a Corporate Social Responsibility Supplement with all its suppliers.

Sberbank has in place the Methodology for Assessment of Financial Stability of Partner Companies and the Procurement Regulation developed in accordance with Federal Law dated 18/07/2011 No. 223-FZ (223-03) "On Procurement of Goods, Works, and Services by Certain Types of Legal Entities". Similar procurement regulations are adopted in other Sber Group companies.

Apart from building a sustainable supply chain of its own, Sber also promotes development of interconnections on the market generally. Some of the Group companies offer businesses the services of posting product and procurement offerings on marketplaces and on the electronic trading platform that maintains the register of qualified suppliers and is approved as the state and municipal procurement platform by the Federal Antimonopoly Service and the Ministry of Economic Development of the Russian Federation.

Sber prefers local suppliers whose share of procurement volumes did not decrease year-on-year.

## Small and Medium Business Support

Sberbank promotes the sustainable supply chain principles by supporting small and medium businesses by offering special financing conditions and providing finance for new business opening. To this end, the Bank implements the following programs (without limitation):

- The SME support program in accordance with Resolution of the Government of the Russian Federation No. 1764

- The agricultural producers support program in accordance with Resolution of the Government of the Russian Federation No. 1528

- The Moscow City's startup business support program

- The "Bank and Government-Sponsored Business Support Measures" project won the Stolypin Award for Economics and Finance in the Small and Medium Business Support During Economic Recovery category.

# Tax Strategy

As responsible taxpayers, Sber Group companies fully comply with the tax laws of their countries of operations, and never use any tax evasion schemes.

No significant changes were made to Sber's continuing tax policy in 2022.

Sberbank has in place the automated Tax Risk Management System that operates as part of the wider Risk and Capital Management System and is linked to the Internal Control System. The Bank endeavors to raise employees' awareness of potential tax risks and continuously controls how action is taken with regard to such risks. Tax-related information of Sber Group companies is disclosed in the financial statements and certified by an independent external auditor.

Sberbank applies the tax monitoring regime as the tax control method. For this purpose, the Bank has in place a special digital portal that contains all information required by tax authorities and inspecting officers. Sberbank participates in Federal Tax Service's pilot projects inasmuch as they relate to direct integration of data delivery systems and creation of unified tax records.

**Sberbank cooperates with several government authorities and non-governmental organizations in matters of taxation and national tax system development, in particular, with:**

- The Federal Tax Service
- The Ministry of Finance of the Russian Federation
- The State Duma Committee on Budget and Taxes
- The Chamber of Commerce and Industry of the Russian Federation
- The Russian Union of Industrialists and Entrepreneurs
- The Association of Banks of Russia

Since 1 July 2022, Sberbank has participated in the Federal Tax Service's pilot project aimed at the implementation of the automated simplified taxation system (AUSN) wherein tax obligations are calculated at the tax authority level on the basis of data on transactions of tax-paying Bank clients, so that the latter do not need to prepare or file tax returns.

In addition to its own tax policy, Sberbank cares about the convenience of its clients' tax payments. The Bank offers its clients easy-to-use automated services that allow them to streamline the multistage procedure of interaction with tax authorities. Such services are provided through the "Online Tax Payment" option that allows clients to pay their taxes via SberBank Online, both in the web version and in the mobile app. Another way to use SberBank Online is to pay taxes in accordance with the "self-employed" tax regime via the "My Business" service.

Furthermore, Sberbank is involved in the project aimed to provide private individuals with a fast-track tax benefit service whereby clients may claim property tax benefits on real estate purchases, mortgage interest purchases, and allowance deductions without the need to file tax returns or documentary evidence (Sber itself will file this information with tax authorities).

# Government and Industry Relations

GRI 2-28

The Bank endeavors to interact proactively with government authorities, responding not only to formalized legislative changes drafted by competent government authorities, but also to any emerging legislative tendencies that become visible already at the discussion and amendment drafting stage. The Bank will also be bring forward its proposals on regulatory framework improvements at the initiative formulation stage (before the regulatory act is formalized) which, if they go through, will enable the Bank to implement the goals set out in the Bank Development Strategy in a more efficient manner, while at the same time promoting development of the financial market generally.

Sberbank has in place an advisory body, the Task Force on Legislative Improvements and Provision of a Favorable Environment for Bank Strategy Implementation (hereinafter, the GR Task Force). The GR Task Force is a forum for the formulation of the Bank's consolidated position on any regulatory initiatives and bills that bear regulatory risks.

To make sure that it stays proactive in its government relations, the Bank approves the annual Regulatory Initiatives Plan (hereinafter, the Plan). The Plan activities underpin promotion of the Bank's interests in key areas of regulation, and helps the Bank to build effective communications with government authorities and the business community on matters of regulatory initiatives. In 2022, 150 projects were included in the Regulatory Initiatives Plan (the number of such projects more than doubled since the first Plan was approved in 2014: 2014, 61 initiatives; 2015, 102 initiatives; 2016, 144 initiatives; 2017, 129 initiatives; 2018, 144 initiatives; 2019, 155 initiatives; 2020, 176 initiatives; 2021, 179 initiatives).

On the "reactive" GR track, regulatory monitoring of draft regulations originated by various government authorities (100+ projects) continued throughout 2022, whereby such draft regulations were reviewed by relevant Bank units. Such reviews were followed by the GR Task Force discussions, with the resulting consolidated position then communicated to the government authorities; the resulting projects were supported through all regulatory process stages until adoption, with a view to minimize any negative impact on the Bank/Group business.

## Involvement in Advisory Bodies and Thematic Expert Groups

Most notable interactions in the area of law-making activity were with the State Duma of the Russian Federation, the Government of the Russian Federation, the Bank of Russia, the Ministry of Finance, the Ministry of Labor, the Ministry of Economic Development, the Ministry of Digital Development, the Pension Fund of Russia, DomRF (the Residential Mortgage Lending Agency), etc. To make sure that the Bank's consolidated position is heard by the regulator and the state, action was taken to make sure that Bank/Group representatives get involved in discussions of draft laws and regulations that are critical in terms of risk, including involvement in expert, advisory councils, working groups, and meetings.

In 2022, Association Russia became a highly active forum for, among other things, social initiatives in the sphere of banking service customer rights protection, with the Bank's active involvement: these included full loan cost regulation, installment regulation, prohibition of fees on bank-to-bank transfers of private individuals, prohibition on differentiation of deposits, institution of a special social deposit and account, and many others.

Another vector of high activity in the reporting period was interaction with the Forum Analytical Center, aimed at the elimination of obsolete and redundant requirements in the Bank of Russia regulations. For example, the Task Force on optimization of regulatory burden on financial market participants, to which the Bank contributed, developed initiatives in the spheres of reporting, investment, insurance, payment services, etc.



# Climate
## Agenda

Climate Agenda Management                          223

Climate Risks and Opportunities                    224

Carbon Footprint Methodology and Calculations      226

Climate Strategy                                   228



SBER   CLIMATE AGENDA

## Sberbank's 2022 key results

Reduction in Scope 1 emissions compared to 2019

**21** %

Reduction in Scope 2 emissions compared to 2019

**18** %

Share of renewable energy in total electricity consumption

**8** %

- Sber participated in Russia's first carbon auction
- Stress tests of physical climate risks until 2040 were completed
- EcoZAI library was developed to evaluate the carbon footprint of ML model training

## Sber's approach to the climate agenda

### ESG Policy principle

- Sber takes care of the environment

### ESG Policy action line

II. Develop climate-related risk and opportunity management practices

### Internal regulatory documents

- Climate Strategy 2023
- Methodology for Calculating Direct and Indirect Greenhouse Gas Emissions from Sberbank Activities as CO₂ Equivalents (Scopes 1, 2 and 3)
- Sber Group Standard of Emission Accounting and Quantification
- ESG Risk Management Policy
- Risk and Capital Management Strategy

### UN Sustainable Development Goals




### ESG Policy targets

7. Develop a strategy for the effective management of climate risks and opportunities
8. Implement a plan for the assessment, reduction and offsetting of greenhouse gas emissions, including carbon footprint of the portfolio
9. Create an effective climate change risk management system
10. Support clients with the development of a climate risk and opportunity management system
11. Provide financial products and services to facilitate the low-carbon transition, adapt to climate change and implement innovative technologies and projects
12. Assist with the establishment of a climate risk management and climate change adaptation system at the national and international level

### Material topics

- Climate Agenda
- Contribution to green and low-carbon development

---

GRI 3-3

Climate change is one of the biggest sustainability challenges, and Sber aspires to contribute to addressing it across the board.

Sber has pledged to achieve carbon neutrality under Scopes 1 and 2 by 2030.

The Bank has also developed and implemented its approach to analyzing climate risks and opportunities with a big emphasis on the loan portfolio. Sber experts are involved in the creation of a national low-carbon development strategy, while its top executives participate in events of international scale.

In 2021 Sber approved its Climate Strategy 2023, which describes climate risk and opportunity management approaches and GHG emission reduction targets and activities. In 2022 Sber pushed ahead with the endeavor by updating its internal calculation protocols, improving climate expertise in Sber Group companies, taking steps to bring down GHG emissions, and participating in GRI initiatives.

# Climate Agenda Management

The Climate Strategy commits to paper Sber's approach to the climate agenda, including a multi-tier management system that involves the Supervisory Board, the Executive Board, the ESG Committees, various blocks and business units.

→ See the Climate Agenda Management Model at Sber of Sber Impact Report for 2021

→ Climate issues were reviewed at Supervisory Board, Executive Board and ESG Committee meetings on Sber's ESG agenda held in 2022 (see more in "ESG Transformation Strategy and Management System")



**Strategic level**
- Defining strategic priorities and goals in the field of climate
- Approving internal normative and strategic documents on the topic of climate
- Managing ESG risks, including climate risks

**Governance level**
- Overseeing Climate Strategy implementation
- Approving internal normative and strategic documents on the topic of climate

**Operational level**
- Formulating recommendations for superior governance bodies on the Climate Strategy
- Quantifying the carbon footprint
- Coordinating the Climate Strategy activities, monitoring and reporting

**Line level**
- Carrying out Climate Strategy activities
- Providing data and information

**SUPERVISORY BOARD**

STRATEGIC PLANNING AND SUSTAINABLE DEVELOPMENT COMMITTEE

RISK MANAGEMENT COMMITTEE

**EXECUTIVE BOARD**

FIRST DEPUTY CHAIRMAN OF THE EXECUTIVE BOARD

RISK COMMITTEE

**ESG COMMITTEE[1]**

ESG DIRECTORATE

THE RISKS BLOCK

THE SERVICES BLOCK

**OTHER UNITS AND REGIONAL BANKS**

1  ESG Committee is an advisory body comprised of Executive Board members, heads of Sberbank functional blocks and regional banks. The Committee reports to the First Deputy Chairman of the Executive Board

# Climate Risks and Opportunities

As part of its integrated risk management, Sber systematically identifies and evaluates climate risks and analyzes opportunities to adapt its business to the changing climate.

Sber is guided in its approach to climate risks and opportunities by the recommendations of the Task Force on Climate-related Financial Disclosures (TCFD), Bank of Russia recommendations, and other Russian Federation laws and regulations.

## Climate risk identification, assessment and management procedure

In line with the ESG Risk Management Policy, climate risks fall into the environmental risk category and manifest themselves as dangerous weather events and environmental changes, as well as changes in behavioral models and socio-economic relationships caused by climate changes. The Group identifies two main types of climate risks: physical and transitional.¹ Sber considers climate risks on a short-term (1–5 years), medium-term (5–10 years), and long-term (10–30 years) horizon.

The Group's risk management procedure helps identify factors that have an effect on credit risks, risks of current and developing regulation, technology, legal, market and reputational risks, liquidity risks, operational risks, as well as acute and chronic physical risks. The identified risks are then assessed by their financial and strategic significance, which is determined by the scale of consequences and risk materialization time. If risk management requires changes in the Bank's credit and investment processes and products, such risks are recognized as substantial. They are considered on a case-by-case basis by the ESG Committee and the Credit Committee.

A management and mitigation system is developed for each of the substantial risks. Risks that are recognized as strategic are discussed at the top level, during Supervisory Board sessions.

Climate risks at the transaction and client level are assessed using ESG risk assessment tools (see more in "Responsible Finance and Non-Financial ESG Products"). Additionally, the Bank's portfolio carbon intensity is regularly evaluated and reported to the top management. Physical and transitional climate risks are analyzed for all major transactions as part of environmental due diligence.

> In 2022 Sber developed a model for assessing the impact of acute and chronic physical climate risks (including wildfires, floods, dangerous weather events, permafrost degradation), as well as a model for assessing the economic effect of the implementation of specific risk events on the territory of the Russian Federation.

## Climate stress tests

Sberbank stress tests its loan portfolio, which covers transitional as well as physical climate risks. To this end, a comprehensive scenario has been developed for stress testing transitional risks at the level of the national economy, sectors, and the Bank's portfolio using the International Energy Agency's Net Zero by 2050 baseline scenario and the European Commission's additional scenarios within the framework of the EU Green Deal². For regular stress testing procedures, scenarios are also used, refined on the basis of model assessments.

Sberbank's scenario of stress testing transitional climate risks for the economy and sectors is also factored in the Strategy of Long-Term Development of the Russian Federation with Low Greenhouse Gas Emissions until 2050.

Furthermore, in 2021, two stress tests of physical climate risks were conducted, taking into account the impact of key corporate clients on the horizon until 2035 and on the retail portfolio until 2030. The baseline scenario of the stress test was informed by the Network for Greening the Financial System scenario for climate risks in the financial industry and considered the impact of physical climate risks on industry, infrastructure, and macroeconomic parameters. Additions to the baseline scenario included macroeconomic and regional effects for the Russian Federation.

In 2022 Sber stress tested physical climate risks and was able to assess the loan portfolio losses from climate risk materialization until 2040 in the framework of the IPCC baseline scenarios.

SASB FN-CB-550a.2

> **Leveraging AI to forecast physical climate risks**
>
> Sber is building its own models to predict physical climate risks. The Bank takes advantage of artificial intelligence to ensure higher-quality forecasting, more granular predictions and more efficient management of these risks at the regional level.
>
> The models help forecast the probability of natural disasters and changes in the average temperature based on various climate scenarios. The models are also instrumental in assessing the economic effect of climate risks on the Gross Domestic Product and economic agents.

---

¹ See the definition of physical and transitional climate risks of Sber Impact Report for 2021

² See more of Sber Impact Report for 2021



## Significate climate risks for Sber

The risks of changes in domestic and international regulations are the most significant for Sber. These transitional risks affect the short- and medium-term credit risk, too.

In 2022, in order to assess the industry structure of portfolio climate risks, Sberbank carried out a re-calculation of the carbon intensity of financing based on industry-average benchmarks.

## Sber's climate opportunities

The global energy transition and the national low-carbon development strategy present certain opportunities for Sber, the most important of which are as follows:

- Expand the service range in responsible finance[1]:
  - Increase the issuance of green, adaptation and ESG loans
  - Prepare and place green, adaptation and climate bonds
  - Advise clients on responsible finance strategy and instruments, participate in the placement of bonds by clients
- Contribute to the development of the carbon trading system
- Participate in the trade in green certificates (renewable energy certificates)
- Support offset projects aimed at carbon ($CO_2$) sequestration
- Facilitate the development and deployment of decarbonization technologies

### EcoZAI open source library development

Sberbank's AI Laboratory and the Artificial Intelligence Research Institute (AIRI) are developing the EcoZAI library. The library is designed to help assess carbon footprint based on the energy consumed to train machine learning models. It allows the use of regional GHG emission factors calculated based on consumed energy.

The assumption is that monitoring energy consumption over time will help researchers estimate the amount of parameters needed for the operation of models, streamline their architectures as much as possible and implement more optimal and energy efficient models.

### Research on the climate agenda

The "Sustainable Development Workshop" project publishes materials on climate strategies in various sectors of the economy, as well as the impact of EU cross-border carbon regulation on Russian exporters.

1  For more information, please see "Responsible Finance and Non-Financial ESG Products"

SBER  CLIMATE AGENDA > CARBON FOOTPRINT METHODOLOGY AND CALCULATIONS

# Carbon Footprint Methodology and Calculations

GRI 305-1, 305-2, 305-3, 305-4

**Sber's climate strategy and carbon footprint reduction activities are based on GHG emission quantification.**

To this end, Sber has developed a Methodology for Calculating Direct and Indirect Greenhouse Gas Emissions for Sber Group. The Methodology is informed by international methodologies, such as the GHG Protocol, ISO 14 064, the IPCC Guidelines for National Greenhouse Gas Inventories, as well as Orders No. 371 dated 27 May 2022 and No. 330 dated 29 June 2017 of the Ministry of Natural Resources and Environment of the Russian Federation. In addition, calculations of Scope 1 and 2 carbon footprint are verified by an independent third party.

In 2022 the amount of GHG directly emitted by Sberbank (Scope 1) was 106.5 t $CO_2$-eq, which was 21% (28.5 thousand t $CO_2$-eq) lower compared to 2019.

The amount of indirect energy emissions (Scope 2) was also below the 2019 level by 18% (95.0 thousand t $CO_2$-eq) to 422.7 thousand t $CO_2$-eq.

GHG emission rates were 0.51 t $CO_2$-eq per employee under Scope 1, and 2.01 t $CO_2$-eq per employee under Scope 2.

