# EXHIBIT 1

# Паспорт громадянина України для виїзду за кордон є власністю України
# The passport of the citizen of Ukraine for travelling abroad is the property of Ukraine

Іменем України Міністр закордонних справ України просить усіх, кого це може стосуватися, усіма можливими засобами полегшити поїздку пред'явника паспорта, надавати йому необхідну допомогу та захист.

In the name of Ukraine, the Minister of Foreign Affairs of Ukraine requests all those whom it may concern to facilitate in every possible way the travel of the bearer of this passport and to provide the bearer with all necessary assistance and protection.

E C № 145072

## УКРАЇНА / UKRAINE



ПАСПОРТ / PASSPORT

Тип / Type: P
Код держави / Country code: UKR
Номер паспорта / Passport No.: ███020

Прізвище / Surname: ІСМАІЛОВ / ISMAILOV
Ім'я / Given Names: МУСАЙІБ / MUSAYIB
Громадянство / Nationality: УКРАЇНА / UKRAINE
Дата народження / Date of birth: ██ СІЧ/JAN 70
Запис № / Record No: ███
Стать / Sex: Ч/M
Місце народження / Place of birth: РОСІЙСЬКА ФЕДЕРАЦІЯ / RUS
Дата видачі / Date of issue: ███
Орган, що видав / Authority: ███
Дата закінчення строку дії / Date of expiry: 05 ГРУ/DEC 29
Підпис пред'явника / Holder's signature

P<UKRISMAILOV<<MUSAYIB<<<<<<<<<<<<<<<<<<<<<<<