# EXHIBIT 6

# Sberbank to buy out almost 95% of Krasnaya Polyana shares

16:02 06.06.2013                              Читати українською                              Russia

The Federal Antimonopoly Service has permitted Sberbank structures to bring their share at OJSC Krasnaya Polyana up to almost 95%.

Now the state bank may become virtually the only owner of the company, building the sports and tourism complex Mountain Carousel in Sochi.

The list of the current largest shareholders of Krasnaya Polyana includes Sberbank structures, which own 50.03% of the company, as well the Russneft President Mikhail Gutseriyev. He has purchased 42% of company shares from ex-Chairman of the Board of Northern Caucasus Resorts Ahmed Bilalov.

Ex-Chairman of the Board of OJSC Northern Caucasus Resorts and ex-VP of the Olympic Committee Ahmed Bilalov, deprived of all offices, has been living in the UK for the month already.

The audit of Bilalov activities started after Russian President Vladimir Putin had criticized the process of construction of the Olympic facility «Gorky Gorod» in Sochi, Yugopolis reports.

English translation by **BSN**

ТЕМИ:   banks

## LATEST ARTICLES


The first element of Russia's new maritime tactics/strategy in the Black Sea





Articles

Databases

Crimean Library

Contacts

© 2024  Black Sea News     The content from this website may be used on condition that the link to BlackSeaNews.net is provided (for Internet media, direct hyperlinks, open for search engines, must be provided). Use of photos is permitted only with attribution to the source and the author.

This website has been produced with the support of the European Endowment for Democracy (EED). Its contents do not necessarily reflect the official opinion of EED. Responsibility for the information and views expressed on this website lies entirely with the authors.