# EXHIBIT 7



RapidTranslate.org
support@rapidtranslate.org
(844) 473-7832

ata
Member # 274316

## CERTIFICATION OF TRANSLATION ACCURACY

We, RapidTranslate, a professional translation services company with a corporate membership to the American Translators Association, hereby certify that a qualified, experienced, and competent professional translator has translated the provided original document to the best of the translator's abilities. In our best judgment, the translated documents and text therein are a true and accurate translation, which reflect the original content, meaning, and style of the originally provided document(s). RapidTranslate has no relation to the client or original owner of the provided documents.

This is to certify the correctness of the translation only. RapidTranslate makes no claims, representation, guarantees, or warranties concerning the authenticity of the original document translated. Further, RapidTranslate disclaims any and all liability for the manner in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

Sincerely,
Authorized Representative
RapidTranslate.org

390 NE 191st St #8058
Miami, Florida 33179

State of: Florida
County of: Miami-Dade
Subscribed and sworn to (or affirmed) before me on October 4, 2024
Notary Public: Carla Zensen

CARLA ZENSEN
Notary Public - State of Florida
Commission # HH 509701
My Comm. Expires May 21, 2028
Bonded through National Notary Assn.

 RapidTranslate.org
support@rapidtranslate.org
(844) 473-7832

 Member # 274316

# CERTIFICATION BY TRANSLATOR

I, Aleksei Timashkov, certify that I am competent to translate in the English and Russian languages and that the above/attached document is a complete and accurate translation of the above/attached document.

This document has not been translated for a family member, friend, or business associate.

Name: Aleksei Timashkov

RapidTranslate.org
390 NE 191st St #8058
Miami, FL 33179



[Translated from Russian]

**Open Joint Stock Company
"Sberbank of Russia"**

Interim Condensed
Consolidated Financial Statements
and Review Report

*September 30, 2013*

[Translated from Russian]

[Logo of Sberbank of Russia]
**Interim Condensed Consolidated Financial Statements and Review Report**

**CONTENTS**

Review Report
Interim Condensed Consolidated Financial Statements
Interim Consolidated Statement of Financial Position ........................................................................................ 1
Interim Consolidated Statement of Profit or Loss .............................................................................................. 2
Interim Consolidated Statement of Total Return ............................................................................................... 3
Interim Consolidated Statement of Changes in Equity ...................................................................................... 4
Interim Consolidated Statement of Cash Flows ................................................................................................. 5

**Notes to the Interim Condensed Consolidated Financial Statements**

1.  Introduction ............................................................................................................................................. 6
2.  The Economic Environment in Which the Group Operates ................................................................... 7
3.  Basis of Preparation of Financial Statements ......................................................................................... 8
4.  Accounting Policy, Key Estimates and Judgments, Transition to New or Revised Standards and Interpretations, Reclassifications ...................................................................................................... 8
5.  Trading Securities ................................................................................................................................. 15
6.  Securities at Fair Value Through Profit or Loss ................................................................................... 15
7.  Loans and Advances to Customers ....................................................................................................... 16
8.  Securities Pledged Under Repo Agreements ........................................................................................ 28
9.  Available-for-Sale Investment Securities ............................................................................................. 29
10. Held-to-Maturity Investment Securities ............................................................................................... 29
11. Other Assets .......................................................................................................................................... 30
12. Due to Individuals and Corporate Clients ............................................................................................. 31
13. Issued Debt Securities ........................................................................................................................... 32
14. Other Liabilities .................................................................................................................................... 33
15. Subordinated Loans ............................................................................................................................... 34
16. Interest Income and Expenses ............................................................................................................... 35
17. Fee and Commission Income and Expenses ......................................................................................... 36
18. Net Foreign Currency Gains (Losses) from Operations with Foreign Currency, Foreign Currency Derivatives, and Revaluation ................................................................................................. 36
19. Gains Net of Losses from Non-Financial Activities ............................................................................. 37
20. Operating Expenses ............................................................................................................................... 37
21. Earnings Per Share and Dividends ........................................................................................................ 38
22. Segment Reporting ................................................................................................................................ 39
23. Financial Risk Management .................................................................................................................. 47
24. Credit-Related Commitments ............................................................................................................... 52
25. Fair Value of Financial Instruments ...................................................................................................... 53
26. Transferred Financial Assets ................................................................................................................. 60
27. Related Party Transactions .................................................................................................................... 61
28. Transactions with Government Agencies and State-Controlled Entities .............................................. 63
29. Major Subsidiaries ................................................................................................................................ 65
30. Capital Adequacy Ratio ........................................................................................................................ 67
31. Events After the Reporting Date ........................................................................................................... 69

