# EXHIBIT 9

**Публичное акционерное общество
«Сбербанк России» и его дочерние организации**

Промежуточная сокращенная
консолидированная финансовая отчетность и
Заключение по результатам обзорной проверки

*30 июня 2016 года*



# Промежуточная сокращенная консолидированная финансовая отчетность и заключение по результатам обзорной проверки

## СОДЕРЖАНИЕ

Заключение по результатам обзорной проверки промежуточной сокращенной консолидированной финансовой отчетности

**Промежуточная сокращенная консолидированная финансовая отчетность**

Промежуточный консолидированный отчет о финансовом положении ...................................................................... 1
Промежуточный консолидированный отчет о прибылях и убытках .......................................................................... 2
Промежуточный консолидированный отчет о совокупном доходе ............................................................................. 3
Промежуточный консолидированный отчет об изменениях в составе собственных средств ................................. 4
Промежуточный консолидированный отчет о движении денежных средств ............................................................ 5

**Отдельные примечания к промежуточной сокращенной консолидированной финансовой отчетности**

| | | |
|---|---|---|
| 1 | Введение | 7 |
| 2 | Экономическая среда, в которой Группа осуществляет свою деятельность | 8 |
| 3 | Основы составления финансовой отчетности | 10 |
| 4 | Учетная политика, важные оценки и профессиональные суждения, переход на пересмотренные стандарты и реклассификации | 11 |
| 5 | Финансовые активы, переоцениваемые по справедливой стоимости через счета прибылей и убытков | 17 |
| 6 | Средства в банках | 18 |
| 7 | Кредиты и авансы клиентам | 19 |
| 8 | Ценные бумаги, заложенные по договорам репо | 31 |
| 9 | Инвестиционные ценные бумаги, имеющиеся в наличии для продажи | 31 |
| 10 | Инвестиционные ценные бумаги, удерживаемые до погашения | 32 |
| 11 | Активы и обязательства групп выбытия и внеоборотные активы, удерживаемые для продажи | 33 |
| 12 | Прочие активы | 35 |
| 13 | Средства банков | 38 |
| 14 | Средства физических лиц и корпоративных клиентов | 38 |
| 15 | Выпущенные долговые ценные бумаги | 40 |
| 16 | Финансовые обязательства, переоцениваемые по справедливой стоимости через счета прибылей и убытков, за исключением выпущенных долговых ценных бумаг | 41 |
| 17 | Прочие обязательства | 42 |
| 18 | Субординированные займы | 47 |
| 19 | Процентные доходы и расходы | 48 |
| 20 | Комиссионные доходы и расходы | 49 |
| 21 | Чистые результаты по операциям с иностранной валютой, валютными производными инструментами и от переоценки иностранной валюты | 49 |
| 22 | Чистые результаты от небанковских видов деятельности | 50 |
| 23 | Нетто-премии, выплаты, заявленные убытки, изменение обязательств по договорам страхования и пенсионным договорам и аквизиционные расходы от страховой деятельности и деятельности пенсионного фонда | 51 |
| 24 | Операционные расходы | 51 |
| 25 | Прибыль на акцию и дивиденды | 52 |
| 26 | Сегментный анализ | 53 |
| 27 | Управление финансовыми рисками | 61 |
| 28 | Обязательства кредитного характера | 67 |
| 29 | Раскрытия по справедливой стоимости | 67 |
| 30 | Переданные финансовые активы и заложенные активы | 83 |
| 31 | Взаимозачет финансовых инструментов | 84 |
| 32 | Операции со связанными сторонами | 85 |
| 33 | Операции с государственными учреждениями и компаниями, контролируемыми государством | 88 |
| 34 | Основные дочерние компании | 90 |
| 35 | Коэффициент достаточности капитала | 90 |
| 36 | События после отчетной даты | 91 |



*Заключение по результатам обзорной проверки промежуточной сокращенной консолидированной финансовой отчетности*

