EXHIBIT 11

**Сквирський районний суд Київської області**
09001, м. Сквира, пров. Громова, 7-А

**Заявник**
КУЧЕРУК МАКСИМ ВАСИЛЬОВИЧ
ел. пошта
3185310216@mail.gov.ua
тел. 380976402396
адреса 02005, м. Київ, вул. Аболмасова, 4-А, офіс 56
РНОКПП 3185310216

**Представник заявника**

### Клопотання / Заява

Справа № 376/560/23

Судом розглянуто справу за позовом Ісмаілова Мусайіба Ісмаіловича до Гуцерієва Михайла Сафарбековича, Кузнецова Станіслава Костянтиновича, Публічного акціонерного товариства «Сбербанк росії», третя особа Білалов Ахмед Гаджийович про стягнення упущеної вигоди, за позовом третьої особи, яка заявляє самостійні вимоги щодо предмета спору Білалова Ахмеда Гаджийовича до Гуцерієва Михайла Сафарбековича, Кузнецова Станіслава Костянтиновича, Публічного акціонерного товариства «Сбербанк росії», третя особа Ісмаілов Мусайіб Ісмаілович про стягнення збитків у вигляді упущеної вигоди.

Прошу виготовити та видати копії документів долучених до справи в частині повідомлення судом відповідачів про дати та час розгляду справи судом.

Додатки:
1. Копія квитанції про сплату судового збору.pdf.

13.12.2023, **КУЧЕРУК МАКСИМ ВАСИЛЬОВИЧ**



**У К Р А Ї Н А**

**СКВИРСЬКИЙ РАЙОННИЙ СУД КИЇВСЬКОЇ ОБЛАСТІ**
пров.Гапоненка Володимира, 7 А, м. Сквира, Київської області, 09001
електронна адреса: inbox@sk.ko.court.gov.ua
тел/факс.: (04568)5-11-72, 5-13-84
ЄДРПОУ 02892221

---

"14" грудня 2023 р.  вих.№ **376/560/23/10500/2023**

**Представнику заявника**
**Кучеруку Максиму Васильовичу**

вул. Аболмасова, 4-А
м. Київ
02005

На Ваше клопотання  від 13.12.2023 року   Сквирський районний суд Київської області направляє копії документів по  цивільній справі № 376/560/23

Додаток: копії документів на 10 арк. в 1 прим.

**Голова суду**                                                  **Сергій ВІГОВСЬКИЙ**

Євгенія  Гіптенко
☎ 0-4568-5-13-84, 5-11-72
e-mail:  inbox@sk.ko.court.gov.ua



# У К Р А Ї Н А

## СКВИРСЬКИЙ РАЙОННИЙ СУД  КИЇВСЬКОЇ ОБЛАСТІ

пров. Громова, 7 А, м. Сквира, Київської області, 09001
електронна адреса: inbox@sk.ko.court.gov.ua
тел/факс.: (04568)5-11-72, 5-13-84
ЄДРПОУ 02892221

---

"02" березня 2023 р.  вих.№ 376/560/23/ *1598* /2023

*1599*
*1600*
*1601*
*1602*
*1603*

**Позивач :**
**Ісмаїлов Мусаїб Ісмаїлович**
вул. Коноплястого,48
с.Великі Єрчики
Білоцерківського району
**Представник позивача:**
**Кучерук Максим Васильович**
вул.Аболмосова,4-а оф.56
м.Київ
**Відповідачі :**
**Гуцерієв Михайло Сафарбекович**
вул. Котельнічна Набережна,33 буд.1
м.москва, рф
**Кузнецов Станіслав Костянтинович**
вул.Вавілова,19
м.моска, рф
**ВАТ " СБЕРБАНК РОСІЇ"**
вул.Вавілова,19
м.моска, рф
**Білалов Ахмед Гаджийович**
м.Нью-Йорк,США
200 E 61ST ST 36D NEW YORK, NY 10065т

Сквирський районний суд Київської області, направляє Вам копію ухвали суду  від 02.03.2023 р., по цивільній справі № 376/560/23.

Додаток: копія ухвали на 1 арк.  - позивачу та представнику;
копія ухвали на 1 арк. з додатками - відповідачам.

