# EXHIBIT 12



RapidTranslate.org
support@rapidtranslate.org
(844) 473-7832

Member # 274316

## CERTIFICATION OF TRANSLATION ACCURACY

We, RapidTranslate, a professional translation services company with a corporate membership to the American Translators Association, hereby certify that a qualified, experienced, and competent professional translator has translated the provided original document to the best of the translator's abilities. In our best judgment, the translated documents and text therein are a true and accurate translation, which reflect the original content, meaning, and style of the originally provided document(s). RapidTranslate has no relation to the client or original owner of the provided documents.

This is to certify the correctness of the translation only. RapidTranslate makes no claims, representation, guarantees, or warranties concerning the authenticity of the original document translated. Further, RapidTranslate disclaims any and all liability for the manner in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

Sincerely,
Authorized Representative
RapidTranslate.org

390 NE 191st St #8058
Miami, Florida 33179

State of: Florida
County of: Miami-Dade
Subscribed and sworn to (or affirmed) before me on August 26, 2024
Notary Public:

CARLA ZENSEN
Notary Public - State of Florida
Commission # HH 50970*
My Comm. Expires May 2*, 2028
Bonded through National Notary Assn.



RapidTranslate.org
support@rapidtranslate.org
(844) 473-7832



Member # 274316

# CERTIFICATION BY TRANSLATOR

I, Aleksei Timashkov, certify that I am competent to translate in the English and Russian languages and that the above/attached document is a complete and accurate translation of the above/attached document.

This document has not been translated for a family member, friend, or business associate.

Name: Aleksei Timashkov

_____

RapidTranslate.org
390 NE 191st St #8058
Miami, FL 33179



[Translated from Russian]

Form 107

[Russian Post Logo]

## INVENTORY

Enclosures in the **Insured Letter**
To: **PJSC Sberbank**
Destination: 117312, Moscow, Vavilova Street 19

| No. | Item Description | Quantity | Declared Value, RUB |
|---|---|---|---|
| 1. | Order to Initiate Proceedings in Case No. 376/560/23 dated March 2, 2023 (2 pages) | 1 | 1 |
| 2. | Statement of Claim by Ismailov M.I. dated February 17, 2023 (15 pages) | 1 | 1 |
|  |  | 2 | 2 |

Sender: _____ (signature)
**Verified by:** _____(position, signature of postal worker)

[Round Stamp: Russian Post * Moscow 101000 / 09.03.23, 1, 7 / [Signature]]
(stamp of the receiving OPS)
*No corrections are allowed*

[Translated from Russian]

## Cash Register No. 101000:
## Cash Receipt

Receipt Number: Prod213052

Acceptance: Registered Domestic Mail (RPO) - Letter with Declared Value

From: ISMAILOV M.I.

With Inventory

RPO No. 10100073311082

Shipping Method: Ground

Weight: 0.098 kg

10100073311082

1 Shipping Fee: 156.00 per 1 unit = 156.00

VAT 20%

Declared Value: 1.00 RUB

10100073311082

1 Fee for Declared Value: 0.041 unit = 0.04

VAT 20%

To: PJSC SBERBANK

Destination: 117312, Moscow Region, Moscow, Vavilova Street 19

1 Verification of Inventory: 114.00 per 1 unit = 114.00

VAT 20%

Email of Russian Post: client@russianpost.ru

Russian Post Website: www.pochta.ru

**TOTAL:** = 270.04

VAT 20% = 45.01

Due in Cash: = 270.04

Received in Cash: = 270.04

Cashier: First-Class Postal Worker Myasnikova N.S.

JSC "Russian Post"

101000, Moscow, Myasnitskaya Street 26

Place of Payment: Post Office 101000

Factory Number of Cash Register Equipment: 00106300487875

Registration Number of Cash Register Equipment: 0004487436006886

INN 7724490800

Fiscal Memory Device: 9960440502950035

Fiscal Document: 25186

Fiscal Attribute: 1134330432

Payment: 09.03.2023, 17:53

[QR code]



Ф.107

# ОПИСЬ

Вложения в __Ценное письмо__

Кому __ПАО Сбербанк__
Куда __117312, г. Москва, ул. Вавилова, д.19__

| №№ п/п | Наименование предметов | Количество предметов | Объявленная ценность, руб. |
|---|---|---|---|
| 1. | Постановление об открытии производства по делу №376/560/23 от 2 марта 2023 (на 2-х листах) | 1 | 1 |
| 2. | Исковое заявление Исмаилова М.И. от 17.02.2023 (на 15 листах) | 1 | 1 |
|  |  | 2 | 2 |
|  |  | (цифрами) | |

Отправитель _____
            (подпись)

Проверил  _____
       (должность, подпись почтового
              работника)

(оттиск календарного штемпеля ОПС места приема)

*Никаких помарок и поправок не допускается*

Касса # 101000
Кассовый чек
Номер квитанции: Прод213052
Чек: РПО внутреннее
Письмо с объявленной ценностью
От кого: ИСМАИЛОВ М И
РПО #: 10100073311082
Способ пересылки: Наземный
Вес: 0.093 кг
10100073311082
1 Тариф за пересылку: 156.00 =156.00
НДС 20%
Сумма объявлен.цен. 1.00 руб.
10100073311082
1 Тариф за о/ц: 0.04*1шт. =0.04
НДС 20%
Кому: ПАО СБЕРБАНК
Куда: 117312, Регион МОСКВА, МОСКВА, УЛ ВАВИЛОВА
д. 19
1 プрошивка соотв. описи 114.00*1шт. =114.00
НДС 20%
e-mail Почты России: client@russianpost.ru
сайт Почты России: www.pochta.ru
ИТОГ =270.04
СУММА НДС 20% =45.01
НАЛИЧНЫМИ =270.04
ПОЛУЧЕНО НАЛИЧНЫМИ =270.04
Кассир  Оператор связи 1 класса (Мясникова Н.С.
АО "Почта России"
101000, г. Москва, ул. Мясницкая, д. 26
Место расчетов Отделение почтовой связи 101000
ЗН ККТ 00106300487875
РН ККТ 0004487435006886
ИНН 7724490000
ФН 9960440502950035
ФД 25166
ФП 1134330432
ПРИХОД
09.03.2023 17:53