# EXHIBIT 1

# СОГЛАШЕНИЕ

г. Москва                                                                                                        «18» ноября 2011г.

**Отрытое акционерное общество «Сбербанк России», ОАО «Сбербанк России»,** далее именуемое **«Сторона 1»**, в лице Заместителя Председателя Правления Кузнецова Станислава Константиновича, действующего на основании доверенности № 01-1/1025 от 10.11.2010г., с одной стороны, и

**Билалов Ахмед Гаджиевич** паспорт: серия 45 98 номер 341999, выданный 47 отделением милиции гор. Москвы 16.02.1999 г., зарегистрирован по адресу: г. Сочи, пер. Инжирный, д. 25, далее именуемое **«Сторона 2»**,

далее совместно именуемые «**Стороны**», заключили настоящее Соглашение (далее – «**Соглашение**») о нижеследующем:

**Принимая во внимание:**
1. Наличие у Стороны 1 предложений о заинтересованности иностранных инвесторов в участии в проекте ОАО «Красная Поляна»;
2. Стороны являются акционерами проекта ОАО «Красная Поляна» напрямую или через зависимых лиц;
3. Необходимость привлечения дополнительного собственного капитала в проект в соответствии с кредитной документацией.

**Стороны договорились о следующем:**

**Сторона 1** обязуется оказать содействие Стороне 2 в привлечении новых инвестиций в проект ОАО «Красная Поляна», способствовать решению административных вопросов, в связи с наличием мажоритарной государственной доли в акционерном капитале организации.

**Сторона 1** берет на себя обязательство не препятствовать в передаче акций ОАО «Красная Поляна» **Стороной 2** новым иностранным инвесторам для привлечения капитала в проект и при прохождении корпоративных процедур давать соответствующие указания своим представителям при условии, что размер привлекаемых инвестиций будет рассчитываться исходя из стоимости проекта равной не менее двум миллиардам долларов США.

Все споры, возникающие в связи с настоящим соглашением и/или процедурой привлечения новых инвесторов будут регулироваться в соответствии с Законами Штата Нью-Йорк.

**Подписи Сторон:**

**Сторона 1**
ОАО «Сбербанк России»

_____ С.К. Кузнецов

**Сторона 2**
Билалов Ахмед Гаджиевич

_____ А.Г. Билалов

**Свидетель 1**
Строев Андрей Алексеевич

**Свидетель 2**
Билалов Магомед Гаджиевич



RapidTranslate.org
support@rapidtranslate.org
(844) 473-7832

Member # 274316

## CERTIFICATION OF TRANSLATION ACCURACY

We, RapidTranslate, a professional translation services company with a corporate membership to the American Translators Association, hereby certify that a qualified, experienced, and competent professional translator has translated the provided original document to the best of the translator's abilities. In our best judgment, the translated documents and text therein are a true and accurate translation, which reflect the original content, meaning, and style of the originally provided document(s). RapidTranslate has no relation to the client or original owner of the provided documents.

This is to certify the correctness of the translation only. RapidTranslate makes no claims, representation, guarantees, or warranties concerning the authenticity of the original document translated. Further, RapidTranslate disclaims any and all liability for the manner in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

Sincerely,
Authorized Representative
RapidTranslate.org

390 NE 191st St #8058
Miami, Florida 33179

State of: Florida
County of: Miami-Dade
Subscribed and sworn to (or affirmed) before me on October 23, 2024

Notary Public:

CARLA ZENSEN
Notary Public · State of Florida
Commission # HH 509701
My Comm. Expires May 21, 2028
Bonded through National Notary Assn.



RapidTranslate.org
support@rapidtranslate.org
(844) 473-7832

Member # 274316

# CERTIFICATION BY TRANSLATOR

I, Aleksei Timashkov, certify that I am competent to translate in the English and Russian languages and that the above/attached document is a complete and accurate translation of the above/attached document.

This document has not been translated for a family member, friend, or business associate.

Name: Aleksei Timashkov

RapidTranslate.org
390 NE 191st St #8058
Miami, FL 33179



[Translated from Russian]

# AGREEMENT

City of Moscow                                                                                          November 18, 2011

**Open Joint-Stock Company "Sberbank of Russia," OJSC "Sberbank of Russia,"** hereinafter referred to as "**Party 1**," represented by Deputy Chairman of the Board Stanislav Konstantinovich Kuznetsov, acting under Power of Attorney No. 01-1/1025 dated November 10, 2010, on the one hand, and

**Bilalov Akhmed Gadzhievich**, passport: series 45 98 number 341999, issued by Police Department 47 of the city of Moscow on February 16, 1999, registered at the address: the city of Sochi, Inzhirny Alley, 25, hereinafter referred to as "**Party 2**,"

hereinafter collectively referred to as "**the Parties**," have concluded this Agreement (hereinafter referred to as the **"Agreement"**) on the following:

**Considering:**
1. The availability of offers from Party 1 regarding the interest of foreign investors in participating in the project OJSC "Krasnaya Polyana";
2. The Parties are shareholders of the OJSC "Krasnaya Polyana" project either directly or through affiliated entities;
3. The need to attract additional equity capital into the project in accordance with the loan documentation.

**The Parties have agreed on the following:**

**Party 1** undertakes to assist **Party 2** in attracting new investments into the OJSC "Krasnaya Polyana" project, contributing to the resolution of administrative matters, given the presence of a majority government share in the organization's equity capital.

**Party 1** undertakes not to interfere with **Party 2**'s transfer of shares in OJSC "Krasnaya Polyana" to new foreign investors for capital investment in the project, and during the corporate procedures, to give appropriate instructions to its representatives, provided that the amount of attracted investments is calculated based on the project value of no less than two billion US dollars.

All disputes arising in connection with this Agreement and/or the procedure for attracting new investors will be governed in accordance with the laws of the State of New York.

**Signatures of the Parties:**

| Party 1 | Party 2 |
|---|---|
| **OJSC "Sberbank of Russia"** | **Akhmed Gadzhievich Bilalov** |
| [Signature] S.K. Kuznetsov | [Signature] A.G. Bilalov |
| [Round stamp with the Logo of OJSC "Sberbank of Russia": Open Joint-Stock Company "Sberbank of Russia" / City of Moscow] | |
| **Witness 1** | **Witness 2** |
| Andrey Alekseevich Stroev | Magomed Gadzhievich Bilalov |
| [Signature] | [Signature] |