# EXHIBIT 2



**ФЕДЕРАЛЬНАЯ СЛУЖБА
ПО ФИНАНСОВЫМ РЫНКАМ
(ФСФР РОССИИ)**

**РЕГИОНАЛЬНОЕ ОТДЕЛЕНИЕ
ФЕДЕРАЛЬНОЙ СЛУЖБЫ
ПО ФИНАНСОВЫМ РЫНКАМ
В ПРИКУБАНСКОМ РЕГИОНЕ
(РО ФСФР РОССИИ В ПР)**

350020, г. Краснодар, ул. Дзержинского, 8/1,
тел./факс (861) 225-40-91
E-mail: office@krd.fesm.ru; http://www.krd.ffms.ru
ОГРН 1062309023655
ИНН/КПП 2309100283/230901001

05 03 2012 № 18-12-ВК-04/750
На № _____ от _____

Открытое акционерное общество
«Красная поляна»

ул. Северная, 14 А, г. Сочи, 354000

**Уведомление о государственной регистрации
дополнительного выпуска ценных бумаг открытого
акционерного общества «Красная поляна»**

В соответствии с приказом РО ФСФР России в ПР от _05_._03_.2012 № _18-12-54/пз-ч_ осуществлена государственная регистрация дополнительного выпуска акций обыкновенных именных бездокументарных открытого акционерного общества «Красная поляна», размещаемых путем закрытой подписки.

Согласно представленному в РО ФСФР России в ПР решению о дополнительном выпуске ценных бумаг эмитентом размещается:

Количество ценных бумаг дополнительного выпуска: **6 021** (шесть тысяч двадцать одна) штука.

Номинальная стоимость каждой ценной бумаги дополнительного выпуска: **50 000** (пятьдесят тысяч) рублей.

Общий объем выпуска (по номинальной стоимости): **301 050 000** (триста один миллион пятьдесят тысяч) рублей.

Выпуску (дополнительному выпуску) присвоен государственный регистрационный номер **1-01-33085-Е-006D** от _15_._03_. 2012 года.

Одновременно сообщаем, что РО ФСФР России в ПР не отвечает за достоверность информации, содержащейся в решении о дополнительном выпуске ценных бумаг.

В соответствии со статьей 25 Федерального закона от 22.04.96 № 39-ФЗ "О рынке ценных бумаг" не позднее 30 дней после завершения размещения ценных бумаг дополнительного выпуска эмитент обязан представить в РО ФСФР России в ПР отчет об итогах дополнительного выпуска ценных бумаг.

Приложение: Решение о дополнительном выпуске акций обыкновенных именных бездокументарных открытого акционерного общества «Красная поляна» на 11 л. в 2-х экз.

И.о. руководителя                                                    В.А. Кущ

Исп. И.С. Веселов (861) 225-40-91

Зарегистрировано *05* *03* *2012* 200 _ г.
Государственный регистрационный номер

1-01-33085-E-006D

*РО ФСФР России в ПР*

(указывается наименование регистрирующего органа)

И.о.руководителя  В.А.Куц

(подпись уполномоченного лица)

(печать регистрирующего органа)

# РЕШЕНИЕ О ДОПОЛНИТЕЛЬНОМ ВЫПУСКЕ ЦЕННЫХ БУМАГ

## Открытое акционерное общество "Красная поляна"

**Акции обыкновенные именные бездокументарные номинальной стоимостью 50 000 (Пятьдесят тысяч) рублей каждая в количестве 6021 (Шести тысяч двадцати одной) штуки, размещаемых по закрытой подписке**

Утверждено решением Совета директоров ОАО "Красная поляна", принятым   17.02.2012 года, Протокол  от  17.02.2012 года № 112

на основании решения  об увеличении уставного капитала акционерного общества  путем размещения дополнительных акций,

принятого Внеочередным общим собранием акционеров ОАО "Красная поляна" 06.02.2012 года, Протокол от 06.02.2012 года № 53

Место нахождения эмитента: 354000, Российская Федерация, Краснодарский край, г. Сочи, ул.Северная, 14 А
Контактные телефоны с указанием междугороднего кода: (8622)439110

Генеральный директор _____ С.В. Хацкевич

Дата 17 февраля 2012 года

вид, категория (тип) ценных бумаг:

*акции именные*

*категория акций: обыкновенные*
*ценные бумаги не являются конвертируемыми*

2. Форма ценных бумаг:

*бездокументарные*

3. Указание на обязательное централизованное хранение

*Данный пункт заполняется только для документарных ценных бумаг*

4. Номинальная стоимость каждой ценной бумаги выпуска (дополнительного выпуска) (руб.)

*50000*

5. Количество ценных бумаг выпуска (дополнительного выпуска) (штук):

*6021*

6. Общее количество ценных бумаг данного выпуска, размещенных ранее (штук):

*2007*

7. Права владельца каждой ценной бумаги выпуска (дополнительного выпуска):

7.1. Для обыкновенных акций указываются точные положения устава акционерного общества о правах, предоставляемых акционерам обыкновенными акциями: о праве на получение объявленных дивидендов, о праве на участие в общем собрании акционеров с правом голоса по всем вопросам его компетенции, о праве на получение части имущества акционерного общества в случае его ликвидации. *Права, предоставляемые акционерам, в соответствии с положениями устава:*
*Пункт 8.1. Все акции Общества являются обыкновенными именными акциями и выпускаются в бездокументарной форме. Все обыкновенные акции Общества имеют одинаковую номинальную стоимость и представляют акционерам - их владельцам одинаковый объем прав.*
*Пункт 8.2. Акционеры - владельцы обыкновенных акций участвуют в Общем собрании акционеров с правом голоса по всем вопросам его компетенции, в том числе по вопросу о распределении чистой прибыли Общества после осуществления обязательных выплат в фонды Общества, расчетов с бюджетом и внебюджетными фондами, выплаты процентов по облигациям, и имеют право на получение дивидендов.*
*Пункт 8.3. Акционеры - владельцы обыкновенных акций участвуют в распределении имущества Общества, в случае его ликвидации, после завершения расчетов с кредиторами.*
*Пункт 8.7.1.Акционер вправе отчуждать принадлежащие им акции без согласия других акционеров и Общества.*
*Пункт 8.7.5.Получать долю чистой прибыли (дивиденды), подлежащую распределению между акционерами в порядке, предусмотренном федеральным законом "Об акционерных обществах" и*

*Уставом.*

*Пункт 8.7.6.Получать часть имущества Общества (ликвидационная квота), оставшегося после ликвидации Общества, пропорционально числу имеющихся у него акций соответствующей категории (типа).*

*Пункт 8.7.8. Осуществлять иные права, предусмотренные законодательством, уставом и решениями общего собрания акционеров, принятыми в соответствии с его компетенцией.*

*Пункт 8.9. Обыкновенные акции Общества являются голосующими акциями по всем вопросам компетенции Общего собрания акционеров.*

*Пункт 17.4. Акционеры (акционер), являющиеся в совокупности владельцами не менее 2 (двух) процентов голосующих акций Общества, в срок не позднее, чем через 30 (Тридцать) дней после окончания финансового года вправе внести вопросы в повестку дня годового Общего собрания акционеров и выдвинуть кандидатов в Совет директоров Общества, Ревизионную комиссию, Счетную комиссию, число которых не может превышать количественный состав соответствующего органа.*

*В случае если предлагаемая повестка дня внеочередного Общего собрания акционеров содержит вопрос об избрании членов Совета директоров Общества, акционеры (акционер), являющиеся в совокупности владельцами не менее чем 2 (Двух) процентов голосующих акций, вправе предложить кандидатов для избрания в Совет директоров Общества, число которых не может превышать количественный состав Совета директоров Общества. Такие предложения должны поступить в Общество не менее чем за 30 (Тридцать) дней до даты проведения внеочередного Общего собрания акционеров.*

*Уставом не предусмотрено ограничение максимального числа голосов, принадлежащих одному акционеру.*

7.2. *Не указывается для данного вида ценных бумаг.*

7.3. *Не указывается для данного вида ценных бумаг.*

7.4. *Не указывается для данного вида ценных бумаг.*

7.5. *Не указывается для данного вида ценных бумаг.*

8. Условия и порядок размещения ценных бумаг выпуска (дополнительного выпуска):

8.1 Способ размещения ценных бумаг  *Закрытая подписка*

Круг потенциальных приобретателей ценных бумаг (также может указываться количество ценных бумаг, размещаемых каждому из указанных лиц): *1) Субъект Российской Федерации Краснодарский Край (ОГРН 1022301619790), в лице Краевого государственного казенного специализированного учреждения "Фонд государственного имущества Краснодарского края". Максимальное количество акций дополнительного выпуска, которое может приобрести указанный участник подписки - 1004 (Одна тысяча четыре) штуки дополнительных обыкновенных именных бездокументарных акций.*
*2) Акционерная компания "Зиланд Девелопмент Корп." (Zeeland Development Corp.), свидетельство о регистрации № 1528745 от 17.04.2009, орган регистрации: Регистратор Компаний Британских Виргинских Островов (Тортола, Британские Виргинские острова). Максимальное количество акций дополнительного выпуска, которое может приобрести указанный участник подписки - 1004 (Одна тысяча четыре) штуки дополнительных обыкновенных именных бездокументарных акций.*
*3) Компания с ограниченной ответственностью КАЛЕБА ЛИМИТЕД (KALEBA LIMITED, Limited Liability Company), свидетельство о регистрации № НЕ 236939 от 28.08.2008, орган регистрации: Регистратор Компаний (Никосия, Кипр) . Максимальное количество акций дополнительного выпуска, которое может приобрести  указанный участник подписки - 1004 (Одна тысяча четыре) штуки дополнительных обыкновенных именных бездокументарных акций.*
*4) Компания с ограниченной ответственностью РАЗАМА ЛИМИТЕД (RAZAMA LIMITED, Limited Liability Company), свидетельство о регистрации № НЕ 237225 от 02.09.2008, орган регистрации: Регистратор Компаний   (Никосия, Кипр).   Максимальное количество акций дополнительного*

*выпуска, которое может приобрести  указанный участник подписки -  1003 (Одна тысяча три) штуки дополнительных обыкновенных именных бездокументарных акций.*

*5) Билалов Магомед Гаджиевич, паспорт гражданина РФ 4507 № 163596, выдан 27.10.2004 Паспортно-визовым отделением ОВД района Замоскворечье города Москвы. Максимальное количество акций дополнительного выпуска, которое может приобрести указанный участник подписки - 1003 (Одна тысяча три) штуки дополнительных обыкновенных именных бездокументарных акций.*

*6) Частный фонд "Истерн Инвестментс Прайвит Фоундейшн" (Eastern Investments Private Foundation) зарегистрирован в Реестре Торговой палаты острова Кюрасао (Кюрасао, Нидерландские Антильские острова) регистрационный номер № 115562 от 06.12.2006. Максимальное количество акций дополнительного выпуска, которое может приобрести указанный участник подписки - 1003 (Одна тысяча три) штуки дополнительных обыкновенных именных бездокументарных акций.*

## 8.2 Срок размещения ценных бумаг:

Порядок определения даты начала размещения: *Датой начала размещения является следующий день за днем направления лицам, имеющим преимущественное право на приобретение акций, размещаемых по закрытой подписке "Уведомления о возможности осуществления  преимущественного права приобретения размещаемых ценных бумаг".*

Порядок определения даты окончания размещения: *через 85 дней с даты начала размещения ценных бумаг, а в случае, если все ценные бумаги будут размещены до истечения этого срока, то днем размещения считается размещение последней ценной бумаги настоящего дополнительного выпуска.*

*Срок размещения ценных бумаг определяется указанием на даты раскрытия какой-либо информации о выпуске ценных бумаг.*

Порядок раскрытия такой информации: *В течение 5 (пяти) дней после государственной регистрации дополнительного выпуска размещаемых ценных бумаг, Общество направляет уведомления о возможности осуществления  преимущественного права приобретения размещаемых ценных бумаг лицам, включенным в список лиц, имеющих преимущественное право приобретения размещаемых акций (далее - преимущественное право), о возможности осуществления ими преимущественного права, данные уведомления направляются заказными письмами.*

## 8.3 Порядок размещения ценных бумаг

Порядок и условия заключения гражданско-правовых договоров (порядок и условия подачи и удовлетворения заявок) в ходе размещения ценных бумаг:

*По окончании процедуры осуществления преимущественного права и после раскрытия информации об итогах осуществления преимущественного права отчуждение акций осуществляется участникам закрытой подписки - 1) Субъекту Российской Федерации Краснодарский Край (ОГРН 1022301619790), в лице Краевого государственного казенного специализированного учреждения "Фонд государственного имущества Краснодарского края"*

*2) Акционерной компании "Зиланд Девелопмент Корп." (Zeeland Development Corp.), свидетельство о регистрации № 1528745 от 17.04.2009, орган регистрации: Регистратор  Компаний Британских Виргинских Островов(Тортола, Британские Виргинские острова).*

*3) Компании с ограниченной ответственностью КАЛЕБА ЛИМИТЕД (KALEBA LIMITED, Limited Liability Company), свидетельство о регистрации № HE 236939 от 28.08.2008, орган регистрации: Регистратор Компаний (Никосия, Кипр).*

*4) Компании с ограниченной ответственностью РАЗАМА ЛИМИТЕД (RAZAMA LIMITED, Limited Liability Company), свидетельство о регистрации № HE 237225 от 02.09.2008, орган регистрации: Регистратор Компаний (Никосия, Кипр).*

*5) Билалову Магомеду Гаджиевичу, паспорт гражданина РФ 4507 № 163596, выдан 27.10.2004 Паспортно-визовым отделением ОВД района Замоскворечье города Москвы.*

*6) Частному фонду "Истерн Инвестментс  Прайвит  Фоундейшн" (Eastern Investments Private Foundation) зарегистрирован в Реестре Торговой палаты острова Кюрасао (Кюрасао, Нидерландские*

*Антильские острова) регистрационный номер № 115562 от 06.12.2006.*

*Участники закрытой подписки уведомляются о завершении срока преимущественного права приобретения ценных бумаг, количестве ценных бумаг которое осталось неразмещенным в результате осуществления акционерами Общества преимущественного права и возможности приобретения участниками подписки оставшихся неразмещенными ценных бумаг, путем направления в их адрес заказных писем.*

*Размещение акций приобретаемых ограниченным кругом лиц по закрытой подписке осуществляется путем заключения Договора, направленного на приобретение акций и документов, свидетельствующих об их оплате.*

*Срок, в течение которого заключаются Договоры купли-продажи ценных бумаг с участниками закрытой подписки: начиная со дня направления Уведомления участникам закрытой подписки о возможности приобретения ими акций дополнительного выпуска, и не позднее, чем за 5(пять) рабочих дня до даты окончания срока размещения ценных бумаг.*

*Участники закрытой подписки лично или через своего уполномоченного представителя, имеющего надлежащим образом оформленную доверенность или иной документ, подтверждающий полномочия представителя, вправе, начиная со дня направления Уведомления о возможности приобретения оставшихся неразмещенными ценных бумаг и не позднее, чем за 5(пять) рабочих дней до даты окончания срока размещения ценных бумаг подать в Общество письменную заявку на приобретение размещаемых дополнительных ценных бумаг по адресу: 354000,Российская Федерация, Краснодарский край, г. Сочи, ул.Северная, дом 14 А.*

*Заявки принимаются в рабочие дни с 10-00 до 16-00 часов.*

*Заявка должна содержать следующие сведения:*

*- фамилия, имя, отчество (полное фирменное наименование) участника закрытой подписки;*

*- идентификационный номер налогоплательщика участника закрытой подписки (указывается при наличии);*

*-место жительства (место нахождения) участника закрытой подписки;*

*-для физических лиц – вид, номер, серия, дата и место выдачи документа, удостоверяющего личность; орган выдавший документ;*

*- для юридических лиц – ОГРН, номер, дата и место выдачи свидетельства о государственной регистрации юридического лица, а также свидетельства о включении юридического лица в Единый государственный реестр юридических лиц (указывается при наличии);*

*- количество приобретаемых ценных бумаг;*

*- банковские реквизиты участника закрытой подписки, по которым может осуществляться возврат денежных средств.*

*Указанное в Заявке количество приобретаемых ценных бумаг не должно превышать количество акций дополнительного выпуска, оставшихся неразмещенными после реализации преимущественного права приобретения ценных бумаг, а также не должно превышать максимальное количество акций дополнительного выпуска, установленное для данного участника подписки пунктом 8.1 Решения о выпуске ценных бумаг.*

*Заявка должна быть подписана участником закрытой подписки (уполномоченным им лицом, с приложением оригинала доверенности или иного документа, подтверждающего полномочия представителя) и для юридических лиц содержать оттиск печати.*

