# EXHIBIT 4



**WOLFGANG Kelling**
PROF. H.C. (RU) • DR. MED.
SCHWERPUNKTPRAXIS FÜR INNERE MEDIZIN

GASTROENTEROLOGIE
KOLOPROKTOLOGIE
HEPATOLOGIE
KARDIOLOGIE
ANGIOLOG. DIAGNOSTIK

28. April 2015

### Epikritischer Verlauf:

Herr Achmed Bilalov geboren am 19.11.1970, befindet sich seit 2005 sehr regelmäßig in meiner ärztlichen Überwachung und Behandlung.

Der Patient ist sehr sportlich, trinkt keinen Alkohol, raucht nicht und ernährt sich sehr gesund. Abgesehen von kleineren Gewichtsschwankungen ist der Patient immer in einem sehr guten Gesundheitszustand und sportlich immer sehr trainiert gewesen. Dies ist über die Jahre von 2005 an gut dokumentiert.

Es sind immer wieder ausführliche Herzuntersuchungen mit EKG, Belastungs-EKG, Ultraschall vom Herz und Gefäßen und ab und zu auch Stressechokardiographien durchgeführt worden. Immer hat das Bild eines gut trainierten sportlichen jungen Mannes ergeben.

Dieses Bild hat sich im **Ende Oktober, Anfang November 2012** erheblich verändert:
Der Patient hat sich krank gefühlt, ist nicht leistungsfähig gewesen, hat ständig geschwitzt, ist kaum belastbar gewesen. Der Ultraschall des Herzens ist unauffällig gewesen. Im Belastungs-EKG hat sich eine verminderte Belastbarkeit bestätigt. Die umfangreichen Routine-Laboruntersuchungen haben damals keine weitere Erklärung ergeben.
Ich habe damals den Patienten dazu geraten, einfach einmal eine Auszeit zu nehmen. Ich habe ihn für überstresst gehalten.
Das Befinden von Herrn Bilalov hat sich jedoch nicht gebessert, es ist ihm zunehmend schlechter gegangen. Im Januar 2013 ist der Patient erneut sehr schwach, matt, unkonzentriert gewesen, der Appetit ist schlecht gewesen, es ist zum erneut einem Engegefühl im Hals gekommen, zu Herzjagen, Schweißausbrüchen und abdominellen Beschwerden. Herr Bilalov hat sich sehr krank gefühlt.

Dies hat mich dazu veranlasst, etwas weitergehende Untersuchungen durchzuführen. Es sind deswegen verschiedene endokrinologische Untersuchungen erfolgt, es sind die verschiedensten Stoffwechselstörung gesucht worden, und ich habe mich auch entschlossen, nach ökologischen Belastungen wie Schwermetallbelastungen und nach Pyrethroiden zu schauen.

Überraschenderweise haben sich damals sehr hohe Quecksilberspiegel im Blut gefunden, die nach den Richtlinien des Deutschen Bundesumweltamtes einer hohen Gefährdungslage für die Gesundheit Patienten entsprochen haben. **Befund vom 01.03.2013** ( siehe Blatt N1).
Ich habe deswegen Rücksprache gehalten mit verschiedenen rechtsmedizinischen Instituten, unter anderem der Universität Tübingen, München und mit einem Fachlabor in Heidelberg.
Eine Kontamination durch die Ernährung ist von allen beteiligten Instituten ausgeschlossen worden.

