# EXHIBIT 7



| | |
|---|---|
| CJSC Ernst & Young Vneshaudit<br>Sadovnicheskaya Nab., 77, bld. 1<br>Moscow, 115035, Russia<br>Tel: +7 (495) 705 9700<br>      +7 (495) 755 9700<br>Fax: +7 (495) 755 9701<br>www.ey.com | ЗАО «Эрнст энд Янг Внешаудит»<br>Россия, 115035, Москва<br>Садовническая наб., 77, стр. 1<br>Тел.: +7 (495) 705 9700<br>      +7 (495) 755 9700<br>Факс: +7 (495) 755 9701<br>ОКПО: 00139790 |

## Аудиторское заключение независимого аудитора

Акционерам Открытого акционерного общества «Сбербанк России»

Мы провели аудит прилагаемого годового отчета Открытого акционерного общества «Сбербанк России» (далее – «Банк»), который состоит из бухгалтерского баланса по состоянию на 1 января 2013 года, отчета о прибылях и убытках за 2012 год, отчета о движении денежных средств за 2012 год, отчета об уровне достаточности капитала, величине резервов на покрытие сомнительных ссуд и иных активов по состоянию на 1 января 2013 года, сведений об обязательных нормативах по состоянию на 1 января 2013 года и пояснительной записки.

### Ответственность аудируемого лица за годовой отчет

Руководство Банка несет ответственность за составление и достоверность указанного годового отчета в соответствии с установленными в Российской Федерации правилами составления годового отчета и за систему внутреннего контроля, необходимую для составления годового отчета, не содержащего существенных искажений вследствие недобросовестных действий или ошибок.

### Ответственность аудитора

Наша ответственность заключается в выражении мнения о достоверности данного годового отчета на основе проведенного нами аудита.

Мы провели аудит в соответствии с федеральными стандартами аудиторской деятельности, действующими в Российской Федерации, и международными стандартами аудита. Данные стандарты требуют соблюдения применимых этических норм, а также планирования и проведения аудита таким образом, чтобы получить достаточную уверенность в том, что годовой отчет не содержит существенных искажений.

3

A member firm of Ernst & Young Global Limited



Аудит включает в себя проведение аудиторских процедур, направленных на получение аудиторских доказательств, подтверждающих числовые показатели в годовом отчете и раскрытие в нем информации. Выбор аудиторских процедур является предметом нашего суждения, которое основывается на оценке риска существенных искажений годового отчета, допущенных вследствие недобросовестных действий или ошибок. В процессе оценки данного риска аудитор рассматривает систему внутреннего контроля, обеспечивающую составление и достоверность годового отчета, с целью выбора соответствующих аудиторских процедур, но не с целью выражения мнения об эффективности системы внутреннего контроля. Аудит также включает в себя оценку надлежащего характера применяемой учетной политики и обоснованности оценочных показателей, полученных руководством, а также оценку представления годового отчета в целом.

Мы полагаем, что полученные нами аудиторские доказательства представляют достаточные и надлежащие основания для выражения нашего мнения.

*Мнение*

По нашему мнению, годовой отчет отражает достоверно во всех существенных отношениях финансовое положение Банка по состоянию на 1 января 2013 года, результаты его финансово-хозяйственной деятельности и движение денежных средств за 2012 год в соответствии с установленными в Российской Федерации правилами составления годового отчета.

*Прочие сведения*

Как указано в пункте 1 пояснительной записки, в соответствии с Указанием Центрального банка Российской Федерации от 20 января 2009 года № 2172-У «Об опубликовании и представлении информации о деятельности кредитных организаций» (далее – «Указание № 2172-У») руководством Банка принято решение публиковать пояснительную записку в составе годового отчета, размещаемого на сайте Банка в сети Интернет (www.sbrf.ru; www.sberbank.ru). Формы годового отчета (бухгалтерский баланс, отчет о прибылях и убытках, отчет о движении денежных средств, отчет об уровне достаточности капитала, величине резервов на покрытие сомнительных ссуд и иных активов, сведения об обязательных нормативах) в соответствии с Указанием № 2172-У публикуются в открытой печати и размещаются на сайте Банка в составе годового отчета. Настоящее аудиторское заключение по прилагаемому годовому отчету должно рассматриваться совместно со всеми формами отчетности и пояснительной запиской, являющимися неотъемлемыми составными частями годового отчета.

