# EXHIBIT 1

[FREE TRANSLATION FROM UKRAINIAN]

[Page 1]

The Ukrainian National Bar Association

CERTIFICATE
ON THE RIGHT TO ENGAGE IN ADVOCATE ACTIVITY

Series PT No. 2473

[Page 2]

According to the Law of Ukraine "On Advocacy and Advocate's Activity"
Citizen **VITYAGANETS OLEKSANDRA IGORIVNA** has the right to practice advocate's activity

Basis: the decision of the Bar Association of the Poltava region
dated January 10, 2019 No. 1

Chairman of the Bar Association of the Poltava region

[stamp: the Bar Association of the Poltava region]                    [signed]

10 January 2019                    V.F. Skukis

[Page 3]

CERTIFICATE OF A UKRAINIAN ADVOCATE
THE UKRAINIAN NATIONAL BAR ASSOCIATION

[photo]

Surname
VYTYAGANETS
Name
OLEKSANDRA
Patronymic name
IGORIVNA
Date of birth
11/19/1986
Certificate number
2473
Date of issuance of the certificate
10.01.2019

[Page 4]

Certificate of the right to practice advocate's
activity No. 2473 dated 10.01.2019
issued on the basis of the decision of the Bar Association of the Poltava region
No.1 dated 10.01.2019

Chairman of the Bar Association of the Poltava region            [signed] [stamp: the Bar Association of
the Poltava region]



Відповідно до Закону України
«Про адвокатуру та адвокатську діяльність»

гр. **ВИТЯГАНЕЦЬ ОЛЕКСАНДРА ІГОРІВНА**

має право на заняття адвокатською діяльністю

Підстава: рішення Ради адвокатів Полтавської області від 10 січня 2019 року №1

Голова Ради адвокатів Полтавської області



Скукіс В.Ф.

10 січня 2019 року



Свідоцтво про право на заняття адвокатською
діяльністю № 2473 від 10.01.2019 року
видано на підставі рішення
Ради адвокатів Полтавської області
№ 1 від 10.01.2019 року

Голова Ради адвокатів
Полтавської області Скукіс В. Ф.

ПОСВІДЧЕННЯ АДВОКАТА УКРАЇНИ



# Practising Certificate for the year 2024/2025

Under the Solicitors Act 1974

## Oleksandra Vytiaganets

is entitled to practise as a solicitor

Paul Philip
Chief Executive

The regulator of solicitors and law firms in England and Wales

Practising certificate commencement date 01/11/2024   Replacement date 31/10/2025

SRAnumber 812513

**Awdurdod Rheoleiddio Cyfreithwyr**
Solicitors Regulation Authority

# Tystysgrif Ymarfer am y flwyddyn 2024/2025

O dan Ddeddf Cyfreithwyr 1974, mae gan

## Oleksandra Vytiaganets

hawl i ymarfer fel cyfreithiwr

*Paul Philip*
Prif Weithredwr

Rheoleiddiwr cyfreithwyr a ffyrmiau cyfreithiol yng Nghymru a Lloegr

Dyddiad cychwyn y dystysgrif ymarfer 01/11/2024     Dyddiad adnewyddu 31/10/2025

Rhif SRA812513