# EXHIBIT 2

КОПІЯ

Додаток
до диплома про вищу освіту
СК № 22962
(без диплома не дійсний)

Прізвище: **Витягненъ**
Ім'я, по батькові: **Олександра Ігорівна**
Дата народження: 19 листопада 1986
Попередній документ про освіту: атестат

Повна назва закладу освіти: **НАЦІОНАЛЬНА ЮРИДИЧНА АКАДЕМІЯ УКРАЇНИ імені Ярослава Мудрого**
Назва диплома: диплом бакалавра
Тип (вид) програми: Освітньо-професійна програма бакалавра
Термін навчання: 3 роки 10 місяців
Форма навчання: денна
Напрям підготовки/спеціальність: Право/правознавство
Спеціалізація: 

Періоди практики:
Учбова практика - липень 2006 р.
Виробнича - січень – березень 2008 р.
Академічні права: Продовження навчання за освітньо-професійною програмою «Спеціаліст»
Професійні права: Займати посади відповідно До Державного класифікатору професій України – ДК 003-95

Дата вступу: 2004 рік
Дата випуску: 2008 рік
Додаткові документи про освіту: 

12 КН № 857076

---

ДОДАТКОВА ІНФОРМАЦІЯ

Тип закладу освіти: Академія Державний ВУЗ
ІІ рівень акредитації

Умови вступу: За контрактом

Вимоги програми навчання: Нормативна частина змісту навчання; перелік навчальних дисциплін за циклами; нормативний термін навчання; форми державної атестації

Навчальне навантаження: 6978 годин

Система іспитів: Семестровий контроль:
Заліки;
Іспити.
Державні іспити

Шкала оцінок: Відмінно, добре, задовільно, залік.

---

Письмова кваліфікаційна робота (тема, час виконання, оцінка): —

Атестація (державні іспити)

| Назва дисципліни (курсу) | Оцінка |
|---|---|
| 1. Теорія держави та права | відмінно |
| 2. Трудове право | відмінно |

Рішенням 2008 державної екзаменаційної комісії
від 26 червня 2008 р. присвоєно кваліфікацію
юриста - бакалавра

Голова державної екзаменаційної комісії
Ректор (директор)
Місто: Полтава
26 червня 2008 р.
Реєстраційний номер: 46/2008

| Назва дисципліни (курсу) | Навчальний час | Оцінка | Назва дисципліни (курсу) | Навчальний час | Оцінка |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 1 | 2 | 3 |
| Філософія | 200 | відмінно | Державне будівництво та самоврядування | 90 | відмінно |
| Основи економ. теорій | 220 | відмінно | Трудове право | 202 | відмінно |
| Соціологія | 54 | відмінно | Господарське право | 176 | відмінно |
| Політологія | 108 | відмінно | Екологічне право | 120 | відмінно |
| Українська та зарубіжна культура | 128 | залік | Кримінальний процес | 256 | відмінно |
| Релігієзнавство | 66 | залік | Цивільний процес | 196 | відмінно |
| Іноземна мова | 340 | відмінно | Криміналістика | 234 | відмінно |
| Фізичне виховання | 444 | залік | Міжнародне право | 82 | відмінно |
| Логіка | 82 | відмінно | Основи інформатики та обчислювальної техніки | 90 | залік |
| Юридична деонтологія | 52 | залік | Основи безпеки життєдіяльності в надзвичайних ситуаціях | 106 | залік |
| Теорія держави та права | 292 | добре | Етика | 50 | залік |
| Історія держави та права України | 216 | добре | Латинська мова | 90 | залік |
| Історія держави та права зарубіжних країн | 182 | добре | Історія вчень про державу та право | 82 | добре |
| Організація судових та правоохоронних органів | 70 | відмінно | Ораторське мистецтво | 56 | залік |
| Конституційне право | 224 | відмінно | Порівняльне правознавство | 50 | залік |
| Державне право зарубіжних країн | 130 | відмінно | Основи римського приватного права | 50 | залік |
| Адміністративне право | 192 | відмінно | Правова статистика | 60 | залік |
| Фінансове право | 96 | відмінно | Судова медицина та психіатрія | 86 | залік |
| Цивільне право | 426 | відмінно | Судова бухгалтерія | 52 | залік |
| Податкове право | | | Податкове право | 70 | залік |
| Кримінальне право | 482 | відмінно | Сімейне право | 54 | залік |
| | | | Методика соціологічних досліджень права | 34 | залік |
| | | | Судочинство в господарських судах | 40 | залік |
| | | | Учбова практика | 216 | залік |
| | | | Виробнича практика | 432 | залік |
| | | | ВСЬОГО | 6978 | |

