# EXHIBIT 3



# UNIVERSITY OF LIVERPOOL

## FACULTY OF HUMANITIES AND SOCIAL SCIENCES

### Degree of Master of Laws

We hereby certify that on the authority of the Senate

**Oleksandra Vytiaganets**

was awarded the Degree of

Master of Laws
with distinction

on the twenty-eighth day of November 2016 and that the degree was conferred at a ceremony on the eighth day of December 2016

EXECUTIVE PRO-VICE-CHANCELLOR, FACULTY OF HUMANITIES AND SOCIAL SCIENCES

VICE-CHANCELLOR                                  DEPUTY VICE-CHANCELLOR

Details of the programme of studies completed for this award are available on the Diploma Supplement

00101353



## BIRMINGHAM CITY UNIVERSITY

By the Authority of the Academic Board of the University

It is hereby certified that

**Oleksandra Vytiaganets**

was admitted to the degree of

**Doctor of Philosophy**

in recognition of a programme of work entitled

**International Investment Regime, Tobacco Control and Regulatory Chill: Case Studies in the post-Soviet space**

17 March 2022

**Professor Philip Plowden**
BA Hons (Oxon), LLM, Solicitor, Barrister, NTF HEA
Vice-Chancellor

