# EXHIBIT 4



# Oleksandra Vytiaganets



**T**: +44 7388 662986
**E:** oleksandra.vytiaganets@dwf.law

One Snowhill Snow Hill Queensway,
Birmingham B4 6GA
United Kingdom

**Professional Experience**
**2016-present**
DWF Law LLP, UK

**2014-2015**
MP Legal Assistant Advisor, Ukraine

**2010-2014**
Dispute resolution lawyer, Ukraine

**Qualifications**
**2022**
Ph.D International Investment Law
Birmingham City University, UK

**2003**
LL.M in International Human Rights Law (distinction)
University of Liverpool, UK

**2008-2009**
Bachelor and Master of Law (distinction)
Yaroslav Mudryi National Law University

**Languages**
Ukrainian, Russian, English

---

Oleksandra is an associate at DWF's dispute resolution team in the UK. She is a dual-qualified lawyer (England & Wales and Ukraine) specialising in litigation, commercial and investment arbitration and regulatory disputes. She holds a Ph.D. degree in international investment law and frequently speaks at international events and publishes on the subject of international arbitration.

Oleksandra has experience in banking, retail, energy, water, construction, housing, and agricultural sectors including matters involving issues of fraud, assignment, trust, joint venture, partnership and breach of fiduciary duty. Over the past few years, she has been involved in cases involving a variety of jurisdictions, including Russia, Ukraine, Uzbekistan, the BVI, Cyprus, Germany, Dubai, and Saudi Arabia, where she advised on cases involving English, Ukrainian, Uzbekistan and Russian law.

Prior to joining DWF, Oleksandra worked in Ukraine acting as counsel for national and foreign clients in courts of all instances in Kyiv, Dnipro, Odesa and other cities.

**Experience highlights:**

- Advising a deposit guarantee fund in respect of the recovery of $1 billion assets of a defunct bank in Eastern Europe involving parties residing in Hong Kong.
- Advising Dutch and UK investors in an investment dispute against an Asian host state arising out of alleged expropriation of bank shareholding rights.
- Advising a UK financial institution on its high-value claim for debt recovery against a foreign individual.
- Advising foreign investors in relation to multi-million investment claims against Uzbekistan and third-party funding facilities.
- Advising a UK diamond broker in a multi-million English High Court dispute against a Hong Kong resident.
- A $500M worth of LCIA arbitration case involving demerger of commercial interests of two high-net-worth people and concerns related to partnerships and fiduciary obligations.
- A $450m LCIA arbitration between Russian and Ukrainian individuals relating to partnership and breach of fiduciary duty.
- £26m claim under a loan agreement by a BVI company against a Russian individual with allegations of fraud.
- Advising a global online business in relation to various disputes with its suppliers and Groceries Supply Code of Practice (GSCOP) compliance.
- Acting for a major water supplier in relation to a high-value dispute with its corporate customer.
- Acting for a UK retailer in relation to a claim for losses following a company voluntary arrangement.
- Advising a multi-national company in relation to the prevention of tax evasion facilitation and risk assessment under the Criminal Finances Act 2017.

Oleksandra has been involved in various pro bono initiatives including advising an NGO taking part in public discussions at COP28; advising in relation to guardianship for Ukrainian children and pharma regulations in Ukraine. She volunteered at a joint project by UNDP, DoJ (US), Council of Europe monitoring the application of the Criminal Procedural Code of Ukraine by the courts of general jurisdiction.

She sits as an arbitrator at the FDI Moot Court competition, mentors Ukrainian lawyers seeking to transition their careers in the UK and assists with Ukraine relief efforts.

© DWF 2024. DWF is a legal business operating through various separate and distinct legal entities. Our lawyers are subject to the rules of the regulatory body with whom they are admitted. For further information about these entities and DWF's structure, please refer to the Legal Notices page on our website. All rights reserved.

**www.dwf.law**



**Recent Events:**

- Speaker at the ICC YAAF Event "What comes first: investment protection or environmental protection?", 13th Investment Treaty Arbitration Conference (Prague, 25 October 2023).
- Speaker at Mediation and arbitration training for Ukrainian lawyers, 'Arbitration of Investment Disputes', SUKRAM, Lewiatan Court of Arbitration and DWF (Poland) (Warsaw, February 2024).

**Selected Publications:**

- O Vytiaganets, 'Smoking Chills? Tobacco Regulatory Chill, Foreign Investment, and the NCD Crisis in the Post-Soviet Space: A Case Study from Ukraine' (2020) 21(5) JWIT 753.
- M Sattorova and O Vytiaganets, 'Learning from Investment Treaty Law and Arbitration: Developing States and Power Inequalities' in Daniel Behn, Ole Kristian Fauchald and Malcolm Langford (eds), Empirical Perspectives on Investment Arbitration (Cambridge University Press 2022).
- S Ebere, O Vytiaganets, 'English Courts Reaffirm the Procedure for Enforcing an Arbitral Award against a State (Zhongshan Fucheng Investment Co Ltd v Federal Republic of Nigeria)', Lexis Nexis Summary: Zhongshan Fucheng Investment Co Ltd v Federal Republic of Nigeria, Aug 7, 2023.
- S Ebere, O Vytiaganets, 'English Courts Reaffirm High Standard for Breach of Duty to Make Full & Frank Disclosure (Eurafric Power Ltd v Bureau of Public Enterprises)', Lexis Nexis Case Summary: Eurafric v BPE & Nigeria, Apr 18, 2023.
- S Ebere, N, O Vytiaganets, N Gunney, 'The Growing Prevalence of ESG Issues in Mining Arbitration, Mining Arbitration Report', Jus Mundi, Mar 1, 2023.
- O Vytiaganets, S Ebere, E Wętrys and A Habib, 'Unveiling the Depths: Corruption in Mining Arbitration', McGill Journal of Dispute Resolution (accepted for publication).

**Honours & Awards:**

- Classic Doctoral Training Grant (STEAM FF), Birmingham City University 2016.
- Hodgson Law Scholarship 2015.

© DWF 2024. DWF is a legal business operating through various separate and distinct legal entities. Our lawyers are subject to the rules of the regulatory body with whom they are admitted. For further information about these entities and DWF's structure, please refer to the Legal Notices page on our website. All rights reserved.

**www.dwf.law**