# EXHIBIT 5

## DECREE OF THE PRESIDENT OF UKRAINE №64 / 2022

On the imposition of martial law in Ukraine

In connection with the military aggression of the Russian Federation against Ukraine, based on the proposal of the National Security and Defense Council of Ukraine, in accordance with paragraph 20 of the first article 106 of the Constitution of Ukraine, the Law of Ukraine "On Martial Law" I enact:

1. To impose martial law in Ukraine from 05:30 on February 24, 2022, for a period of 30 days.

2. Military Command, General Staff of the Armed Forces of Ukraine, Command of the Joint Forces of the Armed Forces of Ukraine, command of species, certain types of troops (forces) of the Armed Forces of Ukraine, Department of Operational Commands, commanders of military units, units of the Armed Forces of Ukraine, State Border Service of Ukraine, State Special Transport Service, State Service for Special Communications and Information Protection of Ukraine, National Guard of Ukraine, Security Service of Ukraine, Foreign Intelligence Service of Ukraine, Department of State Protection of Ukraine) together with the Ministry of Internal Affairs of Ukraine, other executive bodies local self-government to implement and conduct the measures and powers provided by the Law of Ukraine "On the Legal Regime of Martial Law", necessary to ensure the defense of Ukraine, protection of public safety and the interests of the state.

3. In connection with the imposition of martial law in Ukraine temporarily, for the period of martial law, the constitutional rights and freedoms of man and citizen provided for in Articles 30 - 34, 38, 39, 41 - 44, 53 of the Constitution of Ukraine, as well as to introduce temporary restrictions on the rights and legitimate interests of legal entities within the limits and to the extent necessary to ensure the possibility of introducing and implementing measures of martial law, which are provided for in part one of Article 8 of the Law of Ukraine "On Martial Law".

4. The Cabinet of Ministers of Ukraine shall immediately:

1) put into effect a plan for the introduction and provision of measures for the legal regime of martial law in Ukraine;

2) provide funding and take, within the limits of its powers, other measures related to the introduction of the legal regime of martial law on the territory of Ukraine.

5. The State Service of Ukraine for Emergencies shall immediately, together with regional, Kyiv city state administrations, other state bodies, institutions, enterprises, organizations of all forms of ownership, bring the unified state civil protection system, its functional and territorial subsystems ready to perform its assigned tasks for the duration of the special period.

6. Regional, Kyiv city state administrations, local self-government bodies to establish defense councils and provide assistance to the military command in the introduction and implementation of measures of the legal regime of martial law.

7. The Ministry of Foreign Affairs of Ukraine to provide information in the prescribed manner to the UN Secretary-General and foreign officials on the imposition of martial law in Ukraine, on restrictions on human and civil rights and freedoms, which is a deviation from obligations under the International Covenant on Civil and Political Right, and the extent of these deviations and the reasons for such a decision.

8. This Decree shall enter into force simultaneously with the entry into force of the Law of Ukraine "On Approval of the Decree of the President of Ukraine" On the Imposition of Martial Law in Ukraine ".

**President of Ukraine V. ZELENSKYY**

**February 24, 2022**