# EXHIBIT 6



# VERKHOVNA RADA OF UKRAINE
Legislation of Ukraine

# On the extension of the martial law in Ukraine

Document **469/2024 ()** , *valid* , current edition — **Approval** dated **08.08.2024** , basis - 3891-IX

Information  save  Document card  Document content  Search in text  Text for printing  



*Decree*

*of the President of Ukraine*

**On the extension of the martial law in Ukraine**

{The decree was approved by Law No. 3891-IX of July 23, 2024 }

In connection with the ongoing large-scale armed aggression of the Russian Federation against Ukraine, based on the proposal of the National Security and Defense Council of Ukraine, in accordance with paragraph 20 of the first part of Article 106 of the Constitution of Ukraine, the Law of Ukraine "On the Legal Regime of Martial Law", **I decree:**

1. On the partial amendment of Article 1 of the Decree of the President of Ukraine of February 24, 2022 No. 64/2022 "On the introduction of martial law in Ukraine", approved by the Law of Ukraine of February 24, 2022 No. 2102-IX (as amended by the Decree of March 14 of 2022 No. 133/2022, approved by the Law of Ukraine of March 15, 2022 No. 2119-IX, by Decree of April 18, 2022 No. 259/2022, approved by the Law of Ukraine of April 21, 2022 No. 2212-IX, by Decree of May 17, 2022 No. 341/2022, approved by the Law of Ukraine dated May 22, 2022 No. 2263-IX, Decree No. 573/2022 dated August 12, 2022, approved by the Law of Ukraine No. 2500-IX dated August 15, 2022, Decree No. 757 dated November 7, 2022 /2022, approved by the Law of Ukraine dated November 16, 2022 No. 2738-IX, Decree No. 58/2023 dated February 6, 2023, approved by the Law of Ukraine No. 2915-IX dated February 7, 2023, Decree No. 254/2023 dated May 1, 2023 , approved by the Law of Ukraine dated May 2, 2023 No. 3057-IX, Decree dated July 26, 2023 No. 451/2023, approved by the Law of Ukraine dated July 27, 2023 No. 3275-IX, Decree dated November 6, 2023 No. 734/2023, approved Law of Ukraine No. 3429-IX of November 8, 2023, Decree No. 49/2024 of February 5, 2024, approved by Law of Ukraine No. 3564-IX of February 6, 2024, and Decree No. 271/2024 of May 6, 2024, approved by Law of Ukraine dated May 8, 2024 No. 3684-IX), to extend the period of martial law in Ukraine from 05:30 on August 12, 2024 for a period of 90 days.

2. To ensure that the Ministry of Foreign Affairs of Ukraine informs the UN Secretary General and officials of foreign countries in accordance with the established procedure about the extension of the martial law in Ukraine, about restrictions on the rights and freedoms of man and citizen, which is a deviation from the obligations under the International Covenant on Civil and political rights , and about the limits of these deviations and the reasons for making such a decision.

3. This Decree enters into force simultaneously with the entry into force of the Law of Ukraine "On Approval of the Decree of the President of Ukraine "On Extending the Term of Martial Law in Ukraine".

**President of Ukraine**                                                                                                                 **V. ZELENSKY**

Kyiv,
July 23, 2024
No. 469/2024

Software and technical support — Management of computerized systems