# EXHIBIT 10



**VERKHOVNA RADA OF UKRAINE**
Legislation of Ukraine

# Some issues of acceptance on the territory of Ukraine during martial law of documents issued by authorized bodies of foreign states

Document 107-2023-p () , valid , current edition — **Acceptance** dated **02.04.2023**

( The last event — **Entry into force** took place on February 9, 2023 . Look in history? )

Information   save   Document card   Document content   Search in text   Text for printing



**CABINET OF MINISTERS OF UKRAINE**

**RESOLUTION**

dated February 4, 2023 No. 107
Kyiv

### Some issues of acceptance on the territory of Ukraine during martial law of documents issued by authorized bodies of foreign states

The Cabinet of Ministers of Ukraine **decrees** :

1. Establish that:

during martial law and within six months after its termination or cancellation, documents produced or certified on the territory of foreign countries by an institution or a person specially authorized for that purpose within the limits of their competence according to the established form and sealed with a seal are accepted on the territory of Ukraine without a special certificate (consular legalization, affixing of an apostille, etc.) if, as of February 24, 2022, such documents were accepted on the territory of Ukraine without a special certificate;

persons specified in the third paragraph of clause 2 of the Resolution of the Cabinet of Ministers of Ukraine dated November 1, 2022 No. 1232 "Some issues of the provision of administrative services by the State Migration Service under martial law" (Official Gazette of Ukraine, 2022, No. 88, Article 5480) , within 30 days from the date of entry into force of this resolution, they may again apply for the registration and exchange of a temporary residence permit, if the deadline for applying for its registration and exchange came between December 27, 2022 and the date of entry into force of this resolution and they were refused acceptance of documents in connection with the absence of an apostille on the submitted documents.

2. In the third paragraph of clause 2 of the Resolution of the Cabinet of Ministers of Ukraine dated November 1, 2022 No. 1232 "Some issues of the provision of administrative services by the State Migration Service under martial law" (Official Gazette of Ukraine, 2022, No. 88, Article 5480) the words replace "fifteenth, sixteenth" with the words "fourteenth, fifteenth".

**Prime Minister of Ukraine**                                                                                                        **D. Shmygal**

Ind. 29

Software and technical support — Management of computerized systems

Information content — Division of databases of regulatory and legal information