# EXHIBIT 13

Case 1:24-cv-03287-AT    Document 89-13    Filed 11/19/24    Page 2 of 3

(/def

(/)

10-03-2023 | 15:16

# DENYS MALYUSKA: WE ARE STRENGTHENING THE PROTECTION OF NATIONAL INTERESTS IN THE FUTURE LAWSUITS OF UKRAINE IN CONNECTION WITH THE MILITARY AGGRESSION OF THE RUSSIAN FEDERATION

The Cabinet of Ministers adopted a resolution on strengthening the protection of national interests in future lawsuits by the state of Ukraine in connection with the military aggression of the Russian Federation. The resolution establishes a moratorium (ban) on the performance, including by force, of monetary and other obligations at the expense of the State Budget of Ukraine by creditors (collectors) for whom foreign legal entities are the ultimate beneficial owner, member or participant (shareholder) , which has a share in the authorized capital of 10% or more, which are the Russian Federation and citizens of Poland federations, except for those residing on the territory of Ukraine on legal grounds.

"In order to strengthen the protection of the interests of the state of Ukraine and stop the financing of legal entities connected with the Russian Federation, which inevitably leads to the indirect financing of Russia's military aggression, it is urgent to extend the effect of the moratorium on the fulfillment of obligations to legal entities formed in accordance with the legislation of a foreign country states associated with the Russian Federation, at the expense of the funds provided for in the State Budget of Ukraine," explains Minister of Justice Denys Malyuska.

At the same time, the effect of the moratorium will not extend only to the free alienation/transfer in favor of the state of Ukraine, but also to the satisfaction of the requirements of the National Bank for loans granted to banks to support liquidity. This will contribute to the stable and well-established operation of the banking system, which is a guarantee of a properly functional economy of the state. Thus, the moratorium cannot be used by banking institutions as an excuse to avoid paying debts to the National Bank of Ukraine.

In addition, the resolution adopted by the Government regulates the issue of acquiring the right of ownership of the property of persons associated with the aggressor state, on the basis of a court decision or in the order of inheritance, in order for such persons to fulfill the obligations arising from the acquisition of the right of ownership.

Thus, on the basis of a court decision or in the order of inheritance, persons related to the aggressor state will acquire the right to property (since it is impossible to limit such acquisition) and will be able to own and use this property. At the same time, such a person will be able to apply to a notary public to perform a notarial act regarding the issuance of a certificate of the right to inheritance, as well as to carry out state registration of the ownership of such property on the basis of previously issued certificates of the right to inheritance.

"Official recognition by the state of the right to inheritance through its state registration will provide an opportunity to demand the fulfillment of obligations that arise with the acquisition of ownership, in particular, the payment of inheritance tax, the obligation to maintain property, etc. In addition, it will contribute to the identification of assets, the acquisition of which by persons associated with the aggressor state, was not reflected in state registers (state information resources). In this way, the property, information about which was not entered into the state registers, referring to the moratorium, will be "on the radars" of state authorities and law enforcement agencies," says Denys Malyuska.

© Ministry of Justice of Ukraine

+380 44 364-23-93 – multi-channel

telephone number

of the Ministry of Justice of Ukraine (tel:+380443642393)

callcentre@minjust.gov.ua (mailto:callcentre@minjust.gov.ua)

CONTACT THE MINISTRY

(https://www.facebook.com/minjust.official/?fref=ts)		(https://twitter.com/minjust_gov_ua)

(https://www.youtube.com/channel/UCjYKjQMvu7X7fmaMOIFQ_Zg)

(https://www.instagram.com/minjust_of_ukraine/)		(https://t.me/minjustofficial)