# EXHIBIT 19

Case category no **910/1418/23: Economic affairs (until 01.01.2019); Property disputes; Payments for products, goods, services; For consumed energy carriers.**

Sent for publication: **03/15/2024.** Registered: **16.03.2024.** Provision of general access: **03/18/2024.**

Effective date: **03/14/2024**

Number of court proceedings: **not determined**


Верховний Суд

**DECREE**

**ON BEHALF OF UKRAINE**

March 14, 2024

Kyiv

**Law No. 910/1418/23**

**The Supreme Court as part of the panel of judges of the Commercial Court of Cassation:**

Kolos I.B. (chairman), I.V. Bulgakova, T.E. Zhaivoronok,

**with the participation of** the secretary of the court session Hybalo V.O.,

**representatives of the parties to the case:**

**of the private enterprise "Kirovogradbudresurs" -** S.A. Holovatyuk, lawyer (warrant dated 01.23.2024 VA No. 1071053),

**of the state enterprise "Guaranteed Buyer" -** A.V. Franyuk, lawyer (power of attorney dated 12.29.2023),

**private joint-stock company "National Energy Company "Ukrenergo" -** did not appear,

**The National Commission, which carries out state regulation in the spheres of energy and communal services -** did not appear,

**Cabinet of Ministers of Ukraine -** did not appear,

**considered** in an open court session

**cassation appeal** of the private enterprise "Kirovogradbudresurs"

**on the resolution** of the Northern Commercial Court of Appeal dated 19.12.2023 (presiding judge: Vladimirenko S.V., judges: Khodakivska I.P., Demydova A.M.)

**and the resolution** of the Northern Commercial Court of Appeal dated 19.12.2023, adopted as a result of the review of the additional decision of the Commercial Court of the City of Kyiv dated 09.10.2023 (presiding judge: Vladimirenko S.V., judges: Khodakivska I.P., Demydova A.M.)

**in case No. 910/1418/23**

**according to the claim** of the private enterprise "Kirovogradbudresurs" (hereinafter - the plaintiff, complainant, PE "Kirovogradbudresurs")

**to** the state enterprise "Guaranteed Buyer" (hereinafter - the defendant, SE "Guaranteed Buyer"),

**third parties who do not make independent claims regarding the subject of the dispute, on the side of the defendant:** the private joint-stock company "National Energy Company "Ukrenergo" (hereinafter - third party 1, PrJSC "NAC "Ukrenergo"), the National Commission that carries out state regulation in the spheres of Energy and Utilities (hereinafter - third party 2, NKREKP), Cabinet of Ministers of Ukraine (hereinafter - third party 3, CMU)

**on**   recovery of UAH 14,582,780.74.

Guided by Articles 308, 310, 315, 316 of the Economic Procedural Code of Ukraine, the Supreme Court

**RESOLVED:**

1. The cassation appeal of the private enterprise "Kirovogradbudresurs" against the decision of the Northern Commercial Court of Appeal dated 19.12.2023 and the decision of the Northern Commercial Court of Appeal dated 19.12.2023, adopted as a result of the review of the additional decision of the Commercial Court of the City of Kyiv dated 10.9.2023, shall be partially satisfied.

2. The resolution of the Northern Commercial Court of Appeal dated 19.12.2023 and the resolution of the Northern Commercial Court of Appeal dated 19.12.2023, adopted as a result of the review of the additional decision of the Commercial Court of the City of Kyiv dated 09.10.2023 in case

No. 910/1418/23, shall be annulled.

3. Case No. 910/1418/23 shall be transferred to the Northern Commercial Court of Appeal for a new consideration.

The resolution enters into force from the moment of its adoption, is final and is not subject to appeal.

**Judge I. Kolos**

**Judge I. Bulgakov**

**Judge T. Zhaivoronok**