# EXHIBIT 20

Case category no **204/10209/24: Criminal cases (from 01.01.2019); Proceedings at the request of law enforcement agencies, at the request of the investigator, prosecutor and other persons; extension of the term of detention of a person under house arrest.**

Submitted for publication: **Not determined.** Registered: **08.11.2024.** Provision of general access: **11.11.2024.**

Effective date: **07.11.2024**

Number of court proceedings: **11-cc/803/1985/24**

Number of criminal proceedings in the EDPR: **12024040000000262**



## DNIPROV COURT OF APPEALS

Proceedings No. 11-cc/803/1985/24 Case No. 204/10209/24 Judge in the 1st instance - PERSON_1 Judge in the 2nd instance - PERSON_2

### RESOLVED

### ON BEHALF OF UKRAINE

### (decisive part)

November 7, 2024 , Dnipro

The Dnipro Court of Appeals as part of the panel of judges of the trial chamber for consideration of criminal cases:

the presiding judge-reporter PERSON_2

judges PERSON_3, PERSON_4

with the participation of the secretary of the court session PERSON_5

having considered in an open court session the appeal of the defense attorney of PERSON_6 against the decision of the investigating judge of the Krasnogvardiyskyi District Court of Dnipropetrovsk dated October 18, 2024 on the extension of the term of house arrest in criminal proceedings No. 12024040000000262 dated March 12, 2024 regarding

**PERSON_7,** born INFORMATION_1 in the Russian Federation, a citizen of the Russian Federation, registered at the address: ADDRESS_1, lives at the address: ADDRESS_2, not previously convicted,

a suspect in the commission of criminal offenses provided for in part 4 of article 189, part 2 of article 146, part 3 of article 357, part 2 of article 15 - part 3 of article 152, part 2 of article 122 of the Criminal Code of Ukraine (hereinafter - the Criminal Code),

with the participation of:

prosecutor   PERSON_8

suspect PERSON_7

defenders PERSON_6

**INSTALLED:**

In connection with the fact that the drafting of the full text of the resolution requires considerable time, the panel of judges, in accordance with Part 2 of Art. 376 of the Criminal Procedure Code of Ukraine (hereinafter referred to as the CPC), considers it necessary to limit itself to drafting and announcing its operative part.

Guided by Articles 199, 405, 407, 419, 422 of the Criminal Code, the Court of Appeal

**RESOLVED:**

The appeal of the defense attorney of PERSON_6 is dismissed.

The decision of the investigative judge of the Krasnogvardiy District Court of Dnipropetrovsk dated October 18, 2024 on extending the term of house arrest in relation to PERSON_7, suspected of committing criminal offenses provided for in part 4 of article 189, part 2 of article 146 , part 3 of article 357, part 2 of article 15 - part 3 of article 152, part 2 of article 122 Leave the Criminal Code of Ukraine unchanged.

The decision takes legal effect from the moment of its announcement and is not subject to a cassation appeal.

The full text of the resolution will be announced at 12:30 pm on November 12, 2024.

**Judges:**

_____  _____  _____

**PERSON_2   PERSON_3   PERSON_4**