# EXHIBIT 21

Case category no **569/17593/22: Criminal cases (from 01.01.2019); Crimes against the foundations of national security of Ukraine; Encroachment on the territorial integrity and inviolability of Ukraine.**

Sent for publication: **06/17/2024.** Registered: **17.06.2024.** Providing general access: **06/18/2024.**

Court proceedings number: **1-kp/569/505/24**

Number of criminal proceedings in the EDPR: **22022180000000269**



Case no. 569/17593/22

# SENTENCE

## ON BEHALF OF UKRAINE

(introductory and concluding part)

June 14, 2024

INFORMATION_1

in the panel of judges chaired by judge PERSON_1, judges PERSON_2, PERSON_3

court session secretary PERSON_4

Having Considered in the Open Court Session The United Criminal Proceedings № 220222180000000269, 22022180000000303, 22022180000000302, 2202318000023, 22023180000 000057, 22023180000000021, 22022180000000268, 220231800000058, 22022180000265, 22021800 0062, 220231800000077, 2202318000000 0000000046, 22022180000000304, 22023180000000059, 22023180 000000071, 22023180000000072, 22023180000000043, 22023180000000106, 22023180000000079, 2202318 0000000097, 22023180000000083 22023180000000073, 22023180000000075, 22023180000000082, 22023180000000081, 22023180000000096 22022000000000081, 220231800 00000107, 22023180000000102, 22023180000000074, 22023180000000105, 22023180000000095 000000101, 22023180000000103, 22023180000000070, 22023180000000078, 22023180000000098, 22023180000000059 , 22023180000000104, 22023180000000076, 22023180000000061, 22023180000000080, 22023180000000 99 on the charge

PERSON_5 , INFORMATION_2 , native of Gudermes, Chechen Republic, Russian Federation, citizen of the Russian Federation, place of residence unknown, working address: Russian Federation, ADDRESS_1,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_6 , INFORMATION_3 , citizens of the Russian Federation, born in the village of Butenky, Kobelyak district, Poltava region, place of residence unknown,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_7 , INFORMATION_4 , citizen of the Russian Federation, native of Buynaksk, Republic of Dagestan, Russian Federation, place of residence unknown

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_8 , INFORMATION_5 , native of Armavir, Krasnodar Territory, Russian Federation, citizen of the Russian Federation, place of residence unknown

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_9, INFORMATION_6, a native of the village of Obsko, Kamian District, Altai Territory, Russian Federation, citizen of the Russian Federation, place of residence unknown

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_10, INFORMATION_7, native of Moscow, Russian Federation, citizen of the Russian Federation, place of residence unknown

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_11, INFORMATION_8, born in the village of Nikolina Balka, Petrovsky District, Staropil Krai, Russian Federation, citizen of the Russian Federation, place of residence unknown

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_12, INFORMATION_9, born in Khmelnytskyi, Ukraine, citizen of the Russian Federation, place of residence unknown,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_13, INFORMATION_10, native of Krasnodar, Krasnodar Territory, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_14, INFORMATION_11, native of Arzamas-16, Horkiv region, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_15, INFORMATION_12, native of Tbilisi, Republic of Georgia, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_16, INFORMATION_13, born in the village of Poyarkovo, Amur region. of the Russian Federation, place of residence is unknown. a citizen of the Russian Federation,

in the commission of a criminal offense provided for in ch. 3 Art. 110 of the Criminal Code of Ukraine, -

PERSON_17 , INFORMATION_14 , a native of the village of Parychi, Gomel region, Republic of Belarus, place of residence unknown, citizen of the Russian Federation. work address: ADDRESS_1,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_18, INFORMATION_15, native of Zlatoust, Chelyabinsk region, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_19, INFORMATION_16. natives of Novobayramgulovo, Uchalinsky District, Republic of Bashkortostan, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_20, INFORMATION_17, native of Belgorod, Belgorod region, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_21, INFORMATION_18, native of Volgograd, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_22, INFORMATION_19, native of Nizhnyokamsk, Republic of Tatarstan, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_23, INFORMATION_20, born in Vladivostok, Primorsky Krai, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_24, INFORMATION_21, native of Yuzhno-Sukhokumsk, Republic of Dagestan, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_25, INFORMATION_22, native of Bor, Horkiv region, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in ch. 3 Art. 110 of the Criminal Code of Ukraine, -

