# EXHIBIT 24

Case category no **376/560/23: Civil cases (from 01.01.2019); Cases of legal proceedings; Cases in disputes arising from transactions, in particular contracts (except categories 301000000-303000000), from them.**

Sent for publication: **04/21/2023.** Registered: **04/22/2023.** Provision of general access: **04/24/2023.**

Effective date: **04/21/2023**

Number of court proceedings: **2/376/477/2023**



Skvirsky district court of Kyiv region

Case no. 376/560/23

Proceedings No. 2/376/477/2023

**In Khva La A**

**ON BEHALF OF UKRAINE**

April 21, 2023. The Skvyrskyi District Court of the Kyiv Oblast in the composition of:

Presiding judge - OM Kovalenko,

under the secretary - LA Shchur,

with the participation of:

representative of the plaintiff - PERSON_1,

representative of the third person Sokolovsky VL,

having considered in an open preparatory court session in the city of Skvyra, Kyiv region, the case on the claim of PERSON_2 against PERSON_3, PERSON_4, Open Joint-Stock Company "Sberbank of Russia", third party: PERSON_5 on recovery of the missed transaction , -

**INSTALLED:**

The above-mentioned case is in the proceedings of the Skvyr District Court of the Kyiv Region.

At the court session, the representative of the third party PERSON_5 PERSON_6 filed a claim of the third party, which states independent claims regarding the subject of the dispute: PERSON_5 to PERSON_3, PERSON_4, Open Joint Stock Company "Sberbank of Russia", the third PERSON_7 for recovery of damages in the form of lost profit.

The defendants did not appear at the preparatory meeting, the date, time and place of the case hearing were duly notified.

The representative of the plaintiff PERSON_2 lawyer Kucheruk MV did not object in the court session to the acceptance of the claim of a third party, which declares independent claims PERSON_5.

According to Article 52 of the Civil Procedure Code of Ukraine, third parties who make independent claims regarding the subject of the dispute may enter the case before the end of the preparatory proceedings or before

the beginning of the first court session, if the case is considered in the order of simplified legal proceedings, by filing a lawsuit against one or more parties. The court issues a decision on the acceptance of the statement of claim and the entry of a third party into the case. Third parties who make independent claims regarding the subject of the dispute enjoy all the rights and bear all the obligations of the claimant.

According to part 2, part 3 of article 193 of the Civil Code of Ukraine, a counterclaim is accepted for joint consideration with the original claim, if both claims are interconnected and their joint consideration is appropriate, in particular, when they arise from the same legal relationship or when the satisfaction of the counterclaim can be excluded full or partial satisfaction of the original claim. Claims based on a counterclaim are combined by a court decision into one proceeding with the original claim.

The provisions of Articles 193 and 194 of this Code apply to claims by third parties who make independent claims regarding the subject of the dispute in the case in which proceedings have been opened (Part 1, Article 195 of the Code of Civil Procedure of Ukraine).

According to the provisions of parts one, three and seven of Article 188 of the Code of Civil Procedure of Ukraine, several claims related to each other by the basis of origin or submitted evidence, the main and derivative claims can be combined in one claim . Consolidation of cases into one proceeding is allowed before the preparatory session begins . The court issues a decision on the consolidation of cases into one proceeding.

In view of the above and taking into account the fact that the claim of PERSON_2 and the claim of PERSON_5 arise from the same legal relationship, are interrelated, therefore their joint consideration is appropriate, and therefore the claim of a third party, who declares independent claims regarding the subject of the dispute, PERSON_5 should be accepted for common proceeding with the original claim.

As noted by the Grand Chamber of the Supreme Court in the decision of December 5, 2018 in case No. P/9901/736/18, that according to the practice of the European Court of Human Rights, when implementing the provisions of the Convention on the Protection of Human Rights and Fundamental Freedoms, it is necessary to avoid an overly formal attitude to the requirements stipulated by the law, as access to justice must be not only factual, but also real. Excessive formality when deciding the issue of accepting a claim or complaint is a violation of the right to fair legal protection.

On the basis of the above and guided by Art. Art. 52, 188,193 of the Civil Code of Ukraine, court, -

**RESOLVED:**

To accept the claim of a third person who makes independent claims regarding the subject of the dispute: PERSON_5 to PERSON_3, PERSON_4, Open Joint Stock Company "Sberbank of Russia", the third PERSON_7 for recovery of damages in the form of lost profit , combining them into one proceeding.

A copy of the third party's statement of claim with the attached materials should be sent to the plaintiff, the defendants and the third party, explaining the right to respond to the third party's claim in accordance with Art. 178 of the Civil Code of Ukraine, and add to the response evidence confirming the circumstances on which the defendants' objection is based.

Also, the defendants of the original lawsuit must add to the response to the third-party lawsuit documents confirming the sending (provision) of the response and the documents attached to it to other participants in the case.

A response to a third-party lawsuit may be filed within fifteen days from the date of delivery of this decision.

The third party under this claim has the right to submit a response to the response to his claim within five days from the day of delivery of the response to the third party's claim, and the defendants to the third party's claim have the right to file an objection to the response to the response to the third party's claim within days from the day of delivery of the response to the response to the counterclaim.

The preliminary court session has been postponed to May 11, 2023 at 2:30 pm

The decision enters into legal force from the moment of its announcement and is not subject to a separate appeal in the appeal procedure.

**Judge OM Kovalenko**