# EXHIBIT 25

Case category no **376/560/23: Civil cases (from 01.01.2019); Cases of legal proceedings; Cases in disputes arising from transactions, in particular contracts (except categories 301000000-303000000), from them.**

Sent for publication: **16.05.2023.** Registered: **16.05.2023.** Provision of general access: **05/17/2023.**

Effective date: **11.05.2023**

Number of court proceedings: **2/376/477/2023**



Case No. 376/560/23

Proceedings No. 2/376/477/2023

### In Khva La A

May 11, 2023. Skvyrsky District Court, Kyiv Region

in the composition of: presiding judge - O. M. Kovalenko

with the participation of the secretary - L.A. Shchur,

representative of the plaintiff - PERSON_1,

having considered in an open preparatory meeting in the city of Skvyra, Kyiv region, the case on the claim of PERSON_2 against PERSON_3, PERSON_4, Open Joint Stock Company "Sberbank of Russia", a third party: PERSON_5 regarding the recovery of a missed transaction, a claim by a third party who asserts independent claims regarding the subject of the dispute: PERSON_5 to PERSON_3, PERSON_4, Open Joint-Stock Company "Sberbank of Russia", the third PERSON_6 on recovery of damages in the form of lost profit,

Installed:

By the judge's decision dated March 2, 2023, the proceedings in the mentioned case were opened.

The representative of the claimant PERSON_2 - lawyer Kucheruk M.V. in the court session, a non-objection order regarding the assignment of the case to the court session.

The office of the court received a statement from the representative of PERSON_5 - PERSON_7, in which he indicated that he is asking for the case to be reviewed without his participation and PERSON_5's participation, he does not object to the closing of the preparatory court session and the assignment of the case to trial.

The defendants did not appear at the court session, the time, date and place of the case hearing were duly informed, no response was submitted to the court, and the reasons for the non-appearance of the court were not reported.

Article 189 of the Civil Procedure Code of Ukraine specifies that the tasks of preparatory proceedings are: final determination of the subject of the dispute and the nature of the disputed legal relationship, claims and composition of the participants in the legal process; clarifying objections to claims; determination of the circumstances of the case to be established and collection of relevant evidence; resolution of appeals; determining the order of consideration of the case; taking other actions in order to ensure the correct, timely and unhindered consideration of the case on its merits.

In the preliminary hearing, it was established that the dispute between the parties has not been settled before the trial, the participants of the case did not make any further procedural motions, there are no grounds for postponing the preliminary hearing.

According to Clause 3, Part 2, Article 200 of the Civil Code of Ukraine, based on the results of the preparatory meeting, the court issues a decision to close the preparatory proceedings and assign the case to a trial on the merits.

Guided by Articles 197-200, 260 of the Civil Code of Ukraine, court

decreed:

Close the preparatory proceedings and appoint a case on the claim PERSON_2 to PERSON_3 PERSON_4, Open joint-stock company "Sberbank of Russia", third party: PERSON_5 on the recovery of the missed agreement, a claim by a third party who declares independent claims regarding the subject of the dispute: PERSON_5 to PERSON_3, PERSON_4, Open joint-stock company "Sberbank of Russia", the third PERSON_6 on the recovery of damages in the form of lost profit before the trial on the merits in an open court session on 05/24/2023 at 11:45 a.m., in the court premises.

Summon the participants of the legal process to the court session.

The decision is not subject to appeal.

**Judge O. M. Kovalenko**