# EXHIBIT 26

Case category no **376/560/23: Civil cases (from 01.01.2019); Cases of legal proceedings; Cases in disputes arising from transactions, in particular contracts (except categories 301000000-303000000), from them.**

Sent for publication: **06/26/2023.** Registered: **06/26/2023.** Provision of general access: **27.06.2023.**

Effective date: **06/25/2023**

Number of court proceedings: **2/376/477/2023**

---



Skvirsky district court of Kyiv region

Case no. 376/560/23

Proceedings No. 2/376/477/2023

## DECISION

## ON BEHALF OF UKRAINE

(introductory and concluding parts)

May 25, 2023. The Skvyrskyi District Court of the Kyiv Oblast in the composition of:

Presiding judge - OM Kovalenko,

with the participation of secretary LA Shchur,

representative of the plaintiff PERSON_1,

representative of the third person Sokolovsky VL,

having considered in an open court session in the city of Skvyra, Kyiv region, a civil case on the claim of PERSON_2 to PERSON_3, PERSON_4, Public Joint Stock Company "Sberbank of Russia", the third party: PERSON_5 on the recovery of the missed agreement, on the claim of the third party, who declares independent claims regarding the subject of the dispute : PERSON_5 to PERSON_3 , PERSON_4 , Public Joint Stock Company "Sberbank of Russia", third party PERSON_2 about recovery of damages in the form of lost profit ,-

Installed:

Due to the fact that it takes considerable time to compile the full text of the decision, the court considers it necessary to announce the introductory and final parts of the decision.

Guided by Part 6 of Article 259 of the Civil Procedure Code of Ukraine, the court

Decided:

Statement of claim by PERSON_2 to PERSON_3 , PERSON_4 , Public Joint Stock Company "Sberbank of Russia", third party: PERSON_5 for the recovery of the missed transaction, and a claim by a third party who declares independent claims regarding the subject of the dispute: PERSON_5 to PERSON_3 , PERSON_4 , Public Joint Stock Company "Sberbank of Russia", the third party PERSON_2 regarding recovery of damages in the form of lost profits - to be satisfied in full.

Collect damages in the form of lost profit in the amount of 30,000,000 (thirty million) US dollars jointly with PERSON_3, PERSON_4 and Public Joint Stock Company "Sberbank of Russia" in favor of PERSON_2 .

Collect jointly with PERSON_3, PERSON_4 and Public Joint Stock Company "Sberbank of Russia" in favor of PERSON_2 a court fee in the amount of UAH 13,420.00.

Collect damages in the form of lost profit in the amount of 170,000,000 (one hundred and seventy million) US dollars jointly with PERSON_3, PERSON_4 and Public Joint Stock Company "Sberbank of Russia" in favor of PERSON_5 .

Collect a court fee of UAH 13,420.00 jointly with PERSON_3, PERSON_4 and Public Joint-Stock Company "Sberbank of Russia" in favor of PERSON_5 .

The text of the decision can be read at: court.gov.ua

The decision can be appealed to the Kyiv Court of Appeal through the court of first instance within 30 days from the day of its announcement.

If only the introductory and final parts of the court decision were announced at the court session, or in the case of case consideration (case resolution) without notification (summons) of the parties to the case, the specified term is calculated from the date of the full court decision.

A party to the case who was not served with a full court decision or ruling on the day of its announcement or drafting has the right to renew the missed deadline for an appeal against the court decision if the appeal is filed within thirty days from the day the full decision was delivered to him.

The term for an appeal may also be renewed in case of omission for other valid reasons, except for the cases specified in the second part of Article 358 of the Code of Civil Procedure of Ukraine.

Judge: OM Kovalenko