# EXHIBIT 28

Case category no **376/560/23: Separate procedural issues; Application for clarification of the court decision.**

Sent for publication: **03.10.2023.** Registered: **03.10.2023.** Provision of general access: **04.10.2023.**

Effective date: **08/29/2023**

Number of court proceedings: **2-р/376/3/23**



Skvirsky district court of Kyiv region

Case no. 376/560/23

Proceedings No. 2-r/376/3/23

### RESOLVED

on opening proceedings in the case

On August 29, 2023, the judge of the Skvyrsky district court of the Kyiv region OM Kovalenko, after considering the statement of the representative of the claimant INDIVIDUAL_1, lawyer Maksym Vasylyovych Kucheruk, regarding the clarification of the decision in civil case No. 376/560/23 on the claim of INDIVIDUAL_1 against INDIVIDUAL_2, INDIVIDUAL_3, Public joint-stock company "Sberbank of Russia", a third party PERSON_4 about the recovery of lost profit, according to the claim of a third party who claims independent claims regarding the subject of the dispute PERSON_4 to PERSON_2 , PERSON_3 , Public joint-stock company "Sberbank of Russia", a third party PERSON_1 about recovery of damages in the form of lost profit, -

INSTALLED:

The application meets the requirements of the Civil Code of Ukraine, and therefore there are all grounds for opening proceedings in the case.

According to part 1, 2, 3 of Art. 271 of the Civil Procedure Code of Ukraine, at the request of the parties to the case, the state executor, the private executor, the court clarifies the court decision, which has entered into legal force, without changing the content of the court decision.

Submission of an application for clarification of a court decision is allowed if the court decision has not yet been executed or the period during which the decision can be submitted for enforcement has not expired.

The court considers the application for clarification of the court decision in the order in which the corresponding court decision was adopted within ten days from the date of its receipt. If necessary, the court may summon the parties to the case, the state or private executor, to a court session. Non-arrival at the court session of persons who were duly notified of the date, time and place of the court session does not prevent consideration of the application for clarification of the decision

Guided by Art. 271 of the Civil Code of Ukraine, judge, -

RESOLVED:

Open proceedings in the case based on the statement of the representative of the plaintiff PERSON_1, attorney Kucheruk Maksym Vasyliovych, on the clarification of the decision in civil case No. 376/560/23 on the claim of

PERSON_1 against PERSON_2, PERSON_3, Public Joint Stock Company "Sberbank of Russia", a third party PERSON_4 on recovery of lost profit, according to the claim of a third person, who claims independent claims regarding the subject of the dispute PERSON_4 to PERSON_2, PERSON_3, Public Joint Stock Company "Sberbank of Russia", the third party PERSON_1 for recovery of damages in the form of lost profit,-

Schedule consideration of the application for clarification of the decision at 10:00 am 07/09/2023.

Participants in the case can get information about the case at the web address: https://court.gov.ua.

The decision becomes legally binding from the moment it is signed by the judge and cannot be appealed separately from the court decision.

**Judge   OM Kovalenko**