# EXHIBIT 38

 

**0 800 300 545**
ukrposhta@ukrposhta.ua
contact center

Postmark   Tracking   Services   Prices   Post offices   Philately   Career   Business   Login /Sign up    IN ⌄

←

# Ukrposhta partially resumes the work of branches where it is safe for customers and employees

25.02.2022

Dear customers,

Despite the difficult security situation associated with the attack of Russian invaders on our country, Ukrposhta decided to resume the work of some branches on February 25, where it can be done safely for both customers and employees. Because we understand how important our work is to you. First of all, the work of branches in a limited mode will be focused on providing services to the most vulnerable segments of the population with pension payments and household goods, and it will also be possible to receive your parcels.

The vast majority of branches in Vinnytsia, Volyn, Zakarpattia, Ivano-Frankivsk, Lviv, Dnipropetrovsk, Kirovohrad, Mykolaiv, Odesa, Rivne, Khmelnytskyi, Ternopil, Cherkasy and Chernivtsi regions are working according to the usual schedule.

Branches in Zaporizhia, Donetsk, Zhytomyr, Poltava, and Kharkiv regions are partially operational.

Branches in Kyiv, Luhansk, Sumy, Kherson, and Chernihiv regions will not work until the situation stabilizes.

In the meantime, the sky over Ukraine remains closed for air transportation, but we have agreed with our European partners to resume shipments as soon as possible.

We also inform you that Ukrposhta has stopped postal cooperation with the Post of Russia and Belarus. Parcels and transfers to these countries are not accepted. Those parcels that were accepted before February 24th will be returned to their owners with payment as soon as the security situation permits.

We are monitoring the situation and will inform you about further developments. Thank you for your understanding and we wish you victory!

| **General information** | **Postal services** | **Financial services** | **Other** |
|---|---|---|---|
| About Ukrposhta | Ukrposhta Express | Domestic money transfer | Online services |
| Supervisory board | Ukrposhta Standard | Payments | Subscription to magazines and newspapers |
| Management | Ukrposhta Documents | Insurance services | Online shop |
| Public information | International postal money transfers | Currency exchange operations | Personalized stamps |
| Information for shareholders and stakeholders | Delivery around the world | | Periodicals |
| Procurement | Shipping to Ukraine | | For publishers |
| Sale and rental of real estate | Bulky or heavy shipments | | Postcrossing |
| Anti-corruption | Courier delivery | | Secogram |