# EXHIBIT 39

 

# INTERNET PORTAL CIS
SPACE OF INTEGRATION

Home  >  CIS countries

## CIS countries

- Republic of Azerbaijan
- Republic of Armenia
- Republic of Belarus
- Republic of Kazakhstan
- Kyrgyz Republic
- Republic of Moldova
- Russian Federation
- Republic of Tajikistan
- Turkmenistan
- Republic of Uzbekistan
- Ukraine

**QUOTES ABOUT CIS**  All quotes



**Alexander Lukashenko**
President of the Republic of Belarus

❝ Representatives of various international organizations are already participating in many meetings of the Commonwealth bodies, and the adoption today of documents on the status of an observer in the CIS and a partner of the Commonwealth will create the basis for the legal regulation of such relations.

13.10.2023
Meeting of the Council of Heads of State of the CIS

## 30 YEARS OF THE CIS: FIGURE OF THE DAY

**160** THOUSAND

Trucks were produced in 2020 in the CIS member states.

## MEETINGS OF CIS BODIES

- Council of Heads of State of the CIS
- Council of Heads of Government of the CIS

Old version of the site (Archive)