# SEIDEN | LAW

November 21, 2024

**VIA ECF AND EMAIL**
Hon. Analisa Torres
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

                 Re: *Ismailov et al. v. Hutseriev et al.*, 1:24-cv-03287-AT (S.D.N.Y)

Dear Judge Torres:

       We write on behalf of Plaintiffs in the above-captioned matter and pursuant to Rules I.A-B and III.K of Your Honor's Individual Practices. As the Court may be aware, on November 19, 2024, Plaintiffs filed their opposition papers (ECF 84-90, with exhibits) to: (i) the Sberbank Defendants' Motion to Dismiss (ECF 52); (ii) Defendant Hutseriev's Motion to Dismiss (ECF 79); and (iii) the Sberbank Defendants' Motion for Sanctions (ECF 69; and collectively with ECF 52 and ECF 79, "Defendants' Motions").

       Plaintiffs request that the Court schedule oral argument for Defendants' Motions. By their motion papers, Defendants already requested oral argument for their Motions to Dismiss. ECF 50, 77. The Sberbank Defendants did not request oral argument for their Sanctions Motion. Plaintiffs join Defendants' request for oral argument for the Motions to Dismiss and request oral argument for the Sberbank Defendants' Motion for Sanctions.

       We thank the Court for its time and consideration of this matter.

                                                      Respectfully submitted,

                                                        */s/ Jake Nachmani*
                                                        **SEIDEN LAW LLP**
                                                        Jake Nachmani
                                                        Michael Stolper
                                                        MarcAnthony Bonanno
                                                        322 Eighth Avenue, Suite 1200
                                                        New York, NY 10001
                                                        jnachmani@seidenlaw.com
                                                        mstolper@seidenlaw.com
                                                        mbonanno@seidenlaw.com
                                                        (646) 766-1723
                                                        *Attorneys for Plaintiffs*

cc: All counsel of record (via ECF)