| | |
|---|---|
| От: | "Костянтин Іващенко" <maxym_k@bigmir.net> |
| Кому: | Сбербанк России |
| Дата: | 16.12.2024 19:11:38 |
| Тема: | НЕТ ЭЦП ТУЗ ЦА ЮП (КИС) Определение суда о принятии к рассмотрению заявления о замене стороны в исполнительном листе |

ВНИМАНИЕ: ВНЕШНИЙ ОТПРАВИТЕЛЬ
Подозрительное письмо? Перешли на 'SCST@sberbank.ru'

17.12.2024



Сквирський районний суд Київської області

Справа № 376/1329/24
Провадження № 6/376/59/2024

## УХВАЛА
## ІМЕНЕМ УКРАЇНИ

22 листопада 2024 року Суддя Сквирського районного суду Київської області Коваленко О.М., розглянувши заяву представника позивачів Іващенка Костянтина Івановича, Білалова Ахмеда Гаджиєвича – адвоката Кучерука Максима Васильовича про заміну сторони виконавчого провадження у цивільній справі № 376/1329/24 за позовом Іващенка Костянтина Івановича, Білалова Ахмеда Гаджийовича до Публічного акціонерного товариства «Сбербанк росії» про стягнення збитків,-

### Встановив:

22.11.2024 року адвокат Кучерук М.В. звернувся до Сквирського районного суду Київської області про заміну сторони виконавчого провадження.

Заява відповідає вимогам ст. 442 ЦПК України, -

### Ухвалив:

Прийняти заяву представника позивачів Іващенка Костянтина Івановича, Білалова Ахмеда Гаджиєвича – адвоката Кучерука Максима Васильовича про заміну сторони виконавчого провадження у цивільній справі № 376/1329/24 за позовом Іващенка Костянтина Івановича, Білалова Ахмеда Гаджийовича до Публічного акціонерного товариства «Сбербанк росії» про стягнення збитківта призначити судове засідання **на 26.12.2024 року 09 год. 15 хв.** в приміщенні суду.

Ухвала оскарженню не підлягає.

Суддя:                                                                         О.М. Коваленко



2



Сквирский районный суд Киевской области

Дело № 376/1329/24

Производство № 6/376/59/2024

## ОПРЕДЕЛЕНИЕ
## ИМЕНЕМ УКРАИНЫ

22 ноября 2024 года Судья Сквирского районного суда Киевской области Коваленко А.Н., рассмотрев заявление представителя истцов Иващенко Константина Ивановича, Билалова Ахмеда Гаджиевича – адвоката Кучерука Максима Васильевича о замене стороны исполнительного производства в гражданском деле № 376/1329/24 по иску Иващенко Константина Ивановича, Билалова Ахмеда Гаджиевича к Публичному акционерному обществу «Сбербанк россии» о взыскании убытков, –

### У с т а н о в и л:

22.11.2024 года адвокат Кучерук М.В. обратился в Сквирский районный суд Киевской области о замене стороны исполнительного производства.

Заявление отвечает требованиям ст. 442 ГПК Украины, –

### Определил:

Принять заявление представителя истцов Иващенко Константина Ивановича, Билалова Ахмеда Гаджиевича – адвоката Кучерука Максима Васильевича о замене стороны исполнительного производства в гражданском деле № 376/1329/24 по иску Иващенко Константина Ивановича, Билалова Ахмеда Гаджиевича к Публичному акционерному обществу «Сбербанк россии» о взыскании убытков и назначить судебное заседание *на 26.12.2024 года 09 ч. 15 мин.* в помещении суда.

Определение обжалованию не подлежит.

Судья:                                                                                         А.Н. Коваленко



3

Цей переклад з української мови на російську мову зроблено мною, перекладачем **Коцур Наталією Євгеніївною**

Этот перевод с украинского языка на русский язык сделан мной, переводчиком Коцур Натальей Евгеньевной

Підпис _____
/Подпись/

---

Місто Київ, Україна, десятого грудня дві тисячі двадцять четвертого року

Я, **Ярошенко С.В.**, приватний нотаріус Київського міського нотаріального округу, засвідчую справжність підпису перекладача **Коцур Наталії Євгеніївни**, який зроблено у моїй присутності

Особу перекладача встановлено, и дієздатність та кваліфікацію перевірено

Зареєстровано в реєстрі за № 15410

ПРИВАТНИЙ НОТАРІУС

[Круглая печать: Ярошенко Сергій Владиславович, Київський міський нотаріальний округ]

Город Киев, Украина, десятого декабря две тысячи двадцать четвертого года

Я, **Ярошенко С.В.**, частный нотариус Киевского городского нотариального округа, удостоверяю подлинность подписи переводчика **Коцур Натальи Евгеньевны**, сделанной в моем присутствии.

