UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUSAIB ISMAILOVYCH ISMAILOV and
AKHMED HADZHYIOVYCH BILALOV,

                    Plaintiffs,

          -against-

MYKHAILO SAFARBEKOVYCH
HUTSERIEV, STANISLAV
KOSTIANTYNOVYCH KUZNETSOV, and
PUBLIC JOINT STOCK COMPANY
"SBERBANK OF RUSSIA,"

                    Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/25/2025__

24 Civ. 3287 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Before the Court are a motion to dismiss filed by Defendants Stanislav Kostiantynovych Kuznetsov and Public Joint Stock Company "Sberbank of Russia" ("Sberbank") (together with Kuznetsov, the "Sberbank Defendants"), ECF No. 50, a motion for sanctions filed by the Sberbank Defendants, ECF No. 68, and a motion to dismiss filed by Defendant Mykhailo Safarbekovych Hutseriev, ECF No. 77; *see also* ECF No. 97 (motion by Plaintiffs for leave to file sur-reply).

Having reviewed the papers filed in connection with these motions, including the parties' arguments concerning Sberbank's commercial activity in the United States under 28 U.S.C. § 1605(a)(3), the Court orders as follows:

1. By **March 18, 2025**, Plaintiffs shall file a letter brief that addresses whether jurisdictional discovery is available and, if so, whether it is warranted on any issue now before the Court;
2. By **April 1, 2025**, Defendants shall file a single, consolidated letter brief in response;
3. By **April 8, 2025**, Plaintiffs may file an optional reply letter brief.

    The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 50, 68, 77, and 97, which shall be held in abeyance pending receipt of supplemental briefing.

Dated: February 25, 2025
      New York, New York

                          ANALISA TORRES
                  United States District Judge