## Amount of Scope 1, 2 and 3 GHG emissions by Sberbank of Russia, t $CO_2$-eq

| SCOPE | EMISSION SOURCE / CATEGORY | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| Scope 1[1],[2],▲ | Emissions from fuel combustion in mobile sources | 60,913 | 56,664 | 56,249 | 53,691 |
| | Emissions from fuel combustion in stationary sources | 74,143 | 64,577 | 56,997 | 52,839 |
| | Total | 135,055 | 121,241 | 113,247 | 106,530 |
| Scope 2[2],▲ | Emissions from heating energy consumption | 192,545 | 167,042 | 165,973 | 150,160 |
| | Emissions from electric power consumption | 325,126 | 296,655 | 235,026 | 272,514 |
| | Total | 517,671 | 463,698 | 400,999 | 422,674 |
| Scope 3 | GHG emissions from employee commuting from home and back▲ | 95,062 | 92,840 | 88,236 | 83,268 |
| | GHG emissions from power consumption at leased real estate[5] | - | 136,947 | 136,042 | 134,067 |
| | GHG emissions related to waste generated in operations | 31,884 | 31,709 | 31,482 | 31,001 |

1. Scope 1 emissions were calculated in accordance with IPCC guidelines; the greenhouse gases included in the calculation are $CO_2$, $CH_4$, and $N_2O$. Biogenic $CO_2$ emissions are insubstantial.
2. Scope 1 emissions were also calculated in accordance with Order No. 371 dated 27 May 2022 of the Ministry of Natural Resources and Environment of the Russian Federation; the calculated greenhouse gas is $CO_2$. The value for 2022 was 103,793 t $CO_2$-eq
3. Scope 2 emissions were calculated by applying indirect energy GHG emission factors calculated using data on fuel consumption in energy and heat generation as well as regional coefficients; the calculated greenhouse gas is $CO_2$.
4. The calculation coefficient (393 kg $CO_2$-eq) was derived from a survey among the Bank's employees on their commuting from home and back
5. Data for 2019 are unavailable in the accounting systems
▲ Indicators were verified within the Sberbank, PJSC boundaries

## Sberbank of Russia GHG emission rates, t $CO_2$-eq per employee

| SCOPE | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Scope 1 | 0.56 | 0.52 | 0.51 | 0.51 |
| Scope 2 | 2.15 | 1.97 | 1.80 | 2.01 |
| Scopes 1, 2 | 2.71 | 2.49 | 2.30 | 2.51 |

## Amount of Scope 1, 2 and 3 GHG emissions by Sber Group companies, t $CO_2$-eq [1]

| SCOPE | EMISSION SOURCE / CATEGORY | 2021 | 2022 |
|---|---|---|---|
| Scope 1[1],[3] | Emissions from fuel combustion in mobile sources | 6,275 | 14,205 |
| | Emissions from fuel combustion in stationary sources | 7,086 | 7,418 |
| | **Total** | 13,360 | 21,623 |
| Scope 2[2] | Emissions from heating energy consumption | 1,832 | 1,444 |
| | Emissions from electric power consumption | 2,397 | 1,646 |
| | **Total** | 4,229 | 3,090 |
| Scope 3 | GHG emissions from employee commuting from home and back[5] | 2,712 | 4,666 |
| | GHG emissions from power consumption at leased real estate | 37,406 | 32,192 |

## Amount of Scope 1, 2 and 3 GHG emissions by Sber Group companies, t $CO_2$-eq

| SCOPE | EMISSION SOURCE / CATEGORY | 2021 | 2022 |
|---|---|---|---|
| Scope 1[1],[3] | Emissions from fuel combustion in mobile sources | 62,524 | 67,896 |
| | Emissions from fuel combustion in stationary sources | 64,083 | 60,257 |
| | **Total** | 126,607 | 128,153 |
| Scope 2[2] | Emissions from heating energy consumption | 167,805 | 151,604 |
| | Emissions from electric power consumption | 237,423 | 274,160 |
| | **Total** | 405,228 | 425,764 |
| Scope 3 | GHG emissions from employee commuting from home and back[5] | 90,948 | 87,933 |
| | GHG emissions from power consumption at leased real estate | 173,448 | 166,259 |

1. Data on Sber Group companies are disclosed for 2 years due to changes in the perimeter of the Group and the lack of retrospective data
2. Scope 1 emissions were calculated in accordance with IPCC guidelines; the greenhouse gases included in the calculation are $CO_2$, $CH_4$ and $N_2O$. Biogenic $CO_2$ emissions are insubstantial
3. Scope 1 emissions were also calculated in accordance with Order No. 371 dated 27 May 2022 of the Ministry of Natural Resources and Environment of the Russian Federation; the calculated greenhouse gas is $CO_2$. The value for 2022 was for Sber Group companies—20,846, for Sber Group—124,741 t $CO_2$-eq
4. Scope 2 emissions were calculated by applying indirect energy GHG emission factors calculated using data on fuel consumption in energy and heat generation as well as regional coefficients; the calculated greenhouse gas is $CO_2$.
5. The calculation coefficient (289 kg $CO_2$-eq) was derived from a survey among the Bank's employees on their commuting from home and back
▲ Indicators were verified within the Sberbank, PJSC boundaries

# Climate Strategy

Sber's Climate Strategy is built upon current climate trends and the wider context, carbon footprint assessment, and existing climate risks and opportunities. The Group takes into account international standards and follows best practices.

The Climate Strategy was developed in accordance with (banking) industry and cross-industry standards, guidelines, recommendations, and relevant ESG ratings. Its main sources are documents created under the initiatives of UNEP FI, Net-Zero Banking Alliance, CDP, and TCFD.

Sber regularly monitors the effectiveness of its efforts to achieve the goals declared in the Climate Strategy. A Group-wide system of direct and indirect GHG quantification has been established to assess the status of the climate agenda.

## Sber's climate goals

As part of the Climate Strategy, Sber establishes metrics to track the Group's progress in combating climate change and adapting to its consequences. The main performance indicator is the volume of Scopes 1, 2 and 3 GHG emissions in CO₂ equivalent.

**Accordingly, the Climate Strategy sets the following goals:**

- Achieve Scope 1 and 2 carbon neutrality by 2030
- Reduce Scope 1 direct GHG emissions by 5% by 2023 (vs the 2019 baseline)
- Reduce Scope 2 indirect GHG emissions by 15% by 2023 (vs the 2019 baseline)

## Results of climate action in 2022

In keeping with its commitment to achieve the Scope 1 and 2 net zero goal, Sber is consistently reducing its energy consumption.

Sber's new facilities use appliances of a high energy efficiency class (at least class A) and implement LEED and BREEAM green building standards. The existing facilities are being fitted with the automated system "Andoremad," which allows to automatically manage the modes of the engineering systems based on microclimate parameters, accounting data for energy resources, facilities' working modes and other data, leading to decreased energy consumption and therefore minimizing carbon footprint for the Group.

Green energy is supplied to 20 of the Bank's facilities via the wholesale electricity and capacity market, and it accounted for 8% of Sber bank's total energy consumption in 2022.

→ For more information please see "Energy Management"

# Participation in the creation of the national low-carbon development strategy

Sber is involved in the creation and implementation of the national low-carbon development strategy and is leading among Russian banks in advancing this agenda.

In 2022 Sber experts took part in the creation of a comprehensive development program for the Russian low-carbon hydrogen energy industry until 2050. Sber became a co-author of measures towards the financing of hydrogen projects and clusters.

Furthermore, Sber experts are members of an interdepartmental working group developing energy storage systems. Sber continued to participate in working groups implementing the Adaptation of Russia's Economy to the Global Energy Transition initiative throughout 2022, including groups for analytical and scientific support, regulatory measures, international policy, real and energy sector restructuring, hydrogen projects, adaptation to climate change, and green finance.

## Sakhalin experiment to reduce greenhouse gas emissions and a launch of a carbon market

The Sakhalin experiment, which includes the creation of a carbon trading system, is unique for Russia. Sber is actively involved in its development and implementation as part of a strategic cooperation agreement with the Sakhalin Region administration.

The development of the climate regulatory framework continued in 2022. In particular, Federal Law No. 34-FZ On the Conduct of an Experiment to Limit Greenhouse Gas Emissions in Certain Constituent Entities of the Russian Federation was adopted on 6 March 2022. Sber took an active part in formulating the norms underlying the law.

The first exchange transaction with carbon units was made as part of a pilot in September 2022. Two sale and purchase deals for 20 carbon units, 10 of which were bought by the Sber Group company, Sber tested the operability of the carbon trading infrastructure.

## Sber participated in the State Duma Committee on Energy as an expert

In 2022, Sber took part in the State Duma Committee on Energy. Within the framework of this direction, a report was formed on the topic: "Energy Restructuring: Key to Economy Decarbonization", which highlighted the main reasons for the global energy transition and decarbonization action lines. The results of the analysis and calculations were presented at the meeting of the Committee on the topic: "The main directions of the transition to environmentally friendly and resource-saving energy, the course for ESG".

## Sber's participation in the efforts to create an operational plan to implement the Strategy of Long-Term Development of the Russian Federation with Low Greenhouse Gas Emissions until 2050

In 2022 Sber took part in the creation of an operational plan to implement the Strategy of Long-Term Development of the Russian Federation with Low Greenhouse Gas Emissions until 2050 (hereinafter the Strategy).

Earlier, Sber experts had made a meaningful contribution to the Strategy development together with the National Economy Forecasting Institute of the Russian Academy of Sciences. A scenario created with account for the amount of investment needed to decarbonize Russia's economy was used in calculating the key macroeconomic parameters of the Strategy. Fulfilling the steps set in the target scenario will help transform the economy structurally and technologically and secure a sustainable development trajectory for the country.

An important element of the Strategy is an energy sector restructuring model, including a plan of action to promote energy connectivity of highway and railway transportation and the gas transport system.

# Environmental Aspects

Environmental Management — 231
Efficient Use of Resources — 232
Responsible Waste Management — 234
Energy Management — 236



# SBER ENVIRONMENTAL ASPECTS

## Sberbank's 2022 key results

Share of the waste generated sent for recycling

**31** %

Amount of green energy purchased

**~ 70** MN KWH

Number of trees planted

**> 400** THSD

Reduction in paper consumption since 2019

**59** %

Reduction in water consumption since 2019

**23** %

## Sber's approach to environmental agenda

### ESG Policy principle

- Sber takes care of the environment

### ESG Policy action line

i. Minimize the environmental impact

### Internal regulatory document

- Regulation of Environmental Management

### UN Sustainable Development Goals



### Material topics

- Environmental aspects
- Contribution to green and low-carbon development

### ESG Policy targets

1. Increase the effective use of materials, energy, and waste management

2. Ensure the compliance of Sber buildings and offices with green standards

3. Contribute to the distribution of high environmental standards among clients and partners

4. Finance green projects and the implementation of best available technologies

5. Contribute, including on the international level, to the development of innovative technologies aimed at improving the quality of the environment

6. Assist with the achievement of environmental protection goals at the national level.

## Achievements



**Green and Healthy Office 2022, an ecology campaign carried out by MBS company and information support from UNIDO Centre for International Industrial Cooperation in the Russian Federation**

Sber won in the Audience Choice category ("The Best Environmental and Social Project") and the Best Environmental Corporate Project ("Paperless Office")



**Green Award of Russian Environmental Operator**

Sber's project "Let's Save Forests Together!" won the prize in the Corporate Projects category for its contribution to promoting a conscious consumption model among the population



**Green Office Awards 2022, the national award for green construction and operation**

Sber's Community Center and adjacent office in Samara became the winners in the main nomination, the Best Green Office, and two special categories: The Best Eco-Friendly Design and Office / Building Design Solutions and the Best Office / Building for Employee Health



**Green office. Ecogreenoffice standard**

Sber's Community Center and adjacent office won the golden certificate of compliance with the standard

**Best Office Awards 2022**

Sber's Moscow head-office, at Kutuzovsky Prospekt, 32, won the Grand Prix of the Best Office Awards 2022, a national design award for business spaces and public interiors. Sber's office was also named the winner in the Comfort and Ergonomics nomination



# Environmental Management

**GRI 3-3**

Sber is committed to responsible management of its environmental footprint. To maintain its leadership position in the ESG area, the Group implements practices and takes steps to increase energy efficiency, improve the use of resources and responsible waste management.

Sber abides by the implemented Environmental Management Regulation. Its purpose is to regulate the planning and implementation of environmental protection measures and industrial environmental control.

Sberbank developed and implemented internal standards for organizing and conducting industrial environmental control, air protection and waste management at Sberbank facilities. Amendments were made to the internal waste management standard during the reporting year. The data collection approach of environmental indicators has not changed.

Sber takes efforts to prevent violations of environmental regulations in its operations and duly pays for negative environmental impact. No significant fines or non-financial sanctions were imposed on Sberbank by the environmental authorities in 2022.

## Indicators of compliance with environmental regulation

**GRI 2-27**

| INDICATOR | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Payments for negative environmental impact, RUB | 5,600,000 | 1,200,000 | 1,400,000 | 846,302[1] |
| Fines paid for non-compliance with environmental legislation, RUB | 0 | 0 | 43,643 | 20,000[2] |

1  Payments for negative environmental impact; for waste disposal (non-SMW) and air emissions from stationary sources
2  Penalty for non-compliance with the deadline for environmental reporting

# Efficient Use of Resources

Sber is focused on improving resource efficiency using the eco-sustainability of business processes and technologies, as well as dissemination of knowledge and skills of responsible use of resources among employees. The Group implements initiatives to reduce consumption of energy, water, paper and other materials.

## Paper consumption

Paper is one of the main materials commonly used by Sberbank in its day-to-day operations. Reducing paper consumption through digitization of processes and increasing their efficiency helps to lower paper purchases and prevent waste generation. Reduced paper consumption is feasible both environmentally and economically and achieved at Sber on a systemic basis.

Sber Group companies are implementing similar approaches to the paper consumption. The most common approach is the introduction of an electronic document management system in interactions with employees and counterparties, including suppliers and customers.

In addition to reducing paper consumption, the Bank consistently works to increase its recycling by installing separate waste collection bins and fostering a habit of waste separation among its employees.

Due to waste separation efforts, the percent of used paper sent for recycling significantly increased in the reporting period.

As a result of efforts taken, the paper consumption in Sber has fallen since 2019

BY **59** %

AND 24% SINCE 2021

[GRI 301-1]

### Actual paper consumption by Sberbank[4]

| INDICATOR | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| The amount of used A4 office paper, number of packs | 2,900,842 | 2,050,000 | 1,544,054 | 1,175,838 |
| Weight of used A4 office paper, kg[1] | 7,252,105 | 5,125,000 | 3,860,135 | 2,939,595 |

→ Detailed actual paper consumption statistics at Sber and Sberbank, see in Appendix "ESG Data Book: Ecology"[2]

### The amount of used paper sent for recycling by Sberbank, tons

| INDICATOR | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| The amount of used paper sent for recycling[4] | 3,698 | 1,160 | 1,410 | 1,990 |

4 Indicators were verified within the Sberbank, PJSC boundaries.
1 A calculation coefficient of the A4 paper pack weight is based on the average weight of 2.5 kg.
2 The indicator decreased in 2020 compared to 2019 due to a reduction in the amount of paper used

## Water management

Sber's main types of operations do not involve industrial use of water resources and significant impact on water bodies, however Sber implements practices aimed at minimizing water withdrawal and consumption as part of its resource efficiency policy.

Sber does not take water from water objects and in water-stress areas, as well as discharge wastewater into them.

**Sberbank's total water consumption decreased by 4% in 2022 vs. the previous reporting period and by 23% vs. 2019. In the reporting period, the activities aimed at responsible water resources management included:**

- use of metered water supply systems and water saving devices (aerators, batch mixers, infrared sensors, automatic mixers)

- automation of cold and hot water consumption metering

- regular inspections of the internal water supply system as part of integrated maintenance

### Sber's participation in the national campaign #BoomBattle

Sber became one of the participants of #BoomBattle, the Russia's largest wastepaper collection campaign. #BoomBattle is an all-Russian wastepaper collection competition organized as part of the Ecology National Project. The purpose of the campaign is to build environmental culture among Russians. During the competition, the Bank's employees and clients collected 375 tons of paper.

Sber has been organizing waste paper collection for several years: separate containers for cardboard and paper are located in the Bank's branches throughout the country, and the collected materials are delivered to certified contractors for recycling.

Sber proceeds with its tree planting initiative to restore green spaces. Sber's volunteers planted about 400 ths trees in 32 Russia's regions in 2022 in addition to 190 ths trees planted in 2021.

In line with sustainable practices, Sber equipped 5,300 of its branches with 90 ths eco-pens made from plastic cups collected in its own offices, and handed over 19 ths self-service terminals for recycling in the reporting year.

### Indicators of water management by Sberbank, m³

| | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Total water withdrawal (third party's water) | 3,047,722 | 2,457,327 | 2,435,381 | 2,345,597 |
| Wastewater volume | 3,047,722 | 2,457,327 | 2,435,381 | 2,345,597 |
| Water discharge to municipal sewerage systems | 3,047,722 | 2,457,327 | 2,435,381 | 2,345,597 |
| Total water consumption | 3,047,722 | 2,457,327 | 2,435,381 | 2,345,597 |

### Drinking water consumption by Sberbank, m³, the RUB

| | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| In physical terms, m³ | 2,759,204 | 2,199,550 | 2,146,903 | 2,120,014 |
| In monetary terms, thsd RUB | 103,582 | 83,743 | 89,890 | 88,840 |

### Sber held a series of environmental events in 15 Russia's cities on the Volga Day

The Tribute to Volga on Volga Day project became the main initiative among environmental events. It was organized to preserve the Volga River ecosystem. The project involved the study of the hydrochemical water parameters to assess the ecological condition of the river. Sber has been implementing this project for the second year.

To carry out a more comprehensive study of hydrochemical parameters of Volga water, the number of samples in 2022, according to the requests the scientific community, increased to 30. The measures were taken to identify potential sources of water pollutants and the impact of various factors on the quality of Volga water.

In addition, the Bank's volunteers collected 50 tons of debris along the 15 cities' Volga river coastlines and released 17 thousand prime fish juveniles to the Volga water zone to preserve biodiversity and maintain ecological health of the river.

# Responsible Waste Management

Sber improves the efficiency of resource use, increases the separate waste collection, re-use and recycling as part of responsible waste management.

Sber took steps in 2022 to reduce the solid municipal waste (SMW) generation per employee in administrative buildings equipped with its own SMW accumulation site. For this purpose, the facilities were transferred to commercial waste calculation based on actual waste generation.

**Waste separation activities were also enhanced, while systemic efforts to reduce waste generation and promote waste separation continued:**

- expansion of the separate waste collection practices in offices, collection of plastic, used electric accumulators and batteries
- centralized purchase of containers for separately collected waste in offices
- pilot initiative for the compaction of separately collected waste (paper and polymers)
- replacement of fluorescent lamps with energy-saving ones

- introduction of electronic document management system
- installation of stationary filters for water treatment, discontinue the purchases of bottled water, use of returnable containers when purchasing water for coolers
- donation of used equipment for re-use
- purchase of reusable dishware and rejection of disposable

The Group continues to engage in educational work in the field of responsible waste management and communicate with employees on the importance of waste separation and its rules.

↓13%

Sberbank has been able to decrease its waste generation as a result of the taken initiatives in 2022

**Dynamics of waste generation at Sber and Sberbank,** tons

GRI 306-3





| | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Sber | 53,033 | 51,896 | 51,464 | 49,392 |
| Sberbank | 52,115 | 51,131 | 50,604 | 43,895 |

○ Sber  ● Sberbank

## Breakdown of waste generation by hazard classes and types at Sberbank,▲ tons

| HAZARD CATEGORY/WASTE TYPE | HAZARD CLASS | 2021 | 2022 |
|---|---|---|---|
| Total weight of generated waste, tons | | 50,604 | 43,895 |
| Total weight of generated hazardous waste | 1, 2, 3 | 145 | 53 |
| Mercury lamps | 1 | 14 | 5 |
| Electrical accumulators | 2 | 83 | 40 |
| Office equipment waste, hazard class 3 | 3 | 40 | – |
| Other hazardous waste | 1, 2, 3 | 8 | 8 |
| Total weight of low-hazardous waste generated | 4, 5 | 50,459 | 43,842 |
| Office equipment waste, hazard class 4 | 4 | 2,203 | 1,604 |
| Waste generated in the process of collection and treatment of wastewater and water from circulating water supply systems | 4 | 12 | 8 |
| Rubber and plastic waste | 4, 5 | 339 | 335 |
| Self-service terminals | 4 | 1,102 | 934 |
| ATMs | 4 | 4,774 | 4,533 |
| Paper | 5 | 1,409 | 1,990 |
| Solid municipal waste and other waste for disposal | 5 | 37,320 | 30,397 |
| Other low-hazardous waste | 4, 5 | 3,300 | 3,841 |

▲ Indicators were verified within the Sberbank, PJSC boundaries

GRI 306-4, 306-5

Sber engages third parties that hold appropriate licenses and permits for the disposal, neutralization and recycling of the generated waste.