[Translated from Russian]

[Logo of Ernst & Young]
By perfecting business,
we improve the world

CJSC Ernst & Young Vneshaudit
Sadovnicheskaya Nab., 77, bld. 1
Moscow, 115035, Russia
Tel: +7 (495) 705 9700
+7 (495) 755 9700
Fax: +7 (495) 755 9701
www.ey.com/ru

**Review Report on the Interim Condensed Consolidated Financial Statements**

To the Shareholders and Supervisory Board of OJSC "Sberbank of Russia"

*Introduction*
We have reviewed the accompanying interim condensed consolidated financial statements of OJSC "Sberbank of Russia" (hereinafter referred to as the "Bank") and its subsidiaries (collectively referred to as the "Group") as of September 30, 2013, which comprise the interim consolidated statement of financial position as of September 30, 2013, the related interim consolidated statements of profit or loss and total return for the three-month and nine-month periods then ended, interim consolidated statements of changes in equity and cash flows for the nine-month period then ended, and selected notes to the financial statements. The Bank's management is responsible for the preparation and presentation of this interim condensed consolidated financial information in accordance with International Financial Reporting Standard (IFRS) IAS 34 "Interim Financial Reporting" (IAS 34). Our responsibility is to express a conclusion on this interim condensed consolidated financial information based on our review.

*Scope of Review*
We conducted our review in accordance with International Standard on Review Engagements (ISRE) 2410, "Review of Interim Financial Information Performed by the Independent Auditor of the Entity." A review of interim financial information consists of making inquiries, primarily of persons responsible for financial and accounting matters, and applying analytical and other review procedures. A review is substantially less in scope than an audit conducted in accordance with International Standards on Auditing and consequently does not enable us to obtain assurance that we would become aware of all significant matters that might be identified in an audit. Accordingly, we do not express an audit opinion.

*Conclusion*
Based on our review, nothing has come to our attention that causes us to believe that the accompanying interim condensed consolidated financial information is not prepared, in all material respects, in accordance with IAS 34.

[Handwritten note: CJSC Ernst & Young Vneshaudit]

November 26, 2013

A member firm of Ernst & Young Global Limited

[Translated from Russian]

[Logo of OJSC "Sberbank of Russia"]

**Interim Consolidated Statement of Financial Position**

| (in billions of Russian rubles) | Note | September 30, 2013 (unaudited data) | December 31, 2012 |
|---|---|---|---|
| **ASSETS** | | | |
| Cash and Cash Equivalents | | 1,117.4 | 1,290.8 |
| Mandatory Reserves with Central Banks | | 270.3 | 211.2 |
| Trading Securities | 5 | 79.8 | 90.4 |
| Securities at Fair Value Through Profit or Loss | 6 | 16.3 | 19.2 |
| Due from Banks | | 435.2 | 114.8 |
| Loans and Advances to Customers | 7 | 11,760.6 | 10,499.3 |
| Securities Pledged Under Repo Agreements | 8 | 988.2 | 949.7 |
| Available-for-Sale Investment Securities | 9 | 761.7 | 804.5 |
| Held-to-Maturity Investment Securities | 10 | 153.5 | 105.9 |
| Deferred Tax Asset | | 10.1 | 7.5 |
| Fixed Assets | | 448.3 | 436.0 |
| Other Financial Assets | 11 | 307.2 | 227.6 |
| Other Non-Financial Assets | 11 | 340.8 | 340.5 |
| **TOTAL ASSETS** | | **16,689.4** | **15,097.4** |
| **LIABILITIES** | | | |
| Due to Banks | | 1,348.4 | 1,452.4 |
| Due to Individuals | 12 | 7,593.1 | 6,983.2 |
| Due to Corporate Clients | 12 | 3,665.3 | 3,196.1 |
| Issued Debt Securities | 13 | 825.8 | 691.7 |
| Other Borrowings | | 597.7 | 469.2 |
| Deferred Tax Liability | | 27.1 | 33.2 |
| Other Financial Liabilities | 14 | 339.2 | 227.7 |
| Other Non-Financial Liabilities | 14 | 51.5 | 35.4 |
| Subordinated Loans | 15 | 441.8 | 384.7 |
| **TOTAL LIABILITIES** | | **14,889.9** | **13,473.6** |
| **EQUITY** | | | |
| Share Capital | | 87.7 | 87.7 |
| Own Shares Bought Back from Shareholders | | (6.1) | (7.6) |
| Additional Paid-In Capital | | 232.6 | 232.6 |
| Revaluation Reserve for Office Property | | 77.0 | 79.0 |
| Revaluation Reserve for AFS Securities | | 7.2 | 37.3 |
| Accumulated Foreign Currency Translation Reserve | | (8.8) | (4.7) |
| Retained Earnings | | 1,400.2 | 1,186.7 |
| **Total Equity Attributable to Bank's Shareholders** | | **1,789.8** | **1,611.0** |
| Non-Controlling Interest | | 9.7 | 12.8 |
| **TOTAL EQUITY** | | **1,799.5** | **1,623.8** |
| **TOTAL LIABILITIES AND EQUITY** | | **16,689.4** | **15,097.4** |