Акционерам и Наблюдательному Совету ПАО Сбербанк

## Вступление

Мы провели обзорную проверку прилагаемой промежуточной сокращенной консолидированной финансовой отчетности ПАО Сбербанк и его дочерних организаций (далее – «Группа»), состоящей из промежуточного консолидированного отчета о финансовом положении по состоянию на 30 июня 2016 года и соответствующих промежуточных консолидированных отчетов о прибылях и убытках и о совокупном доходе за три и шесть месяцев, закончившихся на указанную дату, промежуточных консолидированных отчетов об изменениях в составе собственных средств и о движении денежных средств за шесть месяцев, закончившихся на указанную дату, и отдельных примечаний. Руководство несет ответственность за подготовку и представление этой промежуточной сокращенной консолидированной финансовой отчетности в соответствии с Международным стандартом финансовой отчетности (IAS) 34 «Промежуточная финансовая отчетность». Наша ответственность заключается в предоставлении вывода о данной промежуточной сокращенной консолидированной финансовой отчетности на основании проведенной нами обзорной проверки.

## Объем обзорной проверки

Мы провели обзорную проверку в соответствии с федеральным правилом (стандартом) аудиторской деятельности №33 «Обзорная проверка финансовой (бухгалтерской) отчетности» и Международным стандартом по обзорным проверкам (ISRE) 2410 «Обзорная проверка промежуточной финансовой информации, выполняемая независимым аудитором организации». Обзорная проверка промежуточной сокращенной консолидированной финансовой отчетности ограничивается опросом должностных лиц, в основном ответственных за финансовые и бухгалтерские вопросы, и аналитическими и прочими процедурами обзорной проверки. Объем обзорной проверки существенно меньше объема аудиторской проверки, которая проводится в соответствии с федеральными стандартами аудиторской деятельности и Международными стандартами аудита, поэтому обзорная проверка не позволяет нам получить уверенность в том, что нам стали известны все значительные аспекты, которые могли бы быть выявлены в ходе аудита. Следовательно, мы не предоставляем аудиторское заключение.

## Вывод

По итогам проведенной обзорной проверки наше внимание не привлекли никакие факты, которые дали бы нам основания полагать, что прилагаемая промежуточная сокращенная консолидированная финансовая отчетность не была подготовлена во всех существенных отношениях в соответствии с Международным стандартом финансовой отчетности (IAS) 34 «Промежуточная финансовая отчетность».

24 августа 2016 года
Москва, Российская Федерация

Е.Н. Кривенцев, Директор (квалификационный аттестат № 01-000198),
АО «ПрайсвотерхаусКуперс Аудит»

| | |
|---|---|
| Аудируемое лицо: Публичное акционерное общество «Сбербанк России» | Независимый аудитор: АО «ПрайсвотерхаусКуперс Аудит» |
| Дата внесения записи в ЕГРЮЛ: 16 августа 2002 г., ОГРН: 1027700132195 | Свидетельство о государственной регистрации № 008.890 выдано Московской регистрационной палатой 28 февраля 1992 г. |
| Россия, Москва, 117997, ул. Вавилова, д. 19 | Свидетельство о внесении записи в ЕГРЮЛ выдано 22 августа 2002 г. за № 1027700148431 |
| | Свидетельство о членстве в Саморегулируемой организации аудиторов НП «Аудиторская Палата России» № 870. ОРНЗ в реестре аудиторов и аудиторских организаций: 10201003683 |

*АО «ПрайсвотерхаусКуперс Аудит», ул. Бутырский Вал, 10, Москва, Российская Федерация, 125047*
*Т: +7 495 967 6000, Ф: +7 495 967 6001, www.pwc.ru*