Суддя
Сквирського районного суду
Київської області

О.М. Коваленко



Сквирський районний суд
Київської області

Returned mail: see transcript for details

ostmaster <postmaster@sk.ko.court.gov.ua>

: 23.03.2023, 10:51

: <inbox@sk.ko.court.gov.ua>

riginal message was received at Thu, 23 Mar 2023 10:51:53 +0200

ox@sk.ko.court.gov.ua>

---- The following addresses had permanent fatal errors -----
llag5644@gmail.com>
(reason: 550-5.1.1 The email account that you tried to reach does not exist. Please
550-5.1.1 double-chec...//support.google.com/mail/?p=NoSuchUser
0020a5d6843000000b002c71d55a561si14025620wrw.315 - gsmtp)

---- The following addresses had successful delivery notifications -----
necov.s.k.1962@gmail.com>  (relayed to non-DSN-aware mailer)
.guceriev@gmail.com>  (relayed to non-DSN-aware mailer)

---- Transcript of session follows -----
while talking to gmail-smtp-in.l.google.com.:

DATA

550-5.1.1 The email account that you tried to reach does not exist. Please try
550-5.1.1 double-checking the recipient's email address for typos or
550-5.1.1 unnecessary spaces. Learn more at
550 5.1.1  https://support.google.com/mail/?p=NoSuchUser
20020a5d6843000000b002c71d55a561si14025620wrw.315 - gsmtp
5.1.1 The email account that you tried to reach does not exist. Please try 550-5.1.1
5.1.1 The email account that you tried to reach does not exist. Please try 550-5.1.1 unnecessary spaces.
ble-checking the recipient's email address for typos or 550-5.1.1 unnecessary spaces.
rn more at 550 5.1.1  https://support.google.com/mail/?p=NoSuchUser
20020a5d6843000000b002c71d55a561si14025620wrw.315 - gsmtp
s.guceriev@gmail.com>... relayed; expect no further notifications
uznecov.s.k.1962@gmail.com>... relayed; expect no further notifications

iginal-Envelope-Id: <719f4711-9993-f681-91d8-106567269538@sk.ko.court.gov.ua>
porting-MTA: dns; mailgw1.court.gov.ua
ceived-From-MTA: DNS; [10.1.10.3]
rival-Date: Thu, 23 Mar 2023 10:51:53 +0200

iginal-Recipient: rfc822;billag5644@gmail.com
nal-Recipient: RFC822; billag5644@gmail.com
tion: failed
atus: 5.1.1
mote-MTA: DNS; gmail-smtp-in.l.google.com
agnostic-Code: SMTP; 550-5.1.1 The email account that you tried to reach does not
ist. Please try 550-5.1.1 double-checking the recipient's email address for typos or
0-5.1.1 unnecessary spaces. Learn more at 550 5.1.1  https://support.google.com
ail/?p=NoSuchUser o3-20020a5d6843000000b002c71d55a561si14025620wrw.315 - gsmtp
st-Attempt-Date: Thu, 23 Mar 2023 10:51:54 +0200

iginal-Recipient: rfc822;kuznecov.s.k.1962@gmail.com
nal-Recipient: RFC822; kuznecov.s.k.1962@gmail.com
tion: relayed (to non-DSN-aware mailer)
tatus: 2.1.5
emote-MTA: DNS; gmail-smtp-in.l.google.com
iagnostic-Code: SMTP; 250 2.1.5 OK o3-20020a5d6843000000b002c71d55a561si14025620wrw.315

Returned mail: See transcript for details

ttempt-Date: Thu, 23 Mar 2023 10:51:56 +0200

al-Recipient: rfc822;m.s.guceriev@gmail.com
Recipient: RFC822; m.s.guceriev@gmail.com
: relayed (to non-DSN-aware mailer)
: 2.1.5
-MTA: DNS; gmail-smtp-in.l.google.com
ostic-Code: SMTP; 250 2.1.5 OK o3-20020a5d6843000000b002c71d55a561si14025620wrw.315
p
ttempt-Date: Thu, 23 Mar 2023 10:51:56 +0200

wardedMessage.eml

Позовна заява
квирський районний суд Київської області <inbox@sk.ko.court.gov.ua>
23.03.2023, 10:51
: m.s.guceriev@gmail.com, kuznecov.s.k.1962@gmail.com, billag5644@gmail.com

агою Сквирський районний суд Київської області
4568-5-13-84
      5-11-72

ження:

wardedMessage.eml                                                          10,2 МБ

озовна заява скан_compressed.pdf                                            7,5 МБ

Оголошення про виклик особи зареєстроване місце проживання (перебування),
місцезнаходження чи місце роботи якого невідоме

Справа № 376/560/23

Дата документу 25.04.23

Сквирський районний суд Київської області викликає Кузнецов Станіслав Костянтинович

стягнення упущеної угоди як: відповідач у підготовче судове засідання на 14:30 год. 11.05.23

Адреса суду: м. Сквира пров. Громова 7-А

Додатково пропонуємо подати такі докази: .

**Наслідки неявки в судове засідання**

Наслідки неявки в судове засідання особи, яка викликається, передбачені статтями 147, 148, 372 Цивільного процесуального кодексу України або статтями 148, 149, 205, 313 Кодексу адміністративного судочинства України.

У разі неявки в судове засідання особи, яка викликається, така особа зобов'язана повідомити суд про причини неявки.