*Устанавливается временная очередность удовлетворения Заявок. В первую очередь удовлетворяются Заявки поданные ранее. Количество приобретаемых ценных бумаг, указанных в Заявке, не влияет на приоритет ее удовлетворения. Поданные Заявки удовлетворяются Обществом в полном объеме в случае, если количество ценных бумаг, указанное в Заявке, не превышает количество акций, которые останутся неразмещенными в результате удовлетворения Заявок, поступивших ранее (далее – Неразмещенные акции). В случае, если объем Заявки превышает количество Неразмещенных акций, то данная Заявка удовлетворяется в количестве Неразмещенных акций.*

*Подписание Договоров купли продажи ценных бумаг осуществляется по адресу: 354000, Российская Федерация, Краснодарский край, г. Сочи, ул.Северная, дом 14 А, в день обращения участника закрытой подписки или его уполномоченного представителя подавшего Заявку.*

*В удовлетворении Заявки может быть отказано, в случае если:*

*- Заявка не содержит сведений, установленных данным пунктом настоящего Решения о дополнительном выпуске ценных бумаг;*

*- Заявка подана с нарушением сроков, предусмотренным настоящим Решением о дополнительном выпуске ценных бумаг;*

*- отсутствуют неразмещенные дополнительные ценные бумаги.*

*После подписания сторонами договора купли-продажи ценных бумаг дополнительного выпуска, но не позднее 4 (четырех) рабочих дней до даты окончания срока размещения, приобретаемые ценные бумаги должны быть полностью оплачены. Обязательство по оплате считается исполненным с момента поступления денежных средств на расчетный счет Общества, предусмотренный настоящим Решением о дополнительном выпуске ценных бумаг. В случае, если в указанный срок обязательство по оплате приобретаемых ценных бумаг не будет исполнено или будет исполнено частично, Общество имеет право отказаться от исполнения встречного обязательства по передаче ценных бумаг участнику закрытой подписки.*

*В случае, если размер денежных средств, перечисленных Обществу в оплату ценных бумаг дополнительного выпуска, превысит размер денежных средств, которые должны быть уплачены, излишне уплаченные денежные средства подлежат возврату в безналичном порядке не позднее 5 (пяти) рабочих дней после даты окончания размещения ценных бумаг дополнительного выпуска. Возврат денежных средств производится по реквизитам, указанным в Заявке.*

*В случае если в ходе размещения, на определенное количество дополнительных акций от лиц участвующих в размещении не поступило Заявок об их приобретении, такие акции остаются неразмещенными.*

*При размещении ценных бумаг предоставляется преимущественное право приобретения ценных бумаг.*

*Ценные бумаги являются именными, ведение реестра владельцев которых осуществляется регистратором.*

*Лицо, которому эмитент выдает (направляет) передаточное распоряжение, являющееся основанием для внесения приходной записи по лицевому счету первого приобретателя (регистратор, первый приобретатель), а также иные условия выдачи передаточного распоряжения: После государственной регистрации настоящего дополнительного выпуска, акции зачисляются на эмиссионный счет Эмитента, открытый в реестре акционеров эмитента, ведение которого осуществляет Общество с ограниченной ответственностью "РеестрРН".*
*Место нахождение регистратора: 350911, Российская Федерация, г. Краснодар, ул. Трамвайная, д.1/1, оф. 608.*
*Контактный телефон: (861) 234-52-01*
*Лицензия ФСФР России на осуществление деятельности по ведению реестра № 10-000-1-00330, дата выдачи: 16.12.2004, бессрочная.*
*Передаточные распоряжения оформляются:*
*- для акционеров, реализующих преимущественное право приобретения размещаемых ценных бумаг на основании поданной Заявки и оригинала документа, подтверждающего оплату всего количества акций указанного в Заявке;*
*-для участников закрытой подписки на основании заключенного договора купли-продажи, документа, подтверждающего оплату определенного в договоре количества акций; при наличии в реестре владельцев именных ценных бумаг Эмитента лицевого счета участника закрытой подписки (тип счета – владелец) или счета номинального держателя, клиентом которого является участник подписки.*
*Передаточное распоряжение направляется эмитентом регистратору Общества.*
*Списание ценных бумаг с эмиссионного счета и зачисление их на счет приобретателя производится регистратором Общества в течение 3 (трех) рабочих дней со дня получения необходимого комплекта документов. При этом зачисление ценных бумаг на лицевые счета (счета депо) приобретателей в реестре именных ценных бумаг эмитента осуществляется:*
*-не позднее последнего дня срока действия преимущественного права для акционеров, реализующих преимущественное право;*
*- не позднее последнего дня срока размещения ценных бумаг для участников закрытой подписки.*

*Ценные бумаги не размещаются посредством подписки путем проведения торгов.*

*Размещение ценных бумаг эмитентом с привлечением профессиональных участников рынка ценных бумаг, оказывающих эмитенту услуги по размещению ценных бумаг не осуществляется.*

*Одновременно с размещением ценных бумаг предложить к приобретению, в том числе за пределами Российской Федерации посредством размещения соответствующих иностранных ценных бумаг, ранее размещенные (находящиеся в обращении) ценные бумаги эмитента того же вида, категории (типа) не планируется.    Акции, ценные бумаги, конвертируемые в акции, и опционы эмитента акционерным обществом путем закрытой подписки только среди всех акционеров с предоставлением указанным акционерам возможности приобретения целого числа размещаемых ценных бумаг, пропорционального количеству принадлежащих им акций соответствующей категории (типа) не размещаются.*

*Ценные бумаги посредством закрытой подписки только среди акционеров акционерного общества - эмитента с предоставлением им возможности приобретения определенного (ограниченного) количества размещаемых ценных бумаг не размещаются.*

8.4. Цена (цены) или порядок определения цены размещения ценных бумаг (руб.): *6270000*
Цена размещения ценных бумаг для лиц, имеющих преимущественное право (руб.)*: 6270000*

8.5. Порядок осуществления преимущественного права приобретения размещаемых ценных бумаг.

**Дата, на которую составляется список лиц, имеющих преимущественное право приобретения размещаемых ценных бумаг: *30.12.2011***

**Порядок уведомления о возможности осуществления преимущественного права приобретения размещаемых ценных бумаг:** *В течение 5 (пяти) дней после государственной регистрации дополнительного выпуска размещаемых ценных бумаг, Общество направляет "Уведомление о возможности осуществления преимущественного права приобретения размещаемых ценных бумаг" лицам, включенным в список лиц, имеющих преимущественное право приобретения размещаемых акций, о возможности осуществления ими преимущественного права (далее – Уведомление).*
*Уведомления направляются каждому лицу, включенному в список лиц, имеющих преимущественное право, заказными письмами в порядке, предусмотренном Уставом Общества для сообщения о созыве общего собрания акционеров.*
*Уведомление о возможности осуществления преимущественного права приобретения размещаемых ценных бумаг содержит:*
*- сведения о количестве размещаемых ценных бумаг и цене их размещения;*
*- сведения о порядке, в котором лицами, имеющими преимущественное право приобретения размещаемых ценных бумаг, должны быть поданы Заявки о приобретении размещаемых ценных бумаг;;*
*- сведения о сроке, в течение которого Заявки лиц, имеющих преимущественное право приобретения размещаемых ценных бумаг, о приобретении ценных бумаг должны поступить Обществу (далее - срок действия преимущественного права).*
*- сведения о том, что лицами, имеющими преимущественное право на приобретение акций, размещаемых по закрытой подписке, являются акционеры Общества, не принимавшие участие в голосовании или голосовавшие против принятия решения по первому вопросу повестки дня "Об увеличении уставного капитала Открытого акционерного общества "Красная поляна" путем размещения дополнительных акций Общества посредством закрытой подписки и внесении соответствующих изменений в устав Открытого акционерного общества "Красная поляна" после государственной регистрации отчета об итогах дополнительного выпуска ценных бумаг" внеочередного общего собрания акционеров общества, состоявшегося 06.02.2012;*
*- сведения о том, что список лиц, имеющих преимущественное право приобретения акций Общества, составлен на основании данных реестра акционеров на 30.12.2011 (в соответствии с п. 2 статьи 40 Федерального закона "Об акционерных обществах" в действующей редакции);*
*- сведения о том, что акционер вправе приобрести ценные бумаги выпуска в количестве, пропорциональном количеству принадлежащих ему акций на основании данных реестра акционеров Общества на дату составления списка лиц - 30.12.2011, имеющих право на участие в общем собрании акционеров, состоявшимся 06.02.2012, на котором было принято решение о размещении ценных бумаг дополнительного выпуска посредством закрытой подписки;*
*- порядок определения количества ценных бумаг дополнительного выпуска, которое вправе*

*приобрести акционер: максимальное количество ценных бумаг выпуска, которое может приобрести акционер, определяется по формуле:*

*N = A x (6021/ 2007), где*

*N - максимальное количество ценных бумаг выпуска, которое может приобрести акционер;*

*А - количество акций эмитента, принадлежащих акционеру по данным реестра акционеров, на дату составления списка лиц, имеющих право на участие в общем собрании акционеров, на котором было принято решение о размещении ценных бумаг  дополнительного выпуска посредством закрытой подписки;*

*6 021   -   общее количество ценных бумаг данного дополнительного выпуска;*

*2 007   -   общее количество акций эмитента, размещенных ранее.*

*- срок оплаты за приобретаемые акции;*

*- адрес, по которому будут приниматься заявки на приобретение акций Общества;*

*- сведения о том, что оплата приобретаемых акций осуществляется денежными средствами в рублях Российской Федерации в безналичной форме путем перевода денежных средств на расчетный счет Общества по следующим реквизитам:*

*Владелец счета: Открытое акционерное общество "Красная поляна"*

*ИНН 2320102816, КПП 232001001*

*p/c: 40702810700011521000*

*Кредитная организация:*

*Полное фирменное наименование: Открытое акционерное общество "Национальный банк развития бизнеса"*

*Сокращенное фирменное наименование: ОАО "НББ"*

*Место нахождения: 115054, г. Москва, ул. Пятницкая, д. 67, стр. 1*

*БИК: 044552902*

*К/с 30101810800000000902;*

*- указание на то, что к заявке о приобретении акций дополнительного выпуска должен быть приложен документ об оплате акций;*

*- указание на то, что к данному Уведомлению прилагается форма заявки на приобретение акций данного выпуска.*

*Порядок осуществления преимущественного права приобретения размещаемых ценных бумаг: Акционеры Общества, желающие реализовать преимущественное право приобретения ценных бумаг выпуска, в срок не позднее 45 дней с даты начала размещения,  подают эмитенту письменную заявку на приобретение ценных бумаг дополнительного выпуска. К Заявке в обязательном порядке  должен быть приложен оригинал  документа об оплате всего количества ценных бумаг, указанного в заявке.*

*Заявка на приобретение ценных бумаг выпуска от юридического лица должна содержать следующие сведения:*

*- полное фирменное наименование акционера;*

*- место нахождения и адрес акционера для получения почтовых отправлений;*

*- количество ценных бумаг, которое акционер намерен приобрести.*

*Рекомендуется указать в Заявке также:*

*- дату регистрации юридического лица, регистрационный номер и наименование регистрирующего органа;*

*- адрес электронной почты (если есть), контактный телефон, номер факса;*

*- банковские реквизиты счета акционера, на который будет осуществляться в случае необходимости возврата денежных средств, внесенных в оплату приобретаемых ценных бумаг, ИНН акционера;*

*подпись акционера, либо его представителя (для физического лица) или подпись уполномоченного лица и печать (для юридического лица).*

*Дополнительно к заявке рекомендовано приложить следующие документы:*

*- копия свидетельства о государственной регистрации данного юридического лица, удостоверенная нотариально;*

*- документ, подтверждающий полномочия руководителя юридического лица действовать от имени юридического лица без доверенности, а также доверенность представителя юридического лица, в случае подписания последним заявки.*

*Адрес, по которому акционеры Общества, в течение срока действия преимущественного права*

*приобретения размещаемых ценных бумаг, могут отправить почтой или подать нарочно письменную Заявку о приобретении размещаемых ценных бумаг с приложением документа об их оплате: 354000, Российская Федерация, Краснодарский край, г. Сочи, ул. Северная, дом 14 А.*

*Акционер вправе полностью или частично осуществить свое преимущественное право. При этом акционер вправе приобрести ценные бумаги выпуска в количестве, пропорционально количеству принадлежащих ему акций на основании данных реестра акционеров Общества акционеров на дату составления списка лиц, имеющих право на участие в общем собрании акционеров, на котором было принято решение о размещении акций дополнительного выпуска посредством закрытой подписки.*

*Если при определении количества ценных бумаг выпуска, которое может приобрести акционер, образовалось дробное число, то акционер вправе приобрести часть ценной бумаги выпуска, соответствующую дробной части образовавшегося числа.*

*Оплата акций производится безналичными денежными средствами в рублях путем перечисления полной суммы за приобретаемые акции на расчетный счет эмитента, указанный в Уведомлении.*

*Заявки принимаются в каждый рабочий день в течение 45 (сорока пяти) дней с даты начала размещения. К Заявке прилагается оригинал документа об оплате всего количества ценных бумаг выпуска, указанного в Заявке.*

*Представителем Общества ведется учет принимаемых Заявок на приобретение акций с фиксированием даты и времени приема. Прием Заявок на приобретение акций и документов об оплате акций производится по вышеуказанному адресу каждый рабочий день с 10.00 до 16.00 часов.*

*В случае, если:*

*- Заявка не позволяет идентифицировать лицо, от имени которого подана заявка, либо лицо, подавшее заявку, не имеет права приобретения дополнительных акций;*

*- в Заявке не указано количество приобретаемых акций;*

*Общество в течение 3 (трех) дней с момента получения такой Заявки уведомляет акционера о невозможности приобретения им дополнительных акций на условиях, указанных в Заявке с указанием соответствующих причин.*

*Не позднее окончания срока приема Заявок акционер имеет право подать Заявку повторно, устранив причины, по которым реализация его права приобретения дополнительных акций не представлялась возможной.*

*Если Заявка акционера содержит количество приобретаемых обыкновенных акций дополнительного выпуска меньше количества причитающихся ему дополнительных обыкновенных акций, то Заявка акционера удовлетворяется полностью.*

*Если Заявка акционера содержит количество приобретаемых обыкновенных акций дополнительного выпуска больше количества причитающихся ему при реализации преимущественного права дополнительных обыкновенных акций, то заявление о приобретении размещаемых ценных бумаг удовлетворяется в том количестве ценных бумаг, которое акционер имеет право приобрести при осуществлении преимущественного права, при этом излишне уплаченные средства подлежат возврату в течение 5 (пяти) рабочих дней.*

*Акционер считается отказавшимся от приобретения дополнительных обыкновенных акций:*

*- если акционер не подал Заявку на приобретение акций или Заявка подана с нарушением установленных сроков;*

*- если акции не оплачены в установленный срок.*

*Размещаемые акции должны быть полностью оплачены акционерами до внесения приходных записей по их лицевым счетам в системе ведения реестра акционеров. При этом приходные записи по лицевым счетам приобретателей в системе ведения реестра не могут быть внесены позднее окончания срока размещения ценных бумаг, установленного для лиц, имеющих преимущественное право приобретения размещаемых ценных бумаг.*

*Возможность рассрочки при оплате ценных бумаг выпуска не предусмотрена.*

*Срок направления Заявки и оплаты акций для лиц, имеющих преимущественное право приобретения размещаемых акций, составляет 45 (сорок пять) дней со дня, следующего за днем направления Уведомления о возможности реализации преимущественного права.*

*Срок действия указанного преимущественного права: составляет 45 (сорок пять) дней со дня, следующего за днем направления Уведомления о возможности реализации преимущественного права приобретения размещаемых ценных бумаг.*

*До окончания срока действия преимущественного права приобретения размещаемых ценных бумаг, размещение ценных бумаг иначе как посредством осуществления указанного преимущественного*

*права не допускается.*

**Порядок** подведения итогов осуществления преимущественного права приобретения размещаемых ценных **бумаг:** *В течение 5 (пяти) дней после окончания срока реализации преимущественного права, Совет директоров эмитента подводит итоги размещения акций в ходе реализации акционерами преимущественного права приобретения акций дополнительного выпуска и определяет количество размещенных и количество подлежащих дальнейшему размещению акций.*

**Порядок** раскрытия информации об итогах осуществления преимущественного права приобретения **размещаемых** ценных бумаг: *Не позднее 2 (двух) дней после даты подведения итогов осуществления акционерами преимущественного права эмитент раскрывает информацию об итогах реализации преимущественного права посредством размещения на доске объявлений Общества информации, содержащей итоги реализации преимущественного права акционерами, имеющим преимущественное право приобретения.*

**8.6. Условия** и порядок оплаты ценных бумаг:

*Предусмотрена оплата денежными средствами.*

*Условия и порядок оплаты ценных бумаг: решением о размещении предусмотрена оплата денежными средствами в безналичной форме.*

*Срок оплаты: оплата акций должна производиться до внесения записи по лицевому счету, но не позднее завершения срока размещения ценных бумаг.*