Schwerpunktpraxis für innere Medizin
Prof. h.c. (RU) • Dr. med. W. Kelling
Ehem. geförderte Gastvertretung an Universität
Krasnodar/Kuban

Steuer Nr: 33954/16299
Sophienstrasse 3
76530 Baden Baden
Deutschland

Tel  +49 (0) 7221 - 300 67  0
Fax +49 (0) 7221 - 300 67 22
Mail info@dr-kelling.de
Web www.dr-kelling.de

Sparkasse Bühl
BLZ  662 514 34 | Konto 60 42 600
IBAN DE14662514340006042600
BIC  SOLADES1BHL



RapidTranslate.org
support@rapidtranslate.org
(844) 473-7832

ata
Member # 274316

## CERTIFICATION OF TRANSLATION ACCURACY

We, RapidTranslate, a professional translation services company with a corporate membership to the American Translators Association, hereby certify that a qualified, experienced, and competent professional translator has translated the provided original document to the best of the translator's abilities. In our best judgment, the translated documents and text therein are a true and accurate translation, which reflect the original content, meaning, and style of the originally provided document(s). RapidTranslate has no relation to the client or original owner of the provided documents.

This is to certify the correctness of the translation only. RapidTranslate makes no claims, representation, guarantees, or warranties concerning the authenticity of the original document translated. Further, RapidTranslate disclaims any and all liability for the manner in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

Sincerely,
Authorized Representative
RapidTranslate.org

390 NE 191st St #8058
Miami, Florida 33179

State of: Florida
County of: Miami-Dade
Subscribed and sworn to (or affirmed) before me on November 3, 2024
Notary Public:

CARLA ZENSEN
Notary Public - State of Florida
Commission # HH 509701
My Comm. Expires May 21, 2028
Bonded through National Notary Assn.

 RapidTranslate.org
support@rapidtranslate.org
(844) 473-7832


Member # 274316

## CERTIFICATION BY TRANSLATOR

I, Brizeida E. Mijares, certify that I am competent to translate in the English and German languages, and that the above/attached document is a complete and accurate translation of the above/attached document.

This document has not been translated for a family member, friend or business associate.

Name: Brizeida E Mijares

RapidTranslate.org
390 NE 191st St #8045
Miami, FL 33179



Illegible                                [Logo: WOLFGANG                        GASTROENTEROLOGY
                                          KELLING                                COLOPROCTOLOGY
                                    PROF. HC (RU) • DR. MED.                     HEPATOLOGY
                           SPECIALIST PRACTICE FOR INTERNAL MEDICINE]             CARDIOLOGY
                                                                                  ANGIOLOGY DIAGNOSTICS

April 28, 2015

**Epicrisis course:**

Mr. Achmed Bilalov, born on 11/19/1970, has been under my medical supervision and treatment very regularly since 2005.

The patient is very athletic, does not drink alcohol, does not smoke and eats a very healthy diet. Apart from minor weight fluctuations, the patient has always been in very good health and has always been very fit. This has been well documented over the years since 2005.

Extensive heart examinations with ECG, exercise ECG, ultrasound of the heart and blood vessels and occasionally stress echocardiography were carried out. The result has always been a well-trained, athletic young man.

This picture changed considerably at the **end of October, beginning of November 2012**:
The patient has felt ill, has not been able to perform, has been sweating constantly, has hardly been able to bear weight. The ultrasound of the heart was unremarkable. The exercise ECG confirmed a reduced exercise tolerance. The extensive routine laboratory tests did not provide any further explanation at the time.
At the time, I advised the patient to simply take some time out. I thought he was overstressed.
However, Mr. Bilalov's condition did not improve, and he became increasingly unwell. In January 2013, the patient was again very tired, weak, unfocused, had a poor appetite, a renewed feeling of tightness in his throat, palpitations, sweating and abdominal discomfort. Mr. Bilalov felt very ill.

This prompted me to carry out further investigations. As a result, various endocrinological tests were carried out, various metabolic disorders were investigated and I also decided to look for ecological pollution such as heavy metal pollution and pyrethroids.

Surprisingly, very high mercury levels were found in the blood at that time, which corresponded to a high-risk level for the health of patients according to the guidelines of the German Federal Environment Agency. **Findings from 03/01/2013** (see sheet N1). I have therefore consulted with various forensic medicine institutes, including the University of Tuebingen, Munich and a specialist laboratory in Heidelberg. Contamination through the food was ruled out by all the institutes involved.

Illegible                  Illegible                  Illegible                  Illegible