4



**ERNST & YOUNG**

Прилагаемый годовой отчет не имеет своей целью представление финансового положения и результатов деятельности в соответствии с принципами или методами бухгалтерского учета, общепринятыми в странах и иных административно-территориальных образованиях, помимо Российской Федерации. Соответственно, прилагаемый годовой отчет не предназначен для лиц, не знакомых с принципами, процедурами и методами бухгалтерского учета, принятыми в Российской Федерации.

*(подпись)*

С.М. Таскаев
Партнер
ЗАО «Эрнст энд Янг Внешаудит»

18 марта 2013 года

*Сведения об аудируемом лице*

Наименование: Открытое акционерное общество «Сбербанк России».
Данные о государственной регистрации кредитной организации Центральным банком Российской Федерации: № 1481 от 20 июня 1991 года.
Данные о регистрации в Едином государственном реестре юридических лиц о юридическом лице: свидетельство о государственной регистрации № 1027700132195 от 16 августа 2002 года.
Местонахождение: 117997, Россия, Москва, ул. Вавилова, д. 19.

*Сведения об аудиторе*

Наименование: ЗАО «Эрнст энд Янг Внешаудит»
Основной государственный регистрационный номер 1027739199333.
Местонахождение: 115035, Россия, Москва, Садовническая наб., д. 77, стр. 1.
ЗАО «Эрнст энд Янг Внешаудит» является членом Некоммерческого партнерства «Аудиторская Палата России» (НП АПР). ЗАО «Эрнст энд Янг Внешаудит» зарегистрировано в реестре аудиторов и аудиторских организаций НП АПР за номером 3027, а также включено в контрольный экземпляр реестра аудиторов и аудиторских организаций за основным регистрационным номером записи 10301017410.

## 12. Банковская (консолидированная) Группа Сбербанка России

Число участников консолидированной группы Банка за 2012 год увеличилось на 57 обществ и на 1 января 2013 года составило 204 общества, из которых Банк оказывает:

- прямое влияние на 37 обществ;
- косвенное влияние на 163 общества;
- косвенное влияние и одновременно имеет прямое участие в 4 обществах.

Банк составляет консолидированную отчетность в соответствии с Учетной политикой банковской (консолидированной) Группы Сбербанка России. В консолидированную отчетность Группы Сбербанка России по состоянию на 1 января 2013 года включена отчетность 98 обществ[39]:

| | Наименование общества | Доля контроля Группы в уставном капитале участника, % |
|---|---|---|
| | *Прямое участие Банка* | |
| 1 | Закрытое акционерное общество «Сбербанк Лизинг» | 100.0000% |
| 2 | Общество с ограниченной ответственностью «Сбербанк Капитал» | 100.0000% |
| 3 | Дочерний Банк Акционерное Общество «Сбербанк России» | 99.9977% |
| 4 | ПУБЛИЧНОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО «ДОЧЕРНИЙ БАНК СБЕРБАНКА РОССИИ» | 100.0000% |
| 5 | Общество с ограниченной ответственностью «Сбербанк Инвестиции» | 100.0000% |
| 6 | Закрытое акционерное общество «Сбербанк - Автоматизированная система торгов» | 100.0000% |
| 7 | Открытое акционерное общество «БПС-Сбербанк» | 97.9055% |
| 8 | Общество с ограниченной ответственностью «Перспективные инвестиции» (группа компаний)* | 100.0000% |
| 9 | Открытое акционерное общество «Детский мир – Центр» | 25.0338% |
| 10 | SB International S.a.r.l. (группа компаний)* | 100.0000% |
| 11 | Sberbank Europe AG (группа компаний)* | 100.0000% |
| 12 | Общество с ограниченной ответственностью «Финансовая компания Сбербанка» | 100.0000% |
| 13 | Общество с ограниченной ответственностью «БНП Париба Восток» | 70.0000% |
| 14 | DENIZBANK ANONIM SIRKETI (группа компаний)* | 99.8526% |
| | *Косвенное участие Банка* | |
| 1 | Открытое акционерное общество «Красная поляна» | 50.0290% |
| 2 | Общество с ограниченной ответственностью "ТрансКомСтрой" | 24.9900% |
| 3 | Sherigo Resources Limited | 41.2498% |
| 4 | Общество с ограниченной ответственностью «Хрустальные башни» | 50.0100% |
| 5 | Общество с ограниченной ответственностью автомобильная компания «ДерВейс» | 51.0000% |