Переклад з української мови на англійську мову
The translation has been made from Ukrainian into English

Addendum
to the Diploma of higher education
XA No. 35249169
(not valid without the Diploma)

| | |
|---|---|
| Surname | Vytiaganets |
| Name, patronymic | Oleksandra Ihorivna |
| Date of birth | November 19, 1986 |
| Previous education document | the Certificate of General Complete Secondary Education |
| Full name of educational institution | Yaroslav the Wise National Law Academy of Ukraine |
| Name of the Diploma | the Diploma of Bachelor |
| Type (kind) of curriculum | educational and professional program of Bachelor training |
| Term of training | 3 years and 10 months |
| Form of training | full-time |
| Training direction/speciality | Law/Legal Science |
| Specialization | |
| Periods of practice | practical training – July 2006 |
| | manufacturing practical training – January-March 2008 |
| Academic rights | continuation of studies under the educational and professional program "Specialist" |
| Professional rights | hold positions according to the State Occupational Classification of Ukraine – ДК 003-95 |
| Entrance date | 2004 |
| Graduation date | 2008 |
| Additional education documents | - |

12 KH No. 857076

Training program is composed of the following disciplines (courses):

| Discipline (course) name | Training hours | Mark |
|---|---|---|
| 1 | 2 | 3 |
| Philosophy | 200 | excellent |
| Fundamentals of Economic Theories | 220 | excellent |
| Sociology | 54 | excellent |
| Political Science | 108 | excellent |
| Ukrainian and Foreign Culture | 128 | passed |
| Religious Studies | 66 | passed |
| Foreign Language | 340 | excellent |
| Physical Training | 444 | passed |
| Logics | 82 | excellent |
| Legal Deontology | 52 | passed |
| Theory of State and Law | 292 | good |
| History of State and Law of Ukraine | 216 | good |
| History of State and Law of Foreign Countries | 182 | good |
| Organization of Judicial and Law-Enforcement Bodies | 70 | excellent |
| Constitutional Law of Ukraine | 224 | excellent |

| | | |
|---|---|---|
| State Law of Foreign Countries | 130 | excellent |
| Administrative Law | 192 | excellent |
| Financial Law | 96 | excellent |
| Civil Law | 426 | excellent |
| Criminal Law | 482 | excellent |
| State Construction and Local Self-Government | 90 | excellent |
| Labour Law | 202 | excellent |
| Economic Law | 176 | excellent |
| Environmental Law | 120 | excellent |
| Criminal Procedure | 256 | excellent |
| Civil Procedure | 196 | excellent |
| Science of Criminal Law | 234 | excellent |
| International Law | 82 | excellent |
| Fundamentals of Computer Science and Computing Hardware | 90 | passed |
| Fundamentals of Life Safety in Emergencies | 106 | passed |
| Ethics | 50 | passed |
| Latin Language | 90 | passed |
| History of State and Law Studies | 82 | good |
| Art of Public Speaking | 56 | passed |
| Comparative Jurisprudence | 50 | passed |
| Fundamentals of Roman Private Law | 50 | passed |
| Legal Statistics | 60 | passed |
| Forensic Science and Forensic Psychiatry | 86 | passed |
| Forensic Accounting | 52 | passed |
| Law of Taxation | 70 | passed |
| Family Law | 54 | passed |
| Law Sociological Studies Methodology | 34 | passed |
| Legal Proceedings in Economic Courts | 40 | passed |
| Practical Training | 216 | passed |
| Manufacturing Practical Training | 432 | passed |
| TOTAL | 6978 | |

Written qualifying paper (issue, term of fulfilment, mark):

Assessment (state examinations)

| Name of discipline (course) | Mark |
|---|---|
| 1. Theory of State and Law | excellent |
| 2. Labour Law | excellent |

By the Resolution of the State Examination Board as of June 26, 2008 she acquired the qualification of Lawyer with the Bachelor Degree.