PERSON_26, INFORMATION_23, native of Moscow, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_27, INFORMATION_24, born in the village of Krutchensk Baihor, Usman district, Lipetsk region, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_28 , INFORMATION_25 , native of Mykhailiv Khutor, Tatsyn District, Rostov Oblast, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_29 , INFORMATION_26 , native of Leningrad, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_30, INFORMATION_27, native of Ulyanovsk, Ulyanovsk Oblast, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_31, INFORMATION_28, born in the village of Kozinka, Karachiv district, Bryansk region, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_32 , INFORMATION_29 , native of Moscow, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_33, INFORMATION_30, born in Moscow, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_34, INFORMATION_31, native of Ramensk, Moscow Region, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_35, INFORMATION_32, born in Saransk, Republic of Mordovia, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_36, INFORMATION_33, native of Barnaul, Altai Krai, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_37, INFORMATION_34, born in the village of Migna, Yermakovsky District, Krasnoyarsk Krai, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_38, INFORMATION_35, native of Maikop, Republic of Adygea, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_39, INFORMATION_36, native of Moscow, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_40, INFORMATION_19, born in Alma-Ata, Republic of Kazakhstan, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_41, INFORMATION_37, born in Tyumen, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_42, INFORMATION_38, born in the village of Altynivka, Krolevetsky district, Sumy region, Ukraine, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_43, INFORMATION_39, born in Makiivka, Donetsk region, Ukraine, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_44, INFORMATION_40, native of Trubchevsk, Bryansk region, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_45, INFORMATION_41, native of Tashtalog, Tashtagol district, Kemerovo region, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_46, INFORMATION_24, native of Irkutsk, Irkutsk region, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_47, INFORMATION_42, born in Dzhankoy, Autonomous Republic of Crimea, Ukraine, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_48, INFORMATION_43, born in the village of Stary Urukh, Republic of Kabardino-Balkaria, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_49 , INFORMATION_44 , native of Vladivostok, Primorsky Krai, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_50, INFORMATION_45, native of Kazan, Republic of Tatarstan. of the Russian Federation, place of residence is unknown, a citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_51 , INFORMATION_46 , native of Moscow, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_52 , INFORMATION_47 , born in Moscow, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_53 , INFORMATION_48 , native of Oktyabrskyi, Republic of Bashkortostan, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_54, INFORMATION_49, born in the village of Sarly, Aznakiiv district, Republic of Tatarstan, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_55 , INFORMATION_50 , native of Kokhma, Ivanovskyi district, Ivanovo region, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_56 , INFORMATION_51 , native of Moscow, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_57 , INFORMATION_52 , born in Moscow, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_58, INFORMATION_53, born in the village of Khor, Khabarovsk Krai, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_59 , INFORMATION_54 , native of Krasnoyarsk, Krasnoyarsk Territory, Russian Federation, place of residence unknown, citizen of the Russian Federation,

in the commission of a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine,

PERSON_60 , INFORMATION_55 , native of Perm, Perm Region, Russian Federation, place of residence unknown, citizen of the Russian Federation

in the commission of a criminal offense provided for in ch. 3 Art. 110 of the Criminal Code of Ukraine, -

with the participation of participants in court proceedings

prosecutors PERSON_61, PERSON_62,

the defense attorney of the accused PERSON_24, PERSON_26, PERSON_27, PERSON_15, PERSON_63 the lawyer PERSON_64

the defense attorney of the accused PERSON_65, PERSON_66, PERSON_67, PERSON_68, PERSON_69 the lawyer PERSON_70,

defense attorney of the accused PERSON_71, PERSON_72, PERSON_73, PERSON_74, PERSON_75, attorney PERSON_76,

the defense attorney of the accused PERSON_77, PERSON_78, PERSON_79, PERSON_80, PERSON_81 the lawyer PERSON_82,

the defense attorney of the accused PERSON_19, PERSON_7, PERSON_6, PERSON_28, PERSON_11 the lawyer PERSON_83,

the defense attorney of the accused PERSON_13, PERSON_25, PERSON_84, PERSON_17, PERSON_10, PERSON_21 the lawyer of PERSON_85,

the defense attorney of the accused PERSON_12, PERSON_16, PERSON_9, PERSON_8, PERSON_14 the lawyer PERSON_86,

the defense attorney of the accused PERSON_18, PERSON_20, PERSON_87, PERSON_88, PERSON_22 the lawyer PERSON_89,

the defense attorney of the accused PERSON_29, PERSON_90, PERSON_91, PERSON_92, PERSON_93 the lawyer PERSON_94,

defense counsel of the accused PERSON_95, PERSON_96, PERSON_97, PERSON_23, PERSON_98, lawyer PERSON_99,

the defense attorney of the accused PERSON_100, PERSON_101, PERSON_102, PERSON_103, PERSON_104 the lawyer PERSON_105,