Личность переводчика установлена, ее дееспособность и квалификацию проверено

Зарегистрировано в реестре под № 15410

ЧАСТНЫЙ НОТАРИУС /подпись/

Круглая печать Ярошенко Сергей Владиславович, частный нотариус Киевского городского нотариального округа

[Печать: Всього прошито (або прошнуровано), пронумеровано, скріплено печаткою]

Всего пронумеровано, прошнуровано и скреплено печатью
(_____ Два _____) листов

Подпись
Оттиск официальной круглой печати,
[Ярошенко Сергей Владиславович, частный нотариус Киевского городского нотариального округа]

4

Page 1

**From:** Konstantin Ivashchenko maxym_k@bigmir.net
**To:** Sberbank of Russia
**Date:** 16 December 2024 at 19:11:38
**Subject:** NET ECP TUZ CA YUP (KIS) Judicial determination on taking into consideration the application on the party changing in the writ of execution

ATTENTION: EXTERNAL SENDER
A suspicious letter? Forward to 'SCST@sberbank.ru'

17 December 2024

/Text in the Ukrainian language/

*/Coat of Arms of the Republic of Ukraine/*
**Skvyra District Court of Kyiv Region**

Case No. 376/1329/24
Proceeding No. 6/376/59/2024

## DETERMINATION ON BEHALF OF THE UKRAINE

On 22 November 2024, the Judge of Skvyra District Court of Kyiv Region Kovalenko A.N., having considered the application of the representative of the plaintiffs – Ivashchenko Konstantin Ivanovich and Bilalov Akhmed Hadzhyiovych, the lawyer Kucheruk Maksym Vasylovych, on changing the party in the enforcement proceeding in civil case No. 376/1329/24 on the claim of Ivashchenko Konstantin Ivanovich and Bilalov Akhmed Hadzhyiovych to the Public Joint-Stock Company "Sberbank of Russia" on the compensation of losses, –

### Established:

On 22 November 2024, the lawyer Kucheruk M.V. addressed Skvyra District Court of Kyiv Region on changing the party in the enforcement proceeding.

The application meets the requirements of article 442 of the Civil Procedure Code of the Ukraine, –

### Determined:

To accept the application of the representative of the plaintiffs – Ivashchenko Konstantin Ivanovich and Bilalov Akhmed Hadzhyiovych, the lawyer Kucheruk Maksym Vasylovych on changing the party in the enforcement proceeding in civil case No. 376/1329/24 on the claim of Ivashchenko Konstantin Ivanovich and Bilalov Akhmed Hadzhyiovych to the Public Joint-Stock Company "Sberbank of Russia" on the compensation of losses, and to schedule the judicial session for **26 December 2024** at **09:15 am** on the territory of the court.

The determination is not subject to appeal.

Judge: A.N. Kovalenko

*/QR-code/*

This translation from the Ukrainian to the Russian language was made by me, translator Kotsur Natalia Yevgenevna.
Signature /signed/

**City of Kyiv, Ukraine**
**The tenth of December of the two thousand twenty-four**

I, Yaroshenko S.V., private notary of Kyiv notarial district, certify the authenticity of the signature of the translator Kotsur Natalia Yevgenevna, put in my presence.
The translator's personality is established, and her capacity and qualification are verified.
Registered in the registry with No. *15410*.

PRIVATE NOTARY /signature/

*Round seal:* /Yaroshenko Sergey Vladislavovich * Private notary of Kyiv Municipal Notarial District/

Totally stitched, numbered and sealed:
*2 (two)* sheets
/Signature/

/Imprint of the official round seal/
/Yaroshenko Sergey Vladislavovich * Private notary of Kyiv Municipal Notarial District/

*Перевод данного текста сделан мной, переводчиком Савальским Сергеем Алексеевичем.*

_____

*The translation of this text was performed by me, the translator Savalskiy Sergey Alekseevich.*

_____/signature/_____

Российская Федерация
Город Москва

Двадцать третьего декабря две тысячи двадцать четвертого года

Я, Юракова Диана Шевкетовна, временно исполняющая обязанности нотариуса города Москвы Корсик Марии Александровны, свидетельствую подлинность подписи переводчика Савальского Сергея Алексеевича. Подпись сделана в моем присутствии. Личность подписавшего документ установлена.