The percent of separately collected waste sent for recycling reached 31% at Sberbank in 2022, which exceeds the established target.

## Waste management at Sberbank,▲ tons

| | Waste sent for disposal | Waste sent for recycling and neutralization |
|---|---|---|
| 2019 | 41,793 | 10,323 |
| 2020 | 37,626 | 13,506 |
| 2021 | 35,627 | 14,978 |
| 2022 | 30,397 | 13,498 |

● Waste sent for disposal   ● Waste sent for recycling and neutralization

→ Detailed Waste Management statistics by type, hazard class, and treatment methods at Sber and Sberbank, see in Appendix "ESG Data Book: Ecology"

## Percent of separate waste collection at Sberbank, %

| | 2020 | 2021 | 2022 |
|---|---|---|---|
| Percent of separate waste collection | 26% | 30% | 31% |

**Sber became the general partner of the annual environmental competition Clean Games**

Clean Games are the annual team competition to clean green areas using a mobile app. Its participants compete for the fastest waste collection and separation. Sber became the general partner of the All-Russian Cleanliness Autumn Cup in the reporting year, organized by Clean Games. The competition was held in 80 Russian cities and towns. More than 1,000 Sber's volunteers took part in the event in Moscow, St. Petersburg, Kazan, Stavropol, Khabarovsk, Chelyabinsk and other cities, and collected 15 tons of waste.

# Energy Management

In the reporting period no significant changes were made to the energy management approach, and in order to systematize this activity, the development of the Energy Policy was launched.

Sberbank implements measures to improve energy efficiency: introduces tools for automatically shutdown devices, installs motion sensors, replaces lighting lamps with energy-efficient light sources, and improves heat insulation.

> The total fuel and energy consumption at Sberbank decreased by 14% during the period from 2019 to 2022 due to the implementation of the energy management system.

## Energy Consumption at Sberbank, TJ

GRI 302-1, 302-2

| 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|
| 7,920,485 | 7,276,955 | 7,158,232 | 6,783,624 |

## Fuel and energy consumption[1] at Sberbank[A]

| ENERGY/FUEL TYPE | IN PHYSICAL TERMS | | | | IN MONETARY TERMS, this RUB VAT included | | | |
|---|---|---|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2022 | 2019 | 2020 | 2021 | 2022 |
| **On real estate properties owned by Sberbank[2]** | | | | | | | | |
| Electric power (purchased), kWh | 930,094,470 | 900,754,042 | 900,810,969 | 877,232,278 | 5,435,634 | 5,288,982 | 5,662,127 | 5,616,686 |
| Thermal power (purchased), Gcal | 618,970 | 543,224 | 542,442 | 498,287 | 1,266,781 | 1,162,121 | 1,216,280 | 1,175,611 |
| Diesel fuel, l | 14,026,013 | 13,346,483 | 10,979,051 | 10,486,611 | 637,154 | 640,474 | 540,538 | 557,343 |
| Gasoline, l | 3,305,424 | 1,713,859 | 1,419,619 | 1,280,708 | 146,609 | 78,350 | 59,651 | 63,921 |
| Natural gas, m³ | 14,702,890 | 12,755,637 | 12,778,389 | 11,502,492 | 112,071 | 89,062 | 94,928 | 90,266 |
| Coal, tons | 626 | 365 | 82 | 23 | 3,268 | 2,097 | 817 | 234 |
| Wood, m³ | 2,194 | 1,379 | 823 | 633 | 2,194 | 2,303 | 1,556 | 1,801 |
| Kerosene, l | 44,300 | 54,475 | 42,030 | 32,926 | 3,263 | 2,983 | 2,080 | 2,634 |
| **By corporate motor vehicles** | | | | | | | | |
| Diesel fuel, l | 19,793,241 | 18,949,224 | 18,606,134 | 17,750,623 | 876,258 | 903,439 | 881,046 | 904,363 |
| Gasoline, l | 2,990,206 | 2,149,816 | 2,374,953 | 2,277,806 | 131,174 | 102,830 | 117,502 | 114,731 |

→ Detailed fuel and energy consumption statistics at Sber and Sberbank, see in Appendix "ESG Data Book: Ecology"

Sber continues to pursue activities in several areas to reduce its carbon footprint and increase the percent of green energy in its energy balance:

- reducing the balance of electricity consumption in natural terms
- using its own generated energy by renewable sources
- replacement of fluorescent lamps with energy-saving lamps
- using the free bilateral contract mechanism in the wholesale electricity and power market with renewable energy generators

The energy management system at two of the Bank's facilities were audited in the reporting year. A certificate for compliance with energy management system was issued for compliance with GOST R ISO 50001:2012 standard.

> Thanks to all these efforts, the percent of renewables in Sberbank's total energy consumption amounted to 8% in 2022, 29 sites were supplied by green energy through the wholesale electricity and power market.

A Indicators were verified within the Sberbank, PJSC boundaries
1 Due to lack of generation capabilities, Sberbank does not use steam and cooling energy.
2 Sberbank does not collect fuel and energy consumption data at leased real estate properties

# Appendices

ESG Data Book: Ecology — 238

ESG Data Book: Personnel — 242

Compliance with the UNEP Finance
Initiative Principles for Responsible Banking — 248

GRI Indicator Table — 260

SASB Indicator Table — 265

Compliance with the TCFD Recommendations — 266

Compliance with the UN Global Compact Principles — 267

Contribution to the Achievement of the UN Sustainable Development Goals — 268

Independent Practitioner's Assurance Report — 272

Glossary — 273

Abbreviations — 274



SBER

# ESG Data Book: Ecology

## Paper consumption

`GRI 301-1`

### Actual paper consumption at Sberbank *

| INDICATOR | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Copy paper used, A4 packs | 2,900,842 | 2,050,000 | 1,544,054 | 1,175,838 |
| Weight of used A4 packs, t | 7,252 | 5,125 | 3,860 | 2,940 |
| Waste paper sent to recycling, t | 3,698 | 1,160 | 1,410 | 1,090 |

### Actual paper consumption at Sber

| INDICATOR | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Copy paper used, A4 packs | 2,968,304 | 2,086,361 | 1,591,524 | 1,249,654 |
| Weight of used A4 packs, t | 7,421 | 5,216 | 3,979 | 3,125 |
| Waste paper sent to recycling, t | 3,873 | 1,301 | 1,516 | 2,542 |

## Use of water resources

`GRI 303-3, 303-4, 303-5`

### Indicators of use of water resources at Sberbank, $m^3$

| INDICATOR | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Total water intake (involving third-party organizations) | 3,047,722 | 2,457,327 | 2,435,381 | 2,345,597 |
| Waste water produced | 3,047,722 | 2,457,327 | 2,435,381 | 2,345,597 |
| Wastewater disposed to municipal sewerage systems | 3,047,722 | 2,457,327 | 2,435,381 | 2,345,597 |
| Total water consumption | 3,047,722 | 2,457,327 | 2,435,381 | 2,345,597 |
| ★    including drinking water | 2,759,204 | 2,199,550 | 2,146,903 | 2,120,014 |

★  Indicators were verified within the Sberbank, PJSC boundaries

# Waste management

GRI 306-3, 306-4, 306-5

## Waste generation and treatment structure of Sberbank[A],[1]

| WASTE HAZARD CLASS | WASTE GENERATED | | | | WASTE SENT FOR DISPOSAL | | | | WASTE SENT FOR RECYCLING AND DECONTAMINATION | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2022 | 2019 | 2020 | 2021 | 2022 | 2019 | 2020 | 2021 | 2022 |
| Hazardous waste (Classes I, II, and III) | 536 | 71 | 145 | 53 | 0 | 0 | 0 | 0 | 536 | 71 | 145 | 53 |
| • Hazard class I | 44 | 18 | 13 | 5 | 0 | 0 | 0 | 0 | 44 | 18 | 13 | 5 |
| • Hazard class II | 64 | 21 | 84 | 40 | 0 | 0 | 0 | 0 | 64 | 21 | 84 | 40 |
| • Hazard class III | 428 | 32 | 48 | 8 | 0 | 0 | 0 | 0 | 428 | 32 | 48 | 8 |
| Low-hazard waste (Classes IV and V) | 51,579 | 51,060 | 50,459 | 43,842 | 41,793 | 37,626 | 35,627 | 30,397 | 9,787 | 13,435 | 14,833 | 13,445 |
| • Hazard class IV | 32,388 | 35,678 | 34,730 | 34,915 | 27,019 | 23,754 | 24,930 | 24,537 | 5,369 | 11,924 | 9,803 | 10,378 |
| • Hazard class V | 19,191 | 15,382 | 15,729 | 8,927 | 14,774 | 13,872 | 10,697 | 5,860 | 4,418 | 1,511 | 5,030 | 3,067 |
| TOTAL | 52,115 | 51,131 | 50,604 | 43,895 | 41,793 | 37,626 | 35,627 | 30,397 | 10,323 | 13,506 | 14,978 | 13,498 |

## Waste generation and treatment structure of Sberbank,[1]

| WASTE HAZARD CLASS | WASTE GENERATED | | | | WASTE SENT FOR DISPOSAL | | | | WASTE SENT FOR RECYCLING AND DECONTAMINATION | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2022 | 2019 | 2020 | 2021 | 2022 | 2019 | 2020 | 2021 | 2022 |
| Hazardous waste (Classes I, II, and III) | 536 | 73 | 147 | 57 | 0 | 0 | 0 | 0 | 536 | 73 | 147 | 57 |
| • Hazard class I | 44 | 18 | 13 | 6 | 0 | 0 | 0 | 0 | 44 | 18 | 13 | 6 |
| • Hazard class II | 64 | 21 | 84 | 40 | 0 | 0 | 0 | 0 | 64 | 21 | 84 | 40 |
| • Hazard class III | 428 | 34 | 50 | 11 | 0 | 0 | 0 | 0 | 428 | 34 | 50 | 11 |
| Low-hazard waste (Classes IV and V) | 52,497 | 51,823 | 51,317 | 49,335 | 42,187 | 37,963 | 36,013 | 32,896 | 10,270 | 13,783 | 15,159 | 13,798 |
| • Hazard class IV | 32,960 | 36,164 | 35,241 | 36,419 | 27,393 | 24,042 | 25,271 | 25,100 | 5,527 | 12,077 | 9,899 | 10,472 |
| • Hazard class V | 19,537 | 15,659 | 16,076 | 12,916 | 14,794 | 13,921 | 10,742 | 7,796 | 4,743 | 1,706 | 5,260 | 3,326 |
| TOTAL | 53,033 | 51,896 | 51,464 | 49,392 | 42,187 | 37,963 | 36,013 | 32,902 | 10,806 | 13,856 | 15,306 | 13,855 |

A  Indicators were verified within the Sberbank, PJSC boundaries

1  It includes the amount of waste directed to the regional SMW operator and then sent for disposal, including to fuel and energy complexes. As regional SMW operators provide no information on the volume of such waste, it is calculated on the basis of the assumption that about 5% of waste is not directed to a landfill, but is transferred by regional operators for disposal.

# Energy management

GRI 302-1, 302-2

## Consumption of fuel and energy resources at Sberbank in kind[a]

| ENERGY / FUEL TYPE | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| **At the facilities** | | | | |
| Power (purchased), kWh | 930,094,470 | 900,754,042 | 900,810,969 | 877,232,278 |
| Thermal energy (purchased), Gcal | 618,970 | 543,224 | 542,442 | 498,287 |
| Diesel fuel, l | 14,026,013 | 13,346,483 | 10,979,051 | 10,486,611 |
| Gasoline, l | 3,305,404 | 1,713,859 | 1,419,619 | 1,280,708 |
| Natural gas, m³ | 14,702,890 | 12,755,637 | 12,778,389 | 11,502,492 |
| Coal, t | 626 | 365 | 82 | 23 |
| Woodfuel, m³ | 2,194 | 1,379 | 823 | 633 |
| Kerosene, l | 44,300 | 54,475 | 42,030 | 32,926 |
| **By corporate vehicles** | | | | |
| Diesel fuel, l | 19,793,241 | 18,949,224 | 18,606,134 | 17,750,623 |
| Gasoline, l | 2,990,206 | 2,149,816 | 2,374,953 | 2,277,806 |

## Consumption of fuel and energy resources at Sberbank in kind

| ENERGY / FUEL TYPE | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| **At the facilities** | | | | |
| Power (purchased), kWh | 936,396,340 | 906,491,284 | 908,889,416 | 885,237,094 |
| Thermal energy (purchased), Gcal | 625,310 | 548,914 | 549,597 | 504,386 |
| Diesel fuel, l | 14,096,678 | 13,366,579 | 11,059,673 | 10,596,611 |
| Gasoline, l | 3,305,424 | 1,713,859 | 1,419,619 | 1,280,708 |
| Natural gas, m³ | 18,252,926 | 16,202,777 | 16,464,354 | 15,333,433 |
| Coal, t | 626 | 365 | 82 | 23 |
| Woodfuel, m³ | 2,194 | 1,379 | 823 | 633 |
| Kerosene, l | 44,300 | 54,475 | 42,030 | 32,926 |
| **At the leased facilities** | | | | |
| Power, kWh | 7,656,078 | 7,867,962 | 9,163,077 | 27,294,122 |
| Thermal energy, Gcal | 5,844 | 8,182 | 961,541 | 84,652 |
| **By corporate vehicles** | | | | |
| gigajoule | 19,808,120 | 19,033,172 | 18,704,374 | 17,859,909 |
| Gasoline, l | 3,090,547 | 4,644,014 | 4,884,145 | 8,193,222 |

a  Indicators were verified within the Sberbank, PJSC boundaries

## Calculation of total energy consumption at Sberbank*, gigajoule

| ENERGY / FUEL TYPE | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Power | 3,346,340 | 3,242,715 | 3,242,919 | 3,158,036 |
| Thermal energy | 2,591,627 | 2,274,479 | 2,271,205 | 2,086,330 |
| Fuel from exhaustible sources (total) | 1,980,517 | 1,759,761 | 1,644,108 | 1,539,258 |
| ◆ Diesel fuel | 1,217,493 | 1,162,645 | 1,065,067 | 1,016,540 |
| ◆ Gasoline | 207,756 | 127,501 | 125,221 | 117,431 |
| ◆ Natural gas | 502,839 | 436,243 | 437,021 | 393,385 |
| ◆ Coal | 16,276 | 9,490 | 2,132 | 598 |
| ◆ Woodfuel | 34,226 | 21,512 | 12,839 | 9,872 |
| ◆ Kerosene | 1,927 | 2,370 | 1,828 | 1,432 |
| **Total energy consumption** | **7,920,485** | **7,276,955** | **7,158,232** | **6,783,624** |

## Calculation of total energy consumption at Sber, gigajoule

| ENERGY / FUEL TYPE | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Power | 3,398,589 | 3,291,693 | 3,304,989 | 3,285,112 |
| Thermal energy | 2,642,643 | 2,332,562 | 6,327,138 | 2,466,303 |
| Fuel from exhaustible sources (total) | 2,108,319 | 1,963,708 | 1,859,410 | 1,873,038 |
| ◆ Diesel fuel | 1,220,573 | 1,166,391 | 1,071,506 | 1,024,435 |
| ◆ Gasoline | 211,067 | 209,810 | 208,024 | 312,640 |
| ◆ Natural gas | 624,250 | 554,135 | 563,081 | 524,061 |
| ◆ Coal | 16,276 | 9,490 | 2,132 | 598 |
| ◆ Woodfuel | 34,226 | 21,512 | 12,839 | 9,872 |
| ◆ Kerosene | 1,927 | 2,370 | 1,828 | 1,432 |
| **Total energy consumption** | **8,149,551** | **7,587,963** | **11,491,537** | **7,624,453** |

◆ Indicators were verified within the Sberbank, PJSC boundaries

# ESG Data Book: Personnel

## Personnel structure

GRI 2-7

**Personnel structure by gender▲, people**

| Sberbank | | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| | Men | 70,867 | 72,391 | 73,835 | 71,431 |
| | Women | 169,716 | 162,680 | 149,616 | 139,230 |

**Personnel structure by age▲, people**

| Sberbank | | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| | Under 30 years | 74,189 | 66,424 | 50,057 | 48,898 |
| | 30–50 years | 147,233 | 149,587 | 150,318 | 141,203 |
| | 50+ years | 19,161 | 19,060 | 23,076 | 20,560 |

**Personnel structure by category▲**

| Sberbank | 2019 | | 2020 | | 2021 | | 2022 | |
|---|---|---|---|---|---|---|---|---|
| | people | % | people | % | people | % | people | % |
| Managers | 23,169 | 10 | 22,809 | 10 | 22,183 | 10 | 22,067 | 10 |
| Specialists | 217,414 | 90 | 212,262 | 90 | 201,268 | 90 | 188,594 | 90 |

GRI 405-1

**Number of managers at Sberbank by age and gender▲, %**

| | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| **By gender** | | | | |
| Men | 31% | 32% | 33% | 34% |
| Women | 69% | 68% | 67% | 66% |
| **By age** | | | | |
| Under 30 years | 15% | 12% | 5% | 6% |
| 30–50 years | 77% | 79% | 83% | 83% |
| 50+ years | 8% | 9% | 12% | 11% |

▲  Indicators were verified within the Sberbank, PJSC boundaries

GRI 405-1

## Number of Sberbank specialists by age and gender¹, %

|  | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| **By gender** | | | | |
| Men | 29% | 31% | 33% | 34% |
| Women | 71% | 69% | 67% | 66% |
| **By age** | | | | |
| Under 30 years | 33% | 30% | 24% | 25% |
| 30–50 years | 60% | 62% | 66% | 65% |
| 50+ years | 8% | 8% | 10% | 10% |

GRI 2-7

## Structure of employees with open-term employment contracts¹, persons

|  |  | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| Sberbank | Men | 64,099 | 66,257 | 68,353 | 66,654 |
|  | Women | 135,019 | 131,782 | 121,195 | 114,584 |
|  | Total | 199,118 | 198,039 | 189,548 | 181,238 |