Approved and signed on behalf of the Board on November 26, 2013.

| [Signature] | [Signature] |
| G.O. Gref | M.Y. Lukyanova |
| President, Chairman of the Management Board | Acting Chief Accountant |

Notes 1–31 form an integral part of this interim condensed consolidated financial information.

Page 1

[Logo of OJSC "Sberbank of Russia"]
**Particular Notes to the Interim Condensed Consolidated Financial Statements - September 30, 2013**

**29      Major Subsidiaries**

The table below contains information about the Bank's subsidiaries as of September 30, 2013:

| Name | Type of Activity | Ownership Share | Country of Incorporation |
|---|---|---|---|
| DenizBank (DenizBank AS) | Banking activity | 99.85% | Turkey |
| Sberbank Europe AG | Banking activity | 100.00% | Austria |
| OJSC "BPS-Sberbank" | Banking activity | 97.91% | Republic of Belarus |
| Subsidiary Bank of JSC "Sberbank" | Banking activity | 100.00% | Kazakhstan |
| JSC "Sberbank of Russia" | Banking activity | 100.00% | Ukraine |
| Sberbank Switzerland (Sberbank Switzerland AG) | Banking activity | 99.15% | Switzerland |
| "Cetelem Bank" LLC (formerly "BNP Paribas Vostok" LLC) | Banking activity | 74.00% | Russia |
| CJSC "Sberbank Leasing" | Leasing | 100.00% | Russia |
| LLC "Sberbank Capital" | Financial services | 100.00% | Russia |
| "Troika Dialog" Group of Companies | Financial services | 100.00% | Cayman Islands |
| CJSC "Rublyovo-Arkhangelskoye" | Construction | 100.00% | Russia |
| LLC "Sberbank Investments" | Financial services | 100.00% | Russia |
| LLC "Auction" | Services | 100.00% | Russia |
| OJSC "Krasnaya Polyana" | Construction | 50.03% | Russia |
| LLC "PS Yandex.Money" | Telecommunications | 75.00% minus 1 ruble | Russia |
| LLC "Crystal Towers" | Construction | 50.01% | Russia |

In the first quarter of 2013, the final valuation of the net assets of DenizBank AS was conducted. The final fair value assessment of the identifiable assets and liabilities of DenizBank AS at the acquisition date did not significantly differ from the preliminary estimate.

In April 2013, DenizBank and Citibank signed an agreement for DenizBank to acquire Citibank's retail banking division in Turkey. The transaction was approved by Turkish authorities in June 2013. As of the approval date, Citibank's retail banking business in Turkey had more than 600,000 clients, with a preliminary assessment of loans and advances to customers totaling 1.2 billion Turkish liras and a preliminary assessment of deposits amounting to 1.6 billion Turkish liras. The transaction was completed in July 2013. The final fair value of the assets and liabilities identifiable at acquisition, and the final goodwill amount have not yet been determined.