## Промежуточный консолидированный отчет о финансовом положении

| (в миллиардах российских рублей) | Прим. | 30 июня 2016 года (неаудированные данные) | 31 декабря 2015 года |
|---|---|---|---|
| **АКТИВЫ** | | | |
| Денежные средства и их эквиваленты | | 1 951,6 | 2 333,6 |
| Обязательные резервы на счетах в центральных банках | | 411,5 | 387,9 |
| Финансовые активы, переоцениваемые по справедливой стоимости через счета прибылей и убытков | 5 | 715,3 | 866,8 |
| Средства в банках | 6 | 783,2 | 750,6 |
| Кредиты и авансы клиентам | 7 | 17 946,9 | 18 727,8 |
| Ценные бумаги, заложенные по договорам репо | 8 | 141,2 | 222,0 |
| Инвестиционные ценные бумаги, имеющиеся в наличии для продажи | 9 | 2 085,2 | 1 874,3 |
| Инвестиционные ценные бумаги, удерживаемые до погашения | 10 | 471,5 | 477,7 |
| Отложенный налоговый актив | | 16,5 | 17,3 |
| Основные средства | | 484,8 | 499,2 |
| Активы групп выбытия и внеоборотные активы, удерживаемые для продажи | 11 | 128,7 | 212,7 |
| Прочие финансовые активы | 12 | 344,6 | 671,0 |
| Прочие нефинансовые активы | 12 | 313,0 | 293,8 |
| **ИТОГО АКТИВОВ** | | **25 794,0** | **27 334,7** |
| **ОБЯЗАТЕЛЬСТВА** | | | |
| Средства банков | 13 | 651,7 | 1 045,9 |
| Средства физических лиц | 14 | 11 957,1 | 12 043,7 |
| Средства корпоративных клиентов | 14 | 6 830,2 | 7 754,6 |
| Выпущенные долговые ценные бумаги | 15 | 1 305,9 | 1 378,5 |
| Прочие заемные средства | | 319,5 | 398,0 |
| Финансовые обязательства, переоцениваемые по справедливой стоимости через счета прибылей и убытков, за исключением выпущенных долговых ценных бумаг | 16 | 262,5 | 426,6 |
| Отложенное налоговое обязательство | | 91,0 | 132,0 |
| Обязательства групп выбытия | 11 | 106,7 | 185,9 |
| Резервы по страховой деятельности и деятельности пенсионного фонда | 17 | 439,9 | 323,6 |
| Прочие финансовые обязательства | 17 | 357,1 | 397,6 |
| Прочие нефинансовые обязательства | 17 | 92,2 | 66,8 |
| Субординированные займы | 18 | 775,9 | 806,5 |
| **ИТОГО ОБЯЗАТЕЛЬСТВ** | | **23 189,7** | **24 959,7** |
| **СОБСТВЕННЫЕ СРЕДСТВА** | | | |
| Уставный капитал | | 87,7 | 87,7 |
| Собственные акции, выкупленные у акционеров | | (6,9) | (6,7) |
| Эмиссионный доход | | 232,6 | 232,6 |
| Фонд переоценки офисной недвижимости | | 67,4 | 69,3 |
| Фонд переоценки инвестиционных ценных бумаг, имеющихся в наличии для продажи | | 16,6 | (45,7) |
| Фонд накопленных курсовых разниц | | 50,1 | 101,1 |
| Изменения в учете обязательств по пенсионным планам с установленными выплатами | | (1,3) | (0,7) |
| Нераспределенная прибыль | | 2 155,4 | 1 935,2 |
| **Итого собственных средств, принадлежащих акционерам Банка** | | **2 601,6** | **2 372,8** |
| Неконтрольная доля участия | | 2,7 | 2,2 |
| **ИТОГО СОБСТВЕННЫХ СРЕДСТВ** | | **2 604,3** | **2 375,0** |
| **ИТОГО ОБЯЗАТЕЛЬСТВ И СОБСТВЕННЫХ СРЕДСТВ** | | **25 794,0** | **27 334,7** |

Утверждено и подписано от имени Правления 24 августа 2016 года.

_____  
Г.О. Греф  
Президент, Председатель Правления

_____  
М.Ю. Лукьянова  
Главный бухгалтер

Примечания №1-36 составляют неотъемлемую часть данной промежуточной сокращенной консолидированной финансовой отчетности.