Голова суду

Секретар

**Оголошення про виклик особи зареєстроване місце проживання (перебування),**
**місцезнаходження чи місце роботи якого невідоме**

...кументу 25.04.23                              Справа № 376/560/23

Сквирський районний суд Київської області викликає Гуцерієв Михайло Сафарбекович у ...влення упущеної угоди  як: відповідач у підготовче судове засідання  на  14:30 год. 11.05.23 ...еса суду:м. Сквира пров. Громова 7-А

...ово пропонуємо подати такі докази: .

### Наслідки неявки в судове засідання

Наслідки неявки в судове засідання особи, яка викликається, передбачені статтями 147, 148, ...72 Цивільного процесуального кодексу України або статтями 148, 149, 205, 313 Кодексу ...ністративного судочинства України.

У разі неявки в судове засідання особи, яка викликається, така особа зобов'язана ...омити суд про причини неявки.

Голова суду:                                                     Віговський

Секретар:                                                        ...тенко

**Оголошення про виклик особи зареєстроване місце проживання (перебування),
місцезнаходження чи місце роботи якого невідоме**

...окументу 25.04.23          **Справа № 376/560/23**

Сквирський районний суд Київської області викликає Відкрите акціонерне товариство
...анк Росії" у про стягнення упущеної угоди як: відповідач у підготовче судове засідання на
...од. 11.05.23 р. Адреса суду:м. Сквира пров. Громова 7-А
...ово пропонуємо подати такі докази: .

### Наслідки неявки в судове засідання

Наслідки неявки в судове засідання особи, яка викликається, передбачені статтями 147, 148,
...72 Цивільного процесуального кодексу України або статтями 148, 149, 205, 313 Кодексу
...стративного судочинства України.
У разі неявки в судове засідання особи, яка викликається, така особа зобов'язана
...мити суд про причини неявки.

Голова суду      Вігоровський

Секретар      ...тенко.

Сквирський районний суд
Київської області

Справа № 376/560/23

...окументу 25.04.23

Сквирський районний суд Київської області викликає Білалов Ахмед Гаджигович у про...
...ня упущеної угоди як: третя особа у підготовче судове засідання на 14:30 год. 11.05.23 р.
...а суду:м. Сквира пров. Громова 7-А
...ково пропонуємо подати такі докази: .

## Наслідки неявки в судове засідання

Наслідки неявки в судове засідання особи, яка викликається, передбачені статтями 147, 148,
...72 Цивільного процесуального кодексу України або статтями 148, 149, 205, 313 Кодексу
...істративного судочинства України.
У разі неявки в судове засідання особи, яка викликається, така особа зобов'язана
...омити суд про причини неявки.

С.Ю. Вигоdський

Є.О. Тiнченко

**Оголошення про виклик особи зареєстроване місце проживання (перебування), місцезнаходження чи місце роботи якого невідоме**

Копія

Дата документу 11.05.23                              Справа № 376/560/23

Сквирський районний суд Київської області викликає Відкрите акціонерне товариство "Сбербанк Росії" у про стягнення упущеної угоди як: відповідач у судове засідання на 11:45 год. 24.05.23 р. Адреса судут:. Сквира пров. Громова 7-А

Додатково пропонуємо подати такі докази:

**Наслідки неявки в судове засідання**

Наслідки неявки в судове засідання особи, яка викликається, передбачені статтями 147, 148, 223, 372 Цивільного процесуального кодексу України або статтями 148, 149, 205, 313 Кодексу адміністративного судочинства України.

У разі неявки в судове засідання особи, яка викликається, така особа зобов'язана повідомити суд про причини неявки.


Секретар

Голова   суду:                     С. Д. Висоцький

Секретар                          Матенко

Оголошення про виклик особи через оголошення в пресі, місцезнаходження чи місце роботи якого невідоме

Справа № 376/560/23

Дата документу 11.05.23

Сквирський районний суд Київської області викликає Кузнецов Станіслав Костянтинович про стягнення упущеної угоди як: відповідач у судове засідання на 11:45 год. 24.05.23 р. Адреса суду м. Сквира пров. Громова 7-А

Додатково пропонуємо подати такі докази: паспорт.

### Наслідки неявки в судове засідання

Наслідки неявки в судове засідання особи, яка викликається, передбачені статтями 147, 148, 223, 372 Цивільного процесуального кодексу України або статтями 148, 149, 205, 313 Кодексу адміністративного судочинства України.

У разі неявки в судове засідання особи, яка викликається, така особа зобов'язана повідомити суд про причини неявки.

Секретар    Вилий

Голова суду    О.Г. Вітровський

Секретар    Е.О. [підпис]

Оголошення про виклик особи зареєстроване місце проживання (перебування), місцезнаходження чи місце роботи якого невідоме

Дата документу 11.05.23

Справа № 376/560/23

Сквирський районний суд Київської області викликає Гуцерієв Михайло Сафарбекович у стягнення упущеної угоди як: відповідач у судове засідання на 11:45 год. 24.05.23 р. Адреса суд м. Сквира пров. Громова 7-А

Додатково пропонуємо подати такі докази: паспорт.