*Наличная форма расчетов не предусмотрена.*

*Предусмотрена безналичная форма расчетов.*

*Форма безналичных расчетов: расчеты платежными поручениями.*

**Сведения** о кредитной организации
**Полное** фирменное наименование: *Открытое акционерное общество "Национальный банк развития бизнеса"*
**Сокращенное** фирменное наименование: *ОАО "НББ"*
**Место нахождения**: *115054, г. Москва, ул. Пятницкая, д. 67, стр. 1*
**Банковские** реквизиты счетов, на которые должны перечисляться денежные средства, поступающие в **оплату** ценных бумаг: *р/сч 40702810700011521000, БИК 044552902, к/сч 30101810800000000902.*

*Платежная форма оплаты не предусмотрена.*

**8.7. Доля,** при неразмещении которой выпуск (дополнительный выпуск) ценных бумаг считается **несостоявшимся**, а также порядок возврата средств, переданных в оплату ценных бумаг выпуска **(дополнительного выпуска), в случае признания его несостоявшимся.**

*Доля, при неразмещении которой выпуск (дополнительный выпуск) ценных бумаг считается несостоявшимся не установлена.*

**9. Условия** погашения и выплаты доходов по облигациям:

*Данный пункт применяется только для облигаций.*

**10. Сведения** о приобретении облигаций

*Данный пункт применяется только для облигаций.*

**11.** Порядок раскрытия эмитентом информации о выпуске (дополнительном выпуске) ценных бумаг:

*В соответствии с положением о раскрытии информации эмитентами эмиссионных ценных бумаг №11-46/пз-н от 4 октября 2011г. у эмитента отсутствует обязанность по раскрытию информации на этапах эмиссии.*

*Государственная регистрация выпуска (дополнительного выпуска) ценных бумаг регистрацией проспекта ценных бумаг не сопровождается.*

*Информация путем опубликования в периодическом печатном издании (изданиях) не раскрывается.*

*Информация раскрывается путем опубликования на странице в сети Интернет.*
*Адрес такой страницы в сети Интернет: http://www.reestrrn.ru*

*Эмитент и/или регистратор, осуществляющий ведение реестра владельцев именных ценных бумаг эмитента, по требованию заинтересованного лица обязан предоставить ему копию настоящего решения о выпуске (дополнительном выпуске) ценных бумаг за плату, не превышающую затраты на их изготовление.*

**12.** Сведения об обеспечении исполнения обязательств по облигациям выпуска (дополнительного выпуска):

*Данный пункт применяется только для облигаций*

**13.** Обязательство эмитента обеспечить права владельцев ценных бумаг при соблюдении ими установленного законодательством Российской Федерации порядка осуществления этих прав:

*Эмитент обязуется обеспечить права владельцев ценных бумаг при соблюдении ими установленного законодательством Российской Федерации порядка осуществления этих прав*

**14.** Обязательство лиц, предоставивших обеспечение по облигациям обеспечить исполнение обязательств эмитента перед владельцами облигаций в случае отказа эмитента от исполнения обязательств либо просрочки исполнения соответствующих обязательств по облигациям, в соответствии с условиями предоставляемого обеспечения.

*Данный пункт применяется только для облигаций*

**15.** Иные сведения, предусмотренные Стандартами:

*В случае если дата начала размещения или другие сроки, определяемые настоящим Решением о выпуске ценных бумаг, попадают на выходной или праздничный день, сроки определяются в соответствии с Гражданским Кодексом Российской Федерации.*



Пронумеровано, прошнуровано,
скреплено печатью и по числу
_(сорок)_ листа(ов).

Генеральный директор
ОАО «Красэксимолпина»

Красюк — С.Ф. Хацкевич



**ФЕДЕРАЛЬНАЯ СЛУЖБА
ПО ФИНАНСОВЫМ РЫНКАМ
(ФСФР РОССИИ)**

**РЕГИОНАЛЬНОЕ ОТДЕЛЕНИЕ
ФЕДЕРАЛЬНОЙ СЛУЖБЫ
ПО ФИНАНСОВЫМ РЫНКАМ
В ПРИКУБАНСКОМ РЕГИОНЕ**

**(РО ФСФР РОССИИ В ПР)**

350020, г. Краснодар, ул. Дзержинского, 8/1,
тел/факс (861) 225-40-91
E-mail: office@krd.fcsm.ru; http://www.krd.ffms.ru
ОГРН 1062309023655
ИНН/КПП 2309100283/230901001

_20.06.2012_ № _18-12-ИЛ-04/1944_

На № _____ от _____

Открытое акционерное общество
«Красная поляна»

ул. Северная, 14 А, г. Сочи, 354000

**Уведомление о государственной регистрации
отчета об итогах дополнительного выпуска
ценных бумаг открытого акционерного
общества «Красная поляна»**

В соответствии с приказом РО ФСФР России в ПР от _20.06_.2012 № _18-12-148/пзи_ осуществлена государственная регистрация отчета об итогах дополнительного выпуска акций обыкновенных именных бездокументарных открытого акционерного общества «Красная поляна», размещенных путем закрытой подписки, государственный регистрационный номер выпуска **1-01-33085-Е-006D** от 05.03.2012.

Согласно представленному в РО ФСФР России в ПР отчету об итогах дополнительного выпуска ценных бумаг эмитентом размещено:

Количество ценных бумаг дополнительного выпуска: **1 435** (одна тысяча четыреста тридцать пять) штук.

Номинальная стоимость каждой ценной бумаги дополнительного выпуска: **50 000** (пятьдесят тысяч) рублей.

Общий объем выпуска (по номинальной стоимости): **71 750 000** (семьдесят один миллион семьсот пятьдесят тысяч) рублей.

Одновременно сообщаем, что РО ФСФР России в ПР не отвечает за достоверность информации, содержащейся в отчете об итогах дополнительного выпуска ценных бумаг.

Приложение: Отчет об итогах дополнительного выпуска акций обыкновенных именных бездокументарных открытого акционерного общества «Красная поляна» на 9 л. в 2 экз.

Руководитель                                                          М.К. Львов

Исп. И.С.Веселов (861)225-40-91



Зарегистрировано "20  06  2012 г.

РО ФСФР России в ПР
_____
(указывается наименование регистрирующего органа)

Руководитель  М.К. Львов
_____
(подпись уполномоченного лица)
(печать регистрирующего органа)

# ОТЧЕТ ОБ ИТОГАХ ДОПОЛНИТЕЛЬНОГО ВЫПУСКА ЦЕННЫХ БУМАГ

## Открытое акционерное общество "Красная поляна"

*Акции обыкновенные бездокументарные номинальной стоимостью 50 000 (пятьдесят тысяч) рублей каждая в количестве 1435 (одна тысяча четыреста тридцать пять) штук, размещенных по закрытой подписке*

государственный регистрационный номер выпуска (дополнительного выпуска) ценных бумаг:

### 1-01-33085-E-006D

дата государственной регистрации выпуска (дополнительного выпуска) ценных бумаг:
### 05.03.2012

Утвержден решением Совета директоров ОАО "Красная поляна", принятым 09.06.2012, Протокол  от 09.06.2012  № 117

Место нахождения эмитента: 354000, Российская Федерация, Краснодарский край, г.Сочи, ул. Северная, 14 А

Контактные телефоны с указанием междугороднего кода: (862)2439110

Генеральный директор  _____  С.Ф.Хацкевич

Дата 09.06.2012

Главный бухгалтер_____ С.И.Белькова

Дата 09.06.2012

1. Вид, категория (тип) ценных бумаг: *акции именные*

Категория акций *обыкновенные*

2. Форма ценных бумаг: *бездокументарные*

3. Способ размещения ценных бумаг:
*закрытая подписка*

4. Фактический срок размещения ценных бумаг:

Дата фактического начала размещения ценных бумаг (дата заключения первого договора, направленного на отчуждение ценной бумаги (ценных бумаг)): *09.04.2012*

Дата фактического окончания размещения ценных бумаг (дата внесения последней записи по лицевому счету (счету депо) приобретателя ценных бумаг или дата передачи последнего сертификата ценных бумаг приобретателю): *29.05.2012*

Дата получения акционерным обществом первого заявления о приобретении ценных бумаг в порядке осуществления преимущественного права: *09.04.2012*

Дата получения акционерным обществом последнего заявления о приобретении ценных бумаг в порядке осуществления преимущественного права: *09.04.2012*

5. Номинальная стоимость каждой ценной бумаги выпуска (дополнительного выпуска)

Номинальная стоимость ценной бумаги выпуска (руб.): *50000*

6. Количество размещенных ценных бумаг (штук):

Количество фактически размещенных ценных бумаг (штук): *1435*

Количество фактически размещенных ценных бумаг, оплачиваемых денежными средствами (штук): *1435*

Количество фактически размещенных ценных бумаг, оплачиваемых иным имуществом (штук): *0*

Количество размещенных дробных акций и их совокупная номинальная стоимость: *0*

Количество фактически размещенных ценных бумаг в процессе осуществления преимущественного права приобретения дополнительных акций или облигаций (штук): *1220*
*Дробные акции не размещались*

7. Цена (цены) размещения ценных бумаг:

| Цена размещения,руб./иностр.валюта | Единица измерения | Количество ценных бумаг, размещенных по указанной цене,штук |
|---|---|---|
| *6270000* | *Рубли Российской Федерации* | *1435* |

8. Общий объем поступлений за размещенные ценные бумаги:

а) общая сумма (стоимость) имущества в рублях (в том числе денежные средства в рублях, сумма иностранной валюты по курсу Центрального банка Российской Федерации на момент внесения и стоимость иного имущества (материальных и нематериальных активов), внесенного в оплату размещенных ценных бумаг: *8997450000*

б) сумма денежных средств в рублях, внесенная в оплату размещенных ценных бумаг: *8997450000*

в) сумма иностранной валюты, выраженная в рублях по курсу Центрального банка Российской Федерации на момент внесения (предъявления в банк поручения на перечисление денежных средств в иностранной валюте на банковский счет эмитента или посредника в иностранной валюте), внесенная в оплату размещенных ценных бумаг: *0*

г) стоимость иного имущества (материальных и нематериальных активов), выраженная рублях, внесенного в оплату размещенных ценных бумаг: *0*

9. Доля ценных бумаг, при неразмещении которой выпуск (дополнительный выпуск) ценных бумаг признается несостоявшимся:

*Решением о выпуске ценных бумаг не предусмотрена доля ценных бумаг, при неразмещении которой выпуск признается несостоявшимся*

10. Доля размещенных и неразмещенных ценных бумаг выпуска (дополнительного выпуска):

Доля размещенных ценных бумаг выпуска (дополнительного выпуска) в процентах от общего количества ценных бумаг выпуска: *23,83*

Доля неразмещенных ценных бумаг выпуска (дополнительного выпуска) в процентах от общего количества ценных бумаг выпуска: *76,17*

11. Крупные сделки эмитента, а также сделки, в совершении которых имелась заинтересованность эмитента, совершенные в процессе размещения ценных бумаг:

*В соответствии с Федеральным законом "Об акционерных обществах" сделки, связанные с размещением посредством подписки обыкновенных акций общества, не являются крупными*
*Сделки, в совершении которых имелась заинтересованность, и которые в соответствии с требованиями федеральных законов требовали их одобрения, не совершались*

12. Сведения о лицах, зарегистрированных в реестре акционеров эмитента:

Полное наименование: *Краснодарский край в лице Краевого государственного казенного специализированного учреждения "Фонд государственного имущества Краснодарского края"*

На имя лица в реестре акционеров эмитента зарегистрированы:

а) акции, составляющие не менее чем 2 процента уставного капитала эмитента, с указанием доли участия в уставном капитале эмитента

Доля участия в уставном капитале эмитента (%): *6, 624*
б) обыкновенные акции, составляющие не менее чем 2 процента обыкновенных акций эмитента, с указанием доли принадлежащих им обыкновенных акций эмитента

Доля принадлежащих обыкновенных акций эмитента (%): *6, 624*

в) именные ценные бумаги, конвертируемые в акции эмитента, если в результате конвертации в совокупности с акциями, уже зарегистрированными на имя данного лица, количество акций, зарегистрированных на имя указанного лица, составит не менее чем 2 процента уставного капитала эмитента, с указанием доли участия в уставном капитале эмитента: такой доли нет

г) именные ценные бумаги, конвертируемые в обыкновенные акции эмитента, если в результате конвертации в совокупности с обыкновенными акциями, уже зарегистрированными на имя данного лица, количество обыкновенных акций, зарегистрированных на имя указанного лица, составит не менее чем 2 процента обыкновенных акций эмитента, с указанием доли принадлежащих им обыкновенных акций эмитента: такой доли нет

Полное наименование: *Общество с ограниченной ответственностью "Сбербанк Капитал"*

На имя лица в реестре акционеров эмитента зарегистрированы:

а) акции, составляющие не менее чем 2 процента уставного капитала эмитента, с указанием доли участия в уставном капитале эмитента

Доля участия в уставном капитале эмитента (%): *50,029*
б) обыкновенные акции, составляющие не менее чем 2 процента обыкновенных акций эмитента, с указанием доли принадлежащих им обыкновенных акций эмитента

Доля принадлежащих обыкновенных акций эмитента (%): *50,029*

в) именные ценные бумаги, конвертируемые в акции эмитента, если в результате конвертации в совокупности с акциями, уже зарегистрированными на имя данного лица, количество акций, зарегистрированных на имя указанного лица, составит не менее чем 2 процента уставного капитала эмитента, с указанием доли участия в уставном капитале эмитента: такой доли нет

г) именные ценные бумаги, конвертируемые в обыкновенные акции эмитента, если в результате конвертации в совокупности с обыкновенными акциями, уже зарегистрированными на имя данного лица, количество обыкновенных акций, зарегистрированных на имя указанного лица, составит не менее чем 2 процента обыкновенных акций эмитента, с указанием доли принадлежащих им обыкновенных акций эмитента: такой доли нет

Полное наименование: *Акционерная компания "Зиланд Девелопмент Корп." ( Zeeland Development Corp.)*

На имя лица в реестре акционеров эмитента зарегистрированы:

а) акции, составляющие не менее чем 2 процента уставного капитала эмитента, с указанием доли участия в уставном капитале эмитента

Доля участия в уставном капитале эмитента (%): *23,736*
б) обыкновенные акции, составляющие не менее чем 2 процента обыкновенных акций эмитента, с указанием доли принадлежащих им обыкновенных акций эмитента

Доля принадлежащих обыкновенных акций эмитента (%): *23,736*

в) именные ценные бумаги, конвертируемые в акции эмитента, если в результате конвертации в совокупности с акциями, уже зарегистрированными на имя данного лица, количество акций, зарегистрированных на имя указанного лица, составит не менее чем 2 процента уставного капитала эмитента, с указанием доли участия в уставном капитале эмитента: такой доли нет

г) именные ценные бумаги, конвертируемые в обыкновенные акции эмитента, если в результате конвертации в совокупности с обыкновенными акциями, уже зарегистрированными на имя данного лица, количество обыкновенных акций, зарегистрированных на имя указанного лица, составят не менее чем 2 процента обыкновенных акций эмитента, с указанием доли принадлежащих им обыкновенных акций эмитента: такой доли нет

Фамилия, имя, отчество: *Билалов Магомед Гаджиевич*

На имя лица в реестре акционеров эмитента зарегистрированы:

а) акции, составляющие не менее чем 2 процента уставного капитала эмитента, с указанием доли участия в уставном капитале эмитента

Доля участия в уставном капитале эмитента (%): *17,461*

б) обыкновенные акции, составляющие не менее чем 2 процента обыкновенных акций эмитента, с указанием доли принадлежащих им обыкновенных акций эмитента

Доля принадлежащих обыкновенных акций эмитента (%): *17,461*

в) именные ценные бумаги, конвертируемые в акции эмитента, если в результате конвертации в совокупности с акциями, уже зарегистрированными на имя данного лица, зарегистрированных на имя указанного лица, составит не менее чем 2 процента уставного капитала эмитента, с указанием доли участия в уставном капитале эмитента: такой доли нет

г) именные ценные бумаги, конвертируемые в обыкновенные акции эмитента, если в результате конвертации в совокупности с обыкновенными акциями, уже зарегистрированными на имя данного лица, количество обыкновенных акций, зарегистрированных на имя указанного лица, составит не менее чем 2 процента обыкновенных акций эмитента, с указанием доли принадлежащих им обыкновенных акций эмитента: такой доли нет

13. Сведения о лицах, входящих в состав органов управления эмитента:

а) члены совета директоров акционерного общества - эмитента

Фамилия, имя , отчество: *Шаров Валерий Владимирович*
Занимаемая должность в акционерном обществе - эмитенте: *член совета директоров*