\* Компании, представляющие отчетность по субгруппам (субгруппы насчитывают в совокупности 83 компании, включая головные компании).

Остальные 106 обществ оказывают несущественное влияние на консолидированные финансовые показатели Группы Сбербанка России.

Настоящая пояснительная записка входит в состав годового отчета ОАО «Сбербанк России» за 2012 год по РПБУ и не включает данные консолидированной отчетности Группы Сбербанка России.

---

[39] Суммарная величина валюты баланса указанных компаний превышает 1% валюты баланса Сбербанка России.



Мы полагаем, что полученные в ходе аудита аудиторские доказательства представляют достаточные и надлежащие основания для выражения нашего мнения.

*Мнение*

По нашему мнению, консолидированная финансовая отчетность отражает достоверно во всех существенных отношениях финансовое положение ОАО «Сбербанк России» и его дочерних компаний по состоянию на 31 декабря 2013 г., их финансовые результаты и движение денежных средств за 2013 год в соответствии с Международными стандартами финансовой отчетности.

С.М. Таскаев
Партнер
ЗАО «Эрнст энд Янг Внешаудит»

24 марта 2014 г.

*Сведения об аудируемом лице*

Наименование: ОАО «Сбербанк России»
Запись внесена в Единый государственный реестр юридических лиц 16 августа 2002 года и присвоен государственный регистрационный номер 1027700132195.
Местонахождение: 117997, Россия, Москва, ул. Вавилова, д. 19.

*Сведения об аудиторе*

Наименование: ЗАО «Эрнст энд Янг Внешаудит»
Запись внесена в Единый государственный реестр юридических лиц 16 сентября 2002 года и присвоен государственный регистрационный номер 1027739199333.
Местонахождение: 115035, Россия, Москва, Садовническая наб., д. 77, стр. 1.
ЗАО «Эрнст энд Янг Внешаудит» является членом Некоммерческого партнерства «Аудиторская Палата России» (НП АПР). ЗАО «Эрнст энд Янг Внешаудит» зарегистрировано в реестре аудиторов и аудиторских организаций НП АПР за номером 3027, а также включено в контрольный экземпляр реестра аудиторов и аудиторских организаций за основным регистрационным номером записи 10301017410.

A member firm of Ernst & Young Global Limited



CJSC Ernst & Young Vneshaudit
Sadovnicheskaya Nab., 77, bld. 1
Moscow, 115035, Russia
Tel: +7 (495) 705 9700
　　　+7 (495) 755 9700
Fax: +7 (495) 755 9701
www.ey.com/ru

ЗАО «Эрнст энд Янг Внешаудит»
Россия, 115035, Москва
Садовническая наб., 77, стр. 1
Тел.: +7 (495) 705 9700
　　　+7 (495) 755 9700
Факс: +7 (495) 755 9701
ОКПО: 00139790

## Аудиторское заключение независимого аудитора

Акционерам и Наблюдательному Совету
ОАО «Сбербанк России»

Мы провели аудит прилагаемой консолидированной финансовой отчетности ОАО «Сбербанк России» и его дочерних организаций, состоящей из консолидированного отчета о финансовом положении по состоянию на 31 декабря 2013 года, консолидированного отчета о прибылях и убытках, консолидированного отчета о совокупном доходе, консолидированного отчета об изменениях в составе собственных средств и консолидированного отчета о движении денежных средств за 2013 год, а также информации о существенных аспектах учетной политики и другой пояснительной информации.