Head of the State Examination Board                                        /signed/

Rector (Director) /signed/

Poltava City

June 27, 2008

Registration number  76/2008

Official seal: Ministry of Education and Science of Ukraine, Yaroslav the Wise National Law Academy of Ukraine. No. 02071139.

|  | Additional information |
|---|---|
| Type of educational institution | Academy, State Higher Educational Institution of the II$^{nd}$ accreditation level |
| Entrance conditions | on contract |
| Training program requirements | syllabus compulsory courses; course units schedule under the cycles; training regulatory time limit; state certification forms |
| Training load | 6978 hours |
| System of examinations | Term control: tests, examinations, state examinations |
| Marks scale | Excellent, good, satisfactory, passed. |

Цей переклад з української мови на англійську мову зроблено мною, перекладачем Олізаренко Наталією Анатоліївною

This translation has been made from Ukrainian into English by me, translator Olizarenko Nataliia Anatoliivna

| | |
|---|---|
| Місто Київ, Україна, вісімнадцятого грудня дві тисячі тринадцятого року. | Kyiv City, Ukraine, the eighteenth of December two thousand and thirteen. |
| Я, РУБАНОВА І.Р., приватний нотаріус Київського міського нотаріального округу, засвідчую вірність цієї копії з оригіналу документа; в останньому підчисток, дописок, закреслених слів, незастережних виправлень або інших особливостей не виявлено. | I, RUBANOVA I.R., the private notary of Kyiv City Notarial District, hereby certify the authenticity of this copy from the original of the document; in the latest there are no erasures, writing ups, crossed out words, corrections or other peculiarities. |
| Письмовий переклад тексту документа з української мови на англійську мову зроблено перекладачем Олізаренко Наталією Анатоліївною, справжність підпису якої засвідчую. | Also I hereby certify the authenticity of the signature of the translator Olizarenko Nataliia Anatoliivna, who has made written translation from Ukrainian into English, in witness whereof she has signed it personally before me. |
| Особу перекладача встановлено, його дієздатність та кваліфікацію перевірено. | The identity of the translator is specified herein; the qualification and capability are verified. |
| Зареєстровано в реєстрі за № 5354, 5355 | Registered with Book Register under No. 5354, 5355 |
| Стягнуто плати на підставі ст. 31 Закону України «Про нотаріат». | Fees deducted according to the Art.31 of the Law of Ukraine "On Notaries". |
| Приватний нотаріус /signed/ | Private notary /signed/ |
| | Seal: Private notary Kyiv City Notarial District Rubanova Iryna Romanivna |
| Всього прошито, пронумеровано та скріплено печаткою 5 (п'ять) аркушів. | 5 (five) pages are sewn, sealed and numbered. |
| Приватний нотаріус /signed/ | Private notary /signed/ |
| | Seal: Private notary Kyiv City Notarial District Rubanova Iryna Romanivna |



Додаток
до диплома про вищу освіту
ХА № 36933060
(без диплома не дійсний)

Прізвище __ВИТЯГАНЕЦЬ__
Ім'я __Олександра__
По батькові __Ігорівна__
Дата народження __19 листопада 1986 року__
Попередній документ про освіту __диплом бакалавра__

Повна назва закладу освіти __НАЦІОНАЛЬНА ЮРИДИЧНА АКАДЕМІЯ УКРАЇНИ імені Ярослава Мудрого__
Назва диплома __диплом магістра__
Тип (вид) програми __Освітньо-професійна__
Програма __магістра__
Термін навчання __1 рік__
Форма навчання __денна__
Напрям підготовки/спеціальність __Право/правознавство__
Спеціалізація ____
Період практики __Практика - стажування березень - травень 2009 року__
Академічний прогрес __продовження навчання в аспірантурі__
Професійні права __займати посади відповідно до Державного класифікатору професій України - ДК 003:95__
Дата вступу __2008 рік__
Дата випуску __2009 рік__
Додаткові документи про освіту ____

12 ВД № 143612

---



**APOSTILLE * АПОСТИЛЬ**
(Convention de La Haye du 5 octobre 1961
Гаазька Конвенція від 5 жовтня 1961 року)

1. Україна    Цей офіційний документ
2. підписаний __Сташис В.В.__
3. у якості __ректор__
4. містить проставлену печатку/штамп: Національна юридична академія України імені Ярослава Мудрого

Підтверджено

5. __Київ__    6. дата __23.01.13__
7. __Міністерством освіти і науки, молоді та спорту України__
    __Тимошенко О.В., директор департаменту__
8. за №  А-908-13
   ХА № 36933060 від 13.06.09 р.
9. Печатка/штамп    10. Підпис

AZ-230-13

A-908-13

Даний апостиль засвідчує автентичність документа: факт видачі, справжність підпису та якість, в якій виступала особа, що підписала освітній документ і, у відповідному випадку, відбиток печатки або штампа, яким скріплений офіційний документ.

Апостиль не підтверджує зміст документа, на якому він проставлений.