INSTALLATION:

In accordance with p. 15th century 615 of the Criminal Procedure Code of Ukraine, in the conditions of martial law, after drawing up and signing the full text of the verdict, the court has the right to limit itself to the pronouncement of its operative part with the obligatory delivery of the full text of the verdict to the participants of the court proceedings on the day of its pronouncement.

Guided by Art. Art. 373, 374 of the Criminal Procedure Code of Ukraine, court, -

RESOLVED:

PERSON_5 to be found guilty of the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_5's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_5's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_6, to be found guilty of committing a criminal offense provided for in part. 3 Art. 110 of the Criminal Code of Ukraine, and sentence her to 15 (fifteen) years of imprisonment with confiscation of property that is her property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_6's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_6's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of her detention and the actual execution of the sentence.

PERSON_7 to be found guilty of committing a criminal offense provided for in part. 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_7's selected preventive measure is to leave the previous one - detention.

The beginning of PERSON_7's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_8 to be found guilty of committing a criminal offense provided for in part. 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_8's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_8's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_9 to be found guilty of committing a criminal offense provided for in part. 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_9's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_9's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_10 to be found guilty of the criminal offense provided for in part 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_10's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_10's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_11 to be found guilty of committing a criminal offense provided for in part. 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_11's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_11's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_12 to be found guilty of committing a criminal offense provided for in part. 3 Art. 110 of the Criminal Code of Ukraine, and sentence her to 15 (fifteen) years of imprisonment with confiscation of property that is her property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_12's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_12's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of her detention and the actual execution of the sentence.

PERSON_13 to be found guilty of the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_13's selected preventive measure is to leave the previous one - detention.

The beginning of PERSON_13's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_14 to be found guilty of committing a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_14's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_14's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_106 to be found guilty of the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_15's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_15's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_16 to be found guilty of the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_16's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_16's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_17 to be found guilty of the criminal offense provided for in part 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_17's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_17's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_18 to be found guilty of the criminal offense provided for in part. 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_18's selected preventive measure is to leave the previous one - detention.

The beginning of PERSON_18's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_19 to be found guilty of committing a criminal offense provided for in part. 3 Art. 110 of the Criminal Code of Ukraine, and sentence her to 15 (fifteen) years of imprisonment with confiscation of property that is her property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_19's selected preventive measure is to leave the previous one - detention.

The beginning of PERSON_19's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of her detention and the actual execution of the sentence.

PERSON_20 to be found guilty of the criminal offense provided for in part. 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_20's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_20's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_21 to be found guilty of the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_21's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_21's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_22 to be found guilty of the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_22's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_22's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_23 to be found guilty of committing a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence her to 15 (fifteen) years of imprisonment with confiscation of property that is her property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_23's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_23's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of her detention and the actual execution of the sentence.

PERSON_24 to be found guilty of the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_24's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_24's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_25 to be found guilty of the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_25's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_25's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_26 to be found guilty of the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_26's selected preventive measure is to leave the previous one - detention.

The beginning of PERSON_26's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_27 to be found guilty of the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_27's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_27's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_28 to be found guilty of the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_28's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_28's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_29 to be found guilty of the criminal offense provided for in part 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_29's selected preventive measure is to leave the previous one - detention.

The beginning of PERSON_29's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_30 to be found guilty of the criminal offense provided for in part. 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_107's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_107's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_31 to be found guilty of committing a criminal offense provided for in part. 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_108's selected preventive measure is to leave the previous one - detention.

The beginning of PERSON_108's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_109 to be found guilty of committing a criminal offense provided for in part. 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_110's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_110's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_111 to be found guilty of committing a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence her to 15 (fifteen) years of imprisonment with confiscation of property that is her property for the benefit of the state of Ukraine.

Until the sentence enters into force, the preventive measure chosen by PERSON_112 is to leave the previous one - detention.

The beginning of PERSON_112's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of her detention and the actual execution of the sentence.

PERSON_113 to be found guilty of the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_114's selected preventive measure is to leave the previous one - detention.