Зарегистрировано в реестре № 77/2139-н/77-2024-
Уплачено за совершение нотариального действия: 400 руб. 00 коп.

_____  Д.Ш. Юракова

Всего прошнуровано, пронумеровано и скреплено печатью ( 7 ) лист(ов)

ВРИО Нотариуса

The Russian Federation
The city of Moscow
23.12.2024

I, Yurakova Diana Shevketovna, deputy notary of the [city] of Moscow for Korsik Maria Alexandrovna, certify the [authe]nticity of signature, made by the translator Savalskiy Sergey Alekseevich.
The signature was made in my presence.
His identity is established.

It is registered in the register under № 77/2139-н/77-2024-
Paid for notarial act: 400 rubles 00 kop.

_____/signature/_____  D. Sh. Yurakova

*Seal: Notary Korsik M. A.*
*Notarial district of c. Moscow*
*ITN 246010528465 ***

Stitched up, numbered and sealed (   age

Deputy notary /signature/

*Seal: Notary Korsik M. A.*
*Notarial district of c. Moscow*
*ITN 246010528465 ***

8

# APOSTILLE
(Convention de La Haye du 5 octobre 1961)

| | | |
|---|---|---|
| 1. | **Страна:**<br>Country / Pays: | Российская Федерация |

**Настоящий официальный документ**
This public document / Le présent acte public

| | | |
|---|---|---|
| 2. | **был подписан**<br>has been signed by<br>a été signé par | Юракова Д.Ш. |
| 3. | **выступающим в качестве**<br>acting in the capacity of<br>agissant en qualité de | врио нотариуса |
| 4. | **скреплен печатью / штампом**<br>bears the seal / stamp of<br>est revêtu du sceau / timbre de | нотариус г. Москвы Корсик Мария Александровна |

**Удостоверено**
Certified / Attesté

| | | | | | |
|---|---|---|---|---|---|
| 5. | **В**<br>at / à | Г. Москва | 6. | **Дата**<br>the / le | 23.12.2024 |
| 7. | **учреждение**<br>by / par | Алимов А.А.<br>Заместитель начальника отдела международной правовой помощи и проставления апостиля Главного управления Министерства юстиции Российской Федерации по Москве | | | |
| 8. | **№**<br>N° / sous n° | 77/63471-24 | | | |
| 9. | **Печать / штамп:**<br>Seal / stamp:<br>Sceau / timbre: | [seal] | 10. | **Подпись**<br>Signature:<br>Signature: | [signature] |



Данный апостиль удостоверяет лишь подлинность подписи и должность лица, подписавшего официальный документ, и при необходимости подлинность печати или штампа, которым скреплен этот документ.

Апостиль не заверяет достоверность самого документа, для которого он был оформлен.

Информацию по проверке апостиля можно найти, отсканировав QR- код, либо перейдя по ссылке:**https://minjust.gov.ru/ru/pages/apostil-ispf/?aposid=5712460c-829-df54-63a-710b-1696805a82df**

This apostille certifies only the authenticity of the signature and the position of the official who signed the official document, and, if necessary, the authenticity of the seal or stamp affixed to the said document.

The apostille does not certify the authenticity of the document for which it was issued.

Information on apostille verification can be found by scanning a QR code or by referring to the following link: **https://minjust.gov.ru/ru/pages/apostil-ispf/?aposid=5712460c-829-df54-63a-710b-1696805a82df**

Cette apostille ne certifie que l'authenticité de la signature et le poste du fonctionnaire qui a signé le document officiel et, le cas échéant, l'authenticité du sceau ou du cachet apposé sur ledit document.

L'apostille n'assure pas la véracité du document lui-même pour lequel il a été délivré.

Les informations de vérification de l'apostille peuvent être trouvées en scannant le code QR ou en consultant le lien suivant: **https://minjust.gov.ru/ru/pages/apostil-ispf/?aposid=5712460c-829-df54-63a-710b-1696805a82df**



Прошито, пронумеровано и скреплено печатью
_8_ (_восемь_) лист _ов_

Заместитель начальника отдела
Главного управления Министерства юстиции
Российской Федерации по Москве

_____ А.А. Алимов