## Structure of employees with fixed-term employment contracts¹, persons

|  |  | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| Sberbank | Men | 6,786 | 6,134 | 5,504 | 4,777 |
|  | Women | 34,697 | 30,898 | 28,447 | 24,646 |
|  | Total | 41,465 | 37,032 | 33,951 | 29,423 |

1 Indicators were verified within the Sberbank, PJSC boundaries

## Structure of employees with civil law contracts[1], people

|          | 2019 | 2020 | 2021 | 2022 |
|----------|------|------|------|------|
| Sberbank | 847  | 991  | 656  | 322  |

## Structure of full-time employees[1], people

|          |       | 2019    | 2020    | 2021    | 2022    |
|----------|-------|---------|---------|---------|---------|
| Sberbank | Men   | 70,447  | 72,002  | 73,265  | 71,019  |
|          | Women | 168,838 | 162,016 | 148,964 | 138,418 |
|          | Total | 239,285 | 234,018 | 222,211 | 209,437 |

## Structure of part-time employees[1], people

|          |       | 2019  | 2020  | 2021  | 2022  |
|----------|-------|-------|-------|-------|-------|
| Sberbank | Men   | 420   | 389   | 572   | 412   |
|          | Women | 878   | 664   | 711   | 812   |
|          | Total | 1,298 | 1,053 | 1,283 | 1,224 |

# New employees

## Number of employees hired by Sberbank[1], persons

GRI 401-1

|          | 2019   | 2020   | 2021   | 2022   |
|----------|--------|--------|--------|--------|
| Sberbank | 42,276 | 35,030 | 46,692 | 33,582 |

## New employees by gender[1], persons

|          |       | 2019   | 2020   | 2021   | 2022   |
|----------|-------|--------|--------|--------|--------|
| Sberbank | Men   | 15,335 | 13,488 | 18,442 | 13,285 |
|          | Women | 26,943 | 21,542 | 28,250 | 20,297 |

## New employees by age[1], persons

|          |               | 2019   | 2020   | 2021   | 2022   |
|----------|---------------|--------|--------|--------|--------|
| Sberbank | Under 30 years| 27,927 | 22,950 | 25,670 | 19,088 |
|          | 30–50 years   | 13,668 | 11,553 | 20,019 | 13,790 |
|          | 50+ years     | 683    | 527    | 1,003  | 704    |

## Hirings turnover at Sberbank in 2022[1], %

|                  | TOTAL | MEN   | WOMEN | UNDER 30 YEARS | 30-50 YEARS | 50+ YEARS |
|------------------|-------|-------|-------|----------------|-------------|-----------|
| Hirings turnover | 15.9% | 18.5% | 14.5% | 39.0%          | 9.8%        | 3.4%      |

[1] Indicators were verified within the Sberbank_PJSC boundaries

# Employee turnover

GRI 401-1

## Dismissed employees by gender*, people

| | | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| Sberbank | Men | 9,118 | 8,023 | 11,727 | 11,771 |
| | Women | 16,214 | 14,840 | 21,853 | 16,679 |

## Dismissed employees by age*, people

| | | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| Sberbank | Under 30 years | 14,996 | 11,458 | 13,593 | 11,873 |
| | 30–50 years | 11,529 | 10,556 | 18,642 | 15,526 |
| | 50+ years | 807 | 849 | 1,345 | 1,051 |

## Employee turnover*, %

| | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Sberbank | 11.3% | 9.7% | 15.0% | 13.5% |
| Group | 13.9% | 13.4% | 20.7% | 16.5% |

## Dismissals turnover at Sberbank in 2022*, %

| | TOTAL | MEN | WOMEN | UNDER 30 YEARS | 30–50 YEARS | 50+ YEARS |
|---|---|---|---|---|---|---|
| Dismissed turnover | 13.5% | 16.5% | 12.0% | 24.3% | 11.0% | 5.1% |

# Training and development

GRI 404-1

## Average number of training hours per employee by gender*, hours

| | | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| Sberbank | Average number of training hours for each male employee per year | 62.4 | 86.6 | 52.5 | 52.4 |
| | Average number of training hours for each female employees per year | 21.9 | 24.1 | 78.1 | 37.7 |
| Group | Average number of training hours for each male employee per year | 66.3 | 84.5 | 69.9 | 60.2 |
| | Average number of training hours for each female employee per year | 60.7 | 83.3 | 23.8 | 38.5 |
| | Average number of training hours for each female employee per year | 69.9 | 71.5 | 142 | 47.5 |
| | Average number of training hours for each employee per year | 62.8 | 71.4 | 59.6 | 42.6 |

## Average number of hours of training per employee by category*, hours

| | | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| Sberbank | Average number of training hours for each manager per year | 156.2 | 191.6 | 138.4 | 80.6 |
| | Average number of training hours for each specialist per year | 56.7 | 72.8 | 62.3 | 38.2 |
| Group | Average number of training hours for each manager per year | 146.2 | 175.1 | 125.8 | 93.1 |
| | Average number of training hours for each specialist per year | 54.9 | 66.7 | 58.2 | 40.7 |

▲ Indicators were verified within the Sberbank, PJSC boundaries

GRI 2-8

## Average number of hours of training per employee by age, Sberbank¹, hours

|  | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| **Sberbank** | | | | |
| Under 30 years | 68.1 | 73.1 | 64.9 | 39.9 |
| 30–50 years | 5.7 | 89.4 | 70.8 | 44.9 |
| 50+ years | 516.9 | 87.2 | 78.4 | 33.8 |

## Number of employees that regularly underwent the performance assessment and received support in their career development by gender, people

|  | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| **Sberbank** | | | | |
| Men | 46,554 | 44,717 | 50,933 | 35,839 |
| Women | 267,099 | 244,449 | 246,913 | 173,459 |

## Number of employees that regularly underwent the performance assessment and received support in their career development by category, people

|  | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| **Sberbank** | | | | |
| Managers | 87,959 | 84,831 | 91,227 | 64,192 |
| Specialists | 225,694 | 204,335 | 206,219 | 145,106 |

## Involvement

### Employee involvement level, %

|  | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| **Sberbank¹** | **75%** | – | **78%** | – |
| **BY GENDER** | | | | |
| Women | 75% | – | 79% | – |
| Men | 75% | – | 77% | – |
| **BY AGE** | | | | |
| 18–30 years | 72% | – | 75% | – |
| 30–50 years | 75% | – | 80% | – |
| 50+ years | 78% | – | 80% | – |

1  The involvement survey is conducted every two years at Sberbank.

▲  Indicator were verified within the Sberbank, PJSC boundaries

SBER  APPENDICES › ESG DATA BOOK: PERSONNEL

# Labor compensation

GRI 405-2

## Average annual compensation and salary gap at Sberbank

| | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| **Median salary, RUB** | 62,969 | 63,959 | 73,404 | 81,364 |
| Managers | 118,082 | 118,530 | 136,364 | 150,371 |
| Specialists | 58,835 | 59,896 | 67,519 | 75,334 |
| Average compensation per employee, RUB | 104,478 | 109,159 | 131,842 | 139,524 |
| Managers | 219,016 | 226,671 | 288,641 | 285,231 |
| Specialists | 86,161 | 89,608 | 106,485 | 115,359 |
| **The ratio of the average compensation of women to the average compensation of men, in total** | 0.51 | 0.49 | 0.47 | 0.48 |
| Top management level | 0.83 | 0.85 | 0.85 | 0.76 |
| Managers | 0.45 | 0.42 | 0.39 | 0.41 |
| Specialists | 0.57 | 0.56 | 0.53 | 0.53 |
| **Ratio of women's average salary to men's average salary, in total** | 0.50 | 0.48 | 0.47 | 0.46 |
| Top management level | 0.89 | 0.89 | 0.86 | 0.83 |
| Managers | 0.48 | 0.44 | 0.41 | 0.40 |
| Specialists | 0.52 | 0.50 | 0.49 | 0.48 |

| | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| **Ratio of women's average bonus to men's average bonus, in total** | 0.51 | 0.51 | 0.48 | 0.55 |
| Top management level | 0.81 | 0.83 | 0.85 | 0.78 |
| Managers | 0.43 | 0.39 | 0.37 | 0.42 |
| Specialists | 0.66 | 0.69 | 0.63 | 0.72 |
| **Average salary gap between men and women, in total, %** | 44 | 46 | 47 | 52 |
| Top management level | 17 | 15 | 15 | 24 |
| Managers | 55 | 58 | 61 | 59 |
| Specialists | 43 | 44 | 47 | 47 |

⊘ SBER   APPENDICES > COMPLIANCE WITH THE UNEP FINANCE INITIATIVE PRINCIPLES FOR RESPONSIBLE BANKING

# Compliance with the UNEP Finance Initiative Principles for Responsible Banking

## PRINCIPLE 1: ALIGNMENT

We will align our business strategy to be consistent with and contribute to individuals' needs and society's goals, as expressed in the Sustainable Development Goals, the Paris Climate Agreement and relevant national and regional frameworks.

### BUSINESS MODEL

**Question**

Describe (high-level) your bank's business model, including the main customer segments served, types of products and services provided, the main sectors and types of activities across the main geographies in which your bank operates or provides products and services. Please also quantify the information by disclosing e.g. the distribution of your bank's portfolio (%) in terms of geographies, segments (i.e. by balance sheet off balance sheet or by disclosing the number of customers and clients served.

| Response | Links and references |
|---|---|
| Sber is introducing an integrated business model that aims to ensure a positive social and environmental impact alongside with high financial performance.<br><br>Traditionally, Sber acts as a financial bank, investor and lender, playing a significant role in the financial industry. The large-scale technological transformation and growth of the segment of non-financial products and services provided by Sber resulted in shaping the financial and technological area of development of Sber Group.<br><br>With branches in almost all Russian regions, Sberbank provides services to more than 3 million corporate and 106 million retail clients and is a backbone institution of the Russian economy. Sber Group also includes subsidiaries, branches and representative offices in other countries. | • Management report<br>• ESG transformation strategy and management system |

For more information on major customer segments, types of provided services, main industries and activities, please see the "Review of Results" section of the Management Report

### STRATEGY ALIGNMENT

**Does your corporate strategy identify and reflect sustainability as strategic priority/ies for your bank?**

✓ Yes

☐ No

Please describe how your bank has aligned and/or is planning to align its strategy to be consistent with the Sustainable Development Goals (SDGs), the Paris Climate Agreement, and relevant national and regional frameworks.

**Does your bank also reference any of the following frameworks or sustainability regulatory reporting requirements in its strategic priorities or policies to implement them?**

✓ UN Guiding Principles on Business and Human Rights

✓ Major International Labour Organization Conventions

✓ UN Global Compact

☐ UN Declaration on the Rights of Indigenous Peoples

✓ Any applicable regulatory reporting requirements on environmental risk assessments, e.g. on climate risk—please specify which ones: Federal Law No. 7-03 (7-FZ), dated 10 January 2022, "On Environmental Protection"; Federal Law No. 296-03 (296-FZ), dated 2 July 2021, "On the Limitation of Greenhouse Gas Emissions"

☐ Any applicable regulatory reporting requirements on social risk assessments, e.g. on modern slavery—please specify which ones

☐ None of the above

| Response | Links and references |
|---|---|
| Sber's activities in the area of sustainable development rely on a multi-level architecture that links together the Company's ESG goals, objectives and principles. It encompasses all elements required to achieve Sber's goals and perform its obligations, and ensure the Company's long-term growth and development.<br><br>Having joined the UN Global Compact in 2021, Sberbank follows the principles of this initiative. In accordance with the best practices and requirements of international standards, to improve the efficiency of its contribution to the achievement of the SDGs, Sber identifies 13 priority goals that are most relevant to the Bank. Sber also seeks to improve its contribution to the achievement of each SDG from year to year. The priority SDGs are enshrined in the ESG and Sustainability Policy and were determined based on the analysis during its development in 2021.<br><br>Sber also complies with the provisions of the Paris Climate Agreement. The Bank's strategic goal is to achieve carbon neutrality under Scopes 1 and 2. To achieve this, the Group has provided for inter-by-step reduction of GHG emissions, with relevant measures described in detail in the Climate Strategy. Moreover, Sberbank stress tests its loan portfolio, which covers transitional as well as physical climate risks. | • ESG transformation strategy and management system<br>• Climate agenda<br>• Environmental aspects<br>• Care for employees<br>• Respect for human rights and financial inclusion<br>• Social, Environmental, Corporate Governance and Sustainable Development Policy<br>• Appendix "Contribution to the Achievement of the UN Sustainable Development Goals" |

For information about the contribution to the UN SDGs, please refer to the key beginning of each section of the ESG Report

# PRINCIPLE 2: IMPACT & TARGET SETTING

We will continuously increase our positive impacts while reducing the negative impacts on, and managing the risks to, people and environment resulting from our activities, products and services. To this end, we will set and publish targets where we can have the most significant impacts.

## 2.1 IMPACT ANALYSIS (KEY STEP 1)

### Question

Show that your bank has performed an impact analysis of its portfolio to identify its most significant impact areas and determine priority areas for targetsetting. The impact analysis shall be updated regularly and fulfil the following requirements/elements (a-d):

a. **Scope:** What is the scope of your bank's impact analysis? Please describe which parts of the bank's core business areas, products/services across the main geographies that the bank operates in have been considered in the impact analysis. Please also describe which areas have not yet been included, and why.

### Response

| Response | Links and references |
|---|---|
| As a backbone financial institution of the Russian economy, Sber is aware of the importance of analysing the most significant impacts of its products and services on society, the environment and economic development. Identifying the areas where the Bank can produce the greatest positive impact and reduce material negative impact is key to expanding the opportunities for the ESG transformation of the Russian economy. <br><br> To identify areas of the most significant impacts, Sberbank conducted an analysis using the updated Portfolio Impact Analysis Tool for Banks, designed under the lead of the UNEP Finance Initiative. The analysis took into account the country needs and the context of the main region of the Bank's activities– the Russian Federation, which accounts for about 100% of Sber's income. <br><br> In the reporting year, besides the corporate loan portfolio, credit and deposit retail portfolios were included in the analysis perimeter. The analysis covered the largest part of Sber's banking activities in terms of net income, including the two most significant areas: <br><br> • corporate business (lending to corporate customers) <br><br> • retail business (credit cards, consumer loans and overdraft, mortgage loans, current and savings accounts) <br><br> Year after year, Sberbank is improving its impact analysis practice with the view to expanding its assessment perimeter. | • Social, Environmental, Corporate Governance and Sustainable Development Policy <br><br> • ESG transformation strategy and management system <br><br> • Responsible finance and non-financial ESG products <br><br> • Management report |

### Question

b. **Portfolio composition:** Has your bank considered the composition of its portfolio (in %) in the analysis? Please provide proportional composition of your portfolio globally and per geographical scope

i. ... by sectors & industries for business, corporate and investment banking portfolios (i.e. sector exposure or industry breakdown in %), and/or

ii. ... by products & services and by types of customers for consumer and retail banking portfolios.

If your bank has taken another approach to determine the bank's scale of exposure, please elaborate, to show how you have considered where the bank's core business/major activities lie in terms of industries or sectors.

### Response

| Response | Links and references |
|---|---|
| **i.  Corporate business** <br><br> Sber has analysed the structure of its corporate loan portfolio to identify the industries and sectors of the economy in which the Bank provides the largest amount of financing. The analysis has been carried out in sufficient detail, taking into account the industries and types of borrowers' activities, in order to most efficiently track the various types of impacts caused by the corporate loan portfolio. To analyse these, Sber has used data on the outstanding principal debt as of December 31, 2022 as well as the NACE Economic Activities Classification according to consolidated and detailed codes. The total volume and share of the analyzed portfolio accounted for 96%, of which: <br><br> • **23%**—Property management <br> • **10%**—Wholesale and retail trade <br> • **10%**—Oil and natural gas extraction <br> • **6%**—Metallurgical production <br> • **6%**—Power production <br> • **5%**—Metal mining <br> • **5%**—Information and communications <br> • **5%**—Crop production, animal production, hunting and related activities <br> • **26%**—Other <br><br> **ii.  Retail business** <br><br> The retail business structure analysis has helped Sber to identify key products and categories of retail customers. To analyze the impacts of its retail business, Sberbank used the total amount of products and services of the credit and deposit portfolios, as well as the breakdown by age categories of customers: Youth (Children, Youth 14-17, 18-25), Middle age (Adults, Active age), Elderly. <br><br> The analysis included 100% of portfolios of the following products. <br><br> Loan portfolio (outstanding debt as of December 31, 2020) <br><br> • **59%**—Housing loans / mortgage loans <br> • **33%**—Consumer loans and overdraft <br> • **8%**—Credit cards <br><br> Deposit portfolio / balance as of December 31, 2020) <br><br> • **50%**—Savings accounts <br> • **27%**—Current accounts without payment services <br> • **23%**—Current account with payment services (cheques, debit cards) | • Management report |

**SBER**

---

## Question

d. For these (min. two) prioritized impact areas:
  • **Context measurement**: Has your bank identified which sectors & industries as well as types of customers financed or invested in are causing the strongest actual positive or negative impacts? Please describe how you assessed the performance of these.
  • **Performance measurement**: Has your bank identified which sectors & industries as well as types of customers financed or invested in are causing the strongest actual positive or negative impacts? Please describe how you assessed the performance of these.

In determining priority areas for target-setting among its areas of most significant impact, you should consider the bank's current performance levels, i.e. qualitative and/or quantitative indicators and/or proxies of the social, economic and environmental impacts resulting from the bank's activities and provision of products and services.

## Response

Sber has assessed which of the sectors and products have the most negative and positive impact on the prioritized areas by using the Portfolio Impact Analysis Tool for Banks.

**Climate Sustainability is positively impacted by the following corporate loan portfolio sectors:**
  • Wholesale and retail trade (10%)
  • Power production (6%)
  • Land transportation and transportation by pipeline (2%)
  • Other (3%)

**The negative impact is delivered largely by the following macro segments of the corporate portfolio:**
  • Property management (23%)
  • Wholesale and retail trade (10%)
  • Oil and natural gas extraction (10%)

**Finance are both positively and negatively influenced by the following products of the retail loan portfolio:**
  • Housing loans / mortgage loans (59%)
  • Consumer loans and overdraft (33%)
  • Credit cards (8%)

Products of the deposit portfolio of the retail business has only positive impacts on Finance.
The Bank considers at least 2 active financial products of different categories with the Bank[^2]. The indicator indicates the presence of products beyond the basic bank account and helps to assess the level of financial inclusion;

**To conduct the assessment within the Finance topic, Sber has chosen the following indicators:**
  • "Share of clients that have at least 2 active financial products of different categories with the Bank". The indicator indicates the presence of products beyond the basic bank account and helps to assess the level of financial inclusion;
  • "Share of clients actively using the online / mobile banking platform / tool." The indicator indirectly measures the presence or absence of digital skills that are associated with the level of financial well-being.