[Logo of OJSC "Sberbank of Russia"]

**Notes to the Interim Condensed Consolidated Financial Statements – September 30, 2013**
**29    Key Subsidiaries (continued)**

The preliminary assessment of goodwill and the preliminary fair value of the assets and liabilities identifiable at the acquisition date are presented in the table below:

| *(unaudited data) (in billions of Russian rubles)* | **Fair Value** |
|---|---|
| Loans and advances to customers | 19.2 |
| Fixed Assets | 0.1 |
| Other financial assets | 0.1 |
| **Total assets** | **19.4** |
| Due to Individuals | (22.3) |
| Due to Corporate Clients | (0.6) |
| Other financial liabilities | (4.1) |
| Other non-financial liabilities | (0.1) |
| **Total liabilities** | **(27.1)** |
| **Fair value of net assets of subsidiaries** | **(7.7)** |
| **Calculation of Goodwill:** | |
| **Purchase price** | **(7.1)** |
| **Fair value of net assets of subsidiaries** | **7.7** |
| **Goodwill generated at acquisition** | **0.6** |

The Group's consolidated net profit for the nine months ended on September 30, 2013, would not have significantly changed if the acquisition had occurred on January 1, 2013.
The Group conducted the final fair value assessment of the assets and liabilities identifiable at the acquisition of OJSC "Krasnaya Polyana" and several other companies, based on the final results of an independent external valuation. The final goodwill at the acquisition date is presented in the table below:

| *(unaudited data) (in billions of Russian rubles)* | **Fair Value** |
|---|---|
| Cash and cash equivalents | 1.5 |
| Due from banks | 0.6 |
| Loans and advances to customers | 1.5 |
| Fixed Assets | 1.3 |
| Other non-financial assets | 10.2 |
| **Total assets** | **15.1** |
| Due to banks | (5.6) |
| Other financial liabilities | (0.2) |
| Other non-financial liabilities | (2.1) |
| **Total liabilities** | **(7.9)** |
| **Fair value of net assets of subsidiaries** | **7.2** |
| **Calculation of Goodwill:** | |
| **Purchase price** | **13.3** |
| Non-controlling interest at fair value | 3.4 |
| Fair value of net assets of subsidiaries | (7.2) |
| Goodwill generated at acquisition | 9.5 |

[Logo of OJSC "Sberbank of Russia"]

**Particular Notes to the Interim Condensed Consolidated Financial Statements – September 30, 2013**

### 31  Events After the Reporting Date

In October 2013, a report on the results of an additional share issue by OJSC "Krasnaya Polyana" was registered. According to the document, within the framework of the additional share issue, 18,342 shares with a nominal value of 50,000 rubles each were placed. The placement price per share amounted to 755,000 rubles. All shares were purchased by the Group for a total of 13.9 billion rubles. As a result, the effective ownership share in this subsidiary increased to 92.104%.

In October 2013, Fitch Ratings assigned Sberbank Europe AG a long-term issuer default rating of "BBB-" with a stable outlook. This was the first time ratings were assigned to Sberbank Europe AG. The rating will enable Sberbank Europe AG to develop its independent business in the international market in line with its strategic goals and gain access to a wide range of clients and counterparties.

In November 2013, the Group secured a multi-currency syndicated loan from a consortium of foreign banks (the ruble equivalent of which amounted to 32.7 billion rubles at the time of funding). The loan was received in two tranches in two different currencies: USD 0.3 billion and EUR 0.5 billion. The loan maturity date is in November 2014, and the contract floating interest rate for this loan is LIBOR + 0.75% per annum for the USD tranche and EURIBOR + 0.75% per annum for the EUR tranche.

**Открытое акционерное общество
«Сбербанк России»**

Промежуточная сокращенная консолидированная финансовая отчетность и отчет по результатам обзорной проверки

*30 сентября 2013 года*



# Промежуточная сокращенная консолидированная финансовая отчетность и отчет по результатам обзорной проверки

## СОДЕРЖАНИЕ

Отчет по результатам обзорной проверки

Промежуточная сокращенная консолидированная финансовая отчетность

Промежуточный консолидированный отчет о финансовом положении ................................................................. 1
Промежуточный консолидированный отчет о прибылях и убытках ...................................................................... 2
Промежуточный консолидированный отчет о совокупных доходах ....................................................................... 3
Промежуточный консолидированный отчет об изменениях в составе собственных средств ........................... 4
Промежуточный консолидированный отчет о движении денежных средств ...................................................... 5