1



**Отдельные примечания к промежуточной сокращенной консолидированной финансовой отчетности – 30 июня 2016 года**

**11   Активы и обязательства групп выбытия и внеоборотные активы, удерживаемые для продажи**

| (в миллиардах российских рублей) | 30 июня 2016 года (неаудированные данные) | 31 декабря 2015 года |
|---|---|---|
| Активы групп выбытия и внеоборотные активы, удерживаемые для продажи | | |
| - активы групп выбытия | 123,2 | 207,4 |
| - внеоборотные активы, удерживаемые для продажи | 5,5 | 5,3 |
| **Итого активов групп выбытия и внеоборотных активов, удерживаемых для продажи** | **128,7** | **212,7** |
| Обязательства групп выбытия | 106,7 | 185,9 |
| **Итого обязательств групп выбытия** | **106,7** | **185,9** |

Внеоборотные активы, удерживаемые для продажи, состоят из внеоборотных активов, удерживаемых для продажи, принадлежащих дочерним компаниям Группы.

17 декабря 2015 года Руководство Группы анонсировало план по продаже принадлежащего ей дочернего банка Sberbank Slovensko a.s., расположенного в Словакии. Согласно подписанному соглашению группа Penta Investments станет новым владельцем 99,5% акций Sberbank Slovensko a.s. Решение о продаже Sberbank Slovensko a.s. было принято в соответствии со стратегическим видением присутствия Sberbank Europe AG на международном рынке. Стороны решили не разглашать информацию о сумме сделки. Закрытие сделки состоялось в июле 2016 года, когда был осуществлен переход права собственности на акции Sberbank Slovensko a.s. По состоянию на 30 июня 2016 года Sberbank Slovensko a.s. был классифицирован Группой в раздел внеоборотные активы, удерживаемые для продажи. См. Примечание 36.

В мае 2016 года в результате выполнения условий, согласованных сторонами соглашения, был осуществлен переход права собственности на акции НАО «Красная Поляна», составляющих 96,914% уставного капитала компании. Таким образом Группа передала контроль над НАО «Красная Поляна» покупателю. По результатам продажи акций НАО «Красная Поляна» Группа признала прибыль от продажи в сумме 12,2 миллиарда рублей, которая включена в статью прочие чистые операционные доходы в промежуточном консолидированном отчете о прибылях и убытках.



**Отдельные примечания к промежуточной сокращенной консолидированной финансовой отчетности – 30 июня 2016 года**

**11  Активы и обязательства групп выбытия и внеоборотные активы, удерживаемые для продажи (продолжение)**

Активы и обязательства существенных групп выбытия представлены ниже:

| (в миллиардах российских рублей) | Sberbank Slovensko a.s. 30 июня 2016 года (неаудированные данные) | Sberbank Slovensko a.s. 31 декабря 2015 года | НАО «Красная поляна» 31 декабря 2015 года |
|---|---|---|---|
| **АКТИВЫ** | | | |
| Денежные средства и их эквиваленты | 4,4 | 3,6 | 0,5 |
| Обязательные резервы на счетах в центральных банках | 13,1 | 12,8 | — |
| Средства в банках | 0,3 | — | — |
| Кредиты и авансы клиентам | 83,6 | 106,1 | — |
| Инвестиционные ценные бумаги, имеющиеся в наличии для продажи | 18,3 | 18,2 | — |
| Отложенный налоговый актив | 0,7 | 1,3 | 0,6 |
| Основные средства | — | — | 39,0 |
| Прочие финансовые активы | 0,2 | 0,1 | 1,4 |
| Прочие нефинансовые активы | 0,8 | 1,0 | 21,3 |
| **Итого активов групп выбытия** | **121,4** | **143,1** | **62,8** |
| **ОБЯЗАТЕЛЬСТВА** | | | |
| Средства банков | 0,1 | 2,5 | 52,7 |
| Средства физических лиц | 67,0 | 74,7 | — |
| Средства корпоративных клиентов | 30,4 | 38,8 | — |
| Выпущенные долговые ценные бумаги | 2,9 | 3,3 | — |
| Прочие заемные средства | 1,8 | 2,0 | — |
| Отложенное налоговое обязательство | — | — | 1,8 |
| Прочие финансовые обязательства | 2,2 | 2,5 | — |
| Прочие нефинансовые обязательства | 1,6 | 1,4 | 5,9 |
| **Итого обязательств групп выбытия** | **106,0** | **125,2** | **60,4** |



RapidTranslate.org
support@rapidtranslate.org
(844) 473-7832

ata
Member # 274316

## CERTIFICATION OF TRANSLATION ACCURACY

We, RapidTranslate, a professional translation services company with a corporate membership to the American Translators Association, hereby certify that a qualified, experienced, and competent professional translator has translated the provided original document to the best of the translator's abilities. In our best judgment, the translated documents and text therein are a true and accurate translation, which reflect the original content, meaning, and style of the originally provided document(s). RapidTranslate has no relation to the client or original owner of the provided documents.