### Наслідки неявки в судове засідання

Наслідки неявки в судове засідання особи, яка викликається, передбачені статтями 147, 148, 223, 372 Цивільного процесуального кодексу України або статтями 148, 149, 205, 313 Кодексу адміністративного судочинства України.

У разі неявки в судове засідання особи, яка викликається, така особа зобов'язана повідомити суд про причини неявки.

Секретар

Голова суду                                                    Д. Вербовська

Секретар                                                      Гітенко

**ДЛЯ НАДАННЯ ЗА ВИМОГОЮ**

**АФІДЕВІТ**

*Місто Київ, Україна*
*Одинадцятого січня дві тисячі двадцять четвертого року*

Я, **Кучерук Максим Васильович, 18.03.1987** року народження, паспорт серії СМ549793, виданий Сквирським РВ ГУ МВС України в Київській області, 15.08.2003 року, реєстраційний номер облікової картки платника податків 3185310216, зареєстрований за адресою: Київська область, Білоцерківський район, місто Сквира, вулиця Соборна, будинок 38, квартира 21, перебуваючи при здоровому розумі, ясній пам'яті та діючи добровільно, розуміючи значення своїх дій, що мною, **Кучерук Максимом Васильовичем**, було подано **Клопотання/Заяву** до Сквирського районного суду Київської області від 13.12.2023 року по справі № 376/560/23 за позовом Ісмаілова Мусайіба Ісмашловича до Гуцерієва Михайла Сафарбековича, Кузнецова Станіслава Костянтиновича, Публічного акціонерного товариства «Сбербанк росії».

На підтвердження фактів, викладених у цьому документі мною долучено до нього:

1) Клопотання/Заяву до Сквирського районного суду Київської області від 13.12.2023 року з додатками.

На ці мої офіційні свідчення, за правильність яких я ручаюсь, можна посилатися завжди і всюди, де в цьому виникне необхідність і на підтвердження цього вищевказаного, я ставлю свій підпис.

ПІДПИС: _____

*Місто Київ, Україна*, **одинадцятого січня дві тисячі двадцять четвертого року.**

Я, **Майдибура О.В.**, приватний нотаріус Київського міського нотаріального округу, засвідчую справжність підпису **Кучерука Максима Васильовича**, який зроблено у моїй присутності.

*Особу* **Кучерука Максима Васильовича**, який підписав документ, встановлено, дієздатність перевірено.

*На підтвердження фактів, викладених у документі* **Кучерук Максим Васильович** долучив до нього:

1) Клопотання/Заяву до Сквирського районного суду Київської області від 13.12.2023 року з додатками.

**Зареєстровано в реєстрі за № _804_**

**ПРИВАТНИЙ НОТАРІУС**



**Apostille**
**Апостиль**
**(Convention de La Haye du 5 octobre 1961**
**Гаазька Конвенція від 5 жовтня 1961 року)**

| | |
|---|---|
| 1. Країна: | Україна |
| Цей офіційний документ | |
| 2. підписаний | Майдибура О.В. |
| 3. у якості | приватного нотаріуса |
| 4. містить проставлену печатку / штамп | приватного нотаріуса Київського міського нотаріального округу |
| Підтверджено | |
| 5. в | м. Києві |
| 7. ким | головним спеціалістом Міністерства юстиції України Аксьоновою Л.М. |
| 8. за № | 3666935 |
| 9. Печатка / штамп | 10. Підпис |
| Проставлено електронно-цифровий підпис (печатку) Міністерства юстиції України | |

| | |
|---|---|
| 6. дата | 12.01.2024 |

Проставлено електронно-цифровий підпис (печатку) Міністерства юстиції України.
Проставлено електронно-цифровий підпис посадової особи Міністерства юстиції України та містить візуальне зображення зразка підпису цієї особи.

Для перевірки видачі апостилю, див. www.apostille.minjust.gov.ua

Electronically and digitally signed (stamped) by the Ministry of Justice of Ukraine.
Electronically and digitally signed by the official of the Ministry of Justice of Ukraine and accompanied by the image of his/her signature

To verify the issuance of this Apostille, see www.apostille.minjust.gov.ua

Signé (timbré) en version numérique et digitale par le Ministère de la Justice de l'Ukraine.
Signé en version numérique et digitale par le fonctionnaire du Ministère de la Justice de l'Ukraine et accompagné de l'image de sa signature.