Сведения о занимаемых должностях в других организациях, включая должность члена совета директоров (наблюдательного совета) и/или иных органов управления коммерческих и некоммерческих организаций, а также должности в органах государственной власти и органах местного самоуправления:

| Наименование организации: | Место нахождения организации: | Занимаемая должность: |
|---|---|---|
| КГКСУ "Фонд государственного имущества Краснодарского края" | РФ, 350020, г.Краснодар, ул. Красная, д. 176 | Председатель КГКСУ "Фонд государственного имущества Краснодарского края" |
| ОАО "ЭФКАТЕ" | РФ, 354000, г.Сочи, Главпочтамт, а/я 1265 | член совета директоров |
| ООО "Радио и телевидение Новороссийска" | РФ, 353900, г.Новороссийск, ул. Революции 1905 года, д.19 | член совета директоров |
| ОАО "Крайинвестбанк" | РФ, 350036, г. Краснодар, ул. Мира, 34 | член совета директоров |
| ООО "Управляющая компания "ТАМАНЬТЕРМИНАЛ" | РФ, 353535, Темрюкский район, пос. Волна, ул. Таманская, д.8 | член совета директоров |

Доля участия указанного лица в уставном капитале эмитента (%): *0*

Доля принадлежащих указанному лицу обыкновенных акций эмитента (%): *0*

Доля обыкновенных акций эмитента, в которые могут быть конвертированы принадлежащие указанному лицу ценные бумаги, конвертируемые в обыкновенные акции, в процентах от общего количества размещенных обыкновенных акций и количества обыкновенных акций, в которые могут быть конвертированы ценные бумаги, конвертируемые в обыкновенные акции эмитента (%): *0*

Фамилия, имя , отчество: *Кузнецов Станислав Константинович*
Занимаемая должность в акционерном обществе - эмитенте: *Председатель совета директоров*

Сведения о занимаемых должностях в других организациях, включая должность члена совета директоров (наблюдательного совета) и/или иных органов управления коммерческих и некоммерческих организаций, а также должности в органах государственной власти и органах местного самоуправления:

| Наименование организации: | Место нахождения организации: | Занимаемая должность: |
|---|---|---|
| ОАО "Сбербанк России" | РФ, 117997, г. Москва, ул.Вавилова, д. 19 | Заместитель Председателя Правления ОАО "Сбербанк России" |

Доля участия указанного лица в уставном капитале эмитента (%): *0*

Доля принадлежащих указанному лицу обыкновенных акций эмитента (%): *0*

Доля обыкновенных акций эмитента, в которые могут быть конвертированы принадлежащие указанному лицу ценные бумаги, конвертируемые в обыкновенные акции, в процентах от общего количества размещенных обыкновенных акций и количества обыкновенных акций, в которые могут быть конвертированы ценные бумаги, конвертируемые в обыкновенные акции эмитента (%): *0*

Фамилия, имя , отчество: *Билалов Магомед Гаджиевич*
Занимаемая должность в акционерном обществе - эмитенте: *Заместитель председателя совета директоров*
Указанное лицо должностей в других организациях не занимает

Доля участия указанного лица в уставном капитале эмитента (%): *17,461*

Доля принадлежащих указанному лицу обыкновенных акций эмитента (%): *17,461*

Доля обыкновенных акций эмитента, в которые могут быть конвертированы принадлежащие указанному лицу ценные бумаги, конвертируемые в обыкновенные акции, в процентах от общего количества размещенных обыкновенных акций и количества обыкновенных акций, в которые могут быть конвертированы ценные бумаги, конвертируемые в обыкновенные акции эмитента (%): *0*

Фамилия, имя , отчество: *Романов Александр Владимирович*
Занимаемая должность в акционерном обществе - эмитенте: *член совета директоров*

Сведения о занимаемых должностях в других организациях, включая должность члена совета директоров (наблюдательного совета) и/или иных органов управления коммерческих и некоммерческих организаций, а также должности в органах государственной власти и органах местного самоуправления:

| Наименование организации: | Место нахождения организации: | Занимаемая должность: |
|---|---|---|
| Государственная корпорация "Банк развития и внешнеэкономической деятельности (Внешэкономбанк)" | РФ, 107996, Москва, проспект Академика Сахарова, д.9 | Заместитель Директора Департамента инфраструктуры Внешэкономбанка |

Доля участия указанного лица в уставном капитале эмитента (%): 0

Доля принадлежащих указанному лицу обыкновенных акций эмитента (%): 0

Доля обыкновенных акций эмитента, в которые могут быть конвертированы принадлежащие указанному лицу ценные бумаги, конвертируемые в обыкновенные акции, в процентах от общего количества размещенных обыкновенных акций и количества обыкновенных акций, в которые могут быть конвертированы ценные бумаги, конвертируемые в обыкновенные акции эмитента (%): 0

Фамилия, имя, отчество: *Махмутова Диляра Зиннуровна*
Занимаемая должность в акционерном обществе - эмитенте: *член совета директоров*

Сведения о занимаемых должностях в других организациях, включая должность члена совета директоров (наблюдательного совета) и/или иных органов управления коммерческих и некоммерческих организаций, а также должности в органах государственной власти и органах местного самоуправления:

| Наименование организации: | Место нахождения организации: | Занимаемая должность: |
|---|---|---|
| Государственная корпорация "Банк развития и внешнеэкономической деятельности (Внешэкономбанк)" | РФ, 107996, Москва, проспект Академика Сахарова, д.9 | Заместитель директора Департамента по взаимодействию с Агентством стратегических инициатив Внешэкономбанка |

Доля участия указанного лица в уставном капитале эмитента (%): 0

Доля принадлежащих указанному лицу обыкновенных акций эмитента (%): 0

Доля обыкновенных акций эмитента, в которые могут быть конвертированы принадлежащие указанному лицу ценные бумаги, конвертируемые в обыкновенные акции, в процентах от общего количества размещенных обыкновенных акций и количества обыкновенных акций, в которые могут быть конвертированы ценные бумаги, конвертируемые в обыкновенные акции эмитента (%): 0

Фамилия, имя, отчество: *Локтионов Николай Игоревич*
Занимаемая должность в акционерном обществе - эмитенте: *член совета директоров*

Сведения о занимаемых должностях в других организациях, включая должность члена совета директоров (наблюдательного совета) и/или иных органов управления коммерческих и некоммерческих организаций, а также должности в органах государственной власти и органах местного самоуправления:

| Наименование организации: | Место нахождения организации: | Занимаемая должность: |
|---|---|---|
| Правительство республики Хакасия | РФ, 655017, респ. Хакасия, г. Абакан, проспект Ленина, д. 67 | Постоянный представитель Республики Хакасия - заместитель Главы Республики Хакасия - Председателя Правительства Республики Хакасия |

Доля участия указанного лица в уставном капитале эмитента (%): *0*

Доля принадлежащих указанному лицу обыкновенных акций эмитента (%): *0*

Доля обыкновенных акций эмитента, в которые могут быть конвертированы принадлежащие указанному лицу ценные бумаги, конвертируемые в обыкновенные акции, в процентах от общего количества размещенных обыкновенных акций и количества обыкновенных акций, в которые могут быть конвертированы ценные бумаги, конвертируемые в обыкновенные акции эмитента (%): *0*

Фамилия, имя , отчество: *Хачатурянц Ашот Рафаилович*
Занимаемая должность в акционерном обществе - эмитенте: *член совета директоров*

Сведения о занимаемых должностях в других организациях, включая должность члена совета директоров (наблюдательного совета) и/или иных органов управления коммерческих и некоммерческих организаций, а также должности в органах государственной власти и органах местного самоуправления:

| Наименование организации: | Место нахождения организации: | Занимаемая должность: |
|---|---|---|
| Общество с ограниченной ответственностью "Сбербанк Капитал" | РФ, 117997, г.Москва, ул. Вавилова, д.19 | Генеральный директор |
| Открытое акционерное общество Нефтегазовая компания «РуссНефть» | РФ, 115054, г.Москва, ул. Пятницкая, д.69 | член совета директоров |

Доля участия указанного лица в уставном капитале эмитента (%): *0*

Доля принадлежащих указанному лицу обыкновенных акций эмитента (%): *0*

Доля обыкновенных акций эмитента, в которые могут быть конвертированы принадлежащие указанному лицу ценные бумаги, конвертируемые в обыкновенные акции, в процентах от общего количества размещенных обыкновенных акций и количества обыкновенных акций, в которые могут быть конвертированы ценные бумаги, конвертируемые в обыкновенные акции эмитента (%): *0*

Фамилия, имя , отчество: *Каплун Евгений Зиновьевич*
Занимаемая должность в акционерном обществе - эмитенте: *член совета директоров*

Сведения о занимаемых должностях в других организациях, включая должность члена совета директоров (наблюдательного совета) и/или иных органов управления коммерческих и некоммерческих организаций, а также должности в органах государственной власти и органах местного самоуправления:

| Наименование организации: | Место нахождения организации: | Занимаемая должность: |
|---|---|---|
| ОАО "Пансионат "Олимпийский - Дагомыс" | РФ, 354207, Краснодарский край, г. Сочи, п. Дагомыс, ул. Ленинградская,  д. 7 А | член совета директоров, Генеральный директор |
| ОАО "Краснодаргоргаз" | РФ, 350007, г. Краснодар, ул. Индустриальная, д.68 | член совета директоров |
| ООО "Сочи-Плаза" | РФ, 354000, Краснодарский край, г. Сочи, Курортный проспект, д.18 | член совета директоров, Генеральный директор |

Доля участия указанного лица в уставном капитале эмитента (%): *0*

Доля принадлежащих указанному лицу обыкновенных акций эмитента (%): *0*

Доля обыкновенных акций эмитента, в которые могут быть конвертированы принадлежащие указанному лицу ценные бумаги, конвертируемые в обыкновенные акции, в процентах от общего количества размещенных обыкновенных акций и количества обыкновенных акций, в которые могут быть конвертированы ценные бумаги, конвертируемые в обыкновенные акции эмитента (%): *0*

Фамилия, имя , отчество: *Пьер Дауд Резко*
Занимаемая должность в акционерном обществе - эмитенте: *член совета директоров*

Сведения о занимаемых должностях в других организациях, включая должность члена совета директоров (наблюдательного совета) и/или иных органов управления коммерческих и некоммерческих организаций, а также должности в органах государственной власти и органах местного самоуправления:

| Наименование организации: | Место нахождения организации: | Занимаемая должность: |
|---|---|---|
| Абу-Даби Инвестмент Компани | ОАЭ, Абу Даби, индекс 46309 | Старший вице-президент Департамента недвижимости |

Доля участия указанного лица в уставном капитале эмитента (%): *0*

Доля принадлежащих указанному лицу обыкновенных акций эмитента (%): *0*

Доля обыкновенных акций эмитента, в которые могут быть конвертированы принадлежащие указанному лицу ценные бумаги, конвертируемые в обыкновенные акции, в процентах от общего количества размещенных обыкновенных акций и количества обыкновенных акций, в которые могут быть конвертированы ценные бумаги, конвертируемые в обыкновенные акции эмитента (%): *0*

*б) Коллегиальный исполнительный орган не предусмотрен уставом*

в) лицо, занимающее должность (осуществляющее функции) единоличного исполнительного органа акционерного общества - эмитента:

Фамилия, имя , отчество: *Хацкевич Станислав Феликсович*
Занимаемая должность в акционерном обществе - эмитенте: *Генеральный директор*
*Указанное лицо должностей в других организациях не занимает*

Доля участия указанного лица в уставном капитале эмитента (%): *0*

Доля принадлежащих указанному лицу обыкновенных акций эмитента (%): *0*

Доля обыкновенных акций эмитента, в которые могут быть конвертированы принадлежащие указанному лицу ценные бумаги, конвертируемые в обыкновенные акции, в процентах от общего количества размещенных обыкновенных акций и количества обыкновенных акций, в которые могут быть конвертированы ценные бумаги, конвертируемые в обыкновенные акции эмитента (%): *0*

Прошито. пронумеровано, скреплено
печатью и подписью

9 (девять) листов
Генеральный директор
ОАО «Красная поляна»

С.Ф.Хацкевич

«09» июня 2012 года

**Договор**
**купли-продажи ценных бумаг № 6**

г. Сочи

«_23_» мая 2012 года

Открытое акционерное общество «Красная поляна», именуемое в дальнейшем Сторона 1, в лице Генерального директора Хацкевича Станислава Феликсовича, действующего на основании Устава, с одной стороны, и Акционерная компания «Зиланд Девелопмент Корп.» (Zeeland Development Corp.) свидетельство о регистрации № 1528745 от 17.04.2009, орган регистрации: Регистратор Компаний Британских Виргинских Островов (Тортола, Британские Виргинские острова), именуемая в дальнейшем Сторона 2, в лице Директора Тоомаса Трууверта, действующего на основании Устава и свидетельства о полномочиях, с другой стороны, вместе именуемые в дальнейшем Стороны, заключили настоящий договор о нижеследующем.

## I. ПРЕДМЕТ ДОГОВОРА

1.1. Сторона 1 передает ценные бумаги в собственность Стороны 2, а последняя обязуется принять указанное имущество в собственность и оплатить его стоимость.

1.2. Отчуждаемые ценные бумаги передаются в порядке размещения (отчуждения ценных бумаг их первому приобретателю) дополнительных обыкновенных именных бездокументарных акций Открытого акционерного общества «Красная поляна» по закрытой подписке.

1.3. На момент заключения настоящего договора дополнительный выпуск отчуждаемых ценных бумаг прошел государственную регистрацию.

1.4. Сведения о ценных бумагах, являющихся предметом настоящего договора:

- эмитент: Открытое акционерное общество «Красная поляна»;

- вид ценных бумаг: акции обыкновенные именные бездокументарные (далее - ценные бумаги);

- номер государственной регистрации дополнительного выпуска ценных бумаг: 1-01-33085-E-006D;

- орган, осуществивший государственную регистрацию настоящего дополнительного выпуска ценных бумаг: РО ФСФР России в ПР;

- дата государственной регистрации дополнительного выпуска ценных бумаг: 05.03.2012;

- номинальная стоимость каждой ценной бумаги дополнительного выпуска: 50 000 (Пятьдесят тысяч) рублей;

- количество: 215 (двести пятнадцать) штук.

## II. ЦЕНА И РАСЧЕТЫ ПО ДОГОВОРУ

2.1. Ценные бумаги, являющиеся предметом настоящего договора, отчуждаются по цене 6 270 000 (Шесть миллионов двести семьдесят тысяч) рублей за одну ценную бумагу. Общая стоимость отчуждаемых по настоящему договору ценных бумаг составляет 1 348 050 000 (Один миллиард триста сорок восемь миллионов пятьдесят тысяч) рублей.

2.2. Оплата приобретаемых ценных бумаг производится Стороной 2 путем перечисления денежных средств на расчетный счет Стороны 1, указанный в настоящем договоре, не позднее срока, установленного решением о дополнительном выпуске ценных бумаг.

## III. ОБЯЗАННОСТИ СТОРОНЫ 1

3.1. Сторона 1 обязуется после поступления оплаты за отчуждаемые ценные бумаги в полном объеме, совершить действия, необходимые для регистрации права собственности Стороны 2 на ценные бумаги, являющиеся предметом настоящего договора.

3.2. Право собственности на ценные бумаги переходит к Стороне 2 в момент

Сторона 1 _____

Сторона 2 _____

внесения записи в Реестр владельцев именных ценных бумаг Открытого акционерного общества «Красная поляна».

Ведение Реестра владельцев именных ценных бумаг Открытого акционерного общества «Красная поляна» осуществляет регистратор Общество с ограниченной ответственностью «РеестрРН» (Место нахождение регистратора: 350911, Российская Федерация, г. Краснодар, ул. Трамвайная, д.1/1, оф. 608, контактный телефон: (861) 234-52-01, Лицензия ФСФР России на осуществление деятельности по ведению реестра № 10-000-1-00330, дата выдачи: 16.12.2004, бессрочная).

Сторона 1 обязуется в течение 5 (пяти) дней с момента перехода права собственности предоставить Стороне 2 выписку из Реестра владельцев именных ценных бумаг Открытого акционерного общества «Красная поляна», отражающую сведения о переходе права на ценные бумаги.

Расходы, связанные с проведением операций в Реестре владельцев именных ценных бумаг Открытого акционерного общества «Красная поляна», несет Сторона 1.

3.3. В случае, если в установленный настоящим договором срок, обязательство Стороны 2 по оплате приобретаемых ценных бумаг не будет исполнено или будет исполнено частично, Сторона 1 не совершает действий, связанных с регистрацией права собственности Стороны 2 на ценные бумаги, являющиеся предметом настоящего договора. В таком случае Сторона 1 обязуется вернуть на расчетный счет Стороны 2, указанный в настоящем договоре, денежные средства Стороны 2, поступившие в оплату ценных бумаг, являющихся предметом настоящего договора, не позднее 5 (Пяти) рабочих дней после даты окончания размещения ценных бумаг дополнительного выпуска.

## IV. ОБЯЗАННОСТИ СТОРОНЫ 2

4.1. Сторона 2 обязуется оплатить приобретаемые ценные бумаги в порядке, в размере и в сроки, установленные настоящим договором и решением о дополнительном выпуске ценных бумаг.