### Ответственность аудируемого лица за консолидированную финансовую отчетность

Руководство аудируемого лица несет ответственность за составление и достоверность указанной консолидированной финансовой отчетности в соответствии с Международными стандартами финансовой отчетности и за систему внутреннего контроля, необходимую для составления консолидированной финансовой отчетности, не содержащей существенных искажений вследствие недобросовестных действий или ошибок.

### Ответственность аудитора

Наша ответственность заключается в выражении мнения о достоверности консолидированной финансовой отчетности на основе проведенного нами аудита.

Мы провели аудит в соответствии с федеральными стандартами аудиторской деятельности, действующими в Российской Федерации, и международными стандартами аудита. Данные стандарты требуют соблюдения применимых этических норм, а также планирования и проведения аудита таким образом, чтобы получить достаточную уверенность в том, что консолидированная финансовая отчетность не содержит существенных искажений.

Аудит включает в себя проведение аудиторских процедур, направленных на получение аудиторских доказательств, подтверждающих числовые показатели в консолидированной финансовой отчетности и раскрытие в ней информации. Выбор аудиторских процедур является предметом нашего суждения, которое основывается на оценке риска существенных искажений консолидированной финансовой отчетности, допущенных вследствие недобросовестных действий или ошибок. В процессе оценки данного риска аудитор рассматривает систему внутреннего контроля, обеспечивающую составление и достоверность консолидированной финансовой отчетности, с целью выбора соответствующих аудиторских процедур, но не с целью выражения мнения об эффективности системы внутреннего контроля. Аудит также включает в себя оценку надлежащего характера применяемой учетной политики и обоснованности оценочных показателей, полученных руководством аудируемого лица, а также оценку представления консолидированной финансовой отчетности в целом.



**Примечания к консолидированной финансовой отчетности – 31 декабря 2013 года**

### 40 Основные дочерние компании

Таблица ниже содержит информацию об основных дочерних компаниях Банка по состоянию на 31 декабря 2013 года:

| Название | Вид деятельности | Доля собственности | Страна регистрации |
|---|---|---|---|
| **Дочерние компании:** | | | |
| DenizBank (DenizBank AS) | банковская деятельность | 99,85% | Турция |
| Sberbank Europe AG | банковская деятельность | 100,00% | Австрия |
| ОАО «БПС-Сбербанк» | банковская деятельность | 97,91% | Республика Беларусь |
| ДБ АО «Сбербанк» | банковская деятельность | 100,00% | Казахстан |
| АО «Сбербанк России» | банковская деятельность | 100,00% | Украина |
| Сбербанк Швейцария (Sberbank Switzerland AG) | банковская деятельность | 99,15% | Швейцария |
| «Сетелем Банк» ООО (бывший «БНП Париба Восток» ООО) | банковская деятельность | 74,00% | Россия |
| ЗАО «Сбербанк Лизинг» | лизинг | 100,00% | Россия |
| ООО «Сбербанк Капитал» | финансовые услуги | 100,00% | Россия |
| Группа компаний «Тройка Диалог» | финансовые услуги | 100,00% | Каймановы острова |
| ЗАО «Рублево-Архангельское» | строительство | 100,00% | Россия |
| ООО «Сбербанк Инвестиции» | финансовые услуги | 100,00% | Россия |
| ООО «Аукцион» | услуги | 100,00% | Россия |
| ОАО «Красная поляна» | строительство | 92,10% | Россия |
| ООО «ПС Яндекс.Деньги» | телекоммуникации | 75,00% минус 1 рубль | Россия |
| ООО «Хрустальные башни» | строительство | 50,01% | Россия |

В первом квартале 2013 года была проведена финальная оценка стоимости чистых активов DenizBank AS. Финальная оценка справедливой стоимости идентифицируемых активов и обязательств DenizBank AS на дату приобретения существенно не отличается от предварительной оценки.