Додаток
до диплома про вищу освіту
ХА № 36933060
(без диплома не дійсний)

Прізвище **ВИТЯГАНЕЦЬ**
Ім'я, по батькові **Олександра Ігорівна**
Дата народження **19 листопада 1986 року**
Попередній документ про освіту **дипломом бакалавра**

ДОДАТКОВА ІНФОРМАЦІЯ

Тип закладу освіти **Державна Академія**
**IV рівень акредитації**
Умови вступу **За конкурсом**

Повна назва закладу освіти **НАЦІОНАЛЬНА ЮРИДИЧНА АКАДЕМІЯ УКРАЇНИ імені Ярослава Мудрого**
Назва диплома **диплом магістра**
Тип (вид) програми **Освітньо-професійна програма магістра**
Термін навчання **1 рік**
Форма навчання **денна**
Напрям підготовки/спеціальність **Право/правознавство**
Спеціалізація

Письмова кваліфікаційна робота (тема, час виконання, оцінка)

Атестація (державні іспити)

| Назва дисципліни (курсу) | Оцінка |
|---|---|
| Ділова українська мова | відмінно |
| Кримінальне право | відмінно |
| Цивільне право | відмінно |
| Кримінальний процес | відмінно |
| Цивільний процес | відмінно |

Рішенням державної екзаменаційної комісії
від "11" 06.2009 р. присвоєно кваліфікацію
**юриста - магістра**

Система іспитів
**залік, іспит, Державні іспити**

Періоди практики **Практика - стажування березень – травень 2009 року**

Академічні права **продовження навчання в аспірантурі**

Шкала оцінок **Відмінно, добре, задовільно, залік**

Професійні права **займати посади відповідно до Державного класифікатору професій України – ДК 003-95**

Дата вступу **2008 рік**
Дата випуску **2009 рік**
Додатковий документ про освіту

12 ВД № 143612

Місто
13.06.2009
Реєстраційний номер 1075/2009

Програма навчання складається з наступних дисциплін (курсів):

| Назва дисципліни (курсу) | Навчальний час | Оцінка |
|---|---|---|
| 1. Аграрне право | 100 | відмінно |
| 2. Міжнародне приватне право | 76 | відмінно |
| 3. Психологія | 68 | відмінно |
| 4. Кримінологія | 74 | відмінно |
| 5. Кримінально-виконавче право | 56 | відмінно |
| 6. Прокурорський нагляд | 80 | відмінно |
| 7. Земельне право | 66 | відмінно |
| 8. Естетика | 50 | залік |
| 9. Фізичне виховання | 52 | залік |
| 10. Основи управління в органах внутрішніх справ | 50 | залік |
| 11. Складання процесуальних документів | 40 | залік |
| 12. Право інтелектуальної власності | 34 | залік |
| 13. Соціологія права | 34 | залік |
| 14. Правова інформація та комп'ютерні технології в юридичній діяльності | 54 | залік |
| 15. Розслідування злочинів у сфері господарської діяльності | 40 | залік |
| 16. Практикум з криміналістики | 50 | залік |
| 17. Ділова українська мова | 66 | залік |
| 18. Конфліктологія | 38 | залік |
| 19. Спецкурс з кримінального процесу „Кримінально-процесуальне доказування та оперативно-розшукова діяльність" | 34 | залік |
| 20. Основи права Європейського Союзу | 32 | залік |
| 21. Попередження злочинів | 28 | залік |
| 22. Виробнича практика | 378 | залік |
| ВСЬОГО | 1500 | |

Переклад [...] на англійську мову

[...] UM
[...] education
[...]
[...] not valid)

| | |
|---|---|
| Surname | Vytynganets |
| Name, patronymic name | Oleksandra Ihorivna |
| Date of birth | November, 19 1986 |
| Previous educational document | Diploma of Bachelor's degree |
| Full name of educational institution | National Yaroslav Mudryy law Academy of Ukraine |
| Name of the diploma | Diploma of Master's degree |
| Type of program | educational and professional program of master training |
| Time of education | 1 year |
| Form of education | full-time |
| Course of training/specialty | jurisprudence |
| Periods of practice | Practice – traineeship March– May 2009 |
| Academic rights | continuation of studies at postgraduate studies |
| Professional rights | occupy posts according to State classifier of professions of Ukraine- SC 003-95. |
| Date of entering | 2008 year |
| Date of graduation | 2009 year |

12 ВД No. 143612

---

## ADDITIONAL INFORMATION

| | |
|---|---|
| Type of educational institution | State academy, IV accreditation level |
| Conditions of entry | According to contest |
| Requirements of training program | normative part of content of studying; list of academic disciplines according to cycles; normative term of studying; forms of state certification. |
| Program of education | 1500 hours |
| Examination system | test, exam, state exams. |
| Rating scale | excellent, good, satisfied, test. |

Certification (State examinations)

| Name of discipline (course) | Mark |
|---|---|
| Business Ukrainian language | excellent |
| Criminal law | excellent |
| Civil law | excellent |
| Criminal procedure | excellent |
| Civil procedure | excellent |

By the decision of State Examination Board dated 11.06.2009 was given the qualification of lawyer-master.