The beginning of PERSON_114's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_115 to be found guilty of committing a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence her to 15 (fifteen) years of imprisonment with confiscation of property that is her property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_116's selected preventive measure is to leave the previous one - detention.

The beginning of PERSON_116's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of her detention and the actual execution of the sentence.

PERSON_36 to be found guilty of the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_117's selected preventive measure is to leave the previous one - detention.

The beginning of PERSON_117's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_118 to be found guilty of committing a criminal offense provided for in part. 3 Art. 110 of the Criminal Code of Ukraine, and sentence her to 15 (fifteen) years of imprisonment with confiscation of property that is her property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_119's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_119's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of her detention and the actual execution of the sentence.

PERSON_38 to be found guilty of the criminal offense provided for in part. 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_120's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_120's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_39 to be found guilty of the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_121's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_121's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_40 to be found guilty of the criminal offense provided for in part 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, the preventive measure chosen by PERSON_122 is to leave the previous one - detention.

The beginning of PERSON_122's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_41 to be found guilty of committing the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_123's selected preventive measure is to leave the previous one - detention.

The beginning of PERSON_123's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_42 to be found guilty of committing a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_124's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_124's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_125 to be found guilty of committing a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence her to 15 (fifteen) years of imprisonment with confiscation of property that is her property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_126's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_126's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of her detention and the actual execution of the sentence.

PERSON_127 to be found guilty of committing a criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_128's selected preventive measure is to leave the previous one - detention.

The beginning of PERSON_128's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_45 to be found guilty of the criminal offense provided for in part 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_129's selected preventive measure is to leave the previous one - detention.

The beginning of PERSON_129's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_46 to be found guilty of the criminal offense provided for in part 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_130's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_130's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_47 to be found guilty of the criminal offense provided for in part 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, the preventive measure chosen by PERSON_131 is to leave the previous one - detention.

The beginning of PERSON_131's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_48 to be found guilty of the criminal offense provided for in part 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, the preventive measure chosen by PERSON_132 is to leave the previous one - detention.

The beginning of PERSON_132's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_49 to be found guilty of the criminal offense provided for in part. 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, the preventive measure chosen by PERSON_133 is to leave the previous one - detention.

The beginning of PERSON_133's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_50 to be found guilty of committing a criminal offense provided for in part. 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_134's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_134's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_51 to be found guilty of committing a criminal offense provided for in part. 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_135's selected preventive measure is to leave the previous one - detention.

The beginning of PERSON_135's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_52 to be found guilty of the criminal offense provided for in part 3 Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_136's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_136's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_53 to be found guilty of the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_137's selected preventive measure is to leave the previous one - detention.

The beginning of PERSON_137's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_54 to be found guilty of the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_138's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_138's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_55 to be found guilty of the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_139's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_139's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_140 to be found guilty of the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, the preventive measure chosen by PERSON_141 is to leave the previous one - detention.

The beginning of PERSON_141's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_57 to be found guilty of the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, the preventive measure chosen by PERSON_142 is to leave the previous one - detention.

The beginning of PERSON_142's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_58 to be found guilty of the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_143's chosen preventive measure is to leave the previous one - detention.

The beginning of PERSON_143's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_59 to be found guilty of the criminal offense provided for in Part 3 of Art. 110 of the Criminal Code of Ukraine, and sentence him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_144's selected preventive measure is to leave the previous one - detention.

The beginning of PERSON_144's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

PERSON_60 to be found guilty of the criminal offense provided for in part 3 Art. 110 of the Criminal Code of Ukraine, and sentenced him to 15 (fifteen) years of imprisonment with confiscation of property that is his property for the benefit of the state of Ukraine.

Until the sentence enters into force, PERSON_145's selected preventive measure is to leave the previous one - detention.

The beginning of PERSON_145's term of imprisonment in the form of deprivation of liberty shall be calculated from the date of his detention and the actual execution of the sentence.

The verdict can be appealed to INFORMATION_56 through INFORMATION_1 within 30 days from the day of its announcement.

The sentence becomes legally binding after the expiration of the period for filing an appeal, established by the Criminal Procedure Code of Ukraine, if such a complaint has not been filed. In the event of an appeal, the verdict, if it has not been annulled, becomes legally binding after the decision of the court of appeal.

Participants in court proceedings have the right to receive a copy of the court verdict in court. A copy of the court verdict shall be handed to the accused and the prosecutor immediately after its announcement.

Presiding judge PERSON_1

Judges PERSON_2

PERSON_3