Sberbank collects and analyzes data from its portfolio in terms of Climate Sustainability, the impact indicators of which will be determined and assessed after the approval of the 2026 Climate Strategy in 2023.

## Links and references

  • ESG transformation strategy and management system
  • Climate agenda

---

2  Financial inclusion—a condition that allows all individuals, households, micro, small or medium-sized enterprises to access banking products and services through inclusive and efficient channels. Source: Guidance for banks Financial Inclusion and Financial Health Target Setting 2.0 || UNEP Finance Initiative, 2022. https://www.unepfi.org/industries/banking/guidance-on-financial-inclusion-and-financial-health-target-setting/ https://www.unepfi.org/industries/banking/guidance-on-financial-inclusion-and-financial-health-target-setting/

---

## Question

c. **Context**: What are the main challenges and priorities related to sustainable development in the main countries/regions in which your bank and/or your clients operate? Please describe how these have been considered, including what stakeholders you have engaged to help inform this element of the impact analysis.

## Response

To identify the most important national-specific topics, Sber has used the Portfolio Impact Analysis Tool for Banks. Furthermore, Sber has supplemented the existing scores of international organizations and agencies with relevant information from country-level strategic documents: Presidential Executive Order No. 474, dated 21 July 2020, "On the National Development Targets of the Russian Federation for the Period until 2030"; Presidential Executive Order No. 666, dated 4 November 2020, "On Reduction of Greenhouse Gas Emissions", and the 2017-2023 Financial Literacy Improvement Strategy of the Russian Federation approved by Government Executive Order No. 2039-p (2039-r) dated 25 September 2017.

In the reporting period, Sberbank interacted with stakeholders by analyzing their activities and determining their basic needs.

The main priorities for Russia have included Climate Sustainability, Availability and Access to Resources and Finance (including Finance), Personal Immunity, Health and Security, Infrastructure, Strong Institutions, Peace and Stability, Circular Economy. According to international resources, Means of Existence, Healthy Economy and Biodiversity and Healthy Ecosystems have not been identified as key areas, but they can also be prioritized in taking national strategic documents into account.

Areas that became priorities for the country were taken into account in the further analysis as the main areas for target setting.

## Links and references

  • Social, Environmental, Corporate Governance and Sustainable Development Policy
  • ESG transformation strategy and management system

---

## Question

Based on these first 3 elements of an impact analysis, what positive and negative impact areas has your bank identified? Which (at least two) significant impact areas did you prioritize to pursue your target setting strategy? Please disclose.

## Response

To analyze its corporate business, Sberbank has identified three areas/topics of positive and negative impact: "Availability and Access to Resources and Services", "Circular Economy", "Climate Sustainability", "Equality and Fairness" and "Climate Sustainability".

The topics chosen for the retail portfolio analysis include "Finance", "Equality and Fairness" and "Climate Sustainability".

For further target setting, two areas have been prioritized:
  • Climate Sustainability, since this area is nationally significant and is an object of the negative impacts from the key sectors of Sber's corporate portfolio. This area is negatively influenced by 95% of the portfolio, including such important industries and Property Management (23%), Wholesale and Retail Trade (10%), Oil and Natural Gas Extraction (10%).
  • "Availability and Access to Resources and Services" (Finance), as the Finance topic has been recommended by the UNEP FI for analyzing the retail portfolio impacts. It is noteworthy that Finance includes financial **well-being** and **financial inclusion**.

These areas better meet the criteria of relevance by portfolio share and country need and are important to our stakeholders.

## Links and references

  • Responsible Finance and non-financial ESG products

---

1  Financial well-being—a condition that allows individuals, households, micro, small or medium-sized enterprises to safely manage their current financial obligations and be confident in their financial future. It includes four elements: Financial management in order to meet short-term needs, the ability to endure financial shocks, the ability to achieve goals, and a sense of security and control over finances. Source: Guidance for banks Financial Inclusion and Financial Health Target Setting 2.0 || UNEP Finance Initiative, 2022. https://www.unepfi.org/industries/banking/guidance-on-financial-inclusion-and-financial-health-target-setting/

## Self-assessment summary

**Which of the following components of impact analysis has your bank completed, in order to identify the areas in which your bank has as most significant (potential positive and negative) impacts?**

**Scope:**
- ☑ Yes
- ☐ In progress
- ☐ No

**Portfolio composition:**
- ☑ Yes
- ☐ In progress
- ☐ No

**Context:**
- ☑ Yes
- ☐ In progress
- ☐ No

**Performance measurement**
- ☑ Yes
- ☐ In progress
- ☐ No

**Which most significant impact areas have have you identified for your bank, as a result of the impact analysis?**

Climate Sustainability and Finance

**How recent is the data used for and disclosed in the impact analysis?**

- ☑ Up to 6 months prior to publication
- ☐ Up to 12 months prior to publication
- ☐ Up to 18 months prior to publication
- ☐ Longer than 18 months prior to publication

Open text box to describe potential problems, aspects not covered above, etc (optional).

---

### 2.2 TARGET SETTING (KEY STEP 2)

**Question**

Show that your bank has set and published a minimum of two targets which address at least two different areas of most significant impact that you identified in your impact analysis.

The targets have to be Specific, Measurable (qualitative or quantitative), Achievable, Relevant and Time-bound (SMART).

a. **Alignment:** which international, regional or national policy frameworks to align your bank's portfolio with have you identified as relevant? Show that the selected indicators and targets are linked to and drive alignment with and greater contribution to appropriate Sustainable Development Goals, the goals of the Paris Agreement, and other relevant international, national or regional frameworks.

---

**Response**

In 2023, Sberbank plans to update its Climate Strategy, estimate the baseline for the selected impact indicators in Climate Sustainability and set targets. In the development of goals and objectives in this area, Sberbank focuses on national and international priorities outlined by the provisions of the Paris Climate Agreement, as well as national documents such as Presidential Executive Order No. 666, dated 4 November 2020, "On Reduction of Greenhouse Gas Emissions"; Federal Law No. 296-FZ, dated 2 July 2021, "On Limitation of Greenhouse Gas Emissions"; 2050 Social and Economic Development with Low GHG Emissions Strategy of the Russian Federation approved by Government Executive Order No. 3052-r (3052-r), dated 29 October 2021.

For target setting in Finance, Sber has taken into account the 2017-2023 Financial Literacy Improvement Strategy of the Russian Federation approved by Government Executive Order No. 2039-p (2039-r) dated 25 September 2017, as a national strategic document.

Moreover, Sber contributes to the achievement of the UN SDGs by implementing special programs and projects for sustainable development of funded activities. The information on Sber's contribution to the achievement of the UN SDGs is disclosed in the ESG Report.

**Question**

b. **Baseline:** Have you determined a baseline for selected indicators and assessed the current level of alignment? Please disclose the indicators used as well as the year of the baseline.

**Response**

When assessing the baseline of impact indicators for the two most significant areas and topics of impact identified, Sber takes into account the needs and context of the country, as well as the indicators recommended by the UNEP FI.

For Climate Sustainability, the baseline impact will be defined after the approval of the updated Climate Strategy in 2023.

For Finance, the baseline impact values have been established for 2021 (see the table below).

| Impact area | Code | Response |
|---|---|---|
| Finance | C.4.1 | 90 million clients (86%) |
| | B.2.2 | 76 million clients (76%) |
| Climate sustainability | C.3.3 | The baseline impact will be defined in the next reporting period. |

**Question**

c. **SMART targets** (incl. key performance indicators (KPIs)): Please disclose the targets for your first and your second area of most significant impact, if already in place (as well as further impact areas, if in place). Which KPIs are you using to monitor progress towards reaching the target?

**Response**

Sberbank plans to set SMART targets to reduce negative and increase positive impacts in two priority areas/topics—Climate Sustainability and Finance. Moreover, it will report on progress towards its targets on an annual basis starting from 2025.

**Links and references**
- Climate agenda
- Appendix "Contribution to the Achievement of the UN Sustainable Development Goals"

**Links and references**
- ESG transformation strategy and management system
- Climate agenda

**Links and references**
- Responsible finance and non-financial ESG products

| Question | |
|---|---|
| **d. Action plan:** which actions including milestones have you defined to meet the set targets? | |
| Please also show that your bank has analysed and acknowledged significant (potential) indirect impacts of the set targets within the impact area or on other impact areas and that it has set out relevant actions to avoid, mitigate, or compensate potential negative impacts. | |

| Response | Links and references |
|---|---|
| Sberbank is currently setting SMART targets and developing an action plan to achieve them under the new ESG Strategy. The results will be disclosed in the next reports of the Bank. | • Climate agenda<br>• Responsible finance and non-financial ESG products |
| However, the Bank intends to continue working in priority areas/topics to achieve its strategic objectives by implementing the current plans below. | |

For more information, please see Principle 2 (clause 2.3).

**CLIMATE SUSTAINABILITY**

**Customer engagement**

- Sber continues to develop the Scope 3 GHG emissions calculation methodology based on the methodology for calculating carbon footprint from funded activities enshrined in the Global GHG Accounting & Reporting Standard for Financial Industry, developed by the Partnership for the Global Accounting Finances (PCAF). The detailed analysis of the Bank's portfolio carbon footprint will form the basis for the goals of the new Climate Strategy 2026 regarding Scope 3.

- Sber is developing an internal showcase of ESG data of legal entities that will store all available ESG indicators, including ESG ratings, outcomes of ESG risk assessments, details of sustainable loan products, borrower ESG news, ESG-related violations of the environment protection law, labor law or other branches of law, etc. The data collected will be used in the lending process for automated assessment and monitoring of ESG risks, as well as for the development of our responsible finance portfolio.

**Internal policies and processes**

- Sber plans to achieve Scope 1 and 2 carbon neutrality by 2030. In 2023, the Bank will approve the updated Climate Strategy until 2026.

- In 2023, Sber will continue working on an industry tool for ESG risk assessment in the credit process (ESG Handbook), which will allow the Bank to better manage specific industry risks, the parameters of which include greenhouse gas emissions and climate change.

- In addition, the Bank will continue to implement: customer differentiation based on ESG risks; the customer base categories will depend on the level of environmental risk, including climate factors, and conditions will be adjusted depending on the compliance of customers with environmental requirements.

---

| Informational work and partnership | |
|---|---|
| • Sber promotes the development of low-carbon hydrogen energy in Russia. Together with the Ministry of Energy of Russia, under the Comprehensive Program for the Low-Carbon Hydrogen Energy Development, Sber will prepare a report on the measures necessary to finance hydrogen production. | |
| • The Bank plans to develop its practice of interaction with Russian regions as part of assisting them in the ESG transformation from the preparation of a strategic plan to providing specific consultations at each stage of the ESG strategy implementation. | |

## Self-assessment summary

Which of the following target setting components in accordance with the PRB requirements your bank has already assessed or is assessing for the...

**... first area of most significant impact: Climate Sustainability**

| Alignment | Baseline | SMART targets | Action plan |
|---|---|---|---|
| ☑ Yes | ☐ Yes | ☐ Yes | ☐ Yes |
| ☐ In progress | ☑ In progress | ☑ In progress | ☑ In progress |
| ☐ No | ☐ No | ☐ No | ☐ No |

**... second area of most significant impact: Finance**

| Alignment | Baseline | SMART targets | Action plan |
|---|---|---|---|
| ☑ Yes | ☐ Yes | ☐ Yes | ☐ Yes |
| ☐ In progress | ☑ In progress | ☑ In progress | ☑ In progress |
| ☐ No | ☐ No | ☐ No | ☐ No |

APPENDICES > COMPLIANCE WITH THE UNEP FINANCE INITIATIVE PRINCIPLES FOR RESPONSIBLE BANKING

## 2.3 TARGET IMPLEMENTATION AND MONITORING (KEY STEP 2)

**Question**

**For each target separately:**

Show that your bank has implemented the actions it had previously defined to meet the set target.

Report on your bank's progress since the last report towards achieving each of the set targets and the impact your progress resulted in, using the indicators and KPIs to monitor progress you have defined under 2.2.

**Or, in case of changes to implementation plans (relevant for 2nd and subsequent reports only):** describe the potential changes (changes to priority impact areas, changes to indicators, acceleration/review of targets, introduction of new milestones or revisions of action plans) and explain why those changes have become necessary.

| Response | Links and references |
| --- | --- |
| The key initiatives implemented by Sber and the results achieved in Climate Sustainability in 2022 are presented below.<br><br>**Portfolio composition and financial services**<br><br>• Green and adaptational credits, including funding for renewable energy, sustainable mobility and sustainable construction projects. The Bank is committed to encouraging demand for sustainable credit products through improved lending conditions. Thus, the amount of the Bank's portfolio of loans with the ESG-condition (i.e., the condition that provides for improving environmental, social or management indicators, including reducing GHG emissions) exceeds RUB 870 billion, while the portfolio of investment lending transactions or project financing aimed at implementing green projects amounts to more than RUB 459 billion. Sber plans to increase this practice in order to reduce its negative and strengthen positive impacts on Climate Sustainability.<br><br>• In green lending, an important area is financing projects for renewable energy sources aimed at reducing $CO_2$ emissions into the atmosphere—the construction of wind and solar stations. Sber placed green bonds to refinance the costs of building 8 solar and 1 wind station. The issue of green bonds totaling RUB 25 billion meets the ICMA green bonds principles (the level of ICMA compliance—GRI (the highest), and has also been verified by a third independent party.<br><br>**Internal policies and processes**<br><br>• Implementation of the 2023 Climate Strategy:<br>  › Development of a methodology for calculating GHG emissions under Scope 3, including the credit and investment portfolio, which accounts for most of the entire carbon footprint of Sber.<br>  › Development of a model for assessing the impact of physical climate risks on industry, infrastructure, including models for predicting climate risks that automate their assessment and reduce uncertainty, as well as models for assessing losses from such risks that allow customers to accurately assess possible losses.<br>  › Participation in Russia's first carbon policy.<br>• Implementation of ESG risk scoring practices for customers taking into account climatic factors.<br>• Implementation of industry assessment tools and customer ESG risk management practices, including climate aspects. | • Climate agenda<br>• Responsible finance and non-financial ESG products<br>• Social, Environmental, Corporate Governance and Sustainable Development Policy |

**Customer engagement**
• Assessment of current corporate climate practices and development of advice to improve them as part of consulting ESG products. The range of comprehensive ESG programs includes the ESG Navigator, the EHS Consulting, the Set of ESG Policies, and the Green Supply Chain product.
• Collection of data on the volume and intensity of corporate customers' $CO_2$ emissions.

**Informational work and partnership**
• Research and reviews related to climate risks.
• Participation in the development of the national climate strategy and the carbon unit trading system.
• Cooperation on the development of low-carbon hydrogen energy production in Russia.

The Bank's key objective in 2022 was also to develop responsible financing practices. The following key indicators were achieved:

**Portfolio composition and financial services**
• Responsible financing amounted to RUB 13 trillion.
• The range of non-banking ESG products increased to 18 products.

**Internal policies and processes**
• Sber has completed the integration of the nationally approved green finance taxonomy into its internal processes. Sberbank established its own social taxonomy. The Bank launched social loans with 100% of granted funds allocated to the implementation of socially significant projects.
• Sber has continued using the methodology developed in 2021 for determining a new segment of customers, called "ESG clients".

**Customer engagement**
• The free ESG self-diagnostics service remains available to medium-sized and large businesses.
• First Islamic banking branch in Russia has been opened.

**Informational work and partnership**
• Research and reviews related to corporate ESG risks and the state of ESG practices in Russian companies.
• Cooperation on the development of responsible financing practices in Russia.
• Interaction with Russian regions on their ESG transformation.

SBER

The key initiatives implemented by Sber under its current strategic priorities and the results achieved in Finance in 2022 are presented below.

**FINANCIAL WELL-BEING**

**Portfolio composition and financial services**

* Sberbank has developed the following banking products aimed at improving financial well-being of people of different ages and status, including those supporting the target vulnerable categories of customers:

  › For young parents, Sber has a mortgage on special conditions, as well as funded programs and insurance services (State Support 2020, Young Family, pilot projects aimed at increasing the availability of lending). A youth card with low-service cost is available to customers under the age of 25.

  › For the older generation, Sber has created the Active Age information portal with vacancies, services, special rates and fees and educational video courses. Moreover, it has developed products with special conditions for savings deposits (Pension Plus, Save, Save Online, Add, Add Online, Active Age).

  › For such vulnerable categories as orphans, children left without parental care, veterans and disabled soldiers of the Second World War, Sberbank offers preferential conditions in respect of the Social Deposit.

* Pilot projects aimed at increasing the availability of lending to foreigners are under development.

**Customer engagement**

Financial well-being is closely related to the financial literacy of the population, improving which is one of Sber's strategic tasks. In 2022:

* 65% employees were trained in financial inclusion, responsible lending and/or financial well-being.

* Financial literacy and security courses are available to all clients in Sberbank Online, on the website of SberUniversity and in SberSova. They focus on different target audience: children, youth, parents, adults and pensioners.

* Teenagers can receive financial advice and answers to questions using the SberCat chatbot, while the SberKids mobile application is aimed at children so that they can get their first card, save for their own purposes with the help of parents, learn to manage finances and control expenses.

**Internal policies and processes**

* Sber monitors the debt burden of retail clients, which helps to develop a joint action plan with the client at the early stages of financial problems.

* To protect users, Sber operates its own cybersecurity system that allows for early fraud prevention and protection against DDoS attacks. The Bank also strengthened its fraud monitoring system and introduced SMS-based informing about risky transactions. In 2022, the share of reported cases of financial fraud reached 99%.

**FINANCIAL INCLUSION**

**Portfolio composition and financial services**

Sber prioritized the improvement of access to financial and non-financial products and services.

* In 2022, Sber made its services more available to people with visual, hearing and musculoskeletal disabilities. To date, 5,700 (46%) Sber's offices are convenient for clients in wheelchairs.

* Visually impaired clients can use special features of the mobile Sberbank Online app. Moreover, blind persons can use ATMs without assistance: they only need to plug in standard earphones and follow audio tips. This function has been embedded into 96% of all Sber's self-service terminals (44,000).

* 6,000 Sberbank's branches have a remote video service of Russian sign language interpretation for hearing-impaired people. Since the beginning of 2022, more than 2,000 such consultations have been provided.

* Customers receiving disability pension in Sberbank and people aged 75 and older may order the home delivery of bank cards in 99 towns and cities of Russia.

* Branch employees are trained to recognize and effectively interact with people with mental disabilities.

**Internal policies and processes**

* Ensuring the observance and protection of human rights, an inclusive environment and equal access to products and services are vices—one of eight areas of Sber's ESG and Sustainable Development Policy.

* Protection of socially vulnerable categories of citizens—the elderly, incapacitated citizens, children, etc.—is carried out through additional control of operations both in the SBOL application and in the branch network, special procedures for verification of suspicious transactions, "Closer to Loved Ones" service to confirm or reject relatives' transactions.