Отдельные примечания к промежуточной сокращенной консолидированной финансовой отчетности

| 1 | Введение ........................................................................................................................................................... 6 |
| --- | --- |
| 2 | Экономическая среда, в которой Группа осуществляет свою деятельность ............................................. 7 |
| 3 | Основы составления финансовой отчетности ............................................................................................... 8 |
| 4 | Учетная политика, важные оценки и профессиональные суждения, переход на новые или пересмотренные стандарты и интерпретации, реклассификации ................................................................ 8 |
| 5 | Торговые ценные бумаги ................................................................................................................................ 15 |
| 6 | Ценные бумаги, изменение справедливой стоимости которых отражается через счета прибылей и убытков ............................................................................................................................................................. 15 |
| 7 | Кредиты и авансы клиентам ........................................................................................................................... 16 |
| 8 | Ценные бумаги, заложенные по договорам репо ........................................................................................ 28 |
| 9 | Инвестиционные ценные бумаги, имеющиеся в наличии для продажи .................................................. 29 |
| 10 | Инвестиционные ценные бумаги, удерживаемые до погашения ............................................................. 29 |
| 11 | Прочие активы ................................................................................................................................................... 30 |
| 12 | Средства физических лиц и корпоративных клиентов .............................................................................. 31 |
| 13 | Выпущенные долговые ценные бумаги ....................................................................................................... 32 |
| 14 | Прочие обязательства ..................................................................................................................................... 33 |
| 15 | Субординированные займы ........................................................................................................................... 34 |
| 16 | Процентные доходы и расходы ..................................................................................................................... 35 |
| 17 | Комиссионные доходы и расходы ................................................................................................................. 36 |
| 18 | Доходы за вычетом расходов по операциям с иностранной валютой, валютными производными инструментами и от переоценки иностранной валюты ............................................................................. 36 |
| 19 | Доходы за вычетом расходов от нефинансовых видов деятельности ................................................... 37 |
| 20 | Операционные расходы .................................................................................................................................. 37 |
| 21 | Прибыль на акцию и дивиденды .................................................................................................................... 38 |
| 22 | Сегментный анализ ......................................................................................................................................... 39 |
| 23 | Управление финансовыми рисками .............................................................................................................. 47 |
| 24 | Обязательства кредитного характера .......................................................................................................... 52 |
| 25 | Справедливая стоимость финансовых инструментов .............................................................................. 53 |
| 26 | Переданные финансовые активы .................................................................................................................. 60 |
| 27 | Операции со связанными сторонами ........................................................................................................... 61 |
| 28 | Операции с государственными учреждениями и компаниями, контролируемыми государством ....... 63 |
| 29 | Основные дочерние компании ....................................................................................................................... 65 |
| 30 | Коэффициент достаточности капитала ....................................................................................................... 67 |
| 31 | События после отчетной даты ....................................................................................................................... 69 |



CJSC Ernst & Young Vneshaudit
Sadovnicheskaya Nab., 77, bld. 1
Moscow, 115035, Russia
Tel: +7 (495) 705 9700
     +7 (495) 755 9700
Fax: +7 (495) 755 9701
www.ey.com/ru

ЗАО «Эрнст энд Янг Внешаудит»
Россия, 115035, Москва
Садовническая наб., 77, стр. 1
Тел.: +7 (495) 705 9700
      +7 (495) 755 9700
Факс: +7 (495) 755 9701
ОКПО: 00139790

## Заключение по результатам обзорной проверки промежуточной сокращенной консолидированной финансовой отчетности

Акционерам и Наблюдательному Совету ОАО «Сбербанк России»

*Введение*

Мы провели обзорную проверку прилагаемой промежуточной сокращенной консолидированной финансовой отчетности ОАО «Сбербанк России» (далее по тексту – «Банк») и его дочерних компаний (совместно именуемых «Группа») по состоянию на 30 сентября 2013 года, которая включает промежуточный консолидированный отчет о финансовом положении по состоянию на 30 сентября 2013 года, а также соответствующие промежуточные консолидированные отчеты о прибылях и убытках и о совокупном доходе за трех- и девятимесячный периоды, завершившиеся на указанную дату, промежуточные консолидированные отчеты об изменениях в капитале и движении денежных средств за девятимесячный период, завершившийся на указанную дату, и отдельные примечания к финансовой отчетности. Руководство Банка несет ответственность за подготовку и представление данной промежуточной сокращенной консолидированной финансовой отчетности в соответствии с Международным стандартом финансовой отчетности МСФО (IAS) 34 *«Промежуточная финансовая отчетность»* (МСФО (IAS) 34). Наша обязанность заключается в том, чтобы сделать вывод по данной промежуточной сокращенной консолидированной финансовой отчетности на основании проведенной нами обзорной проверки.