This is to certify the correctness of the translation only. RapidTranslate makes no claims, representation, guarantees, or warranties concerning the authenticity of the original document translated. Further, RapidTranslate disclaims any and all liability for the manner in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

Sincerely,
Authorized Representative
RapidTranslate.org

390 NE 191st St #8058
Miami, Florida 33179

State of: Florida
County of: Miami-Dade
Subscribed and sworn to (or affirmed) before me on October 23, 2024

Notary Public:

CARLA ZENSEN
Notary Public · State of Florida
Commission # HH 509701
My Comm. Expires May 21, 2028
Bonded through National Notary Assn.

 RapidTranslate.org
support@rapidtranslate.org
(844) 473-7832

 Member # 274316

## CERTIFICATION BY TRANSLATOR

I, Aleksei Timashkov, certify that I am competent to translate in the English and Russian languages and that the above/attached document is a complete and accurate translation of the above/attached document.

This document has not been translated for a family member, friend, or business associate.

Name: Aleksei Timashkov

RapidTranslate.org
390 NE 191st St #8058
Miami, FL 33179



[Translated from Russian]

**Public Joint Stock Company
"Sberbank of Russia"**
Interim Condensed
Consolidated Financial Statements
and Review Report
*June 30, 2016*

[Logo of Sberbank of Russia]

**Interim Condensed Consolidated Financial Statements and Review Report**

**CONTENTS**

Report on the Results of the Review of the Interim Condensed Consolidated Financial Statements
Interim Condensed Consolidated Financial Statements
Interim Consolidated Statement of Financial Position ............................................................................................... 1
Interim Consolidated Statement of Profit or Loss ...................................................................................................... 2
Interim Consolidated Statement of Total Return ....................................................................................................... 3
Interim Consolidated Statement of Changes in Equity .............................................................................................. 4
Interim Consolidated Statement of Cash Flows ......................................................................................................... 5

**Notes to the Interim Condensed Consolidated Financial Statements**

1. Introduction ........................................................................................................................................................ 7
2. The Economic Environment in Which the Group Operates ............................................................................. 8
3. Basis of Preparation of Financial Statements ................................................................................................. 10
4. Accounting Policy, Key Estimates and Judgments, Transition to New or Revised Standards and Interpretations, Reclassifications ................................................................................................................ 11
5. Financial Assets Revalued at Fair Value Through Profit or Loss ................................................................... 17
6. Due from Banks ............................................................................................................................................... 18
7. Loans and Advances to Customers ................................................................................................................. 19
8. Securities Pledged Under Repo Agreements .................................................................................................. 31
9. Available-for-Sale Investment Securities ....................................................................................................... 31
10. Held-to-Maturity Investment Securities ......................................................................................................... 32
11. Assets and Liabilities of Disposal Groups and Non-Current Assets Held for Sale ........................................ 33
12. Other Assets .................................................................................................................................................... 35
13. Due to Banks ................................................................................................................................................... 38
14. Due to Individuals and Corporate Clients ....................................................................................................... 38
15. Issued Debt Securities ..................................................................................................................................... 40
16. Financial Liabilities Revalued at Fair Value Through Profit or Loss, Excluding Issued Debt Securities ..................................................................................................................................... 41
17. Other Liabilities .............................................................................................................................................. 42
18. Subordinated Loans ......................................................................................................................................... 47
19. Interest Income and Expenses ......................................................................................................................... 48
20. Fee and Commission Income and Expenses ................................................................................................... 49
21. Net Foreign Currency Gains (Losses) from Operations with Foreign Currency, Foreign Currency Derivatives, and Revaluation ........................................................................................................... 49
22. Net Results from Non-Banking Activities ...................................................................................................... 50
23. Net Premiums, Claims Paid, Reported Losses, Changes in Insurance and Pension Contract Liabilities, and Acquisition Expenses from Insurance and Pension Fund Activities ........................................................................................................... 51
24. Operating Expenses ......................................................................................................................................... 51
25. Earnings Per Share and Dividends .................................................................................................................. 52
26. Segment Reporting .......................................................................................................................................... 53
27. Financial Risk Management ............................................................................................................................ 61
28. Credit-Related Commitments ......................................................................................................................... 67
29. Fair Value Disclosures .................................................................................................................................... 67
30. Transferred Financial Assets and Pledged Assets .......................................................................................... 83
31. Offsetting of Financial Instruments ................................................................................................................ 84
32. Related Party Transactions ............................................................................................................................. 61
33. Transactions with Government Agencies and State-Controlled Entities ....................................................... 88
34. Major Subsidiaries .......................................................................................................................................... 90
35. Capital Adequacy Ratio .................................................................................................................................. 90
36. Events After the Reporting Date .................................................................................................................... 91