Cette Apostille peut être vérifiée à l'adresse suivante: www.apostille.minjust.gov.ua

**Skvyra District Court of Kyiv Oblast**
7-A Hromova Lane, 09001, Skvyra

**Applicant**
MAKSYM VASYLOVYCH KUCHERUK
Email: 3185310216@mail.gov.ua
tel.: 380976402396
Address: 4-A Abolmasova Street, office 56, 02005, Kyiv
registration number of taxpayer's record card 3185310216

**Applicant's representative**

**Petition / Application**

Case No. 376/560/23

The court heard the case on the claim of Musayib Ismailovych Ismailov to Mykhailo Safarbekovych Hutseriiev, Stanislav Kostiantynovych Kuznetsov, Sberbank of russia Public Joint Stock Company, third party Akhmed Gadzhiyevich Bilalov for the recovery of damages, on the claim of the third party, stating independent claims with respect to the subject of the dispute Akhmed Gadzhiyevich Bilalov against Mykhailo Safarbekovych Hutseriiev, Stanislav Kostiantynovych Kuznetsov, Sberbank of russia Public Joint Stock Company, third party Musayib Ismailovych Ismailov, for the recovery of damages.

I request to make and issue copies of the documents attached to the case in terms of the court's notification of the defendants about the dates and time of the court hearing.

Attachments:
1. Copy of the receipt for payment of the court fee.pdf.

13 December 2023, **MAKSYM VASYLOVYCH KUCHERUK**

*The document was generated in the E-court system on 13 December 2023*

/Coat of arms of Ukraine/
**UKRAINE**

**SKVYRA DISTRICT COURT OF KYIV OBLAST**
7A Haponenka Volodymyra Lane, Skvyra, 09001, Kyiv Oblast
email: inbox@sk.ko.court.gov.ua
Tel./Fax: (04568)5-11-72, 5-13-84
**USREOU code: 02892221**

14 December 2023 Ref. No. **376/560/23/10500/2023**

**To the applicant's representative**
**Maksym Vasylovych Kucheruk**

4-A Abolmasova
Street, 02005, Kyiv

In response to your request dated 13 December 2023, the Skvyra District Court of Kyiv Oblast sends the copies of the documents in the civil case No. 376/560/23

Attachment: copies of the documents on 10 sheets in 1 copy.

**Chairman of the Court**          *[signed]*          **Serhii VIHOVSKYI**

Yevheniia Hiptenko
Tel.:  0-4568-5-13-84, 5-11-72
e-mail: inbox@sk.ko.court.gov.ua

Skvyra District Court of Kyiv Oblast
/ Barcode/
*1027*7968254*1*1*

[Copy]

/Coat of arms of Ukraine/

**UKRAINE**

**SKVYRA DISTRICT COURT OF KYIV OBLAST**
7A Hromova Lane, Skvyra, 09001, Kyiv Oblast
email: inbox@sk.ko.court.gov.ua
Tel./Fax: (04568)5-11-72, 5-13-84
USREOU code: 02892221

2 March 2023   Ref. No. 376/560/23/1598/2023
1599
1600
1601
1602
1603

**Plaintiff:**
**Musayib Ismailovych Ismailov**
48 Konopliastoho Street,
village of Velyki
Yerchyky
Bila Tserkva Raion

***Plaintiff's Representative:***
**Maksym Vasylovych Kucheruk**
4-A Abolmasova Street, office 56, Kyiv
**Defendants:**
**Mykhailo Safarbekovych Hutseriiev**
33 Kotelnichna Naberezhna, office 1,
moscow, russian federation
**Stanislav Kostiantynovych Kuznetsov**
19 Vavilova Street,
moscow, russian federation
**SBERBANK OF RUSSIA OJSC**
19 Vavilova Street,
moscow, russian federation
**Akhmed Gadzhiyevich Bilalov**
200 E 61 ST ST 36D NEW YORK, NY 10065

The Skvyra District Court of Kyiv Oblast sends you the copy of the court decision dated 2 March 2023 in civil case No. 376/560/23.

Attachment: Copy of the decision on 1 sheet – to the plaintiff and representative;
copy of the decision on 1 sheet with attachments – to the defendants

| | | |
|---|---|---|
| Judge of Skvyra District Court of Kyiv Oblast | /Seal/<br>Skvyra District Court of Kyiv Oblast<br>Ukraine<br>Identification number 02892221 | O.M. Kovalenko |
| Chairman of the Court Secretary | *[signed]*<br>*[signed]* | S.I. Vihovskyi<br>Ye.O. Hiptenko |

Skvyra District Court of Kyiv Oblast
/ Barcode/
*1027*7264867*1*1*

[Copy]

[Text in English]

/Seal/
Skvyra District Court of Kyiv Oblast
Ukraine
Identification number 02892221

| Chairman of the Court | [signed] | S.I. Vihovskyi |
| Secretary | [signed] | Ye.O. Hiptenko |

[Copy]

[Text in English]

Subject: statement of claim
Skvyra District Court of Kyiv Oblast <inbox@sk.ko.court.gov.ua>
Date: 23.03.2023, 10:51
To: m.s.guceriev@gmail.com, kuznecov.s.k.1962@gmail.com, billag5644@gmail.com