## V. ОТВЕТСТВЕННОСТЬ СТОРОН

5.1. Стороны обязуются при исполнении настоящего договора действовать в соответствии с требованиями законодательства Российской Федерации.

5.2. При неисполнении или ненадлежащем исполнении условий настоящего договора сторона, причинившая убытки, освобождается от имущественной ответственности только при наличии обстоятельств непреодолимой силы.

5.3. Возмещение убытков не освобождает виновную сторону от надлежащего исполнения своих обязанностей по настоящему договору (кроме случаев расторжения настоящего договора).

## VI. СРОК ДЕЙСТВИЯ НАСТОЯЩЕГО ДОГОВОРА

6.1. Настоящий договор вступает в силу с момента подписания и действует до момента полного исполнения Сторонами обязательств по нему.

## VII. ОБСТОЯТЕЛЬСТВА НЕПРЕОДОЛИМОЙ СИЛЫ

7.1. При наступлении обстоятельств непреодолимой силы, находящихся вне разумного предвидения и контроля Сторон, Стороны освобождаются от ответственности по обязательствам, связанным с полным или частичным неисполнением настоящего договора на время действия таких обстоятельств.

7.2. Стороны договорились и отнесли к обстоятельствам непреодолимой силы следующее:
- война и военные действия, стихийные бедствия, а также акты органов исполнительной власти РФ, запрещающие действия, включающие в себя предмет договора.

7.3. Сторона, для которой создались обстоятельства непреодолимой силы, обязана предпринять все зависящие от нее действия с целью уменьшения нанесенного такими

обстоятельствами ущерба обеим Сторонам, а в случае непринятия необходимых мер по сохранению любых ценностей, находящихся в расположении Сторон, обязана покрыть эти убытки другой стороне.

## VIII. ПРЕКРАЩЕНИЕ И ИЗМЕНЕНИЕ ДОГОВОРА

8.1. Изменение и прекращение настоящего договора возможно по взаимному согласию Сторон.

8.2. Все изменения и дополнения к данному договору, а также решение о прекращении договора по взаимному согласию Сторон оформляются в письменной форме путем подписания дополнительного соглашения со ссылкой на данный договор, подписываются обеими сторонами.

8.3. Прекращение действия настоящего договора влечет за собой прекращение обязательств Сторон по нему, но не освобождает Стороны от ответственности за нарушения, если таковые имели место при исполнении настоящего договора.

## IX. ПРОЧИЕ УСЛОВИЯ

9.1. В случае возникновения между Сторонами спора, он подлежит урегулированию путем непосредственных переговоров между Сторонами.

9.2. Если спор между Сторонами не будет урегулирован, то он подлежит рассмотрению в Арбитражном суде г. Краснодара.

9.3. Данный Договор заключен в двух экземплярах, по одному для каждой из Сторон, каждый экземпляр имеет одинаковую юридическую силу.

## X . РЕКВИЗИТЫ И ПОДПИСИ СТОРОН

**Сторона 1:**

Открытое акционерное общество «Красная поляна»
ИНН 2320102816, КПП 232001001,
354000, Российская Федерация, Краснодарский край, г. Сочи, ул. Северная 14 А,
тел. (862)2439110
p/c: 40702810700011521000
в ОАО "НББ"
БИК: 044552902
К/с 30101810800000000902

**Сторона 2:**

Акционерная компания «Зиланд Девелопмент Корп.»
**(Zeeland Development Corp.)**
свидетельство о регистрации № 1528745 от 17.04.2009, орган регистрации: Регистратор Компаний Британских Виргинских Островов (Тортола, Британские Виргинские острова),
Акара Билдинг, 24 Де Кастро Стрит, УикхейсКей 1, Роуд Таун, Тортола, Британские Виргинские Острова (Akara Bldg., 24 De Castro Street, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands)
Банковские реквизиты:
ИНН 30682 Р/счет 40807810000002004500 в Открытом акционерном обществе «Национальный банк развития бизнеса» (ОАО «НББ») г.Москва к/сч 30101810800000000902 в Отделении № 5 Московского ГТУ Банка России
БИК 044552902

/С.Ф.Хацкевич/    м.п.

/Тоомас Трууверт/

Сторона 1

Сторона 2

Прошито, пронумеровано, скреплено подписями и печатями Сторон
3 (Три) листа

| | |
|---|---|
| Генеральный директор<br>Открытого акционерного общества<br>«Красная поляна»<br><br>_____ С.Ф.Хацкевич<br>М.п. | Директор<br>Акционерной компании «Зиланд<br>Девелопмент Корп.» (Zeeland Development<br>Corp.)<br><br>_____ Тоомас Трууверт<br>М.п. |

24. 05. 2012      24. 05. 2012      0401060

Поступ. в банк плат.      Списано со сч. плат.

**ПЛАТЕЖНОЕ ПОРУЧЕНИЕ №**    10      24.05.2012      Электронно

                                          Дата           Вид платежа

Сумма прописью    Один миллиард триста сорок восемь миллионов пятьдесят тысяч рублей 00 копеек

| ИНН 30682 | КПП 775087001 | Сумма | 1348050000-00 |
|---|---|---|---|
| АК "ЗИЛАНД ДЕВЕЛОПМЕНТ КОРП." | | | |
| | | Сч.№ | 40807810000002004500 |
| **Плательщик** | | | |
| ОАО "НББ" Г. МОСКВА | | БИК | 044552902 |
| | | Сч.№ | 30101810800000000902 |
| **Банк плательщика** | | | |
| ОАО "НББ" Г. МОСКВА | | БИК | 044552902 |
| | | Сч.№ | 30101810800000000902 |
| **Банк получателя** | | | |
| ИНН 2320102816 | КПП | Сч.№ | 40702810700011521000 |
| ОАО "Красная Поляна" | | | |
| | | Вид оп. | 01 | Срок плат. | |
| | | Наз. пл. | | Очер.плат. | 6 |
| **Получатель** | | Код | | Рез.поле | |

{VO51030} Оплата по Договору купли-продажи ценных бумаг № 6 от 23.05.2012г. за акции. НДС не облагается

**Назначение платежа**

Подписи             Отметки банка

АК "ЗИЛАНД ДЕВЕЛОПМЕНТ КОРП."

М.П.

BSS

Системы дистанционного банковского обслуживания
Принят Банком: 24.05.2012 17:25:40

ОАО -НББ-
КС 30101810800000000902

2 4 МАЙ 2012

БИК 044552902
ПРОВЕДЕНО ЖЕЛКУРОВА Н.Н

 **Rapid Translate**

RapidTranslate.org
support@rapidtranslate.org
(844) 473-7832

*atu*

Member # 274316

---

## CERTIFICATION OF TRANSLATION ACCURACY

We, RapidTranslate, a professional translation services company with a corporate membership to the American Translators Association, hereby certify that a qualified, experienced, and competent professional translator has translated the provided original document to the best of the translator's abilities. In our best judgment, the translated documents and text therein are a true and accurate translation, which reflect the original content, meaning, and style of the originally provided document(s). RapidTranslate has no relation to the client or original owner of the provided documents.

This is to certify the correctness of the translation only. RapidTranslate makes no claims, representation, guarantees, or warranties concerning the authenticity of the original document translated. Further, RapidTranslate disclaims any and all liability for the manner in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

Sincerely,
Authorized Representative
RapidTranslate.org

390 NE 191st St #8058
Miami, Florida 33179

State of: Florida

County of: Miami-Dade

Subscribed and sworn to (or affirmed) before me on October 23, 2024

Notary Public:

CARLA ZENSEN
Notary Public - State of Florida
Commission # HH 509701
My Comm. Expires May 21, 2028
Bonded through National Notary Assn.

 RapidTranslate.org
support@rapidtranslate.org
(844) 473-7832

 Member # 274316

## CERTIFICATION BY TRANSLATOR

I, Aleksei Timashkov, certify that I am competent to translate in the English and Russian languages and that the above/attached document is a complete and accurate translation of the above/attached document.

This document has not been translated for a family member, friend, or business associate.

Name: Aleksei Timashkov

RapidTranslate.org
390 NE 191st St #8058
Miami, FL 33179



[Translated from Russian]

[Coat-of-arms of the Russian Federation]

| | |
|---|---|
| Federal Service<br>for Financial Markets<br>(FSFM of Russia) | Open Joint Stock Company<br>"Krasnaya Polyana" |
| Regional Office<br>of the Federal Service<br>for Financial Markets<br>in the Prikuban Region | 14A Severnaya Street, City of Sochi, 354000 |

(RO FSFM of Russia in PR)

350020, Krasnodar, Dzerzhinsky St., 8/1,
Phone/Fax: +7 (861) 225-40-91
E-mail: office@knd.fesm.ru; http://www.krd.ffms.ru
OGRN 1062309023655
INN/KPP 2309100283/230901001

March 5, 2012, No.  18-12-BK-04/750

Ref. No. _____ dated _____

**Notification of State Registration of the
Additional Issue of Securities of the Open
Joint Stock Company "Krasnaya Polyana"**

In accordance with the order of the RO FSFM of Russia in PR dated March 5, 2012, No. 18-12-54/pz-i, state registration of the additional issue of common registered uncertificated shares of the Joint-Stock Company "Krasnaya Polyana", placed through closed subscription, has been carried out.

According to the resolution on the additional issue of securities submitted to the RO FSFM of Russia in PR, the issuer is placing:

Number of securities in the additional issue: **6,021** (six thousand twenty-one) units.

Nominal value of each security in the additional issue: **50,000** (fifty thousand) rubles.

Total issue volume (at nominal value): **301,050,000** (three hundred one million fifty thousand) rubles.

The issue (additional issue) has been assigned the state registration number **1-01-33085-E-006D** dated March 5, 2012.

Additionally, please be informed that the RO FSFM of Russia in PR is not responsible for the accuracy of the information contained in the resolution on the additional issue of securities.

In accordance with Article 25 of the Federal Law dated April 22, 1996, No. 39-FZ "On the Securities Market", no later than 30 days after the completion of the placement of the additional issue of securities, the issuer is obliged to submit to the RO FSFM of Russia in PR a report on the results of the additional issue of securities.

Enclosed is the Resolution on the additional issue of common registered uncertificated shares of the Joint-Stock Company "Krasnaya Polyana", 11 pages, 2 copies.

Acting Head                          [Signature]                          V.A. Kuts

Executor: I.S. Veselov, phone (861) 225-40-91

[Translated from Russian]

Registered on **March 5, 2012**
State Registration Number
**1-01-33085-E-006D**

**_RO FSFM of Russia in PR_**
(name of the registering authority)
**Acting Head V.A. Kuts [Signature]**
(signature of the authorized person)

[Round seal with the coat of arms of the Russian Federation, illegible]
(official seal of the registering authority)

# RESOLUTION ON THE ADDITIONAL ISSUE OF SECURITIES

### Open Joint Stock Company "Krasnaya Polyana"

### Common registered uncertificated shares with a nominal value of 50,000 (fifty thousand) rubles each, in the amount of 6,021 (six thousand twenty-one) units, placed through closed subscription

Approved by the resolution of the Board of Directors of Open Joint Stock Company "Krasnaya Polyana" adopted on February 17, 2012. Protocol dated February 17, 2012, No. 112

on the basis of the decision to increase the authorized capital of the joint stock company by placing additional shares,

adopted by the Extraordinary General Meeting of Shareholders of Open Joint Stock Company "Krasnaya Polyana" on February 6, 2012. Protocol dated February 6, 2012, No. 53

Location of the issuer: 354000, Russian Federation, Krasnodar Krai, City of Sochi, Severnaya Street, 14A
Contact phone numbers with intercity code: (8622)439110

CEO                    [Signature]                    S.F. Hatskevich

Date: February 17, 2012

[Round seal: Russian Federation, Krasnodar Krai, the city of Sochi, Tsentralny District * State Registered Ownership (GRP) No. 8347 / Open Joint Stock Company "Krasnaya Polyana" * INN 2320102816]

[Translated from Russian]

Type, Category (Class) of Securities:

*Registered Shares*
Category of Shares: Common

*Common securities are not convertible.*

2. Form of securities:

*uncertificated*

3. Indication of mandatory centralized storage

*This item is completed only for certificated securities.*

4. Nominal value of each security in the issue (additional issue) (in rubles):

*50,000*

5. Number of securities in the issue (additional issue) (in units):

*6,021*

6. Total number of securities of this issue previously placed (in units):

*2,007*

7. Rights of the holder of each security in the issue (additional issue):

7.1. For common shares, the exact provisions of the charter of the joint stock company regarding the rights granted to shareholders by common shares must be indicated: the right to receive declared dividends, the right to participate in the general meeting of shareholders with the right to vote on all matters within its competence, the right to receive a portion of the company's property in the event of its liquidation. *Rights granted to shareholders in accordance with the provisions of the Charter:*

*Clause 8.1. All shares of the Company are common registered shares and are issued in uncertificated form. All common shares of the Company have the same nominal value and grant the shareholders—their owners—the same scope of rights.*

*Clause 8.2. Shareholders who own common shares participate in the General Meeting of Shareholders with the right to vote on all matters within its competence, including the matter of distributing the Company's net profits after mandatory payments to the Company's funds, settlements with the budget and off-budget funds, and interest payments on bonds, and they are entitled to receive dividends.*

*Clause 8.3. Shareholders who own common shares participate in the distribution of the Company's assets in the event of its liquidation, after settlements with creditors are completed.*

*Clause 8.7.1. A shareholder has the right to dispose of the shares they own without the consent of other shareholders and the Company.*

*Clause 8.7.5. To receive a share of the net profit (dividends) to be distributed among shareholders in the manner provided by the Federal Law "On Joint Stock Companies" and the Charter.*

*Clause 8.7.6. To receive a portion of the Company's property (liquidation quota) remaining after the Company's liquidation, in proportion to the number of shares of the corresponding category (type) owned by the shareholder.*

*Clause 8.7.8. To exercise other rights provided by law, the Charter, and decisions of the General Meeting of Shareholders, adopted in accordance with its competence.*

*Clause 8.9. The common shares of the Company are voting shares on all matters within the competence of the General Meeting of Shareholders.*

*Clause 17.4. Shareholders (a shareholder) who collectively own at least 2 (two) percent of the Company's voting shares have the right to propose items for inclusion in the agenda of the Annual General Meeting of Shareholders and nominate candidates for the Company's Board of Directors, Audit Commission, and Counting Commission, no later than 30 (thirty) days after the end of the financial year, provided that the number of candidates does not exceed the number of positions in the respective body.*

*If the proposed agenda of an extraordinary General Meeting of Shareholders includes the election of members of the Company's Board of Directors, shareholders (a shareholder) who collectively own at least 2 (two) percent of the Company's voting shares have the right to nominate candidates for election to the Board of Directors of the Company, provided that the number of candidates does not exceed the number of positions in the Board of Directors. Such proposals must be submitted to the Company at least 30 (thirty) days before the date of the extraordinary General Meeting of Shareholders.*

*The Charter does not provide for a limitation on the maximum number of votes held by a single shareholder.*

7.2. Not applicable for this type of security.
7.3. Not applicable for this type of security.
7.4. Not applicable for this type of security.
7.5. Not applicable for this type of security.