В апреле 2013 года DenizBank и Ситибанк подписали договор по приобретению Денизбанком подразделения по банковскому обслуживанию физических лиц Ситибанка в Турции. Сделка была одобрена турецкими властями в июне 2013 года. На дату одобрения сделки бизнес Ситибанка в Турции по банковскому обслуживанию физических лиц насчитывал более 600 000 клиентов, справедливая стоимость кредитов и авансов клиентам составляла 1,2 миллиарда турецких лир, тогда как справедливая стоимость депозитов составляла 1,4 миллиарда турецких лир. Сделка по приобретению подразделения по банковскому обслуживанию физических лиц Ситибанка в Турции была завершена в июле 2013 года.



RapidTranslate.org
support@rapidtranslate.org
(844) 473-7832

Member # 274316

## CERTIFICATION OF TRANSLATION ACCURACY

We, RapidTranslate, a professional translation services company with a corporate membership to the American Translators Association, hereby certify that a qualified, experienced, and competent professional translator has translated the provided original document to the best of the translator's abilities. In our best judgment, the translated documents and text therein are a true and accurate translation, which reflect the original content, meaning, and style of the originally provided document(s). RapidTranslate has no relation to the client or original owner of the provided documents.

This is to certify the correctness of the translation only. RapidTranslate makes no claims, representation, guarantees, or warranties concerning the authenticity of the original document translated. Further, RapidTranslate disclaims any and all liability for the manner in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

Sincerely,
Authorized Representative
RapidTranslate.org

390 NE 191st St #8058
Miami, Florida 33179

State of: Florida
County of: Miami-Dade
Subscribed and sworn to (or affirmed) before me on October 23, 2024

Notary Public:

CARLA ZENSEN
Notary Public · State of Florida
Commission # HH 509701
My Comm. Expires May 21, 2028
Bonded through National Notary Assn.



RapidTranslate.org
support@rapidtranslate.org
(844) 473-7832

Member # 274316

# CERTIFICATION BY TRANSLATOR

I, Aleksei Timashkov, certify that I am competent to translate in the English and Russian languages and that the above/attached document is a complete and accurate translation of the above/attached document.

This document has not been translated for a family member, friend, or business associate.

Name: Aleksei Timashkov

RapidTranslate.org
390 NE 191st St #8058
Miami, FL 33179



[Translated from Russian]

[Logo of Ernst & Young]    **CJSC Ernst & Young Vneshaudit**
Sadovnicheskaya Nab., 77, bld. 1
Moscow, 115035, Russia
Tel:        +7 (495) 705 9700
            +7 (495) 755 9700
Fax:       +7 (495) 755 9701
www.ey.com/ru
OKPO 00139790

**Independent Auditor's Report**

To the Shareholders of Open Joint Stock Company "Sberbank of Russia":

We have audited the accompanying annual report of Open Joint Stock Company "Sberbank of Russia" (hereinafter referred to as the "Bank"), which includes the balance sheet as of January 1, 2013, the profit and loss statement for 2012, the cash flow statement for 2012, the report on capital adequacy, the amount of reserves for doubtful loans and other assets as of January 1, 2013, information on mandatory standards as of January 1, 2013, and the explanatory notes.

*Responsibility of the audited entity for the annual report:*

The Bank's management is responsible for the preparation and accuracy of the annual report in accordance with the rules for preparing annual reports established in the Russian Federation and for the internal control system necessary for preparing an annual report that does not contain material misstatements due to fraud or error.