Head of the State Examination Board   /Signature/

Rector   (Director)   /Signature/

**Kharkiv city**

**13.06.2009**
Registration number **1075/2009**

/Seal: Ministry of Education and Science of Ukraine, National Yaroslav Mudryy law Academy of Ukraine, identification code 02071139/

Training program consists of the following disciplines (courses):

| Name of discipline (course) | Time of education | Mark |
|---|---|---|
| 1 | 2 | 3 |
| 1. Agrarian law | 100 | excellent |
| 2. International private law | 76 | excellent |
| 3. Psychology | 68 | excellent |
| 4. Criminology | 74 | excellent |
| 5. Criminal enforcement law | 56 | excellent |
| 6. Prosecutorial supervision | 80 | excellent |
| 7. Land law | 66 | excellent |
| 8. Esthetics | 50 | excellent |
| 9. Physical training | 52 | excellent |
| 10. Fundamentals of management in the bodies of internal affairs | 50 | test |
| 11. Preparation of procedural documents | 40 | test |
| 12. Intellectual property law | 34 | test |
| 13. Sociology of law | 34 | test |
| 14. Judicial information and computer technologies in juridical activity | 54 | test |
| 15. Investigating crimes in the economic sphere | 40 | test |
| 16. Practical work of criminology | 50 | test |
| 17. Business Ukrainian language | 66 | test |
| 18. Conflict studies | 38 | test |

| | | |
|---|---|---|
| 19. Special course of criminal procedure "Criminal procedure evidence and operative search activity" | 34 | test |
| 20. Fundamentals of law of European Union | 32 | test |
| 21. Crime prevention | 28 | test |
| 22. Industrial training | 378 | test |
| TOTAL | 1500 | |

---

# APOSTILLE
(Convention de La Hayed du 5 octobre 1961)

1. Ukraine

   Present public document
2. has been signed by Stasysh V.V.
3. acting within the capacity of rector

4. bears the affixed seal/stamp of National Yaroslav Mudryy law Academy of Ukraine

   Certified
5. at the city of Kyiv                                6. Date 23.01.2013
7. by O.V. Yakymenko, the Director of the department of the Ministry of Education, Science, Youth and Sports of Ukraine
8. under No.A-908-13
9. Seal/stamp of the Ministry of Education,          10. Signature
   Science, Youth and Sports of Ukraine                  /Signature/
   /APOSTILLE/
   Identification code 37536162

---

AZ-230-13
A-908-13

Apostille that is put on the document: addendum to diploma XA No.36933060 dated 13.06.09.

This apostille witnesses the authenticity of the document: fact of issuing, authenticity of signature and capacity of acting person, who signed the educational document, and in certain case, print of seal or stamp by which official document is stitched.

Apostille does not confirm the content of the document, on witch it's put.

Stitched and sealed 2 (two) papers
/Signature/
Seal: (Ministry of Education, Science, Youth and Sport of Ukraine,
Identification code 37536162)

Переклад з української мови на англійську мову виконано мною, перекладачем Герасько Тетяною Григорівною.

Підпис:

Місто Київ, Україна, двадцять дев'ятого січня дві тисячі тринадцятого року.

Я, Некрилов К. Ю., приватний нотаріус Київського міського нотаріального округу, засвідчую вірність цієї копії з оригіналу документа; в останньому підчисток, дописок, закреслених слів, незастережних виправлень або інших особливостей не виявлено.

Письмовий переклад тексту документа з *української* мови на *англійську* мову зроблено перекладачем **ГЕРАСЬКО ТЕТЯНОЮ ГРИГОРІВНОЮ**, справжність підпису якого засвідчую.

Особу перекладача встановлено, його дієздатність та кваліфікацію перевірено.

Зареєстровано в реєстрі за № _1022, 1023_

Стягнуто плати згідно ст. 31 Закону України «Про нотаріат»

Приватний нотаріус                                           К. Ю. Некрилов

Пронумеровано, прошнуровано і скріплено печаткою _____ аркушів

Приватний нотаріус