* Sber is introducing an anti-discrimination approach in the retail risk model based on the results of the study.

**Informational work and partnership**

* In November 2022, the Bank shared 2 free courses: "Sber for All" on how to interact with people with disabilities, create an inclusive environment and atmosphere in the team; and "Accessibility of Digital Content"—for designers, developers and testers. In addition, Sber's website has a guide on how to create affordable services for people with disabilities. There is also a series of useful materials for the Bank's customers and their loved ones.

* In order to involve the general population, Sber is implementing the Saving Together project. It is a platform for engaging SSC clients and developing good habits. The number of unique platform users had reached more than 900,000 by the end of 2022.

SBER    APPENDICES > COMPLIANCE WITH THE UNEP FINANCE INITIATIVE PRINCIPLES FOR RESPONSIBLE BANKING

# PRINCIPLE 3: CLIENTS AND CUSTOMERS

We will work responsibly with our clients and our customers to encourage sustainable practices and enable economic activities that create shared prosperity for current and future generations.

## 3.1 CLIENT ENGAGEMENT

**Does your bank have a policy or engagement process with clients and customers[1] in place to encourage sustainable practices?**

✓ Yes    In progress    No

**Does your bank have a policy for sectors in which you have identified the highest (potential) negative impacts?**

✓ Yes    In progress    No

### Question

Describe how your bank has worked with and/or is planning to work with its clients and customers to encourage sustainable practices and enable sustainable economic activities. It should include information on relevant policies, actions planned/implemented to support clients' transition, selected indicators on client engagement and, where possible, the impacts achieved.

This should be based on and in line with the impact analysis, target-setting and action plans put in place by the bank.

| Response | Links and references |
|---|---|
| Supporting clients in their ESG transformation efforts is an important element of Sber activity as this allows us to promote adoption of best practices by the Russian market and reduce exposure in the Bank's loan and investment portfolio and retail portfolio. To achieve this, Sber offers its clients popular ESG products across all business segments and implements ESG risk assessment and management procedures. This vector of activity is complemented by continuous development and updating of internal approaches, policies, methodologies, and mechanisms in the area of responsible finance. Building on its own experience and expertise, Sber also endeavors to facilitate the evolution of responsible finance standards, incentives, and tools at the national and international level. In order to build long-term and responsible relations with its clients, Sberbank has developed the following documents: • Social and Environmental Responsibility, Corporate Governance and Sustainable Development Policy, which determines the approach to the implementation of principles, products and services, taking into account the expectations and requirements of customers, Corporate Governance Principles and Standards Policy which enshrines the main approaches to the formation of corporate governance systems. • Social and Environmental Risk Management and Corporate Governance Policy that regulates approaches to ESG risk assessment and management, including climate risks and opportunities. • Code of Corporate Ethics, which establishes the ethical foundations of Sber's activities, including rules for interaction with clients. | • ESG transformation strategy and management system • Climate agenda • Responsible finance and non-financial ESG products • Social, Environmental, Corporate Governance and Sustainable Development Policy • Corporate Governance and ESG Standards and Principles Policy • Sber Group Code of Corporate Ethics and Business Conduct • Personal Data Processing and Protection Policy |

• Personal Data Processing and Protection Policy, applied by Sber to ensure the security and confidentiality of personal data of employees, clients and business partners.
• Charitable Activities Policy, which enshrines Sber's approach to the implementation of socially significant projects in the regions of presence.
• Credit Policy, including ESG requirements for customers and transactions, as well as ESG risk assessment and management procedures.

## 3.2 BUSINESS OPPORTUNITIES

### Question

Describe what strategic business opportunities in relation to the increase of positive and the reduction of negative impacts your bank has identified and/ or how you have worked on these in the reporting period. Provide information on existing products and services, information on sustainable products developed in terms of value (USD or local currency) and/or as a % of your portfolio, and which SDGs or impact areas you are striving to make a positive impact on (e.g. green mortgages—climate, social bonds—financial inclusion, etc.)

| Response | Links and references |
|---|---|
| Sber actively leverages its business opportunities to increase the positive and reduce the negative impact in priority areas/topics to achieve its strategic goals through the implementation of current plans, which are specified in more detail in Principle 2 (clause 2.3). Sber seeks to improve its contribution to the achievement of the UN SDGs by implementing special programs and projects for sustainable development of funded activities. Sber has identified 13 most relevant SDGs as priorities. For more information, please see the Appendix "Contribution to the Achievement of the UN Sustainable Development Goals". | • ESG transformation strategy and management system • Climate agenda • Responsible finance and non-financial ESG products • Appendix "Contribution to the Achievement of the UN Sustainable Development Goals" |

---

1  Customer Engagement Process—a process of assisting customers in aligning the business models with sustainable development goals through providing strategic support through various communication channels
2  Sustainable economic activity contributes to the transition to a low-carbon, more resource-efficient and sustainable economy

# PRINCIPLE 4: STAKEHOLDERS

| We will proactively and responsibly consult, engage and partner with relevant stakeholders to achieve society's goals. |
| --- |

## 4.1 STAKEHOLDER IDENTIFICATION AND CONSULTATION

**Does your bank have a process to identify and regularly consult, engage, collaborate and partner with stakeholders (or stakeholder groups¹) you have identified as relevant in relation to the impact analysis and target setting process?**

✓ Yes    In progress    No

### Question

Please describe which stakeholders (or groups/types of stakeholders) you have identified, consulted, engaged, collaborated or partnered with for the purpose of implementing the Principles and improving your bank's impacts. This should include a high-level overview of how your bank has identified relevant stakeholders, what issues were addressed/results achieved and how they fed into the action planning process.

| Response | Links and references |
| --- | --- |
| All Sber's activities are planned taking into account issues significant for stakeholders. ESG Strategy and ESG and Sustainable Development Policy that define Sber's approach to sustainable development are formed and implemented in the course of constant interaction with stakeholders, which contributes to the inclusive and sustainable growth of Sber.<br><br>Sber engages with stakeholders on a systemic basis taking into account the requirements and recommendations of the Technical Committee on Sustainable Finance of the International Organization for Standardization ISO/TC 322 Sustainable Finance, the AA1000SES (AccountAbility Stakeholder Engagement Standard), and other applicable standards.<br><br>Sber has identified 11 stakeholder groups with engagement channels defined for each to identify and meet their needs in the most effective manner. | • ESG transformation strategy and management system<br>• Social, Environmental, Corporate Governance and Sustainable Development Policy |

# PRINCIPLE 5: GOVERNANCE & CULTURE

| We will implement our commitment to these Principles through effective governance and a culture of responsible banking |
| --- |

## 5.1 GOVERNANCE STRUCTURE FOR IMPLEMENTATION OF THE PRINCIPLES

**Does your bank have a governance system in place that incorporates the PRB?**

✓ Yes    In progress    No

### Question

Please describe the relevant governance structures, policies and procedures your bank has in place/is planning to put in place to manage significant positive and negative (potential) impacts and support the effective implementation of the Principles. This includes information about

• which committee has responsibility over the sustainability strategy as well as targets approval and monitoring (including information about the highest level of governance the PRB is subjected to),

• details about the chair of the committee and the process and frequency for the board having oversight of PRB implementation (including remedial action in the event of targets or milestones not being achieved or unexpected negative impacts being detected), as well as

• remuneration practices linked to sustainability targets.

| Response | Links and references |
| --- | --- |
| Management of ESG issues, including monitoring progress in achieving targets, is integrated at all levels of Sber's corporate governance system.<br><br>The Supervisory Board sets strategic guidelines for sustainable development, and the Strategic Planning and Sustainable Development Committee provides appropriate recommendations to the Supervisory Board. The Supervisory Board also includes a ESG curator. At the Executive Board level, control over the implementation of the ESG strategy is entrusted to the First Deputy Chairman of the Executive Board.<br><br>The ESG Directorate coordinates sustainable development activities, providing support to the divisions and companies of Sber Group.<br><br>In the reporting period, ESG agenda supervisors in the Bank's business blocks and units, as well as at the Group's company level, continued their work.<br><br>No significant changes in the ESG management organizational structure took place in 2022.<br><br>The effective implementation of the ESG strategy implies the cascading of goals, the consolidation of responsibility and the involvement of all employees and divisions, so Sber has developed an Implementation Plan that sets managers responsible for achieving goals and defines quantitative performance indicators for the Executive Board and C-suite. In 2022, Sber met all its KPIs. | • ESG transformation strategy and management system<br>• Social, Environmental, Corporate Governance and Sustainable Development Policy |

1    For instance, regulators, investors, governments, suppliers, customers, academia, civil society institutions, communities, indigenous people, and non-profit organizations

## 5.2 PROMOTING A CULTURE OF RESPONSIBLE BANKING:

| Question | Links and references |
| --- | --- |
| Describe the initiatives and measures of your bank to foster a culture of responsible banking among its employees (e.g., capacity building, e-learning, sustainability trainings for client-facing roles, inclusion in remuneration structure and performance management and leadership communication, amongst others). | • ESG transformation strategy and management system |

**Response**

Effective implementation of the ESG strategy implies the involvement of all Sber employees. The Group regularly implements educational and awareness-raising programs for sustainable development issues, including ethics, compliance and security.

In 2022, 85% of Sber employees took at least one ESG training course in 2022. Sber has developed a special course for its employees called "ESG: Choosing the Future", which is aimed at forming and scaling the ESG culture and increasing employee involvement in the ESG agenda. The training course is offered as a game where players have to come up with a solution taking into account ESG factors.

## 5.3 POLICIES AND DUE DILIGENCE PROCESSES

| Question | Links and references |
| --- | --- |
| Does your bank have policies in place that address environmental and social risks within your portfolio? Please describe.<br><br>Please describe what due diligence processes your bank has installed to identify and manage environmental and social risks associated with your portfolio. This can include aspects such as identification of significant/salient risks, environmental and social risks mitigation and definition of action plans, monitoring and reporting on risks and any existing grievance mechanism, as well as the governance structures you have in place to oversee these risks. | • Responsible finance and non-financial ESG products |

**Response**

ESG risks are managed at the operational level by business units that are responsible for credit analysis and by methodology units in charge of designing methodologies and processes.

Sber has approved the ESG Risk Management Policy that enshrines the basic concepts, objectives, objectives, principles, organizational structure and ESG risk management processes.

ESG requirements for customers and transactions and procedures for ESG risk assessment and management are enshrined in the Credit Policy.

As of the late 2022, the Bank carried out the following ESG risk assessment and management procedures:

- check for unacceptably high levels of ESG risk (including environmental risks, corruption cases, tax evasion, the use of slave and child labor)
- defining the industry ESG risk level and using ESG Handbook to take into account the ESG risk exposure for the industry and to clarify the ESG risk exposure for a particular client using industry guidelines
- environmental due diligence and independent environmental risk assessment in connection with the most significant projects undertaken by clients from industries with high to medium ESG risk exposure levels
- ESG screening of clients who were granted large and significant loans to assess the availability and sufficiency of ESG counterparty risk management practices and the materiality of negative ESG events related to their activities

If any of the ESG risk assessment procedures identifies an increased level of ESG risk, Sber has appropriate risk management mechanisms in place, including mitigation through incorporation of ESG-specific terms and conditions in the loan agreement that the borrower will be under the obligation to comply with during the effective period of the loan agreement.

### Self-assessment summary

Does the CEO or other C-suite officers have regular oversight over the implementation of the Principles through the bank's governance system?

☑ Yes   ☐ No

Does the governance system entail structures to oversee PRB implementation (e.g., incl. impact analysis and target setting, actions to achieve these targets and processes of remedial action in the event targets/milestones are not achieved or unexpected neg. impacts are detected)?

☑ Yes   ☐ No

Does your bank have measures in place to promote a culture of sustainability among employees (as described in 5.2)?

☑ Yes   ☐ In progress   ☐ No

1 Examples of applicable policies include: exclusion policies for specific sectors/activities; zero deforestation policy; policies aimed at preventing rejection; gender policies; policies for conducting a pre-investment survey on social issues; stakeholder engagement policies; whistleblowing policy; etc., or any applicable international guidelines relating to social risks.

# PRINCIPLE 6: TRANSPARENCY & ACCOUNTABILITY

We will periodically review our individual and collective implementation of these Principles and be transparent about and accountable for our positive and negative impacts and our contribution to society's goals.

## 6.1 ASSURANCE

### Question

**Has this publicly disclosed information on your PRB commitments been assured by an independent assurer?**

Yes    ✓ Partially    No

**If applicable, please include the link or description of the assurance statement**

| Response | Links and references |
|---|---|
| Sber provides annual independent assurance of its statements, including the information provided in this ESG Report. Sber plans to conduct independent assurance of the third report on compliance with the Responsible Banking Principles in 2023, as required by the financial initiative within the four-year period from the moment of accession. | • Appendix "Independent Practitioner's Assurance Report" |

## 6.2 REPORTING ON OTHER FRAMEWORKS

### Question

**Does your bank disclose sustainability information in any of the listed below standards and frameworks?**

✓ GRI
✓ SASB
CDP
IFRS Sustainability Disclosure Standards (to be published)
✓ TCFD
Other ……

| Response | Links and references |
|---|---|
| In addition to guiding programs related to the implementation of the Responsible Banking Principles, Sberbank takes into account the provisions of such ESG initiatives as the principles of the UN Global Compact, the UN SDGs, topics and indicators of the GRI and SASB standards, TCFD recommendations | • Appendix "GRI Indicator Table"<br>• Appendix "SASB Indicator Table"<br>• Appendix "Compliance with the TCFD Recommendations"<br>• Appendix "Compliance with the UN Global Compact Principles"<br>• Appendix "Contribution to the Achievement of the UN Sustainable Development Goals" |

## 6.3 OUTLOOK

### Question

**What are the next steps your bank will undertake in next 12 month-reporting period (particularly on impact analysis[1], target setting[2] and governance structure for implementing the PRB)? Please describe briefly.**

| Response | Links and references |
|---|---|
| Sber's further steps are disclosed in Principle 2.<br><br>In addition to the quantitative and qualitative targets disclosed in 2.4, Sberbank is currently continuing to work on the following key areas:<br><br>• Minimizing environmental impacts<br>• Creating conditions for effective work and human potential development<br>• Ensuring respect for and protection of human rights, an inclusive environment and equal access to products and services<br>• Supporting local communities and promoting social development<br>• Improving corporate governance practices, security and ESG risk management, including in supply chains<br>• Promoting economic well-being and prosperity for all. | • ESG transformation strategy and management system<br>• Social, Environmental, Corporate Governance and Sustainable Development Policy |

1   For instance, describing plans to expand the scope of work by including areas not yet been considered or planned steps in terms of portfolio composition, context and performance assessment.

2   For instance, developing plans to assess baseline indicators, designing targets for (more) areas of impact, interim target setting, developing action plans, etc.

## 6.4 CHALLENGES

| Question | Links and references |
|---|---|
| Here is a short section to find out about challenges your bank is possibly facing regarding the implementation of the Principles for Responsible Banking. Your feedback will be helpful to contextualise the collective progress of PRB signatory banks. | • ESG transformation: strategy and management system |
| What challenges have you prioritized to address when implementing the Principles for Responsible Banking? Please choose what you consider the top three challenges your bank has prioritized to address in the last 12 months (optional question). | • Environmental, Social, Governance and Sustainability Policy |
| **If desired, you can elaborate on challenges and how you are tackling these:** | • Appendix "Contribution to the Achievement of the UN Sustainable Development Goals" |
| Embedding PRB oversight into governance |  |
| Customer engagement |  |
| Gaining or maintaining momentum in the bank |  |
| Stakeholder engagement |  |
| Getting started: where to start and what to focus on in the beginning |  |
| ✓ Data availability |  |
| ✓ Data quality |  |
| Access to resources |  |
| Conducting an impact analysis |  |
| Reporting |  |
| Assessing negative environmental and social impacts |  |
| Assurance |  |
| Prioritizing actions internally |  |
| ✓ Choosing the right performance measurement methodologies |  |
| Setting targets |  |
| Other: … |  |

| Response |
|---|
| The problems that Sberbank may face when implementing the Responsible Banking Principles are also indicated in Principle 2. |
| As part of its activities, Sber solves tasks aimed at achieving the UN SDGs, as well as ensuring compliance with international standards. Furthermore, Sberbank is a locomotive of the ESG agenda in Russia, also being one of the pioneers in implementing the responsible financing policy. The Bank offers its clients popular ESG products and services across all business segments, continuously improving its range of products and tools. |

SBER  APPENDICES > GRI INDICATOR TABLE

# GRI Indicator Table

| INDICATOR | | DISCLOSURES IN THE REPORT / COMMENT | PAGE |
|---|---|---|---|
| **1** | **PRINCIPLES** | | |
| **2** | **GENERAL DISCLOSURES (2021)** | | |
| | **The organization and its reporting practices** | | |
| 2-1 | Organizational details | • About the Report | 2 |
| 2-2 | Entities included in the organization's sustainability reporting | According to Sber's approach to disclosures in the reporting period, the indicator is not disclosed | |
| 2-3 | Reporting period, frequency and contact point | • About the Report | 2 |
| 2-4 | Restatements of information | Not applicable | |
| 2-5 | External assurance | Appendix "Opinion of an Independent Practitioner"* | 272 |
| | **Activities and workers** | | |
| 2-6 | Activities, value chain and other business relationships | • 2022 for Sber: statistics and facts | 6 |
| 2-7 | Employees | • Diversity of employees and inclusion; • Appendix "ESG Data Book: Personnel"*; Indicators were verified within the Sberbank, PJSC boundaries* The indicator represents the headcount as of December 31, 2022, and is not disaggregated by region of presence | 184; 242 |
| 2-8 | Workers who are not employees | • Appendix "ESG Data Book: Personnel"* | 244 |

| INDICATOR | | DISCLOSURES IN THE REPORT / COMMENT | PAGE |
|---|---|---|---|
| | **Governance** | | |
| 2-9 | Governance structure and composition | • Corporate governance system; • Supervisory board; • Supervisory board committees | 87; 94; 101 |
| 2-10 | Nomination and selection of the highest governance body | • Supervisory board | xx |
| 2-11 | Chair of the highest governance body | • Supervisory board | xx |
| 2-12 | Role of the highest governance body in overseeing the management of impacts | • ESG transformation management system | 157 |
| 2-13 | Delegation of responsibility for managing impacts | • ESG transformation management system | 157 |
| 2-14 | Role of the highest governance body in sustainability reporting | • ESG transformation management system | 157 |
| 2-15 | Conflicts of interest | According to Sber's approach to disclosures in the reporting period, the indicator is not disclosed | |
| 2-16 | Communication of critical concerns | According to Sber's approach to disclosures in the reporting period, the indicator is not disclosed | |
| 2-17 | Collective knowledge of the highest governance body | • Supervisory board | 100 |
| 2-18 | Evaluation of the performance of the highest governance body | • Supervisory board | 100 |
| 2-19 | Remuneration policies | According to Sber's approach to disclosures in the reporting period, the indicator is not disclosed | |
| 2-20 | Process to determine remuneration | According to Sber's approach to disclosures in the reporting period, the indicator is not disclosed | |