*Объем работ по обзорной проверке*

Мы провели обзорную проверку в соответствии с Международным стандартом, применимым к обзорным проверкам, 2410 (*«Обзорная проверка промежуточной финансовой информации, проводимая независимым аудитором организации»*). Обзорная проверка промежуточной финансовой информации включает в себя проведение опросов персонала, главным образом сотрудников, ответственных за финансовые вопросы и вопросы бухгалтерского учета, а также выполнение аналитических и иных процедур, связанных с обзорной проверкой. Объем процедур, выполняемых в ходе обзорной проверки, существенно меньше, чем при проведении аудита в соответствии с Международными стандартами аудита, что не позволяет нам получить уверенность в том, что мы обнаружили все существенные факты, которые могли бы быть выявлены в ходе проведения аудита. Соответственно, мы не выражаем аудиторское мнение.

*Вывод*

В ходе проведенной нами обзорной проверки мы не обнаружили фактов, которые позволяли бы нам полагать, что прилагаемая промежуточная сокращенная консолидированная финансовая отчетность не была подготовлена во всех существенных аспектах в соответствии с МСФО (IAS) 34.

*ЗАО Эрнст энд Янг Внешаудит*

26 ноября 2013 года

A member firm of Ernst & Young Global Limited


**СБЕРБАНК РОССИИ**

## Промежуточный консолидированный отчет о финансовом положении

| (в миллиардах российских рублей) | Прим. | 30 сентября 2013 года (неаудированные данные) | 31 декабря 2012 года |
|---|---|---|---|
| **АКТИВЫ** | | | |
| Денежные средства и их эквиваленты | | 1 117,4 | 1 290,8 |
| Обязательные резервы на счетах в центральных банках | | 270,3 | 211,2 |
| Торговые ценные бумаги | 5 | 79,8 | 90,4 |
| Ценные бумаги, изменение справедливой стоимости которых отражается через счета прибылей и убытков | 6 | 16,3 | 19,2 |
| Средства в банках | | 435,2 | 114,8 |
| Кредиты и авансы клиентам | 7 | 11 760,6 | 10 499,3 |
| Ценные бумаги, заложенные по договорам репо | 8 | 988,2 | 949,7 |
| Инвестиционные ценные бумаги, имеющиеся в наличии для продажи | 9 | 761,7 | 804,5 |
| Инвестиционные ценные бумаги, удерживаемые до погашения | 10 | 153,5 | 105,9 |
| Отложенный налоговый актив | | 10,1 | 7,5 |
| Основные средства | | 448,3 | 436,0 |
| Прочие финансовые активы | 11 | 307,2 | 227,6 |
| Прочие нефинансовые активы | 11 | 340,8 | 340,5 |
| **ИТОГО АКТИВОВ** | | **16 689,4** | **15 097,4** |
| **ОБЯЗАТЕЛЬСТВА** | | | |
| Средства банков | | 1 348,4 | 1 452,4 |
| Средства физических лиц | 12 | 7 593,1 | 6 983,2 |
| Средства корпоративных клиентов | 12 | 3 665,3 | 3 196,1 |
| Выпущенные долговые ценные бумаги | 13 | 825,8 | 691,7 |
| Прочие заемные средства | | 597,7 | 469,2 |
| Отложенное налоговое обязательство | | 27,1 | 33,2 |
| Прочие финансовые обязательства | 14 | 339,2 | 227,7 |
| Прочие нефинансовые обязательства | 14 | 51,5 | 35,4 |
| Субординированные займы | 15 | 441,8 | 384,7 |
| **ИТОГО ОБЯЗАТЕЛЬСТВ** | | **14 889,9** | **13 473,6** |
| **СОБСТВЕННЫЕ СРЕДСТВА** | | | |
| Уставный капитал | | 87,7 | 87,7 |
| Собственные акции, выкупленные у акционеров | | (6,1) | (7,6) |
| Эмиссионный доход | | 232,6 | 232,6 |
| Фонд переоценки офисной недвижимости | | 77,0 | 79,0 |
| Фонд переоценки инвестиционных ценных бумаг, имеющихся в наличии для продажи | | 7,2 | 37,3 |
| Фонд накопленных курсовых разниц | | (8,8) | (4,7) |
| Нераспределенная прибыль | | 1 400,2 | 1 186,7 |
| **Итого собственных средств, принадлежащих акционерам Банка** | | **1 789,8** | **1 611,0** |
| Неконтрольная доля участия | | 9,7 | 12,8 |
| **ИТОГО СОБСТВЕННЫХ СРЕДСТВ** | | **1 799,5** | **1 623,8** |
| **ИТОГО ОБЯЗАТЕЛЬСТВ И СОБСТВЕННЫХ СРЕДСТВ** | | **16 689,4** | **15 097,4** |