[Translated from Russian]

[Logo of PWC]

**Review Conclusion on the Interim Condensed Consolidated Financial Statements**
**To the Shareholders and the Supervisory Board of PJSC Sberbank**
**Introduction**
We have reviewed the accompanying interim condensed consolidated financial statements of PJSC Sberbank and its subsidiaries (hereinafter referred to as the "Group"), which comprise the interim consolidated statement of financial position as of June 30, 2016, and the related interim consolidated statements of profit or loss and comprehensive income for the three and six months then ended, the interim consolidated statements of changes in equity and cash flows for the six months then ended, and selected explanatory notes. The management is responsible for the preparation and presentation of this interim condensed consolidated financial information in accordance with International Financial Reporting Standard (IAS) 34 "Interim Financial Reporting." Our responsibility is to express a conclusion on this interim condensed consolidated financial information based on our review.

*Scope of Review*
We conducted our review in accordance with Federal Auditing Rule (Standard) No. 33 "Review of Financial (Accounting) Statements" and International Standard on Review Engagements (ISRE) 2410 "Review of Interim Financial Information Performed by the Independent Auditor of the Entity." A review of interim condensed consolidated financial statements is limited to inquiries of company personnel, primarily responsible for financial and accounting matters, and analytical and other review procedures. The scope of a review is substantially less than that of an audit conducted in accordance with federal auditing standards and International Standards on Auditing, and therefore, the review does not allow us to obtain assurance that we would become aware of all significant matters that might be identified during an audit. Accordingly, we do not express an audit opinion.

**Conclusion**
Based on our review, nothing has come to our attention that causes us to believe that the accompanying interim condensed consolidated financial statements have not been prepared, in all material respects, in accordance with International Accounting Standard (IAS) 34 "Interim Financial Reporting."

[Handwritten note: JSC "PricewaterhouseCoopers Audit"]

August 24, 2016
Moscow, Russian Federation
[Signature]
[Seal with the logo of JSC PWC: Joint Stock Company / Moscow * Joint Stock Company PricewaterhouseCoopers Audit"]

E.N. Kriventsev, Director (qualification certificate No. 01-000198),
JSC "PricewaterhouseCoopers Audit"

| | |
|---|---|
| Audited entity: Public Joint Stock Company: "Sberbank of Russia" | Independent Auditor: JSC "PricewaterhouseCoopers Audit" |
| Date of entry into the Unified State Register of Legal Entities (EGRUL): August 16, 2002, OGRN: 1027700132195 | Certificate of state registration No. 008.890 issued by the Moscow Registration Chamber on February 28, 1992. |
| Russia, Moscow, 117997, Vavilova St., 19 | Certificate of entry into the Unified State Register of Legal Entities (EGRUL) issued on August 22, 2002, under No. 1027700148431 |
| | Certificate of membership in the Self-Regulating Organization of Auditors NP "Auditor Chamber of Russia" No. 870. ORNZ in the register of auditors and audit organizations: 10201003683 |