Sincerely, Skvyra District Court of Kyiv Oblast
Tel.: 04568-5-13-84
          5-11-72

Attachments:

Forwarded Message.eml                     10.2 MB

Позовна заява скан_compressed.pdf          7.5 MB

Chairman of the Court           *[signed]*              S.I. Vihovskyi

Secretary                       *[signed]*              Ye.O. Hiptenko
                                /Seal/
                   Skvyra District Court of Kyiv Oblast
                                Ukraine
                   Identification number 02892221

[Copy]

**Notice of summons of a person whose registered place of residence (stay), location or place of work is unknown**

**Document date** 25 April 2023                    **Case No.** 376/560/23

The Skvyra District Court of Kyiv Oblast summons Stanislav Kostiantynovych Kuznetsov to recover the lost agreement as: the defendant in the preparatory court session at 14:30 dated 11 May 2023
Court address: 7-A Hromova Lane, Skvyra
Additionally, suggest to submitting the following evidence:

### Consequences of failure to appear at a court session

The consequences of failure to appear at a court session of a summoned person are provided for in Articles 147, 148, 223 and 372 of the Civil Procedure Code of Ukraine or Articles 148, 149, 205 and 313 of the Code of Administrative Procedure of Ukraine.
In case of failure to appear at the court session of the summoned person, such person is obliged to inform the court about the reasons for failure to appear.

| | | |
|---|---|---|
| Chairman of the Court | *[signed]* | S.I. Vihovskyi |
| Secretary | *[signed]* | Ye.O. Hiptenko |

/Seal/
Skvyra District Court of Kyiv Oblast
Ukraine
Identification number 02892221

Skvyra District Court of Kyiv Oblast

[Copy]

**Notice of summons of a person whose registered place of residence (stay), location or place of work is unknown**

**Document date** 25 April 2023                    **Case No.** 376/560/23

The Skvyra District Court of Kyiv Oblast summons Mykhailo Safarbekovych Hutseriiev to recover the lost agreement as: the defendant in the preparatory court session at 14:30 dated 11 May 2023
Court address: 7-A Hromova Lane, Skvyra
Additionally, suggest to submitting the following evidence:

### Consequences of failure to appear at a court session

The consequences of failure to appear at a court session of a summoned person are provided for in Articles 147, 148, 223 and 372 of the Civil Procedure Code of Ukraine or Articles 148, 149, 205 and 313 of the Code of Administrative Procedure of Ukraine.
In case of failure to appear at the court session of the summoned person, such person is obliged to inform the court about the reasons for failure to appear.

Chairman of the Court                *[signed]*                        S.I. Vihovskyi

Secretary                            *[signed]*                        Ye.O. Hiptenko
                                     /Seal/
                          Skvyra District Court of Kyiv Oblast
                                     Ukraine
                          Identification number 02892221

Skvyra District Court of Kyiv
Oblast

[Copy]

**Notice of summons of a person whose registered place of residence (stay), location or place of work is unknown**

**Document date** 25 April 2023                                    **Case No.** 376/560/23

The Skvyra District Court of Kyiv Oblast summons Sberbank of Russia Open Joint Stock Company to recover the lost agreement as: the defendant in the preparatory court session at 14:30 dated 11 May 2023
Court address: 7-A Hromova Lane, Skvyra
Additionally, suggest to submitting the following evidence:

**Consequences of failure to appear at a court session**

The consequences of failure to appear at a court session of a summoned person are provided for in Articles 147, 148, 223 and 372 of the Civil Procedure Code of Ukraine or Articles 148, 149, 205 and 313 of the Code of Administrative Procedure of Ukraine.
In case of failure to appear at the court session of the summoned person, such person is obliged to inform the court about the reasons for failure to appear.

Chairman of the Court                    *[signed]*                    S.I. Vihovskyi

Secretary                          *[signed]*                    Ye.O. Hiptenko
                                      /Seal/
                          Skvyra District Court of Kyiv Oblast
                                      Ukraine
                          Identification number 02892221

Skvyra  District  Court  of  Kyiv
Oblast

[Copy]

**Notice of summons of a person whose registered place of residence (stay), location or place of work is unknown**

**Document date** 25 April 2023                    **Case No.** 376/560/23

The Skvyra District Court of Kyiv Oblast summons Akhmed Gadzhiyevich Bilalov to recover the lost agreement as: the defendant in the preparatory court session at 14:30 dated 11 May 2023
Court address: 7-A Hromova Lane, Skvyra
Additionally, suggest to submitting the following evidence:

### Consequences of failure to appear at a court session

The consequences of failure to appear at a court session of a summoned person are provided for in Articles 147, 148, 223 and 372 of the Civil Procedure Code of Ukraine or Articles 148, 149, 205 and 313 of the Code of Administrative Procedure of Ukraine.
In case of failure to appear at the court session of the summoned person, such person is obliged to inform the court about the reasons for failure to appear.