8.  Terms and procedure for the placement of the securities of the issue (additional issue):

8.1. Method of placement of securities: *Closed subscription.*

The circle of potential purchasers of securities (may also specify the number of securities allocated to each of the indicated parties): *1) The Subject of the Russian Federation, Krasnodar Territory (OGRN 1022301619790), represented by the Regional State Public Specialized Institution "State Property Fund of Krasnodar Krai". The maximum number of additional common registered uncertificated shares that the specified participant of the subscription can acquire is 1004 (one thousand four) shares.*

*2) Joint stock company "Zeeland Development Corp.," registration certificate No. 1528745 dated April 17, 2009, registration body: Registrar of Companies of the British Virgin Islands (Tortola, British Virgin Islands). The maximum number of additional common registered uncertificated shares that the specified participant of the subscription can acquire is 1004 (one thousand four) shares.*

*3) Limited Liability Company KALEBA LIMITED, registration certificate No. HE 236939 dated August 28, 2008, registration body: Registrar of Companies (Nicosia, Cyprus). The maximum number of additional common registered uncertificated shares that the specified participant of the subscription can acquire is 1004 (one thousand four) shares.*

*4) Limited Liability Company RAZAMA LIMITED, registration certificate No. HE 237225 dated September 02, 2008, registration body: Registrar of Companies (Nicosia, Cyprus). The maximum number of additional*

[Translated from Russian]

*common registered uncertificated shares that the specified participant of the subscription can acquire is 1003 (one thousand three) shares.*

*5) Bilalov Akhmed Gadzhievich, Russian Federation citizen's passport 4507 No. 163596, issued on October 27, 2004, by the Passport and Visa Division of the Department of Internal Affairs of Zamoskvorechye District of the city of Moscow. The maximum number of additional common registered uncertificated shares that the specified participant of the subscription can acquire is 1003 (one thousand three) shares.*

*6) Private foundation "Eastern Investments Private Foundation," registered in the Register of the Chamber of Commerce of the island of Curaçao (Curaçao, Netherlands Antilles), registration number 115562 dated December 06, 2006. The maximum number of additional common registered uncertificated shares that the specified participant of the subscription can acquire is 1003 (one thousand three) shares.*

8.2. Term of the placement of securities:

Procedure for determining the starting date of the placement: *The starting date of the placement is the day following the date on which notifications of the opportunity to exercise the preemptive right to acquire the shares being placed through closed subscription are sent to persons with such a right.*

Procedure for determining the end date of the placement: *85 days from the starting date of the placement of securities, or if all the securities are placed before the expiration of this term, the placement is considered completed on the date of placement of the last security of this additional issue.*
*The term of the placement of securities is determined by the dates for disclosing any information about the securities issue.*
Procedure for disclosing such information: *Within 5 (five) days after the state registration of the additional issue of the securities being placed, the Company sends notifications about the opportunity to exercise the preemptive right to acquire the placed securities to the persons included in the list of persons entitled to preemptive rights (hereinafter referred to as "preemptive right"). These notifications are sent by registered mail.*

8.3. Procedure for the placement of securities:

Procedure and conditions for concluding civil law contracts (procedure and conditions for submitting and satisfying applications) during the placement of securities:
*After the procedure for exercising preemptive rights is completed and the information on the results of exercising preemptive rights is disclosed, the shares are transferred to the participants in the closed subscription: 1) The Subject of the Russian Federation, Krasnodar Territory (OGRN 1022301619790), represented by the Regional State Public Specialized Institution "State Property Fund of Krasnodar Krai".*
*2) Joint-stock company "Zeeland Development Corp.," registration certificate No. 1528745 dated April 17, 2009, registration body: Registrar of Companies of the British Virgin Islands (Tortola, British Virgin Islands).*
*3) Limited Liability Company KALEBA LIMITED, registration certificate No. HE 236939 dated August 28, 2008, registration body: Registrar of Companies (Nicosia, Cyprus).*
*4) Limited Liability Company RAZAMA LIMITED, registration certificate No. HE 237225 dated September 02, 2008, registration body: Registrar of Companies (Nicosia, Cyprus*
*5) Bilalov Akhmed Gadzhievich, Russian Federation citizen's passport 4507 No. 163596, issued on October 27, 2004, by the Passport and Visa Division of the Department of Internal Affairs of Zamoskvorechye District of the city of Moscow.*
*6) Private foundation "Eastern Investments Private Foundation," registered in the Register of the Chamber of Commerce of the island of Curaçao (Curaçao, Netherlands Antilles),*

[Translated from Russian]

*registration number 115562 dated December 06, 2006.*

*Participants in the closed subscription are notified about the expiration of the preemptive right to acquire securities, the number of securities that remain unallocated as a result of the exercise of the preemptive right by the shareholders of the Company, and the opportunity for subscription participants to acquire the remaining unallocated securities by sending registered letters to their addresses.*

*The placement of shares acquired by a limited circle of persons through a closed subscription is carried out by concluding a contract for the acquisition of shares and submitting documents proving their payment.*

*The period during which the purchase and sale agreements of securities with participants of the closed subscription are concluded begins from the day the notification is sent to the participants about the opportunity to acquire additional shares and no later than 5 (five) business days before the end of the placement period.*

*Participants in the closed subscription, personally or through their authorized representatives with a properly executed power of attorney or other documents confirming the representative's authority, have the right to submit to the Company a written application for the acquisition of the additional securities being placed, starting from the day of the notification of the opportunity to acquire the remaining unallocated securities, and no later than 5 (five) business days before the end of the placement period, at the following address: 354000, Russian Federation, Krasnodar Krai, city of Sochi, Severnaya Street, 14A.*

*Applications are accepted on business days from 10:00 to 16:00.*

*The application must include the following details:*

*- The full name of the closed subscription participant (or full company name);*

*- The taxpayer identification number (INN) of the closed subscription participant (if applicable);*

*- The residence address (or registered office) of the closed subscription participant;*

*- For individuals: type, number, series, date, and place of issuance of the identity document, and the authority that issued it;*

*- For legal entities: registration number (OGRN), date, and place of issuance of the certificate of state registration of the legal entity, as well as the certificate of inclusion of the legal entity in the Unified State Register of Legal Entities (if applicable);*

*- The number of securities to be acquired;*

*- The bank details of the closed subscription participant for any potential refunds.*

*The number of securities indicated in the application must not exceed the number of unallocated additional securities remaining after the exercise of the preemptive right, and must also not exceed the maximum number of additional shares specified for the participant in Clause 8.1 of the Resolution on the issuance of securities. The application must be signed by the participant of the closed subscription (or their authorized representative, with the original power of attorney or another document confirming the representative's authority) and for legal entities, it must include the company seal.*

*Applications are processed on a first-come, first-served basis. Applications submitted earlier are processed first. The number of securities indicated in the application does not affect the priority of processing. Applications are fully satisfied if the number of securities specified in the application does not exceed the number of shares remaining unallocated after fulfilling earlier applications (hereinafter referred to as "Unallocated shares"). If the volume of the application exceeds the number of Unallocated shares, the application is satisfied only in the amount of Unallocated shares.*

*The signing of purchase and sale agreements for securities is carried out at the address: 354000, Russian Federation, Krasnodar Krai, city of Sochi, Severnaya Street, 14A, on the day the participant of the closed subscription or their authorized representative submits the application.*

*The application may be rejected if:*

*- The application does not contain the information required by this section of the Resolution on the additional issuance of securities;*

*- The application is submitted in violation of the deadlines specified in this Resolution on the additional issuance of securities;*

[Translated from Russian]

*- There are no unallocated additional securities.*

*After the purchase and sale agreement for the additional issuance of securities is signed by the parties, the acquired securities must be fully paid for no later than 4 (four) business days before the end of the placement period. The obligation to pay is considered fulfilled when the funds are credited to the Company's account as specified in this Resolution on the additional issuance of securities. If the payment obligation is not fulfilled within the specified period or is partially fulfilled, the Company has the right to refuse to fulfill its obligation to transfer the securities to the participant of the closed subscription.*

*If the amount of funds transferred to the Company in payment for the additional issuance of securities exceeds the amount that was due, the excess amount must be refunded in a non-cash form no later than 5 (five) business days after the end of the securities placement period. The refund is made using the bank details specified in the application.*

*If no applications for the acquisition of a certain number of additional shares are received from participants during the placement period, such shares remain unallocated.*

*A preemptive right to acquire securities is granted during the placement.*

*The securities are registered, and the register of their holders is maintained by the registrar.*

The person to whom the issuer issues (or sends) the transfer order, which serves as the basis for recording the securities to the first acquirer's account (the registrar, first acquirer), and other conditions for issuing the transfer order: *After the state registration of this additional issuance, the shares are credited to the issuer's issuance account, opened in the issuer's shareholders register, maintained by LLC "ReestrRN".*

*Registrar's location: 350911, Russian Federation, city of Krasnodar, Tramvainaya St., 1/1, office 608. Contact phone: (861) 234-52-01.*

*FSFR of Russia license for maintaining the register No. 10-000-1-00330, issued on December 16, 2004, valid indefinitely.*

*Transfer orders are executed:*

*- For shareholders exercising the preemptive right to acquire the securities placed, based on the submitted application and the original document confirming full payment for the number of securities indicated in the application;*

*- For participants in the closed subscription, based on the purchase and sale agreement, the document confirming payment for the number of shares specified in the agreement, and if the participant's personal account (account type - owner) or the nominee holder's account exists in the register of the issuer's registered securities holders.*

*The transfer order is sent by the issuer to the registrar of the Company.*

*The registrar of the Company writes off the securities from the issuance account and credits them to the purchaser's account within 3 (three) business days from receiving the necessary set of documents. Securities are credited to the purchasers' personal accounts (depository accounts) in the issuer's register of registered securities holders:*

*- No later than on the last day of the preemptive right period for shareholders exercising the preemptive right;*

*- No later than on the last day of the placement period for participants in the closed subscription.*

*Securities are not placed via subscription through auction.*

*The issuer does not engage professional participants in the securities market to assist in placing securities.*

[Translated from Russian]

*Simultaneously with the placement of securities, it is not planned to offer for acquisition, including outside the Russian Federation through the placement of corresponding foreign securities, any previously placed (in circulation) securities of the issuer of the same type or category. Shares, securities convertible into shares, and options of the issuer will not be placed by the joint stock company via a closed subscription only among shareholders, with the provision of an opportunity for the shareholders to acquire an integer number of the placed securities proportional to the number of shares of the corresponding category (type) they own.*

*Securities will not be placed via a closed subscription only among the shareholders of the joint-stock company with the provision of an opportunity for them to acquire a certain (limited) number of the placed securities.*

8.4. Price(s) or method for determining the price of the placement of securities (in rubles): **6,270,000**
The price for persons with a preemptive right (in rubles): **6,270,000**

8.5. Procedure for exercising the preemptive right to acquire the placed securities.

The date on which the list of persons entitled to the preemptive right to acquire the placed securities is drawn up: ***December 30, 2011***

Notification procedure regarding the possibility of exercising the preemptive right to acquire the placed securities: *Within five (5) days after the state registration of the additional issue of the placed securities, the Company shall send a "Notification of the Possibility of Exercising the Preemptive Right to Acquire the Placed Securities" to persons included in the list of individuals entitled to the preemptive right to acquire the placed shares (hereinafter referred to as the "Notification"). Notifications shall be sent to each person included in the list of those entitled to the preemptive right via registered mail, as provided by the Company's Charter for notifications concerning the convening of the general meeting of shareholders.*
*The Notification of the possibility of exercising the preemptive right to acquire the placed securities shall contain:*
- Information about the number of securities being placed and their placement price;
- Instructions on how persons entitled to the preemptive right should submit applications for the acquisition of the placed securities;
- The deadline by which the applications from persons entitled to the preemptive right to acquire the securities must be received by the Company (hereinafter referred to as the "preemptive right period");
- A statement that the persons entitled to the preemptive right to acquire shares placed via closed subscription are shareholders of the Company who did not participate in the vote or who voted against the adoption of the resolution on the first item of the agenda "On Increasing the Authorized Capital of Open Joint Stock Company 'Krasnaya Polyana' by Placing Additional Shares via Closed Subscription and Amending the Charter of Open Joint Stock Company 'Krasnaya Polyana'" after the state registration of the report on the results of the additional issue of securities at the extraordinary general shareholders' meeting held on February 6, 2012;
- Information that the list of persons entitled to the preemptive right to acquire the Company's shares is based on the data of the shareholders' registry as of December 30, 2011 (in accordance with paragraph 2 of Article 40 of the Federal Law "On Joint Stock Companies" as amended);
- A statement that a shareholder is entitled to acquire a number of securities in proportion to the number of shares owned by them, based on the shareholder registry as of the date the list of persons was compiled (December 30, 2011), and who had the right to participate in the general meeting of shareholders held on February 6, 2012, during which the decision to place additional issue securities via closed subscription was made;
- The procedure for determining the number of additional issue securities a shareholder is entitled to

[Translated from Russian]

*acquire: the maximum number of securities a shareholder can acquire is determined by the formula:*

*N = A x (6021/2007), where*

*N - the maximum number of issue securities a shareholder can acquire;*

*A - the number of issuer's shares owned by the shareholder based on the shareholder registry as of the date the list of persons entitled to participate in the general meeting of shareholders was compiled;*

*6021 - the total number of securities in this additional issue;*

*2007 - the total number of previously placed issuer's shares.*

*- The payment deadline for the acquired shares;*

*- The address where applications for the acquisition of the Company's shares should be submitted;*

*- Information that the payment for the acquired shares must be made in Russian rubles via wire transfer to the Company's settlement account with the following details:*

*Account holder: Open Joint Stock Company "Krasnaya Polyana"*

*Taxpayer Identification Number (INN): 2320102816, Tax Registration Reason Code (KPP): 232001001*

*Settlement account: 40702810700011521000*

*Credit institution:*

*Full corporate name: Open Joint Stock Company "National Business Development Bank"*

*Short name: OJSC "NBB"*

*Registered address: 115054, Moscow, Pyatnitskaya St., 67, bldg. 1*

*Bank Identification Code (BIC): 044552902*

*Correspondent account: 30101810800000000902*

*- A statement that the application for the acquisition of shares of the additional issue must be accompanied by a document confirming payment for the shares;*

*- A statement that the form for the application to acquire the shares of this issue is attached to the Notification.*

Procedure for exercising the preemptive right to acquire the placed securities: *Shareholders of the Company wishing to exercise the preemptive right to acquire securities of the issue must submit a written application to the issuer for the acquisition of the additional issue securities no later than 45 days from the start of placement. The application must be accompanied by the original document confirming payment for the total number of securities specified in the application.*

*The application for the acquisition of securities from a legal entity must contain the following details:*

*- Full corporate name of the shareholder;*

*- Location and address of the shareholder for receiving mail;*

*- Number of securities the shareholder intends to acquire.*

*It is recommended that the application also includes:*

*- Date of registration of the legal entity, registration number, and name of the registering authority;*

*- Email address (if available), contact telephone number, fax number;*

*- Bank details of the shareholder's account, to which funds will be returned in case of overpayment for the acquired securities, shareholder's INN; signature of the shareholder or their representative (for individuals) or the authorized person and the corporate seal (for legal entities).*

*In addition to the application, it is recommended to attach the following documents:*

*- A notarized copy of the certificate of state registration of the legal entity;*

- A document confirming the authority of the head of the legal entity to act on behalf of the legal entity without a power of attorney, as well as a power of attorney for the representative of the legal entity, if the application is signed by the latter.

*The address for submitting applications by Company shareholders during the period the preemptive right*

[Translated from Russian]

*of acquisition of the issued securities, shareholders may submit a written Application for the acquisition of the issued securities by mail or in person, attaching proof of payment for them: 354000, Russian Federation, Krasnodar Krai, city of Sochi, Severnaya Street, 14A.*

*A shareholder has the right to fully or partially exercise their preemptive right. In doing so, the shareholder may acquire the securities in a quantity proportional to the number of shares they own, based on the shareholder registry data as of the date of the list of persons entitled to participate in the general meeting of shareholders at which the decision to issue additional shares through a closed subscription was made.*

*If, when determining the number of securities a shareholder can acquire, a fractional number results, the shareholder has the right to acquire a portion of the security corresponding to the fractional part of the resulting number.*

*Payment for shares must be made in non-cash funds in rubles by transferring the full amount for the acquired shares to the issuer's bank account specified in the Notification. Applications are accepted on every working day for 45 (forty-five) days from the start date of the offering. The Application must be accompanied by the original proof of payment for the total number of securities specified in the Application.*

*The Company's representative records the Applications for the acquisition of shares, noting the date and time of receipt. Applications for the acquisition of shares and payment documents are accepted at the above-mentioned address on every working day from 10:00 to 16:00.*

*If:*

*- The Application does not allow for the identification of the person on whose behalf it was submitted, or the person submitting the Application does not have the right to acquire additional shares;*

*- The Application does not specify the number of shares being acquired;*

*The Company, within 3 (three) days from the date of receipt of such an Application, notifies the shareholder of the impossibility of acquiring additional shares under the conditions specified in the Application, citing the relevant reasons.*

*No later than the end of the Application acceptance period, the shareholder has the right to resubmit the Application, correcting the reasons that prevented the exercise of their right to acquire additional shares.*

*If the shareholder's Application contains a number of common shares of the additional issue less than the number due to them, the Application is satisfied in full.*

*If the shareholder's Application contains a number of common shares of the additional issue greater than the number due to them when exercising their preemptive right, the Application for the acquisition of the issued securities is satisfied for the number of securities the shareholder is entitled to acquire under the preemptive right, and any excess funds paid will be refunded within 5 (five) working days.*

*A shareholder is deemed to have waived the acquisition of additional common shares if:*

*- The shareholder did not submit an Application for the acquisition of shares, or the Application was submitted after the deadline;*

*- The shares were not paid for within the specified period.*

*The issued shares must be fully paid for by shareholders before entry into their personal accounts in the shareholder registry system. However, entries into the acquirer's personal accounts in the registry system cannot be made later than the end of the period for placing the securities established for persons with preemptive rights to acquire the issued securities.*

*Installment payments for the issued securities are not provided.*

*The period for submitting the Application and paying for shares for persons with preemptive rights to acquire issued shares is 45 (forty-five) days from the day following the date of the Notification about the possibility of exercising the preemptive right.*

*The period for exercising the preemptive right is 45 (forty-five) days from the day following the Notification about the possibility of exercising the preemptive right to acquire the issued securities.*

*Until the preemptive right period expires, the issuance of securities by other means than through the exercise of the preemptive*