*Responsibility of the auditor:*

Our responsibility is to express an opinion on the accuracy of this annual report based on the audit we conducted.

We conducted our audit in accordance with the federal auditing standards in force in the Russian Federation and international auditing standards. These standards require compliance with applicable ethical standards as well as planning and conducting the audit to obtain reasonable assurance that the annual report is free of material misstatement.

Page 3

A member firm of Ernst & Young Global Limited

[Translated from Russian]

[Logo of Ernst & Young]

The audit involves performing audit procedures to obtain audit evidence supporting the amounts and disclosures in the annual report. The choice of audit procedures is based on our judgment, which includes an assessment of the risk of material misstatement in the annual report, whether due to fraud or error. In assessing this risk, the auditor considers the internal control system that ensures the preparation and accuracy of the annual report, in order to plan appropriate audit procedures but not for the purpose of expressing an opinion on the effectiveness of the internal control system. The audit also includes an evaluation of the appropriateness of the accounting policies used and the feasibility of management's estimates, as well as the overall presentation of the annual report.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

*Opinion*

In our opinion, the annual report fairly presents, in all material respects, the financial position of the Bank as of January 1, 2013, the results of its financial and business activities, and the movement of cash flows for 2012, in accordance with the rules for preparing annual reports established in the Russian Federation.

*Other information*

As indicated in paragraph 1 of the explanatory note, in accordance with the instruction of the Central Bank of the Russian Federation dated January 20, 2009, No. 2172-U, "On the Publication and Provision of Information on the Activities of Credit Institutions" (hereinafter referred to as "Instruction No. 2172-U"), the Bank's management has decided to publish the explanatory note as part of the annual report, which is posted on the Bank's website on the Internet (www.sbrf.ru; www.sberbank.ru). The forms of the annual report (balance sheet, profit and loss statement, cash flow statement, capital adequacy report, amount of reserves for doubtful loans and other assets, information on mandatory standards) are published in open print and posted on the Bank's website as part of the annual report. This auditor's report on the accompanying annual report should be considered together with all the forms of reporting and the explanatory note, which are integral parts of the annual report.

[Translated from Russian]

[Logo of Ernst & Young]

The accompanying annual report is not intended to present the financial position and results of operations in accordance with generally accepted accounting principles or methods of accounting in countries and other jurisdictions outside the Russian Federation. Accordingly, the accompanying annual report is not intended for users unfamiliar with the principles, procedures, and methods of accounting adopted in the Russian Federation.

[Signature]
S.M. Taskaev
Partner
CJSC "Ernst & Young Vneshaudit"
March 18, 2013

*Information on the audited entity*
Name: Open Joint Stock Company "Sberbank of Russia".
Data on state registration of the credit institution by the Central Bank of the Russian Federation: No. 1481 dated June 20, 1991.
Data on registration in the Unified State Register of Legal Entities of a legal entity: Certificate of state registration No. 1027700132195 dated August 16, 2002.
Location: 117997, Russia, Moscow, Vavilova St., 19

*Information on the auditor*
Name: Closed Joint Stock Company "Ernst & Young Vneshaudit"
Primary state registration number (OGRN): 1027739199333
Location: 115035, Russia, Moscow, Sadovnicheskaya emb., 77, bldg. 1
Closed Joint Stock Company "Ernst & Young Vneshaudit" is a member of the Non-Profit Partnership "Audit Chamber of Russia" (NP ACR). Closed Joint Stock Company "Ernst & Young Vneshaudit" is registered in the register of auditors and audit organizations of NP ACR under No. 3027 and is also included in the control copy of the register of auditors and audit organizations under the primary registration number 10301017410.

[Translated from Russian]

### 12. Sberbank of Russia Banking (Consolidated) Group

The number of participants in the Bank's consolidated group increased by 57 companies during 2012, reaching a total of 204 companies by January 1, 2013, of which the Bank has:

- Direct influence over 37 companies;
- Indirect influence over 163 companies;
- Both direct and indirect influence over 4 companies.