*  This task ensures limited assurance of 13 material ESG indicators.
   For more information, please see the Appendix "Independent Practitioner's Assurance Report"

SBER  APPENDICES > GRI INDICATOR TABLE

| INDICATOR | DISCLOSURES IN THE REPORT / COMMENT | PAGE |
|---|---|---|
| 2-21 Annual total compensation ratio | The indicator is not disclosed as there is no data in the accounting systems | |
| **Strategy, policies and practices** | | |
| 2-22 Statement on sustainable development strategy | • ESG Transformation Strategy and Management System | 156 |
| 2-23 Policy commitments | • ESG Transformation Strategy and Management System<br>• Business ethics, compliance and anti-corruption | 156<br>213 |
| 2-24 Embedding policy commitments | • ESG Transformation Strategy and Management System<br>• Business ethics, compliance and anti-corruption | 156<br>213 |
| 2-25 Processes to remediate negative impacts | • Business ethics, compliance and anti-corruption | 213 |
| 2-26 Mechanisms for seeking advice and raising concerns | • Business ethics, compliance and anti-corruption | 213 |
| 2-27 Compliance with laws and regulations | • Business ethics, compliance and anti-corruption<br>• Environmental management | 213<br>231 |
| 2-28 Membership associations | • ESG transformation management system<br>• Government and industry relations | 168<br>220 |
| **Stakeholder engagement** | | |
| 2-29 Approach to stakeholder engagement | • Stakeholder engagement | 161 |
| 2-30 Collective bargaining agreements | 100% of Sberbank employees are covered by a collective bargaining agreement | |
| **MATERIAL TOPICS** | | |
| **Climate agenda** | | |
| 3-3 Management of material topics | • Climate agenda | 222 |

| INDICATOR | DISCLOSURES IN THE REPORT / COMMENT | PAGE |
|---|---|---|
| **GRI 305: Emissions (2016)** | | |
| 305-1 Direct (Scope 1) GHG emissions | • Carbon footprint methodology and calculation<br>Indicators were verified within the Sberbank, PJSC boundaries*<br>Sberbank has disclosed emissions from stationary and mobile fuel combustion, as well as other emissions | 226 |
| 305-2 Energy indirect (Scope 2) GHG emissions | • Carbon footprint methodology and calculation<br>Indicators were verified within the Sberbank, PJSC boundaries* | 226 |
| 305-3 Other indirect (Scope 3) GHG emissions | • Carbon footprint methodology and calculation | 226 |
| 305-4 GHG emissions intensity | • Carbon footprint methodology and calculation<br>PSberbank has disclosed indicators for specific GHG emissions in $CO_2$-equiv. per employee under Scopes 1 and 2 | 226 |
| **Environmental aspects** | | |
| 3-3 Management of material aspects | • Environmental aspects | 231 |
| **GRI 301: Materials (2016)** | | |
| 301-1 Materials used by weight and volume | • Efficient use of resources<br>Indicators were verified within the Sberbank, PJSC boundaries*<br>Sberbank has disclosed the mass of A4 packs used. Information on the mass or volume of other materials used by Sberbank is not disclosed, since the relevant information is not available due to the lack of a unified consolidated methodology for accounting various categories of materials used in kind by weight or volume. Sberbank will consider such accounting type in the medium term | 232 |

* This task ensures limited assurance of 13 material ESG indicators.
  For more information, please see the Appendix "Independent Practitioner's Assurance Report"

SBER    APPENDICES > GRI INDICATOR TABLE

| INDICATOR | | DISCLOSURES IN THE REPORT / COMMENT | PAGE |
|---|---|---|---|
| **GRI 302: Energy (2016)** | | | |
| 302-1 | Energy consumption within the organization | • Energy management<br>• Appendix "ESG Data Book: Ecology"<br>Indicators were verified within the Sberbank, PJSC boundaries<br>The Bank does not sell thermal or electric energy to third-party organizations. The total consumption of thermal energy and the total consumption of electric energy are not disclosed due to the unavailability of data, as the Bank does not keep records of thermal/electric energy produced on its own.<br>Conversion ratios:<br>• 1 Gcal = 4.187 gigajoule<br>• 1,000 kWh = 3.6 gigajoule<br>• 1 t of diesel fuel = 42.5 gigajoule<br>• 1,000 m3 of natural gas = 33.8 gigajoule | 236<br>240 |
| 302-2 | Energy consumption outside the organization | • Energy management<br>• Appendix "ESG Data Book: Ecology"<br>Indicators were verified within the Sberbank, PJSC boundaries | 236<br>240 |
| **GRI 303: Water and Effluents (2018)** | | | |
| 303-3 | Water withdrawal | • Efficient use of resources | 233 |
| 303-4 | Water discharge | • Efficient use of resources | 233 |
| 303-5 | Water consumption | • Efficient use of resources | 233 |
| **GRI 306: Waste (2020)** | | | |
| 306-3 | Waste generated | • Waste management<br>• Appendix "ESG Data Book: Ecology"<br>Indicators were verified within the Sberbank, PJSC boundaries | 234<br>239 |

| INDICATOR | | DISCLOSURES IN THE REPORT / COMMENT | PAGE |
|---|---|---|---|
| 306-4 | Waste diverted from disposal | • Waste management<br>• Appendix "ESG Data Book: Ecology" | 235<br>239 |
| 306-5 | Waste directed to disposal | Indicators were verified within the Sberbank, PJSC boundaries<br>The indicator is disaggregated by waste treatment methods as provided for in the GRI Standards. Information is unavailable. The Bank keeps records of waste generation and waste treatment in accordance with the legislation of the Russian Federation, complete and transfers statistical reporting forms to local authorities. Being a non-manufacturing company, the Bank does not carry out waste management at its facilities. All waste is transferred to third-party specialized organizations licensed for all types of waste treatment. Solid municipal waste is transferred to the regional SMW operator and sent to specialized landfills for disposal. The Bank receives no data about what waste treatment methods are applied and in what extent. Nor the Bank plans to obtain such information | |
| **Contribution to green and low-carbon development** | | | |
| 3-3 | Management of material topics | • Climate agenda<br>• Environmental aspects | 222<br>231 |
| **Public health and safety** | | | |
| 3-3 | Management of material topics | • Decent working conditions | 186 |
| **GRI 403: Occupational Health and Safety (2018)** | | | |
| 403-1 | Occupational health and safety management system | • Decent working conditions | 186 |
| 403-2 | Hazard identification, risk assessment, and incident investigation | • Decent working conditions | 186 |
| 403-3 | Occupational health services | • Decent working conditions | 186 |
| 403-4 | Worker training on occupational health and safety | • Decent working conditions | 186 |
| 403-6 | Promotion of worker health | • Decent working conditions | 186 |

* This task ensures limited assurance of 53 material ESG indicators.
For more information, please see the Appendix "Independent Practitioner's Assurance Report"

APPENDICES > GRI INDICATOR TABLE

| INDICATOR | | DISCLOSURES IN THE REPORT / COMMENT | PAGE |
|---|---|---|---|
| 403-7 | Prevention and mitigation of occupational health and safety impacts directly linked by business relationships | • Decent working conditions | 186 |
| 403-8 | Workers covered by an occupational health and safety management system | • Decent working conditions | 186 |
| 403-9 | Work-related injuries | • Decent working conditions | 186 |
| 403-10 | Work-related ill health | Decent working conditions | |
| **Labor relations and employment** | | | |
| 3-3 | Management of material topics | Care for employees | 183 |
| **GRI 401: Employment (2016)** | | | |
| 401-1 | New employee hires and employee turnover | • Decent working conditions • Appendix "ESG Data Book: Personnel"* *Indicators were verified within the Sberbank, PJSC boundaries** *Sberbank has disclosed the number of employees with employment contracts terminated under clauses 1, 3 and 5 of Article 77 of the Labor Code of the Russian Federation, as well as the relevant turnover. According to Sberbank's internal methodology and record-keeping system, the turnover is calculated based on the above contract termination grounds. Therefore, the indicator includes neither the total number of employees having left the organization for other reasons, nor the internal turnover.* *This indicator is not disaggregated by region as provided for in the GRI Standard.* | 186 245 |
| 401-2 | Benefits provided to full-time employees that are not provided to temporary or part-time employees | • Decent working conditions | 186 |
| **GRI 405 Diversity and Equal Opportunities (2016)** | | | |
| 405-1 | Diversity of governance bodies and employees | • Diversity of employees and inclusion • Appendix "ESG Data Book: Personnel"* *Indicators were verified within the Sberbank, PJSC boundaries** | 184 242 |

| INDICATOR | | DISCLOSURES IN THE REPORT / COMMENT | PAGE |
|---|---|---|---|
| 405-2 | Ratio of basic salary and remuneration | • Diversity of employees and inclusion • Appendix "ESG Data Book: Personnel" | 184 243 |
| **Human capital development** | | | |
| 3-3 | Management of material topics | • Training and development | 191 |
| **GRI-404 Training and Education (2016)** | | | |
| 404-1 | Average hours of training per year per employee | • Training and education • Appendix "ESG Data Book: Personnel" *Indicators were verified within the Sberbank, PJSC boundaries** *The average number of hours of training is calculated as a ratio of the total number of hours of training and the headcount as of December 31, 2022* | 191 245 |
| 404-2 | Programs for upgrading employee skills and transition assistance programs | • Training and development | 191 |
| 404-3 | Percentage of employees receiving regular performance and career development reviews | • Training and development | 191 |
| **Financial inclusion** | | | |
| 3-3 | Management of material topics | • Respect for human rights and financial inclusion | 196 |
| — | Number of points of service and ATMs adapted for disabled people | • Observance of human rights *Indicators were verified within the Sberbank, PJSC boundaries** *Sberbank has disclosed the number of points of service equipped with special devices to assist disabled people and other persons with reduced mobility under the SNiP 35-01-2001 "Availability of Buildings and Constructions to Persons with Reduced Mobility"* | 197 |
| **Contribution to social development** | | | |
| 3-3 | Management of material topics | • Social responsibility and population support in the regions of presence | 170 |

* This task ensures limited assurance of 53 material ESG indicators.
For more information, please see the Appendix "Independent Practitioner's Assurance Report"

| INDICATOR | | DISCLOSURES IN THE REPORT / COMMENT | PAGE |
|---|---|---|---|
| **GRI 203 Indirect Economic Impacts (2016)** | | | |
| 203–1 | Infrastructure investments and services supported Projects to support local communities | • Supporting national and regional socially important projects | 170 |
| **Responsible financing** | | | |
| 3–3 | Management of material topics | • Responsible finance and non-financial ESG products | 202 |
| – | Amount of sustainable loan products | • Sustainable loan products | 204 |
| | | Indicators were verified within the Sberbank. PJSC boundaries* Sustainable loan products include those that promote or contribute to the ESG transformation of the client. Sberbank offers 4 types of sustainable loan products: green, ESG, transitional and social loans. For the detailed description of loan products, please refer to other sections of the Report | |
| **Assisting clients with ESG transformation** | | | |
| 3–3 | Management of material topics | • Responsible finance and non-financial ESG products | 202 |
| – | Revenues from selling non-financial ESG products | • Non-banking ESG products and support of client ESG transformation | 207 |
| **Responsible supply chain** | | | |
| 3–3 | Management of material topics | • Sustainable supply chain | 219 |
| **GRI 204: Procurement Practices (2016)** | | | |
| 204–1 | Proportion of spending on local suppliers | • Sustainable supply chain | 219 |
| **Security practices** | | | |
| 3–3 | Management of material topics | • Cybersecurity | 215 |

| INDICATOR | | DISCLOSURES IN THE REPORT / COMMENT | PAGE |
|---|---|---|---|
| **GRI 418: Customer Privacy (2016)** | | | |
| 418–1 | Substantiated complaints concerning breaches of customer privacy and losses of customer data | • Cybersecurity | 216 |
| **Customer satisfaction** | | | |
| 3–3 | Management of material topics | • Review of results | 15 |
| **Contribution to economic development** | | | |
| 3–3 | Management of material topics | • Financial performance | 59 |
| **Corporate governance and business ethics** | | | |
| 3–3 | Management of material topics | • Corporate governance | 86 |
| | | • Business ethics, compliance and anti-corruption | 213 |
| **GRI 205: Anti-Corruption (2016)** | | | |
| 205–1 | Business units assessed in terms of corruption-related risks | • Business ethics, compliance and anti-corruption | 214 |
| 205–2 | Communication and training about anti-corruption policies and procedures | • Business ethics, compliance and anti-corruption | 214 |
| 205–3 | Confirmed incidents of corruption and actions taken | • Business ethics, compliance and anti-corruption | 214 |
| **Development of technology and innovation; digitization** | | | |
| 3–3 | Management of material topics | • 2022 for Sber: statistics and facts | 6 |
| **Risk management** | | | |
| 3–3 | Management of material topics | • Risk report | 72 |

* This task ensures limited assurance of 53 material ESG indicators.
For more information, please see the Appendix "Independent Practitioner's Assurance Report"

SBER    APPENDICES › SASB INDICATOR TABLE

# SASB Indicator Table[1]

| INDICATOR | | REFERENCE / COMMENT | PAGE |
|---|---|---|---|
| **Data Security** | | | |
| FN-CB-230a.1 | Number of data breaches, percentage involving personally identifiable information (PII), number of clients affected | • Cybersecurity | 216 |
| FN-CB-230a.2 | Description of approach to identifying and addressing data security risks | • Cybersecurity | 217 |
| **Financial Inclusion & Capacity Building** | | | |
| FN-CB-240a.1 | Number and amount of loans outstanding qualified to programs designed to promote small business and community development | • B2B Ecosystem, Corporate and investment business | 39 |
| FN-CB-240a.4 | Number of participants in financial literacy initiatives for unbanked, underbanked, or underserved customers | • B2C Ecosystem, Retail business<br>• Financial literacy and well-being | 22<br>199 |
| **Incorporation of Environmental, Social, and Governance Factors in Credit Analysis** | | | |
| FN-CB-410a.2 | Description of approach to incorporation of environmental, social, and governance (ESG) factors in credit analysis | • ESG in corporate business | 203 |
| **Business Ethics** | | | |
| FN-CB-510a.2 | Description of whistleblower policies and procedures | • Business Ethics, compliance and anti-corruption | 213 |
| **Systemic Risk Management** | | | |
| FN-CB-550a.2 | Description of approach to incorporation of results of mandatory and voluntary stress tests into capital adequacy planning, long-term corporate strategy, and other business activities | • Climate risks and opportunities | 224 |

1   FN-CB-240a.2, FN-CB-240a.3, FN-CB-410a.1, FN-CB-550a.1, FN-CB-550a.1 are not disclosed due to the absence of data in record-keeping systems

# Compliance with the TCFD Recommendations

| SECTION | DISCLOSURE | DISCLOSURE IN THE REPORT |
|---|---|---|
| **Governance** | | |
| Disclose the organization's governance around climate-related risks and opportunities. | a) Describe the board's oversight of climate-related risks and opportunities. | Climate agenda management<br>Corporate governance |
| | b) Describe management's role in assessing and managing climate-related risks and opportunities. | Climate agenda management<br>ESG transformation management system |
| **Strategy** | | |
| Disclose the actual and potential impacts of climate-related risks and opportunities on the organization's businesses, strategy, and financial planning where such information is material. | a) Describe the climate-related risks and opportunities the organization has identified over the short, medium, and long term. | Climate risks and opportunities |
| | b) Describe the impact of climate-related risks and opportunities on the organization's businesses, strategy, and financial planning. | Climate risks and opportunities |
| | c) Describe the resilience of the organization's strategy, taking into consideration different climate-related scenarios, including a 2°C or lower scenario. | Climate risks and opportunities |
| **Risk Management** | | |
| Disclose how the organization identifies, assesses, and manages climate-related risks. | a) Describe the organization's processes for identifying and assessing climate-related risks. | Climate risks and opportunities |
| | b) Describe the organization's processes for managing climate-related risks. | Climate risks and opportunities |
| | c) Describe how processes for identifying, assessing, and managing climate-related risks are integrated into the organization's overall risk management. | Climate risks and opportunities |
| **Metrics and Targets** | | |
| Disclose the metrics and targets used to assess and manage relevant climate-related risks and opportunities where such information is material. | a) Disclose the metrics used by the organization to assess climate-related risks and opportunities in line with its strategy and risk management process. | Climate strategy |
| | b) Disclose Scope 1, Scope 2 and, if appropriate, Scope 3 greenhouse gas (GHG) emissions and the related risks. | Carbon footprint methodology and calculation |
| | c) Describe the targets used by the organization to manage climate-related risks and opportunities and performance against targets. | Climate strategy |

SBER   APPENDICES › COMPLIANCE WITH THE UN GLOBAL COMPACT PRINCIPLES

# Compliance with the
# UN Global Compact Principles

| PRINCIPLE | DISCLOSURE IN THE REPORT |
|---|---|
| **Human Rights** | |
| Principle 1: Businesses should support and respect the protection of internationally proclaimed human rights; and | Observance of human rights |
| Principle 2: make sure that they are not complicit in human rights abuses. | Observance of human rights |
| **Labour** | |
| Principle 3: Businesses should uphold the freedom of association and the effective recognition of the right to collective bargaining; | Observance of human rights |
| Principle 4: the elimination of all forms of forced and compulsory labor; | Observance of human rights |
| Principle 5: the effective abolition of child labor; and | Observance of human rights |
| Principle 6: the elimination of discrimination in respect of employment and occupation. | Observance of human rights |
| **Environment** | |
| Principle 7: Businesses should support a precautionary approach to environmental challenges; | Environmental aspects |
| Principle 8: undertake initiatives to promote greater environmental responsibility; and | Environmental aspects |
| Principle 9: encourage the development and diffusion of environmentally friendly technologies. | ESG in corporate business |
| **Anti-Corruption** | |
| Principle 10: Businesses should work against corruption in all its forms, including extortion and bribery. | Business ethics, compliance and anti-corruption |
| | Sustainable supply chain |

# Contribution to the Achievement of the UN Sustainable Development Goals

In its activities, Sber is guided by the UN Sustainable Development Goals (UN SDGs), taking these into account when setting strategic goals and objectives. Despite having identified 13 most prioritized targets, the Group strives to contribute to the achievement of any and all UN SDGs.