Утверждено и подписано от имени Правления 26 ноября 2013 года.

_____
Г.О. Греф
Президент, Председатель Правления

_____
М.Ю. Лукьянова
И.о. Главного бухгалтера

Примечания №1-31 составляют неотъемлемую часть данной промежуточной сокращенной консолидированной финансовой отчетности.

1



**Отдельные примечания к промежуточной сокращенной консолидированной финансовой отчетности – 30 сентября 2013 года**

### 29   Основные дочерние компании

Таблица ниже содержит информацию о дочерних компаниях Банка по состоянию на 30 сентября 2013 года:

| Название | Вид деятельности | Доля собственности | Страна регистрации |
|---|---|---|---|
| **Дочерние компании:** | | | |
| DenizBank (DenizBank AS) | банковская деятельность | 99,85% | Турция |
| Sberbank Europe AG | банковская деятельность | 100,00% | Австрия |
| ОАО «БПС-Сбербанк» | банковская деятельность | 97,91% | Республика Беларусь |
| ДБ АО «Сбербанк» | банковская деятельность | 100,00% | Казахстан |
| АО «Сбербанк России» | банковская деятельность | 100,00% | Украина |
| Сбербанк Швейцария (Sberbank Switzerland AG) | банковская деятельность | 99,15% | Швейцария |
| «Сетелем Банк» ООО (бывший «БНП Париба Восток» ООО) | банковская деятельность | 74,00% | Россия |
| ЗАО «Сбербанк Лизинг» | лизинг | 100,00% | Россия |
| ООО «Сбербанк Капитал» | финансовые услуги | 100,00% | Россия |
| Группа компаний «Тройка Диалог» | финансовые услуги | 100,00% | Каймановы острова |
| ЗАО «Рублево-Архангельское» | строительство | 100,00% | Россия |
| ООО «Сбербанк Инвестиции» | финансовые услуги | 100,00% | Россия |
| ООО «Аукцион» | услуги | 100,00% | Россия |
| ОАО «Красная поляна» | строительство | 50,03% | Россия |
| ООО «ПС Яндекс.Деньги» | телекоммуникации | 75,00% минус 1 рубль | Россия |
| ООО «Хрустальные башни» | строительство | 50,01% | Россия |

В первом квартале 2013 года была проведена финальная оценка стоимости чистых активов DenizBank AS. Финальная оценка справедливой стоимости идентифицируемых активов и обязательств DenizBank AS на дату приобретения существенно не отличается от предварительной оценки.

В апреле 2013 года DenizBank и Ситибанк подписали договор по приобретению Денизбанком подразделения по банковскому обслуживанию физических лиц Ситибанка в Турции. Сделка была одобрена турецкими властями в июне 2013 года. На дату одобрения сделки бизнес Ситибанка в Турции по банковскому обслуживанию физических лиц насчитывал более 600 000 клиентов, с предварительной оценкой объема кредитов и авансов клиентам на сумму 1,2 миллиарда турецких лир и предварительной оценкой объема депозитов в размере 1,6 миллиарда турецких лир. Сделка по приобретению подразделения по банковскому обслуживанию физических лиц Ситибанка в Турции была завершена в июле 2013 года. Финальная справедливая стоимость активов и обязательств, идентифицируемых при приобретении компании, и финальная величина деловой репутации на данный момент не определены.