JSC "PricewaterhouseCoopers Audit," Butyrsky Val St., 10, Moscow, Russian Federation, 125047
T: +7 495 967 6000, F: +7 495 967 6001, www.pwc.ru

[Logo of PJSC "Sberbank of Russia"]
**Interim Consolidated Statement of Financial Position**

| (in billions of Russian rubles) | Note | June 30, 2016 (unaudited data) | December 31, 2015 |
|---|---|---|---|
| **ASSETS** | | | |
| Cash and Cash Equivalents | | 1,951.6 | 2,333.6 |
| Mandatory Reserves with Central Banks | | 411.5 | 387.9 |
| Financial Assets Revaluated at Fair Value Through Profit or Loss | 5 | 715.3 | 866.8 |
| Due from Banks | 6 | 783.2 | 750.6 |
| Loans and Advances to Customers | 7 | 17,946.9 | 18,727.8 |
| Securities Pledged Under Repo Agreements | 8 | 141.2 | 222.0 |
| Available-for-Sale Investment Securities | 9 | 2,085.2 | 1874.3 |
| Held-to-Maturity Investment Securities | 10 | 471.5 | 477.7 |
| Deferred Tax Asset | | 16.5 | 17.3 |
| Fixed Assets | | 484.8 | 499.2 |
| Assets and Liabilities of Disposal Groups and Non-Current Assets Held for Sale | 11 | 128.7 | 212.7 |
| Other Financial Assets | 12 | 344.6 | 671.0 |
| Other Non-Financial Assets | 12 | 313.0 | 293.8 |
| **TOTAL ASSETS** | | **25,794.0** | **27,334.7** |
| **LIABILITIES** | | | |
| Due to Banks | 13 | 651.7 | 1,045.9 |
| Due to Individuals | 14 | 11,957.1 | 12,043.7 |
| Due to Corporate Clients | 14 | 6,830.2 | 7,754.6 |
| Issued Debt Securities | 15 | 1,305.9 | 1,378.5 |
| Other Borrowings | | 319.5 | 398.0 |
| Financial Liabilities Revaluated at Fair Value Through Profit or Loss, Excluding Issued Debt Securities | 16 | 262.5 | 426.6 |
| Deferred Tax Liability | | 91.0 | 132.0 |
| Liabilities of Disposal Groups | 11 | 106.7 | 185.9 |
| Reserves for Insurance and Pension Fund Activities | 17 | 439.9 | 323.6 |
| Other Financial Liabilities | 17 | 357.1 | 397.6 |
| Other Non-Financial Liabilities | 17 | 92.2 | 66.8 |
| Subordinated Loans | 18 | 775.9 | 806.5 |
| **TOTAL LIABILITIES** | | **23,189.7** | **24,959.7** |
| **EQUITY** | | | |
| Share Capital | | 87.7 | 87.7 |
| Own Shares Bought Back from Shareholders | | (6.9) | (6.7) |
| Additional Paid-In Capital | | 232.6 | 232.6 |
| Revaluation Reserve for Office Property | | 67.4 | 69.3 |
| Revaluation Reserve for AFS Securities | | 16.6 | (45.7) |
| Accumulated Foreign Currency Translation Reserve | | 50.1 | 101.1 |
| Changes in Accounting for Defined Benefit Pension Plan Liabilities | | (1.3) | (0.7) |
| Retained Earnings | | 2,155.4 | 1,935.2 |
| **Total Equity Attributable to Bank's Shareholders** | | **1,789.8** | **1,611.0** |
| Non-Controlling Interest | | 9.7 | 12.8 |
| **TOTAL EQUITY** | | **1,799.5** | **1,623.8** |
| **TOTAL LIABILITIES AND EQUITY** | | **16,689.4** | **15,097.4** |

Approved and signed on behalf of the Board on August 24, 2016.

| [Signature] | [Signature] |
|---|---|
| H.O. Gref | M.Y. Lukyanova |
| President, Chairman of the Board | Chief Accountant |

Notes 1–36 form an integral part of this interim condensed consolidated financial information.