| | | |
|---|---|---|
| Chairman of the Court | *[signed]* | S.I. Vihovskyi |
| Secretary | *[signed]* | Ye.O. Hiptenko |

/Seal/
Skvyra District Court of Kyiv Oblast
Ukraine
Identification number 02892221

Skvyra District Court of Kyiv Oblast

[Copy]

Notice of summons of a person whose registered place of residence (stay), location or place of work is unknown

**Document date** 11 May 2023                    **Case No.** 376/560/23

The Skvyra District Court of Kyiv Oblast summons Open Joint Stock Company "Sberbank of Russia" to recover the lost agreement as: the defendant in the preparatory court session at 11:45 dated 24 May 2023
Court address: 7-A Hromova Lane, Skvyra
Additionally, suggest to submitting the following evidence:

### Consequences of failure to appear at a court session

The consequences of failure to appear at a court session of a summoned person are provided for in Articles 147, 148, 223 and 372 of the Civil Procedure Code of Ukraine or Articles 148, 149, 205 and 313 of the Code of Administrative Procedure of Ukraine.
In case of failure to appear at the court session of the summoned person, such person is obliged to inform the court about the reasons for failure to appear.

Chairman of the Court              *[signed]*              S.I. Vihovskyi

Secretary                          *[signed]*              Ye.O. Hiptenko
                                   /Seal/
                          Skvyra District Court of Kyiv Oblast
                                   Ukraine
                          Identification number 02892221

Skvyra District Court of Kyiv Oblast

[Copy]

**Notice of summons of a person whose registered place of residence (stay), location or place of work is unknown**

**Document date** 11 May 2023                    **Case No.** 376/560/23

The Skvyra District Court of Kyiv Oblast summons Kuznetsov Stanislav Kostiantynovych to recover the lost agreement as: the defendant in the preparatory court session at 11:45 dated 24 May 2023
Court address: 7-A Hromova Lane, Skvyra
Additionally, suggest to submitting the following evidence: passport

**Consequences of failure to appear at a court session**

The consequences of failure to appear at a court session of a summoned person are provided for in Articles 147, 148, 223 and 372 of the Civil Procedure Code of Ukraine or Articles 148, 149, 205 and 313 of the Code of Administrative Procedure of Ukraine.
In case of failure to appear at the court session of the summoned person, such person is obliged to inform the court about the reasons for failure to appear.

Secretary                          *[signed]*

Chairman of the Court                    *[signed]*                    S.I. Vihovskyi

Secretary                          *[signed]*                    Ye.O. Hiptenko
                                   /Seal/
                    Skvyra District Court of Kyiv Oblast
                                   Ukraine
                    Identification number 02892221

[Copy]

**Notice of summons of a person whose registered place of residence (stay), location or place of work is unknown**

**Document date** 11 May 2023                                    **Case No.** 376/560/23

The Skvyra District Court of Kyiv Oblast summons Mykhailo Safarbekovych Hutseriiev to recover the lost agreement as: the defendant in the preparatory court session at 11:45 dated 24 May 2023
Court address: 7-A Hromova Lane, Skvyra
Additionally, suggest to submitting the following evidence: passport

### Consequences of failure to appear at a court session

The consequences of failure to appear at a court session of a summoned person are provided for in Articles 147, 148, 223 and 372 of the Civil Procedure Code of Ukraine or Articles 148, 149, 205 and 313 of the Code of Administrative Procedure of Ukraine.
In case of failure to appear at the court session of the summoned person, such person is obliged to inform the court about the reasons for failure to appear.

Secretary                              *[signed]*

                                       *[signed]*                      S.I. Vihovskyi
Chairman of the Court

Secretary                              *[signed]*                      Ye.O. Hiptenko
                                       /Seal/
                          Skvyra District Court of Kyiv Oblast
                                       Ukraine
                          Identification number 02892221

/Coat of arms of Ukraine/

**TO WHOM IT MAY CONCERN**

**AFFIDAVIT**

*Kyiv, Ukraine*
*Eleventh of January two thousand twenty-four*

I, **Maksym Vasylovych Kucheruk**, born on 18 March 1987, passport series CM549793, issued by the Skvyra Raion Department of the Main Division of the Ministry of Internal Affairs of Ukraine in Kyiv Oblast on 15 August 2003, registration number of taxpayer's record card 3185310216, registered at: 38 Soborna Street, apartment 21, Skvyra, Bila Tserkva Raion, Kyiv Oblast, being of sound mind, clear memory and acting voluntarily, understanding the significance of my actions, without any compulsion, both physical and moral, state that I, **Maksym Vasylovych Kucheruk**, filed a **Petition/Application** to the Skvyra District Court of Kyiv Oblast dated 13 December 2023 in case No. 376/560/23 on the claim of Musayib Ismailovych Ismailov to Mykhailo Safarbekovych Hutseriiev, Stanislav Kostiantynovych Kuznetsov and Sberbank of russia Public Joint Stock Company.