[Translated from Russian]

*right is not allowed.*

Procedure for summarizing the results of the exercise of the preemptive right to acquire the issued securities: *Within 5 (five) days after the end of the preemptive right period, the issuer's Board of Directors summarizes the results of the placement of shares during the exercise of the shareholders' preemptive right to acquire the additional shares and determines the number of shares placed and those still subject to further placement.*

Procedure for disclosing information about the results of the exercise of the preemptive right to acquire the issued securities: *No later than 2 (two) days after the results of the shareholders' exercise of the preemptive right, the issuer discloses the results of the preemptive right exercise by posting the information on the Company's bulletin board, containing the results of the preemptive right exercise by shareholders with such rights.*

8.6. Conditions and procedure for paying for securities:

*Payment must be made by monetary means.*

The conditions and procedure for paying for securities: *the decision on the offering stipulates payment in cash in non-cash form.*

Payment deadline: *Payment for shares must be made before an entry is made in the personal account, but no later than the end of the placement period.*

*Cash payments are not allowed.*
*Non-cash settlements are provided.*

Form of non-cash payments: *settlements via payment orders.*

Information about the credit institution
Full corporate name: *Open Joint Stock Company "National Bank of Business Development"*
Abbreviated corporate name: OJSC *"NBB"*
Location: *115054, Moscow, Pyatnitskaya St., 67, building 1.*
Bank account details to which the funds for the securities must be transferred: *settlement account 40702810700011521000, BIC 044552902, correspondent account 30101810800000000902.*

*Non-monetary payment methods are not provided.*

8.7. The share percentage below which the securities (additional issue) offering is considered unsuccessful and the procedure for returning funds transferred for the payment of the securities (additional issue) in the event of it being deemed unsuccessful:

*No minimum share percentage has been established for the offering to be considered successful.*

9. Terms of redemption and payment of income on bonds:

*This applies only to bonds.*

10. Information about bond acquisition:

*This applies only to bonds.*

11. Procedure for disclosure of information about the issuance (additional issuance) of securities by the issuer:

*In accordance with the Regulation on Disclosure of Information by Issuers of Securities No. 11-46/pz-n dated October 4, 2011, the issuer is not required to disclose information at the stages of issuance.*

*State registration of the issuance (additional issuance) of securities is not accompanied by the registration of a securities prospectus.*

*Information is not disclosed through publication in a periodic print publication(s).*

*Information is disclosed by publishing it on a webpage on the Internet.*
*The address of such a webpage on the Internet: http://www.reestrrn.ru*

*The issuer and/or the registrar maintaining the register of the issuer's registered securities holders, upon request of an interested party, must provide them with a copy of this decision on the issuance (additional issuance) of securities for a fee not exceeding the cost of its production.*

12. Information on ensuring the fulfillment of obligations under the bonds of the issue (additional issue):

*This applies only to bonds.*

13. The issuer's obligation to ensure the rights of securities holders in compliance with the procedure established by the legislation of the Russian Federation for exercising these rights:

*The issuer undertakes to ensure the rights of securities holders in compliance with the procedure established by the legislation of the Russian Federation for exercising these rights.*

14. The obligation of persons providing security for the bonds to ensure the fulfillment of the issuer's obligations to the bondholders in the event of the issuer's refusal to fulfill obligations or delay in fulfilling the corresponding obligations under the bonds, in accordance with the terms of the provided security:

*This applies only to bonds.*

15. Other information provided by the Standards:

*If the start date of the placement or other deadlines defined by this Decision on the issuance of securities falls on a weekend or holiday, the deadlines are determined in accordance with the Civil Code of the Russian Federation.*

[Translated from Russian]

Numbered, bound, sealed and signed
[handwritten: **thirteen**] pages
CEO,
OJSC "Krasnaya Polyana"
[Signature] S.F. Hatskevich

[Round seal: Russian Federation, Krasnodar Krai, the city of Sochi, Tsentralny District * State Registered Ownership (GRP) No. 8347 / Open Joint Stock Company "Krasnaya Polyana" * INN 2320102816]

[Translated from Russian]

[Coat-of-arms of the Russian Federation]

| | |
|---|---|
| Federal Service<br>for Financial Markets<br>(FSFM of Russia) | Open Joint Stock Company<br>"Krasnaya Polyana" |
| Regional Office<br>of the Federal Service<br>for Financial Markets<br>in the Prikuban Region | 14A Severnaya Street, City of Sochi, 354000 |

(RO FSFM of Russia in PR)

350020, Krasnodar, Dzerzhinsky St., 8/1,
Phone/Fax: +7 (861) 225-40-91
E-mail: office@knd.fesm.ru; http://www.krd.ffms.ru
OGRN 1062309023655
INN/KPP 2309100283/230901001

June 20, 2012, No.  18-12-MA-04/1944

Ref. No. _____ dated _____

**Notification of State Registration of the Report on the Results of the Additional Issue of Securities of the Open Joint Stock Company "Krasnaya Polyana"**

In accordance with the order of the RO FSFM of Russia in PR dated June 20, 2012, No. 18-12-148/pz-i, state registration of the report on the results of the additional issue of common registered uncertified shares of the Joint-Stock Company "Krasnaya Polyana", placed through closed subscription, the state registration number of the issue **1-01-33085-E-006D** dated March 05, 2012.

According to the report on the results of the additional issue of securities submitted to the RO FSFM of Russia in PR, the issuer has placed:

Number of securities in the additional issue: **1,435** (one thousand four hundred amd thirty-five) units.

Nominal value of each security in the additional issue: **50,000** (fifty thousand) rubles.

Total issue volume (at nominal value): **71,750,000** (seventy-one million seven hundred and fifty thousand) rubles.

Additionally, please be informed that the RO FSFM of Russia in PR is not responsible for the accuracy of the information contained in the report on the results of the additional issue of securities.

Enclosed is the report on the results of the additional issue of common registered uncertified shares of the Joint Stock Company "Krasnaya Polyana", 9 pages, 2 copies.

Head                                        [Signature]                                        M.K. Lvov

Executor: I.S. Veselov, phone (861) 225-40-91

[Translated from Russian]

Registered on **June 20, 2012**

***RO FSFM of Russia in PR***
(name of the registering authority)
**Head M.K. Lvov [Signature]**
(signature of the authorized person)

[Round seal with the coat of arms of the Russian Federation, illegible]
(official seal of the registering authority)

# REPORT ON THE RESULTS
# OF THE ADDITIONAL ISSUE OF SECURITIES

*Open Joint Stock Company "Krasnaya Polyana"*

*Common registered uncertificated shares with a nominal value of 50,000 (fifty thousand) rubles each, in the amount of 1,435 (one thousand four hundred and thirty-five) units, placed through closed subscription*

State registration number of the issue (additional issue) of securities:
**1-01-33085-E-006D**

date of the state registration of the issue (additional issue) of securities:
**March 05, 2012**

Approved by the resolution of the Board of Directors of Open Joint Stock Company "Krasnaya Polyana" adopted on June 09, 2012. Protocol dated June 09, 2012, No. 117

Location of the issuer: 354000, Russian Federation, Krasnodar Krai, City of Sochi, Severnaya Street, 14A
Contact phone numbers with intercity code: (8622)439110

CEO                [Signature]            S.F. Hatskevich

Date: June 09, 2012

Chief Accountant      [Signature]            S.I. Belkova

Date: June 09, 2012

[Round seal: Russian Federation, Krasnodar Krai, the city of Sochi, Tsentralny District * State Registered Ownership (GRP) No. 8347 / Open Joint Stock Company "Krasnaya Polyana" * INN 2320102816]

[Translated from Russian]

1. Type, category (class) of securities: ***Registered Shares***

Category of shares: ***Common***

2. Form of securities: ***Uncertificated***

3. Method of securities placement: ***Closed Subscription***

4. Actual securities placement period:

Actual start date of securities placement (date of the first agreement aimed at disposition of the security (securities)): ***April 09, 2012***

Actual end date of securities placement (date of the last entry made to the acquirer's personal account (depository account) or the date the last securities certificate was transferred to the acquirer): ***May 29, 2012***

Date the joint stock company received the first application for the acquisition of securities in the exercise of preemptive rights: ***April 09, 2012***

Date the joint-stock company received the last application for the acquisition of securities in the exercise of preemptive rights: ***April 09, 2012***

5. Nominal value of each issued security (additional issue):

Nominal value of the issued security (in rubles): ***50,000***

6. Number of Securities Placed (units):

Number of securities actually placed (units): ***1435***

Number of securities actually placed and paid in cash (units): ***1435***

Number of securities actually placed and paid with other property (units): ***0***

Number of fractional shares placed and their total nominal value: ***0***

Number of securities actually placed during the exercise of preemptive rights for the acquisition of additional shares or bonds (units): ***1220***
***Fractional shares were not placed.***

7. Price(s) of the Securities Placement:

| Placement Price (RUB/foreign currency) | Unit of Measurement | Number of Securities Placed at the Specified Price (units) |
|---|---|---|
| 6,270,000 | Russian Rubles | 1,435 |

[Translated from Russian]

8. Total Proceeds for the Placed Securities:

a) Total amount (value) of property in rubles (including cash in rubles, foreign currency at the exchange rate of the Central Bank of the Russian Federation at the time of contribution, and the value of other property (tangible and intangible assets) contributed in payment for the placed securities): *8,997,450,000*

b) Amount of cash in rubles contributed in payment for the placed securities: *8,997,450,000*

c) Amount of foreign currency, expressed in rubles at the exchange rate of the Central Bank of the Russian Federation at the time of contribution (or the submission of a payment order to the bank for the transfer of foreign currency to the bank account of the issuer or intermediary), contributed in payment for the placed securities: *0*

d) Value of other property (tangible and intangible assets), expressed in rubles, contributed in payment for the placed securities: *0*

9. The share of securities, non-placement of which would render the issuance (additional issuance) of securities invalid:
*The resolution on the issuance of securities does not provide for a share of securities, the non-placement of which would render the issuance invalid.*

10. The share of placed and unplaced securities of the issue (additional issue):

The share of placed securities of the issue (additional issue) as a percentage of the total number of issued securities: *23.83*

The share of unplaced securities of the issue (additional issue) as a percentage of the total number of issued securities: *76.17*

11. Major transactions by the issuer, as well as transactions in which the issuer had an interest, conducted during the placement of securities:

*According to the Federal Law "On Joint Stock Companies," transactions related to the placement of common shares of the company via subscription are not considered major transactions. No transactions in which the issuer had an interest and which, according to federal law requirements, required approval, were conducted.*

Information on persons registered in the issuer's shareholders register:

Full name: **Krasnodar Krai, represented by Regional State Public Specialized Institution "State Property Fund of Krasnodar Krai"**

The following are registered in the issuer's shareholder register in the name of this entity:
a) Shares constituting at least 2 percent of the issuer's charter capital, indicating the share in the issuer's charter capital
Share in the issuer's charter capital (%): *6.624*
b) Common shares constituting at least 2 percent of the issuer's common shares, indicating the share of common shares owned by this entity

[Translated from Russian]

Share of common shares owned (%): *6.624*

c) Registered securities convertible into the issuer's shares, where, after conversion, the total number of shares registered in the name of the entity would constitute at least 2 percent of the issuer's charter capital, indicating the share in the issuer's charter capital: No such share

d) Registered securities convertible into the issuer's common shares, where, after conversion, the total number of common shares registered in the name of the entity would constitute at least 2 percent of the issuer's common shares, indicating the share of common shares owned: No such share

Full Name: **Limited Liability Company "Sberbank Capital"**

The following are registered in the issuer's shareholder register in the name of this entity:

a) Shares constituting at least 2 percent of the issuer's charter capital, indicating the share in the issuer's charter capital

Share in the issuer's charter capital (%): *50.029*

b) Common shares constituting at least 2 percent of the issuer's common shares, indicating the share of common shares owned by this entity

Share of common shares owned (%): *50.029*

c) Registered securities convertible into the issuer's shares, where, after conversion, the total number of shares registered in the name of the entity would constitute at least 2 percent of the issuer's charter capital, indicating the share in the issuer's charter capital: No such share

d) Registered securities convertible into the issuer's common shares, where, after conversion, the total number of common shares registered in the name of the entity would constitute at least 2 percent of the issuer's common shares, indicating the share of common shares owned: No such share

Full Name: **"Zeeland Development Corp."**

The following are registered in the issuer's shareholder register in the name of this entity:

a) Shares constituting at least 2 percent of the issuer's charter capital, indicating the share in the issuer's charter capital:

Share in the issuer's charter capital (%): *23.736*

b) Common shares constituting at least 2 percent of the issuer's common shares, indicating the share of common shares owned by this entity:

Share of common shares owned (%): **23.736**

c) Registered securities convertible into the issuer's shares, where, after conversion, the total number of shares registered in the name of the entity would constitute at least 2 percent of the issuer's charter capital, indicating the share in the issuer's charter capital: No such share

d) Registered securities convertible into the issuer's common shares, where, after conversion, the total number of common shares registered in the name of the individual would constitute at least 2 percent of the issuer's common shares, indicating the share of common shares held by them in the issuer: No such share.

Full Name: **Bilalov Magomed Gadzhievich**

The following are registered in the issuer's shareholder register in the name of this individual:

a) Shares constituting at least 2 percent of the issuer's charter capital, indicating the share in the issuer's charter capital:

Share in the issuer's charter capital (%): ***17.461***

b) Common shares constituting at least 2 percent of the issuer's common shares, indicating the share of common shares owned:

Share of common shares owned (%): ***17.461***

c) Registered securities convertible into the issuer's shares, where, after conversion, the total number of shares registered in the individual's name would constitute at least 2 percent of the issuer's charter capital, indicating the share in the issuer's charter capital: No such share.

d) Registered securities convertible into the issuer's common shares, where, after conversion, the total number of common shares registered in the individual's name would constitute at least 2 percent of the issuer's common shares, indicating the share of common shares held in the issuer: no such share.

13. Information on individuals on the issuer's management bodies:
a) Members of the Board of Directors of the issuing joint stock company

Full Name: **Sharov Valery Vladimirovich**
Position held in the issuing joint stock company: **Member of the Board of Directors**

Information on positions held in other organizations, including positions as a member of the board of directors (supervisory board) and/or other management bodies of commercial and non-commercial organizations, as well as positions in state authorities and local government:

| Organization Name | Organization Location | Position Held |
|---|---|---|
| Regional State Public Specialized Institution "State Property Fund of Krasnodar Krai" | Russian Federation, 350020, Krasnodar, Krasnaya St., 176 | Chairman of the Regional State Public Specialized Institution "State Property Fund of Krasnodar Krai" |
| OAO "EFCATE" | Russian Federation, 354000, Sochi, General Post Office, P.O. Box 1265 | Member of the Board of Directors |
| LLC "Radio and Television of Novorossiysk" | Russian Federation, 353900, Novorossiysk, Revolution of 1905 St., 19 | Member of the Board of Directors |
| OAO "Krayinvestbank" | Russian Federation, 350036, Krasnodar, Mira St., 34 | Member of the Board of Directors |
| LLC "Management Company TAMAN TERMINAL" | Russian Federation, 353535, Temryuk District, Volna Settlement, Tamanskaya St., 8 | Member of the Board of Directors |

[Translated from Russian]

Share of the individual's participation in the issuer's charter capital (%): *0*

Share of common shares of the issuer owned by the individual (%): *0*

Share of the issuer's common shares into which the securities convertible into common shares owned by the individual may be converted, expressed as a percentage of the total number of issued common shares and the number of common shares into which the convertible securities may be converted (%): *0*

Full Name: **Kuznetsov Stanislav Konstantinovich**
Position in the issuing joint stock company: **Chairman of the Board of Directors**

Information on positions held in other organizations, including positions as a member of the board of directors (supervisory board) and/or other management bodies of commercial and non-commercial organizations, as well as positions in state authorities and local government:

| Organization Name | Organization Location | Position Held |
|---|---|---|
| OJSC "Sberbank of Russia" | Russian Federation, 117997, Moscow, Vavilova St., 19 | Deputy Chairman of the Management Board of OJSC "Sberbank of Russia" |

Share of the individual's participation in the issuer's charter capital (%): *0*

Share of common shares of the issuer owned by the individual (%): *0*

Share of the issuer's common shares into which the securities convertible into common shares owned by the individual may be converted, expressed as a percentage of the total number of issued common shares and the number of common shares into which the convertible securities may be converted (%): *0*

Full Name: **Bilalov Magomed Gadzhievich**
Position in the joint stock company – issuer: **Deputy Chairman of the Board of Directors**
The individual holds no positions in other organizations.