The Bank prepares consolidated financial statements in accordance with the accounting policy of the Sberbank of Russia Banking (Consolidated) Group. As of January 1, 2013, the consolidated financial statements of the Sberbank of Russia Group included the financial statements of 98 companies[39]:

| Company name | Group's control share in participant's charter capital, % |
|---|---|
| ***Direct participation of the Bank*** | |
| 1. Closed Joint Stock Company "Sberbank Leasing" | 100.0000% |
| 2. LLC "Sberbank Capital" | 100.0000% |
| 3. Subsidiary Bank JSC "Sberbank of Russia" | 99.9977% |
| 4. PJSC "SUBSIDIARY BANK OF SBERBANK OF RUSSIA" | 100.0000% |
| 5. LLC "Sberbank Investments" | 100.0000% |
| 6. Closed Joint Stock Company "Sberbank Automated Trading System" | 100.0000% |
| 7. OJSC "BPS-Sberbank" | 97.9055% |
| 8. LLC "Prospective Investments" (group of companies)* | 100.0000% |
| 9. OJSC "Detsky Mir - Center" | 25.0338% |
| 10. SB International S.a.r.l. (group of companies)* | 100.0000% |
| 11. Sberbank Europe AG (group of companies)* | 100.0000% |
| 12. LLC "Sberbank Financial Company" | 100.0000% |
| 13. LLC "BNP Paribas Vostok" | 70.0000% |
| 14. DENIZBANK ANONIM SIRKETI (group of companies)* | 99.8526% |
| ***Indirect participation of the Bank*** | |
| 1. OJSC "Krasnaya Polyana" | 50.0290% |
| 2. LLC "TransKomStroy" | 24.9900% |
| 3. Sherigo Resources Limited | 41.2498% |
| 4. LLC "Crystal Towers" | 50.0100% |
| 5. LLC "Automobile Company DerVeys" | 51.0000% |

The remaining 106 companies have an insignificant impact on the consolidated financial indicators of the Sberbank of Russia Group.

This explanatory note is part of the annual report of OJSC "Sberbank of Russia" for 2012 according to Russian accounting standards and does not include data from the consolidated financial statements of the Sberbank of Russia Group.

---

[39] The total balance sheet amount of the mentioned companies exceeds 1% of the balance sheet of Sberbank of Russia.

[Translated from Russian]

[Logo of Ernst & Young]
By perfecting business,
we improve the world

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

*Opinion*

In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of OJSC "Sberbank of Russia" and its subsidiaries as of December 31, 2013, their financial performance, and cash flows for 2013 in accordance with International Financial Reporting Standards.

[Signature]
S.M. Taskaev
Partner
CJSC "Ernst & Young Vneshaudit"

March 24, 2014

*Information on the audited entity*

Name: OJSC "Sberbank of Russia"
Registration entry in the Unified State Register of Legal Entities on August 16, 2002: State registration number (OGRN) 1027700132195
Location : 117997, Russia, Moscow, Vavilova St., 19

*Information on the auditor*

Name: CJSC "Ernst & Young Vneshaudit"
Registration entry in the Unified State Register of Legal Entities on September 16, 2002: State registration number (OGRN) 1027739199333
Location: 115035, Russia, Moscow, Sadovnicheskaya emb., 77, bldg. 1
CJSC "Ernst & Young Vneshaudit" is a member of the Non-Profit Partnership "Audit Chamber of Russia" (NP ACR). CJSC "Ernst & Young Vneshaudit" is registered in the register of auditors and audit organizations of NP ACR under No. 3027 and is also included in the control copy of the register of auditors and audit organizations under the primary registration number (OGRN) 10301017410.