**SGD 1**
END POVERTY IN ALL ITS FORMS EVERYWHERE

**Sber's contribution**

- Expanding access to financial services for vulnerable groups
- Financial literacy enhancement
- Training clients in digital services and personal finance management
- Development of service channels in rural and remote areas
- Increasing inclusion across the supply chain and among clients

**Disclosure in the Report**

- Respect for human rights and financial inclusion



**SGD 2**
END HUNGER, ACHIEVE FOOD SECURITY AND IMPROVED NUTRITION AND PROMOTE SUSTAINABLE AGRICULTURE

**Sber's contribution**

- Expanding access to financial services for vulnerable group
- Development of service channels in rural and remote areas



**SGD 3**
ENSURE HEALTHY LIVES AND PROMOTE WELL-BEING FOR ALL AT ALL AGES

**Sber's contribution**

- Promotion of health and dissemination of healthy lifestyles among employees and their families
- Providing the population with life insurance services
- Implementing the voluntary health insurance program for employees
- Developing and implementing technologies to expand access to healthcare services
- Implementing charitable and socially oriented programs and projects

**Disclosure in the Report**

- Social responsibility and supporting the population of the regions of presence
- Care for employees


**SBER**

---



**SDG 8**
PROMOTE SUSTAINED, INCLUSIVE AND SUSTAINABLE ECONOMIC GROWTH, FULL AND PRODUCTIVE EMPLOYMENT AND DECENT WORK FOR ALL

**Sber's contribution**
- Creation of jobs
- Maintaining decent working conditions and providing employees with opportunities for development
- Providing financial and non-financial services to promote economic development of large, medium-sized, small, and microbusinesses, as well as self-employed persons
- Engaging in the regional and local economic development

**Disclosure in the Report**
- Care for employees
- Responsible business practices
- Social responsibility and supporting the population of the regions of presence

---



**SDG 7**
ENSURE ACCESS TO AFFORDABLE, RELIABLE, SUSTAINABLE AND MODERN ENERGY FOR ALL

**Sber's contribution**
- Increasing own energy efficiency
- Funding for renewables development projects
- Increasing green energy purchases for own needs and green certificates

**Disclosure in the Report**
- Climate agenda
- Environmental aspects
- Responsible finance and non-financial ESG products

---

**SDG 6**
ENSURE AVAILABILITY AND SUSTAINABLE MANAGEMENT OF WATER AND SANITATION FOR ALL

**Sber's contribution**
- Efficient use of water resources in operations
- Funding for infrastructure development projects

**Disclosure in the Report**
- Environmental aspects

---

**SDG 5**
ACHIEVE GENDER EQUALITY AND EMPOWER ALL WOMEN AND GIRLS

**Sber's contribution**
- Providing equal working conditions and career opportunities
- Ensuring an equitable system for hiring, performance assessment and remuneration.
- Supporting employees on parental leave and their re-adaptation after the parental leave end
- Providing employees on parental leave with additional income sources

**Disclosure in the Report**
- Care for employees
- Respect for human rights and financial inclusion

---



**SDG 4**
ENSURE INCLUSIVE AND EQUITABLE QUALITY EDUCATION AND PROMOTE LIFELONG LEARNING OPPORTUNITIES FOR ALL

**Sber's contribution**
- Providing employees with wide opportunities for both professional and personal growth
- Developing technology to expand access to education for all
- Collaboration with universities
- Implementing charitable programs aimed at education promotion
- Creating educational projects and supporting partnering educational initiatives

**Disclosure in the Report**
- Social responsibility and supporting the population of the regions of presence
- Care for employees



**13 CLIMATE ACTION**

**SDG 13**
TAKE URGENT ACTION TO COMBAT CLIMATE CHANGE AND ITS IMPACTS

**Sber's contribution**
- Developing and implementing own Climate Strategy
- Defining, assessing and management of climate risks and opportunities
- Calculation of carbon footprint
- Taking actions to reduce and compensate for carbon footprint
- Funding for low-carbon economy transition projects
- Contributing to the creation of the national climate risk management system and to the climate change adaptation

**Disclosure in the Report**
- Climate agenda
- Responsible finance and non-financial ESG products



**12 RESPONSIBLE CONSUMPTION AND PRODUCTION**

**SDG 12**
ENSURE SUSTAINABLE CONSUMPTION AND PRODUCTION PATTERNS

**Sber's contribution**
- Implementing programs for increasing the efficiency of using materials, energy and water, as well as responsible waste treatment programs
- Provision of funding to clients in order to reduce environmental impacts

**Disclosure in the Report**
- Environmental aspects
- Responsible finance and non-financial ESG products
- Responsible business practices



**11 SUSTAINABLE CITIES AND COMMUNITIES**

**SDG 11**
MAKE CITIES AND HUMAN SETTLEMENTS INCLUSIVE, SAFE, RESILIENT AND SUSTAINABLE

**Sber's contribution**
- Upgrading the infrastructure in the regions of presence
- Expanding access to clean energy for the population

**Disclosure in the Report**
- Responsible finance and non-financial ESG products
- Social responsibility and supporting the population of the regions of presence



**10 REDUCED INEQUALITIES**

**SDG 10**
REDUCE INEQUALITY WITHIN AND AMONG COUNTRIES

**Sber's contribution**
- Expanding access to finance
- Creation of socially significant financial products and services
- Implementing social and charity projects
- Fostering the inclusive environment for Sber's employees, clients and partners

**Disclosure in the Report**
- Respect for human rights and financial inclusion

**9 INDUSTRY, INNOVATION AND INFRASTRUCTURE**

**SDG 9**
BUILD RESILIENT INFRASTRUCTURE, PROMOTE INCLUSIVE AND SUSTAINABLE INDUSTRIALIZATION AND FOSTER INNOVATION

**Sber's contribution**
- Promotion and support of recent R&Ds, including those in artificial intelligence, to solve significant problems in sustainable development
- Development of green and adaptation financing
- Promote transport and technical infrastructure

**Disclosure in the Report**
- Respect for human rights and financial inclusion





**SDG 14**

CONSERVE AND SUSTAINABLY USE THE OCEANS, SEAS AND MARINE RESOURCES FOR SUSTAINABLE DEVELOPMENT

**Sber's contribution**

• Fostering the fishing sector

---



**SDG 15**

PROTECT, RESTORE AND PROMOTE SUSTAINABLE USE OF TERRESTRIAL ECOSYSTEMS, SUSTAINABLY MANAGE FORESTS, COMBAT DESERTIFICATION, AND HALT AND REVERSE LAND DEGRADATION AND HALT BIODIVERSITY LOSS

**Sber's contribution**

• Implementing environmental measures in order to reduce the environmental impacts of operations of Sber and its clients

• Development of green and adaptational financing

**Disclosure in the Report**

• Environmental aspects

---

**SDG 16**

PROMOTE PEACEFUL AND INCLUSIVE SOCIETIES FOR SUSTAINABLE DEVELOPMENT, PROVIDE ACCESS TO JUSTICE FOR ALL AND BUILD EFFECTIVE, ACCOUNTABLE AND INCLUSIVE INSTITUTIONS AT ALL LEVELS

**Sber's contribution**

• Compliance with the requirements of the applicable law and international rules

• Implementing corporate governance and business ethics standards

• Anti-corruption and countering financial crime

• Strengthening cybersecurity and data protection

**Disclosure in the Report**

• Contributing to the improvement of financial regulation

**Disclosure in the Report**

• ESG transformation strategy and management system

• Responsible business practices

---

**SDG 17**

STRENGTHEN THE MEANS OF IMPLEMENTATION AND REVITALIZE THE GLOBAL PARTNERSHIP FOR SUSTAINABLE DEVELOPMENT

**Sber's contribution**

• Open stakeholder engagement

• Enhancing collection and provision of non-financial information

• Interaction with public authorities, businesses and international organizations on ESG-related issues

**Disclosure in the Report**

• ESG transformation strategy and management system

• Responsible finance and non-financial, ESG products



# Independent Practitioner's Assurance Report

APPENDICES > INDEPENDENT PRACTITIONER'S ASSURANCE REPORT


SBER



OOO «СБЕР – аудиторские решения»
TSKER – Audit Services LLC
Россия, 115035, Москва
Москва, 115035, Россия
Tel.: +7 495 755 9700
Fax: +7 495 755 9701
Skos:
OGRN 1027700525633
инн 7709383532
КПП 770501001

**Translation of the original Russian assurance report**

## Independent practitioner's assurance report

### To the Supervisory Board of Sberbank PJSC

### Subject matter

We have been engaged by Sberbank PJSC (hereinafter "the Bank") to perform a limited assurance engagement, as defined by International Standards on Assurance Engagements, (hereinafter "the Engagement"), to report on selected performance indicators within the Bank's boundaries (hereinafter "the Indicators"), included in the Sberbank ESG Report as part of the Annual Report (hereinafter "the Report") as of 31 December 2022 or for 2022 (hereinafter "the reporting period"):

- Materials used by weight or volume, pp. 231, 238 of the Report;
- Energy consumption within the organization, pp. 236, 240, 241 of the Report;
- Water generated, pp. 234, 235, 239 of the Report;
- Waste diverted from disposal (recovery, recycling), pp. 235, 239 of the Report;
- Waste directed to disposal, pp. 235, 239 of the Report;
- Energy direct GHG emissions (Scope 1), pp. 153, 226, 227 of the Report;
- Energy indirect GHG emissions (Scope 2), pp. 153, 226, 227 of the Report;
- Number of branches and self-service terminals, adopted for people with disabilities, pp. 151, 157 of the Report;
- Information on employees and other workers, pp. 149, 167, 151, 243, 244 of the Report;
- Diversity of governance bodies and employees, pp. 149, 242 of the Report;
- Employee hiring and employee turnover, pp. 149, 181, 185, 187, 244, 245 of the Report;
- Average hours of training per year per employee, pp. 149, 181, 291, 265, 244 of the Report;
- Percentage of sustainable loan products, pp. 151, 232, 264 of the Report.

Other than as described in the preceding paragraph, which sets out the scope of our work, we have not performed assurance procedures on the remaining information included in the Report, and accordingly, we do not express a conclusion on this information.

### Applicable criteria

In preparing the Indicators the Bank applied Global Reporting Initiative Sustainability Reporting Standards and the criteria defined and developed by the Bank (hereinafter "the Criteria").

### The Bank's management responsibilities

The Bank's management is responsible for selecting the Criteria, and for presenting the Indicators in accordance with the Criteria, in all material respects. This responsibility includes establishing and maintaining internal controls, maintaining adequate records and making estimates that are relevant to the preparation of the Indicators, such that they are free from material misstatement, whether due to fraud or error. As such, management is responsible for ensuring that the documentation provided to the practitioner is complete and accurate.

### Practitioner's responsibilities

Our responsibility is to express a conclusion on the presentation of the Indicators based on the evidence we have obtained.

We conducted our assurance engagement in accordance with International Standard on Assurance Engagements (revised) 'International Standard for Assurance Engagements Other Than Audits or Reviews of Historical Financial Information (hereinafter "ISAE 3000").

ISAE 3000 requires that we plan and perform our engagement to obtain limited assurance about whether, in all material respects, the Indicators are presented in accordance with the Criteria, and to issue a report. The nature, timing and extent of procedures selected depend on our judgment, including the assessment of the risks of material misstatement, whether due to fraud or error.

We believe that the evidence obtained is sufficient and appropriate to provide a basis for our conclusion.

### Our independence and quality control

We apply International Standard on Quality Control 1 (ISQC 1) and International Standard on Quality Management 1 (ISQM 1) and accordingly maintain a comprehensive system of quality control including documented policies and procedures regarding compliance with ethical requirements, professional standards and applicable legal and regulatory requirements.

We comply with the independence and other ethical requirements of the IESBA Code of Ethics for Professional Accountants, which is founded on fundamental principles of integrity, objectivity, professional competence and due care, confidentiality and professional behavior.

---

## Translation of the original Russian version

### Our independence and quality control

The assurance engagement performed represents a limited assurance engagement. The nature, timing and extent of procedures performed in a limited assurance engagement is limited compared with that necessary in a reasonable assurance engagement. Consequently, the level of assurance obtained in a limited assurance engagement is lower.

Although we considered the effectiveness of management's internal controls when determining the nature and extent of our procedures, our assurance engagement was not designed to provide assurance on internal controls. Our procedures did not include testing controls or performing procedures relating to checking aggregation or calculation of data within information technology systems.

A limited assurance engagement consists of making enquiries, primarily of persons responsible for preparing the Indicators and related information, and applying analytical and other appropriate procedures.

Our procedures included:

- Inquiries of the representatives of the Bank management and specialists responsible for its sustainability policies, activities, performance and relevant reporting;
- Analysis of any documents related to the sustainability activity, policies, performance and relevant reporting;
- Obtaining understanding of the process used to prepare the information on Indicators;
- Review of data samples regarding Indicators for the reporting period, to assess whether these data have been collected, prepared, collated and reported appropriately.

We also performed such other procedures as we considered necessary in the circumstances.

### Conclusion

Based on the procedures performed and evidence obtained, nothing has come to our attention that causes us to believe that the Indicators are not presented fairly, in all material respects, according to the Criteria.

E.V. Zavicharova
Partner
TSKER – Audit Services Limited Liability Company

15 March 2023

**Details of the independent practitioner**

Name: TSKER – Audit Services Limited Liability Company (027700525633)
Record made in the State Register of Legal Entities on 16 August 2002, State Registration Number 1027700525633
Address: Russia, 115035, Moscow, Sadovnicheskaya naberezhnaya, 77, building 1
Included in the Register of Auditors and Audit Organizations of a self-regulatory organization "Sodruzhestvo", TSKER – Audit Services
principal registration number (ORNZ) 12006050120

**Details of the entity**

Name: Sberbank PJSC
Record made in the State Register of Legal Entities on 16 August 1991, State Registration Number 1027700132195
Address: Russia, 117997, Moscow, Vavilova street, 19

# Glossary

**Accelerator**
A program aiming to support startups and new technologies through mentoring, training, financial and expert assistance.

**Blockchain**
A distributed database that contains information about all transactions made by system participants. Information is stored in the form of a chain of blocks, or blockchain.

**Employee involvement**
An emotional and intellectual state of the employee that makes him or her strive to do his or her job in the most efficient way and causes the desire to contribute to the development and success of the company.

**UN Global Compact**
An international business initiative on corporate social responsibility and sustainable development. Integrating the UN Global Compact principles into commercial and business strategies and public confirmation of commitment thereto are recognized indicators of responsible corporate practices and good business reputation, as well as crucial elements of long-term business sustainability.

**Dividend**
A part of the profit of the business entity to be distributed among the shareholders.

**Green technologies**
Technologies whose manufacturing processes and supply chains are environmentally friendly or less harmful than traditional production methods.

**Compliance control**
Internal control over compliance of the credit institution's activities in financial markets with the legislation on financial markets. Is part of the credit institution's internal control system.

**Corporate social responsibility**
A set of principles and obligations that guide the Bank in the following activities:
• management of stakeholder relations;
• assessment and management of the impact on the national economy, social sphere and the environment.

**Community**
One or more individuals or entities and their associations interested in the area where the service is provided.

**Cloud technologies**
Technologies that enable protected online storage of data arrays.

**Option**
The right to sell or purchase an exchange commodity, currency or securities in a fixed amount by a certain date at the exercise price.

**Responsible financing**
A policy of a financial institution, which involves taking into account the ESG requirements and risks when making decisions on financing projects and companies, as well as monitoring compliance with these requirements.

**Stakeholders**
Private and corporate clients or groups of persons who influence the Bank and its activities and (or) are influenced by the Bank, clients, employees, shareholders, government bodies, public organizations, etc.

**Sustainable development**
A global concept of the development of states and all mankind in order to preserve the planet resources for future generations. The UN Sustainable Development Goals adopted in 2015 form a strategy for solving global environmental, economic and social problems.

**Ecosystem**
A network of companies built around the platform and using its services to generate the best offers for customers (legal entities and individuals), reach them and meet all types of their needs.

**Data Science**
A set of different disciplines related to analyzing digital data and finding optimal solutions based on it. Data Scientist—a practice-based researcher in this field.

**ESG (Environmental, Social and Governance)**
A management approach that seeks to integrate environmental, social and governance factors into the decision-making process with a view to better risk management and sustainable development of the Group.

# Abbreviations

**AA1000**
AccountAbility standard series aimed at improving the quality of non-financial statements, as well as business transparency, accountability and sustainability

**ACRA**
analytical credit rating agency

**AG**
Aktiengesellschaft (in German)

**AGMS**
Annual General Meeting of Shareholders

**AI**
artificial intelligence

**API**
application programming interface

**AS**
automated system

**B2C2B2G**
an integrated business model, designated by the combination of B2C (business-to-consumer) and B2G (business-to-government), where "2" means "to"

**Bank of Russia**
Central Bank of the Russian Federation

**CJSC**
closed joint-stock company

**CRM**
customer relationship management

**CSI**
customer satisfaction index

**D&O**
Liability insurance for directors and officers

**DAU / MAU**
ratio of daily average users and monthly average users in digital channels

**DDoS attack**
distributed denial-of-service attack

**DFI**
derivative financial instrument

**ESG**
Environmental, Social, Governance; sustainable development factors

**EU**
the European Union

**FTS**
Federal Tax Service

**GC**
group of companies

**GDP**
gross domestic product

**GDR**
Global Depositary Receipt

**GMRV**
Gross Merchandise Value

**GRI**
Global Reporting Initiative

**HPU**
housing and public utilities

**HR**
human resources

**IC**
insurance company

**ID**
identification document

**IE**
individual entrepreneur

**IFRS**
International Financial Reporting Standards

**IMF**
International Monetary Fund

**IP**
individual person

**IRB**
internal ratings based approach

**IT**
Information Technology

**JSC**
joint-stock company

**LE**
legal entity

**LEED**
Leadership in Energy and Environmental Design

**LLC**
limited liability company

**MPSC**
Multifunctional Public Services Center

**NPO**
non-profit association / non-bank credit institution

**NPS**
net promoter score

**NSPP**
non-state pension provision

**OFXP**
open foreign exchange position

**OJSC**
open joint-stock company

**PCI DSS**
Payment Card Industry Data Security Standard

**PJSC**
public joint-stock company

**POS**
point of sale

**POS loan**
a loan that can be obtained directly at a POS

**PPF**
private pension fund

**QR code**
a two-dimensional quick response barcode

**RAS**
Russian Academy of Sciences

**RAS**
Russian Accounting Standards

**REPO**
a transaction for the purchase of securities with an obligation to sell them back after a certain period at a price predetermined in the agreement

**SAC**
subsidiary affiliates and companies

**SASB**
Sustainability Accounting Standards Board

**SB**
subsidiary bank

**SB**
Supervisory Board

**VHI**
voluntary health insurance

**SMB**
small and microbusinesses

**SME**
small and medium-sized enterprises

**SMS**
Smart Management System

**SMW**
solid municipal waste

**SPP**
solar power plant

**SW**
software

**UAE**
United Arab Emirates

**UIT**
unit investment fund

**UN**
United Nations

**UNEP FI**
United Nations Environment Programme Finance Initiative

**UX / CX**
user experience, customer experience

**VHI**
voluntary health insurance



Designed by **Praxis Report**