**Отдельные примечания к промежуточной сокращенной консолидированной финансовой отчетности – 30 сентября 2013 года**

### 29  Основные дочерние компании (продолжение)

Предварительная оценка деловой репутации и предварительная справедливая стоимость активов и обязательств, идентифицируемых при приобретении, на дату приобретения представлена в таблице ниже:

| *(неаудированные данные)*<br>*(в миллиардах российских рублей)* | Справедливая стоимость |
|---|---:|
| Кредиты и авансы клиентам | 19,2 |
| Основные средства | 0,1 |
| Прочие финансовые активы | 0,1 |
| **Итого активов** | **19,4** |
| Средства физических лиц | (22,3) |
| Средства корпоративных клиентов | (0,6) |
| Прочие финансовые обязательства | (4,1) |
| Прочие нефинансовые обязательства | (0,1) |
| **Итого обязательств** | **(27,1)** |
| Справедливая стоимость чистых активов дочерних компаний | (7,7) |
| *Расчет деловой репутации:* | |
| Цена приобретения | (7,1) |
| Справедливая стоимость чистых активов дочерних компаний | 7,7 |
| Деловая репутация, полученная при приобретении | 0,6 |

Консолидированная чистая прибыль Группы за девять месяцев, закончившихся 30 сентября 2013 года, не изменилась бы существенно, если бы приобретение произошло 1 января 2013 года.

Группа провела финальную оценку справедливой стоимости активов и обязательств, идентифицируемых при приобретении ОАО «Красная поляна» и ряда других компаний, основанную на финальных результатах независимой внешней оценки. Финальная деловая репутация при приобретении компаний на дату приобретения представлена в таблице ниже:

| *(неаудированные данные)*<br>*(в миллиардах российских рублей)* | Справедливая стоимость |
|---|---:|
| Денежные средства и их эквиваленты | 1,5 |
| Средства в банках | 0,6 |
| Кредиты и авансы клиентам | 1,5 |
| Основные средства | 1,3 |
| Прочие нефинансовые активы | 10,2 |
| **Итого активов** | **15,1** |
| Средства банков | (5,6) |
| Прочие финансовые обязательства | (0,2) |
| Прочие нефинансовые обязательства | (2,1) |
| **Итого обязательств** | **(7,9)** |
| Справедливая стоимость чистых активов дочерних компаний | 7,2 |
| *Расчет деловой репутации:* | |
| Цена приобретения | 13,3 |
| Неконтрольная доля участия по справедливой стоимости | 3,4 |
| Справедливая стоимость чистых активов дочерних компаний | (7,2) |
| Деловая репутация, полученная при приобретении | 9,5 |



**Отдельные примечания к промежуточной сокращенной консолидированной финансовой отчетности – 30 сентября 2013 года**

### 31 События после отчетной даты

В октябре 2013 года зарегистрирован отчет об итогах дополнительного выпуска ценных бумаг ОАО «Красная Поляна». Согласно указанному документу в рамках проведенной дополнительной эмиссии было размещено 18 342 акции номинальной стоимостью 50 000 рублей каждая. Цена размещения одной акции составила 755 тысяч рублей. Все акции были выкуплены Группой за 13,9 миллиардов рублей. В результате эффективная доля владения данной дочерней компанией увеличилась до 92,104%.

В октябре 2013 года Fitch Ratings присвоило Sberbank Europe AG долгосрочный рейтинг дефолта эмитента «BBB-» со стабильным прогнозом. Рейтинги были присвоены Sberbank Europe AG впервые. Наличие рейтинга позволит Sberbank Europe AG развивать самостоятельный бизнес на международном рынке в соответствии со стратегическими задачами и получить доступ к широкому кругу клиентов и контрагентов.

В ноябре 2013 года Группа привлекла мультивалютный синдицированный кредит от консорциума иностранных банков (рублевый эквивалент составил 32,7 миллиарда рублей на дату привлечения средств). Кредит был получен двумя траншами в двух разных валютах: 0,3 миллиардов долларов США и 0,5 миллиардов Евро. Срок погашения данного кредита наступает в ноябре 2014 года, контрактная плавающая процентная ставка по данному кредиту – LIBOR +0,75% годовых по траншу в долларах США и EURIBOR + 0,75% годовых по траншу в Евро.