[Translated from Russian]

[Logo of PJSC "Sberbank of Russia"]

**Selected Notes to the Interim Condensed Consolidated Financial Statements - June 30, 2016**

**11. Assets and Liabilities of Disposal Groups and Non-Current Assets Held for Sale**

| (in billions of Russian rubles) | June 30, 2016 (unaudited) | December 31, 2015 |
|---|---|---|
| **Assets of disposal groups and non-current assets held for sale** | | |
| - assets of disposal groups | 123.2 | 207.4 |
| - non-current assets held for sale | 5.5 | 5.3 |
| **Total assets of disposal groups and non-current assets held for sale** | 128.7 | 212.7 |
| **Liabilities of disposal groups** | 106.7 | 185.9 |
| **Total liabilities of disposal groups** | 106.7 | 185.9 |

Non-current assets held for sale consist of non-current assets held for sale owned by the Group's subsidiaries.

On December 17, 2015, the Group's management announced a plan to sell its subsidiary, Sberbank Slovensko a.s., located in Slovakia. According to the signed agreement, the Penta Investments group will become the new owner of 99.5% of the shares of Sberbank Slovensko a.s. The decision to sell Sberbank Slovensko a.s. was made in line with Sberbank Europe AG's strategic vision for its international presence. The parties agreed not to disclose the transaction amount. The deal was closed in July 2016, when the ownership rights for the shares of Sberbank Slovensko a.s. were transferred. As of June 30, 2016, Sberbank Slovensko a.s. was classified by the Group under non-current assets held for sale. See Note 36.

In May 2016, following the fulfillment of conditions agreed upon by the parties, the ownership rights for 96.914% of the share capital of Private Joint Stock Company "Krasnaya Polyana" were transferred. As a result, the Group relinquished control of Private Joint Stock Company "Krasnaya Polyana" to the buyer. The sale of Private Joint Stock Company "Krasnaya Polyana" shares resulted in the Group recognizing a gain of RUB 12.2 billion, which is included in the line item "other net operating income" in the interim consolidated statement of profit or loss.

[Logo of PJSC "Sberbank of Russia"]

**Selected Notes to the Interim Condensed Consolidated Financial Statements - June 30, 2016**

## 11. Assets and Liabilities of Disposal Groups and Non-Current Assets Held for Sale

| (in billions of Russian rubles) | Sberbank Slovensko a.s. June 30, 2016 (unaudited data) | Sberbank Slovensko a.s. December 31, 2015 | Private Joint Stock Company "Krasnaya Polyana" December 31, 2015 |
|---|---|---|---|
| **ASSETS** | | | |
| Cash and Cash Equivalents | 4.4 | 3.6 | 0.5 |
| Mandatory Reserves with Central Banks | 13.1 | 12.8 | - |
| Due from Banks | 0.3 | - | - |
| Loans and Advances to Customers | 83.6 | 106.1 | - |
| Available-for-Sale Investment Securities | 18.3 | 18.2 | - |
| Deferred Tax Asset | 0.7 | 1.3 | 0.6 |
| Fixed Assets | - | - | 39.0 |
| Other Financial Assets | 0.2 | 0.1 | 1.4 |
| Other Non-Financial Assets | 0.8 | 1.0 | 21.3 |
| **TOTAL ASSETS OF DISPOSAL GROUPS** | **121.4** | **143.1** | **62.8** |
| **LIABILITIES** | | | |
| Due to Banks | 0.1 | 2.5 | 52.7 |
| Due to Individuals | 67.0 | 74.7 | - |
| Due to Corporate Clients | 30.4 | 38.8 | - |
| Issued Debt Securities | 2.9 | 3.3 | - |
| Other Borrowings | 1.8 | 2.0 | - |
| Deferred Tax Liability | - | - | 1.8 |
| Other Financial Liabilities | 2.2 | 2.5 | - |
| Other Non-Financial Liabilities | 1.6 | 1.4 | 5.9 |
| **TOTAL LIABILITIES OF DISPOSAL GROUPS** | **106.0** | **125.2** | **60.4** |