In support of the facts stated in this document, I have attached to it:

1) Petition/Application to the Skvyra District Court of Kyiv Oblast dated 13 December 2023 with attachments.

These official statements of mine, for the correctness of which I vouch, can be referred to whenever and wherever necessary, and I put my signature to confirm the above.

SIGNATURE:     *[signed]*     M.V. Kucheruk

*Kyiv, Ukraine, **eleventh of January two thousand twenty-fourth.***

*I, **O.V. Maidybura,** Private Notary of Kyiv City Notarial District, certify authenticity of the signature of **Maksym Vasylovych Kucheruk** which is made in my presence.*

*Maksym Vasylovych Kucheruk, who signed the document, is identified; his capacity is verified.*

*In support of the facts set out in the document, **Maksym Vasylovych Kucheruk** attached to it:*

*1)     Petition/Application to the Skvyra District Court of Kyiv Oblast dated 13 December 2023 with attachments.*

***Entered to the Registry under No. 804***

**PRIVATE NOTARY** *[signed]*

**Seal:** [Private Notary
Oksana Vasylivna Maidybura
Kyiv City Notarial District]

/QR-code/
HTA

792199

A total of *13 (thirteen)* sheets have been thread (sewn), numbered and sealed.

**Seal:** [Private Notary
Oksana Vasylivna Maidybura
Kyiv City Notarial District]

| | | |
|---|---|---|
| **APOSTILLE** | | |
| **(Convention de La Haye du 5 octobre 1961/ The Hague Convention of 5 October 1961)** | | |
| **1.  Country:** Ukraine | | |
| **This public document** | | |
| **2.  has been signed by:** MAIDYBURA O.V. | | |
| **3.  acting in the capacity of:**  Private Notary | | |
| **4.  bears the seal/stamp:** Private Notary of the Kyiv Municipal Notary District | | |
| **Certified** | | |
| **5.  at:** Kyiv | **6. Date**    12 January 2024 | |
| **7.  by:** Chief Specialist of the Ministry of Justice of Ukraine    Aksonova L.M. | | |
| **8.  No.:** 3666935 | | |
| **9.  Seal/stamp**  Electronically and digitally signed (stamped) by the Ministry of Justice of Ukraine.  **Round seal:** [Ministry of Justice of Ukraine*For affixing an Apostille* No. 9217] | **10. Signature**  [Signature] | |

Electronically and digitally signed (stamped) by the Ministry of Justice of Ukraine.
Electronically and digitally signed be the official of the Ministry of Justice of Ukraine and accompanied by the image of his/her signature

To verify the issuance of this Apostille, see www.apostille.minjust.gov.ua

**Round seal:** [Ministry of Justice of Ukraine*For affixing an Apostille* No. 9217]

уд

эмова,

A total of **14 (fourteen)** sheets have been thread sewn, numbered and sealed.

[*Signature*]

**Round seal:** [Ministry of Justice of Ukraine*For affixing an Apostille* No. 9217]

іча до
эвича,
ілалов
эсоби,
хмеда
іслава
третя
щеної

)ави в
прави

)ВИЧ

*Цей переклад з української мови на англійську мову зроблено мною, перекладачем* **Коров'яковською Мариною Володимирівною**

*I, the translator **Koroviakovska Maryna Volodymyrivna**, made this translation from Ukrainian into English.*

**ПІДПИС**_____
*SIGNATURE*

*Київ, Україна, двадцять п'ятого січня дві тисячі двадцять четвертого року.*
*Я, **Полова М.В.**, приватний нотаріус Київського міського нотаріального округу, засвідчую справжність підпису перекладача **Коров'яковської Марини Володимирівни**, який зроблено у моїй присутності.*
*Особу перекладача встановлено, її дієздатність та кваліфікацію перевірено.*

*Зареєстровано в реєстрі за № 284*

**ПРИВАТНИЙ НОТАРІУС**_____

*The city of Kyiv, Ukraine, on the twenty-fifth of January, two thousand and twenty-four.*
*I, **Polova M.V.**, the Private Notary of Kyiv Municipal Notarial District, certify authenticity of the signature of the translator **Koroviakovska Maryna Volodymyrivna** which was made in my presence.*
*Identity, legal capability and qualification of the translator were verified.*

*Recorded in the register under No. 284*

**PRIVATE NOTARY** _____
[Signature]

**Official round seal:** [Polova M.V., Private Notary, Kyiv Municipal Notarial District]

*Всього прошито (або прошнуровано), пронумеровано і скріплено печаткою 30 (тридцять) аркушів*

Total numbered, bound and sealed 30 (thirty) pages.
[Signature]
Impress of the Official Round Seal,
reading: [Polova M.V.
Private Notary of Kyiv Municipal Notarial District]