Share of the individual's participation in the issuer's charter capital (%): *17.461*

Share of common shares of the issuer owned by the individual (%): *17.461*

Share of the issuer's common shares into which the securities convertible into common shares owned by the individual may be converted, expressed as a percentage of the total number of issued common shares and the number of common shares into which the convertible securities may be converted (%): *0*

Full Name: **Romanov Aleksandr Vladimirovich**
Position in the joint stock company – issuer: **Member of the Board of Directors**

Information on positions held in other organizations, including positions as a member of the board of directors (supervisory board) and/or other management bodies of commercial and non-commercial organizations, as well as positions in state authorities and local government:

[Translated from Russian]

| Organization Name | Organization Location | Position Held |
|---|---|---|
| State Corporation "Bank for Development and Foreign Economic Affairs (Vnesheconombank)" | Russian Federation, 107996, Moscow, Akademika Sakharova Avenue, Building 9 | Deputy Director of the Infrastructure Department of Vnesheconombank |

Share of the individual's participation in the issuer's charter capital (%): *0*

Share of common shares of the issuer owned by the individual (%): *0*

Share of the issuer's common shares into which the securities convertible into common shares owned by the individual may be converted, expressed as a percentage of the total number of issued common shares and the number of common shares into which the convertible securities may be converted (%): *0*

Full Name: **Makhmutova Dilyara Zinnurova**
Position in the joint stock company – issuer: **Member of the Board of Directors**

Information on positions held in other organizations, including positions as a member of the board of directors (supervisory board) and/or other management bodies of commercial and non-commercial organizations, as well as positions in state authorities and local government:

| Organization Name | Organization Location | Position Held |
|---|---|---|
| State Corporation "Bank for Development and Foreign Economic Affairs (Vnesheconombank)" | Russian Federation, 107996, Moscow, Akademika Sakharova Avenue, Building 9 | Deputy Director of the Department for Interaction with the Agency for Strategic Initiatives at Vnesheconombank |

Share of the issuer's charter capital held by the person (%): *0*

Share of common shares of the issuer held by the person (%): *0*

Share of common shares of the issuer into which the securities convertible into common shares held by the person can be converted, as a percentage of the total number of issued common shares and the number of common shares into which the securities convertible into common shares of the issuer can be converted (%): *0*

Full Name: **Loktionov Nikolay Igorevich**
Position in the joint stock company – issuer: **Member of the Board of Directors**

Information on positions held in other organizations, including positions as a member of the board of directors (supervisory board) and/or other management bodies of commercial and non-commercial organizations, as well as positions in state authorities and local government:

| Organization Name | Organization Location | Position Held |
|---|---|---|
| Government of the Republic of Khakassia | Russian Federation, 655017, Republic of Khakassia, Abakan, Lenin Avenue, 67 | Permanent Representative of the Republic of Khakassia - Deputy Head of the Republic of Khakassia (Chairman of the Government of the Republic of Khakassia) |

[Translated from Russian]

Share of the issuer's charter capital held by the person (%): *0*

Share of common shares of the issuer held by the person (%): *0*

Share of common shares of the issuer into which the securities convertible into common shares held by the person can be converted, as a percentage of the total number of issued common shares and the number of common shares into which the securities convertible into common shares of the issuer can be converted (%): *0*

Full Name: **Khachaturiants Ashot Rafailovich**
Position in the joint stock company – issuer: **Member of the Board of Directors**

Information on positions held in other organizations, including positions as a member of the board of directors (supervisory board) and/or other management bodies of commercial and non-commercial organizations, as well as positions in state authorities and local government:

| Organization Name | Organization Location | Position Held |
|---|---|---|
| Limited Liability Company "Sberbank Kapital" | Russian Federation, 117997, Moscow, Vavilova Street, 19 | Chief Executive Officer |
| OJSC Oil Company "RussNeft" | Russian Federation, 115054, Moscow, Pyatnitskaya Street, 69 | Member of the Board of Directors |

Share of the issuer's charter capital held by the person (%): *0*

Share of common shares of the issuer held by the person (%): *0*

Share of common shares of the issuer into which the securities convertible into common shares held by the person can be converted, as a percentage of the total number of issued common shares and the number of common shares into which the securities convertible into common shares of the issuer can be converted (%): *0*

Full Name: **Kaplun Evgeniy Zinovyevich**
Position in the joint stock company – issuer: **Member of the Board of Directors**

Information on positions held in other organizations, including positions as a member of the board of directors (supervisory board) and/or other management bodies of commercial and non-commercial organizations, as well as positions in state authorities and local government:

| Organization Name | Organization Location | Position Held |
|---|---|---|
| OJSC "Olympic Resort - Dagomys" | Russian Federation, 354207, Krasnodar Krai, Sochi, Dagomys, Leningradskaya St., 7A | Member of the Board of Directors Chief Executive Officer |
| OJSC "Krasnodargorgaz" | Russian Federation, 350007, Krasnodar, Industrialnaya St., 68 | Member of the Board of Directors |
| LLC "Sochi Plaza" | Russian Federation, 354000, Krasnodar Krai, Sochi, Kurortny Prospect, 18 | Member of the Board of Directors Chief Executive Officer |

Share of the issuer's charter capital held by the person (%): *0*

[Translated from Russian]

Share of common shares of the issuer held by the person (%): *0*

Share of common shares of the issuer into which the securities convertible into common shares held by the person can be converted, as a percentage of the total number of issued common shares and the number of common shares into which the securities convertible into common shares of the issuer can be converted (%): *0*

Full Name: **Pierre Daoud Rezko**
Position in the joint stock company – issuer: **Member of the Board of Directors**

Information on positions held in other organizations, including positions as a member of the board of directors (supervisory board) and/or other management bodies of commercial and non-commercial organizations, as well as positions in state authorities and local government:

| Organization Name | Organization Location | Position Held |
|---|---|---|
| **Abu Dhabi Investment Company** | **UAE, Abu Dhabi, post code 46309** | **Senior Vice President of the Real Estate Department** |

Share of the issuer's charter capital held by the person (%): *0*

Share of common shares of the issuer held by the person (%): *0*

Share of common shares of the issuer into which the securities convertible into common shares held by the person can be converted, as a percentage of the total number of issued common shares and the number of common shares into which the securities convertible into common shares of the issuer can be converted (%): *0*

b) A collegial executive body is not provided for in the Charter.

c) The person holding the position (performing the functions) of the sole executive body of the issuing joint stock company:
Full name: **Khatskevich Stanislav Feliksovich**
Position in the issuing joint stock company: ***Chief Executive Officer***
***This person does not hold positions in other organizations.***

Share of the issuer's charter capital held by the person (%): *0*

Share of common shares of the issuer held by the person (%): *0*

Share of common shares of the issuer into which the securities convertible into common shares held by the person can be converted, as a percentage of the total number of issued common shares and the number of common shares into which the securities convertible into common shares of the issuer can be converted (%): *0*

[Translated from Russian]

Numbered, bound, sealed and signed
**9 nine** pages
CEO,
OJSC "Krasnaya Polyana"
[Signature] S.F. Hatskevich
June 09, 2012

[Round seal: Russian Federation, Krasnodar Krai, the city of Sochi, Tsentralny District * State Registered Ownership (GRP) No. 8347 / Open Joint Stock Company "Krasnaya Polyana" * INN 2320102816]

[Translated from Russian]

## Securities Purchase and Sales Agreement No. 6

City of Sochi                                                                                              May 23, 2012

Open Joint Stock Company "Krasnaya Polyana," hereinafter referred to as Party 1, represented by the General Director Stanislav Feliksovich Hatskevich, acting on the basis of the Charter, on the one hand, and Joint Stock Company "Zeeland Development Corp.", registration certificate No. 1528745 dated April 17, 2009, registration authority: Registrar of Companies of the British Virgin Islands (Tortola, British Virgin Islands), hereinafter referred to as Party 2, represented by Director Toomas Truuvert, acting on the basis of the Charter and a power of attorney certificate, on the other hand, jointly referred to as the Parties, have entered into this agreement on the following terms.

## I. SUBJECT OF THE AGREEMENT

1.1. Party 1 transfers securities to the ownership of Party 2, and the latter undertakes to accept the said assets into its ownership and pay for them.

1.2. The securities being disposed are transferred as part of the placement (disposal of securities to their first acquirer) of additional common registered uncertificated shares of Open Joint Stock Company "Krasnaya Polyana" by means of closed subscription.

1.3. At the time of the conclusion of this agreement, the additional issue of the securities being disposed has undergone state registration.

1.4. Details of the securities that are the subject of this agreement:

- Issuer: **Open Joint Stock Company "Krasnaya Polyana"**;
- Type of securities: **common registered uncertificated shares (hereinafter referred to as the securities)**;
- State registration number of the additional issue of securities: **1-01-33085-E-006D**;
- Authority that performed the state registration of this additional issue of securities: **RO FFMS Russia in PR**;
- Date of state registration of the additional issue of securities: **March 05, 2012**;
- Nominal value of each security in the additional issue: **50,000 (Fifty Thousand) rubles**;
- Quantity: **215 (two hundred fifteen) units**.

## II. PRICE AND PAYMENT UNDER THE AGREEMENT

2.1. The securities, which are the subject of this agreement, are disposed at a price of 6,270,000 (Six million two hundred seventy thousand) rubles per security. The total value of the securities alienated under this agreement amounts to 1,348,050,000 (One billion three hundred forty-eight million fifty thousand) rubles.

2.2. Payment for the acquired securities shall be made by Party 2 by transferring funds to the account of Party 1 specified in this agreement, no later than the deadline established by the decision on the additional issue of securities.

## III. OBLIGATIONS OF PARTY 1

3.1. Party 1 undertakes, after receiving full payment for the securities being disposed, to take the necessary actions to register Party 2's ownership rights to the securities, which are the subject of this agreement.

3.2. Ownership of the securities transfers to Party 2 at the moment

Party 1:          [Signature]                                        Party 2          [Signature]

[Translated from Russian]

of entry into the Register of Owners of Registered Securities of Open Joint Stock Company "Krasnaya Polyana."

The maintenance of the Register of Owners of Registered Securities of Open Joint Stock Company "Krasnaya Polyana" is carried out by the registrar, LLC "ReestrRN" (Location of the registrar: 350911, Russian Federation, Krasnodar, Tramvaynaya St., 1/1, office 608, contact telephone: (861) 234-52-01, FFMS of Russia license for registry services No. 10-000-1-00330, issued on December 16, 2004, termless).

Party 1 undertakes to provide Party 2 with an extract from the Register of Owners of Registered Securities of Open Joint Stock Company "Krasnaya Polyana" within five (5) days from the transfer of ownership, reflecting the details of the transfer of rights to the securities.

3.3. If Party 2 fails to fulfill its obligation to pay for the acquired securities in full or in part within the time period specified in this agreement, Party 1 will not take any actions related to the registration of Party 2's ownership rights to the securities. In such a case, Party 1 undertakes to return the funds received from Party 2 for the securities, no later than five (5) business days after the end of the placement period for the additional issue of securities.

## IV. OBLIGATIONS OF PARTY 2

4.1. Party 2 undertakes to pay for the acquired securities in accordance with the terms, amounts, and deadlines established by this agreement and the decision on the additional issue of securities.

## V. LIABILITY OF THE PARTIES

5.1. The parties shall act in compliance with the laws of the Russian Federation when executing this agreement.

5.2. In the event of non-performance or improper performance of this agreement, the party causing losses shall be exempt from liability only in cases of force majeure.

5.3. Compensation for damages does not release the responsible party from proper performance of its obligations under this agreement (except in cases of termination of this agreement).

## VI. DURATION OF THE AGREEMENT

6.1. This agreement enters into force upon signing and remains in effect until the parties have fully fulfilled their obligations under it.

## VII. FORCE MAJEURE

7.1. Upon the occurrence of force majeure circumstances beyond the reasonable foresight and control of the Parties, the Parties are released from liability for obligations related to the full or partial non-performance of this agreement for the duration of such circumstances.

7.2. The Parties have agreed to classify the following as force majeure circumstances:

- War and military actions, natural disasters, as well as acts of executive authorities of the Russian Federation prohibiting actions that involve the subject matter of the agreement.

7.3. The Party affected by force majeure circumstances is obliged to take all necessary actions within its power to minimize

[Translated from Russian]

the damage caused by such circumstances to both Parties, and if it fails to take the necessary measures to preserve any assets under the control of the Parties, it shall compensate the other Party for these losses.

## VIII. TERMINATION AND AMENDMENT OF THE AGREEMENT

8.1. The amendment and termination of this agreement may occur by mutual agreement of the parties.

8.2. All amendments and additions to this agreement, as well as the decision to terminate the agreement by mutual consent of the Parties, shall be formalized in writing by signing a supplementary agreement referencing this agreement, and signed by both Parties.

8.3. Termination of this agreement results in the termination of the Parties' obligations under it, but does not release the Parties from liability for any breaches that occurred during the execution of this agreement.

## IX. OTHER CONDITIONS

9.1. In the event of a dispute between the parties, it shall be settled through direct negotiations.

9.2. If the dispute is not resolved, it shall be submitted to the Arbitration Court of Krasnodar for consideration.

9.3. This Agreement is executed in two copies, one for each Party, and each copy has equal legal force.

## X. DETAILS AND SIGNATURES OF THE PARTIES

**Party 1:**

**Open Joint Stock Company "Krasnaya Polyana"**

Taxpayer Identification Number (INN): 2320102816, Tax Registration Reason Code (KPP): 232001001

354000, Russian Federation, Krasnodar Krai, Sochi, ul. Severnaya, 14 A

Phone (862)2439110

Settlement account: 40702810700011521000

at OJSC "NBB"

BIK: 044552902

Correspondent Account: 30101810800000000902

[Signature]    /S.F. Hatskevich/

L.S. [Round seal: Russian Federation, Krasnodar Krai, the city of Sochi, Tsentralny District * State Registered Ownership (GRP) No. 8347 / Open Joint Stock Company "Krasnaya Polyana" * INN 2320102816]

Party 1    [Signature]

**Party 2:**

**Joint Stock Company "Zeeland Development Corp."**

Registration Certificate No. 152874 registration certificate No. 1528745 dated April 17, 2009, registration body: Registrar of Companies of the British Virgin Islands (Tortola, British Virgin Islands), Akara Bldg., 24 De Castro Street, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands)
Bank account details:
INN 30682, settlement account 40807810000002004500 at the Open Joint Stock Company "National Bank of Business Development" (OJSC "NBB"), cith of Moscow, correspondent account 30101810800000000902 at Branch No. 5 of the Moscow GTU of the Central Bank of Russia, BIK 044552902

[Signature]    /Toomas Truuvert/

L.S. [Round seal with the text in English: Corporate seal / BVI / Zeeland Development Corp.]

Party 2    [Signature]

[Translated from Russian]

---

**Stitched, numbered, and sealed with signatures and stamps of both parties**
**3 (Three) pages**

---

| | |
|---|---|
| Chief Executive Officer, Open Joint Stock Company "Krasnaya Polyana" | Director, Joint stock company "Zeeland Development Corp." |
| [Signature]　　　S.F. Hatskevitsch | [Signature]　　　Toomas Truuvert |

L.S. [Round seal: Russian Federation, Krasnodar Krai, the city of Sochi, Tsentralny District * State Registered Ownership (GRP) No. 8347 / Open Joint Stock Company "Krasnaya Polyana" * INN 2320102816]

L.S. [Round seal with the text in English: Corporate seal / BVI / Zeeland Development Corp.]

[Translated from Russian]

| **May 24, 2012** | **May 24, 2012** | **0401060** |
|---|---|---|
| Received by bank | Debited from payer's account | |

**Payment Order No.**    10    May 24, 2012 | Electronic

Date    Type of payment

| Sum in words | One billion three hundred forty-eight million fifty thousand rubles 00 kopecks | | |
|---|---|---|---|
| INN 30682 | KPP 775087001 | Sum | 1348050000-00 |
| JSC "ZEELAND DEVELOPMENT CORP." Payor | | Acc. No. | 40807810000002004500 |
| OJSC "NBB" CITY OF MOSCOW Payor's Bank | | BIK | 044552902 |
| | | Acc. No. | 30101810800000000902 |
| OJSC "NBB" CITY OF MOSCOW Payor's Bank | | BIK | 044552902 |
| | | Acc. No. | 30101810800000000902 |
| INN 2320102816 | KPP | Acc. No. | 40702810700011521000 |
| OJSC "Krasnaya Polyana" Recipient | | | |

| | | Pay. type | 01 | Pay. due date | |
|---|---|---|---|---|---|
| | | Pay. purp. | | Pay. priority | 6 |
| | | Code | | Reserve | |

{VO51030} Payment for the Purchase and Sale Agreement of Securities No. 6 dated May 23, 2012, for shares. VAT not applicable.

**Payment purpose**

|  | Signatures | Bank notes |
|---|---|---|
| L.S. | JSC "ZEELAND DEVELOPMENT CORP." | [Logo] Remote banking systems. Accepted by the bank: May 24, 2012, 17:25:40 |

[Stamp: OJSC "NBB" / Correspondent account 30101810800000000902 / May 24, 2012 / BIK 044552902 / Processed by: Zhemzhurova N.N.] [Signature]