[Translated from Russian]

[Logo of Ernst & Young]
By perfecting business,
we improve the world

**CJSC Ernst & Young Vneshaudit**
Sadovnicheskaya Nab., 77, bld. 1
Moscow, 115035, Russia
Tel:     +7 (495) 705 9700
         +7 (495) 755 9700
Fax:    +7 (495) 755 9701
www.ey.com/ru
OKPO 00139790

**Independent Auditor's Report**

To the Shareholders and the Supervisory Board
of OJSC "Sberbank of Russia":

We have audited the accompanying consolidated financial statements of OJSC "Sberbank of Russia" and its subsidiaries, which comprise the consolidated statement of financial position as of December 31, 2013, the consolidated statement of profit and loss, the consolidated statement of comprehensive income, the consolidated statement of changes in equity, the consolidated statement of cash flows for the year 2013, as well as the notes on significant aspects of accounting policies and other explanatory information.

*Responsibility of the Audited Entity for the Consolidated Financial Statements*

The management of the audited entity is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with International Financial Reporting Standards and for such internal control system which is necessary to enable the preparation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

*Auditor's Responsibility*

Our responsibility is to express an opinion on the fair presentation of these consolidated financial statements based on our audit.

We conducted our audit in accordance with federal auditing standards applicable in the Russian Federation and international auditing standards. Those standards require compliance with relevant ethical requirements and the planning and performance of the audit to obtain reasonable assurance that the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on our judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, we consider internal control relevant to the preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements.

[Translated from Russian]

[Logo of OJSC "Sberbank of Russia"]
**Notes to the Consolidated Financial Statements - December 31, 2013**

## 40   Major Subsidiaries

The table below contains information about the Bank's main subsidiaries as of December 31, 2013:

| Name | Type of Activity | Ownership Share | Country of Incorporation |
|---|---|---|---|
| **Subsidiaries:** | | | |
| DenizBank (DenizBank AS) | Banking activity | 99.85% | Turkey |
| Sberbank Europe AG | Banking activity | 100.00% | Austria |
| OJSC "BPS-Sberbank" | Banking activity | 97.91% | Republic of Belarus |
| Subsiduary Bank of JSC "Sberbank" | Banking activity | 100.00% | Kazakhstan |
| JSC "Sberbank of Russia" | Banking activity | 100.00% | Ukraine |
| Sberbank Switzerland (Sberbank Switzerland AG) | Banking activity | 99.15% | Switzerland |
| "Cetelem Bank" LLC (formerly "BNP Paribas Vostok" LLC) | Banking activity | 74.00% | Russia |
| CJSC "Sberbank Leasing" | Leasing | 100.00% | Russia |
| LLC "Sberbank Capital" | Financial services | 100.00% | Russia |
| "Troika Dialog" Group of Companies | Financial services | 100.00% | Cayman Islands |
| CJSC "Rublyovo-Arkhangelskoye" | Construction | 100.00% | Russia |
| LLC "Sberbank Investments" | Financial services | 100.00% | Russia |
| LLC "Auction" | Services | 100.00% | Russia |
| OJSC "Krasnaya Polyana" | Construction | 92.10% | Russia |
| LLC "PS Yandex.Money" | Telecommunications | 75.00% minus 1 ruble | Russia |
| LLC "Crystal Towers" | Construction | 50.01% | Russia |

In the first quarter of 2013, the final valuation of the net assets of DenizBank AS was conducted. The final fair value assessment of the identifiable assets and liabilities of DenizBank AS at the acquisition date did not significantly differ from the preliminary estimate.

In April 2013, DenizBank and Citibank signed an agreement for DenizBank to acquire Citibank's retail banking division in Turkey. The transaction was approved by Turkish authorities in June 2013. As of the approval date, Citibank's retail banking business in Turkey had more than 600,000 clients, with a fair value of loans and advances to customers totaling 1.2 billion Turkish liras and a fair value of deposits amounting to 1.4 billion Turkish liras. The acquisition of Citibank's retail banking division in Turkey was completed in July 2013.